# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 22-30500 | | | Trustee Name: | Areya Holder Aurzada |
|---|---|---|---|---|---|
| Case Name: | ROGERS, II, DENNIS JAMES | | | Date Filed (f) or Converted (c): | 03/22/2022 (f) |
| For the Period Ending: | 06/30/2023 | | | §341(a) Meeting Date: | 06/15/2022 |
| | | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 6520 Del Notre Dallas TX 75225-0000 | $1,200,000.00 | $0.00 | | $0.00 | $70,000.00 |
| Asset Notes: | 04/13/2023 ECF 194 Order on Motion to Compromise (regarding objection to exemption in asset 3 and including asset 1) | | | | | |
| 2 | 2015 Ford F-150 Mileage: 100000 | $30,000.00 | $0.00 | | $0.00 | FA |
| 3 | 2020 Lincoln Navigator Mileage: 40000 | $45,000.00 | $0.00 | | $0.00 | $30,000.00 |
| Asset Notes: | 01/30/2023 ECF 177 Trustee's objection to exemption 04/13/2023 ECF 194 Order on Motion to Compromise (regarding objection to exemption in asset 3 and including asset 1) | | | | | |
| 4 | sofas, tables, bed, dressers, chairs, rugs, etc | $15,000.00 | $0.00 | | $0.00 | FA |
| 5 | cell phones,computers, television, Tablets, pinters | $2,000.00 | $0.00 | | $0.00 | FA |
| 6 | trading cards | $1,000.00 | $0.00 | | $0.00 | FA |
| 7 | clothes | $1,000.00 | $0.00 | | $0.00 | FA |
| 8 | wedding ring | $6,000.00 | $5,500.00 | | $0.00 | FA |
| 9 | Chase accounts -3 | $500.00 | $500.00 | | $0.00 | $500.00 |
| 10 | Debtor can sign on company accounts at 17.2. chase and frost | $0.00 | $0.00 | | $0.00 | FA |
| 11 | Goldman Sachs | $178,000.00 | $18,397.86 | | $0.00 | $181,306.00 |
| 12 | Robinhood | $300.00 | $300.00 | | $0.00 | $300.00 |
| 13 | Acorns | $437.00 | $437.00 | | $0.00 | $437.00 |
| 14 | Bootstrap Ventures, LLC 100% | Unknown | Unknown | | $0.00 | Unknown |
| 15 | OMTC, Inc. 100% | Unknown | Unknown | | $0.00 | Unknown |
| 16 | Nomad Development, LLC 100% | $0.00 | Unknown | | $0.00 | Unknown |
| 17 | Organ Mountain Energy, LLC 100% | $0.00 | Unknown | | $0.00 | Unknown |
| 18 | Montana Amorosa Revocable Trust (2 lots) | $0.00 | Unknown | | $0.00 | Unknown |
| 19 | Rhodes Energy Services | $80,000.00 | $80,000.00 | | $0.00 | $80,000.00 |
| Asset Notes: | 07/12/2022 Trustee filed adv. pro. 22-30500 | | | | | |
| 20 | Term Insurance Policies - no cash ; Beneficiary: value | $0.00 | $0.00 | | $0.00 | FA |

| TOTALS (Excluding unknown value) | | | | | Gross Value of Remaining Asset |
|---|---|---|---|---|---|
| | $1,559,237.00 | $105,134.86 | | $0.00 | $362,543.00 |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 22-30500 | | | Trustee Name: | Areya Holder Aurzada |
| Case Name: | ROGERS, II, DENNIS JAMES | | | Date Filed (f) or Converted (c): | 03/22/2022 (f) |
| For the Period Ending: | 06/30/2023 | | | §341(a) Meeting Date: | 06/15/2022 |
| | | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

07/20/2023    Trustee awaiting settlement payment on compromise regarding house and Lincoln and reviewing other assets.

| Initial Projected Date Of Final Report (TFR): | 12/31/2024 | Current Projected Date Of Final Report (TFR): | 12/31/2024 | /s/ AREYA HOLDER AURZADA |
| | | | | AREYA HOLDER AURZADA |