Kenneth A. Hill
Quilling, Selander, Lownds,
  Winslett & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
ATTORNEYS FOR THE TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DENNIS JAMES ROGERS II, | § | CASE NO. 22-30500-swe7 |
| | § | (Involuntary Proceeding) |
| | § | |
| DEBTOR. | § | |

**NOTICE OF FILING FIRST INTERIM APPLICATION FOR
ALLOWANCE OF FEES AND EXPENSES OF SPECIAL COUNSEL**

**NOTICE**

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT EARLE CABELL FEDERAL BUILDING, 1100 COMMERCE ST., DALLAS, TX 75242 BEFORE THE CLOSE OF BUSINESS ON AUGUST 14, 2024 WHICH IS AT LEAST 21 DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED, A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

On July 24, 2024, Areya Holder Aurzada (the "Trustee"), in her capacity as the chapter 7 trustee for Dennis James Rogers II (the "Debtor"), files this *First Interim Application for Allowance of Fees and Expenses of Special Counsel* (the "Application"). The Application

requests interim approval of compensation for Schneider Miller Reynolds, P.C. ("SMR") and Dortch Lindstrom Livingston Law Group ("DLLLG"), as special counsel for the Trustee in the following amounts for the period of time from May 26, 2022 through July 15, 2024:

|  | Fees | Expenses |
|---|---|---|
| SMR | $25,995.00 | $20,000.00 |
| DLLLG | $24,000.00 | $0.00 |

Any party in interest may obtain a copy of the Application free of charge by making a written request to Diana Cruz at Quilling, Selander, Lownds, Winslett & Moser, P.C., 2001 Bryan Street, Suite 1800, Dallas, Texas 75201, fax (214) 871-2111, e-mail dcruz@qslwm.com.

                                              Respectfully submitted,

                                              QUILLING, SELANDER, LOWNDS,
                                                  WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)

By: */s/ Kenneth A. Hill*
      Kenneth A. Hill
      State Bar No. 09646950
ATTORNEYS FOR THE TRUSTEE

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served concurrently with filing (a) by ECF upon all persons who have filed ECF appearances in this case and (b) by first class mail, postage prepaid, on the persons and entities set forth on the attached service list. The service list is omitted from service copies to avoid unnecessary copying and postage charges, but a copy can be obtained free of charge by making a written request to Diana Cruz at Quilling, Selander, Lownds, Winslett & Moser, P.C., 2001 Bryan Street, Suite 1800, Dallas, Texas 75201, fax (214) 871-2111, e-mail dcruz@qslwm.com.

                                              */s/ Kenneth A. Hill*
                                              Kenneth A. Hill

```
Label Matrix for local noticing          Dallas County                                  Frost Bank
0539-3                                   Linebarger Goggan Blair & Sampson, LLP         c/o Karl Dial
Case 22-30500-swe7                       c/o Sherrel K. Knighton                        Greenberg Traurig, LLP
Northern District of Texas               2777 N Stemmons Frwy, Suite 1000               2200 Ross Avenue, Suite 5200
Dallas                                   Dallas, TX 75207-2328                          Dallas, TX 75201-2794
Wed Jul 24 10:01:21 CDT 2024

(p)JEFFERSON CAPITAL SYSTEMS LLC         JPMorgan Chase Bank, N.A.                      Mandarin Capital, LLC
PO BOX 7999                              c/o Suyash Agrawal                             2600 Cecil Drive
SAINT CLOUD MN 56302-7999                Massey & Gail LLP                              Holladay, UT 84124-2906
                                         50 E. Washington Street, Suite 400
                                         Chicago, IL 60602-2100

(p)WILDCAT LENDING FUND ONE  LP          1100 Commerce Street                           ACMC Finance and Trade Joshua Kluewer
4800 DEXTER DRIVE                        Room 1254                                      1055 W. 7th Street Suite 336
PLANO TX 75093-5505                      Dallas, TX 75242-1305                          4 Los Angles, CA 90017-2577

ACMC Finance and Trade LLC               American Express                               Andre Leblanc
2820 Lucerne Avenue                      P.O Box 650448                                 P. O. Box 82009
Miami Beach Florida 33140-4267           Dallas, TX 75265-0448                          Lafayette, LA 70598-2009

Angela Garbiso                           Apple Card                                     BAMCG Bridge Partners LP
Schneider Miller Reynolds, P.C. David Mi P.O Box 7247                                   13800 Seniac Dr. Ste 200
300 N. Coit Rd., Suite 1125              Philadelphia, PA 19170-6112                    Dallas, TX 75234-8823
Richardson, TX 75080-5535

Bank of America                          Brent Bohn                                     Carolyn Guilbeau Perry
P.O Box 15019                            1775 N Martin L King Blvd                      530 Catholique Road
Wilmington, DE 19850-5019                Las Vegas, NV 89106-2101                       Carencro LA 70520-5603

Carolyn Perry                            Chase Bank                                     Dallas County John R. Ames,
3914 75th Place                          P.O Box Carol Strem                            CTA 500 Elm Street
Lubbock, TX 79423-1128                   IL 60197-6294                                  Dallas, TX 75202-3304

David Meche                              Debra & Russell Van Cleve Schneider Miller R   Dennis Rogers Sr.
5121 Johnston St.                        300 N Coit Rd., Suite 1125                     County Rd 250
Lafayette, LA 70503-5157                 Richardson, TX 75080-5535                      Durango, CO 81301

Discover Bank                            Discover Card                                  Eamonn J. Wiles
P.O. Box 3025                            P.O Box 30666                                  801 Cherry Street
New Albany, Oh 43054-3025                Salt Lake City, UT 84130-0666                  Suite 2000
                                                                                        Fort Worth, TX 76102-6882

Eamonn J. Wiles                          Ellis Guilbeau                                 Frost Bank
Decker Jones, P.C.                       2014 Beau Bassin Rd                            P.O Box 1600
801 Cherry Street, Unit #46              Lafayette, LA 70520-5936                       San Antonio, TX 78296-1600
Fort Worth, TX 76102-6803
```

