**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1

| Case No.: | 22-30500-HDH | | Trustee Name: | Areya Holder Aurzada |
| Case Name: | ROGERS, II, DENNIS JAMES | | Date Filed (f) or Converted (c): | 03/22/2022 (f) |
| For the Period Ending: | 6/30/2024 | | §341(a) Meeting Date: | 06/15/2022 |
| | | | Claims Bar Date: | 08/14/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 6520 Del Notre Dallas TX 75225-0000 | $1,200,000.00 | $0.00 | | $0.00 | $70,000.00 |
| **Asset Notes:** | 04/13/2023 ECF 194 Order on Motion to Compromise (regarding objection to exemption in asset 3 and including asset 1) | | | | | |
| 2 | 2015 Ford F-150 Mileage: 100000 | $30,000.00 | $0.00 | | $0.00 | FA |
| 3 | 2020 Lincoln Navigator Mileage: 40000 | $45,000.00 | $0.00 | | $0.00 | $30,000.00 |
| **Asset Notes:** | 01/30/2023 ECF 177 Trustee's objection to exemption | | | | | |
| | 04/13/2023 ECF 194 Order on Motion to Compromise (regarding objection to exemption in asset 3 and including asset 1) | | | | | |
| 4 | sofas, tables, bed, dressers, chairs, rugs, etc | $15,000.00 | $0.00 | | $0.00 | FA |
| 5 | cell phones,computers, television, Tablets, pinters | $2,000.00 | $0.00 | | $0.00 | FA |
| 6 | trading cards | $1,000.00 | $0.00 | | $0.00 | FA |
| 7 | clothes | $1,000.00 | $0.00 | | $0.00 | FA |
| 8 | wedding ring | $6,000.00 | $5,500.00 | | $0.00 | FA |
| 9 | Chase accounts -3 | $500.00 | $500.00 | | $0.00 | FA |
| 10 | Debtor can sign on company accounts at 17.2. chase and frost | $0.00 | $0.00 | | $0.00 | FA |
| 11 | Goldman Sachs | $178,000.00 | $18,397.86 | | $183,683.44 | FA |
| 12 | Robinhood | $300.00 | $300.00 | | $0.00 | FA |
| 13 | Acorns | $437.00 | $437.00 | | $0.00 | FA |
| 14 | Bootstrap Ventures, LLC 100% | Unknown | $1.00 | | $0.00 | $1.00 |
| **Asset Notes:** | Value is a placeholder only while Trustee investigates. Nothing in this report shall constitute an admission or waiver of the Bankruptcy Estate's rights and remedies | | | | | |
| 15 | OMTC, Inc. 100% | Unknown | $0.00 | | $0.00 | $1.00 |
| **Asset Notes:** | Value is a placeholder only while Trustee investigates. Nothing in this report shall constitute an admission or waiver of the Bankruptcy Estate's rights and remedies | | | | | |
| 16 | Nomad Development, LLC 100% | $0.00 | $0.00 | | $0.00 | $1.00 |
| **Asset Notes:** | Value is a placeholder only while Trustee investigates. Nothing in this report shall constitute an admission or waiver of the Bankruptcy Estate's rights and remedies | | | | | |
| 17 | Organ Mountain Energy, LLC 100% | $0.00 | $0.00 | | $0.00 | $1.00 |
| **Asset Notes:** | Value is a placeholder only while Trustee investigates. Nothing in this report shall constitute an admission or waiver of the Bankruptcy Estate's rights and remedies | | | | | |
| 18 | Montana Amorosa Revocable Trust (2 lots) | $0.00 | $0.00 | | $0.00 | $1.00 |
| **Asset Notes:** | Value is a placeholder only while Trustee investigates. Nothing in this report shall constitute an admission or waiver of the Bankruptcy Estate's rights and remedies | | | | | |
| 19 | Rhodes Energy Services | $80,000.00 | $80,000.00 | | $0.00 | $80,000.00 |
| **Asset Notes:** | 07/12/2022 Trustee filed adv. pro. 22-30500 | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2

| Case No.: | 22-30500-HDH | Trustee Name: | Areya Holder Aurzada |
|---|---|---|---|
| Case Name: | ROGERS, II, DENNIS JAMES | Date Filed (f) or Converted (c): | 03/22/2022 (f) |
| For the Period Ending: | 6/30/2024 | §341(a) Meeting Date: | 06/15/2022 |
| | | Claims Bar Date: | 08/14/2024 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20 | Term Insurance Policies - no cash ; Beneficiary: value | $0.00 | $0.00 | | $0.00 | FA |
| 21 | Settlement with Dennis Woods (u) | $150,000.00 | $150,000.00 | | $0.00 | $150,000.00 |
| **Asset Notes:** | Motion to Compromise filed on 5/9/23 ECF #238 | | | | | |

**TOTALS (Excluding unknown value)**            **Gross Value of Remaining Assets**
$1,709,237.00   $255,135.86   $183,683.44   $330,005.00

**Major Activities affecting case closing:**

| 07/17/2024 | The Trustee has filed two adversary proceedings which are currently pending. In addition, a settlement agreement was recently reached on an asserted avoidance action. |
| 07/20/2023 | Trustee awaiting settlement payment on compromise regarding house and Lincoln and reviewing other assets. |

Initial Projected Date Of Final Report (TFR): 12/31/2024        Current Projected Date Of Final Report (TFR): 12/31/2024

/s/ AREYA HOLDER AURZADA
AREYA HOLDER AURZADA