# Exhibit B

**From:** Dennis Rogers <dennis.rogers@omtcinc.com>
**Sent:** Thursday, March 24, 2022 2:03 PM
**To:** 'McElvy, Meghan'
**Cc:** 'Eastlake, David R.'; 'Tutunjian, Christopher'; 'Sales, Travis'
**Subject:** Re: Involuntary Bankruptcy - Hearing on Motion to Appoint Interim Trustee

Hey Meghan

I do plan to attend and I'm looking to secure counsel now. Will notify you as soon as they are retained.

Thanks

Dennis Rogers

> On Mar 24, 2022, at 1:58 PM, McElvy, Meghan <meghan.mcelvy@bakerbotts.com> wrote:
>
> Thank you. I also appreciate you letting us know if you plan to attend and also if you will have counsel to represent you.
> Meghan
>
> **From:** Dennis Rogers <dennis.rogers@omtcinc.com>
> **Sent:** Thursday, March 24, 2022 1:57 PM
> **To:** McElvy, Meghan <meghan.mcelvy@bakerbotts.com>
> **Cc:** Eastlake, David R. <david.eastlake@bakerbotts.com>; Tutunjian, Christopher <christopher.tutunjian@bakerbotts.com>; Sales, Travis <Travis.Sales@BakerBotts.com>
> **Subject:** Re: Involuntary Bankruptcy - Hearing on Motion to Appoint Interim Trustee
>
> **[EXTERNAL EMAIL]**
>
> Received…
>
> Dennis Rogers
>
> > On Mar 24, 2022, at 1:36 PM, McElvy, Meghan <meghan.mcelvy@bakerbotts.com> wrote:
> >
> > Also here are the court's Webex instructions (referenced below).
> > Meghan
> >
> > **From:** McElvy, Meghan
> > **Sent:** Thursday, March 24, 2022 1:35 PM
> > **To:** Dennis Rogers <dennis.rogers@omtcinc.com>
> > **Cc:** Eastlake, David R. <david.eastlake@bakerbotts.com>; Tutunjian, Christopher

1

<[christopher.tutunjian@bakerbotts.com](christopher.tutunjian@bakerbotts.com)>; Sales, Travis <[Travis.Sales@BakerBotts.com](Travis.Sales@BakerBotts.com)>
**Subject:** Involuntary Bankruptcy - Hearing on Motion to Appoint Interim Trustee
Dennis,
We just received word that the hearing on the Motion to Appoint Interim Trustee has been scheduled for Monday, March 28 at 11:00 AM. Below is the communication we received from the Court. I appreciate you confirming receipt of this email. -Meghan

Judge Hale orally granted the motion to expedite and set the motion to appoint trustee for hearing on Monday 3/28 at 11:00 AM. You will have four and a half hours on Monday and another three hours on Tuesday morning (3/29) for our hearing. Would you please file a notice of hearing without delay. Parties may appear either in person or via Webex. The notice of hearing should provide both Judge Hale's physical courtroom location (1100 Commerce Street, 14th Floor, Courtroom No. 3, Dallas, Texas, 75242) and his Webex link, dial-in number, access code (see below), and a copy of his Webex instructions which have been attached for your convenience.
**Webex link: https://us-courts.webex.com/meet/hale**
**Dial-in (US/Canada): 1-650-479-3207**
**Access code: 476 420 189**
Thank you.
Jenni

---

**Meghan Dawson McElvy**
*Partner*

Baker Botts L.L.P.
[meghan.mcelvy@bakerbotts.com](meghan.mcelvy@bakerbotts.com)
T +1.713.229.1196
F +1.713.229.2896

910 Louisiana St
Houston, Texas 77002
U.S.A.



**Confidentiality Notice:**

The information contained in this email and any attachments is intended only for the recipient[s] listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.