Meghan McElvy
Texas State Bar No. 24065127
BRADLEY ARANT BOULT CUMMINGS LLP
600 Travis Street, Suite 5600
Houston, Texas 77002
Tel. 713.576.0314
mmcelvy@bradley.com

George H. Barber
Texas State Bar No. 01705650
BRADLEY ARANT BOULT CUMMINGS LLP
1445 Ross Avenue, Suite 3600
Dallas, TX 75202
Phone: (214) 939-8700
Fax: (214) 939-8787
Email: gbarber@bradley.com

***ATTORNEYS FOR STEVEN WEBSTER***

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **In re:** | ) Case Number 22-30500-swe7 |
| **DENNIS JAMES ROGERS, II,** | ) (Involuntary Proceeding) |
| Debtor. | ) |

**NOTICE OF STEVEN WEBSTER'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)(3)(a) and (4)**

**NOTICE**

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT EARLE CABELL FEDERAL BUILDING, 1100 COMMERCE ST., DALLAS, TX 75242 BEFORE THE CLOSE OF BUSINESS ON SEPTEMBER 5, 2024, WHICH IS AT LEAST 21 DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED, A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT**

**MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

On August 14, 2024, petitioning creditor Steven Webster filed his Motion for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(3)(a) and (4) (the "Motion"). The Motion requests allowance of an administrative expense claim for attorneys' fees and expenses incurred by Mr. Steven Webster in connection with successfully filing and prosecuting the Involuntary Chapter 7 Petition against the debtor, Dennis James Rogers, II, pursuant to 11 U.S.C. § 303.

The total amount of the administrative expense claim sought is $330,586.85, consisting of attorneys' fees of $323,898.24 and expenses of $6,688.61.

Any party in interest may obtain a copy of the Motion free of charge by making a written request to Dustin Appel at Bradley Arant Boult Cummings LLP, 600 Travis Street #5600, Houston, Texas 77002, phone 713.576.0300, fax 713.576.0301, email dappel@bradley.com.

Respectfully submitted,

/s/ *Meghan Dawson McElvy*
Meghan Dawson McElvy
Texas State Bar No. 24065127
Bradley Arant Boult Cummings LLP
600 Travis Street, Suite 5600
Houston, Texas 77002
Tel. 713.576.0314
mmcelvy@bradley.com

George H. Barber
Texas State Bar No. 01705650
Bradley Arant Boult Cummings LLP
Fountain Place
1445 Ross Ave., Suite 3600
Dallas, TX 75202
Telephone: 214-257-9800

gbarber@bradley.com

***ATTORNEYS FOR STEVEN WEBSTER***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served concurrently with filing (a) by ECF upon all persons who have filed ECF appearances in this case and (b) by first class mail, postage prepaid, on the persons and entities set forth on the attached service list. The service list itself is omitted from service copies to avoid unnecessary copying and postage charges, but a copy can be obtained free of charge by making a written request to Dustin Appel at Bradley Arant Boult Cummings LLP, 600 Travis Street #5600, Houston, Texas 77002, phone 713.576.0300, fax 713.576.0301, email dappel@bradley.com.

/s/ *Meghan Dawson McElvy*
Meghan Dawson McElvy

```
Label Matrix for local noticing          Dallas County                             Frost Bank
0539-3                                   Linebarger Goggan Blair & Sampson, LLP    c/o Karl Dial
Case 22-30500-swe7                       c/o Sherrel K. Knighton                   Greenberg Traurig, LLP
Northern District of Texas               2777 N Stemmons Frwy, Suite 1000          2200 Ross Avenue, Suite 5200
Dallas                                   Dallas, TX 75207-2328                     Dallas, TX 75201-2794
Tue Aug 13 16:07:36 CDT 2024

(p)JEFFERSON CAPITAL SYSTEMS LLC         JPMorgan Chase Bank, N.A.                 Mandarin Capital, LLC
PO BOX 7999                              c/o Suyash Agrawal                        2600 Cecil Drive
SAINT CLOUD MN 56302-7999                Massey & Gail LLP                         Holladay, UT 84124-2906
                                         50 E. Washington Street, Suite 400
                                         Chicago, IL 60602-2100

U.S. Attorney                            U.S. Attorney General                     (p)WILDCAT LENDING FUND ONE  LP
1100 Commerce, 3rd Floor                 Department of Justice                     4800 DEXTER DRIVE
Dallas, TX 75242-1074                    Washington, DC 20001                      PLANO TX 75093-5505


1100 Commerce Street                     ACMC Finance and Trade Joshua Kluewer    ACMC Finance and Trade LLC
Room 1254                                1055 W. 7th Street Suite 336              2820 Lucerne Avenue
Dallas, TX 75242-1305                    4 Los Angles, CA 90017-2577               Miami Beach Florida 33140-4267


American Express                         Andre Leblanc                             Angela Garbiso
P.O Box 650448                           P. O. Box 82009                           Schneider Miller Reynolds, P.C. David Mi
Dallas, TX 75265-0448                    Lafayette, LA 70598-2009                  300 N. Coit Rd., Suite 1125
                                                                                   Richardson, TX 75080-5535


Apple Card                               BAMCG Bridge Partners LP                  Bank of America
P.O Box 7247                             13800 Seniac Dr. Ste 200                  P.O Box 15019
Philadelphia, PA 19170-6112              Dallas, TX 75234-8823                     Wilmington, DE 19850-5019


Brent Bohn                               Carolyn Guilbeau Perry                    Carolyn Perry
1775 N Martin L King Blvd                530 Catholique Road                       3914 75th Place
Las Vegas, NV 89106-2101                 Carencro LA 70520-5603                    Lubbock, TX 79423-1128


Chase Bank                               Dallas County John R. Ames,               David Meche
P.O Box Carol Strem                      CTA 500 Elm Street                        5121 Johnston St.
IL 60197-6294                            Dallas, TX 75202-3304                     Lafayette, LA 70503-5157


Debra & Russell Van Cleve Schneider Miller R    Dennis J. Woods                    Dennis Rogers Sr.
300 N Coit Rd., Suite 1125               c/o Meghan McElvy                         County Rd 250
Richardson, TX 75080-5535                Chase Tower                               Durango, CO 81301
                                         600 Travis Street, Suite 5600
                                         Houston, TX 77002-2909


Discover Bank                            Discover Card                             Eamonn J. Wiles
P.O. Box 3025                            P.O Box 30666                             801 Cherry Street
New Albany, Oh 43054-3025                Salt Lake City, UT 84130-0666             Suite 2000
                                                                                   Fort Worth, TX 76102-6882
```

