Kenneth A. Hill
Quilling, Selander, Lownds,
  Winslett & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
ATTORNEYS FOR THE TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| DENNIS JAMES ROGERS II, | § § | CASE NO. 22-30500-swe7 (Involuntary Proceeding) |
| DEBTOR. | § § | |

# CERTIFICATE OF NO OBJECTION

I hereby certify that on July 24, 2024, I filed the *First Interim Application for Allowance of Fees and Expenses of Special Counsel* (Dkt. No. 245, the "Application"), which contained twenty-one (21) day negative notice language. The deadline to object to the Application was August 14, 2024. As of today's date, no responses or objections to the Application have been filed.

DATED:  August 15, 2024.

Respectfully submitted,

**QUILLING, SELANDER, LOWNDS,
  WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas  75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Fax)

By: */s/ Kenneth A. Hill*
   Kenneth A. Hill
   Texas Bar No. 09646950
ATTORNEYS FOR THE TRUSTEE