**Mark Stromberg**
**Texas Bar No. 19408830**
**STROMBERG STOCK, PLLC**
**The Gild North, Campbell Centre I**
**8350 N. Central Expressway, Suite 1225**
**Dallas, Texas 75206**
**Telephone: (972) 458-5353**
**Facsimile:  (972) 861-5339**
**E-mail: mark@strombergstock.com**
*Attorneys for Mandarin Capital, LLC*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **In re:**<br><br>**DENNIS JAMES ROGERS II,**<br><br>Debtor. | **CASE NO. 22-30500-SWE-7** |

**JOINDER OF MANDARIN CAPITAL, LLC IN TRUSTEE'S RESPONSE TO APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM**

**COMES NOW Mandarin Capital, LLC** who files this its Joinder in the Trustee's Response and Objections filed at Docket No. 253 on August 26, 2024 (the "Response") to the Application of Steven Webster for Allowance of Administrative Expense Claim filed at Docket No. 250 on or about August 14, 2024 (the "Application") for the reasons set forth in the Response, and any others developed at any hearing on the Application.

**DATED: August 26, 2024**          Respectfully submitted,

                              **STROMBERG STOCK, PLLC**
                              **Attorneys & Counselors**

                              By:   */s/ Mark Stromberg*
                                    Mark Stromberg
                                    Texas Bar No. 19408830

                              The Gild North, Campbell Centre I
                              8350 N. Central Expressway, Suite 1225
                              Dallas, Texas 75206
                              Telephone: (972) 458-5353
                              Facsimile: (972) 861-5339
                              Email: *mark@strombergstock.com*
                              ***Attorneys for Mandarin Capital, LLC***

1

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on August 26, 2024, I caused a copy of the foregoing to be served on all parties eligible to receive service through the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas by electronic mail.

                                      */s/ Mark Stromberg*
                                      Mark Stromberg