

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed August 26, 2024

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DENNIS JAMES ROGERS II, | § | CASE NO. 22-30500-swe7 |
| | § | |
| DEBTOR. | § | |

## ORDER GRANTING FIRST INTERIM APPLICATION FOR
## ALLOWANCE OF FEES AND EXPENSES OF SPECIAL COUNSEL

On this date, the Court considered the *First Interim Application for Allowance of Fees and Expenses of Special Counsel* (Dkt. No. 245, the "Application") filed by Areya Holder Aurzada (the "Trustee"), in her capacity as the chapter 7 trustee for Dennis James Rogers II. The Court, after considering the record and noting that no objections were filed to the Application, finds that notice of the Application was appropriate and sufficient under the circumstances, the amount sought in the Application for compensation to Schneider Miller Reynolds, P.C. ("SMR") and Dortch Lindstrom Livingston Law Group ("DLLLG") as special counsel for the Trustee is reasonable compensation for actual and necessary services rendered to the Trustee pursuant to 11 U.S.C. § 330, and the Application should be granted as set forth below.

It is therefore ORDERED that SMR is hereby awarded compensation in the amount of $45,995.00 ($25,995.00 for fees plus $20,000.00 for expenses).

It is further ORDERED that DLLLG is hereby awarded compensation in the amount of $24,000.00 for fees.

It is further ORDERED that the Trustee shall be and hereby is authorized to immediately pay SMR and DLLLG the full amount of fees and expenses approved herein.

# # # End of Order # # #

Submitted by:
Kenneth A. Hill
Quilling, Selander, Lownds,
   Winslett & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
ATTORNEYS FOR THE TRUSTEE