**Mark Stromberg**
**Texas Bar No. 19408830**
**STROMBERG STOCK, PLLC**
**The Gild North, Campbell Centre I**
**8350 N. Central Expressway, Suite 1225**
**Dallas, Texas 75206**
**Telephone: (972) 458-5353**
**Facsimile:  (972) 861-5339**
**E-mail: mark@strombergstock.com**
*Attorneys for Mandarin Capital, LLC*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| **In re:** <br><br> **DENNIS JAMES ROGERS II,** <br><br> **Debtor.** | **CASE NO. 22-30500-SWE-7** |

### NOTICE OF WITHDRAWAL OF DUPLICATE PROOF OF CLAIM NO. 18-1

COMES NOW, Creditor, **MANDARIN CAPITAL, LLC,** who files this Notice of Withdrawal of its Claim No. 18-1 filed September 28, 2022 in the above case, as the timely-filed Claim No 23-1 filed on August 12, 2024 asserts a similar claim amount and is effectively a duplicate.   The criteria of Fed. R. Bankr. Pro. Rule 3006 are met for this withdrawal.

    Respectfully submitted,

    STROMBERG & STOCK, PLLC

    By:     */s/Mark Stromberg*
        MARK STROMBERG
       State Bar No. 19408830
    The Gild North, Campbell Centre I
    8350 North Central Expressway, Suite 1225
    Dallas, Texas 75206
    Telephone: (972) 458-5353
    Facsimile:  (972) 861-5339
    **ATTORNEYS FOR MANDARIN CAPITAL, LLC**

## CERTIFICATE OF SERVICE

  The undersigned certifies that a copy of the foregoing instrument has been served upon all parties via electronic document filing on this 3rd day of September, 2024.

               */s/Mark Stromberg*
               MARK STROMBERG