Meghan Dawson McElvy
Texas State Bar No. 24065127
BRADLEY ARANT BOULT CUMMINGS LLP
600 Travis Street, Suite 5600
Houston, Texas 77002
Tel. 713.576.0314
mmcelvy@bradley.com

George H. Barber
Texas State Bar No. 01705650
BRADLEY ARANT BOULT CUMMINGS LLP
1445 Ross Avenue, Suite 3600
Dallas, TX 75202
Phone: (214) 939-8700
Fax: (214) 939-8787
Email: gbarber@bradley.com

***ATTORNEYS FOR STEVEN WEBSTER***

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **Case Number 22-30500-swe7** |
| | ) | |
| **DENNIS JAMES ROGERS, II,** | ) | |
| | ) | |
| | ) | |
| **Debtor.** | | |

### <u>NOTICE OF HEARING</u>

**PLEASE TAKE NOTICE** that a hearing on *Steven Webster's Application for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(3)(a) and (4)* [Docket # 250] will be held on Wednesday, October 23, 2024, beginning at 2:00 p.m. before the Honorable Scott Everett, Courtroom # 3, 1100 Commerce Street, 14th Floor, Dallas, Texas 75242. The hearing will be conducted in a hybrid format: Parties may make their appearances either in the courtroom or via Webex; however, parties who will be offering evidence or participating in examination must make appearances in the courtroom. Judge Everett's WebEx video link is https://us-courts.webex.com/meet/everett, and WebEx telephonic access is 1.650.479.3207; access code: 2304 017 9738. A copy of Judge Everett's WebEx Hearing Instructions is also attached.

Respectfully submitted,

*/s/ George H. Barber*
George H. Barber
Texas State Bar No. 01705650
Bradley Arant Boult Cummings LLP
Fountain Place
1445 Ross Ave., Suite 3600
Dallas, TX 75202
Telephone: 214.257.9800
gbarber@bradley.com

Meghan Dawson McElvy
Texas State Bar No. 24065127
Bradley Arant Boult Cummings LLP
600 Travis Street, Suite 5600
Houston, Texas 77002
Tel. 713.576.0314
mmcelvy@bradley.com

***ATTORNEYS FOR STEVEN WEBSTER***

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 5, 2024, a true and correct copy of the foregoing Notice of Hearing was served electronically to all parties that receive electronic notice of filings in this case pursuant to the Electronic Filing Procedures in this District, and additionally by first class U.S. Mail, postage prepaid, to all persons and entities listed on the attached service list.

By:    */s/ George H. Barber*
George H. Barber

# EXHIBIT A

# WebEx Hearing Instructions
## Judge Scott W. Everett

Pursuant to General Order 2023-05 issued by the Court on September 19, 2023, hearings before Judge Scott W. Everett will be conducted pursuant to the guidelines set forth in the General Order unless ordered otherwise.

**For WebEx Video Participation/Attendance**:

Link:    https://us-courts.webex.com/meet/everett

**For WebEx Telephonic Only Participation/Attendance**:

Dial-In:  1-650-479-3207;   Access code:  2304 017 9738

**Participation/Attendance Requirements**:

- Counsel and other parties-in-interest who plan to actively participate in the hearing are encouraged to attend the hearing in the WebEx video mode using the WebEx video link above. Counsel and other parties-in-interest who will not be seeking to introduce any evidence at the hearing and who wish to attend the hearing in a telephonic-only mode may attend the hearing in the WebEx telephonic-only mode using the WebEx dial-in and access code above.

