David B. Miller
Texas Bar No. 00788057
david@schneidlaw.com
SCHNEIDER MILLER REYNOLDS, P.C.
300 N. Coit Road, Suite 1125
Richardson, Texas 75080
Telephone: (972) 479-1112
Facsimile: (972) 479-1113

T. Micah Dortch
Texas Bar No. 24044981
micah@dll-law.com
Dortch Lindstrom Livingston Law Group
2613 Dallas Parkway, Suite 220
Plano, Texas 75093
Telephone: 214-252-8258
Facsimile: 888-653-3299

*Special Counsel for the Trustee Areya Holder Aurzada*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| | § | |
| DENNIS JAMES ROGERS II, | § | CASE NO. 22-30500-swe7 |
| | § | |
| Debtor. | § | |

### STIPULATION REGARDING TRUSTEE'S REPLY TO DEFENDANT'S OBJECTION TO APPROVE SUBSTANTIVE CONSOLIDATION

Areya Holder Aurzada, in her capacity as Chapter 7 Trustee of the Estate of Dennis Rogers, (the "Trustee") and Defendant Funderz.net, LLC (the "Defendant") hereby stipulate to extend the deadline for the Trustee's Reply to the Defendant's Objection to the Trustee's Motion to Approve Substantive Consolidation of Nondebtor Affiliated Entities with the Debtor's Estate (the "Objection") [Dkt. No. 256] such that a reply from the Trustee is due on or before September 26, 2024.

Dated: September 10, 2024

        Respectfully submitted,

By: */s/ David B. Miller*
    David B. Miller
    Texas Bar No. 00788057
    david@schneidlaw.com
    SCHNEIDER MILLER REYNOLDS, P.C.
    300 N. Coit Road, Suite 1125
    Richardson, Texas 75080
    Telephone:(972) 479-1112
    Facsimile: (972) 479-1113

-and-

T. Micah Dortch
Texas Bar No. 24044981
micah@dll-law.com
Dortch Lindstrom Livingston Law Group
2613 Dallas Parkway, Suite 220
Plano, Texas  75093
Telephone:  214-252-8258
Facsimile:  888-653-3299

***Special Counsel for the Trustee***

Stipulated by the above-named Counsel to the Trustee and by:

*/s/Micheal W. Bishop (w/permission)*
Micheal W. Bishop
**GRAY REED**
Micheal W. Bishop (TX Bar No. 02354860)
Amber M. Carson (TX Bar No. 24075610)
1601 Elm Street, Suite 4600
Dallas, Texas 75201
(214) 954-4135
mbishop@grayreed.com
acarson@grayreed.com

-and-

Carmen Contreras-Martinez (*pro hac vice*)
**SAUL EWING LLP**
701 Brickell Avenue, Suite 1700
Miami, FL 33131
(305) 428-4500
carmen.contreras-martinez@saul.com

STIPULATION REGARDING TRUSTEE'S REPLY TO DEFENDANT'S     Page 2
OBJECTION TO APPROVE SUBSTANTIVE CONSOLIDATION

-and-
Turner N. Falk (*pro hac vice*)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
(215) 972-8415
turner.falk@saul.com

**Counsel to Funderz.Net, LLC**