Kenneth A. Hill
Quilling, Selander, Lownds,
  Winslett & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
ATTORNEYS FOR THE TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DENNIS JAMES ROGERS II, | § | CASE NO. 22-30500-swe7 |
| | § | |
| DEBTOR. | § | |

**TRUSTEE'S WITNESS AND EXHIBIT LIST
FOR HEARING ON STEVEN WEBSTER'S APPLICATION
<u>FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM</u>**

TO THE HONORABLE SCOTT W. EVERETT, UNITED STATES BANKRUPTCY JUDGE:

Areya Holder Aurzada (the "Trustee"), the chapter 7 trustee for Dennis James Rogers II (the "Debtor") in the above-referenced bankruptcy case, files this witness and exhibit list for the hearing on *Steven Webster's Application for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(3)(a) and (4)* (Dkt. No. 250) as follows:

## <u>WITNESSES</u>

1. Areya Holder Aurzada, Chapter 7 Trustee.

2. Kenneth A. Hill, attorney for the Trustee.

All witnesses designated by another party or required for impeachment or rebuttal.

**WITNESS AND EXHIBIT LIST**             *Ex. Pg. 001*
7495586.1

## EXHIBITS[1]

| Exhibit No. | Description | Ex. Pg. No. |
|---|---|---|
| Trustee 1 | CM/ECF Docket Sheet for this bankruptcy case | 004 - 028 |
| Trustee 2 | Involuntary Petition Against an Individual (Dkt. No. 1) | 029 - 033 |
| Trustee 3 | Petitioning Creditors' Emergency Motion for Entry of an Order (I) Appointing an Interim Trustee Under 11 U.S.C. § 303(g) and (II) Granting Emergency Relief (Dkt. No. 2) | 034 - 522 |
| Trustee 4 | Emergency Motion of the Petitioning Creditors for Entry of an Order for Relief in an Involuntary Case (Dkt. No. 28) | 523 - 534 |
| Trustee 5 | Order for Relief in an Involuntary Case (Dkt. No. 33) | 535 - 538 |
| Trustee 6 | Limited Objection and Request for Adequate Protection Relating to Trustee's Amended Motion to Approve Settlement with Goldman Sachs, Including Agreement to Modify the Automatic Stay (Dkt. No. 199) | 539 - 554 |
| Trustee 7 | Agreed Order Approving Settlement with Goldman Sachs, Including Modification of the Automatic Stay (Dkt. No. 214) | 555 - 556 |
| Trustee 8 | Steven Webster's Application for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(3)(a) and (4) (without exhibits) (Dkt. No. 250) | 557 - 2207 |
| Trustee 9 | Amended Proof of Claim filed by Steven Webster (ECF Claim No. 24-2) | 2208 - 2220 |
| Trustee 10 | Involuntary Petition Against a Non-Individual (*In re Animo Services, LLC*, Case No. 23-30035-mvl7, Dkt. No. 1) | 2221 - 2227 |
| Trustee 11 | Agreed Order Granting Application for Allowance and Payment of Administrative Expenses of Counsel for the Petitioning Creditors (*In re Animo Services, LLC*, Case No. 23-30035-mvl7, Dkt. No. 72) | 2228 - 2229 |
| Trustee 12 | ECF Claims Register for *In re Animo Services, LLC*, Case No. 23-30035-mvl7 | 2230 - 2234 |

All pleadings filed in the Debtor's bankruptcy case, any exhibit identified by any other party, and/or any exhibits for rebuttal or impeachment.

---

[1] Unless otherwise stated, all references to "Dkt. No." refer to the CM/ECF docket in this bankruptcy case.

Respectfully submitted,

QUILLING, SELANDER, LOWNDS,
    WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)

By: */s/ Kenneth A. Hill*
    Kenneth A. Hill
    Texas Bar No. 09646950
ATTORNEYS FOR THE TRUSTEE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served concurrently with filing by ECF upon all persons who have filed ECF appearances in this case, including counsel for Steven Webster.

    */s/ Kenneth A. Hill*
    Kenneth A. Hill