

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed April 26, 2022

_____
**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 |
| **DENNIS JAMES ROGERS II,** | § | |
| | § | Case No. 22-30500-7 |
| Debtor. | § | |

### ORDER FOR RELIEF IN AN INVOLUNTARY CASE

On consideration of the petition filed on March 22, 2022, against Debtor Dennis James Rogers II (the "Debtor"), an order for relief under Chapter 7 of the Bankruptcy Code (Title 11 of the United States Code) is hereby **GRANTED**.

The Debtor must file the list of creditors, bankruptcy schedules and statement of financial affairs required by 11 U.S.C. § 521. Consequently,

**IT IS FURTHER ORDERED** that, pursuant to Bankruptcy Rule 1007(a)(2), the Debtor shall file within seven (7) days from the date of entry of this Order a list containing the name and address of each of his creditors.

EXHIBIT
Trustee 5

**IT IS FURTHER ORDERED** that, pursuant to Bankruptcy Rule 1007(c), the Debtor shall file within fourteen (14) days from the date of entry of this Order the bankruptcy schedules and statement of financial affairs required by 11 U.S.C. § 521.

**IT IS FURTHER ORDERED** that, pursuant to Bankruptcy Rule 1007(k), if the Debtor does not prepare and file the list of creditors, schedules, and statement of financial affairs as directed by this Order, Areya Holder Aurzada, in her capacity as the Chapter 7 trustee (the "Trustee"), shall prepare and file the papers within thirty (30) days from the date of entry of this Order. The Trustee may move this Court for relief to enforce this Order and may apply for the reimbursement of the costs incurred in complying with this Order. The Trustee may seek the imposition of sanctions against the Debtor in the event the Trustee must prepare and file the papers as directed by this Order.

# # # END OF ORDER # # #

**Submitted and Prepared By:**

   */s/ David R. Eastlake*
David R. Eastlake
Texas Bar No. 24074165
Meghan Dawson McElvy
Texas Bar No. 24065127
Travis James Sales
Texas Bar No. 17532080
Christopher E. Tutunjian
Texas Bar No. 24110460
BAKER BOTTS, L.L.P.
910 Louisiana St.
Houston, Texas 77002
Telephone:     (713) 229-1234
Facsimile:     (713) 229-1522
david.eastlake@bakerbotts.com
meghan.mcelvy@bakerbotts.com
travis.sales@bakerbotts.com
christopher.tutunjian@bakerbotts.com

***Counsel for Petitioning Creditor Steven A. Webster***

3

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Dennis James Rogers II § Case No.: 22–30500–hdh7
§ Chapter No.: 7
Debtor(s) §

# NOTICE OF DEFICIENCY
# RE: INVOLUNTARY PETITION

On 3/22/22, an involuntary bankruptcy petition under Chapter 7 was filed against the above–named Debtor(s).

On 4/26/2022, an Order for Relief was entered in this case.

Pursuant to the Federal Rules of Bankruptcy Procedure 1007(a)(2), the Debtor(s) must file with the Court a mailing matrix within 7 days after entry of the Order for Relief. Pursuant to the Federal Rules of Bankruptcy Procedure 1007(c), the Debtor(s) must file with the Court all other documents within 14 days after entry of the Order for Relief. The Debtor(s) is hereby directed to file the following with the Court:

- ☑ A mailing matrix containing an alphabetical listing of all creditors
- ☐ Form 121 (Statement of Social Security Number(s)
- ☑ Debtor(s)' schedules A/B to J
- ☑ Statement of Financial Affairs
- ☑ Summary of Assets and Liabilities (Official Form 106Sum or 206Sum)
- ☐ Twenty Largest Unsecured Creditors
- ☐ Statement of Current Monthly Income (Form 122A or B)
- ☐ Other:

**The Court may enter a show cause order in this case imposing sanctions if the Debtor(s) fails to comply with the Federal Rules of Bankruptcy Procedure.**