

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed August 9, 2023**

_____
**United States Bankruptcy Judge**

_____

UNITED STATES BANRKUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 22-30500-swe7 |
| | § | Chapter No. 7 |
| DENNIS JAMES ROGERS II | § | |
| | § | |
| Debtor | § | |
| | § | |

### ORDER LIFTING AUTOMATIC STAY

BEFORE ME came to be heard the Amended Motion for Relief from Automatic Stay Regarding 6520 Del Norte Lane of Real Property Collateral Located in Dallas County, Texas (the "Real Property") (the "Motion") of secured creditor, BAMCG Bridge Partners, LP ("BAMCG") seeking an Order pursuant to 11 U.S.C. § 362(d)(1) and/or § 362(d)(2) lifting the automatic stay in the above-captioned Chapter 7 proceeding of the Debtor, Dennis James Rogers II ("Rogers"), with respect to the Real Property. After reviewing the Motion and the Exhibits annexed thereto, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the automatic stay shall be lifted in this bankruptcy to allow BAMCG to proceed under applicable non-bankruptcy

- 1 -

**EXHIBIT**
**Trustee 7**

Ex. Pg. 555

law to enforce its rights and remedies to take possession of, foreclose upon, and sell or otherwise dispose of the Real Property as described in the Real Estate Deed of Trust filed in the Dallas County property records at filing #201900153768, and to apply the proceeds to the obligations owing to BAMCG, net of expenses allowed under the various agreements executed between the Debtor and BAMCG or applicable law;

ORDERED, ADJUDGED AND DECREED that the provisions of Federal Rule of Bankruptcy Procedure 4001(a)(3) are waived and the Order shall be in full force and effect upon the signature of the Court.

# # # End of Order # # #