| | | |
|---|---|---|
| Funderz.net 1022 Ave M<br>Floor 2<br>Brooklyn, NY 11230 | Gerard Ballanco Jr.<br>611 East Prudhomme St.<br>Opelousas, LA 70570-6458 | Gerard Ballanco Jr.<br>460 Judice Rd<br>Sunset, Louisiana 70584-5156 |
| Goldman Sachs<br>100 Crescent Court<br>Dallas TX 75201-7893 | Holland & Hart<br>222 S. Main St. #2200<br>Salt Lake City UT 84101-2194 | Infinity Global Fuel, Inc<br>5100 Westheimer Suite 200<br>Houston, TX 77056-5597 |
| John & Ronda Harris<br>231 Ramblewood Dr.<br>Lafayette, LA 70508-7403 | John Foreman<br>1819 Pinhook Road Suite 215<br>Lafayette, LA 70508-3700 | John Hughes<br>2000 Kaliste Saloom Road Suite 400<br>Lafayette, LA 70508-6180 |
| John S. Foreman III and Andre C. Leblanc<br>Attn: J. Mark Chevallier, Esq.<br>McGuire, Craddock & Strother, P.C.<br>500 N. Akard St., Suite 2200<br>Dallas, TX 75201-3317 | Justin Leemay TFRE Investments LLC<br>1831 W Crest Ridge Rd.<br>Lehi, UT 84043-7757 | Kathy Rogers<br>County Rd 250<br>Durango, CO 81301 |
| Kenneth Guilbeau<br>P.O Box 700<br>Carencro, LA 70520-0700 | Kenneth and Shawna Guilbeau<br>3185 Highway 178<br>Sunset LA 70584-5116 | Lincoln Automotive Financial Services<br>P.O Box 650574 Dallas<br>TX 75265-0574 |
| Lincoln Automotive Financial Services<br>c/o Wilcox Law, PLLC<br>P.O. Box 201849<br>Arlington, TX 76006-1849 | Linda Brown<br>5340 Gooseberry Way<br>Oceanside, CA 92057-4629 | Linda Brown<br>6545 Sequence Drive<br>San Diego, CA 92121-4363 |
| MCPP Park District Residential<br>2711 N. Haskell Ave Suite 2400<br>Dallas, TX 75204-2926 | Mandarin Capital LLC<br>2100 Ross Ave., Suite 2700<br>Dallas, TX 75201-7919 | Mandarin Capital, LLC<br>2290 E. 4500 S #260<br>Salt Lake City, UT 84117-4494 |
| Mandarin Capital, LLC<br>Lynn Pinker Hurst & Schwegmann LLP<br>2100 Ross Avenue, Ste. 2700<br>Dallas, TX 75201-7919 | Mccathern Law Firm<br>3710 Rawlins Street Suite 1600<br>Dallas, TX 75219-4258 | Noor Concepts<br>555 E 5th Street Apt 3022<br>Austin, TX 78701-4153 |
| Noor Concepts LLC<br>c/o Nicoud Law<br>10440 N. Central Expressway<br>Suite 800<br>Dallas, TX 75231-2264 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Perry Judice Russell Devenport<br>McDonald Sanders, P.C.<br>777 Main Street, Suite 1300<br>Fort Worth, TX 76102-5385 |
| Raymond McKaskel<br>1216 Ridgewood Place<br>Houston, TX 77055-5048 | Raymond McKaskle<br>1216 Ridgewood Place<br>Houston, TX 77055-5048 | Scott Faulkner<br>683 O Lakehurst Avenue<br>Dallas, TX 75230 |