Eamonn J. Wiles
Decker Jones, P.C.
801 Cherry Street, Unit #46
Fort Worth, TX 76102-6803

Ellis Guilbeau
2014 Beau Bassin Rd
Lafayette, LA 70520-5936

Frost Bank
P.O Box 1600
San Antonio, TX 78296-1600

Funderz.net 1022 Ave M
Floor 2
Brooklyn, NY 11230

Gerard Ballanco Jr
611 East Prudhomme St.
Opelousas, LA 70570-6458

Gerard Ballanco Jr.
460 Judice Rd
Sunset, Louisiana 70584-5156

Goldman Sachs
100 Crescent Court
Dallas TX 75201-7893

Holland & Hart
222 S. Main St. #2200
Salt Lake City UT 84101-2194

Infinity Global Fuel, Inc
5100 Westheimer Suite 200
Houston, TX 77056-5597

John & Ronda Harris
231 Ramblewood Dr.
Lafayette, LA 70508-7403

John Foreman
1819 Pinhook Road Suite 215
Lafayette, LA 70508-3700

John Hughes
2000 Kaliste Saloom Road Suite 400
Lafayette, LA 70508-6180

John S. Foreman III and Andre C. Leblanc
Attn: J. Mark Chevallier, Esq.
McGuire, Craddock & Strother, P.C.
500 N. Akard St., Suite 2200
Dallas, TX 75201-3317

Justin Leemay TFRE Investments LLC
1831 W Crest Ridge Rd.
Lehi, UT 84043-7757

Kathy Rogers
County Rd 250
Durango, CO 81301

Kenneth Guilbeau
P.O Box 700
Carencro, LA 70520-0700

Kenneth and Shawna Guilbeau
3185 Highway 178
Sunset LA 70584-5116

Lincoln Automotive Financial Services
P.O Box 650574 Dallas
TX 75265-0574

Lincoln Automotive Financial Services
c/o Wilcox Law, PLLC
P.O. Box 201849
Arlington, TX 76006-1849

Linda Brown
5340 Gooseberry Way
Oceanside, CA 92057-4629

Linda Brown
6545 Sequence Drive
San Diego, CA 92121-4363

MCPP Park District Residential
2711 N. Haskell Ave Suite 2400
Dallas, TX 75204-2926

Mandarin Capital LLC
2100 Ross Ave., Suite 2700
Dallas, TX 75201-7919

Mandarin Capital, LLC
2290 E. 4500 S #260
Salt Lake City, UT 84117-4494

Mandarin Capital, LLC
Lynn Pinker Hurst & Schwegmann LLP
2100 Ross Avenue, Ste. 2700
Dallas, TX 75201-7919

Mccathern Law Firm
3710 Rawlins Street Suite 1600
Dallas, TX 75219-4258

Noor Concepts
555 E 5th Street Apt 3022
Austin, TX 78701-4153

Noor Concepts LLC
c/o Nicoud Law
10440 N. Central Expressway
Suite 800
Dallas, TX 75231-2264