- Attendees should join the WebEx hearing at least 10 minutes prior to the hearing start time.  Please be advised that a hearing may already be in progress. During hearings participants are required to keep their lines on mute when they are not addressing the Court or otherwise actively participating in the hearing. **The Court reserves the right to disconnect or place on permanent mute any attendee that causes any disruption to the proceedings**.  For general information and tips with respect to WebEx participation and attendance, please see Clerk's Notice 20-04: https://www.txnb.uscourts.gov/sites/txnb/files/hearings/Webex%20Information%20and%20Tips_0.pdf

- **Witnesses are required to attend the hearing in the WebEx video mode, and live testimony will only be accepted from witnesses who have the WebEx video function activated**. Telephonic testimony without accompanying video will not be accepted by the Court.  The Court may consider special requests for other appearance options on a case-by-case basis.

- All WebEx hearing attendees are required to comply with Judge Everett's Telephonic and Videoconference Hearing Policy (included within Judge Everett's Judge-Specific Guidelines): https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-everetts-hearing-dates .

**Exhibit Requirements**:

- Any party intending to introduce documentary evidence at the hearing must file an exhibit list in the case with a true and correct copy of each designated exhibit filed as a separate, individual attachment thereto so that the Court and all participants have ready access to all designated exhibits.

- In addition, for evidentiary hearings, when more than ten exhibits have been filed in ECF or when the total page count of all exhibits exceeds 500 pages, Judge Everett requests a thumb/USB drive be delivered to him prior to the hearing at: U.S. Bankruptcy Court, ATTN: NATE WALSH, 1100 Commerce Street, Room 1254, Dallas, TX 75242.

- Paper copies of exhibits are not encouraged; however, paper copies may be provided to the witness(s) at an in-person hearing if preferred.

**Notice of Hearing Content and Filing Requirements**:

IMPORTANT: For all hearings that will be conducted by WebEx only:

- The Notice of Hearing filed in the case and served on parties in interest must: (1) provide notice that the hearing will be conducted by WebEx videoconference only, (2) provide notice of the above WebEx video participation/attendance link, and (3) attach a copy of these WebEx Hearing Instructions or provide notice that they may be obtained from Judge Everett's hearing/calendar site: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-everetts-hearing-dates .

- When electronically filing the Notice of Hearing via CM/ECF <u>select "at https://us-courts.webex.com/meet/everett" as the location of the hearing</u> (note: this option appears immediately after the first set of Wichita Falls locations).  Do <u>not</u> select Judge Everett's Dallas courtroom as the location for the hearing.

## <u>CONNECTION INSTRUCTIONS FOR PARTICIPATING IN A WEBEX VIRTUAL HEARING</u>

The Court will allow participation in a virtual hearing using either of the following two methods. Please connect at least 10 minutes prior to the hearing time. It is recommended that attorneys discuss the logistics of the WebEx appearance with their clients/witnesses at least 48 hours before the hearing.

### <u>Option 1: Using the WebEx app on your smartphone, tablet, laptop, or desktop.</u>

Please connect using only one device. Using two or more devices may cause audio feedback issues.

If using a phone or tablet for video, it should be set in a stationary position. Holding a phone or tablet in your hand while speaking does not yield a good video for the court.

**NOTE: If you are experiencing audio issues when using the WebEx application,** you may use the "Call Me At" selection under "Audio Connection" to move just the audio portion of the WebEx conference to your telephone.

### <u>Option 2: Call in via phone (audio only).</u>

Webex dial-in number: 1-650-479-3207 (access code: 2304 017 9738).

## <u>HELPFUL HINTS AND ETIQUETTE</u>

- Please use the mute function when you are not speaking. Please be aware that sometimes the court mutes everyone when there is background noise.  When you want to speak, make sure you are not on mute.  Call-in users should <u>dial *6 to unmute your line</u>.

- Remember to state your name for the record each time before speaking and speak slowly and clearly so the Court can get a good record.

- Use headphones whenever possible, especially if using a desktop PC with external speakers. We have found that newer iPhones provide the best visual and audio feed – better than most desktop computers. <u>If you are on a personal computer, headphones or earbuds are required for those who need to speak during the hearing.</u>

- During examination, attorneys and witnesses should use a separate camera and microphone  when possible. To avoid feedback, parties using separate devices must not be in the same room. The Court may consider special requests on a case-by-case basis.
- WebEx participants may use the "share" button to easily share their screen or document with the Court or other WebEx participants.  Press "stop sharing" to remove the presentation from the meeting.