| | | |
|---|---|---|
| Steven A Webster David R. Eastlake Baker Bot<br>910 Louisiana St.<br>Houston, TX 77002-4916 | Steven A. Webster, Aaron Webster, and Dennis<br>c/o George H. Barber<br>BRADLEY ARANT BOULT CUMMINGS LLP/ Founta<br>1445 Ross Avenue, Suite 3600<br>Dallas, TX 75202-2761 | Steven Wang<br>20 Camelot Rd.<br>Windham NH 03087-1632 |
| Synchrony Bank<br>P.O Box 965003<br>Orlando, Fl 32896-5003 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Tony May<br>1850 E. Sahara Ave. Suite 206<br>Las Vegas, NV 89104-3746 |
| Troya L Montgomery<br>350 Ambroise<br>Newport Coast, CA 92657-0127 | Troya Montgomery<br>350 Ambroise<br>Newport Coast, CA 92657-0127 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 |
| WeWork<br>115 W 18th St<br>New York, NY 10011-4113 | Wildcat Lending<br>4800 Dexter Drive<br>Plano Plano, TX 75093-5505 | Angela Garbiso<br>c/o David Miller<br>Schneider Miller Reynolds, P.C.<br>300 N. Coit Road, Suite 1125<br>Richardson, TX 75080-5535 |
| Areya Holder<br>Areya Holder, Trustee<br>Law Office of Areya Holder, PC<br>PO Box 2105<br>Addison, TX 75001-2105 | Brandon J Gibbons<br>FUNDERZ.NET, LLC<br>C/O Padfield & Stout, L.L.P.<br>420 Throckmorton Street, Suite 1210<br>Fort Worth, TX 76102-3792 | Debra A. Van Cleve<br>c/o David Miller<br>Schneider Miller Reynolds, P.C.<br>300 N. Coit Road, Suite 1125<br>Richardson, TX 75080-5535 |
| Dennis James Rogers II<br>6520 Del Norte Lane<br>Dallas, TX 75225-2619 | Ellis Guilbeau<br>c/o Russell Devenport<br>777 Main St<br>Suite 2700<br>Fort Worth, TX 76102-5366 | Eric Liepins, PC<br>12770 Coit Raod<br>Suite 850<br>Dallas, TX 75251-1364 |
| Eric A. Liepins<br>Legal Aid of Northwest Texas<br>1515 Main Street<br>Dallas, TX 75201-4841 | John O. Harris<br>c/o Russell Devenport<br>777 Main Street<br>Suite 2700<br>Fort Worth, TX 76102-5366 | Kenneth Guilbeau<br>c/o Russell Devenport<br>777 Main St<br>Suite 2700<br>Fort Worth, TX 76102-5366 |
| Michael H. Moghimi<br>c/o Nicoud Law<br>10440 N. Central Expwy.<br>Suite 800<br>Dallas, TX 75231-2264 | Raymond McKaskle<br>c/o Russell Devenport<br>777 Main Street<br>Suite 2700<br>Fort Worth, TX 76102-5366 | Ronda A. Harris<br>c/o Russell Devenport<br>777 Main Street<br>Suite 2700<br>Fort Worth, TX 76102-5366 |
| Russell Van Cleve<br>c/o David Miller<br>Schneider Miller Reynolds, P.C.<br>300 N. Coit Road, Suite 1125<br>Richardson, TX 75080-5535 | Shawna Guilbeau<br>c/o Russell Devenport<br>777 Main St, Suite 2700<br>Fort Worth, TX 76102-5366 | Shawna Guilbeau Perry<br>c/o Russell Devenport<br>777 Main St, Suite 2700<br>Fort Worth, TX 76102-5366 |
| Steven A. Webster<br>c/o David R. Eastlake<br>Baker Botts L.L.P.<br>910 Louisiana Street<br>Houston, TX 77002-4995 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>ST CLOUD, MN 56302-9617 | Wildcat Lending Fund One, LP<br>4800 Dexter Drive<br>Plano, TX 75093 | (d)Jefferson Capital Systems, LLC<br>PO Box 7999<br>St. Cloud, MN 56302-9617 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)ACMC Finance and Trade LLC | (u)BAMCG Bridge Partners LP | (u)Dortch Lindstrom Livingston Law Group |
| (u)FUNDERZ.NET, LLC | (u)Goldman Sachs & Company LLC | (u)John S. Foreman, III |
| (u)Lincoln Automotive Financial Services | (u)Quilling, Selander, Lownds, Winslett & Mos | (u)Schneider Miller Reynolds, P.C. |
| (d)John and Ronda Harris<br>231 Ramblewood Dr.<br>Lafayette, LA 70508-7403 | (d)Mandarin Capital<br>2600 Cecil Drive<br>Holladay UT 84124-2906 | (u)Allison Rogers |
| (u)Andre C. Leblanc | End of Label Matrix<br>Mailable recipients    87<br>Bypassed recipients    13<br>Total                 100 | |