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Perry Judice Russell Devenport
McDonald Sanders, P.C.
777 Main Street, Suite 1300
Fort Worth, TX 76102-5385

| | | |
|---|---|---|
| Raymond McKaskel<br>1216 Ridgewood Place<br>Houston, TX 77055-5048 | Raymond McKaskle<br>1216 Ridgewood Place<br>Houston, TX 77055-5048 | Scott Faulkner<br>6830 Lakehurst Avenue<br>Dallas, TX 75230 |
| Steven A Webster David R. Eastlake Baker Bot<br>910 Louisiana St.<br>Houston, TX 77002-4916 | Steven A. Webster, Aaron Webster, and Dennis<br>c/o George H. Barber<br>BRADLEY ARANT BOULT CUMMINGS LLP/ Founta<br>1445 Ross Avenue, Suite 3600<br>Dallas, TX 75202-2761 | Steven Wang<br>20 Camelot Rd.<br>Windham NH 03087-1632 |
| Steven Webster<br>c/o Meghan McElvy<br>Chase Tower, 600 Travis Street, Suite 56<br>Houston, TX 77002-3009 | Synchrony Bank<br>P.O Box 965003<br>Orlando, Fl 32896-5003 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 |
| Tony May<br>1850 E. Sahara Ave. Suite 206<br>Las Vegas, NV 89104-3746 | Troya L Montgomery<br>350 Ambroise<br>Newport Coast, CA 92657-0127 | Troya Montgomery<br>350 Ambroise<br>Newport Coast, CA 92657-0127 |
| United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | WeWork<br>115 W 18th St<br>New York, NY 10011-4113 | Wildcat Lending<br>4800 Dexter Drive<br>Plano Plano, TX 75093-5505 |
| Angela Garbiso<br>c/o David Miller<br>Schneider Miller Reynolds, P.C.<br>300 N. Coit Road, Suite 1125<br>Richardson, TX 75080-5535 | Areya Holder<br>Areya Holder, Trustee<br>Law Office of Areya Holder, PC<br>PO Box 2105<br>Addison, TX 75001-2105 | Brandon J Gibbons<br>FUNDERZ.NET, LLC<br>C/O Padfield & Stout, L.L.P.<br>420 Throckmorton Street, Suite 1210<br>Fort Worth, TX 76102-3792 |
| Debra A. Van Cleve<br>c/o David Miller<br>Schneider Miller Reynolds, P.C.<br>300 N. Coit Road, Suite 1125<br>Richardson, TX 75080-5535 | Dennis James Rogers II<br>6520 Del Norte Lane<br>Dallas, TX 75225-2619 | Ellis Guilbeau<br>c/o Russell Devenport<br>777 Main St<br>Suite 2700<br>Fort Worth, TX 76102-5366 |
| Eric Liepins, PC<br>12770 Coit Raod<br>Suite 850<br>Dallas, TX 75251-1364 | Eric A. Liepins<br>Legal Aid of Northwest Texas<br>1515 Main Street<br>Dallas, TX 75201-4841 | John O. Harris<br>c/o Russell Devenport<br>777 Main Street<br>Suite 2700<br>Fort Worth, TX 76102-5366 |
| Kenneth Guilbeau<br>c/o Russell Devenport<br>777 Main St<br>Suite 2700<br>Fort Worth, TX 76102-5366 | Michael H. Moghimi<br>c/o Nicoud Law<br>10440 N. Central Expwy.<br>Suite 800<br>Dallas, TX 75231-2264 | Raymond McKaskle<br>c/o Russell Devenport<br>777 Main Street<br>Suite 2700<br>Fort Worth, TX 76102-5366 |
| Ronda A. Harris<br>c/o Russell Devenport<br>777 Main Street<br>Suite 2700<br>Fort Worth, TX 76102-5366 | Russell Van Cleve<br>c/o David Miller<br>Schneider Miller Reynolds, P.C.<br>300 N. Coit Road, Suite 1125<br>Richardson, TX 75080-5535 | Shawna Guilbeau<br>c/o Russell Devenport<br>777 Main St, Suite 2700<br>Fort Worth, TX 76102-5366 |

Shawna Guilbeau Perry
c/o Russell Devenport
777 Main St, Suite 2700
Fort Worth, TX 76102-5366

Steven A. Webster
c/o David R. Eastlake
Baker Botts L.L.P.
910 Louisiana Street
Houston, TX 77002-4995

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
ST CLOUD, MN 56302-9617

Wildcat Lending Fund One, LP
4800 Dexter Drive
Plano, TX 75093

(d)Jefferson Capital Systems, LLC
PO Box 7999
St. Cloud, MN 56302-9617

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)ACMC Finance and Trade LLC

(u)BAMCG Bridge Partners LP

(u)Dortch Lindstrom Livingston Law Group

(u)FUNDERZ.NET, LLC

(u)Goldman Sachs & Company LLC

(u)John S. Foreman, III

(u)Lincoln Automotive Financial Services

(u)Quilling, Selander, Lownds, Winslett & Mos

(u)Schneider Miller Reynolds, P.C.

(d)John and Ronda Harris
231 Ramblewood Dr.
Lafayette, LA 70508-7403

(d)Mandarin Capital
2600 Cecil Drive
Holladay UT 84124-2906

(u)Allison Rogers

(u)Andre C. Leblanc

End of Label Matrix
Mailable recipients    91
Bypassed recipients    13
Total                 104