- When making an appearance from a vehicle, please park in a safe location with windows rolled up (to minimize background distraction and noise) and use a headset that is ear-to-phone (not the vehicle's hands-free speaker-phone option).

- Suggestions for participating in a WebEx hearing from home: If you are having connectivity problems, turn off devices that may be using bandwidth on your home network. Devices or applications such as Facetime, Roku, streaming media players, video games, or large downloads can negatively impact the audio and video quality of the WebEx meeting.

- Participants are reminded that they should wear attire suitable for court.

- Participants who wish to test their WebEx connection or the share screen functionality in advance of the hearing may arrange a "practice run" by contacting the courtroom deputy.

EXHIBITS AND DEMONSTRATIVE AIDS

Exhibits should be filed ahead of time by the date that they would normally be exchanged pursuant to our local rules using the "list (witness/exhibit/generic)" OR "notice (generic)" OR "Support/Supplemental document" event in ECF.

Demonstrative aids and Power Points should also be filed prior to the hearing, if possible. If not, WebEx has the ability to allow you to share your screen, or a particular document, with everyone in the hearing. If these documents are admitted as exhibits, they would then have to be filed after the hearing.

- During the hearing, lawyers can refer to (and offer) their exhibits by referencing the exhibit's docket number for the court and all to access. After the hearing, the court will create a Minute Entry reflecting which exhibits were admitted.  You should consider emailing exhibits to witnesses ahead of time since they may not have access to PACER.

- In addition for evidentiary hearings, when more than ten exhibits have been filed in ECF or when the total page count of all exhibits exceeds 500 pages, Judge Everett requests a thumb/USB drive be delivered to him prior to the hearing at: U.S. Bankruptcy Court, ATTN: NATE WALSH, 1100 Commerce Street, Room 1254, Dallas, TX 75242.

- Paper copies of exhibits are not encouraged; however, paper copies may be provided to the witness(s) at an in-person hearing if preferred.

Service List

Dallas County
Linebarger Goggan Blair & Sampson, LLP
c/o Sherrel K. Knighton
2777 N Stemmons Frwy, Suite 1000
Dallas, TX 75207-2328

Frost Bank
c/o Karl Dial
Greenberg Traurig, LLP
2200 Ross Avenue, Suite 5200
Dallas, TX 75201-2794

BAMCG Bridge Partners LP
13800 Seniac Dr., Suite 200
Dallas, TX 75234-8823

JPMorgan Chase Bank, N.A.
c/o Suyash Agrawal
Massey & Gail LLP
50 E. Washington Street, Suite 400
Chicago, IL 60602-2100

Mandarin Capital, LLC
2600 Cecil Drive
Holladay, UT 84124-2906

Brent Bohn
1775 N Martin L King Blvd.
Las Vegas, NV 89106-2101

U.S. Attorney's Office
1100 Commerce, 3rd Floor
Dallas, TX 75242-1074

U.S. Attorney General
Department of Justice
Washington, DC 20001

Carolyn Perry
3914 75th Place
Lubbock, TX 79423-1128

(p)Wildcat Lending Fund One LP
4800 Dexter Drive
Plano, Texas 75093-5505

USDC, NDTX
1100 Commerce Street
Room 1254
Dallas, TX 75242-1305

John R. Ames, CTA
Dallas County Tax Assessor
500 Elm Street, Suite 3300
Dallas, TX 75202-3304

ACMC Finance and Trade
Joshua Kluewer
1055 W. 7th Street Suite 336
Los Angeles, CA 90017-2577

ACMC Finance and Trade LLC
2820 Lucerne Avenue
Miami Beach, Florida 33140-4267

Debra & Russell Van Cleve
300 N Coit Rd., Suite 1125
Richardson, TX 75080-5535

American Express
P.O. Box 650448
Dallas, TX 75265-0448

Andre Leblanc
P. O. Box 82009
Lafayette, LA 70598-2009

Dennis Rogers Sr.
County Rd 250
Durango, CO 81301

Angela Garbiso
Schneider Miller Reynolds, P.C.
300 N. Coit Rd., Suite 1125
Richardson, TX 75080-5535

Apple Card
P.O. Box 7247
Philadelphia, PA 19170-6112

Discover Card
P.O. Box 30666
Salt Lake City, UT 84130-0666

Bank of America
P.O. Box 15019
Wilmington, DE 19850-5019

David Meche
5121 Johnston St.
Lafayette, LA 70503-5157

Eamonn J. Wiles
801 Cherry Street
Suite 2000
Fort Worth, TX 76102-6882

Carolyn Guilbeau Perry
530 Catholique Road
Carencro, LA 70520-5603

Dennis J. Woods
c/o Meghan McElvy
Chase Tower
600 Travis Street, Suite 5600
Houston, TX 77002-2909

Eamonn J. Wiles
Decker Jones, P.C.
801 Cherry Street, Unit #46
Fort Worth, TX 76102-6803

Chase Bank
P.O. Box 6294
Carol Stream, IL 60197-6294

Discover Bank
P.O. Box 3025
New Albany, OH 43054-3025

Frost Bank
P.O. Box 1600
San Antonio, TX 78296-1600

Gerard Ballanco Jr.
611 East Prudhomme St.
Opelousas, LA 70570-6458

John Hughes
2000 Kaliste Saloom Road, Suite 400
Lafayette, LA 70508-6180

Kenneth Guilbeau
P.O. Box 700
Carencro, LA 70520-0700

Goldman Sachs
100 Crescent Court
Dallas TX 75201-7893

Justin Leemay TFRE Investments LLC
1831 W Crest Ridge Rd.
Lehi, UT 84043-7757

Lincoln Automotive Financial Services
P.O. Box 650574
Dallas, TX 75265-0574

Infinity Global Fuel, Inc
5100 Westheimer Suite 200
Houston, TX 77056-5597

Kathy Rogers
County Rd 250
Durango, CO 81301

Linda Brown
5340 Gooseberry Way
Oceanside, CA 92057-4629

John Foreman
1819 Pinhook Road, Suite 215
Lafayette, LA 70508-3700

Kenneth and Shawna Guilbeau
3185 Highway 178
Sunset LA 70584-5116

MCPP Park District Residential
2711 N. Haskell Ave., Suite 2400
Dallas, TX 75204-2926

John S. Foreman III and Andre C. Leblanc
Attn: J. Mark Chevallier, Esq.
McGuire, Craddock & Strother, P.C.
500 N. Akard St., Suite 2200
Dallas, TX 75201-3317

Lincoln Automotive Financial Services
c/o Wilcox Law, PLLC
P.O. Box 201849
Arlington, TX 76006-1849

Mandarin Capital, LLC
2290 E. 4500 S, #260
Salt Lake City, UT 84117-4494

Ellis Guilbeau
2014 Beau Bassin Rd
Lafayette, LA 70520-5936

Linda Brown
6545 Sequence Drive
San Diego, CA 92121-4363

McCathern Law Firm
3710 Rawlins Street, Suite 1600
Dallas, TX 75219-4258

Funderz.net
1022 Ave M, Floor 2
Brooklyn, NY 11230

Mandarin Capital LLC
2100 Ross Ave., Suite 2700
Dallas, TX 75201-7919

Noor Concepts LLC
c/o Nicoud Law
10440 N. Central Expressway, Suite 800
Dallas, TX 75231-2264

Gerard Ballanco Jr.
460 Judice Rd
Sunset, Louisiana 70584-5156

Mandarin Capital, LLC
Lynn Pinker Hurst & Schwegmann LLP
2100 Ross Avenue, Ste. 2700
Dallas, TX 75201-7919

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Holland & Hart
222 S. Main St. #2200
Salt Lake City UT 84101-2194

Noor Concepts
555 E 5th Street, Apt 3022
Austin, TX 78701-4153

Raymond McKaskel
1216 Ridgewood Place
Houston, TX 77055-5048

John & Ronda Harris
231 Ramblewood Dr.
Lafayette, LA 70508-7403

Steven Webster
c/o Meghan McElvy
Chase Tower
600 Travis Street, Suite 5600
Houston, TX 77002-3009

Scott Faulkner
683 O Lakehurst Avenue
Dallas, TX 75230

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

Wildcat Lending
4800 Dexter Drive
Plano, TX 75093-5505

Eric Liepins, PC
12770 Coit Road
Suite 850
Dallas, TX 75251-1364

Troya L Montgomery
350 Ambroise
Newport Coast, CA 92657-0127

Areya Holder
Areya Holder, Trustee
Law Office of Areya Holder, PC
P.O. Box 2105
Addison, TX 75001-2105

John O. Harris
c/o Russell Devenport
777 Main Street
Suite 2700
Fort Worth, TX 76102-5366

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

Debra A. Van Cleve
c/o David Miller
Schneider Miller Reynolds, P.C.
300 N. Coit Road, Suite 1125
Richardson, TX 75080-5535

Michael H. Moghimi
c/o Nicoud Law
10440 N. Central Expwy., Suite 800
Dallas, TX 75231-2264

Perry Judice Russell Devenport
McDonald Sanders, P.C.
777 Main Street, Suite 1300
Fort Worth, TX 76102-5385

Ellis Guilbeau
c/o Russell Devenport
777 Main St, Suite 2700
Fort Worth, TX 76102-5366

Ronda A. Harris
c/o Russell Devenport
777 Main Street
Suite 2700
Fort Worth, TX 76102-5366

Steven Wang
20 Camelot Rd.
Windham, NH 03087-1632

Eric A. Liepins
Legal Aid of Northwest Texas
1515 Main Street
Dallas, TX 75201-4841

Russell Van Cleve
c/o David Miller
Schneider Miller Reynolds, P.C.
300 N. Coit Road, Suite 1125
Richardson, TX 75080-5535

Steven A Webster
Baker Botts
910 Louisiana St.
Houston, TX 77002-4916

Kenneth Guilbeau
c/o Russell Devenport
777 Main St, Suite 2700
Fort Worth, TX 76102-5366

Shawna Guilbeau Perry
c/o Russell Devenport
777 Main Street, Suite 2700
Fort Worth, TX 76102-5366

Synchrony Bank
P.O. Box 965003
Orlando, FL 32896-5003

Raymond McKaskle
c/o Russell Devenport
777 Main Street
Suite 2700
Fort Worth, TX 76102-5366

Shawna Guilbeau
c/o Russell Devenport
777 Main Street, Suite 2700
Fort Worth, TX 76102-5366

Tony May
1850 E. Sahara Ave., Suite 206
Las Vegas, NV 89104-3746

Angela Garbiso
c/o David Miller
Schneider Miller Reynolds, P.C.
300 N. Coit Road, Suite 1125
Richardson, TX 75080-5535

Steven A. Webster
c/o David R. Eastlake
Baker Botts L.L.P.
910 Louisiana Street
Houston, TX 77002-4995

Troya Montgomery
350 Ambroise
Newport Coast, CA 92657-0127

Brandon J Gibbons
FUNDERZ.NET, LLC
c/o Padfield & Stout, L.L.P.
420 Throckmorton Street, Suite 1210
Fort Worth, TX 76102-3792

WeWork
115 W 18th St
New York, NY 10011-4113

Dennis James Rogers II
6520 Del Norte Lane
Dallas, TX 75225-2619