Meghan Dawson McElvy
Texas State Bar No. 24065127
BRADLEY ARANT BOULT CUMMINGS LLP
600 Travis Street, Suite 5600
Houston, Texas 77002
Tel. 713.576.0314
mmcelvy@bradley.com

George H. Barber
Texas State Bar No. 01705650
BRADLEY ARANT BOULT CUMMINGS LLP
1445 Ross Avenue, Suite 3600
Dallas, TX 75202
Phone: (214) 939-8700
Fax: (214) 939-8787
Email: gbarber@bradley.com

***ATTORNEYS FOR STEVEN WEBSTER***

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Case Number 22-30500-swe7** |
| | ) | **(Involuntary Proceeding)** |
| **DENNIS JAMES ROGERS, II,** | ) | |
| | ) | |
| | ) | |
| **Debtor.** | | |

# ADMINISTRATIVE EXPENSE APPLICATION COVER SHEET

**Administrative Expense Application of: Steven Webster**

**Capacity: Petitioning Creditor Time Period: January 1, 2022 to April 26, 2022**

**Bankruptcy Petition Filed on: March 22, 2022**

**Date of Entry of Retention Order: N/A Status of Case: Pending**

| **Amount Requested:** | | **Reductions:** | |
|---|---|---|---|
| Fees: | $ 421,316.38 | Voluntary fee reductions: | $ (97,418.14) |
| Expenses: | $ 6,688.61 | Expense reductions: | $ - |
| Other: | $ 0.00 | **Total Reductions:** | $ (97,418.14) |

EXHIBIT
Trustee 8

**Total:** $ 330,586.85

**<u>Draw Down Request:</u>**

| | |
|---|---|
| Retainer Received: | $ 0.00 |
| Previous Draw Down(s): | $ 0.00 |
| Remaining Retainer (now): | $ 0.00 |
| Requested Draw Down: | $ 0.00 |
| Retainer Remaining (after): | $ 0.00 |

**<u>Expense Detail:</u>**

| | |
|---|---|
| Copies - per page cost and total: | $1,879.35 |
| Fax - per page cost and total: | $ 0.00 |
| Computer Research: | $ 2,350.95 |
| Other: Filing fees; courier; service | $ 923.57 |
| Other: Meals/Travel | $ 1,534.74 |

| **<u>Hourly Rates</u>** | **Attorney/Accountant** | **Paralegal/Clerical** |
|---|---|---|
| Highest Billed Rate: | $ 1,350.00 | $ 410.00 |
| Total Hours Billed: | 375.5 | 86.80 |
| Blended Rate: | $ 805.60 | $ 320.08 |

Meghan Dawson McElvy
Texas State Bar No. 24065127
BRADLEY ARANT BOULT CUMMINGS LLP
600 Travis Street, Suite 5600
Houston, Texas 77002
Tel. 713.576.0314
mmcelvy@bradley.com

George H. Barber
Texas State Bar No. 01705650
BRADLEY ARANT BOULT CUMMINGS LLP
1445 Ross Avenue, Suite 3600
Dallas, TX 75202
Phone: (214) 939-8700
Fax: (214) 939-8787
Email: gbarber@bradley.com

***ATTORNEYS FOR STEVEN WEBSTER***

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Case Number 22-30500-swe7** |
| | ) | **(Involuntary Proceeding)** |
| **DENNIS JAMES ROGERS, II,** | ) | |
| | ) | |
| | ) | |
| **Debtor.** | | |

**<u>STEVEN WEBSTER'S APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)(3)(a) and (4)</u>**

**<u>NOTICE</u>**

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT EARLE CABELL FEDERAL BUILDING, 1100 COMMERCE ST., DALLAS, TX 75242 BEFORE THE CLOSE OF BUSINESS ON SEPTEMBER 5, 2024, WHICH IS AT LEAST 21 DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED, A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT**

**MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

TO THE HONORABLE SCOTT W. EVERETT, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Steven Webster ("Webster"), petitioning creditor and party in interest in the above-styled bankruptcy case, and files this Application for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. §§ 503(b)(3)(a) and 503(b)(4) (the "Application"). In support thereof, Webster respectfully shows the Court as follows:

## I. JURISDICTION AND VENUE

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 151, 157 and 1334. This Application constitutes a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## II. PROCEDURAL BACKGROUND

3. On March 22, 2022, Webster, along with three other individual creditors, Angela Garbiso and Debra and Russell Van Cleve (collectively, the "Petitioning Creditors"), filed an Involuntary Chapter 7 Petition (the "Involuntary Petition") against Dennis James Rogers, II (the "Debtor") pursuant to 11 U.S.C. § 303 in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division (the "Court"), thereby commencing the above-styled bankruptcy case (the "Bankruptcy Case"). *See* Dkt. No. 1.

4. On the same day, the Petitioning Creditors filed (1) an Emergency Motion for Entry of an Order (I) Appointing an Interim Trustee Under 11 U.S.C. Section 303(G) and (II) Granting Emergency Relief (the "Emergency Interim Trustee Motion"), and (2) a Motion for expedited hearing on the same. *See* Dkt. Nos. 2 and 3.

5. The Court—the Honorable Harlin Hale then presiding—held a hearing on the Emergency Interim Trustee Motion on March 28, 2024, and finding that "the relief requested in the

Case 22-20500-swe7 Doc 250 Filed 10/14/24 Entered 10/14/24 11:11:13 Desc Document Page 565 of 1651

Emergency Motion is in the best interests of the Alleged Debtor, the estate, its creditors, and all other parties in interest," and further "having reviewed the Emergency Motion and having heard the statements in support of the relief requested therein at any hearing before the Court; and good and sufficient cause appearing therefor," granted the Emergency Interim Trustee Motion on the same day and entered an order that was "agreed as to form and substance" by the Petitioning Creditors and the Debtor. *See* Dkt. Nos. 15 and 16.

6. On April 20, 2022, after the Debtor failed to answer the Involuntary Petition, Webster filed (1) an Emergency Motion of the Petitioning Creditors for Entry of an Order for Relief in an Involuntary Case (the "Emergency Motion to Compel Order for Relief"), and (2) a motion for expedited hearing on the same. *See* Dkt. Nos. 28 and 29.

7. The Court held a hearing on the Emergency Motion to Compel Order for Relief on April 25, 2022, and entered an Order for Relief in the Bankruptcy Case on April 26, 2022. *See* Dkt. Nos. 32 and 33.

8. On May 2, 2022, the Debtor filed a Motion to Convert Case from Chapter 7 to 11 (the "Motion to Convert"). *See* Dkt. No. 43. On May 18, 2022, the Trustee filed a response in opposition to the Motion to Convert on the basis that Debtor did not fall in the category of an "honest but unfortunate debtor" and because conversion would be futile. *See* Dkt. No. 53. Similarly, on May 20, 2022, Creditors Webster, Angela Garbiso, and Debra and Russell Van Cleve filed an objection to the Debtor's Motion to Convert on the basis that the Debtor was ineligible for Chapter 11 and that, in any event, converting this case to Chapter 11 would unduly burden the estate and its creditors with additional costs and unnecessary delay without any corresponding benefits. *See* Dkt. No. 54.

9. On June 9, 2022, approximately one hour before the deposition of Debtor was scheduled to begin, the Debtor withdrew the Motion to Convert. *See* Dkt. No. 60.

## III. FACTUAL BACKGROUND

10. A significant portion of the facts and evidence supporting this Application have previously been filed with this Court in support of the Involuntary Petition and Emergency Interim Trustee Motion. *See* Dkt. Nos. 1, 2 and 13. Rather than refiling those materials again, Webster—where applicable—references and incorporates them herein. New exhibits not previously filed with the Court are referred to herein in the format **Exhibit 'X.'**

11. The Debtor, Dennis James Rogers, II, is no ordinary Chapter 7 debtor. As set out more fully in the Emergency Interim Trustee Motion and the numerous exhibits filed in support thereof by Webster on behalf of the Petitioning Creditors and the bankruptcy estate, for a number of years the Debtor carried out a wide-ranging fraudulent scheme by inducing numerous individuals and entities to invest millions of dollars in fake business opportunities that often involved the supposed purchase or sale of wholesale fuel or water rights. *See* Emergency Interim Trustee Motion, Dkt. Nos. 2 & 13. Rather than using the funds in a legitimate manner for the stated purposes, the Debtor spent or absconded with them. *See* Emergency Interim Trustee Motion, Dkt. No. 2 at ¶¶ 13–45. In turn, this led to a string of lawsuits by his unpaid creditors, which—by the time this Bankruptcy Case was initiated—had resulted in nine final judgments or default judgments against him and/or his companies totaling over $13.9 million (excluding interest and attorneys' fees). *See id.* at ¶¶ 1, 21–45; *see also* Dkt. No. 13 at Exs. 17, 22, 24, 27, 29, & 31–32.

12. Webster was among those caught up in the Debtor's web of deceit. In June 2020, the Debtor approached Webster and his associate, Dennis Woods, with a purported opportunity to bid on allocations of fuel positions from a stock in the Port of Brownsville through an auction supposedly

being held by the energy and commodity trading company Vitol. *See* Emergency Interim Trustee Motion, Dkt. No. 2 at ¶ 15. The Debtor, through a solely owned business entity called OMTC, Inc. ("OMTC"), offered to act as an intermediary and agent and informed them that an upfront cash deposit was required to participate in the Vitol auction. *See id.* at ¶ 16. The Debtor falsely promised immediate return of the funds within one banking day if either Webster or Mr. Woods decided to terminate their purchase of the fuel during a purported option period. *See id.* at ¶ 17; *see also* Dkt. No. 13 at Exs. 72–73 (Webster and Woods Fuel Purchase Agreements).

13. Relying on the Debtor's assurances, Webster and Woods deposited a total of $6,552,000 into OMTC's bank account ($4.41 million by Webster and $2.142 by Woods). *See* Emergency Interim Trustee Motion, Dkt. No. 2 at ¶ 17; *see also* Dkt. No. 13 at Exs. 74–75 (Webster and Woods Wire Transfers). Soon after, the Debtor recommended the "transactions" with Vitol be terminated (supposedly owing to less favorable commercial terms than originally anticipated). As Webster and Woods later learned, the Debtor had completely fabricated the Vitol fuel auction to defraud them. *See* Emergency Interim Trustee Motion, Dkt. No. 2 at ¶ 18; *see also* Dkt. No. 13 at Ex. 4 (Vitol Cease & Desist Letter).

14. Despite multiple excuses and promises to pay, the Debtor failed to return the funds. The Debtor even went as far as sending fake Fedwire reference numbers and altering Goldman Sachs wire transfer confirmations and emails to make it seem as if he was returning the money (or at least attempting to). *See* Emergency Interim Trustee Motion, Dkt. No. 2 at ¶ 20; *see also* Dkt. No. 13 at Exs. 7–8 (Goldman Sachs Wire Transfer Confirmations and Emails).

15. Only after filing suit against the Debtor and OMTC in the 191st District Court of Dallas County, Texas in Cause No. DC-20-10214 (the "State Court Action") did Webster and

Woods learn through discovery what had happened to their funds.[1] *See* Emergency Interim Trustee Motion, Dkt. No. 2 ¶ 21; *see also* Dkt. No. 13 at Ex. 10 (Webster Second Amended Petition). Almost immediately, the Debtor had transferred virtually the entire balance of $6,550,000 (all but $2,000 of the funds) to his personal JPMorgan Chase checking account before launching on an extravagant spending spree that included: buying valuable residential property in Dallas for approximately $1.7 million; paying an architect; paying the legal fees of his defense attorneys in pending lawsuits; paying personal credit card debt; withdrawing $560,000 in cash; and transferring funds to his personal Robinhood investment account and various other personal accounts. *See* Emergency Interim Trustee Motion, Dkt. No. 2 at ¶ 23; Dkt. No. 13 at Ex. 11 (Chase Bank Records). In addition, between June and July 2020, the Debtor transferred a total of $2,497,000 to Mandarin Capital LLC, another of the Debtor's creditors that purportedly loaned him over $6 million. *See* Emergency Interim Trustee Motion, Dkt. No. 2 at ¶ 24, 35–36.

16. Eventually, on January 14, 2021, Webster and the Debtor reached a settlement agreement under which the Debtor agreed to pay Webster $5.25 million by March 1, 2021, in exchange for a full and final release of Webster's claims. *See* id. at ¶ 26; *see also* Dkt. No. 13 at Exs. 16–17 (Webster Settlement Agreement and Agreed Final Judgment). The Debtor agreed that if he failed to do so then Webster could file an Agreed Final Judgment entitling Webster to $6.25 million in compensatory damages and other relief. *Id.* Critically, the Agreed Final Judgment, signed by the Debtor, stipulates that "[w]ith regard to Seven Webster's fraud claims against Rogers, the Court has determined that Rogers made representations to Steven Webster, which representations

---

[1] On the eve of a temporary restraining order hearing in that litigation (at which the state district court agreed to freeze several of the Debtor's and OMTC's bank accounts), the Debtor voluntarily and unilaterally returned Mr. Woods's funds of $2.142 million. In contrast, Webster has never received any return of his $4.41 million or the $6.25 million plus attorneys' fees and interest owed under the Agreed Final Judgment entered in the State Court litigation.

Rogers knew to be false, with the intent to deceive Steven Webster." *Id.* The Debtor ultimately failed to pay and the State Court entered the Agreed Final Judgment in Webster's favor. *Id.*

17. Before and after entry of the Agreed Final Judgement, the Debtor persisted in a pattern of evasiveness and misconduct. *See* Emergency Interim Trustee Motion, Dkt. No. 2 at ¶ 29–30. Even after being held in both civil and criminal contempt for flouting the State Court's temporary restraining orders, the Debtor refused to respond to post-judgment discovery by frivolously asserting Fifth Amendment objections, forcing Webster to file a motion to compel that the State Court granted. *See id.*; *see also* Dkt. No. 13 at Exs. 18–19 (State Court Contempt Orders). The State Court found that the Debtor had "repeatedly and knowingly disregarded and disobeyed [its] orders," doing so even after he had "already been held in contempt of court for knowingly violating orders of this Court and even after that finding, has failed to obey the valid orders of this Court." *Id.* The State Court further found that "Rogers' behavior affronts the dignity and authority of this Court and obstructs this Court's administration of justice." *Id.* The State Court then ordered Rogers confined in Dallas County jail until he had provided his post-judgment discovery responses. *Id.*

18. Only then, after two weeks in jail, did the Debtor finally provide discovery responses disclosing that he had over $21 million in "past due" debts to 28 creditors. *See* Emergency Interim Trustee Motion, Dkt. No. 2 at ¶ 31; *see also* Dkt. No. 13 at Ex. 20 (Excerpts of Rogers' Verified Interrogatory Answers & Exhibits). At the same time, the Debtor stated that he had little non-exempt personal property and negative annual net income of approximately -$96,000 to $126,000. *Id.* Faced with this information and having serious concerns that the Debtor may have absconded with his assets to intentionally put them out of the reach of his creditors, Webster was left with no alternative but to commence this involuntary bankruptcy proceeding to recover his lost funds.

Case 22-20500-swe7 Doc 261-8 Filed 10/24/24 Entered 10/24/24 17:17:31 Desc Exhibit Page 10 of 132

19. Webster was joined by three of Rogers' other creditors—Angela Garbiso and Russell and Debra Van Cleve who are represented by David Miller of Schneider Miller Reynolds, P.C. ("SMR").[2] Webster, however, incurred virtually all of the legal fees and expenses of undertaking that effort through his counsel—then with Baker Botts LLP's Houston office, which was efficient and logical since that was the same firm and trial counsel that had handled the underlying State Court Action. *See* **Exhibit J**, Declaration of Meghan McElvy at ¶ 5–7 (hereafter "McElvy Decl."). The other petitioning creditors, through SMR, relied almost completely on the legal work performed by Webster's counsel and merely indicated their assent to the Involuntary Petition and to the Emergency Interim Trustee Motion. *See* Dkt. Nos. 1, 2 and 13; *see also* **Exhibit J**, McElvy Decl. ¶ 6–7.

20. Through the efforts of counsel engaged and paid exclusively by Webster, the Petitioning Creditors filed the Involuntary Petition on March 22, 2022. *See* Involuntary Petition, Dkt. No. 1. Despite being served with the involuntary summons on March 24, 2023, *see* Dkt. No. 11, the Debtor did not answer the Involuntary Petition or even engage counsel until May 2, 2022, several days after the Order for Relief was entered on April 26, 2022. *See* Dkt. Nos. 33 (Order for Relief) and 42 (Creditor Matrix filed by Debtor).

21. Because of the Debtor's long pattern of misleading and deceptive conduct and the serious threat of dissipation of assets, the Petitioning Creditors were also forced to file the Emergency Interim Trustee Motion and to request an emergency hearing on same, which was set for Monday, March 28, 2022. *See* Dkt. Nos. 2 and 3. Again, the legal fees and expenses of this effort were incurred and paid for entirely by Webster, with the other petitioning creditors merely indicating their assent to the Emergency Interim Trustee Motion. *See* **Exhibit J**, McElvy Decl. ¶ 5–7. The

[2] Mr. Miller also serves as Special Counsel to the Trustee in this Bankruptcy Case. *See* Dkt. No. 72 (Order granting application to employ SMR as Special Counsel on contingent fee basis).

tangled nature of the Debtor's affairs and illegitimate business dealings increased the complexity of preparing and filing both the Involuntary Petition and the Emergency Interim Trustee Motion. *See* Dkt. Nos. 2, 13. Webster's counsel attempted to negotiate a resolution with the Debtor regarding appointment of an Interim Trustee, but was unable to reach an agreement until Saturday, March 26, 2022. *See* **Exhibit A**, March 26, 2022, Email and attached agreed order signed by the Debtor. As a result, Webster's counsel had to fully prepare for an anticipated two-day evidentiary hearing featuring testimony from multiple witnesses and over one hundred potential exhibits. *See* **Exhibit B**, March 24, 2022, Email from J. Bergreen confirming hearing setting of four and a half hours on Monday, March 28, 2022 and three hours on Tuesday, March 29, 2022; *see also* Dkt. No. 13 (Witness and Exhibit List for Hearing on Emergency Interim Trustee Motion); **Exhibit J**, McElvy Decl. ¶ 15.

22. The Debtor did not file any motion, answer or other responsive pleading to the Involuntary Petition by the deadline of April 14, 2022. Accordingly, the Petitioning Creditors were forced to file the Emergency Motion to Compel Order for Relief and move for an expedited hearing, which the Court held on April 25, 2022. *See* Dkt. Nos. 28; 29 and 32.

23. As a result of the Petitioning Creditors' efforts, funds have been brought back into the estate and the Trustee, through Special Counsel, is actively pursuing other claims to bring additional funds back into the estate. *See* Trustee's 7/26/2024 Interim Report, Dkt. No. 247. Likewise, the Trustee and Special Counsel have recently moved to substantively consolidate five of the Debtor's corporations into this Bankruptcy Proceeding. *See* Motion to Consolidate, Dkt. No. 248.

24. Furthermore, Debtor recently entered into a Plea Agreement with the United States in which he agreed to plead guilty to two counts of federal securities fraud, including one on the basis of the fraud he committed against Webster. *See* **Exhibit C**, Rogers' 4/26/2024 Plea Agreement &

Factual Resume of Dennis Rogers in Case No. 3-24CR0170-K; In the United States District Court for the Northern District of Texas, Dallas Division. Debtor's arraignment on those criminal charges is set for August 27, 2024. *See* Case No. 3:24-cr-00170-K-1 in the United States District Court for the Northern District of Texas at Dkt. No. 6.

## IV. ATTORNEYS' FEES AND EXPENSES

25. From January 1, 2022 to April 26, 2022 (the "Compensation Period"), Webster's counsel at Baker Botts were required to invest significant time, skill, and labor to prepare and pursue to a successful conclusion the Involuntary Petition and the directly related and necessary Emergency Interim Trustee Motion and Emergency Motion to Compel Entry of Order for Relief. In doing so, Webster incurred attorneys' fees in the amount of $323,898.24 and expenses in the amount of $6,688.61. *See* **Exhibit J**, McElvy Decl. ¶ 22–23. Specifically, Webster incurred attorneys' fees and costs during the Compensation Period for (i) investigating the legal and factual basis for filing the Involuntary Petition; (ii) preparing and filing the Involuntary Petition; (iii) investigating the legal and factual basis for appointment of an interim trustee and preparing and filing the Emergency Interim Trustee Motion; (iv) coordinating with other petitioning creditors on the Involuntary Petition and the Emergency Interim Trustee Motion; (v) conferring with the Debtor pre- and post-petition on the Emergency Interim Trustee Motion; (vi) preparing for the emergency hearing on the Involuntary Petition and Emergency Interim Trustee Motion; (vii) researching, preparing and filing the Emergency Motion to Compel Entry of Order for Relief; and (viii) preparing for and conducting the hearing on the Emergency Motion for Entry of Order for Relief and submitting the necessary form of order to the Court following the hearing. *Id.* at ¶ 19.

26. The invoices attached hereto as **Exhibit D** reflect the following information for the services of Webster's counsel during the Compensation Period: (a) the number of hours worked by

each attorney and staff member on a particular day; (b) the manner and type of work performed by each attorney and staff member; (c) the customary billing rate for each person rendering service in this matter; and (d) the monetary value assigned to each task performed by a given attorney and/or staff member. *See* **Exhibit D**, January – April 2020 Invoices. Consistent with past practice for invoices in the State Court Action, Webster did not require the time spent for each task to be specified in his invoices for the Bankruptcy Case. *See* **Exhibit J**, McElvy Decl. ¶ 31. However, the time and cost entries that form the basis of the recovery sought in this Application clearly relate to the Involuntary Petition, the Emergency Interim Trustee Motion, and the Emergency Motion to Compel Order for Relief and, where applicable, have been reduced to account for unrelated time. *Id.* Additionally, Webster's counsel at Baker Botts applied a 25% discount to the rates charged Webster for their work on same. *Id.*

27. Webster's counsel has segregated its time spent on this engagement into the following categories: (i) Fact gathering, investigations and research: 95.1 hours for total fees of $62,401.20; (ii) Drafting and attention to court filings for pleadings, briefs and exhibits/witness lists: 191.8 hours for total fees of $138,955.66; (iii) Preparation for and appearance at the hearing on Emergency Motion for Entry of Order for Relief and follow-up on same: 27.9 hours for total fees of $23,618.25; and (iv) Preparation for and appearance at hearing on Involuntary Petition and Emergency Motion for Appointment of Interim Chapter 7 trustee and follow-up regarding same: 147.58 hours for total fees of $98,923.13. *Id.* at ¶ 21–22; *see also* Invoices, **Exhibit D**.

28. The primary expenses were for copies and online research, mailing, hearing expenses and filing fees. Computer research is charged at the provider's cost, and other charges such as postage, overnight mailings and hearing expenses are charged at actual cost. *See* **Exhibit J**, McElvy Decl. ¶ 23.

29. Webster requests approval and allowance of an administrative expense claim in the amount of $330,856.85, representing the reasonable fees and expenses incurred by his counsel for services rendered during the Compensation Period, as reflected in the invoices in **Exhibit D** and after application of fee discounts. This amount is comprised of professional fees in the amount of $323,898.24 and expenses in the amount of $6,688.61.

30. As detailed in the invoices at **Exhibit D**, Webster's counsel and other professionals spent a total of 529.0 hours working on this engagement during the Compensation Period. The administrative claim sought herein is for a total of 462.3 hours of work. The difference in hours relates to tasks that were not directly related to the Involuntary Petition or the Emergency Interim Trustee Motion.

31. Although Debtor later sought to convert this case into a Chapter 11 bankruptcy, which forced Webster to incur over $78,000 in additional fees and expenses to defeat it for the benefit of the estate, this administrative claim does not include any fees or expenses incurred after the date of the order for relief on the Involuntary Petition—April 26, 2022.

## V. <u>BASIS FOR RELIEF</u>

32. Sections 503(b)(3) and 503(b)(4) of the Bankruptcy Code grant petitioning creditors an administrative expense claim for expenses incurred by them in connection with the filing of an involuntary petition under Section 303 of the Bankruptcy Code. Those sections provide in relevant part:

> (b) After notice and a hearing, there shall be allowed administrative expenses, other than claims allowed under 502(f) of this title, including–…
>
> (3) the actual, necessary expenses, other than compensation and reimbursement specified in paragraph (4) of this subsection, incurred by–
>
> (A) a creditor that files a petition under section 303 of this title; …

Case 22-20500-swe7 Doc 250 Filed 04/20/23 Entered 04/20/23 11:12:13 Desc Main Document Page 15 of 32

> (4) reasonable compensation for professional services rendered by an attorney or an accountant of an entity whose expense is allowable under subparagraph (A), (B), (C), (D), or (E) of paragraph (3) of this subsection, based on the time, the nature, the extent, and the value of such services, and the cost of comparable services other than in a case under this title, and reimbursement for actual, necessary expenses incurred by such attorney or accountant;….

11 U.S.C. §§ 503(b)(3)–(4).

33. Accordingly, when a creditor files an involuntary petition that successfully results in the entry of an order for relief, the creditor may seek recovery of its fees and costs, including attorneys' fees, related to the preparation and adjudication of the involuntary petition through such time as an order for relief is entered. *See In re HovdeBray Enterprises,* 499 B.R. 333, 337 (Bankr. D. Minn. 2013); *In re Crazy Eddie, Inc.,* 120 B.R. 273, 277-78 (Bankr. S.D.N.Y. 1990); *In re Key Auto Liquidation Ctr., Inc.,* 384 B.R. 599, 605-06 (Bankr. N.D. Fla.2008).

34. Attorneys' fees are recoverable under sections 503(b)(3)(A) and (b)(4) for activities such as the "preparation and filing of the involuntary petition, contacting other creditors to join in the petition, discovery, legal and factual research regarding the grounds for filing the case and, if entry of an order for relief is contested by the debtor, litigation of the issue of whether an order for relief should be entered." *In re Westek Georgia, LLC,* 317 B.R. 567, 570 (Bankr. M.D. Ga. 2004) (citing 4 *Collier on Bankruptcy,* ¶ 503. 10.[2] (15th ed. rev. 2004)). The date of entry of the order for relief is considered the cut-off for administrative expenses based on the commencement of an involuntary bankruptcy. *In re Indian Motorcycle Apparel and Accessories Co.*, 174 B.R. 659, 663 (Bankr. D. Mass.1994) ("The services associated with the filing of an involuntary petition necessarily include consultation with petitioning creditors and coordination of their joint venture. Those services also include the actual preparation of the involuntary petition and effectuation of service of process . . . . However, once the Order for Relief enters and becomes final, legal services associated with the filing of the involuntary petition are completed.") (internal citations omitted).

Furthermore, it is irrelevant whether the creditor is seeking reimbursement for attorneys' fees that have been previously paid, as opposed to fees that remain due and owing. *In re Westek,* 317 B.R. at 571 ("Debtor filed an objection to the application. Debtor notes that Applicants have already paid their professionals and are merely seeking reimbursement. The Court is not persuaded that this should affect Applicants entitlement.").

**A. <u>Standard of Review</u>**

35. Section 503(b)(3)(A) "conclusively presumes" that creating a case and bringing assets within the court's jurisdiction is beneficial to creditors and does not require that a petitioning creditor prove "the outcome of the case was more beneficial to creditors than the result that might have obtained had no case been filed." *Id.* at 569–70 (citing 4 *Collier On Bankruptcy* ¶ 503.10[2][a] (15th ed. rev.2004)); *see also In re Key Auto Liquidation*, 384 B.R. at 604 ("The purpose of §§ 503(b)(3)(A) and 503(b)(4) is to reimburse petitioning creditors for the costs associated with successfully filing and prosecuting an involuntary petition—a valuable service that brings the debtor into court so that its assets can be equitably marshaled before they are squandered").

36. When an administrative expense claim for attorneys' fees is sought under Bankruptcy Code § 503(b)(4), "[t]he requirements pursuant to 11 U.S.C. § 330 for documenting how time was expended are applicable to fee applications under section 503(b)." *In re Stoecker,* 128 B.R. 205, 209 (Bankr. N.D. Ill. 1991) (citing 3 *Collier on Bankruptcy* ¶ 503.04[4] at 503-51 (15th ed. 1991)). Specifically, § 330 provides, inter alia, that the allowance of professional compensation should be based upon:

(A) the time spent on such services;

(B) the rates charged for such services;

> (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>
> (E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
>
> (F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. 330(a)(3).

37. As shown herein, Webster's efforts on behalf of himself and the other petitioning creditors successfully resulted in the entry of an Order for Relief on the Involuntary Petition and the appointment of an interim trustee on an emergency basis. This was extraordinary relief on both counts. *See In re Diamondhead Casino Corp.*, 540 B.R. 499, 504 (Bankr. D. Del. 2015) ("An involuntary petition is an extreme remedy with serious consequences to the alleged debtor…. An even more extreme remedy—the appointment of an interim trustee—is permitted by section 303(g) of the United States Bankruptcy Code, 'if necessary to preserve the property of the estate or to prevent loss to the estate.'") (quoting 11 U.S.C. § 303(g)). Consequently, the Debtor—an admitted serial fraudster—is now forced to account to all of his creditors who, combined, have come forward with over $22.4 million in claims (including Webster's unsecured judgment claim). *See* Bankruptcy Case, Claims Register. Quite simply, but for Webster's extraordinary and highly successful efforts, there would be no bankruptcy case, no interim trustee during the gap period, no trustee, no special counsel to the trustee working on a contingent fee basis, and likely no recovery by any except a handful of lucky creditors. Under the standards promulgated by the Fifth Circuit, Webster is

therefore entitled to an administrative expense claim for the reasonable attorneys' fees and expenses incurred in filing and adjudicating the Involuntary Petition and the related and necessary Emergency Interim Trustee Motion.

**B.** ***<u>First Colonial</u>* <u>Factors</u>**

38. In support of this Application, Webster respectfully directs the Court's attention to those factors generally considered by Bankruptcy Courts in awarding compensation to professionals, as enumerated in § 330 of the Bankruptcy Code and developed by caselaw. The controlling authority in the Fifth Circuit is *Matter of First Colonial Corporation of America,* 544 F.2d 1291 (5th Cir. 1977) (quoting *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717–19 (5th Cir. 1974)). *First Colonial* identified twelve (12) factors that should govern this Court's decision regarding this Application. Applied to the services of Webster's counsel in this Bankruptcy Case, and as explained in further details in the Declaration of Meghan McElvy in support of this Application, those factors are addressed as follows:

a. <u>Time and Labor Required.</u> The invoices attached at **Exhibit D** detail the involvement of the Webster's counsel attorneys in the Bankruptcy Case during the Compensation Period. The Compensation Period spans approximately four (4) months wherein a total of 462.3 hours of attorney and staff time was expended in this Bankruptcy Case in relation to the Involuntary Petition and the directly related and necessary Emergency Interim Trustee Motion and Emergency Motion to Compel Entry of Order for Relief. All of the services performed are compensable in that they represent actual and necessary services performed in preparing, filing, and adjudicating those filings. *See generally* **Exhibit J**, McElvy Decl. In particular, Webster's counsel was forced to prepare for a two-day hearing involving multiple witnesses and extensive

documentary evidence for the Emergency Interim Trustee Motion because of the inability to reach an agreement with the Debtor until the eve of the hearing. *Id.* at ¶ 18. Moreover, Judge Hale agreed with Webster's counsel as to the Emergency Motion to Compel Entry of Order for Relief and entered the Order for Relief on April 26, 2022. *Id.* at ¶ 10.

b. Novelty and Difficulty of Questions Presented. As set out above, Dennis James Rogers, II, is no ordinary Chapter 7 debtor and the Bankruptcy Case was not an ordinary involuntary bankruptcy proceeding. Many of the tasks reflected in the invoices attached as **Exhibit D** involved factual and legal questions which were of moderate to high difficulty because of the circumstances of the Debtor's pre-petition conduct. *Id.* at ¶ 15–20. Other bankruptcy courts have noted that appointment of an interim trustee is an "even more extreme remedy" than the grant of an involuntary petition and that such requests are rare. *In re Diamondhead Casino Corp.*, 540 B.R. at 505 ("There is limited case law applying section 303(g), no doubt because the request for such relief is rare.").

c. Skill Requisite to Perform Service. A practitioner unfamiliar with complex commercial litigation and bankruptcy law, including involuntary bankruptcies, would have been required to spend considerably more hours than Webster's counsel and professional staff to perform the same tasks. This is especially true considering that Webster's counsel had also handled the underlying State Court Action against the Debtor and were able to leverage the post-judgment discovery they obtained in that case to support the Involuntary Petition and the Emergency Interim Trustee Motion.

d. Preclusion of Other Employment Due to Acceptance of Case. Webster's counsel did not decline any representation solely because of their services in the Bankruptcy Case.

e. Customary Fee. The hourly rates sought herein are commensurate with the rates charged and approved in other bankruptcy proceedings pending during the relevant period in the Northern District of Texas and the Southern District of Texas in 2022. Additionally, Webster's counsel at Baker Botts applied a significant *25% discount* to those rates, which substantially reduced the fees Webster incurred. *See* **Exhibit J**, McElvy Decl. ¶ 13. As additional support of the reasonableness of the rates charged, Webster refers the Court to the following: **Exhibit E**, Declaration of David R. Eastlake in Support of Creditor Steven A. Webster's Motion for Sanctions, at Exhibit 1 (Dkt. No. 90 (#9)) (Valeo Partners Attorney Hourly Rate and AFA Database for 2021 Texas Partners and Associates) (reflecting hourly rates for attorneys ranging from $1,825 to $206 per hour); **Exhibit F**, Final Fee Application of Vinson & Elkins LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from March 9, 2022 through June 10, 2022 filed in Case No. 22-90000 (MXM) in the Northern District of Texas, styled *In re Rockall Energy Holdings, LLC et al.* (reflecting average hourly rate of $867.35 for professionals and $310 for paraprofessionals, and a range of billing rates for attorneys of $590.00 to $1,465.00); **Exhibit G**, First Interim and Final Fee Application of Weil, Gotshal & Manges LLP as Special Counsel to the Special Litigation Committee of the Board of Directors of Rockall Energy Holdings, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period of March 9, 2022 Through and Including June 10, 2022 filed in Case No. 22-90000

(MXM) in the Northern District of Texas, styled *In re Rockall Energy Holdings, LLC et al.* (reflecting blended rate for all attorneys of $1,157.93 and blended rate for all timekeepers of $1,083.97, and a range of billing rates for attorneys of $695 to $1,475 per hour); **Exhibit H**, Fifth Interim and Final Fee Application of Katten Muchin Rosenman LLP for Allowance and Payment of Fees and Expenses as Attorneys to Debtor GWG Holdings, Inc., on Behalf of and At the Sole Direction of the Independent Directors, for the (I) Fifth Interim Fee Period from May 1, 2023 Through and Including June 20, 2023, and (II) Total Fee Period from June 20, 2022 Through and Including June 20, 2023 filed in Case No. 22-90032 (MI) in the Southern District of Texas, styled *In re GWG Holdings, Inc. et al*. (reflecting average hourly rate for attorneys of $1,249.44 and average hourly rate for paraprofessionals of $460); **Exhibit I**, Third Interim and Final Fee Application of Paul Hastings LLP, Counsel to Sean Clements and the Conflicts Committee of the Board of Directors of GWG DLP Funding IV, LLC, for Allowance and Payment of Fees and Expenses for the Period from May 1, 2023 through June 19, 2023 filed in Case No. 22-90032 (MI) in the Southern District of Texas, styled *In re GWG Holdings, Inc. et al*. (reflecting average hourly rate for professionals of $1,389 and average hourly rate for paraprofessionals of $540).

f. As set out in **Exhibit J**, Declaration of Meghan McElvy, the hourly rates charged, hours billed and total amounts billed by the attorneys and staff of Webster's counsel who worked on the Bankruptcy Case are as follows:[3]

---

3 All of the professionals and staff presented in this Motion were employed by Baker Botts L.L.P. during the Compensation Period.

| **Name and Position of Professional Person** | **Department and Date/State of First Admission (if applicable)** | **Hourly Billing Rate** | **Total Billed Hours** | **Total Amount Billed[4]** |
|---|---|---|---|---|
| David R. Eastlake, Partner | Financial Restructuring, 2007 New York | $1,305 | 112.48 | $113,399.61 |
| Travis Sales, Partner | Litigation, 1987 Texas | 1,350 | 9.50 | $ 9,618.75 |
| Meghan McElvy, Partner | Litigation, 2008 Texas | $1,130 | 74.05 | $ 64,729.23 |
| Kristen M. Jacobsen, Associate | Financial Restructuring, 2017 Texas | $860 | 82.80 | $ 53,406.00 |
| Christopher Tutunjian, Associate | Litigation, 2018 Texas | $860 | 62.70 | $ 41,512.20 |
| Emily Rohles | Litigation, 2021 Texas | $580 | 31.40 | $ 14,021.50 |
| Rory Fontenla | Senior Paralegal | $410 | 67.4 | $ 21,740.25 |
| Jessica Aquino | Paralegal | $370 | 1.20 | $ 351.50 |
| Kendall Sherman | Paralegal | $370 | 2.20 | $ 610.50 |
| Christine Davis | Research Librarian | $270 | 0.20 | $ 40.50 |
| Cynthia Montalvo | Research Librarian | $270 | 8.10 | $ 1,798.20 |
| Richard Pravata | Research Librarian | $270 | 2.10 | $ 425.25 |
| Christi Acciarri | Litigation Graphics | $365 | 8.20 | $ 2,244.75 |
| | | **Total** | **462.3** | **$323,898.24** |

Furthermore, as noted above, Webster's counsel applied a significant 25% discount to the fees charged to Webster for the work related to the Involuntary Petition, the Emergency Interim Trustee Motion, and the Emergency Motion to Compel Order for Relief, further demonstrating their reasonableness. *See* **Exhibit J**, McElvy Decl. ¶ 21–29.

g. Whether the Fee is Fixed or Contingent. Webster's counsel's fees are fixed insofar as their compensation in the Bankruptcy Case is based upon the hours billed at the

4 Total Billed amount includes a 15% discount for January 2022 fees of **$1,489.80**, a 25% discount for March 2022 fees of **$83,114.03** and a 25% discount for April fees of **$12,814.31**.

above-specified rates. There has not at any point been a contingent fee agreement with Webster.

h. Time Limitations Imposed by Client or Other Circumstances. The circumstances of the Bankruptcy Case imposed time pressures due to the nature of the Debtor's assets, liabilities and pre-petition conduct and the significant concern of dissipation of assets.

i. Amount Involved and Results Obtained. Webster, with the assistance of his counsel, successfully prepared, filed, and adjudicated the Involuntary Petition and Emergency Interim Trustee Motion which resulted in the appointment of an Interim Trustee and the entry of an Order for Relief with the hope that these actions will result in a meaningful distribution to the Debtor's creditors.

j. Experience, Reputation and Ability of Attorneys. Mr. Eastlake and Ms. Jacobsen specialized almost exclusively in the practice of bankruptcy law, including the representation of debtors in possession, official and ad hoc committees, significant creditors and secured lenders in complex Chapter 11 reorganization cases, Chapter 7 liquidations, out-of-court restructurings and commercial and bankruptcy-related litigation matters. The other attorneys involved in the Bankruptcy Case have extensive experience in complex commercial litigation matters. Moreover, Ms. McElvy served as lead counsel in the State Court Action against the Debtor, which provided valuable institutional knowledge to the Bankruptcy Case team and increased the overall efficiency of their work. The reputation of Baker Botts L.L.P. attorneys is recognized and respected in the community.

k. Undesirability of Case. There was nothing undesirable about this case.

l. Nature and Length of Professional Relationship with Client. Webster's counsel, acting through Ms. McElvy, represented Webster in the State Court Action since June 2020, or for a little less than two years prior to commencement of the Bankruptcy Case.

m. Award in Similar Cases. Involuntary Chapter 7 bankruptcy cases are unusual, and even moreso Chapter 7 bankruptcies involving appointment of an interim Chapter 7 trustee—both of which occurred in this case. Webster's counsel are not aware of any other similar, recent cases in this District involving these unique circumstances. Nonetheless, Webster's counsel believes that the fees requested herein are commensurate with those that have been awarded in other bankruptcy cases pending in this District during the Compensation Period. *See* **Exhibit J**, McElvy Decl. ¶ 23.

**WHEREFORE, PREMISES CONSIDERED,** Webster respectfully requests that the Court enter an order granting this Application in the form attached hereto, awarding Webster an administrative expense claim as set forth herein for reasonable attorneys' fees of $323,898.24 and expenses of $6,688.61, and granting Webster such other and further relief to which he may be justly entitled, at law or in equity.

Respectfully submitted this the 14th day of August, 2024.

Case 22-30500-swe7 Doc 250 Filed 08/14/24 Entered 08/14/24 17:21:31 Desc Main
Document Page 25 of 165

/s/ *Meghan Dawson McElvy*
Meghan Dawson McElvy
Texas State Bar No. 24065127
Bradley Arant Boult Cummings LLP
600 Travis Street, Suite 5600
Houston, Texas 77002
Tel. 713.576.0314
mmcelvy@bradley.com

George H. Barber
Texas State Bar No. 01705650
Bradley Arant Boult Cummings LLP
Fountain Place
1445 Ross Ave., Suite 3600
Dallas, TX 75202
Telephone: 214.257.9800
gbarber@bradley.com

***ATTORNEYS FOR STEVEN WEBSTER***

## CERTIFICATE OF CONFERENCE

I hereby certify that on August 13, 2024, I emailed Ken Hill, as counsel for Areya Holder, Chapter 7 Trustee, to confer regarding the relief sought in this Application. Mr. Hill advised that the Trustee is opposed to the relief sought in this Application.

/s/ *Meghan Dawson McElvy*
Meghan Dawson McElvy

## PROFESSIONAL CERTIFICATION

I hereby certify (a) that I am the professional with responsibility to verify compliance with the Guidelines for Compensation and Expense Reimbursement of Professionals as promulgated in the United States Bankruptcy Court for the Northern District of Texas ("Guidelines"); (b) I have read the Application; (c) to the best of my knowledge, information and belief, formed after reasonable inquiry, the compensation and expense reimbursement sought is in conformity with the Guidelines except as otherwise specifically noted in the Application; and (d) the compensation and expense reimbursement requested were billed at rates, in accordance with practices, no less favorable than those customarily employed by Baker Botts L.L.P. during 2022 and generally accepted by Baker Botts' clients during 2022.

/s/ *Meghan Dawson McElvy*
Meghan Dawson McElvy

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2024, I caused a true and correct copy of the foregoing to be served on all parties eligible to receive service through the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas by electronic mail. Concurrently with the ECF filing, I also caused a notice of the foregoing filing, including its summary details and instructions on how any party in interest may obtain a hard copy of it free of charge, to be served on all parties eligible to receive service through the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas by electronic mail and by first class mail, postage prepaid, on the persons and entities set forth on the attached service list. Furthermore, I certify that I caused a true and correct copy of the foregoing to be served by U.S. mail, postage prepaid, upon the Debtor and the Office of the United States Trustee.

/s/ *Meghan Dawson McElvy*
Meghan Dawson McElvy

Label Matrix for local noticing
0539-3
Case 22-30500-swe7
Northern District of Texas
Dallas
Tue Aug 13 16:07:36 CDT 2024

Dallas County
Linebarger Goggan Blair & Sampson, LLP
c/o Sherrel K. Knighton
2777 N Stemmons Frwy, Suite 1000
Dallas, TX 75207-2328

Frost Bank
c/o Karl Dial
Greenberg Traurig, LLP
2200 Ross Avenue, Suite 5200
Dallas, TX 75201-2794

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

JPMorgan Chase Bank, N.A.
c/o Suyash Agrawal
Massey & Gail LLP
50 E. Washington Street, Suite 400
Chicago, IL 60602-2100

Mandarin Capital, LLC
2600 Cecil Drive
Holladay, UT 84124-2906

U.S. Attorney
1100 Commerce, 3rd Floor
Dallas, TX 75242-1074

U.S. Attorney General
Department of Justice
Washington, DC 20001

(p)WILDCAT LENDING FUND ONE LP
4800 DEXTER DRIVE
PLANO TX 75093-5505

1100 Commerce Street
Room 1254
Dallas, TX 75242-1305

ACMC Finance and Trade Joshua Kluewer
1055 W. 7th Street Suite 336
4 Los Angles, CA 90017-2577

ACMC Finance and Trade LLC
2820 Lucerne Avenue
Miami Beach Florida 33140-4267

American Express
P.O Box 650448
Dallas, TX 75265-0448

Andre Leblanc
P. O. Box 82009
Lafayette, LA 70598-2009

Angela Garbiso
Schneider Miller Reynolds, P.C. David Mi
300 N. Coit Rd., Suite 1125
Richardson, TX 75080-5535

Apple Card
P.O Box 7247
Philadelphia, PA 19170-6112

BAMCG Bridge Partners LP
13800 Seniac Dr. Ste 200
Dallas, TX 75234-8823

Bank of America
P.O Box 15019
Wilmington, DE 19850-5019

Brent Bohn
1775 N Martin L King Blvd
Las Vegas, NV 89106-2101

Carolyn Guilbeau Perry
530 Catholique Road
Carencro LA 70520-5603

Carolyn Perry
3914 75th Place
Lubbock, TX 79423-1128

Chase Bank
P.O Box Carol Strem
IL 60197-6294

Dallas County John R. Ames,
CTA 500 Elm Street
Dallas, TX 75202-3304

David Meche
5121 Johnston St.
Lafayette, LA 70503-5157

Debra & Russell Van Cleve Schneider Miller R
300 N Coit Rd., Suite 1125
Richardson, TX 75080-5535

Dennis J. Woods
c/o Meghan McElvy
Chase Tower
600 Travis Street, Suite 5600
Houston, TX 77002-2909

Dennis Rogers Sr.
County Rd 250
Durango, CO 81301

Discover Bank
P.O. Box 3025
New Albany, Oh 43054-3025

Discover Card
P.O Box 30666
Salt Lake City, UT 84130-0666

Eamonn J. Wiles
801 Cherry Street
Suite 2000
Fort Worth, TX 76102-6882

Eamonn J. Wiles
Decker Jones, P.C.
801 Cherry Street, Unit #46
Fort Worth, TX 76102-6803

Ellis Guilbeau
2014 Beau Bassin Rd
Lafayette, LA 70520-5936

Frost Bank
P.O Box 1600
San Antonio, TX 78296-1600

Funderz.net 1022 Ave M
Floor 2
Brooklyn, NY 11230

Gerard Ballanco Jr
611 East Prudhomme St.
Opelousas, LA 70570-6458

Gerard Ballanco Jr.
460 Judice Rd
Sunset, Louisiana 70584-5156

Goldman Sachs
100 Crescent Court
Dallas TX 75201-7893

Holland & Hart
222 S. Main St. #2200
Salt Lake City UT 84101-2194

Infinity Global Fuel, Inc
5100 Westheimer Suite 200
Houston, TX 77056-5597

John & Ronda Harris
231 Ramblewood Dr.
Lafayette, LA 70508-7403

John Foreman
1819 Pinhook Road Suite 215
Lafayette, LA 70508-3700

John Hughes
2000 Kaliste Saloom Road Suite 400
Lafayette, LA 70508-6180

John S. Foreman III and Andre C. Leblanc
Attn: J. Mark Chevallier, Esq.
McGuire, Craddock & Strother, P.C.
500 N. Akard St., Suite 2200
Dallas, TX 75201-3317

Justin Leemay TFRE Investments LLC
1831 W Crest Ridge Rd.
Lehi, UT 84043-7757

Kathy Rogers
County Rd 250
Durango, CO 81301

Kenneth Guilbeau
P.O Box 700
Carencro, LA 70520-0700

Kenneth and Shawna Guilbeau
3185 Highway 178
Sunset LA 70584-5116

Lincoln Automotive Financial Services
P.O Box 650574 Dallas
TX 75265-0574

Lincoln Automotive Financial Services
c/o Wilcox Law, PLLC
P.O. Box 201849
Arlington, TX 76006-1849

Linda Brown
5340 Gooseberry Way
Oceanside, CA 92057-4629

Linda Brown
6545 Sequence Drive
San Diego, CA 92121-4363

MCPP Park District Residential
2711 N. Haskell Ave Suite 2400
Dallas, TX 75204-2926

Mandarin Capital LLC
2100 Ross Ave., Suite 2700
Dallas, TX 75201-7919

Mandarin Capital, LLC
2290 E. 4500 S #260
Salt Lake City, UT 84117-4494

Mandarin Capital, LLC
Lynn Pinker Hurst & Schwegmann LLP
2100 Ross Avenue, Ste. 2700
Dallas, TX 75201-7919

Mccathern Law Firm
3710 Rawlins Street Suite 1600
Dallas, TX 75219-4258

Noor Concepts
555 E 5th Street Apt 3022
Austin, TX 78701-4153

Noor Concepts LLC
c/o Nicoud Law
10440 N. Central Expressway
Suite 800
Dallas, TX 75231-2264

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Perry Judice Russell Devenport
McDonald Sanders, P.C.
777 Main Street, Suite 1300
Fort Worth, TX 76102-5385

Raymond McKaskel
1216 Ridgewood Place
Houston, TX 77055-5048

Raymond McKaskle
1216 Ridgewood Place
Houston, TX 77055-5048

Scott Faulkner
683 O Lakehurst Avenue
Dallas, TX 75230

Steven A Webster David R. Eastlake Baker Bot
910 Louisiana St.
Houston, TX 77002-4916

Steven A. Webster, Aaron Webster, and Dennis
c/o George H. Barber
BRADLEY ARANT BOULT CUMMINGS LLP/ Founta
1445 Ross Avenue, Suite 3600
Dallas, TX 75202-2761

Steven Wang
20 Camelot Rd.
Windham NH 03087-1632

Steven Webster
c/o Meghan McElvy
Chase Tower, 600 Travis Street, Suite 56
Houston, TX 77002-3009

Synchrony Bank
P.O Box 965003
Orlando, Fl 32896-5003

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

Tony May
1850 E. Sahara Ave. Suite 206
Las Vegas, NV 89104-3746

Troya L Montgomery
350 Ambroise
Newport Coast, CA 92657-0127

Troya Montgomery
350 Ambroise
Newport Coast, CA 92657-0127

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

WeWork
115 W 18th St
New York, NY 10011-4113

Wildcat Lending
4800 Dexter Drive
Plano Plano, TX 75093-5505

Angela Garbiso
c/o David Miller
Schneider Miller Reynolds, P.C.
300 N. Coit Road, Suite 1125
Richardson, TX 75080-5535

Areya Holder
Areya Holder, Trustee
Law Office of Areya Holder, PC
PO Box 2105
Addison, TX 75001-2105

Brandon J Gibbons
FUNDERZ.NET, LLC
C/O Padfield & Stout, L.L.P.
420 Throckmorton Street, Suite 1210
Fort Worth, TX 76102-3792

Debra A. Van Cleve
c/o David Miller
Schneider Miller Reynolds, P.C.
300 N. Coit Road, Suite 1125
Richardson, TX 75080-5535

Dennis James Rogers II
6520 Del Norte Lane
Dallas, TX 75225-2619

Ellis Guilbeau
c/o Russell Devenport
777 Main St
Suite 2700
Fort Worth, TX 76102-5366

Eric Liepins, PC
12770 Coit Raod
Suite 850
Dallas, TX 75251-1364

Eric A. Liepins
Legal Aid of Northwest Texas
1515 Main Street
Dallas, TX 75201-4841

John O. Harris
c/o Russell Devenport
777 Main Street
Suite 2700
Fort Worth, TX 76102-5366

Kenneth Guilbeau
c/o Russell Devenport
777 Main St
Suite 2700
Fort Worth, TX 76102-5366

Michael H. Moghimi
c/o Nicoud Law
10440 N. Central Expwy.
Suite 800
Dallas, TX 75231-2264

Raymond McKaskle
c/o Russell Devenport
777 Main Street
Suite 2700
Fort Worth, TX 76102-5366

Ronda A. Harris
c/o Russell Devenport
777 Main Street
Suite 2700
Fort Worth, TX 76102-5366

Russell Van Cleve
c/o David Miller
Schneider Miller Reynolds, P.C.
300 N. Coit Road, Suite 1125
Richardson, TX 75080-5535

Shawna Guilbeau
c/o Russell Devenport
777 Main St, Suite 2700
Fort Worth, TX 76102-5366

Shawna Guilbeau Perry
c/o Russell Devenport
777 Main St, Suite 2700
Fort Worth, TX 76102-5366

Steven A. Webster
c/o David R. Eastlake
Baker Botts L.L.P.
910 Louisiana Street
Houston, TX 77002-4995

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
ST CLOUD, MN 56302-9617

Wildcat Lending Fund One, LP
4800 Dexter Drive
Plano, TX 75093

(d)Jefferson Capital Systems, LLC
PO Box 7999
St. Cloud, MN 56302-9617

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)ACMC Finance and Trade LLC

(u)BAMCG Bridge Partners LP

(u)Dortch Lindstrom Livingston Law Group

(u)FUNDERZ.NET, LLC

(u)Goldman Sachs & Company LLC

(u)John S. Foreman, III

(u)Lincoln Automotive Financial Services

(u)Quilling, Selander, Lownds, Winslett & Mos

(u)Schneider Miller Reynolds, P.C.

(d)John and Ronda Harris
231 Ramblewood Dr.
Lafayette, LA 70508-7403

(d)Mandarin Capital
2600 Cecil Drive
Holladay UT 84124-2906

(u)Allison Rogers

(u)Andre C. Leblanc

End of Label Matrix
Mailable recipients 91
Bypassed recipients 13
Total 104

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Case Number 22-30500-swe7** |
| | ) | **(Involuntary Proceeding)** |
| **DENNIS JAMES ROGERS, II,** | ) | |
| | ) | |
| | ) | |
| **Debtor.** | | |

**[PROPOSED] GRANTING STEVEN WEBSTER'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)(3)(a) and (4)**

On this date, the Court considered the Application for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(3) and (4) (Dkt. No. _____, the "*Application*") filed by Steven Webster ("Webster") seeking allowance of an administrative expense claim for the attorneys' fees and expenses incurred in connection with the Involuntary Petition filed against Dennis James Rogers, II. The Court, after considering the Application and supporting evidence, the applicable law, the arguments of counsel, if any, and all other supporting or opposing papers, has determined that: (i) notice of the Motion was appropriate and sufficient under the circumstances; (ii) the amounts sought in the Motion as an administrative expense were actual, necessary expenses incurred by Webster as a petitioning creditor under 11 U.S.C. § 303, including reasonable compensation for

attorneys' fees based on the time, the nature, the extent, and the value of such services, and the cost of comparable services other than in a case under the Bankruptcy Code. Accordingly, the Court finds that the Application should be granted.

It is therefore ORDERED that:

1. The Application is hereby GRANTED.

2. Webster is hereby awarded an administrative expense claim pursuant to 11 U.S.C. § 503 for the reasonable attorneys' fees and expenses incurred in connection with the Involuntary Petition in the total amount of $330,586.85, of which $323,898.24 is awarded for compensation of attorneys' fees and $6,688.61 is awarded for reimbursement of expenses to Webster's counsel.

3. The Trustee shall be and hereby is authorized to immediately pay Webster the full amount of fees and expenses approved herein.

### End of Order ###

Submitted by:

Meghan Dawson McElvy
Texas State Bar No. 24065127
Bradley Arant Boult Cummings LLP
600 Travis Street, Suite 5600
Houston, Texas 77002
Tel. 713.576.0314
mmcelvy@bradley.com

George H. Barber
Texas State Bar No. 01705650
Bradley Arant Boult Cummings LLP
Fountain Place
1445 Ross Ave., Suite 3600
Dallas, TX 75202
Telephone: 214-257-9800
gbarber@bradley.com

***ATTORNEYS FOR STEVEN WEBSTER***

# Exhibit A

**From:** Dennis Rogers <dennis.rogers@omtcinc.com>
**Sent:** Saturday, March 26, 2022 3:30 PM
**To:** 'Eastlake, David R.'
**Cc:** 'McElvy, Meghan'; 'Sales, Travis'
**Subject:** Re: Rogers Involuntary Bankruptcy - Revised Agreed Order
**Attachments:** Revised Agreed Order for Trustee.pdf

Please see attached…

Thank you,

Dennis

On Mar 26, 2022, at 2:48 PM, Eastlake, David R. <david.eastlake@bakerbotts.com> wrote:

Dennis,
I just spoke to Meghan and understand you had some difficulty opening the attachment, so I'm attaching another copy of the revised agreed order in Word. Please let us know if you are unable to open this file.
Also, because you previously stated you were opposed to our motion and we stated your opposition in our motion filed with the court, this will need to be an agreed order, with all parties signing off on it. An unopposed order typically accompanies an unopposed motion, which we did not have here at the time of filing.
If the revised order is acceptable to you, please sign where indicated on the last page and scan back to us so that we may add your e-signature to the order. Once we've added all parties' e-signatures, we will upload the agreed order with the court and contact the judge's case manager to let her know that we have reached an agreement on the motion and request that the agreed order be entered by the court. We will copy on our correspondence with the court's case manager.
Thank you,
David

**David R. Eastlake**
*Partner*

Baker Botts L.L.P.
david.eastlake@bakerbotts.com
T +1.713.229.1397
F +1.713.229.7897
M +1.713.385.7113
910 Louisiana Street
Houston, Texas 77002
USA

**Confidentiality Notice:**

The information contained in this email and any attachments is intended only for the recipient[s] listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

<Agreed Order on Motion to Appoint Interim Trustee_Active_84057094_3.DOCX>

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | |
| **DENNIS JAMES ROGERS II,** | § | **Case No. 22-30500-7** |
| | § | |
| **Alleged Debtor.** | § | **(Involuntary Proceeding)** |

**AGREED ORDER GRANTING PETITIONING CREDITORS' EMERGENCY MOTION FOR ENTRY OF AN ORDER (I) APPOINTING AN INTERIM TRUSTEE UNDER 11 U.S.C. § 303(G) AND (II) GRANTING EMERGENCY RELIEF**
**[RELATES TO DOCKET NO. 2]**

This matter coming before the Court upon the emergency motion (the "Emergency Motion")[1] filed by Steven A. Webster, Debra and Russell Van Cleve, and Angela Garbiso (collectively, the "Petitioning Creditors") for entry of an order, pursuant to sections 105(a) and

[1] Capitalized terms used but not otherwise defined herein shall have the same meanings as ascribed to them in the Emergency Motion.

303(g) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") and Rule 2001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), (a) appointing an interim Chapter 7 trustee and (b) granting related relief; and it appearing that this Court has jurisdiction to consider the Emergency Motion pursuant to 28 U.S.C. § 1334; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue of this involuntary chapter 7 case and the Emergency Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and, after due deliberation, the Court having determined that the relief requested in the Emergency Motion is in the best interests of the Alleged Debtor, the estate, its creditors, and all other parties in interest; and it appearing that proper and adequate notice of the Emergency Motion has been given and that no other or further notice is necessary; and the Court having reviewed the Emergency Motion and having heard the statements in support of the relief requested therein at any hearing before the Court; and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Emergency Motion is **GRANTED** as set forth herein.

2. Pursuant to section 303(g) of the Bankruptcy Code, the United States Trustee shall immediately appoint an interim chapter 7 trustee (the "Interim Trustee") to perform the duties set forth in sections 701 and 704 of the Bankruptcy Code.

3. Rogers shall cooperate in all respects with the Interim Trustee in implementing this Order, including without limitation, by providing complete and accurate information as requested by the Interim Trustee, and otherwise assist in the Interim Trustee's management of the estate.

4. Rogers shall not interfere with the transition of control of the estate, including all assets and properties comprising the estate, to the Interim Trustee pursuant to this Order.

5. Effective immediately upon entry of this Order and until such time as an interim chapter 7 trustee is appointed to take control of and manage the estate, Rogers is and shall be prohibited from continuing to use, acquire, or dispose of property of the estate unless and until the Court orders otherwise; <u>provided</u>, <u>however</u>, that Rogers may continue to pay reasonable and necessary living expenses and reasonable costs to retain counsel for this case in an amount not to exceed $5,000 in the aggregate, and Rogers shall take all appropriate and necessary actions to protect and preserve property of the estate pending the appointment of an interim chapter 7 trustee by the United States Trustee.

6. The terms and conditions of this Order will be immediately effective and enforceable upon its entry.

7. This Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implantation, interpretation and enforcement of this Order.

**# # # END OF ORDER # # #**

**AGREED AS TO FORM AND SUBSTANCE:**

By: ______________________________
David R. Eastlake
Texas Bar No. 24074165
Meghan Dawson McElvy
Texas Bar No. 24065127
Travis James Sales
Texas Bar No. 17532080
Christopher E. Tutunjian
Texas Bar No. 24110460
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, Texas 77002
Tel: 713.229.1234
Fax: 713.229.1522
david.eastlake@bakerbotts.com
meghan.mcelvy@bakerbotts.com
travis.sales@bakerbotts.com
christopher.tutunjian@bakerbotts.com

***Counsel for Petitioning Creditor Steven A. Webster***

– and –

By: ______________________________
David Brian Miller
Texas Bar No. 00788057
*david@schneidlaw.com*
SCHNEIDER MILLER REYNOLDS, PC
300 N. Coit Rd., Suite 1125
Richardson, Texas 75080
Telephone: (972) 479-1112
Facsimile: (972) 479-1113

***Counsel for Petitioning Creditors Debra and Russell Van Cleve and Angela Garbiso***

By: ______________________________
Dennis James Rogers II
6520 Del Norte Lane
Dallas, Texas 75225
dennis.rogers@omtcinc.com

***Pro Se***

# Exhibit B

**From:** Dennis Rogers <dennis.rogers@omtcinc.com>
**Sent:** Thursday, March 24, 2022 2:03 PM
**To:** 'McElvy, Meghan'
**Cc:** 'Eastlake, David R.'; 'Tutunjian, Christopher'; 'Sales, Travis'
**Subject:** Re: Involuntary Bankruptcy - Hearing on Motion to Appoint Interim Trustee

Hey Meghan

I do plan to attend and I'm looking to secure counsel now. Will notify you as soon as they are retained.

Thanks

Dennis Rogers

On Mar 24, 2022, at 1:58 PM, McElvy, Meghan <meghan.mcelvy@bakerbotts.com> wrote:

Thank you. I also appreciate you letting us know if you plan to attend and also if you will have counsel to represent you.
Meghan

---

**From:** Dennis Rogers <dennis.rogers@omtcinc.com>
**Sent:** Thursday, March 24, 2022 1:57 PM
**To:** McElvy, Meghan <meghan.mcelvy@bakerbotts.com>
**Cc:** Eastlake, David R. <david.eastlake@bakerbotts.com>; Tutunjian, Christopher <christopher.tutunjian@bakerbotts.com>; Sales, Travis <Travis.Sales@BakerBotts.com>
**Subject:** Re: Involuntary Bankruptcy - Hearing on Motion to Appoint Interim Trustee

**[EXTERNAL EMAIL]**

Received...

Dennis Rogers

On Mar 24, 2022, at 1:36 PM, McElvy, Meghan <meghan.mcelvy@bakerbotts.com> wrote:

Also here are the court's Webex instructions (referenced below).
Meghan

---

**From:** McElvy, Meghan
**Sent:** Thursday, March 24, 2022 1:35 PM
**To:** Dennis Rogers <dennis.rogers@omtcinc.com>
**Cc:** Eastlake, David R. <david.eastlake@bakerbotts.com>; Tutunjian, Christopher

<christopher.tutunjian@bakerbotts.com>; Sales, Travis <Travis.Sales@BakerBotts.com>
**Subject:** Involuntary Bankruptcy - Hearing on Motion to Appoint Interim Trustee

Dennis,

We just received word that the hearing on the Motion to Appoint Interim Trustee has been scheduled for Monday, March 28 at 11:00 AM. Below is the communication we received from the Court. I appreciate you confirming receipt of this email. -Meghan

Judge Hale orally granted the motion to expedite and set the motion to appoint trustee for hearing on Monday 3/28 at 11:00 AM. You will have four and a half hours on Monday and another three hours on Tuesday morning (3/29) for our hearing. Would you please file a notice of hearing without delay. Parties may appear either in person or via Webex. The notice of hearing should provide both Judge Hale's physical courtroom location (1100 Commerce Street, 14th Floor, Courtroom No. 3, Dallas, Texas, 75242) and his Webex link, dial-in number, access code (see below), and a copy of his Webex instructions which have been attached for your convenience.

**Webex link: https://us-courts.webex.com/meet/hale**
**Dial-in (US/Canada): 1-650-479-3207**
**Access code: 476 420 189**

Thank you.
Jenni

---

**Meghan Dawson McElvy**
*Partner*

Baker Botts L.L.P.
meghan.mcelvy@bakerbotts.com
T +1.713.229.1196
F +1.713.229.2896

910 Louisiana St
Houston, Texas 77002
U.S.A.

**Confidentiality Notice:**

The information contained in this email and any attachments is intended only for the recipient[s] listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

# Exhibit C

## Plea Agreement & Factual Resume of Debtor

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

KR

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. |
| DENNIS JAMES ROGERS II | 3-24CR0170-K |

**PLEA AGREEMENT**

Dennis James Rogers II, the defendant; Daniel K. Hagood, the defendant's attorney; and the United States of America (the government) agree as follows:

1. **Rights of the defendant**: The defendant understands that the defendant has the rights:

   a. to plead not guilty;

   b. to have a trial by jury;

   c. to have the defendant's guilt proven beyond a reasonable doubt;

   d. to confront and cross-examine witnesses and to call witnesses in the defendant's defense; and

   e. against compelled self-incrimination.

2. **Waiver of rights and plea of guilty**: The defendant waives these rights and pleads guilty to the offenses alleged in Counts 1 and 2 of the information, charging violations of 15 U.S.C. §§ 77q(a) and 77x, that is, securities fraud. The defendant understands the nature and elements of the crimes to which the defendant is pleading

guilty, and agrees that the factual resume the defendant has signed is true and will be submitted as evidence.

3. **Sentence**: The maximum penalties the Court can impose include for each Count which, at the discretion of the court, may be served consecutively to each other:

a. imprisonment for a period not more than five years;

b. a fine not to exceed $250,000, or twice any pecuniary gain to the defendant or loss to the victim(s);

c. a term of supervised release of not more than 3 years, which may be mandatory under the law and will follow any term of imprisonment. If the defendant violates the conditions of supervised release, the defendant could be imprisoned for the entire term of supervised release;

d. a mandatory special assessment of $100;

e. restitution to victims or to the community, which is mandatory under the law, and which the defendant agrees may include restitution arising from all relevant conduct, not limited to that arising from the offense of conviction alone;

f. costs of incarceration and supervision; and

g. forfeiture of property.

4. **Immigration consequences**: The defendant recognizes that pleading guilty may have consequences with respect to the defendant's immigration status if the defendant is not a citizen of the United States. Under federal law, a broad range of crimes are removable offenses. The defendant understands this may include the offense to which the defendant is pleading guilty, and for purposes of this plea agreement, the

defendant assumes the offense is a removable offense. Removal and other immigration consequences are the subject of a separate proceeding, however, and the defendant understands that no one, including the defendant's attorney or the district court, can predict to a certainty the effect of the defendant's conviction on the defendant's immigration status. The defendant nevertheless affirms that the defendant wants to plead guilty regardless of any immigration consequences that the defendant's plea of guilty may entail, even if the consequence is the defendant's automatic removal from the United States.

5. **Court's sentencing discretion and role of the Guidelines**: The defendant understands that the sentence in this case will be imposed by the Court after consideration of the United States Sentencing Guidelines. The guidelines are not binding on the Court, but are advisory only. The defendant has reviewed the guidelines with the defendant's attorney, but understands no one can predict with certainty the outcome of the Court's consideration of the guidelines in this case. The defendant will not be allowed to withdraw the defendant's plea if the defendant's sentence is higher than expected. The defendant fully understands that the actual sentence imposed (so long as it is within the statutory maximum) is solely in the discretion of the Court.

6. **Defendant's agreement**. The defendant shall not knowingly provide false information to the U.S. Probation Office (USPO), the Court, or the government relating to the offense(s) of conviction and all relevant conduct, or any information the defendant must provide related to this agreement.

7. **Mandatory special assessment**: The defendant agrees to pay the U.S. District Clerk the amount of $200 unless the Court finds the defendant indigent in satisfaction of the mandatory special assessment(s) prior to sentencing.

8. **Financial Obligations**: The defendant understands that any financial obligation imposed by the Court for restitution, fines, or special assessments is due and payable immediately. In the event the Court imposes a schedule for payment, the defendant agrees that such a schedule represents a minimum payment obligation and does not preclude the U.S. Attorney's Office from pursuing any other means by which to satisfy the defendant's full and immediately enforceable financial obligation. The defendant understands that the defendant has a continuing obligation to pay in full as soon as possible any financial obligation imposed by the Court. The defendant further agrees as follows:

a. The defendant agrees that the financial statement, with any supporting documents, the defendant provides to the USPO may be shared with the Court and the government.

b. The defendant shall submit to interviews by the government and the USPO regarding the defendant's capacity to satisfy any fine, restitution, or special assessment.

c. The defendant expressly authorizes the United States Attorney's Office to immediately obtain a credit report on the defendant to evaluate the defendant's ability to satisfy any financial obligation imposed by the Court.

9. **Restitution**: The defendant agrees that the Court is authorized to order, and the defendant agrees to pay, restitution for all loss resulting from the offense(s) of conviction and all relevant conduct, in an amount to be determined by the Court. Defendant agrees that, for purposes of this paragraph, restitution for relevant conduct shall include all acts and omissions described in USSG § 1B1.3(a)(1)(A) and (1)(B), as well as all acts and omissions that were part of the same course of conduct or common scheme or plan, regardless whether the grouping rules in USSG § 3D1.2 might apply to computation of the advisory imprisonment range. The defendant understands that should the Court order that restitution be paid jointly and severally with others who are required to pay restitution for the same loss to victims that credit may not be received for all payments made by any other person with joint and several liability. The defendant agrees that any restitution ordered to be paid jointly and severally remains the responsibility of the defendant until the defendant has paid the defendant's ordered amount of restitution in full or the respective victim has been paid in full.

10. **Government's agreement**: The government will not bring any additional charges against the defendant based upon the conduct underlying and related to the defendant's plea of guilty. The government will file a Supplement in this case, as is routinely done in every case, even though there may or may not be any additional terms. The government will dismiss, after sentencing, any remaining charges in the pending information. This agreement is limited to the United States Attorney's Office for the Northern District of Texas and does not bind any other federal, state, or local prosecuting

authorities, nor does it prohibit any civil or administrative proceeding against the defendant or any property.

11. **Violation of agreement**: The defendant understands that if the defendant violates any provision of this agreement, or if the defendant's guilty plea is vacated or withdrawn, the government will be free from any obligations of the agreement and free to prosecute the defendant for all offenses of which it has knowledge, including the reinstatement of charges dismissed pursuant to this plea agreement. In the event of such a violation, vacatur, or withdrawal, the defendant waives all objections based upon delay in prosecution. If the plea is vacated or withdrawn for any reason other than a finding that it was involuntary, the defendant also waives all objections to the use against the defendant of any information or statements the defendant has provided to the government, and any resulting leads.

12. **Voluntary plea**: This plea of guilty is freely and voluntarily made and is not the result of force or threats, or of promises apart from those set forth in this plea agreement. There have been no guarantees or promises from anyone as to what sentence the Court will impose.

13. **Waiver of right to appeal or otherwise challenge sentence**: The defendant waives the defendant's rights, conferred by 28 U.S.C. § 1291 and 18 U.S.C. § 3742, to appeal the conviction, sentence, fine and order of restitution or forfeiture in an amount to be determined by the Court. The defendant further waives the defendant's right to contest the conviction, sentence, fine and order of restitution or forfeiture in any collateral proceeding, including proceedings under 28 U.S.C. § 2241 and 28 U.S.C.

§ 2255. The defendant, however, reserves the rights (a) to bring a direct appeal of (i) a sentence exceeding the statutory maximum punishment, or (ii) an arithmetic error at sentencing, (b) to challenge the voluntariness of the defendant's plea of guilty or this waiver, and (c) to bring a claim of ineffective assistance of counsel.

14. **Representation of counsel**: The defendant has thoroughly reviewed all legal and factual aspects of this case with the defendant's attorney and is fully satisfied with that attorney's legal representation. The defendant has received from the defendant's attorney explanations satisfactory to the defendant concerning each paragraph of this plea agreement, each of the defendant's rights affected by this agreement, and the alternatives available to the defendant other than entering into this agreement. Because the defendant concedes that the defendant is guilty, and after conferring with the defendant's attorney, the defendant has concluded that it is in the defendant's best interest to enter into this plea agreement and all its terms, rather than to proceed to trial in this case.

15. **Entirety of agreement**: This document, including any Supplement filed contemporaneously, is a complete statement of the parties' agreement and may not be modified unless the modification is in writing and signed by all parties. This agreement supersedes any and all other promises, representations, understandings, and agreements that are or were made between the parties at any time before the guilty plea is entered in court. No promises or representations have been made by the United States except as set forth in writing in this plea agreement.

AGREED TO AND SIGNED this 2nd day of May, 2024.

LEIGHA SIMONTON
UNITED STATES ATTORNEY

Marcus Busch
Assistant United States Attorney
Texas State Bar No. 03493300
1100 Commerce Street, Third Floor
Tel: 214-659-8642
Fax: 214-659-8809
Email: marcus.busch@usdoj.gov

Chad Meacham
Section Chief

I have read or had read to me this plea agreement and have carefully reviewed every part of it with my attorney. I fully understand it and voluntarily agree to it.

Dennis James Rogers II | 04-26-24
Date

I am the defendant's attorney. I have carefully reviewed every part of this plea agreement with the defendant. To my knowledge and belief, my client's decision to enter into this plea agreement is an informed and voluntary one.

Daniel K. Hagood | 4/24/24
Attorney for Defendant | Date

ORIGINAL

EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

KP

UNITED STATES OF AMERICA

v.

DENNIS JAMES ROGERS II

Case No. 3-24CR0170-K

# FACTUAL RESUME

In support of **Dennis James Rogers' II** plea of guilty to the offenses in Counts One and Two of the Information, **Rogers** (the defendant), Daniel K. Hagood (the defendant's attorney), and the United States of America (the government) stipulate and agree to the following:

## ELEMENTS OF THE OFFENSE

To prove the offenses alleged in Counts One and Two of the Information, charging violations of 15 U.S.C. §§ 77q and 77x, that is, securities fraud, the government must prove each of the following elements beyond a reasonable doubt:

*First*: That the defendant offered or sold securities and either

(1) employed any device, scheme, or artifice to defraud; or

(2) obtained money or property by means of any untrue statements of a material fact or any omission to state a material fact necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or

(3) engaged in a transaction, practice, or course of business which operated or would operate as a fraud or deceit upon a purchaser;

*Second*: That the defendant acted willfully, knowingly, and with the intent to defraud;

*Third*: That the defendant used, or caused to be used, any means or instruments of transportation or communication in interstate commerce or the use of the mails in furtherance of the scheme.[1]

## STIPULATED FACTS

1. Starting in or about August 2019 and continuing until at least 2022, the defendant, **Dennis James Rogers II**, in connection with the offer and sale of securities, to wit: investment contracts for participation in various investment programs, by use of instruments of transportation and communications in interstate commerce, knowingly and willfully, directly and indirectly, employed a scheme and artifice to defraud, and obtained money by means of untrue statements of material facts and omissions to state material facts necessary in order to make statements made, in light of the circumstances under which they were made, not misleading, did engage in transactions, practices and a course of business which operated as a scheme to defraud persons who entered into investment contracts for participation in various investments including oil and gas offerings and a water rights offering.

2. In furtherance of the scheme and artifice to defraud, **Rogers** utilized a series of companies, which he owned or operated, to entice and solicit individuals to invest in various fraud schemes. **Rogers'** companies included Oregon Mountain Trading Company, Inc. (OMTC), and Bootstrap Ventures, Inc. (Bootstrap Ventures), both

[1] *United States v. Lewis*, 774 F.3d 837, 841 (5th Cir. 2014)

companies incorporated in Texas and with their principal place of business located at 1920 McKinney Avenue, Floor 7, Dallas, Texas, in the Northern District of Texas.

3. **Rogers** admits that on or about August 2019, **Rogers** solicited investor J.I. to invest in a fraudulent oil and gas investment.[2] **Rogers** utilized OMTC to facilitate the fraud scheme. **Rogers** told J.I. that he was soliciting funds for the purchase of fuel from Company A, a fuel company known to the United States Attorney. In furtherance of the fraud scheme and to entice J.I to invest, **Rogers** traveled from Dallas-Ft. Worth International Airport to New York via commercial airline and met with J.I. in 2019. During the meeting with J.I., **Rogers** showed J.I. documentation, specifically, a contract and email correspondence, which represented that **Rogers** had access to fuel held by Company A.

4. Based upon the representations by **Rogers** for the purchase of fuel from Company A, J.I. agreed to loan **Rogers** $10,000,000 in exchange for an agreement between J.I. and **Rogers**, wherein J.I. would receive a fifty-percent return on the loan agreement.

5. **Rogers** admits that the funds obtained from J.I. were not utilized to purchase fuel from Company A; instead, the funds were diverted by **Rogers** to other business entities, an investment account, a law firm, a private jet service, a custom home builder, to credit card companies, and towards **Rogers'** other personal expenses.

---

[2] In accordance with Department of Justice policy, all investors are identified by their initials.

6. Approximately ten months after defrauding J.I., on or about June 2020, again using OMTC, **Rogers** enticed investors S.W. and D.W. to invest in a fraudulent oil and gas investment. **Rogers** solicited S.W. and D.W by telephone calls and emails to A.W. regarding the proposed investment. **Rogers** told A.W. that Company B, a large international fuel company known to the United States Attorney, was exiting its fuel stock position in Brownsville, Texas. **Rogers** falsely represented that the fuel company was going to dispose of its fuel via an exclusive invitation-only auction and that he was invited to the auction and would purchase fuel for the investors at a profit. As a result of these representations, S.W. and D.W. both executed fuel purchase agreements with **Rogers**. On or about June 2020, S.W. wired **Rogers** approximately $4,100,000 and D.W wired **Rogers** approximately $2,100,000. After S.W. and D.W. wired the funds, **Rogers** failed to provide any fuel to the investors. S.W. and D.W. later learned that Company B never held an auction and, further, that it had no relationship with **Rogers**.

7. **Rogers** admits that he made materially false representations to an intermediary of S.W. and D.W. in order to entice them into giving him funds for a fictitious auction. **Rogers** further admits he did not have a business relationship with Company B and that the funds obtained from S.W. and D.W. were not used to purchase fuel; instead, the funds were used to fund an unrelated investment account, purchase real estate and to pay **Rogers'** personal expenses.

8. **Rogers** admits that he devised a third scheme utilizing his company named Bootstrap Ventures. Beginning on or about September 2020, **Rogers** begin soliciting and

collecting funds for a water rights deal associated with a dairy farm in New Mexico. **Rogers** told perspective investors he was working with the dairy farmer to obtain water rights for the farm. **Rogers** represented that he needed funds in order to facilitate the water rights deal with the dairy farmer.

9. In furtherance of the scheme, **Rogers** held a telephone call with an investor in Utah and an alleged member of the dairy farmer family. During the call the alleged family member represented to the investor that the family was working with **Rogers**. In addition, to further entice investors, **Rogers** told multiple perspective investors that he had an account at Investment Firm A, a nationally known investment firm known to the United States Attorney, which had a balance of approximately $5,000,000 that could be used as collateral. In order to facilitate the investment, **Rogers** emailed contract documents and otherwise communicated via email with the investors. After **Rogers** failed to repay the investors it was discovered that **Rogers** never had a relationship with the dairy farmer and there was never a contract for water rights. It was further discovered that the account **Rogers** used as collateral was previously fully collateralized and, therefore, had no collateral value in the fraudulent water rights deal.

10. From approximately July 2019 to October 2020, **Rogers** admits he collected $11,000,000 from investors for the fictitious water rights investment. Rather than utilizing the funds obtained for the water rights investment, **Rogers** used the funds to pay other investors, purchase real estate, and pay **Rogers'** personal expenses.

11. On or about June 2019, in the Northern District of Texas, the defendant, **Dennis James Rogers II**, in connection with the offer and sale of securities, to wit: an investment contract for the purchase of fuel, by use of instruments of transportation and communications in interstate commerce, knowingly and willfully, directly and indirectly, employed a scheme and artifice to defraud, and obtained money by means of untrue statements of material facts and omissions to state material facts necessary in order to make statements made, in light of the circumstances under which they were made, not misleading, specifically, represented to an intermediary of victim S.W. that he, **Rogers**, had a contract with a fuel company for the purchase of fuel which he, in fact, did not have, and did engage in transactions, practices and a course of business which operated as a scheme to defraud persons who entered into the investment contract for the purchase of fuel, in violation of 15 U.S.C. §§ 77q and 77x.

12. On or about September 2020, in the Northern District of Texas, the defendant, **Dennis James Rogers II**, in connection with the offer and sale of securities, to wit: an investment contract for the purchase of water rights, by use of instruments of transportation and communications in interstate commerce, knowingly and willfully, directly and indirectly, employed a scheme and artifice to defraud, and obtained money by means of untrue statements of material facts and omissions to state material facts necessary in order to make statements made, in light of the circumstances under which they were made, not misleading, specifically, represented to victim J.M. in Utah via the use of interstate emails that he had a contract with a dairy farmer for water rights which

he, in fact, did not have, and further, did engage in transactions, practices and a course of business which operated as a scheme to defraud persons who entered into the investment contract for participation in the purchase of water rights, in violation of 15 U.S.C. §§ 77q and 77x.

13. The defendant agrees that the defendant committed all the essential elements of the offense. This factual resume is not intended to be a complete accounting of all the facts and events related to the offenses charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Counts One and Two of the Information.

AGREED TO AND STIPULATED on this 26th day of April, 2024.

LEIGHA SIMONTON
UNITED STATES ATTORNEY

DENNIS ROGERS
Defendant

MARCUS BUSCH
Assistant United States Attorney
Texas Bar No. 03493300
1100 Commerce, Suite 300
Dallas, Texas 75242
Telephone: 214.659.8642
Facsimile: 214.767.4104
marcus.busch@usdoj.gov

DANIEL K. HAGOOD
Attorney for Defendant

Case 22-30500-swe7 Doc 260-4 Filed 09/20/24 Entered 09/20/24 21:31:11 Desc
Exhibit 8 Page 59 of 164

# Exhibit D

**BAKER BOTTS L.L.P.**

Austin Brussels Dallas Dubai Houston London
Moscow New York Palo Alto Riyadh San Francisco Washington

TAX ID 74-1195457

Aaron Webster
3200 Southwest Freeway
Suite 1490
Houston, TX, 77027

**Due Upon Receipt**

Invoice Number: 50007148
Invoice Date: February 16, 2022
Matter Number: 088698.0101

---

## REMITTANCE STATEMENT

**Matter Number:** 088698.0101
**Client:** Webster, Steven A.
**Matter:** OMTC Dispute
**Invoice Number:** 50007148
**Billing Attorney:** M D McElvy
**Office:** Houston

---

| | |
|---|---|
| **Total Fees** | **$46,934.00** |
| **Less Discount** | **$(7,040.10)** |
| **Total Expenses** | **$59.80** |
| **Total Invoice Amount** | **$39,953.70** |

---

TO ENSURE PROPER APPLICATION OF YOUR PAYMENT PLEASE RETURN THIS REMITTANCE ADVICE OR EMAIL TO ARHOUSTON@BAKERBOTTS.COM

*Please Remit to:*

*Wiring Instructions*
Baker Botts L.L.P.
Bank: JP Morgan Chase Bank
Address: 712 Main Street, Houston, TX 77002
ABA Number: 021 000 021
Swift Code: CHASUS33
Primary Account: 001 0000 2006
(Reference Invoice Number)

*ACH Information:*
Baker Botts L.L.P.
Bank: JP Morgan Chase Bank
Address: 712 Main Street, Houston, TX 77002
Routing Number: 111 000 614
Primary Account: 001 0000 2006
(Reference Invoice Number)

*To Pay by Check, send to:*
Baker Botts L.L.P.
P.O. Box 301251
Dallas, TX 75303-1251
(Reference Invoice Number)

# BAKER BOTTS L.L.P.

Austin Brussels Dallas Dubai Houston London Moscow New York Palo Alto Riyadh San Francisco Washington

TAX ID 74-1195457

Aaron Webster
3200 Southwest Freeway
Suite 1490
Houston, TX 77027

Invoice Number: 50007148
Invoice Date: February 16, 2022
Attorney: M D McElvy

---

Total fees for services and expenses for the matter shown below through January 31, 2022

**088698.0101**
OMTC Dispute

---

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/03/22 | C E Tutunjian | 3.3 | Continued researching key issues related to Mandarin lawsuit. |
| 01/04/22 | K M McElvy | 0.9 | Reviewed text messages between A. Webster and Mandarin relating to new suit; check in call with [redacted]. |
| 01/04/22 | C E Tutunjian | 4.6 | Discussed case status with M. McElvy; continued researching key issues related to Mandarin lawsuit; researched whether [redacted] |
| 01/05/22 | K M McElvy | 0.1 | Sent draft proposed findings of fact and conclusions of law in Goldman Sachs garnishment case to C. Tutunjian for review and comment. |
| 01/05/22 | C E Tutunjian | 0.6 | Reviewed draft findings of fact for Goldman Sachs garnishment judgment. |
| 01/06/22 | C A Davis | 0.6 | Researched Utah Secretary of State business entity Mandarin Capital LLC and J. Mayer at the request of C. Tutunjian. |
| 01/06/22 | K M McElvy | 1.5 | Reviewed and revised draft findings of fact and conclusions of law to submit to court in Goldman Sachs garnishment proceeding; call with A. Webster regarding [redacted] |
| 01/06/22 | C E Tutunjian | 3.0 | Discussed strategy for Mandarin lawsuit with M. McElvy; prepared summary of timeline of events and strategy for Mandarin lawsuit; researched issues related to Mandarin lawsuit. |

**BAKER BOTTS** LLP

Webster, Steven A.
OMTC Dispute

Invoice No: 50007148
Invoice Date: February 16, 2022
Matter: 088698.0101

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/07/22 | C E Tutunjian | 0.7 | Continued preparing summary of timeline of events and strategy for Mandarin lawsuit; continued researching issues related to Mandarin lawsuit. |
| 01/10/22 | K M McElvy | 0.8 | Began drafting summary of litigation for client. |
| 01/10/22 | C E Tutunjian | 0.9 | Prepared answer to Mandarin action. |
| 01/11/22 | K M McElvy | 0.9 | Began drafting comprehensive email to client outlining strategy and options to defend Mandarin Capital lawsuit based on research from C. Tutunjian; brief call with co-counsel regarding finalizing findings of fact and conclusions of law in Goldman Sachs garnishment proceeding. |
| 01/11/22 | S D Powers | 1.1 | Reviewed and analyzed complaint and conference with M. McElvy and C. Tutunjian regarding [redacted] |
| 01/11/22 | C E Tutunjian | 0.7 | Discussed Mandarin lawsuit strategy and [redacted] with M. McElvy and S. Powers. |
| 01/12/22 | K M McElvy | 4.8 | Drafted comprehensive email to client providing overview of research and defense strategy issues concerning the Mandarin Capital lawsuit and also providing an update on the status and next steps in the Goldman Sachs garnishment proceeding; conference call with C. Tutunjian to discuss same and also consider involuntary bankruptcy petition against Rogers. |
| 01/12/22 | C E Tutunjian | 3.4 | Revised update to client regarding Mandarin lawsuit strategy; prepared releases of judgment for A. Webster and D. Woods; discussed Mandarin lawsuit strategy with M. McElvy and J. Dunlay. |
| 01/13/22 | C E Tutunjian | 0.8 | Discussed bankruptcy issues with David Eastlake. |
| 01/14/22 | K M McElvy | 1.2 | Call with C. Tutunjian regarding basics of how involuntary bankruptcy process works; follow up call with S. Webster and A. Webster to discuss options for defending Mandarin Capital lawsuit, status of Goldman Sachs garnishment proceeding, and related strategic matters; called and left voicemail with opposing counsel regarding potential dismissal of A. Webster and D. Woods from lawsuit. |
| 01/14/22 | C E Tutunjian | 0.3 | Discussed Mandarin lawsuit strategy and counterclaims with M. McElvy. |
| 01/17/22 | K M McElvy | 0.5 | Finalized and sent draft releases of judgment to D. Woods and A. Webster in preparation for teeing up proposal to dismiss them from case to opposing counsel. |

Highlighted line items are time entries for administrative expense claim

**BAKER BOTTS** LLP

Invoice No: 50007148
Invoice Date: February 16, 2022
Matter: 088698.0101

Webster, Steven A.
OMTC Dispute

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/17/22 | C E Tutunjian | 0.2 | Discussed Mandarin lawsuit strategy with M. McElvy. |
| 01/18/22 | D R Eastlake | 2.2 | Teleconference and correspondence with M. McElvy and C. Tutunjian regarding involuntary bankruptcy issues/considerations and strategy; draft detailed outline regarding same; analyze involuntary filing issues and considerations in connection with same. |
| 01/18/22 | K M McElvy | 3.2 | Correspondence and call with D. Eastlake and C. Tutunjian regarding options and process for involuntary bankruptcy in light of numerous outstanding creditors against Rogers; reviewed and revised draft objections to findings of fact and conclusions of law in Goldman Sachs garnishment proceeding and discussed same with co-counsel. |
| 01/18/22 | C E Tutunjian | 2.6 | Discussed bankruptcy issues with M. McElvy and D. Eastlake; prepared summary of involuntary bankruptcy proceedings for client. |
| 01/19/22 | D R Eastlake | 0.2 | Reviewed and responded to correspondence from C. Tutunjian regarding priority of domestic support obligation and pending divorce of debtor. |
| 01/19/22 | K M McElvy | 0.6 | Further correspondence with D. Eastlake and C. Tutunjian regarding requirements and options for involuntary bankruptcy; reviewed status of Rogers' divorce proceeding and other pleadings sent by reference librarian. |
| 01/19/22 | C D Montalvo | 2.6 | Researched and obtained list of cases as well as dockets and complaints involving D. Rogers or specific companies for M. McElvy. |
| 01/19/22 | C E Tutunjian | 0.8 | Continued preparing summary of involuntary bankruptcy proceedings for client. |
| 01/24/22 | K M McElvy | 0.5 | Corresponded with C. Tutunjian regarding outstanding research and needs on Mandarin Capital lawsuit in light of plaintiff's response to request to dismiss A. Webster and D. Woods; reached out to Dallas paralegal regarding availability to file releases of judgment. |
| 01/24/22 | C E Tutunjian | 0.3 | Discussed case status with M. McElvy. |
| 01/25/22 | C E Tutunjian | 0.8 | Researched issues related to release of judgment in Mandarin suit. |

NOTE: Time entry reduced by 1/2 for administrative expense claim

**BAKER BOTTS LLP**

Webster, Steven A.
OMTC Dispute

Invoice No: 50007148
Invoice Date: February 16, 2022
Matter: 088698.0101

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/26/22 | K M McElvy | 0.1 | Corresponded with paralegal regarding need to file releases of judgment as to A. Webster and D. Woods. |
| 01/27/22 | J Aquino | 0.2 | Requested in person filing of release of judgment with Dallas County real property records. |
| 01/27/22 | K M McElvy | 3.1 | Reviewed case law on [redacted] discussed issues with strategy in defending the Mandarin Capital lawsuit in light of same; began drafting lengthy email update to client with recommendations on how to proceed as to the Mandarin Capital lawsuit and overview of involuntary bankruptcy process; attention to correspondence regarding filing of releases of judgment as to A. Webster and D. Woods. |
| 01/27/22 | C E Tutunjian | 0.8 | Discussed Mandarin lawsuit strategy and concern regarding potential slander of title claim with M. McElvy. |
| 01/31/22 | K M McElvy | 0.5 | Followed up regarding release of judgment and follow up discussion with C. Tutunjian regarding concern over [redacted] |

| | |
|---|---|
| **Matter Hours** | **49.4** |
| **Matter Fees** | **$46,934.00** |
| **Less Fee Discount** | **(7,040.10)** |
| **Matter Fees with Discount Total** | **$39,893.90** |

Value of highlighted line-items (with 15% fee discount) = $8,442.20

BAKER BOTTS LLP

Invoice No: 50007148
Invoice Date: February 16, 2022
Matter: 088698.0101

Webster, Steven A.
OMTC Dispute

**2022 Lawyer Summary**

| Timekeeper | HOURS | RATE | AMOUNT |
|---|---|---|---|
| D R Eastlake | 2.4 | 1,305.00 | 3,132.00 |
| K M McElvy | 18.7 | 1,130.00 | 21,131.00 |
| S D Powers | 1.1 | 1,150.00 | 1,265.00 |
| C E Tutunjian | 23.8 | 860.00 | 20,468.00 |
| | 46.0 | | $45,996.00 |

**2022 Non-Lawyer Summary**

| Timekeeper | HOURS | RATE | AMOUNT |
|---|---|---|---|
| J Aquino | 0.2 | 370.00 | 74.00 |
| C A Davis | 0.6 | 270.00 | 162.00 |
| C D Montalvo | 2.6 | 270.00 | 702.00 |
| | 3.4 | | $938.00 |

**For Expenses Incurred :**

| | |
|---|---|
| Vendor: American Express Co. Invoice#: 370 Date: 2/10/2022 - AMEX MC Statement Jan 25, 2022 - AMERICAN EXPRESS Miscellaneous - Legal CHRISTINE DAVIS Researched Utah SOS Business Search at the request of CTutunjian | 4.00 |
| Vendor: American Express Co. Invoice#: 4949915901181559 Date: 1/18/2022 - Court fee for recorded copy of document - AMERICAN EXPRESS Court Fees KATHRYN MCELVY Fee for copy of recorded document from Dallas County courthouse | 7.50 |
| Vendor: Business Card Invoice#: 050030227253 Date: 01/24/2022 - - Business Card; Research Fees for January 2022 | 48.30 |
| **Total Expenses** | $59.80 |

**BAKER BOTTS L.L.P.**

Austin, Brussels, Dallas, Dubai, **Houston**, London, Moscow, New York, Palo Alto, Riyadh, San Francisco, Washington

TAX ID 74-1195457

Webster, Steven A.
AEC Partners
2701 Kirby Drive
Houston, TX 77098

| | |
|---|---|
| Invoice Number: | 50008532 |
| Invoice Date: | March 16, 2022 |
| Attorney: | M D McElvy |

---

Total fees for services and expenses for the matter shown below through February 28, 2022

NOTE: All time entries and disbursements on this invoice relate to administrative expense claim

**088698.0102**
Dennis J. Rogers, II Bankruptcy Proceeding

---

| Date | Name | Hours | Description |
|---|---|---|---|
| 02/09/22 | D R Eastlake | 1.6 | Teleconference and correspondence with M. McElvy regarding involuntary filing and related issues/next steps; reviewed and analyzed issues with and requirements for appointment of interim chapter 7 trustee; sent follow up correspondence with M. McElvy and C. Tutunijian regarding findings regarding same; reviewed final agreed judgment in connection with trustee analysis. |
| 02/09/22 | K M McElvy | 0.7 | Corresponded with client to confirm meeting on Friday to discuss involuntary bankruptcy options and strategy; brief call with D. Eastlake to discuss assistance in preparing and litigating involuntary bankruptcy if needed and potential for interim appointment of trustee. |
| 02/10/22 | K M McElvy | 0.9 | Worked with associate to get more updated information on case status of certain of Rogers' creditors in preparation for meeting to discuss involuntary bankruptcy; call with A. Webster regarding scheduling of meeting. |
| 02/10/22 | C D Montalvo | 1.3 | Researched and obtained judgments and dockets in requested cases for Meghan McElvy. |
| 02/10/22 | E A Rohles | 2.0 | Identified case status and disposition of Rogers' creditors. |
| 02/11/22 | D R Eastlake | 2.4 | Teleconference with M. McElvy, A. Webster and S. Webster regarding involuntary filing and related issues and strategic considerations for next steps; prepared for same; teleconference with M. McElvy regarding path forward; reviewed updated creditors list received from M. McElvy and E. Rohles; analyzed various filing issues and implications of divorce proceeding on same. |

**BAKER BOTTS** L.L.P

| | |
|---|---|
| Invoice No: | 50008532 |
| Invoice Date: | March 16, 2022 |
| Matter: | 088698.0102 |

Webster, Steven A.
Dennis J. Rogers, II Bankruptcy Proceeding

| Date | Name | Hours | Description |
|---|---|---|---|
| 02/11/22 | K M McElvy | 1.3 | Prepared for and held conference call with client to discuss involuntary bankruptcy options and strategy; called T. Sales regarding potential assistance on evidentiary hearings for matter. |
| 02/11/22 | E A Rohles | 0.5 | Reviewed judgments filed against D. Rogers to determine which are final and undisputed for purposes of involuntary bankruptcy. |
| 02/16/22 | D R Eastlake | 0.3 | Discussed involuntary filing issues and path forward with M. McElvy. |
| 02/16/22 | K M McElvy | 1.7 | Drafted update to client regarding involuntary bankruptcy fee estimate; reviewed and discussed fee estimate with D. Eastlake; strategized with T. Sales regarding handling of involuntary bankruptcy and collections firm alternatives for client. |
| 02/22/22 | D R Eastlake | 0.4 | Corresponded with M. McElvy regarding involuntary filing and draft petition; review petition form. |
| 02/23/22 | J Aquino | 0.2 | Request certified copies of cases final judgments. |
| 02/23/22 | K M McElvy | 0.2 | Corresponded with paralegal to obtain certified copies of judgments against Rogers in preparation for filing involuntary bankruptcy. |
| 02/25/22 | D R Eastlake | 2.4 | Teleconference and correspondence with M. McElvy and C. Tutunjian regarding involuntary petition/filing and appointment of interim trustee issues; analyzed same; corresponded with R. Fontenla regarding petition and precedent; reviewed precedent; follow up correspondence with C. Tutunjian and R. Fontenla regarding petition and creditors list; reviewed same. |
| 02/25/22 | R M Fontenla | 3.7 | Numerous emails with D. Eastlake, T. Sales, M. McElvy and C. Tutunjian regarding new filing; reviewed dockets in Houston Regional and Black Elk, pulled pleadings and forwarded information to working group; researched Northern District of Texas requirements and begin draft of creditors list. |
| 02/25/22 | K M McElvy | 1.3 | Met with C. Tutunjian to begin drafting petition for involuntary bankruptcy; call with D. Eastlake to discuss questions regarding same; conducted follow up review of sample prior petitions for involuntary bankruptcy with application for appointment of interim Chapter 7 trustee. |
| 02/25/22 | C E Tutunjian | 0.8 | Discussed case strategy with M. McElvy; discussed next steps with M. McElvy and D. Eastlake. |

**BAKER BOTTS** L.L.P

Invoice No: 50008532
Invoice Date: March 16, 2022
Matter: 088698.0102

Webster, Steven A.
Dennis J. Rogers, II Bankruptcy Proceeding

| Date | Name | Hours | Description |
|---|---|---|---|
| 02/28/22 | D R Eastlake | 2.1 | Multiple correspondence with C. Tutunjian and R. Fontenla regarding involuntary petition preparation, creditor/service list and document production; preliminary review of document production from post-judgment discovery; worked on noticing and service issues and open items; analyzed trustee appointment issues and evidentiary burden. |
| 02/28/22 | R M Fontenla | 6.2 | Downloaded Dropbox document production to iManage Share; emailed with C. Tutunjian regarding original petition; reviewed documents from document production for service list. |
| 02/28/22 | C E Tutunjian | 2.5 | Prepared involuntary bankruptcy petition; researched issues related to appointment of interim trustee. |

| | |
|---|---|
| **Matter Hours** | **32.5** |
| **Matter Fees** | **$27,671.00** |

**BAKER BOTTS** L.L.P.

Invoice No: 50008532
Invoice Date: March 16, 2022
Matter: 088698.0102

Webster, Steven A.
Dennis J. Rogers, II Bankruptcy Proceeding

**2022 Lawyer Summary**

| Timekeeper | HOURS | RATE | AMOUNT |
|---|---|---|---|
| D R Eastlake | 9.2 | 1,305.00 | 12,006.00 |
| K M McElvy | 6.1 | 1,130.00 | 6,893.00 |
| E A Rohles | 2.5 | 580.00 | 1,450.00 |
| C E Tutunjian | 3.3 | 860.00 | 2,838.00 |
| | **21.1** | | **$23,187.00** |

**2022 Non-Lawyer Summary**

| Timekeeper | HOURS | RATE | AMOUNT |
|---|---|---|---|
| J Aquino | 0.2 | 370.00 | 74.00 |
| R M Fontenla | 9.9 | 410.00 | 4,059.00 |
| C D Montalvo | 1.3 | 270.00 | 351.00 |
| | **11.4** | | **$4,484.00** |

**For Expenses Incurred :**

| | |
|---|---|
| Vendor: American Express Co. Invoice#: 5018957603091656 Date: 3/9/2022 - Certified Copies - Dallas County District - AMERICAN EXPRESS Court Fees JESSICA AQUINO Certified Copies of Final Judgments | 8.00 |
| Vendor: American Express Co. Invoice#: 5018957603091656 Date: 3/9/2022 - Certified Copies - Dallas County District - AMERICAN EXPRESS Court Fees JESSICA AQUINO Certified Copies of Final Judgments - Convenience Fee | 0.17 |
| **Total Expenses** | **$8.17** |

**BAKER BOTTS L.L.P.**

Austin, Brussels, Dallas, Dubai, **Houston**, London, Moscow, New York, Palo Alto, Riyadh, San Francisco, Washington

TAX ID 74-1195457

Webster, Steven A.
AEC Partners
2701 Kirby Drive
Houston, TX, 77098

**Due Upon Receipt**

Invoice Number: 50008532
Invoice Date: March 16, 2022
Matter Number: 088698.0102

---

## REMITTANCE STATEMENT

**Matter Number:** 088698.0102
**Client:** Webster, Steven A.
**Matter:** Dennis J. Rogers, II Bankruptcy Proceeding
**Invoice Number:** 50008532
**Billing Attorney:** M D McElvy
**Office:** Houston

| | |
|---|---|
| **Total Fees** | **$27,671.00** |
| **Total Expenses** | **$8.17** |
| **Total Invoice Amount** | **$27,679.17** |

---

TO ENSURE PROPER APPLICATION OF YOUR PAYMENT PLEASE RETURN THIS REMITTANCE ADVICE
OR EMAIL TO ARHOUSTON@BAKERBOTTS.COM

***Please Remit to:***

***Wiring Instructions***
Baker Botts L.L.P.
Bank: JP Morgan Chase Bank
Address: 712 Main Street, Houston, TX 77002
ABA Number: 021 000 021
Swift Code: CHASUS33
Primary Account: 001 0000 2006
(Reference Invoice Number)

***ACH Information:***
Baker Botts L.L.P.
Bank: JP Morgan Chase Bank
Address: 712 Main Street, Houston, TX 77002
Routing Number: 111 000 614
Primary Account: 001 0000 2006
(Reference Invoice Number)

***To Pay by Check, send to:***
Baker Botts L.L.P.
P.O. Box 301251
Dallas, TX 75303-1251
(Reference Invoice Number)

BAKER BOTTS L.L.P.

Austin
Brussels
Dallas
Dubai
**Houston**
London
Moscow
New York
Palo Alto
Riyadh
San Francisco
Washington

TAX ID 74-1195457

Webster, Steven A.
AEC Partners
2701 Kirby Drive
Houston, TX 77098

Invoice Number: 50009722
Invoice Date: April 15, 2022
Attorney: M D McElvy

Total fees for services and expenses for the matter shown below through March 31, 2022

NOTE: Highlighted time entries and disbursements relate to administrative expense claim

**088698.0102**
Dennis J. Rogers, II Bankruptcy Proceeding

| Date | Name | Hours | Description |
|---|---|---|---|
| 03/01/22 | J Aquino | 0.4 | Followed up on request for certified copies of court papers. |
| 03/01/22 | D R Eastlake | 3.2 | Corresponded with C. Tutunjian and R. Fontenla regarding creditor service list and related issues; reviewed current service list and comment on same; analyzed notice issues; reviewed certain source documents used in compiling service list; reviewed initial involuntary petition and open items/question related to same; reviewed PACER search regarding Webster-related entities; reviewed and responded to detailed correspondence from C. Tutunjian regarding status of legal research and related evidentiary issues and burden pertaining to fraud and appointment of trustee; analyzed same and framework for next steps; corresponded with C. Tutunjian regarding post-judgment document production. |
| 03/01/22 | R M Fontenla | 4.5 | Emailed with C. Tutunjian regarding service list; reviewed documents on iManage Share regarding same; updated service list spreadsheet; emailed with team regarding Pacer search on Dennis J. Rogers II, Bootstrap Ventures, LLC, OMTC, Inc., Nomad Development, LLC, Organ Mountain Energy, LLC, Push Start Industries, LLC, and Montana Amorosa Revocable Trust; performed Pacer searches. |
| 03/01/22 | C E Tutunjian | 0.8 | Prepared involuntary bankruptcy petition; researched issues related to appointment of interim trustee. |
| 03/02/22 | E A Rohles | 2.5 | Researched interim trustees in involuntary chapter 7 cases. |

BAKER BOTTS L.L.P

Webster, Steven A.
Dennis J. Rogers, II Bankruptcy Proceeding

Invoice No: 50009722
Invoice Date: April 15, 2022
Matter: 088698.0102

| Date | Name | Hours | Description |
|---|---|---|---|
| 03/03/22 | D R Eastlake | 2.4 | Corresponded with Baker Botts team regarding trustee appointment, fraud legal research and related issues; reviewed preliminary research findings prepared by E. Rohles; analyzed same and further research needed; corresponded with Baker Botts team regarding involuntary petition and motion to appoint trustee and open items; conducted preliminary review of draft petition. |
| 03/03/22 | R M Fontenla | 2.3 | Emailed with C. Tutunjian and M. McElvy regarding motion to appoint interim trustee; drafted same. |
| 03/03/22 | E A Rohles | 4.3 | Researched fraud as a basis for appointing a trustee. |
| 03/03/22 | C E Tutunjian | 5.1 | Began drafting application for appointment of interim trustee. |
| 03/04/22 | D R Eastlake | 3.3 | Further reviewed involuntary petition; reviewed and commented on draft motion to appoint an interim trustee; reviewed research regarding same and analyzed; corresponded with Baker Botts team regarding same; corresponded with Baker Botts team regarding creditor list and changes thereto; reviewed revised creditor list. |
| 03/04/22 | K M McElvy | 1.5 | Reviewed draft petition and application for appointment of interim trustee and discussed changes needed to same with C. Tutunjian. |
| 03/04/22 | C E Tutunjian | 0.2 | Discussed status of involuntary bankruptcy issues with M. McElvy. |
| 03/06/22 | D R Eastlake | 0.2 | Reviewed updated creditor list circulated by E. Rohles. |
| 03/06/22 | E A Rohles | 1.0 | Researched judgments against Rogers and updated creditor list with information about final judgments. |
| 03/07/22 | D R Eastlake | 1.6 | Correspondence with M. McElvy regarding involuntary filing and related timing issues; review updated case docket in divorce proceeding; review and comment on draft demand letter; correspondence with Baker Botts team regarding same; review updated demand letter; analyze involuntary filing issues regarding intent. |
| 03/07/22 | K M McElvy | 4.2 | Outlined revised factual background section for application for interim Chapter 7 trustee and discussed same with associates to get them started on drafting; reviewed D. Rogers post-judgment discovery responses to determine net cash and asset position; drafted pre-filing letter to D. Rogers and sent same to D. Eastlake for review; incorporated edits from D. Eastlake to letter. |
| 03/07/22 | R E Pravata | 0.5 | Researched case information for C. Tutunjian. |

BAKER BOTTS L.L.P

Invoice No: 50009722
Invoice Date: April 15, 2022
Matter: 088698.0102

Webster, Steven A.
Dennis J. Rogers, II Bankruptcy Proceeding

| Date | Name | Hours | Description |
|---|---|---|---|
| 03/07/22 | E A Rohles | 3.0 | Researched and drafted summaries of other cases involving Rogers's scams. |
| 03/07/22 | C E Tutunjian | 2.6 | Reviewed D. Eastlake's comments to draft application for interim trustee; continued drafting application for interim trustee. |
| 03/08/22 | D R Eastlake | 1.8 | Teleconferenced and corresponded with M. McElvy regarding demand letter and revisions thereto and motion to appoint interim trustee; reviewed outline of factual background for motion prepared by M. McElvy; reviewed updated creditor list and cash accounts; reviewed revised demand letter; reviewed correspondence from M. McElvy regarding Mandarin lawsuit, motion for summary judgment and timing for filing the involuntary case; corresponded with Baker Botts team, S. Webster and A. Webster regarding involuntary petition, demand letter and status of Mandarin lawsuit and related issues and next steps. |
| 03/08/22 | K M McElvy | 1.2 | Conducted conference call with D. Eastlake regarding draft letter to D. Rogers regarding upcoming filing of involuntary bankruptcy petition; revised same based on discussion and sent same to client along with draft involuntary bankruptcy petition; corresponded with E. Rohles to add information regarding dates of latest lawsuits against D. Rogers to demonstrate ongoing nature of fraud. |
| 03/08/22 | C D Montalvo | 0.2 | Researched and obtained court documents requested by Emily Rohles. |
| 03/08/22 | E A Rohles | 3.0 | Researched and drafted summaries of other cases involving Rogers's scams. |
| 03/08/22 | C E Tutunjian | 0.3 | Continued drafting application for interim trustee. |

BAKER BOTTS L.L.P.

Invoice No: 50009722
Invoice Date: April 15, 2022
Matter: 088698.0102

Webster, Steven A.
Dennis J. Rogers, II Bankruptcy Proceeding

| Date | Name | Hours | Description |
| --- | --- | --- | --- |
| 03/09/22 | D R Eastlake | 3.9 | Corresponded with M. McElvy regarding Mandarin suit MSJ hearing and scheduling; followed up with M. McElvy regarding additional trustee/fraud research for motion to appoint an interim trustee and preparation of suggestion of bankruptcy; discussed same with K. Jacobsen, including background, status and next steps; reviewed and commented on draft suggestion of bankruptcy; followed up with K. Jacobsen regarding same; teleconferenced and corresponded with C. Tutunjian regarding Mandarin lawsuit and automatic stay issues upon filing of bankruptcy petition; corresponded with C. Tutunjian regarding suggestion of bankruptcy filing requirements in Dallas County district court; reviewed and commented on revised suggestion of bankruptcy; conducted high level review of petition filed in Mandarin lawsuit; corresponded with Baker Botts team regarding status of motion to appoint trustee and timing issues; reviewed and analyzed research findings regarding appointment of trustee and Northern District of Texas involuntary filing requirements and rules; corresponded with M. McElvy and C. Tutunjian regarding same, Beaucrest case and insert for motion; followed up with K. Jacobsen regarding precedent in Madoff involuntary case. |
| 03/09/22 | K M Jacobsen | 5.8 | Researched filing requirements for involuntary petitions in Northern District of Texas and requirements for appointing an interim Chapter 7 trustee. |
| 03/09/22 | R E Pravata | 1.6 | Researched case filings for Emily Rohles. |
| 03/09/22 | E A Rohles | 6.5 | Researched and drafted summaries other cases involving Rogers's scams. |
| 03/09/22 | C E Tutunjian | 9.1 | Continued drafting application for interim Chapter 7 trustee. |
| 03/10/22 | C A Davis | 0.2 | Researched Legislative History on Section 303 of the Bankruptcy Code at the request of K. Jacobsen. |
| 03/10/22 | D R Eastlake | 2.9 | Corresponded with C. Tutunjian and K. Jacobsen regarding legislative history research; analyzed findings regarding same; reviewed Madoff precedent regarding interim trustee appointment in involuntary chapter 7 filing, including various court filings and hearing transcript; followed up with K. Jacobsen regarding fraud/trustee issues and research; detailed correspondence with C. Tutunjian regarding arguments for motion to appoint, including sanction orders and violation of same; reviewed sanction orders entered by state court and Amorosa trust document production; analyzed trustee appointment issues. |

BAKER BOTTS L.L.P

| | |
|---|---|
| Invoice No: | 50009722 |
| Invoice Date: | April 15, 2022 |
| Matter: | 088698.0102 |

Webster, Steven A.
Dennis J. Rogers, II Bankruptcy Proceeding

| Date | Name | Hours | Description |
|---|---|---|---|
| 03/10/22 | K M Jacobsen | 2.1 | Continued research regarding appointing interim Chapter 7 trustee. |
| 03/10/22 | E A Rohles | 2.0 | Drafted summaries of litigation involving Rogers's other scams and compiled relevant petitions and judgments. |
| 03/10/22 | C E Tutunjian | 5.4 | Continued drafting application for appointment of interim Chapter 7 trustee. |
| 03/12/22 | K M McElvy | 4.3 | Reviewed and revised draft emergency motion for appointment of chapter 7 trustee and sent same to client. |
| 03/12/22 | E A Rohles | 0.2 | Researched deadlines for appealing final judgments in Texas state courts. |
| 03/12/22 | C E Tutunjian | 1.1 | Continued drafting application for interim trustee. |
| 03/14/22 | D R Eastlake | 1.3 | Corresponded with Baker Botts team regarding demand letter and exhibits and next steps; teleconferenced with M. McElvy regarding motion to appoint interim chapter 7 trustee and related issues, including evidentiary-wise; reviewed mark-up of motion to appoint trustee received from K. Jacobsen; corresponded with K. Jacobsen regarding Northern District of Texas local rules and filing requirements. |
| 03/14/22 | K M Jacobsen | 4.2 | Revised the motion to appoint interim Chapter 7 trustee. |
| 03/14/22 | K M McElvy | 1.4 | Corresponded with S. Webster to confirm okay to send final demand letter to D. Rogers and sent same with enclosures; call with D. Eastlake to discuss timing of emergency hearing and Dallas bankruptcy judges and asked associate to revise motion to incorporate bankruptcy specific procedures and to prepare motion for emergency hearing. |
| 03/15/22 | J Aquino | 0.3 | Requested certified copies of orders filed in Dallas County District Court. |
| 03/15/22 | K M Jacobsen | 1.9 | Drafted motion for emergency consideration of interim trustee motion. |
| 03/15/22 | K M Jacobsen | 0.9 | Revised motion to appoint interim Chapter 7 trustee. |
| 03/15/22 | K M McElvy | 0.2 | Sent client letter that was sent to D. Rogers regarding imminent filing of involuntary bankruptcy petition against him; began reviewing draft motion to appoint interim trustee. |
| 03/15/22 | C D Montalvo | 1.6 | Researched and obtained Texas and Delaware corporate information of list of companies provided by C. Tutunjian. |

| Date | Name | Hours | Description |
|---|---|---|---|
| 03/15/22 | C E Tutunjian | 1.5 | Prepared exhibits for application for interim trustee. |
| 03/16/22 | J Aquino | 0.3 | Contacted records department and coordinated courier pick up of certified copies. |
| 03/16/22 | K M McElvy | 1.9 | Reviewed details of other lawsuits against Rogers and related research for involuntary bankruptcy petition; discussed same with E. Rohles. |
| 03/16/22 | C E Tutunjian | 0.8 | Prepared exhibits for application for interim trustee. |
| 03/17/22 | D R Eastlake | 0.5 | Corresponded with Baker Botts team regarding trustee motion and related issues and next steps; analyzed filing of Rogers' companies along with individual petition. |
| 03/17/22 | K M McElvy | 7.5 | Reviewed and revised draft petition for involuntary bankruptcy against Rogers and circulated edits and comments on same to internal team. |
| 03/17/22 | C D Montalvo | 0.2 | Researched and obtained Texas corporate filings of OMTC Inc. for C. Tutunjian. |
| 03/18/22 | D R Eastlake | 2.3 | Teleconferenced and corresponded with Baker Bots team regarding involuntary filing and related issues, open items and next steps; analyzed individual debtor filing issues; teleconferenced with K. Jacobsen regarding same and follow up legal research; reviewed correspondence from D. Rogers regarding demand letter; conducted follow up teleconference with M. McElvy regarding creditor support for filing; reviewed update email from M. McElvy regarding Mandarin lawsuit and next steps; conducted follow up correspondence with Baker Botts team regarding evidentiary issues and next steps; analyzed same and approach. |
| 03/18/22 | K M Jacobsen | 4.7 | Researched various Chapter 7 issues, including Rogers having primarily business debts, the impact of Rogers' marriage, and whether the trustee can put Rogers' businesses into bankruptcy. |
| 03/18/22 | K M Jacobsen | 1.6 | Revised motion to appoint Chapter 7 interim trustee. |
| 03/18/22 | K M McElvy | 2.8 | Call with Rogers former counsel regarding whether he intended to respond to letter; call with D. Eastlake regarding question of whether Rogers' companies should also be added to petition and whether trustee could access and control his company accounts by virtue of its control over Rogers' individual estate; called potential additional petitioning creditors and lined up same; updated team. |

**BAKER BOTTS** L.L.P

Invoice No: 50009722
Invoice Date: April 15, 2022
Matter: 088698.0102

Webster, Steven A.
Dennis J. Rogers, II Bankruptcy Proceeding

| Date | Name | Hours | Description |
|---|---|---|---|
| 03/18/22 | C D Montalvo | 1.5 | Researched to obtain financials on Dennis Rogers entities for M. McElvy. |
| 03/18/22 | E A Rohles | 1.1 | Researched the existence of other suits against Rogers for fraud; edit draft of emergency motion to appoint interim chapter 7 trustee; reviewed final judgments and edited creditor list to include language about who the judgments are against. |
| 03/18/22 | C E Tutunjian | 1.0 | Discussed whether Rogers' other business entities should be placed into bankruptcy with M. McElvy; discussed next steps and strategy with M. McElvy and D. Eastlake. |
| 03/19/22 | D R Eastlake | 4.8 | Reviewed and commented on draft motion to appoint interim trustee; corresponded with Baker Botts team regarding same and related issues and open items; reviewed and commented on draft motion to expedite hearing on trustee motion; attended to service issues; corresponded with Baker Botts team regarding same and next steps; reviewed legal research findings regarding various individual involuntary chapter 7 filing issues and analyzed same; conducted follow up correspondence with K. Jacobsen regarding same; reviewed involuntary petition circulated by C. Tutunjian and commented on same; corresponded with Baker Botts team regarding same. |
| 03/19/22 | K M Jacobsen | 3.1 | Continued revising motion to appoint Chapter 7 interim trustee. |
| 03/19/22 | K M Jacobsen | 2.7 | Researched various Chapter 7 issues, including Rogers having primarily business debts, the impact of Rogers' marriage, and whether the trustee can put Rogers' businesses into bankruptcy. |
| 03/19/22 | K M Jacobsen | 2.3 | Revised motion for emergency consideration and reviewed local procedures regarding same. |
| 03/20/22 | D R Eastlake | 0.6 | Reviewed revised motion to appoint trustee; corresponded with K. Jacobsen regarding same. |
| 03/20/22 | K M Jacobsen | 0.8 | Revised motion to appoint interim Chapter 7 trustee. |
| 03/20/22 | K M McElvy | 0.7 | Reviewed research from D. Eastlake on trustee's ability to control Rogers' company accounts through control of Rogers' estate and other issues implicated by Chapter 7 involuntary bankruptcy against individual. |
| 03/20/22 | E A Rohles | 0.8 | Edited draft of emergency motion to appoint interim chapter 7 trustee. |

Case 22-30500-swe7 Doc 251-4 Filed 09/14/24 Entered 09/14/24 11:27:17 Desc
Exhibit D Page 78 of 1543

BAKER BOTTS LLP

Invoice No: 50009722
Invoice Date: April 15, 2022
Matter: 088698.0102

Webster, Steven A.
Dennis J. Rogers, II Bankruptcy Proceeding

| Date | Name | Hours | Description |
|---|---|---|---|
| 03/21/22 | D R Eastlake | 6.6 | Teleconferenced and corresponded with Baker Botts team regarding comments to motion to appoint interim trustee and related issues/open items/next steps; reviewed updated involuntary petition; correspondede with Baker Botts team regarding same; reviewed and commented on revised motion to appoint interim trustee; corresponded with Baker Botts team regarding same; reviewed updated creditor list; attended to exhibits to motion to appoint interim trustee and related issues; corresponded with Baker Botts team regarding same; teleconferenced and corresponded with M. McElvy and D. Miller regarding involuntary filing and related issues and next steps; attended to filing issues; corresponded with R. Fontenla regarding same; reviewed legal research findings/analysis regarding involuntary conversion issues and standards; corresponded with Baker Botts team, S. Webster and A. Webster regarding involuntary filing and status update; reviewed M. McElvy's comments to motion to appoint interim trustee; corresponded with M. McElvy and K. Jacobsen regarding same and open issues/items; reviewed further revised motion to appoint interim trustee. |
| 03/21/22 | R M Fontenla | 1.0 | Emailed with M. McElvy regarding involuntary bankruptcy petition; revised same; emailed with D. Eastlake and M. McElvy regarding electronic signatures; conferenced with Northern District of Texas Clerk regarding same. |
| 03/21/22 | K M Jacobsen | 0.8 | Continued revising motion for emergency consideration of interim trustee motion. |
| 03/21/22 | K M Jacobsen | 2.1 | Continued revising motion to appoint interim Chapter 7 trustee. |
| 03/21/22 | K M Jacobsen | 4.6 | Researched conversion of involuntary Chapter 7 case to Chapter 11. |
| 03/21/22 | K M McElvy | 4.7 | Call with internal team to address various questions on motion to appoint interim trustee from D. Eastlake; call with counsel for other petitioning creditors regarding joining petition and motion to appoint interim trustee; sent updated drafts of petition and motion to appoint interim trustee to client and counsel for other petitioning creditors for review; reviewed and revised updated draft motion to appoint interim trustee and circulated same to team. |
| 03/21/22 | E A Rohles | 0.8 | Reviewed judgments and edited creditor list; collected exhibits for emergency motion to appoint chapter 7 interim trustee. |
| 03/21/22 | T J Sales | 0.5 | Reviewed near final motion to appoint interim trustee and status of filings. |

BAKER BOTTS L.L.P

Invoice No: 50009722
Invoice Date: April 15, 2022
Matter: 088698.0102

Webster, Steven A.
Dennis J. Rogers, II Bankruptcy Proceeding

| Date | Name | Hours | Description |
|---|---|---|---|
| 03/21/22 | C E Tutunjian | 5.0 | Reviewed and provided comments to draft of application for interim trustee; discussed status of petition and application with M. McElvy, D. Eastlake, and K. Jacobsen; prepared exhibits to application for interim trustee. |
| 03/22/22 | D R Eastlake | 7.2 | Worked on finalizing involuntary petition, motion to appoint interim trustee, motion for emergency consideration and suggestion of bankruptcy filings; correspondede and teleconferenced with Baker Botts team regarding same; attended to exhibit issues/open items and redaction issues; corresponded and teleconferenced with Baker Botts team regarding same; corresponded with M. McElvy and D. Rogers regarding involuntary filing and service issues; teleconferenced and corresponded with M. McElvy and D. Miller regarding filing issues; analyzed automatic stay and removal issues pertaining to Mandarin lawsuit; discussed same with M. McElvy; reviewed removal research findings; conducted high level review of draft common interest privilege agreement; attended to filing petition and motions; corresponded and teleconferenced with Baker Botts team regarding same. |
| 03/22/22 | R M Fontenla | 6.3 | Emailed regarding involuntary bankruptcy filing and motion to appoint interim trustee; searched Pacer database for Allison Rogers and forward results to internal team; researched Northern District of Texas filing requirements and emailed regarding same; emailed regarding Index of Exhibits; drafted Index of Exhibits; emailed regarding service list; filed via Electronic Case Filing System involuntary petition; filed via Electronic Case Filing System motion to appoint interim trustee with numerous exhibits; sent numerous emails regarding service documents. |
| 03/22/22 | K M Jacobsen | 6.7 | Finalized motions to appoint interim trustee and motion for emergency consideration thereof; coordinated filing and service of the motions and involuntary petition. |
| 03/22/22 | K M Jacobsen | 1.8 | Researched whether state action could be removed to the bankruptcy court during the gap period. |
| 03/22/22 | K M McElvy | 5.4 | Conferred with Rogers regarding filing of motion to appoint interim trustee; finalized review of petition and motion to appoint interim trustee and related exhibits, index of exhibits and motion for emergency consideration; updated client and co-counsel and obtained authorization to apply e-signatures to same; reviewed and revised service list and coordinated paralegal regarding filing of same. |
| 03/22/22 | C D Montalvo | 0.7 | Researched and obtained state court documents requested by Emily Rohles. |

| Date | Name | | Hours | Description |
|---|---|---|---|---|
| 03/22/22 | E A Rohles | | 3.7 | Edited draft of emergency motion to appoint interim trustee; edited and prepared exhibits for emergency motion to appoint interim trustee. |
| 03/22/22 | C E Tutunjian | | 8.1 | Revised draft of application for interim trustee; prepared exhibits for application for interim trustee; prepared petition and application for interim trustee for filing; prepared service list. |
| 03/23/22 | D R Eastlake | Time entry reduced by 1/4 for administrative expense claim | 6.7 | Corresponded with Baker Botts team regarding issuance of summons and service issues; worked to finalize suggestion of bankruptcy and notice of removal filings; corresponded and teleconferenced with Baker Botts team regarding same and related issues/open items and next steps; attended to service issues, including master service list; corresponded with R. Fontenla regarding same and revisions thereto; analyzed waiver and mandatory abstention issues; finalized certificate of service of yesterday's filings; corresponded with Baker Botts team regarding same; analyzed removal issues - legal and procedural; teleconferenced and corresponded with M. McElvy and T. Sales regarding hearing preparation, evidentiary issues and various other open items/issues; reviewed and commented on draft adversary cover sheet; corresponded with Baker Botts team regarding same; corresponded with court's case manager regarding scheduling issues; discussed same with Baker Botts team; analyzed evidentiary issues and legal strategy for hearing on appointment of a trustee; further reviewed and revised updated adversary cover sheet. |
| 03/23/22 | R M Fontenla | Time entry reduced by 1/4 for administrative expense claim | 7.1 | Sent numerous emails regarding service of filed documents); conferenced with Northern District of Texas Bankruptcy Clerk regarding issuance of summons; emailed with working group regarding same; conferenced with Northern District of Texas Bankruptcy Clerk regarding D. Miller ECF credentials; emailed with working group regarding same; emailed to D. Miller regarding same; conferenced and emailed with CCR regarding service of summons; forwarded documents to CCR for service; worked on service list and emailed regarding same; sent numerous emails and conferences regarding service; emailed with ECF help desk regarding credentials for M. McElvy;; emailed regarding certificate of service; filed same via Electronic Case Filing System with the Northern District of Texas Bankruptcy Court; emailed regarding summons issuance; emailed regarding state court filings; revised exhibits for notice of removal; filed adversary cover sheet and notice of removal via Electronic Case Filing System with the Northern District of Texas Bankruptcy Court; sent numerous emails with N. Zamora regarding state court filings. |
| 03/23/22 | K M Jacobsen | | 1.8 | Drafted adversary proceeding cover sheet. |

Case 22-30500-swe7 Doc 261-4 Filed 09/24/24 Entered 09/24/24 11:31:11 Desc
Exhibit Page 236 of 413

**BAKER BOTTS** L.L.P.

| | |
|---|---|
| Invoice No: | 50009722 |
| Invoice Date: | April 15, 2022 |
| Matter: | 088698.0102 |

Webster, Steven A.
Dennis J. Rogers, II Bankruptcy Proceeding

| Date | Name | | Hours | Description |
|---|---|---|---|---|
| 03/23/22 | K M Jacobsen | | 0.5 | Drafted certificate of service of interim trustee motions. |
| 03/23/22 | K M Jacobsen | | 4.1 | Drafted notice of removal of Mandarin Capital lawsuit. |
| 03/23/22 | K M Jacobsen | | 3.7 | Finalized and coordinated filing of various documents related to adversary proceeding and suggestion of bankruptcy. |
| 03/23/22 | K M McElvy | Time entry reduced by 1/2 for administrative expense claim | 3.5 | Finalized and filed petition for involuntary bankruptcy and motion to appoint interim trustee after coordinating with other petitioning creditors' counsel on same; worked with K. Jacobsen and D. Eastlake regarding strategy for filing suggestion of bankruptcy and notice of removal of adversary proceeding as to Mandarin Capital suit; worked with secretary to file same after reviewing and revising. |
| 03/23/22 | T J Sales | | 1.2 | Conferenced with D. Eastlake and M. McElvy regarding hearing preparation and strategy and reviewed updated filings. |
| 03/23/22 | C E Tutunjian | | 1.5 | Revised and prepared suggestion of bankruptcy and notice of removal for Mandarin action for filing; discussed notice of removal with Meghan McElvy. |

**BAKER BOTTS** LLP

Invoice No: 50009722
Invoice Date: April 15, 2022
Matter: 088698.0102

Webster, Steven A.
Dennis J. Rogers, II Bankruptcy Proceeding

| Date | Name | | Hours | Description |
|---|---|---|---|---|
| 03/24/22 | D R Eastlake | | 5.9 | Attended to summons, scheduling and refiling of documents in bankruptcy and state courts; attended to service issues and direct same; teleconference and correspondence with court case manager regarding scheduling and summons issuance issues; corresponded with Baker Botts team regarding same; reviewed and commented on notice of hearing and certificates of service; teleconferenced with T. Sales and M. McElvy regarding Monday's hearing on emergency motion to appoint trustee and preparations and legal strategy for same; teleconferenced with T. Sales, M. McElvy and D. Miller regarding same and call with UST; began preparing for Monday's contested hearing and formulated legal strategy and approach; office conference with K. Jacobsen regarding same and outlines needed for hearing; reviewed and commented on bankruptcy standards outline prepared by K. Jacobsen; analyzed same; reviewed summons issued by court; reviewed scheduling order; corresponded with R. Fontenla regarding calendaring case dates and deadlines; discussed filing and service issues with K. Jacobsen; reviewed correspondence from process server; corresponded with Baker Botts team regarding various noticing and service issues; reviewed correspondence from D. Miller regarding call with N. Resnick (UST); corresponded with D. Miller and N. Resnick regarding follow up call to discuss case and trustee issues; corresponded with M. McElvy regarding same; corresponded with K. Jacobsen and K. Black regarding hearing and case binders for Monday's hearing; reviewed correspondence from D. Rogers regarding receipt of service and Monday's hearing; sent follow up correspondence to court regarding Rogers' request to continue hearing; corresponded with Baker Botts team regarding Witness and Exhibit list and exhibits and preparation of exhibit binders; analyzed interim trustee appointment standards and issues for oral arguments at Monday's hearing. |
| 03/24/22 | R M Fontenla | Time entry reduced by 1/4 for administrative expense claim | 8.1 | Conferenced with Northern District of Texas Clerk regarding issuance of summons; conferenced with Judge Hale's clerk regarding issuance of summons; emailed with working group regarding summons issuance and scheduling order; emailed and conferenced with A. Thompson regarding service of summons and scheduling order on D. Rogers; opened new adversary proceeding; prepared service of adversary proceeding documents on service list; calendared case deadlines, emailed with Judge Hale's clerk regarding same; forwarded numerous exhibits to N. Zamora; filed notice of hearing via Electronic Case Filing System for the Northern District of Texas Bankruptcy Court; worked on service of same; emailed with Judge Hale's court regarding preferences for exhibits for hearing; filed return of summons via Electronic Case Filing System for the Northern District of Texas Bankruptcy Court, conferenced with ECF Help Desk regarding issues regarding same; filed adversary certificate of service via Electronic Case Filing System for the Northern District of Texas Bankruptcy Court; drafted and revised Witness and Exhibit List. |

Case 22-30500-swe7 Doc 251-4 Filed 09/10/24 Entered 09/10/24 11:21:11 Desc Exhibit Page 25 of 543

BAKER BOTTS L.L.P

Invoice No: 50009722
Invoice Date: April 15, 2022
Matter: 088698.0102

Webster, Steven A.
Dennis J. Rogers, II Bankruptcy Proceeding

| Date | Name | Hours | Description |
|---|---|---|---|
| 03/24/22 | K M Jacobsen | 1.0 | Coordinated filing of separate adversary proceeding and service regarding same. |
| 03/24/22 | K M Jacobsen | 2.6 | Drafted hearing arguments and outline for hearing on motion to appoint interim trustee. |
| 03/24/22 | K M Jacobsen | 2.2 | Drafted notice of hearing on interim trustee motion and coordinated service of same and other documents. |
| 03/24/22 | K M McElvy | 3.2 | Worked with secretary to get copies of filings in preparation for hearing; began outlining plan for emergency hearing on motion to appoint trustee and conferenced with D. Eastlake and T. Sales regarding same; call with co-counsel and client regarding planning for hearing. |
| 03/24/22 | T J Sales | 2.0 | Conferenced with D. Eastlake and M. McElvy regarding preparation for evidentiary hearing on motion to appoint interim trustee; telephone conference with co-defendants counsel; reviewed materials for hearing. |
| 03/24/22 | C E Tutunjian | 2.7 | Analyzed admissibility of exhibits to trustee application for use in hearing; prepared chart analyzing exhibits' admissibility at hearing. |
| 03/25/22 | M C Acciarri | 6.0 | Downloaded and began placing exhibit stickers on exhibits; loaded exhibits into system for use at hearing. |

| Date | Name | Hours | Description |
|---|---|---|---|
| 03/25/22 | D R Eastlake | 5.8 | Reviewed and commented on revised outline of legal points for Monday's hearing; worked on Witness and Exhibit list, exhibits and related issues/open items; corresponded and teleconferenced with Baker Botts team regarding same; prepared for Monday's hearing on motion to appoint interim trustee; teleconferenced and corresponded with M. McElvy, D. Miller and N. Resnick (UST) regarding involuntary case and trustee motion issues; corresponded with Baker Botts team and D. Miller regarding exhibits; corresponded with court regarding status conference in adversary proceeding and notice issues; reviewed and revised draft notice of hearing; reviewed and commented on revised legal points outline; discussed same with K. Jacobsen; teleconferenced and corresponded with M. McElvy regarding Monday's hearing and recent discussion with D. Rogers regarding same; corresponded with D. Rogers regarding same; teleconferenced and corresponded with M. McElvy and T. Sales regarding Monday's hearing, preparations therefor and legal strategy; teleconferenced and corresponded with M. McElvy and D. Rogers regarding trustee appointment questions/issues; reviewed legal research regarding dismissal issues; reviewed and commented on agreed order on motion to appoint trustee; reviewed correspondence from J. Kluewer regarding ACMC creditor/judgment and interest in case; reviewed outline of D. Rogers cross-examination. |
| 03/25/22 | R M Fontenla | 14.5 | Revised Witness and Exhibit List; reviewed rules regarding exhibits at hearings and forwarded information to working group; emailed with Judge Hale's clerk regarding same; numerous conferences and emails with C. Acciarri regarding assistance with hearing and exhibit stamping exhibits; emailed with D. Eastlake regarding adversary notice of hearing; drafted and revised same; worked on preparing hearing notebooks; filed same via Electronic Case Filing System for the Northern District of Texas Bankruptcy Court; worked on service of same; broke up D. Miller hearing exhibits and arranged for electronic stickers for same; emailed with C. Tutunjian regarding deposition designations; drafted same. |
| 03/25/22 | K M Jacobsen | 6.8 | Drafted legal outlines for hearing on motion to appoint interim trustee. |
| 03/25/22 | K M Jacobsen | 0.5 | Drafted notice of non-opposition to motion to appoint interim trustee. |
| 03/25/22 | K M Jacobsen | 1.0 | Prepared legal research binder for hearing on motion to appoint interim trustee. |
| 03/25/22 | K M Jacobsen | 1.2 | Researched settlement agreement in involuntary chapter 7 case and drafted agreed order on motion to appoint interim trustee. |

| Date | Name | Hours | Description |
|---|---|---|---|
| 03/25/22 | K M McElvy | 8.4 | Continued researching, drafting and reviewing materials in preparation for emergency hearing on motion to appoint interim trustee; conducted various calls with D. Rogers and internal team conferring on same. |
| 03/25/22 | T J Sales | 3.3 | Reviewed exhibits, prior depositions and materials in preparation for evidentiary hearing on motion to appoint interim trustee and conference with M. McElvy and D. Eastlake regarding same. |
| 03/25/22 | K M Sherman | 0.8 | Exchanged various correspondence with D. Eastlake and K. Jacobsen regarding status of motion to appoint interim chapter 7 trustee; analyzed cases and statutes cited in motion to appoint trustee and prepared for attorney review. |
| 03/25/22 | C E Tutunjian | 7.3 | Prepared for hearing on application for interim trustee; prepared exhibits and exhibit list for hearing; prepared deposition designations for hearing. |
| 03/26/22 | M C Acciarri | 2.0 | Added exhibit stickers to all exhibits for hearing on motion to appoint interim Chapter 7 trustee. |
| 03/26/22 | D R Eastlake | 4.9 | Continued preparing for Monday's hearing; teleconferenced and corresponded with M. McElvy and D. Rogers regarding same and terms of agreed order to appoint trustee; worked on exhibits; corresponded and teleconferenced with R. Fontenla regarding same and service issues; reviewed and approved Witness and Exhibit list for filing; negotiated agreed order with D. Rogers; teleconferenced and corresponded with D. Rogers regarding same; teleconferenced and corresponded with Baker Botts team regarding same and related issues/next steps; revised agreed order; corresponded with R. Fontenla regarding same and uploaded to court; corresponded with court regarding uploading of agreed order; reviewed and revised opening statement outline; corresponded with K. Jacobsen regarding legal research regarding Chapter 7 living expenses and attorney compensation in connection with negotiating agreed order; reviewed and analyzed legal research findings regarding same; corresponded with J. Prince, K. Chiu and M. McElvy regarding Chapter 7 panel; corresponded with K. Jacobsen regarding edits to legal argument outline; corresponded with D. Miller regarding agreed order on motion to appoint trustee. |
| 03/26/22 | R M Fontenla | 7.6 | Prepared hearing notebooks; emailed regarding Witness and Exhibit List; filed same with numerous exhibits via Electronic Case Filing System for the Northern District of Texas Bankruptcy Court; arranged service by hand on D. Rogers; emailed with D. Eastlake regarding agreed order; uploaded same via Electronic Case Filing System for the Northern District of Texas Bankruptcy Court. |

BAKER BOTTS L.L.P

Webster, Steven A.
Dennis J. Rogers, II Bankruptcy Proceeding

Invoice No: 50009722
Invoice Date: April 15, 2022
Matter: 088698.0102

| Date | Name | Hours | Description |
|---|---|---|---|
| 03/26/22 | K M Jacobsen | 2.1 | Drafted opening statement for hearing on motion to appoint interim trustee. |
| 03/26/22 | K M Jacobsen | 0.5 | Researched payment of debtor's attorneys fees in chapter 7 involuntary cases. |
| 03/26/22 | K M McElvy | 3.4 | Continued preparing for hearing by reviewing D. Rogers and R. McDonnell deposition designations; call and correspondence with D. Rogers and internal team to reach agreement on order to appoint interim Chapter 7 trustee. |
| 03/26/22 | T J Sales | 1.0 | Conferenced with M. McElvy and D. Eastlake and review of proposed agreed order appointing interim trustee. |
| 03/26/22 | C E Tutunjian | 3.8 | Continued preparing chart analyzing exhibits' admissibility at hearing. |
| 03/27/22 | D R Eastlake | 2.3 | Prepared for tomorrow's hearing; revised hearing outlines; corresponded with K. Jacobsen and R. Fontenla regarding needed hearing documents. |
| 03/27/22 | R M Fontenla | 1.4 | Emailed with D. Eastlake regarding documents needed for Monday hearing; emailed with C. Acciarri regarding hearing; monitoring email for hearing instructions. |
| 03/27/22 | K M Jacobsen | 0.2 | Redlined proper order to agreed order on motion to appoint interim trustee. |
| 03/27/22 | K M Jacobsen | 0.8 | Updated legal outline for hearing on motion to appoint interim trustee. |
| 03/27/22 | K M McElvy | 1.2 | Drafted outline for S. Webster examination if needed and sent same to client with referenced exhibits. |
| 03/28/22 | M C Acciarri | 0.2 | Briefly attended hearing on motion to appoint interim trustee. |
| 03/28/22 | D R Eastlake | 4.6 | Attended court hearing on motion to appoint trustee; prepared for same; revised agreed order per court's instructions; corresponded with R. Fontenla regarding upload of same; corresponded with court regarding same; teleconferenced and corresponded with K. Sadler regarding chapter 7 trustee candidates; teleconferenced and corresponded with O. Alaniz regarding same; discussed same with M. McElvy; teleconferenced and corresponded with M. McElvy and A. Bublick (UST's office) regarding same and appointment process; reviewed entered order on motion to appoint; traveled from Dallas to Houston after hearing. |

Case 22-30500-swe7 Doc 260-8 Filed 09/10/24 Entered 09/10/24 13:37:17 Desc Exhibit D Page 26 of 543

**BAKER BOTTS** L.L.P

Invoice No: 50009722
Invoice Date: April 15, 2022
Matter: 088698.0102

Webster, Steven A.
Dennis J. Rogers, II Bankruptcy Proceeding

| Date | Name | Hours | Description |
|---|---|---|---|
| 03/28/22 | R M Fontenla | 4.4 | Exchanged numerous emails and conferences with D. Eastlake, M. McElvy, Judge Hale's clerk and C. Acciarri regarding hearing; prepared for hearing; uploaded revised order. |
| 03/28/22 | K M McElvy | 3.3 | Traveled to Dallas and attended involuntary bankruptcy hearing; conducted follow up calls and sent correspondence after hearing with U.S. trustee's office to gauge who would be appointed as trustee and to suggest that it be someone with strong forensic accounting skills. |
| 03/28/22 | T J Sales | 0.2 | Conferenced with D. Eastlake and M. McElvy regarding order on motion to appoint interim trustee. |
| 03/28/22 | C E Tutunjian | 0.4 | Discussed hearing preparation with M. McElvy.. |
| 03/29/22 | D R Eastlake | 4.4 | Discussed responses to creditor inquiries with M. McElvy; reviewed notice of meeting of creditors; corresponded with M. McElvy regarding same; attended to interim trustee appointment issues; teleconferenced and corresponded with A. Bublick (UST) regarding same and case issues and settings; discussed same with Baker Botts team; reviewed docket, including appointment of trustee and appearances filed by other parties; teleconferenced and corresponded with T. Carroll (counsel for litigation creditor) regarding case status and related issues; corresponded with M. McElvy and T. Sales regarding same; analyzed settlement/dismissal issues and procedures; corresponded with M. McElvy, S. Webster and A. Webster regarding update, interim trustee, open items/issues and next steps; corresponded with R. Fontenla regarding service list update; corresponded with M. McElvy regarding service and noticing issues. |
| 03/29/22 | R M Fontenla | 1.7 | Emailed regarding hearing; calendared hearing and forwarded calendar notices to working group; emailed with D. Eastlake regarding bankruptcy docket, obtained and forwarded same to D. Eastlake;; emailed with D. Eastlake and K. Jacobsen regarding revisions to service lists; revised service lists. |
| 03/29/22 | K M McElvy | 1.7 | Updated client on results of bankruptcy hearing, latest communications with D. Rogers and on appointment of interim trustee; conferenced internally with D. Eastlake regarding same; conferenced with U.S. Trustee's office regarding appointment of interim trustee and next steps. |
| 03/29/22 | T J Sales | 0.5 | Conferenced with M. McElvy regarding order and appointment of interim trustee and strategy on next steps. |
| 03/29/22 | C E Tutunjian | 3.1 | Researched rules for amending pleadings after removing case to federal court; began drafting second amended answer and counterclaim for Mandarin Capital adversary proceeding. |

Case 22-30500-swe7 Doc 261-4 Filed 09/24/24 Entered 09/24/24 13:27:17 Desc
Exhibit D Page 38 of 543

BAKER BOTTS L.L.P

Webster, Steven A.
Dennis J. Rogers, II Bankruptcy Proceeding

Invoice No: 50009722
Invoice Date: April 15, 2022
Matter: 088698.0102

| Date | Name | Hours | Description |
|---|---|---|---|
| 03/30/22 | D R Eastlake | 2.4 | Corresponded with A. Holder regarding involuntary case and related issues; teleconferenced with A. Holder, M. McElvy and D. Miller regarding same and factual allegations, fraud and known assets; teleconferenced and corresponded with A. Bublick regarding fraud allegations and pending litigation against Rogers; corresponded with Baker Botts team regarding appointment of interim trustee and decision of UST; corresponded with M. McElvy and D. Miller regarding trustee selection; teleconferenced with M. McElvy regarding open items issues and next steps in case; corresponded with M. McElvy and D. Miller regarding new creditor inquiry and service/notice issues. |
| 03/30/22 | R M Fontenla | 0.9 | Emailed with M. McElvy and D. Eastlake regarding docket documentation that Areya was appointed interim trustee; reviewed docket and pulled documents regarding same; emailed with Houston mail room regarding package from Continental Court Reporters; emailed with B. Garza and D. Eastlake regarding invoice from Continental Court Reporters regarding summons service. |
| 03/30/22 | K M McElvy | 2.1 | Call with interim trustee and trial attorney in trustee's office to discuss factual background of case; calls with a couple creditors that received notice of the lawsuit; followed up with D. Eastlake regarding same. |
| 03/30/22 | C E Tutunjian | 2.5 | Continued drafting second amended answer and counterclaim for Mandarin Capital adversary proceeding; researched claims available under Texas Uniform Fraudulent Transfers Act. |
| 03/31/22 | D R Eastlake | 0.9 | Attended to service and noticing issues; corresponded with A. Holder, M. McElvy and D. Miller regarding follow up information regarding case/background; teleconferenced with M. McElvy and J. Kluewer regarding case issues and next steps. |
| 03/31/22 | R M Fontenla | 0.8 | Emailed with M. McElvy, D. Miller and D. Eastlake regarding revisions to service lists; revised service lists; emailed with B. Garza regarding Continental Court Reporting invoice. |
| 03/31/22 | K M McElvy | 0.6 | Call with counsel for ACMC creditor regarding involuntary bankruptcy action and strategy considerations for same. |

**Matter Hours** **395.8**

**Matter Fees** **$353,399.50**

Value of highlighted line-items = $249,342.09

BAKER BOTTS L.L.P

Invoice No: 50009722
Invoice Date: April 15, 2022
Matter: 088698.0102

Webster, Steven A.
Dennis J. Rogers, II Bankruptcy Proceeding

**2022 Lawyer Summary**

| Timekeeper | HOURS | RATE | AMOUNT |
|---|---|---|---|
| D R Eastlake | 80.5 | 1,305.00 | 105,052.50 |
| K M Jacobsen | 75.1 | 860.00 | 64,586.00 |
| K M McElvy | 63.2 | 1,130.00 | 71,416.00 |
| E A Rohles | 28.9 | 580.00 | 16,762.00 |
| T J Sales | 8.7 | 1,350.00 | 11,745.00 |
| C E Tutunjian | 62.3 | 860.00 | 53,578.00 |
| | **318.7** | | **$323,139.50** |

**2022 Non-Lawyer Summary**

| Timekeeper | HOURS | RATE | AMOUNT |
|---|---|---|---|
| M C Acciarri | 8.2 | 365.00 | 2,993.00 |
| J Aquino | 1.0 | 370.00 | 370.00 |
| C A Davis | 0.2 | 270.00 | 54.00 |
| R M Fontenla | 60.6 | 410.00 | 24,846.00 |
| C D Montalvo | 4.2 | 270.00 | 1,134.00 |
| R E Pravata | 2.1 | 270.00 | 567.00 |
| K M Sherman | 0.8 | 370.00 | 296.00 |
| | **77.1** | | **$30,260.00** |

**For Expenses Incurred :**

| | |
|---|---|
| Vendor: American Express Co. Invoice#: 0100506941431 Date: 4/7/2010050694143122 - AMEX charges through March 25, 2010050694143122 - AMERICAN EXPRESS Miscellaneous - Legal RICHARD PRAVATA Court filings requested by Emily Rohles | 1.35 |
| Vendor: American Express Co. Invoice#: 0100506941431 Date: 4/7/2010050694143122 - AMEX charges through March 25, 2010050694143122 - AMERICAN EXPRESS Miscellaneous - Legal RICHARD PRAVATA Court filings requested by Emily Rohles | 1.35 |
| Vendor: American Express Co. Invoice#: 0100506941431 Date: 4/7/2010050694143122 - AMEX charges through March 25, 2010050694143122 - AMERICAN EXPRESS Miscellaneous - Legal RICHARD PRAVATA Court filings requested by Emily Rohles | 3.45 |
| Vendor: American Express Co. Invoice#: 5043714003281437 Date: 3/28/2022 - 2022.03.15 FedEx Package to Dennis Rogers - AMERICAN EXPRESS Miscellaneous - Other KATHRYN MCELVY Overnight FedEx fee to Dennis Rogers, II on 3/14/22 | 46.13 |
| Vendor: American Express Co. Invoice#: 5062945803311550 Date: 3/31/2022 - Certified Copies - Dallas County Records - AMERICAN EXPRESS Court Fees JESSICA AQUINO Certified Records of Court Documents - Dallas County District Court Records Department | 0.15 |

| | |
|---|---|
| Vendor: American Express Co. Invoice#: 5062945803311550 Date: 3/31/2022 - Certified Copies - Dallas County Records - AMERICAN EXPRESS Court Fees JESSICA AQUINO Certified Records of Court Documents - Dallas County District Court Records Department | 7.00 |
| Vendor: American Express Co. Invoice#: 5072420704061520 Date: 4/6/2022 - Court Filing Fee - Webster/Rogers Case - AMERICAN EXPRESS Filing RORY FONTENLA Filing fee for Involuntary Bankruptcy Filing in the Webster/Rogers case (088698.0102) | 338.00 |
| Vendor: American Express Co. Invoice#: 5074992504131345 Date: 4/13/2022 - Hearing expenses for 088698.0102 - AMERICAN EXPRESS Court Fees RORY FONTENLA Filing fee for Adversary filing | 350.00 |
| Vendor: American Express Co. Invoice#: 5074992504131345 Date: 4/13/2022 - Hearing expenses for 088698.0102 - AMERICAN EXPRESS Miscellaneous - Legal RORY FONTENLA Water for bankruptcy hearing on 3/28/2022 | 6.98 |
| Vendor: American Express Co. Invoice#: 5072144604041700 Date: 4/4/2022 - 2022.03.28 Expenses re Bankruptcy Hearing - AMERICAN EXPRESS Airfare KATHRYN MCELVY 2022.03.28 Roundtrip airfare from Houston to Dallas | 495.97 |
| Vendor: American Express Co. Invoice#: 5072144604041700 Date: 4/4/2022 - 2022.03.28 Expenses re Bankruptcy Hearing - AMERICAN EXPRESS Airfare KATHRYN MCELVY 2022.03.28 Upgrade fees | 40.00 |
| Vendor: American Express Co. Invoice#: 5072144604041700 Date: 4/4/2022 - 2022.03.28 Expenses re Bankruptcy Hearing - AMERICAN EXPRESS Parking KATHRYN MCELVY 2022.03.28 Airport parking fee. | 28.00 |
| Vendor: Mcelvy, Kathryn Meghan D. Invoice#: 5072144604041704 Date: 4/4/2022 - 2022.03.28 Expenses re Bankruptcy Hearing - 2022.03.28 Expenses re Bankruptcy Hearing Taxi / Car Service KATHRYN MCELVY 2022.03.28 Uber ride from Dallas airport to Baker Botts Dallas office. | 36.46 |
| Vendor: Mcelvy, Kathryn Meghan D. Invoice#: 5072144604041704 Date: 4/4/2022 - 2022.03.28 Expenses re Bankruptcy Hearing - 2022.03.28 Expenses re Bankruptcy Hearing Taxi / Car Service KATHRYN MCELVY 2022.03.28 Uber ride from Baker Botts Dallas office to Dallas airport. | 37.95 |
| Vendor: American Express Co. Invoice#: 5074992504131345 Date: 4/13/2022 - Hearing expenses for 088698.0102 - AMERICAN EXPRESS Lunch RORY FONTENLA Working lunch with D. Eastlake, M. McElvy and R. Fontenla | 53.27 |
| Vendor: Continental Ct. Reporters, Inc Invoice#: 319586 Date: 03/29/2022 - - Continental Ct. Reporters, Inc; Service of Summons to David James Rogers II | 426.50 |
| Vendor: Courthouse News Service, Inc. Invoice#: 716554 Date: 04/01/2022 - - Courthouse News Service, Inc.; CNS usage for court filings for E.Rohles. | 5.00 |
| Delivery services/messengers | 25.57 |
| Copies/Blowbacks/Printing-B&W (Internal) | 0.00 |
| Copies/Blowbacks/Printing-Color (Internal) | 1,879.35 |

BAKER BOTTS L.L.P.

| | |
|---|---|
| Invoice No: | 50009722 |
| Invoice Date: | April 15, 2022 |
| Matter: | 088698.0102 |

Webster, Steven A.
Dennis J. Rogers, II Bankruptcy Proceeding

| | |
|---|---|
| Delivery services/messengers | 79.20 |
| **Total Expenses** | **$3,861.68** |

# BAKER BOTTS L.L.P.

TAX ID 74-1195457

Austin
Brussels
Dallas
Dubai
**Houston**
London
Moscow
New York
Palo Alto
Riyadh
San Francisco
Washington

Webster, Steven A.
AEC Partners
2701 Kirby Drive
Houston, TX 77098

**Due Upon Receipt**

Invoice Number: 50009722
Invoice Date: April 15, 2022
Matter Number: 088698.0102

## REMITTANCE STATEMENT

| | |
|---|---|
| **Matter Number:** | 088698.0102 |
| **Client:** | Webster, Steven A. |
| **Matter:** | Dennis J. Rogers, II Bankruptcy Proceeding |
| **Invoice Number:** | 50009722 |
| **Billing Attorney:** | M D McElvy |
| **Office:** | Houston |

| | |
|---|---|
| **Total Fees** | **$353,399.50** |
| **Total Expenses** | **$3,861.68** |
| **Total Invoice Amount** | **$357,261.18** |

TO ENSURE PROPER APPLICATION OF YOUR PAYMENT PLEASE RETURN THIS REMITTANCE ADVICE OR EMAIL TO ARHOUSTON@BAKERBOTTS.COM

***Please Remit to:***

***Wiring Instructions***
Baker Botts L.L.P.
Bank: JP Morgan Chase Bank
Address: 712 Main Street, Houston, TX 77002
ABA Number: 021 000 021
Swift Code: CHASUS33
Primary Account: 001 0000 2006
(Reference Invoice Number)

***ACH Information:***
Baker Botts L.L.P.
Bank: JP Morgan Chase Bank
Address: 712 Main Street, Houston, TX 77002
Routing Number: 111 000 614
Primary Account: 001 0000 2006
(Reference Invoice Number)

***To Pay by Check, send to:***
Baker Botts L.L.P.
P.O. Box 301251
Dallas, TX 75303-1251
(Reference Invoice Number)

Case 22-30500-swe7 Doc 250-4 Filed 09/14/24 Entered 09/14/24 11:37:17 Desc
Exhibit B Page 36 of 543

**BAKER BOTTS L.L.P**

Austin
Brussels
Dallas
Dubai
**Houston**
London
Moscow
New York
Palo Alto
Riyadh
San Francisco
Washington

TAX ID 74-1195457

Webster, Steven A.
2701 Kirby Dr
Houston, TX 77098

Invoice Number: 50011088
Invoice Date: May 13, 2022
Attorney: M D McElvy

Total fees for services and expenses for the matter shown below through April 30, 2022

NOTE: Highlighted time entries and disbursements relate to administrative expense claim

**088698.0102**
Dennis J. Rogers, II Bankruptcy Proceeding

| Date | Name | Hours | Description |
|---|---|---|---|
| 04/01/22 | R M Fontenla | 0.2 | Emails with C. Acciarri regarding preparation for hearing on motion to appoint interim trustee. |
| 04/05/22 | T J Sales | 0.3 | Conferenced with team regarding bankruptcy judge and call with Rogers. |
| 04/06/22 | D R Eastlake | 1.1 | Teleconference and correspondence with D. Miller regarding meetings with chapter 7 trustee; teleconference and correspondence with O. Alaniz regarding trustee representation and case funding issues; corresponded with M. McElvy regarding same and next steps; reviewed precedent for case funding, first out claim received from O. Alaniz. |
| 04/07/22 | D R Eastlake | 0.4 | Teleconferenced with M. McElvy regarding case funding and setoff/preference issues and potential recoveries for creditors; follow up correspondence with O. Alaniz regarding case funding issues. |
| 04/07/22 | K M McElvy | 0.8 | Corresponded with D. Eastlake regarding upcoming call with Rogers and interim trustee and issues around Goldman Sachs' foreclosure on its line of credit to Rogers and whether it may be deemed a preferential transfer. |
| 04/07/22 | C E Tutunjian | 1.7 | Prepared outline of options for adversary proceeding with Mandarin Capital; discussed same with M. McElvy. |
| 04/08/22 | D R Eastlake | 0.9 | Teleconferenced with M. McElvy, T. Sales and D. Rogers regarding settlement and involuntary filing issues; teleconferenced with M. McElvy and T. Sales regarding next steps; corresponded with M. McElvy, D. Miller and A. Holder regarding status and update call next week. |

**BAKER BOTTS** L.L.P.

Invoice No: 50011088
Invoice Date: May 13, 2022
Matter: 088698.0102

Webster, Steven A.
Dennis J. Rogers, II Bankruptcy Proceeding

| Date | Name | Hours | Description |
|---|---|---|---|
| 04/08/22 | K M McElvy | 0.5 | Call with D. Rogers regarding whether he opposes the involuntary bankruptcy. |
| 04/11/22 | R M Fontenla | 0.5 | Emailed with D. Eastlake regarding hearing deadline; calendared deadlines and forwarded calendar notices to working group. |
| 04/12/22 | D R Eastlake | 1.9 | Teleconferenced with M. McElvy, A. Holder (trustee), and D. Miller regarding involuntary case, settlement and claw back issues; follow up teleconference with M. McElvy regarding same and next steps; reviewed correspondence from D. Rogers regarding settlement discussions; corresponded with T. Sales and M. McElvy regarding same; reviewed follow up correspondence from M. McElvy regarding settlement issues and next steps. |
| 04/12/22 | K M McElvy | 1.7 | Prepared for and participated in call with interim trustee regarding potential settlement with Rogers and path to order for relief on involuntary bankruptcy; discussed Goldman Sachs line of credit and shared underlying documents with trustee. |
| 04/12/22 | T J Sales | 0.3 | Reviewed email correspondence from Rogers and conferenced with M. McElvy and D. Eastlake regarding proposal. |
| 04/13/22 | K M McElvy | 0.4 | Call with D. Rogers regarding potential for settlement of bankruptcy and whether he opposes bankruptcy. |
| 04/14/22 | D R Eastlake | 0.4 | Corresponded with K. Jacobsen regarding preparation of joint pre-conference statement and service/compliance issues; reviewed scheduling order in connection with same. |
| 04/14/22 | K M McElvy | 0.4 | Corresponded with client regarding D. Rogers request for response on settlement. |
| 04/15/22 | D R Eastlake | 0.4 | Review and respond to correspondence from M. Dortch regarding involuntary filing; correspondence with M. McElvy regarding same. |
| 04/15/22 | K M McElvy | 0.1 | Called Steel Corporation regarding prior Rogers lawsuit and proceeding; emailed D. Eastlake regarding questions on Wildcat Lending and Rogers mortgage. |
| 04/17/22 | K M Jacobsen | 5.6 | Researched and drafted joint pre-conference statement. |

Case 22-30500-swe7 Doc 261-4 Filed 09/24/24 Entered 09/24/24 13:37:17 Desc
Exhibit D Page 95 of 1651

BAKER BOTTS L.L.P

Webster, Steven A.
Dennis J. Rogers, II Bankruptcy Proceeding

Invoice No: 50011088
Invoice Date: May 13, 2022
Matter: 088698.0102

| Date | Name | Hours | Description |
|---|---|---|---|
| 04/18/22 | D R Eastlake | 2.1 | Corresponded with M. McElvy and D. Rogers regarding settlement discussions and related issues and next steps; preliminary review of draft joint pre-conference statement; corresponded with Baker Botts team regarding same; analyzed applicable provisions of the Bankruptcy Code and Rules requiring entry of an order for relief when a debtor fails to timely contest or otherwise respond to an involuntary petition; multiple emails with Baker Botts team regarding same, related issues and next steps; reviewed and responded to correspondence from M. Dortch regarding involuntary case. |
| 04/18/22 | K M McElvy | 0.2 | Corresponded with D. Rogers regarding potential settlement; reviewed update from D. Rogers regarding lack of Rogers' objection to involuntary bankruptcy. |
| 04/18/22 | T J Sales | 0.2 | Reviewed update on next steps on order for involuntary bankruptcy. |
| 04/19/22 | D R Eastlake | 2.8 | Teleconferenced and corresponded with M. McElvy regarding status and next steps, including motion for entry of an order for relief; teleconferenced and corresponded with K. Jacobsen regarding same and motions/issues regarding entry of order for relief; reviewed and commented on motion for entry of order for relief on involuntary petition, proposed order on same and motion to expedite hearing; corresponded and teleconferenced with K. Jacobsen regarding same and next steps; corresponded with D. Miller regarding draft motions and next steps; further reviewed and revised draft filings. |
| 04/19/22 | K M Jacobsen | 2.2 | Drafted motion for emergency consideration of motion for entry of involuntary order for relief. |
| 04/19/22 | K M Jacobsen | 5.7 | Drafted motion for entry of involuntary order for relief. |
| 04/19/22 | K M Jacobsen | 2.5 | Drafted proposed order for involuntary relief. |
| 04/20/22 | D R Eastlake | 1.9 | Reviewed comments to draft pre-conference statement received from M. McElvy; corresponded with K. Jacobsen regarding same and other updates/edits to statement; finalized motions regarding entry of order for relief; corresponded with Baker Botts team regarding same; corresponded with D. Miller regarding same; corresponded with A. Holder (trustee) and K. Hill regarding same; corresponded with court case manager regarding filing of motions and requested relief; corresponded with D. Rogers regarding filed motions. |
| 04/20/22 | K M Jacobsen | 0.8 | Finalized and filed motion for entry of involuntary order for relief and motion for emergency consideration thereof. |

**BAKER BOTTS LLP**

Invoice No: 50011088
Invoice Date: May 13, 2022
Matter: 088698.0102

Webster, Steven A.
Dennis J. Rogers, II Bankruptcy Proceeding

| Date | Name | Hours | Description |
|---|---|---|---|
| 04/20/22 | K M McElvy | 0.3 | Reviewed and provided edits to the draft joint pre-conference statement. |
| 04/21/22 | D R Eastlake | 2.4 | Reviewed revised joint pre-conference statement and corresponded with K. Jacobsen regarding same; multiple emails with court regarding hearing on emergency motion and notice of hearing; corresponded with Baker Botts team regarding same; reviewed and commented on notice of hearing; corresponded and teleconferenced with K. Jacobsen regarding same and joint pre-conference statement; reviewed and responded to correspondence from D. Miller regarding next week's hearing; reviewed and responded to correspondence from H. Hanson regarding motion to remand by Mandarin Capital and corresponded with Baker Botts team regarding same; conducted preliminary review of motion to remand and appendix; corresponded with D. Rogers regarding hearing on emergency motion for entry of order for relief. |
| 04/21/22 | K M Jacobsen | 0.8 | Drafted notice of hearing on entry of involuntary order for relief. |
| 04/21/22 | K M Sherman | 0.5 | Exchanged various correspondence with K. Jacobsen regarding status of motion for relief; finalized notice of hearing and prepared for issuance with Northern District of Texas Bankruptcy Court; prepared for service on D. Rogers. |
| 04/22/22 | K M Sherman | 0.4 | Prepared correspondence to K. Jacobsen regarding status of service of notice of hearing for D. Rogers; reviewed and analyzed Mandarin Capital's motion for remand and prepared correspondence to team regarding same; updated associated deadlines for motion to remand. |
| 04/24/22 | D R Eastlake | 2.1 | Prepared for tomorrow's hearing on emergency motion for entry of an order for relief in an involuntary case, including drafting hearing outline and gathering and reviewing exhibits; corresponded with Baker Botts team regarding same. |
| 04/25/22 | D R Eastlake | 4.1 | Attended court hearing on motion for entry of order for relief; finished preparing for same; teleconferenced with D. Miller regarding same; sent post-hearing correspondence with M. McElvy and D. Miller regarding hearing and next steps; corresponded with K. Jacobsen regarding revised order for submission to court; reviewed and commented on same; corresponded with court case manager regarding same; teleconferenced with K. Hill (trustee counsel) regarding Goldman garnishment and related issues; corresponded with K. Jacobsen regarding motion to remand or abstain and research/analysis for response thereto. |
| 04/25/22 | K M Jacobsen | 0.7 | Revised proposed order for involuntary relief. |

**BAKER BOTTS** LLP

Webster, Steven A.
Dennis J. Rogers, II Bankruptcy Proceeding

Invoice No: 50011088
Invoice Date: May 13, 2022
Matter: 088698.0102

| Date | Name | Hours | Description |
|---|---|---|---|
| 04/25/22 | K M Sherman | 0.4 | Revised and finalized proposed order for relief; prepared for issuance and service with Northern District of Texas Bankruptcy Court; exchanged correspondence with D. Eastlake and K. Jacobsen regarding same. |
| 04/26/22 | D R Eastlake<br>Time entry reduced by 1/2 for administrative expense claim | 3.1 | Reviewed correspondence from court case manager regarding order for relief; reviewed order for relief, as entered by the court today, and other filings on the docket today; detailed correspondence with S. Webster, A. Webster and M. McElvy regarding case update and upcoming dates and deadlines; corresponded with Baker Botts team regarding updates to case calendar; reviewed correspondence from K. Hill (trustee counsel) and M. Stromberg regarding Rogers' intent to file motion to convert case to chapter 11; analyzed issues/research needed regarding same; corresponded with Baker Botts team regarding same and next steps; teleconferenced and corresponded with K. Jacobsen regarding legal research concerning case conversion issues and appointment of chapter 11 trustee; teleconference with K. Hill regarding conversion and other case issues. |
| 04/26/22 | K M Sherman | 0.5 | Reviewed and analyzed notice of hearing regarding motion for remand and updated associated deadlines; exchanged correspondence with D. Eastlake and K. Jacobsen regarding same; reviewed and analyzed order granting involuntary petition and corresponded with working group regarding same. |
| 04/27/22 | D R Eastlake | 2.4 | Corresponded with M. McElvy regarding next steps in case and trustee appointment issues; corresponded with K. Black regarding case calendaring updates; reviewed and analyzed memo prepared by K. Jacobsen regarding Mandarin's motion to remand, analysis of arguments raised therein, counter arguments and related issues and formal response to motion; reviewed and responded to correspondence from K. Hill (trustee counsel) regarding conversion issues and precedent against same; reviewed and analyzed objection precedent received from K. Hill; reviewed and analyzed conversion research findings sent by K. Jacobsen. |
| 04/27/22 | K M Jacobsen | 3.1 | Researched conversion to chapter 11. |
| 04/27/22 | K M Jacobsen | 1.2 | Researched regarding dischargeability. |
| 04/27/22 | K M Jacobsen | 5.5 | Reviewed and analyzed arguments in motion to remand, including research regarding same. |

**BAKER BOTTS** L.L.P.



| Date | Name | Hours | Description |
|---|---|---|---|
| 04/27/22 | K M Sherman | 0.8 | Prepared correspondence to team regarding the motion for remand; reviewed and analyzed notice of chapter 7 bankruptcy for D. Rogers, executed order for relief and notice for motion for remand and updated all associated case deadlines for same; prepared further correspondence to team regarding same. |
| 04/28/22 | D R Eastlake | 0.5 | Reviewed and analyzed dischargeability legal research findings and analysis prepared by K. Jacobsen. |
| 04/28/22 | K M Jacobsen | 2.3 | Researched regarding dischargeability. |
| 04/29/22 | D R Eastlake | 0.3 | Teleconferenced with T. Dortch regarding Wildcat motion to lift stay and related issues and case status. |

**Matter Hours** **67.4**

Value of highlighted line-items = $ 38,442.94

**Matter Fees** **$69,881.00**

**BAKER BOTTS** L.L.P

Invoice No: 50011088
Invoice Date: May 13, 2022
Matter: 088698.0102

Webster, Steven A.
Dennis J. Rogers, II Bankruptcy Proceeding

**2022 Lawyer Summary**

| Timekeeper | HOURS | RATE | AMOUNT |
|---|---|---|---|
| D R Eastlake | 26.8 | 1,305.00 | 34,974.00 |
| K M Jacobsen | 30.4 | 860.00 | 26,144.00 |
| K M McElvy | 4.4 | 1,130.00 | 4,972.00 |
| T J Sales | 0.8 | 1,350.00 | 1,080.00 |
| C E Tutunjian | 1.7 | 860.00 | 1,462.00 |
| | **64.1** | | **$68,632.00** |

**2022 Non-Lawyer Summary**

| Timekeeper | HOURS | RATE | AMOUNT |
|---|---|---|---|
| R M Fontenla | 0.7 | 410.00 | 287.00 |
| K M Sherman | 2.6 | 370.00 | 962.00 |
| | **3.3** | | **$1,249.00** |

**For Expenses Incurred :**

| | |
|---|---|
| Vendor: Business Card Invoice#: 050031242235 Date: 03/24/2022 - - Business Card; Texas Court Fees and Research Fees for March 2022 | 3.33 |
| Vendor: Business Card Invoice#: 050031245102 Date: 03/24/2022 - - Business Card; Texas Court Fees and Research Fees for March 2022 | 5.35 |
| Vendor: Eastlake, David R. Invoice#: 5100634704181524 Date: 4/18/2022 - Trip to Dallas for Emergency Hearing-3/27/22 - Trip to Dallas for Emergency Hearing-3/27/22 Meals - Other DAVID EASTLAKE Water at IAH for David Eastlake on 3/27/2022 prior to flight to attend Emergency Hearing on Motion to Appoint an Interim Chapter 7 Trustee. | 3.99 |
| Vendor: Eastlake, David R. Invoice#: 5100634704181524 Date: 4/18/2022 - Trip to Dallas for Emergency Hearing-3/27/22 - Trip to Dallas for Emergency Hearing-3/27/22 Hotel - Lodging DAVID EASTLAKE Hotel stay for David Eastlake at Hall Arts Hotel in Dallas, Texas to attend Emergency Hearing on Motion to Appoint an Interim Chapter 7 Trustee. | 230.52 |
| Vendor: Eastlake, David R. Invoice#: 5100634704181524 Date: 4/18/2022 - Trip to Dallas for Emergency Hearing-3/27/22 - Trip to Dallas for Emergency Hearing-3/27/22 Airfare DAVID EASTLAKE Roundtrip United Airlines flight for David Eastlake to Dallas, Texas to attend Emergency Hearing on Motion to Appoint an Interim Chapter 7 Trustee. | 410.20 |
| Vendor: Eastlake, David R. Invoice#: 5100634704181524 Date: 4/18/2022 - Trip to Dallas for Emergency Hearing-3/27/22 - Trip to Dallas for Emergency Hearing-3/27/22 Taxi / Car Service DAVID EASTLAKE Lyft ride for David Eastlake to from Dallas airport to hotel in Dallas, Texas to attend Emergency Hearing on Motion to Appoint an Interim Chapter 7 Trustee. | 46.24 |

**BAKER BOTTS** L.L.P

| | |
|---|---|
| Invoice No: | 50011088 |
| Invoice Date: | May 13, 2022 |
| Matter: | 088698.0102 |

Webster, Steven A.
Dennis J. Rogers, II Bankruptcy Proceeding

| | |
|---|---|
| Vendor: Eastlake, David R. Invoice#: 5100634704181524 Date: 4/18/2022 - Trip to Dallas for Emergency Hearing-3/27/22 - Trip to Dallas for Emergency Hearing-3/27/22 Taxi / Car Service DAVID EASTLAKE Lyft ride for David Eastlake to from hotel to dinner in Dallas, Texas to attend Emergency Hearing on Motion to Appoint an Interim Chapter 7 Trustee. | 9.75 |
| Vendor: Eastlake, David R. Invoice#: 5100634704181524 Date: 4/18/2022 - Trip to Dallas for Emergency Hearing-3/27/22 - Trip to Dallas for Emergency Hearing-3/27/22 Taxi / Car Service DAVID EASTLAKE Lyft ride for David Eastlake from dinner back to hotel in Dallas, Texas to attend Emergency Hearing on Motion to Appoint an Interim Chapter 7 Trustee. | 11.03 |
| Vendor: Eastlake, David R. Invoice#: 5100634704181524 Date: 4/18/2022 - Trip to Dallas for Emergency Hearing-3/27/22 - Trip to Dallas for Emergency Hearing-3/27/22 Taxi / Car Service DAVID EASTLAKE Lyft ride for David Eastlake from Dallas office to airport in Dallas, Texas to attend Emergency Hearing on Motion to Appoint an Interim Chapter 7 Trustee. | 68.80 |
| Vendor: Eastlake, David R. Invoice#: 5100634704181524 Date: 4/18/2022 - Trip to Dallas for Emergency Hearing-3/27/22 - Trip to Dallas for Emergency Hearing-3/27/22 Breakfast DAVID EASTLAKE Breakfast at Berkley's M.K.T. for David Eastlake on 3/28/2022 while attending Emergency Hearing on Motion to Appoint an Interim Chapter 7 Trustee. | 7.58 |
| Vendor: Eastlake, David R. Invoice#: 5100634704181524 Date: 4/18/2022 - Trip to Dallas for Emergency Hearing-3/27/22 - Trip to Dallas for Emergency Hearing-3/27/22 Parking DAVID EASTLAKE Parking at SP+ Global IMS for David Eastlake on 3/28/2022 while attending Emergency Hearing on Motion to Appoint an Interim Chapter 7 Trustee. | 48.00 |
| Online Legal Research: Courtlink | 672.00 |
| Online Legal Research: Courtlink | 8.79 |
| Online Legal Research: Lexis | 680.50 |
| Online Legal Research: Westlaw | 882.18 |
| Pacer Electronic Court Records | 80.50 |
| **Total Expenses** | **$3,168.76** |

**BAKER BOTTS L.L.P.**

| | |
|---|---|
| Austin | Moscow |
| Brussels | New York |
| Dallas | Palo Alto |
| Dubai | Riyadh |
| **Houston** | San Francisco |
| London | Washington |

TAX ID 74-1195457

Webster, Steven A.
2701 Kirby Dr
Houston, TX 77098

**Due Upon Receipt**

Invoice Number: 50011088
Invoice Date: May 13, 2022
Matter Number: 088698.0102

## REMITTANCE STATEMENT

**Matter Number:** 088698.0102
**Client:** Webster, Steven A.
**Matter:** Dennis J. Rogers, II Bankruptcy Proceeding
**Invoice Number:** 50011088
**Billing Attorney:** M D McElvy
**Office:** Houston

| | |
|---|---:|
| **Total Fees** | **$69,881.00** |
| **Total Expenses** | **$3,168.76** |
| **Total Invoice Amount** | **$73,049.76** |

TO ENSURE PROPER APPLICATION OF YOUR PAYMENT PLEASE RETURN THIS REMITTANCE ADVICE OR EMAIL TO ARHOUSTON@BAKERBOTTS.COM

***Please Remit to:***

***Wiring Instructions***
Baker Botts L.L.P.
Bank: JP Morgan Chase Bank
Address: 712 Main Street, Houston, TX 77002
ABA Number: 021 000 021
Swift Code: CHASUS33
Primary Account: 001 0000 2006
(Reference Invoice Number)

***ACH Information:***
Baker Botts L.L.P.
Bank: JP Morgan Chase Bank
Address: 712 Main Street, Houston, TX 77002
Routing Number: 111 000 614
Primary Account: 001 0000 2006
(Reference Invoice Number)

***To Pay by Check, send to:***
Baker Botts L.L.P.
P.O. Box 301251
Dallas, TX 75303-1251
(Reference Invoice Number)

# Exhibit E

# Exhibit 9

David R. Eastlake
Texas Bar No. 24074165
*david.eastlake@bakerbotts.com*
Meghan Dawson McElvy
Texas Bar No. 24065127
*meghan.mcelvy@bakerbotts.com*
BAKER BOTTS L.L.P.
910 Louisiana St., Suite 3200
Houston, Texas 77002
Telephone: (713) 229-1234
Facsimile: (713) 229-1522

***Counsel for Creditor Steven A. Webster***

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 7** |
| **DENNIS JAMES ROGERS II,** | § | |
| | § | **Case No. 22-30500-7** |
| **Debtor.** | § | |

**DECLARATION OF DAVID R. EASTLAKE IN SUPPORT OF**
**CREDITOR STEVEN A. WEBSTER'S MOTION FOR SANCTIONS**

I, David R. Eastlake, declare under penalty of perjury:

## Introduction

1. My name is David R. Eastlake. I am over the age of 21, of sound mind, and fully competent to make this declaration (the "Declaration"). The facts and matters set forth in this Declaration are based upon my personal knowledge and are true and correct. The opinions contained herein are based on my education, training, and experience.

2. I submit this Declaration in support of *Creditor Steven A. Webster's Motion for Sanctions* (the "Motion")[1] filed concurrently herewith. Except as otherwise indicated herein, I

[1] Capitalized terms used but not otherwise defined herein shall have the same meanings as ascribed to them in the Motion.

have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

3. I am an attorney duly licensed by the State of Texas. I have been licensed to practice law in Texas since 2010, and I am also admitted to practice in the State of New York, the Southern, Northern, Eastern, and Western Districts of Texas, the Southern District of New York, and the United States Court of Appeals for the Fifth Circuit. I am a partner in the financial restructuring group of the law firm of Baker Botts L.L.P. ("Baker Botts"). I am currently practicing law in Houston, Harris County, Texas and have practiced law in Houston, Harris County, Texas since 2010.

4. Based on my more than a decade of experience practicing law in Texas, I am familiar with the usual and customary rates charged by other attorneys in and around Harris County and Dallas County, Texas (among other areas) for services of a similar nature to those described in this Declaration.

5. Creditor Steven A. Webster ("Webster") retained Baker Botts as his counsel in the above-captioned chapter 7 case. I have personal knowledge of this case, having participated in and overseen the work performed in connection with this matter, and discussed the matter with Webster.

6. The case has been primarily handled by a three-person team including associate Kristen M. Jacobsen, partner Meghan McElvy, and myself. We also had limited assistance from support staff, including paralegal Kendall Black.

7. Attached as **Exhibit 1** to this Declaration is a report detailing rates from other large law firms in the Dallas, Houston, and Austin areas.

**Billing Process**

8. Meghan McElvy was (and remains) the billing attorney for this matter and reviewed each invoice for work performed on this matter before Baker Botts sent the invoice to Webster. She ensured that each time entry was reasonable for each particular task. Where time appeared excessive given the nature of the work, she reduced it or wrote it off completely before the invoice went out.

9. Webster reviewed each invoice prior to paying Baker Botts, and to date have paid or incurred all of the fees and expenses presented in this Declaration.

**Work Performed**

10. Webster's counsel at Baker Botts were required to invest significant time, skill, and labor to effectively and quickly research and investigate the Debtor's Motion to Convert. The work performed by Webster's counsel was dictated by the significant consequences that the Motion to Convert would have on their prospects for recovery in the chapter 7 bankruptcy (to which much time and expense has already been dedicated) and by the time-sensitive nature of the Motion to Convert (a hearing for which was set for June 15, 2022, prior to it being withdrawn). It was also important to Webster to proactively research, investigate, and, if appropriate, challenge the Motion to Convert, given that he had already incurred significant time and expenses to secure a trustee in the chapter 7 case. The litigation team handling this case worked efficiently by delegating a substantial amount of the legwork, including researching and drafting the pleadings and briefs, to associate Kristen M. Jacobsen, with partners David R. Eastlake and Meghan McElvy directing and overseeing their work. Baker Botts' efforts on this matter have paid off so far, as it has been able to succeed on its petition for involuntary bankruptcy and Motion to Appoint Interim Trustee, who became the Trustee once the petition was granted.

16. Baker Botts thoroughly researched and prepared an objection to the Debtor's frivolous Motion to Convert. Baker Botts drafted written discovery to serve on the Debtor in connection with the Motion to Convert, including requests for production. These discovery requests were intended to aid in Webster's opposition to the Motion to Convert. The Debtor responded to Webster's discovery requests on June 3, 2022. Webster's counsel reviewed these responses (totaling approximately 148 pages) to determine whether they contained additional support for their objection to the Motion to Convert. The Baker Botts team also performed work necessary to prepare for the deposition of the Debtor related to the Motion to Convert, including reviewing the Debtor's discovery production in this case as well as the Webster Litigation.

17. In sum, Baker Botts conducted the following work, all of which was necessary for pursuing Webster's objection to the Motion to Convert:

- fact gathering, legal research, and strategy;
- preparing discovery requests to serve on the Debtor, including requests for production and a notice of deposition;
- reviewing and analyzing pertinent filings in this case, including the Debtor's schedules and statement of financial affairs;
- reviewing and analyzing discovery responses provided by the Debtor;
- reviewing and analyzing depositions taken in the Webster Litigation, including of the Debtor, his father and a Goldman Sachs banker as well as exhibits used in those depositions;
- preparing and filing the objection to the Motion to Convert; and
- preparing for the deposition of the Debtor, including reviewing and analyzing myriad exhibits to be used, and traveling to Dallas, Texas.

## Fees and Expenses

11. Baker Botts incurred a total of $76,686.75 in attorneys' fees and $1,479.10 in aggregate travel expenses (e.g., airfare, mileage, hotel, meals) and cancelled court reporter fees on behalf of Webster related to the Motion to Convert.

12. The hours worked by the Baker Botts attorneys and the total fees incurred by the Debtor are listed below. These charts also include costs and expenses incurred in connection with this lawsuit:

| Name and Position of Professional Person | Department and Date/State of First Admission *(if applicable)* | Hourly Billing Rate | Total Billed Hours | Total Amount Billed |
|---|---|---|---|---|
| David R. Eastlake, Partner | Financial Restructuring, 2007 New York | $1,305 | 39.0 | $50,895.00 |
| Meghan McElvy, Partner | Litigation, 2008 Texas | $1,130 | 26.4 | $29,832.00 |
| Kristen M. Jacobsen, Associate | Financial Restructuring, 2017 Texas | $860 | 21.1 | $18,146.00 |
| Rory Fontenla | Financial Restructuring, N/A | $410 | 3.0 | $1,230.00 |
| Kendall Sherman | Litigation, N/A | $370 | 5.8 | $2,146.00 |
| **GRAND TOTAL** | | | **95.3** | **$102,249.00** |
| **TOTAL WITH 25% DISCOUNT** | | | | **$76,686.75** |

| Category | Total Billed Hours | Total Amount Billed | Amount Billed with 25% Discount |
|---|---|---|---|
| Strategy and reviewing and analyzing pertinent filings in this case | 14.6 | $14,847.50 | $11,135.00 |
| Preparing and Filing the Objection to the Motion to Convert | 24.0 | $22,409.50 | $16,807.00 |
| Preparing Discovery Requests to Serve on the Debtor, Including Requests for Production and a Notice of Deposition | 6.5 | $6,151.00 | $4,613.00 |
| Preparing for the Deposition of the Debtor, Including Reviewing and Analyzing Myriad Exhibits to be Used, and Traveling to Dallas, Texas | 50.2 | $58,841.00 | $44,131.75 |
| **GRAND TOTAL** | **95.3** | **$102,249.00** | **$76,686.75** |

13. These effective hourly rates are customary and reasonable rates for services of the type performed in this matter and are consistent with or lower than those charged by Baker Botts and comparable firms in other similar matters. *See generally* **Exhibit 1**.

14. It is my opinion that this Court should award Webster $78,165.85, which is the total sum of the reasonable attorneys' fees, costs, and expenses Webster has actually incurred in connection with the Debtor's frivolous Motion to Convert.

**A. Overview of *Johnson* Factors**

16. Based on my 12 years of experience as a Texas restructuring attorney, it is my opinion and testimony that the legal services rendered by Baker Botts in this matter have been reasonable and necessary. It is also my opinion and testimony that the fees charged by Baker Botts for those services have all been reasonable and necessary.

17. In reaching these opinions, I considered the factors set forth in *Johnson v. Georgia Highway Exp., Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974), which include:

- time and labor required
- novelty and difficulty of the issues;
- skill required to perform the legal services properly;
- preclusion of other employment;
- customary fee;
- whether the fee is fixed or contingent;
- time limitations imposed by client or circumstances;
- amount involved and results obtained;
- experience, reputation and ability of the attorneys;
- undesirability of the case;
- nature and length of the professional relationship with the client; and
- award in similar cases.

18. Baker Botts attorneys were required to invest significant time, skill, and labor to oppose the Debtor's baseless Motion to Convert. The facts and circumstances required Webster's counsel to work extremely quickly to oppose the Motion to Convert so that Webster (along with other creditors who stood to benefit from Webster's opposition to the Motion to Convert) has the best chance to maximize his recovery, including promptly drafting and filing an objection to the Motion to Convert, serving discovery regarding same, and preparing for and traveling to Dallas for a deposition of the Debtor.

19. Furthermore, the rates charged by Baker Botts are customary and reasonable rates for services of the type performed in this matter and are consistent with those charged by Baker Botts and comparable firms in Texas in other similar bankruptcy litigation matters. Baker Botts attorneys are experienced lawyers with a respected reputation, who worked as efficiently as possible to secure the best result for their clients. In the course of our representation to date, we not only succeeded on the petition for involuntary bankruptcy, but also successfully obtained an interim chapter 7 trustee, who became the Trustee once the petition was granted.

**B. Segregation of Fees.**

15. The fees that Webster incurred in this matter were incurred in opposing the frivolous Motion to Convert. However, the work done to pursue this objection overlaps with work done to advance certain of the other matters in the chapter 7 case and related adversary proceeding. To the extent the work on the different claims was closely intertwined, the fees in this matter did not need to be segregated.

16. Nonetheless, to avoid burdening the Court further, I have made a good faith effort to segregate out any fees and expenses that were not related to the Motion to Convert. The only

fees we have requested that involve other pleadings or issues are those fees which are clearly and inextricably intertwined with the Motion to Convert.

**Conclusion**

17. Baker Botts incurred a total of $76,686.75 in attorneys' fees and $1,479.10 in expenses on behalf of Webster related to the Motion to Convert. Baker Botts submits that its request for sanctions equal to its attorneys' fees and expenses related to the Motion to Convert is reasonable and proper, and that such request should be allowed in the amounts requested. This amount is sufficient to discourage Liepins and the Debtor from future bad faith, unsupported filings and make Webster whole for the attorneys' fees and costs he unfairly and unnecessarily incurred.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

Executed: June 29, 2022
Houston, Texas

By: *__/s/ David R. Eastlake__*
David R. Eastlake

| Valeo Partners Attorney Hourly Rate and AFA Database - 2021 Texas Partners and Associates Rates (data as of June 24, 2022) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Firm | Last Name | Middle Name | First Name | Position | City | Grad Year | Bar Year | Bar State | 2021 Standard Rate |
| Kirkland & Ellis LLP | Wheat, P.C. | | David | Partner | Dallas | 1988 | 1988 | TX | $1,825.00 |
| Shearman & Sterling LLP | McDowell | Luckey | Charles | Partner | Dallas | 2001 | 2002 | TX | $1,745.00 |
| Shearman & Sterling LLP | McLean | E. | Sarah | Partner | Austin | 1999 | 1999 | TX | $1,745.00 |
| Kirkland & Ellis LLP | Calder, P.C. | T. | Andrew | Partner | Houston | 2000 | 2003 | NY | $1,695.00 |
| Latham & Watkins LLP | Fenn | T. | Charles | Partner | Houston | 1996 | 1996 | TX | $1,680.00 |
| Kirkland & Ellis LLP | Wheat, P.C. | | David | Partner | Dallas | 1988 | 1988 | TX | $1,675.00 |
| Akin Gump Strauss Hauer & Feld LLP | Brimmage | L. | Marty | Partner | Dallas | 1995 | 1995 | TX | $1,655.00 |
| Akin Gump Strauss Hauer & Feld LLP | Schultz | L. | Sarah | Partner | Dallas | 2001 | 2001 | TX | $1,655.00 |
| Shearman & Sterling LLP | McDowell | Luckey | Charles | Partner | Dallas | 2001 | 2002 | TX | $1,645.00 |
| Shearman & Sterling LLP | Nelson | B. | William | Partner | Houston | 1997 | 1997 | TX | $1,625.00 |
| Shearman & Sterling LLP | Nelson | B. | Bill | Partner | Houston | 1997 | 1997 | TX | $1,625.00 |
| Shearman & Sterling LLP | Roberts | E. | Ian | Partner | Dallas | 2006 | 2006 | TX | $1,625.00 |
| Kirkland & Ellis LLP | Bos, P.C. | | William | Partner | Houston | 2002 | 2003 | NY | $1,615.00 |
| Weil, Gotshal & Manges LLP | Perez | R. | Alfredo | Partner | Houston | 1980 | 1980 | TX | $1,595.00 |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Stasny | | Sarah e. | Partner | Dallas | 2004 | 2004 | TX | $1,595.00 |
| Latham & Watkins LLP | Chambers | Michael | J. | Partner | Houston | 1997 | 1997 | TX | $1,580.00 |
| Latham & Watkins LLP | Ozdogan | C. | Mary | Partner | Houston | 1994 | 1994 | TX | $1,580.00 |
| Kirkland & Ellis LLP | Seiguer, P.C. | J. | Julian | Partner | Houston | 2007 | 2008 | MD | $1,575.00 |
| Kirkland & Ellis LLP | Bacon, P.C. | E. | Douglas | Partner | Houston | 2000 | 2002 | NY | $1,565.00 |
| Latham & Watkins LLP | Ozdogan | C. | Mary | Partner | Houston | 1994 | 1994 | TX | $1,565.00 |
| Kirkland & Ellis LLP | Speier, P.C. | | Anthony | Partner | Houston | 2005 | 2005 | TX | $1,565.00 |
| Kirkland & Ellis LLP | Seiguer, P.C. | J. | Julian | Partner | Houston | 2007 | 2008 | MD | $1,554.00 |
| Simpson Thacher & Bartlett LLP | Tieh | | Linda | Partner | Houston | 2011 | 2012 | NY | $1,550.00 |
| Shearman & Sterling LLP | Kennedy | R. | Jeremy | Partner | Houston | 2003 | 2003 | TX | $1,545.00 |
| Shearman & Sterling LLP | Omar | | Samji | Partner | Houston | | 2005 | NY | $1,545.00 |
| Shearman & Sterling LLP | Roberts | E. | Ian | Partner | Dallas | 2006 | 2006 | TX | $1,545.00 |
| Shearman & Sterling LLP | Samji | | Omar | Partner | Houston | 2004 | 2005 | NY | $1,545.00 |
| Kirkland & Ellis LLP | Seiguer, P.C. | J. | Julian | Partner | Houston | 2007 | 2008 | MD | $1,545.00 |
| Kirkland & Ellis LLP | Van Syoc | A. | Rhett | Partner | Houston | 2005 | 2007 | NY | $1,545.00 |
| Shearman & Sterling LLP | Lowther | | Todd | Partner | Houston | 2006 | 2006 | TX | $1,525.00 |
| Shearman & Sterling LLP | Meredith | D. | Nathan | Partner | Dallas | 2009 | 2010 | NY | $1,525.00 |
| Paul Hastings LLP | Nelson | V. | Gregory | Partner | Houston | 1981 | 1981 | TX | $1,525.00 |
| Kirkland & Ellis LLP | Spivey, P.C. | E. | Lucas | Partner | Houston | 2007 | 2007 | TX | $1,525.00 |
| Shearman & Sterling LLP | Whittlesey | P. | David | Partner | Austin | 1994 | 1994 | TX | $1,525.00 |
| Kirkland & Ellis LLP | Fowler, P.C. | Robert | J. | Partner | Houston | 1996 | 1996 | TX | $1,495.00 |
| Weil, Gotshal & Manges LLP | Moore | L. | Rodney | Partner | Dallas | 1987 | 1987 | TX | $1,495.00 |
| Kirkland & Ellis LLP | Rotman, P.C. | G. | Anna | Partner | Houston | 2004 | 2004 | TX | $1,495.00 |
| Kirkland & Ellis LLP | Schartz, P.C. | E. | Brian | Partner | Houston | 2007 | 2008 | NY | $1,495.00 |
| Kirkland & Ellis LLP | Dundon, P.C. | E. | Mark | Partner | Houston | 2007 | 2008 | NY | $1,475.00 |
| Weil, Gotshal & Manges LLP | Malonson | K. | Jeffrey | Partner | Houston | 1998 | 1998 | TX | $1,475.00 |
| Akin Gump Strauss Hauer & Feld LLP | Davis | D. | Stephen | Partner | Houston | 1981 | 1982 | TX | $1,470.00 |
| Latham & Watkins LLP | Mack | H. | Joel | Partner | Austin | 1984 | 1986 | CA | $1,465.00 |
| Jones Day | Gordon | M. | Gregory | Partner | Dallas | 1980 | 1980 | OH | $1,450.00 |
| Weil, Gotshal & Manges LLP | Marcus | S. | Courtney | Partner | Dallas | 1998 | 1998 | TX | $1,450.00 |
| Paul Hastings LLP | Nelson | V. | Gregory | Partner | Houston | 1981 | 1981 | TX | $1,450.00 |
| Akin Gump Strauss Hauer & Feld LLP | Wood | | Iain | Partner | Dallas | 2006 | 2006 | TX | $1,450.00 |
| Kirkland & Ellis LLP | Cannon | Q. | Brigham | Partner | Houston | 2005 | 2006 | VA | $1,445.00 |
| Kirkland & Ellis LLP | Jacobson | M. | Stephen | Partner | Houston | 2007 | 2007 | TX | $1,445.00 |
| Shearman & Sterling LLP | Lowther | | Todd | Partner | Houston | 2006 | 2006 | TX | $1,445.00 |
| Shearman & Sterling LLP | Meredith | D. | Nathan | Partner | Dallas | 2009 | 2010 | NY | $1,445.00 |
| Kirkland & Ellis LLP | Van Noord, P.C. | R. | Andrew | Partner | Dallas | 2008 | 2008 | TX | $1,445.00 |
| Shearman & Sterling LLP | Whittlesey | P. | David | Partner | Austin | 1994 | 1994 | TX | $1,445.00 |
| Akin Gump Strauss Hauer & Feld LLP | Elder | P. | David | Partner | Houston | 1995 | 1995 | TX | $1,425.00 |
| McDermott Will & Emery LLP | Gibbs | R. | Charles | Partner | Dallas | 1978 | 1978 | TX | $1,425.00 |
| Greenberg Traurig LLP | Heyen | L. | Shari | Equity Partner | Houston | 1990 | 1990 | TX | $1,425.00 |
| Akin Gump Strauss Hauer & Feld LLP | Lawrence | M. | Lacy | Partner | Dallas | 2006 | 2006 | TX | $1,425.00 |
| Kirkland & Ellis LLP | Lichman | L. | Rachael | Partner | Houston | 2008 | 2009 | NY | $1,425.00 |
| Kirkland & Ellis LLP | Rotman, P.C. | G. | Anna | Partner | Houston | 2004 | 2004 | TX | $1,425.00 |
| Kirkland & Ellis LLP | Veit | | Andy | Partner | Houston | 2009 | 2010 | NY | $1,405.00 |
| Kirkland & Ellis LLP | Brawley, P.C. | Kogut | Mary | Partner | Houston | 2009 | 2010 | CA | $1,395.00 |
| Kirkland & Ellis LLP | Lichman | L. | Rachael | Partner | Houston | 2008 | 2009 | NY | $1,395.00 |
| Baker Botts LLP | Marcus | D. | Stephen | Partner | Dallas | 1986 | 1986 | TX | $1,395.00 |
| Latham & Watkins LLP | Miller | John | David | Partner | Houston | 2006 | 2007 | NY | $1,395.00 |
| Kirkland & Ellis LLP | Pitts, P.C. | D. | John | Partner | Houston | 2009 | 2010 | NY | $1,395.00 |
| Kirkland & Ellis LLP | Veit | C.R. | Andrew | Partner | Houston | 2009 | 2010 | NY | $1,375.00 |
| Kirkland & Ellis LLP | Veit | | Andy | Partner | Houston | 2009 | 2010 | NY | $1,375.00 |
| Baker Botts LLP | Marcus | D. | Stephen | Partner | Dallas | 1986 | 1986 | TX | $1,370.00 |
| Baker Botts LLP | Bennett | K. | Jason | Partner | Houston | 1999 | 2000 | NY | $1,365.00 |
| Kirkland & Ellis LLP | Morgan | E | Lane | Partner | Dallas | 2009 | 2009 | TX | $1,355.00 |
| Weil, Gotshal & Manges LLP | Genender | R. | Paul | Partner | Dallas | 1994 | 1994 | TX | $1,350.00 |
| Sidley Austin LLP | McFaul | K. | Duston | Partner | Houston | 1997 | 1997 | TX | $1,350.00 |
| Kirkland & Ellis LLP | Huynh | D. | Lanchi | Partner | Dallas | 2006 | 2006 | TX | $1,345.00 |
| Kirkland & Ellis LLP | Vashi | D. | Rahul | Partner | Houston | 2010 | 2010 | TX | $1,325.00 |
| Quinn Emanuel Urquhart & Sullivan, LLP | Tomasco | B. | Patricia | Partner | Houston | 1988 | 1988 | TX | $1,305.00 |
| McDermott Will & Emery LLP | Gibbs | R. | Charles | Partner | Dallas | 1978 | 1978 | TX | $1,300.00 |
| Weil, Gotshal & Manges LLP | Macke | J. | Jonathan | Partner | Dallas | 2004 | 2004 | TN | $1,295.00 |
| Baker Botts LLP | Morton | A. | Gerald | Partner | Houston | 1988 | 1988 | TX | $1,295.00 |
| Kirkland & Ellis LLP | Smith | M. | Chad | Partner | Houston | 2010 | 2011 | TX | $1,295.00 |
| White & Case LLP | Ericksen | James | Andrew | Partner | Houston | 2005 | 2005 | TX | $1,285.00 |
| White & Case LLP | Parish | R. | William | Partner | Houston | 1995 | 1995 | TX | $1,285.00 |
| Haynes and Boone, LLP | Beckham | A. | Charles | Partner | Houston | 1979 | 1979 | TX | $1,275.00 |
| Kirkland & Ellis LLP | Dong | T. | William | Partner | Dallas | 2013 | 2014 | NY | $1,275.00 |
| McDermott Will & Emery LLP | Krieser | D. | Jason | Partner | Dallas | 1996 | 1996 | NE | $1,275.00 |
| Latham & Watkins LLP | Castelan | G. | Jonathan | Partner | Houston | 2006 | 2007 | TX | $1,270.00 |
| Latham & Watkins LLP | Greer | M. | John | Partner | Houston | 2005 | 2005 | TX | $1,270.00 |
| Latham & Watkins LLP | Stolte | T. | Justin | Partner | Houston | 2007 | 2007 | TX | $1,270.00 |
| Latham & Watkins LLP | Szalkowski | C. | Stephen | Partner | Houston | 2007 | 2007 | TX | $1,270.00 |
| McDermott Will & Emery LLP | Krieser | D. | Jason | Partner | Dallas | 1996 | 1996 | NE | $1,270.00 |
| Kirkland & Ellis LLP | Sekhar | A. | Cephas | Partner | Houston | 2009 | 2009 | CA | $1,265.00 |
| Sidley Austin LLP | Pullin | T. | Zackary | Partner | Houston | 2007 | 2009 | TX | $1,250.00 |
| Latham & Watkins LLP | Kellet | C. | Pamela | Partner | Houston | 2007 | 2007 | TX | $1,240.00 |
| Baker Botts LLP | Pankratz | Max | Kurt | Partner | Dallas | 1999 | 1999 | TX | $1,240.00 |

| Valeo Partners Attorney Hourly Rate and AFA Database - 2021 Texas Partners and Associates Rates (data as of June 24, 2022) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Firm | Last Name | Middle Name | First Name | Position | City | Grad Year | Bar Year | Bar State | 2021 Standard Rate |
| Kirkland & Ellis LLP | Varner | O. | Enoch | Partner | Houston | 2009 | 2009 | IL | $1,240.00 |
| Baker Botts LLP | Prince | R. | James | Partner | Dallas | 1992 | 1992 | TX | $1,235.00 |
| Baker Botts LLP | Eastlake | R. | David | Partner | Houston | 2007 | 2008 | NY | $1,230.00 |
| Kirkland & Ellis LLP | Furlow | D. | John | Partner | Houston | 2012 | 2013 | TX | $1,225.00 |
| Weil, Gotshal & Manges LLP | Nemunaitis | | Vynessa | Partner | Dallas | 2009 | 2009 | TX | $1,225.00 |
| Weil, Gotshal & Manges LLP | Peca | C. | Samuel | Partner | Houston | 2011 | 2011 | TX | $1,225.00 |
| Kirkland & Ellis LLP | Tobias | | Joe | Associate | Houston | 2015 | 2015 | TX | $1,225.00 |
| Pachulski Stang Ziehl & Jones LLP | Warner | D. | Michael | Partner | Houston | 1984 | 1984 | CA | $1,225.00 |
| Pachulski Stang Ziehl & Jones LLP | Warner | D. | Michael | Equity Partner | Houston | 1984 | 1984 | CA | $1,225.00 |
| Kirkland & Ellis LLP | Rigdon | W. | Michael | Partner | Houston | 2011 | 2011 | TX | $1,220.00 |
| McDermott Will & Emery LLP | Helt | A. | Marcus | Partner | Dallas | 2000 | 2000 | TX | $1,220.00 |
| Kirkland & Ellis LLP | Davis | | Chad | Partner | Houston | 2013 | 2013 | TX | $1,215.00 |
| Kirkland & Ellis LLP | Flannery | D. | Bryan | Partner | Houston | 2009 | 2014 | NY | $1,215.00 |
| Kirkland & Ellis LLP | Kirk | T. | Allan | Partner | Houston | 2013 | 2013 | TX | $1,215.00 |
| Mayer Brown LLP | Kelley | S. | Charles | Partner | Houston | 1991 | 1991 | TX | $1,210.00 |
| McDermott Will & Emery LLP | Kao | | Elaine | Associate | Dallas | 2017 | 2017 | CA | $1,210.00 |
| Kirkland & Ellis LLP | Aycock | A. | Jamie | Partner | Houston | 2005 | 2005 | TX | $1,205.00 |
| Latham & Watkins LLP | Cole | H. | James | Partner | Houston | 2011 | 2011 | TX | $1,205.00 |
| Latham & Watkins LLP | Lavelle | J. | Trevor | Partner | Houston | 2009 | 2009 | TX | $1,205.00 |
| Latham & Watkins LLP | Lee | P. | Bryant | Partner | Houston | 2010 | 2010 | TX | $1,205.00 |
| Jones Day | O'Bannon | E. | James | Partner | Dallas | 1983 | 1983 | TX | $1,200.00 |
| Quinn Emanuel Urquhart & Sullivan, LLP | Porter | D. | Christopher | Partner | Houston | 2008 | 2009 | TX | $1,200.00 |
| Quinn Emanuel Urquhart & Sullivan, LLP | Shih | K. | Kate | Partner | Houston | 2006 | 2007 | NY | $1,200.00 |
| McDermott Will & Emery LLP | Helt | A. | Marcus | Partner | Dallas | 2000 | 2000 | TX | $1,200.00 |
| Kirkland & Ellis LLP | Furlow | D. | John | Partner | Houston | 2012 | 2013 | TX | $1,195.00 |
| Kirkland & Ellis LLP | Heasley | | Christopher | Partner | Houston | 2013 | 2013 | TX | $1,195.00 |
| Kirkland & Ellis LLP | Tobias | | Joe | Associate | Houston | 2015 | 2015 | TX | $1,195.00 |
| Quinn Emanuel Urquhart & Sullivan, LLP | Tomasco | B. | Patricia | Partner | Houston | 1988 | 1988 | TX | $1,195.00 |
| Latham & Watkins LLP | Cole | H. | James | Partner | Houston | 2011 | 2011 | TX | $1,192.00 |
| Kirkland & Ellis LLP | Davis | | Chad | Partner | Houston | 2013 | 2013 | TX | $1,185.00 |
| Kirkland & Ellis LLP | Flannery | D. | Bryan | Partner | Houston | 2009 | 2014 | NY | $1,185.00 |
| Kirkland & Ellis LLP | Johnston | | Tony | Partner | Dallas | 2013 | 2013 | TX | $1,185.00 |
| Kirkland & Ellis LLP | Kabad | J. | Atma | Associate | Houston | 2013 | 2013 | TX | $1,185.00 |
| Kirkland & Ellis LLP | Kirk | T. | Allan | Partner | Houston | 2013 | 2013 | TX | $1,185.00 |
| Kirkland & Ellis LLP | Lotz | L. | Arthur | Partner | Dallas | 2013 | 2014 | NY | $1,185.00 |
| Kirkland & Ellis LLP | Roberts | D. | Jordan | Partner | Houston | 2013 | 2013 | TX | $1,185.00 |
| Kirkland & Ellis LLP | Sidik | | Ahmed | Partner | Houston | 2013 | 2013 | TX | $1,185.00 |
| Arnold & Porter Kaye Scholer LLP | Treistman | G. | Katherine | Partner | Houston | 1996 | 1996 | TX | $1,180.00 |
| Akin Gump Strauss Hauer & Feld LLP | Cox | R. | Ryan | Partner | Dallas | 2005 | 2005 | TX | $1,175.00 |
| Latham & Watkins LLP | Richardson | M. | Kevin | Partner | Houston | 2009 | 2009 | TX | $1,172.00 |
| Baker Botts LLP | Barkley | H. | James | Partner | Houston | 1993 | 1993 | TX | $1,170.00 |
| Norton Rose Fulbright | Gerber | L. | Toby | Partner | Dallas | 1975 | 1975 | TX | $1,165.00 |
| Baker Botts LLP | Larsen | | Matthew | Partner | Dallas | 1996 | 1996 | TX | $1,165.00 |
| Norton Rose Fulbright | Strubeck | R. | Louis | Partner | Dallas | 1983 | 1983 | TX | $1,165.00 |
| O'Melveny & Myers LLP | Strubeck | R. | Louis | Partner | Dallas | 1983 | 1983 | TX | $1,165.00 |
| Shearman & Sterling LLP | Andrews | R. | Michael | Associate | Dallas | 2014 | 2014 | TX | $1,155.00 |
| Kirkland & Ellis LLP | Bielinski | | Laura | Associate | Houston | 2016 | 2016 | TX | $1,155.00 |
| Kirkland & Ellis LLP | Doughty | B. | Mahalia | Associate | Houston | 2015 | 2016 | NY | $1,155.00 |
| Kirkland & Ellis LLP | Garmezy | | Adam | Partner | Houston | 2014 | 2014 | TX | $1,155.00 |
| Kirkland & Ellis LLP | Hancock | K. | Lance | Partner | Houston | 2015 | 2015 | TX | $1,155.00 |
| Kirkland & Ellis LLP | Malenfant | I. | Richard | Partner | Houston | 2014 | 2014 | TX | $1,155.00 |
| Kirkland & Ellis LLP | McClellan | | Mitchell | Partner | Houston | 2014 | 2014 | TX | $1,155.00 |
| Shearman & Sterling LLP | Pashin | | Julia | Associate | Dallas | 2012 | 2012 | TX | $1,155.00 |
| Shearman & Sterling LLP | Randle | N. | Lauren | Associate | Houston | 2010 | 2010 | TX | $1,155.00 |
| Shearman & Sterling LLP | Sims | C. | Kelli | Associate | Houston | 2013 | 2013 | TX | $1,155.00 |
| Kirkland & Ellis LLP | Totari | | Rami | Associate | Dallas | 2015 | 2016 | NY | $1,155.00 |
| Kirkland & Ellis LLP | Totari | | Rami | Partner | Dallas | 2015 | 2016 | NY | $1,155.00 |
| Jones Day | Cowan | W. | Scott | Partner | Houston | 1993 | 1993 | TX | $1,150.00 |
| Jones Day | Lewis | B. | Troy | Partner | Dallas | 1987 | 1987 | TX | $1,150.00 |
| Akin Gump Strauss Hauer & Feld LLP | Warrick | P. | Laura | Partner | Dallas | 2011 | 2011 | TX | $1,145.00 |
| Akin Gump Strauss Hauer & Feld LLP | Ahmed | R. | Shar | Partner | Houston | 2001 | 2001 | TX | $1,135.00 |
| Kirkland & Ellis LLP | Roberts | D. | Jordan | Partner | Houston | 2013 | 2013 | TX | $1,135.00 |
| Akin Gump Strauss Hauer & Feld LLP | Scott | Marie Dulong | Elizabeth | Partner | Dallas | 2007 | 2007 | TX | $1,135.00 |
| Quinn Emanuel Urquhart & Sullivan, LLP | Van Der Hahn | | Devin | Associate | Houston | 2013 | 2014 | CA | $1,130.00 |
| Kirkland & Ellis LLP | Acuff | C. | Victoria | Associate | Dallas | 2016 | 2016 | TX | $1,125.00 |
| Kirkland & Ellis LLP | Bell | G. | Layton | Associate | Dallas | 2016 | 2017 | NY | $1,125.00 |
| Holland & Knight LLP | Bennett | M. | David | Partner | Dallas | 1986 | 1986 | TX | $1,125.00 |
| Kirkland & Ellis LLP | Doughty | B. | Mahalia | Associate | Houston | 2015 | 2016 | NY | $1,125.00 |
| Sidley Austin LLP | Duran | G. | Sara | Partner | Dallas | 2004 | 2004 | TX | $1,125.00 |
| Kirkland & Ellis LLP | Elliott | | Brandon | Associate | Dallas | 2015 | 2015 | TX | $1,125.00 |
| Kirkland & Ellis LLP | Fox | J. | Christopher | Associate | Houston | 2015 | 2015 | TX | $1,125.00 |
| Kirkland & Ellis LLP | Kabad | J. | Atma | Associate | Houston | 2013 | 2013 | TX | $1,125.00 |
| Sidley Austin LLP | Montgomery | H | Paige | Partner | Dallas | 2002 | 2002 | TX | $1,125.00 |
| Sidley Austin LLP | Palmer | | Heather | Partner | Houston | 1994 | 1994 | TX | $1,125.00 |
| Sidley Austin LLP | Persons | M. | Charles | Partner | Dallas | 2007 | 2007 | TX | $1,125.00 |
| Hunton Andrews Kurth LLP | Russell | | Robin | Partner | Houston | 1986 | 1986 | TX | $1,125.00 |
| Kirkland & Ellis LLP | Santa Ana | S. | Randy | Associate | Houston | 2015 | 2015 | TX | $1,125.00 |
| Kirkland & Ellis LLP | Totari | | Rami | Associate | Dallas | 2015 | 2016 | NY | $1,125.00 |
| Sidley Austin LLP | Velevis | S. | Robert | Partner | Dallas | 2004 | 2004 | TX | $1,125.00 |
| Kirkland & Ellis LLP | Vranish | | Billy | Associate | Houston | 2016 | 2017 | NY | $1,125.00 |
| Kirkland & Ellis LLP | Walton | A. | Roxanne | Associate | Houston | 2015 | 2016 | TX | $1,125.00 |
| Kirkland & Ellis LLP | Elliott | | Brandon | Associate | Dallas | 2015 | 2015 | TX | $1,123.50 |
| Paul Hastings LLP | Doherty | W. | Casey | Associate | Houston | 2011 | 2011 | TX | $1,120.00 |
| Baker Botts LLP | Newman | A. | Jason | Partner | Houston | 2004 | 2005 | TX | $1,120.00 |
| Skadden, Arps, Slate, Meagher & Flom LLP | O'Hare | S. | William | Associate | Houston | 2012 | 2013 | NY | $1,120.00 |
| Reed Smith LLP | Pillpott | W. | Robert | Partner | Houston | 1997 | 1997 | TX | $1,120.00 |
| Sheppard, Mullin, Richter & Hampton LLP | Bannister | A. | Joel | Partner | Dallas | 2005 | 2005 | TX | $1,120.00 |
| Baker Botts LLP | Lobb | D. | Jon | Partner | Houston | 2008 | 2008 | TX | $1,110.00 |
| Baker Botts LLP | Lobb | D. | Jon | Associate | Houston | 2008 | 2008 | TX | $1,110.00 |
| Greenberg Traurig LLP | Woodman | L. | Thomas | Equity Partner | Dallas | 1982 | 1982 | OH | $1,110.00 |
| Quinn Emanuel Urquhart & Sullivan, LLP | Tomasco | B. | Patricia | Partner | Houston | 1988 | 1988 | TX | $1,105.75 |
| Baker Botts LLP | Eastlake | R. | David | Partner | Houston | 2007 | 2008 | NY | $1,105.00 |

| Valeo Partners Attorney Hourly Rate and AFA Database - 2021 Texas Partners and Associates Rates (data as of June 24, 2022) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Firm | Last Name | Middle Name | First Name | Position | City | Grad Year | Bar Year | Bar State | 2021 Standard Rate |
| Pillsbury Winthrop Shaw Pittman LLP | Ray | M. | Hugh | Partner | Houston | 1996 | 1998 | TX | $1,105.00 |
| Kirkland & Ellis LLP | Athey | T. | Mitchell | Associate | Houston | 2017 | 2017 | TX | $1,100.00 |
| Weil, Gotshal & Manges LLP | Carlson | W. | Clifford | Associate | Houston | 2013 | 2014 | TX | $1,100.00 |
| Weil, Gotshal & Manges LLP | Choi | M. | Erin | Associate | Dallas | 2011 | 2011 | TX | $1,100.00 |
| Locke Lord LLP | Eisenberg | G. | Philip | Partner | Houston | 1984 | 1984 | LA | $1,100.00 |
| Weil, Gotshal & Manges LLP | Funk | L. | Brenda | Associate | Houston | 1999 | 1999 | TX | $1,100.00 |
| Jones Day | Green | M. | Paul | Partner | Dallas | 2007 | 2007 | TX | $1,100.00 |
| Jones Day | Olson | E. | James | Partner | Houston | 2002 | 2002 | TX | $1,100.00 |
| Sidley Austin LLP | Rigby | | Aaron | Partner | Dallas | 2007 | 2007 | TX | $1,100.00 |
| Weil, Gotshal & Manges LLP | Smith | S. | Leslie | Associate | Dallas | 1995 | 1995 | TX | $1,100.00 |
| Weil, Gotshal & Manges LLP | Torres | P. | Angel | Associate | Houston | 2015 | 2015 | TX | $1,100.00 |
| Kirkland & Ellis LLP | Williamson | A. | Michelle | Associate | Houston | 2017 | 2017 | TX | $1,100.00 |
| Baker Botts LLP | Hall | A. | Larry | Partner | Dallas | 1990 | 1990 | OK | $1,100.00 |
| Sheppard, Mullin, Richter & Hampton LLP | Cottrell | L. | Amanda | Partner | Dallas | 2008 | 2008 | TX | $1,100.00 |
| McDermott Will & Emery LLP | Farr | S. | Alexander | Partner | Dallas | 2011 | 2011 | TX | $1,100.00 |
| McDermott Will & Emery LLP | Green | Elena | Debbie | Partner | Dallas | 2004 | 2005 | NY | $1,100.00 |
| Shearman & Sterling LLP | Andrews | R. | Michael | Associate | Dallas | 2014 | 2014 | TX | $1,095.00 |
| Shearman & Sterling LLP | Charles | | Alix | Associate | Houston | 2016 | 2016 | TX | $1,095.00 |
| Shearman & Sterling LLP | Fields | D. | Jacob | Associate | Austin | 2014 | 2015 | NY | $1,095.00 |
| Kirkland & Ellis LLP | Fombonne | G. | Jonathan | Partner | Houston | 2012 | 2014 | NY | $1,095.00 |
| Shearman & Sterling LLP | Goldstein | J. | Douglas | Associate | Houston | 2016 | 2017 | NY | $1,095.00 |
| McDermott Will & Emery LLP | Green | Elena | Debbie | Partner | Dallas | 2004 | 2005 | NY | $1,095.00 |
| Shearman & Sterling LLP | Harding | C. | Molly | Associate | Houston | 2015 | 2015 | VA | $1,095.00 |
| Akin Gump Strauss Hauer & Feld LLP | Hearn | L. | Lisa | Partner | Houston | 2004 | 2005 | NY | $1,095.00 |
| Latham & Watkins LLP | Hillebrand | M. | Thomas | Associate | Houston | 2014 | 2014 | TX | $1,095.00 |
| Shearman & Sterling LLP | Pashin | | Julia | Associate | Dallas | 2012 | 2012 | TX | $1,095.00 |
| Shearman & Sterling LLP | Sims | C. | Kelli | Associate | Houston | 2013 | 2013 | TX | $1,095.00 |
| Latham & Watkins LLP | White | E. | Monica | Associate | Houston | 2012 | 2012 | TX | $1,095.00 |
| Kirkland & Ellis LLP | Young | A. | Kenneth | Partner | Houston | 2013 | 2013 | TX | $1,095.00 |
| Baker Botts LLP | Prince | R. | James | Partner | Dallas | 1992 | 1992 | TX | $1,095.00 |
| Baker Botts LLP | Hooks | | Alieen | Partner | Austin | 1982 | 1982 | CO | $1,090.00 |
| Baker Botts LLP | Lawrence | B. | John | Partner | Dallas | 2006 | 2006 | TX | $1,090.00 |
| Kirkland & Ellis LLP | Walton | A. | Roxanne | Associate | Houston | 2015 | 2016 | TX | $1,085.00 |
| Hunton Andrews Kurth LLP | Hesse | | Gregory Getty | Partner | Dallas | 1988 | 1989 | TX | $1,085.00 |
| Hunton Andrews Kurth LLP | Marek | R. | Brian | Partner | Dallas | 1987 | 1987 | TX | $1,085.00 |
| Hunton Andrews Kurth LLP | McGeoch | G. | Alexander | Partner | Dallas | 1985 | 1985 | TX | $1,085.00 |
| Hunton Andrews Kurth LLP | Schmitt | J. | Gregory | Partner | Dallas | 1992 | 1992 | IL | $1,085.00 |
| Sheppard, Mullin, Richter & Hampton LLP | Hoggan | C. | Jason | Associate | Dallas | 2012 | 2012 | TX | $1,085.00 |
| Kirkland & Ellis LLP | Barnes | A. | Ben | Associate | Dallas | 2012 | 2012 | TX | $1,080.00 |
| Kirkland & Ellis LLP | Barnes | A. | Ben | Partner | Dallas | 2012 | 2012 | TX | $1,080.00 |
| McDermott Will & Emery LLP | Helt | A. | Marcus | Partner | Dallas | 2000 | 2000 | TX | $1,080.00 |
| Norton Rose Fulbright | Kuntz | A. | Stephen | Partner | Houston | 1984 | 1984 | TX | $1,080.00 |
| Foley & Lardner LLP | O'Neil | | Holland | Partner | Dallas | 1987 | 1987 | AZ | $1,080.00 |
| Weil, Gotshal & Manges LLP | Bailey | Scott | E. | Associate | Dallas | 2014 | 2014 | TX | $1,075.00 |
| Weil, Gotshal & Manges LLP | Bonhamgregory | Gayle | Veronica | Associate | Dallas | 2015 | 2016 | TX | $1,075.00 |
| Sidley Austin LLP | Bruce | Banks | Robert | Partner | Dallas | 2008 | 2008 | NY | $1,075.00 |
| Weil, Gotshal & Manges LLP | Martin | C. | Robert | Associate | Dallas | 2015 | 2015 | TX | $1,075.00 |
| Weil, Gotshal & Manges LLP | Rutherford | | Jake Ryan | Associate | Dallas | 2016 | 2016 | TX | $1,075.00 |
| Kirkland & Ellis LLP | Acuff | C. | Victoria | Associate | Dallas | 2016 | 2016 | TX | $1,070.00 |
| Kirkland & Ellis LLP | Allen | | Noah | Associate | Dallas | 2015 | 2015 | NC | $1,070.00 |
| Kirkland & Ellis LLP | Athey | T. | Mitchell | Associate | Houston | 2017 | 2017 | TX | $1,070.00 |
| Kirkland & Ellis LLP | Bielinski | | Laura | Associate | Houston | 2016 | 2016 | TX | $1,070.00 |
| Kirkland & Ellis LLP | Cooper | | Dustin | Associate | Austin | 2017 | 2017 | LA | $1,070.00 |
| Kirkland & Ellis LLP | Doughty | B. | Mahalia | Associate | Houston | 2015 | 2016 | NY | $1,070.00 |
| Kirkland & Ellis LLP | Edwards | D. | Juliesa | Associate | Dallas | 2016 | 2016 | TX | $1,070.00 |
| Kirkland & Ellis LLP | Long | R. | James | Associate | Houston | 2017 | 2017 | TX | $1,070.00 |
| Kirkland & Ellis LLP | Lowery | | Caleb | Associate | Houston | 2016 | 2016 | TX | $1,070.00 |
| Norton Rose Fulbright | Miller | S. | Mark | Partner | Houston | 1986 | 1986 | WA | $1,070.00 |
| Kirkland & Ellis LLP | Noor | M. | Aisha | Associate | Dallas | 2017 | 2017 | TX | $1,070.00 |
| Kirkland & Ellis LLP | Poorman | J. | Callie | Associate | Dallas | 2017 | 2017 | TX | $1,070.00 |
| Kirkland & Ellis LLP | Savrick | J. | Zachary | Associate | Houston | 2017 | 2017 | NY | $1,070.00 |
| Baker Botts LLP | Stover | M. | Andrea | Partner | Austin | 2004 | 2004 | TX | $1,070.00 |
| Kirkland & Ellis LLP | Walton | A. | Roxanne | Associate | Houston | 2015 | 2016 | TX | $1,070.00 |
| Kirkland & Ellis LLP | Williamson | A. | Michelle | Associate | Houston | 2017 | 2017 | TX | $1,070.00 |
| Baker Botts LLP | Rubenstein | B. | Jonathan | Partner | Dallas | 2002 | 2002 | TX | $1,070.00 |
| Kirkland & Ellis LLP | Barnes | A. | Ben | Associate | Dallas | 2012 | 2012 | TX | $1,065.00 |
| Jackson Walker LLP | Dethrow | | Brian | Partner | Houston | 1983 | 1983 | TX | $1,065.00 |
| Faegre Drinker Biddle & Reath LLP | Slusher | P. | Vincent | Partner | Dallas | 1985 | 1985 | LA | $1,065.00 |
| Gibson, Dunn & Crutcher LLP | Mehta | A. | Aanand | Associate | San Antonio | 2012 | 2012 | OH | $1,060.00 |
| Baker Botts LLP | Barkley | H. | James | Partner | Houston | 1993 | 1993 | TX | $1,055.00 |
| Reed Smith LLP | Kyle | G. | Alfred | Partner | Dallas | 1995 | 1995 | TX | $1,055.00 |
| Jones Day | Prieto | B. | Dan | Partner | Dallas | 2000 | 2000 | IL | $1,050.00 |
| Jones Day | Rasmussen | W. | Mark | Partner | Dallas | 2005 | 2006 | NY | $1,050.00 |
| Milbank LLP | Shah | P. | Shivani | Associate | Dallas | 2015 | 2015 | TX | $1,050.00 |
| Shearman & Sterling LLP | Charles | | Alix | Associate | Houston | 2016 | 2016 | TX | $1,045.00 |
| Shearman & Sterling LLP | Fields | D. | Jacob | Associate | Austin | 2014 | 2015 | NY | $1,045.00 |
| Kirkland & Ellis LLP | Fombonne | G. | Jonathan | Partner | Houston | 2012 | 2014 | NY | $1,045.00 |
| Shearman & Sterling LLP | Hansard | | Catharine | Associate | Dallas | 2016 | 2016 | TX | $1,045.00 |
| Shearman & Sterling LLP | Staine | R. | Richard | Associate | Houston | 2015 | 2015 | TX | $1,045.00 |
| Hogan Lovells LLP | Adams | P. | Jennifer | Partner | Houston | 2002 | 2002 | TX | $1,040.00 |
| Weil, Gotshal & Manges LLP | Bailey | Scott | E. | Associate | Dallas | 2014 | 2014 | TX | $1,040.00 |
| Weil, Gotshal & Manges LLP | Bonhamgregory | Gayle | Veronica | Associate | Dallas | 2015 | 2016 | TX | $1,040.00 |
| Weil, Gotshal & Manges LLP | Fubara | E. | Samuel | Associate | Dallas | 2015 | 2015 | TX | $1,040.00 |
| Weil, Gotshal & Manges LLP | Miller | L. | Ronald | Associate | Dallas | 2016 | 2016 | TX | $1,040.00 |
| Weil, Gotshal & Manges LLP | Rutherford | | Jake Ryan | Associate | Dallas | 2016 | 2016 | TX | $1,040.00 |
| Weil, Gotshal & Manges LLP | Xu | | Wei | Associate | Dallas | 2016 | 2016 | IL | $1,040.00 |
| Sheppard, Mullin, Richter & Hampton LLP | Gersten | G. | Steven | Associate | Dallas | 2013 | 2013 | TX | $1,040.00 |
| Latham & Watkins LLP | Pandya | K. | Om | Associate | Houston | 2015 | 2015 | TX | $1,035.00 |
| Latham & Watkins LLP | Sellner | R. | Michael | Associate | Houston | 2015 | 2015 | TX | $1,035.00 |
| Latham & Watkins LLP | Sorensen | S. | Gregory | Associate | Houston | 2014 | 2014 | TX | $1,035.00 |
| Latham & Watkins LLP | Gelfand | T. | Benjamin | Associate | Houston | 2015 | 2015 | TX | $1,028.00 |
| Kirkland & Ellis LLP | Chadderdon | E. | Jack | Associate | Houston | 2018 | 2018 | TX | $1,025.00 |

| Valeo Partners Attorney Hourly Rate and AFA Database - 2021 Texas Partners and Associates Rates (data as of June 24, 2022) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Firm | Last Name | Middle Name | First Name | Position | City | Grad Year | Bar Year | Bar State | 2021 Standard Rate |
| Kirkland & Ellis LLP | Croft | | Lauren | Associate | Houston | 2018 | 2018 | TX | $1,025.00 |
| Sidley Austin LLP | Foley | G. | Patrick | Associate | Dallas | 2011 | 2013 | IL | $1,025.00 |
| Kirkland & Ellis LLP | Kowert | B. | Weston | Associate | Houston | 2018 | 2018 | TX | $1,025.00 |
| Latham & Watkins LLP | Rowe | J. | Michael | Associate | Houston | 2016 | 2016 | TX | $1,025.00 |
| Sidley Austin LLP | Walker | B. | Matthew | Associate | Houston | 2010 | 2011 | NY | $1,025.00 |
| Sidley Austin LLP | Fishel | | Michael | Associate | Houston | 2012 | 2012 | TX | $1,025.00 |
| Hunton Andrews Kurth LLP | Austin | Scott | L. | Partner | Dallas | 1986 | 1986 | TX | $1,020.00 |
| McGuireWoods LLP | Walker-Suchyta | M. | Janice | Partner | Houston | 1990 | 1991 | MI | $1,015.00 |
| Sheppard, Mullin, Richter & Hampton LLP | Clark | E. | Jonathan | Associate | Dallas | 2009 | 2009 | TX | $1,015.00 |
| McDermott Will & Emery LLP | Gerber | A. | Jane | Associate | Dallas | 2014 | 2014 | TX | $1,015.00 |
| McDermott Will & Emery LLP | Gerber | A. | Jane | Associate | Dallas | 2014 | 2014 | TX | $1,010.00 |
| Baker Botts LLP | Burns | L. | Luke | Associate | Houston | 2011 | 2011 | TX | $1,005.00 |
| Reed Smith LLP | Scharnberg | Jason | Ronald | Partner | Houston | 2006 | 2006 | TX | $1,005.00 |
| Baker Botts LLP | O'Brien | E. | Thomas | Partner | Dallas | 2004 | 2004 | TX | $1,005.00 |
| Latham & Watkins LLP | Rowe | J. | Michael | Associate | Houston | 2016 | 2016 | TX | $1,003.00 |
| Squire Patton Boggs | McRoberts | A. | Travis | Associate | Dallas | 2008 | 2009 | DE | $1,000.00 |
| Jones Day | Rubin | A. | Kelly | Associate | Dallas | 2012 | 2013 | NY | $1,000.00 |
| Jones Day | Wall | L. | Katie | Partner | Dallas | 2009 | 2009 | TX | $1,000.00 |
| Kirkland & Ellis LLP | Athey | T. | Mitchell | Associate | Houston | 2017 | 2017 | TX | $995.00 |
| Kirkland & Ellis LLP | Cavanaugh | D. | Kate | Associate | Houston | 2017 | 2017 | TX | $995.00 |
| Kirkland & Ellis LLP | Chadderdon | E. | Jack | Associate | Houston | 2018 | 2018 | TX | $995.00 |
| Kirkland & Ellis LLP | D'Cruz | A. | James | Associate | Dallas | 2017 | 2017 | FL | $995.00 |
| Latham & Watkins LLP | Flynn | T. | Brian | Associate | Houston | 2016 | 2016 | TX | $995.00 |
| Kirkland & Ellis LLP | Hagerman | A. | Angela | Associate | Houston | 2015 | 2015 | NC | $995.00 |
| Shearman & Sterling LLP | Harding | C. | Molly | Associate | Houston | 2015 | 2015 | VA | $995.00 |
| Shearman & Sterling LLP | Kaufman | B. | Erin | Associate | Houston | 2018 | 2018 | TX | $995.00 |
| Kirkland & Ellis LLP | Lackey | R. | Steven | Associate | Houston | 2017 | 2017 | TX | $995.00 |
| Kirkland & Ellis LLP | Long | R. | James | Associate | Houston | 2017 | 2017 | TX | $995.00 |
| Haynes and Boone, LLP | Martin | | Ernest | Partner | Dallas | 1987 | 1988 | TX | $995.00 |
| Kirkland & Ellis LLP | McCord | E. | Jenna | Associate | Houston | 2017 | 2017 | TX | $995.00 |
| Kirkland & Ellis LLP | Meraia | A. | Emily | Associate | Houston | 2018 | 2018 | IL | $995.00 |
| Simpson Thacher & Bartlett LLP | Mvula | | Minzala | Associate | Houston | 2018 | 2018 | TX | $995.00 |
| Latham & Watkins LLP | Neet | F. | Madeleine | Associate | Houston | 2016 | 2016 | TX | $995.00 |
| Kirkland & Ellis LLP | Noor | M. | Aisha | Associate | Dallas | 2017 | 2017 | TX | $995.00 |
| Kirkland & Ellis LLP | Poorman | J. | Callie | Associate | Dallas | 2017 | 2017 | TX | $995.00 |
| Kirkland & Ellis LLP | Shah | S. | Shainee | Associate | Houston | 2015 | 2016 | NY | $995.00 |
| Latham & Watkins LLP | Traylor | R. | Jack | Associate | Houston | 2016 | 2016 | TX | $995.00 |
| Kirkland & Ellis LLP | Vaunder | M. | Edward | Associate | Houston | 2017 | 2017 | TX | $995.00 |
| Kirkland & Ellis LLP | Weissler | | Logan | Associate | Houston | 2018 | 2018 | TX | $995.00 |
| Kirkland & Ellis LLP | Williamson | A. | Michelle | Associate | Houston | 2017 | 2017 | TX | $995.00 |
| Latham & Watkins LLP | Zottnick | | Kelsey | Associate | Houston | 2016 | 2016 | TX | $995.00 |
| Hunton Andrews Kurth LLP | Davidson | A. | Timothy | Partner | Houston | 1999 | 1999 | TX | $990.00 |
| White & Case LLP | Muskus | E. | Luisa | Associate | Houston | 2014 | 2014 | TX | $990.00 |
| Latham & Watkins LLP | Lee | Hyun | Dong | Associate | Houston | 2016 | 2016 | TX | $986.00 |
| Baker Botts LLP | Brooker | A. | Katherine | Associate | Houston | 2012 | 2012 | TX | $985.00 |
| Weil, Gotshal & Manges LLP | Bunch | Nicole | Brittany | Associate | Dallas | 2017 | 2017 | TX | $985.00 |
| Weil, Gotshal & Manges LLP | Luster | | Courtney | Associate | Dallas | 2018 | 2018 | TX | $985.00 |
| Weil, Gotshal & Manges LLP | Simmons | M. | Kevin | Associate | Dallas | 2018 | 2018 | TX | $985.00 |
| Weil, Gotshal & Manges LLP | Vinson | Blaine | Elizabeth | Associate | Dallas | 2018 | 2018 | TX | $985.00 |
| Latham & Watkins LLP | Wood | E. | Christopher | Associate | Houston | 2016 | 2016 | TX | $984.00 |
| Baker Botts LLP | Lawrence | B. | John | Partner | Dallas | 2006 | 2006 | TX | $980.00 |
| Foley & Lardner LLP | Murray | | Todd | Partner | Dallas | 1995 | 1995 | TX | $980.00 |
| Paul Hastings LLP | Wilson | | Mack | Associate | Houston | 2016 | 2016 | TX | $980.00 |
| Norton Rose Fulbright | Agrons | | Joshua | Partner | Houston | 1983 | 1984 | TX | $975.00 |
| Jackson Walker LLP | Moore | | Steven | Partner | San Antonio | 1988 | 1988 | TX | $975.00 |
| Parkins & Rubio LLP | Parkins | M. | Lenard | Partner | Houston | 1976 | 1976 | TX | $975.00 |
| Jones Day | Rush | S. | Amanda | Associate | Dallas | 2011 | 2011 | TX | $975.00 |
| DLA Piper LLP (US) | Zollinger | B. | Andrew | Associate | Dallas | 2009 | 2009 | TX | $975.00 |
| DLA Piper LLP (US) | Zollinger | | Andy | Associate | Dallas | 2009 | 2009 | TX | $975.00 |
| Vinson & Elkins LLP | Klein | J. | Eric | Partner | Dallas | 2003 | 2003 | TX | $975.00 |
| Sidley Austin LLP | Priest | A. | Chelsea | Associate | Dallas | 2015 | 2016 | TX | $970.00 |
| Kirkland & Ellis LLP | Shah | S. | Shainee | Associate | Houston | 2015 | 2016 | NY | $970.00 |
| Kirkland & Ellis LLP | Athey | T. | Mitchell | Associate | Houston | 2017 | 2017 | TX | $965.00 |
| Baker Botts LLP | Henderson | Bryan | J. | Partner | Dallas | 2010 | 2011 | TX | $965.00 |
| Baker Botts LLP | Stover | M. | Andrea | Partner | Austin | 2004 | 2004 | TX | $965.00 |
| Baker Botts LLP | Rubenstein | B. | Jonathan | Partner | Dallas | 2002 | 2002 | TX | $960.00 |
| Norton Rose Fulbright | Schroeder | A. | Todd | Partner | Dallas | 2000 | 2000 | AL | $960.00 |
| Norton Rose Fulbright | Schroeder | S. | Todd | Partner | Dallas | 2000 | 2000 | TX | $960.00 |
| King & Spalding LLP | Bailey | D. | Melvin | Partner | Austin | 1987 | 1987 | TX | $955.00 |
| Paul Hastings LLP | Barnes | J. | Chanse | Associate | Houston | 2017 | 2017 | TX | $955.00 |
| Paul Hastings LLP | Wilson | | Mack | Associate | Houston | 2016 | 2016 | TX | $955.00 |
| Jackson Walker LLP | Cavenaugh | D. | Matthew | Partner | Houston | 2007 | 2008 | TX | $950.00 |
| Holland & Knight LLP | Davis | | Barry | Partner | Houston | 1984 | 1984 | TX | $950.00 |
| Norton Rose Fulbright | Badcock | P. | William | Associate | Dallas | 2015 | 2015 | TX | $950.00 |
| Kirkland & Ellis LLP | Avery | J. | Xavier | Associate | Houston | 2017 | 2018 | OK | $945.00 |
| Kirkland & Ellis LLP | D'Cruz | A. | James | Associate | Dallas | 2017 | 2017 | FL | $945.00 |
| Shearman & Sterling LLP | Harding | C. | Molly | Associate | Houston | 2015 | 2015 | VA | $945.00 |
| Kirkland & Ellis LLP | Meraia | A. | Emily | Associate | Houston | 2018 | 2018 | IL | $945.00 |
| Hunton Andrews Kurth LLP | Robertson | B. | Daryl | Partner | Dallas | 1979 | 1979 | TX | $945.00 |
| McDermott Will & Emery LLP | Burner | A. | Jase | Associate | Austin | 2016 | 2016 | TX | $945.00 |
| Baker Botts LLP | Burcat | E. | Leah | Associate | Austin | 2014 | 2014 | TX | $940.00 |
| White & Case LLP | Clausen | | Neil | Associate | Houston | 2016 | 2016 | TX | $940.00 |
| White & Case LLP | Craft | K. | Hannah | Associate | Houston | 2016 | 2017 | TX | $940.00 |
| Winston & Strawn LLP | Smolij | D. | Benjamin | Associate | Houston | 2013 | 2013 | TX | $935.00 |
| Sidley Austin LLP | Abdul-Jabbar | | Mustafa | Associate | Dallas | 2016 | 2016 | TX | $930.00 |
| Sidley Austin LLP | Brannan | C. | John | Associate | Dallas | 2016 | 2016 | TX | $930.00 |
| Latham & Watkins LLP | Fin | | Max | Associate | Houston | 2017 | 2017 | TX | $930.00 |
| Latham & Watkins LLP | Lee | Kyoung | Hye | Associate | Houston | 2017 | 2017 | TX | $930.00 |
| Sidley Austin LLP | Marshall | L. | Hannah | Associate | Dallas | 2016 | 2016 | TX | $930.00 |
| Sidley Austin LLP | Miller | Leigh | Jeri | Associate | Dallas | 2016 | 2016 | TX | $930.00 |
| Norton Rose Fulbright | Boland | L. | Jason | Partner | Houston | 2003 | 2003 | TX | $920.00 |
| Norton Rose Fulbright | Boland | L. | Jason | Equity Partner | Houston | 2003 | 2003 | TX | $920.00 |

| Valeo Partners Attorney Hourly Rate and AFA Database - 2021 Texas Partners and Associates Rates (data as of June 24, 2022) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Firm | Last Name | Middle Name | First Name | Position | City | Grad Year | Bar Year | Bar State | 2021 Standard Rate |
| White & Case LLP | Moran | A. | Carlos | Associate | Houston | 2004 | 2004 | Mexico | $920.00 |
| Baker Botts LLP | Colagiovanni | | Joseph | Partner | Houston | 1982 | 1982 | MO | $915.00 |
| Sheppard, Mullin, Richter & Hampton LLP | Cottrell | L. | Amanda | Partner | Dallas | 2008 | 2008 | TX | $915.00 |
| Foley & Lardner LLP | Helt | | Marcus | Partner | Dallas | 2000 | 2000 | MO | $915.00 |
| Foley & Lardner LLP | Helt | A. | Marcus | Partner | Dallas | 2000 | 2000 | TX | $915.00 |
| McGuireWoods LLP | Liggins | L. | Demetra | Partner | Houston | 2000 | 2000 | TX | $915.00 |
| Greenberg Traurig LLP | Stratton | Mark | C. | Equity Partner | Austin | 1989 | 1990 | TX | $915.00 |
| McGuireWoods LLP | Young | Y. | Phyllis | Partner | Houston | 2001 | 2001 | TX | $915.00 |
| McDermott Will & Emery LLP | Helt | A. | Marcus | Partner | Dallas | 2000 | 2000 | TX | $915.00 |
| McDermott Will & Emery LLP | Gerber | A. | Jane | Associate | Dallas | 2014 | 2014 | TX | $910.00 |
| Baker Botts LLP | Hahn | H. | Jordan | Associate | Dallas | 2015 | 2015 | TX | $910.00 |
| Baker McKenzie | Hahn | H. | Jordan | Associate | Dallas | 2015 | 2015 | TX | $910.00 |
| Reed Smith LLP | Johansen | L. | Mark | Partner | Dallas | 1986 | 1987 | TX | $905.00 |
| Foley & Lardner LLP | Melko | | John | Partner | Houston | 1984 | 1984 | TX | $905.00 |
| Kirkland & Ellis LLP | Shelton | | Scott | Associate | Houston | 2011 | 2011 | TX | $905.00 |
| McDermott Will & Emery LLP | Oskoui | | Nickou | Associate | Dallas | 2009 | 2009 | IL | $905.00 |
| Norton Rose Fulbright | Gamache | K. | Caileen | Partner | Houston | 2008 | 2008 | ME | $900.00 |
| McDermott Will & Emery LLP | Helt | A. | Marcus | Partner | Dallas | 2000 | 2000 | TX | $900.00 |
| Foley & Lardner LLP | O'Neil | | Holland | Partner | Dallas | 1987 | 1987 | AZ | $900.00 |
| Norton Rose Fulbright | Perloff | H. | Saul | Partner | San Antonio | 1991 | 1991 | CA | $900.00 |
| Norton Rose Fulbright | Ratliff | J. | Benjamin | Partner | Dallas | 2009 | 2009 | TX | $900.00 |
| Quinn Emanuel Urquhart & Sullivan, LLP | Tomasco | B. | Patricia | Partner | Houston | 1988 | 1988 | TX | $900.00 |
| Cole Schotz P.C. | Warner | D. | Michael | Equity Partner | Houston | 1984 | 1984 | CA | $900.00 |
| Pachulski Stang Ziehl & Jones LLP | Warner | D. | Michael | Equity Partner | Houston | 1984 | 1984 | CA | $900.00 |
| Norton Rose Fulbright | Gluck | W. | Kristian | Partner | Dallas | 2001 | 2001 | NC | $895.00 |
| Akin Gump Strauss Hauer & Feld LLP | Hiner | | Chance | Associate | Dallas | 2017 | 2017 | TX | $895.00 |
| Weil, Gotshal & Manges LLP | James | | Hillarie | Associate | Houston | 2018 | 2018 | TX | $895.00 |
| Weil, Gotshal & Manges LLP | Luster | | Courtney | Associate | Dallas | 2018 | 2018 | TX | $895.00 |
| Norton Rose Fulbright | Parker | M. | Michael | Partner | San Antonio | 1993 | 1993 | TX | $895.00 |
| Weil, Gotshal & Manges LLP | Simmons | M. | Kevin | Associate | Dallas | 2018 | 2018 | TX | $895.00 |
| PricewaterhouseCoopers LLP | Simmons | M. | Kevin | Associate | Dallas | 2018 | 2018 | TX | $895.00 |
| Weil, Gotshal & Manges LLP | Sommers | | Mary | Associate | Dallas | 2018 | 2018 | TX | $895.00 |
| Weil, Gotshal & Manges LLP | Vinson | Blaine | Elizabeth | Associate | Dallas | 2018 | 2018 | TX | $895.00 |
| Norton Rose Fulbright | Mackillop | D. | Katherine | Partner | Houston | 1982 | 1983 | TX | $890.00 |
| Greenberg Traurig LLP | Duewall | A. | Craig | Equity Partner | Austin | 1999 | 2000 | TX | $885.00 |
| McDermott Will & Emery LLP | Green | Elena | Debbie | Partner | Dallas | 2004 | 2005 | NY | $885.00 |
| Perkins Coie LLP | Hardin | R. | John | Partner | Dallas | 1999 | 1996 | TX | $885.00 |
| Sidley Austin LLP | Quejada | | Maegan | Associate | Houston | 2017 | 2017 | TX | $885.00 |
| Hunton Andrews Kurth LLP | Rovira | | Joseph | Partner | Houston | 2008 | 2008 | TX | $885.00 |
| Sidley Austin LLP | Archanjo | M. | Fabricio | Associate | Dallas | 2015 | 2016 | NY | $885.00 |
| Sheppard, Mullin, Richter & Hampton LLP | Ray | M. | Shilpa | Associate | Dallas | 2010 | 2010 | TX | $885.00 |
| Latham & Watkins LLP | Constantino | J. | Dominick | Associate | Houston | 2018 | 2018 | TN | $880.00 |
| Baker Botts LLP | Doherty | T. | Kyle | Associate | Houston | 2016 | 2016 | TX | $880.00 |
| Latham & Watkins LLP | Fawcett | | Emily | Associate | Houston | 2018 | 2020 | TX | $880.00 |
| Foley & Lardner LLP | Fergason | D. | Jane | Partner | Dallas | 1981 | 1982 | TX | $880.00 |
| Baker Botts LLP | Lill | J. | Landon | Associate | Austin | 2014 | 2014 | TX | $880.00 |
| Holland & Knight LLP | Rosenberg | M. | David | Partner | Dallas | 1984 | 1984 | TX | $880.00 |
| Baker Botts LLP | Caballero | | Josue | Associate | Dallas | 2012 | 2012 | TX | $880.00 |
| Kirkland & Ellis LLP | Allen | J. | Andrew | Associate | Houston | 2018 | 2018 | TX | $875.00 |
| Winston & Strawn LLP | Arbaugh | L. | Natalie | Partner | Dallas | 2001 | 2001 | TX | $875.00 |
| Kirkland & Ellis LLP | Atmar | | Christopher | Associate | Houston | 2018 | 2018 | TX | $875.00 |
| Kirkland & Ellis LLP | Bate | | Isaac | Associate | Houston | 2018 | 2018 | TX | $875.00 |
| Kirkland & Ellis LLP | Chadderdon | E. | Jack | Associate | Houston | 2018 | 2018 | TX | $875.00 |
| Reed Smith LLP | Cooper | James | J. | Partner | Houston | 1984 | 1984 | TX | $875.00 |
| Kirkland & Ellis LLP | Croft | | Lauren | Associate | Houston | 2018 | 2018 | TX | $875.00 |
| Kirkland & Ellis LLP | Elliott | S. | Austin | Associate | Austin | 2018 | 2018 | TX | $875.00 |
| Kirkland & Ellis LLP | Hoffman | | Maggie | Associate | Houston | 2018 | 2018 | TX | $875.00 |
| Kirkland & Ellis LLP | Kirksey | J. | Daniel | Associate | Houston | 2018 | 2018 | TX | $875.00 |
| Kirkland & Ellis LLP | Schlinkert | J.A. | Michael | Associate | Dallas | 2018 | 2018 | TX | $875.00 |
| Kirkland & Ellis LLP | Shelton | | Scott | Associate | Houston | 2011 | 2011 | TX | $875.00 |
| Kirkland & Ellis LLP | Weissler | | Logan | Associate | Houston | 2018 | 2018 | TX | $875.00 |
| Kirkland & Ellis LLP | Winsauer | J. | Hunter | Associate | Dallas | 2018 | 2018 | TX | $875.00 |
| Holland & Knight LLP | Binns | Daniel | Gregory | Partner | Dallas | 2000 | 2000 | TX | $870.00 |
| Kirkland & Ellis LLP | Christian | | John | Associate | Dallas | 2018 | 2018 | TX | $865.00 |
| Kirkland & Ellis LLP | Degelia | D. | Gabrielle | Associate | Houston | 2019 | 2019 | TX | $865.00 |
| Baker & Hostetler LLP | English | John | W. | Partner | Houston | 1972 | 1972 | LA | $860.00 |
| Sheppard, Mullin, Richter & Hampton LLP | Hall | L. | Evan | Associate | Dallas | 2017 | 2017 | TX | $860.00 |
| Baker & Hostetler LLP | Dimitroff | D. | Sashe | Partner | Houston | 1992 | 1992 | TX | $855.00 |
| Norton Rose Fulbright | Lewis | C. | Edward | Partner | Houston | 1992 | 1993 | TX | $855.00 |
| Eversheds Sutherland | Sherrill | D. | Mark | Partner | Houston | 1999 | 1999 | VA | $855.00 |
| Paul Hastings LLP | Wilson | | Mack | Associate | Houston | 2016 | 2016 | TX | $855.00 |
| Reed Smith LLP | Alaniz | J. | Omar | Partner | Dallas | 2003 | 2003 | TX | $850.00 |
| Reed Smith LLP | Alaniz | J. | Omar | Equity Partner | Dallas | 2003 | 2003 | TX | $850.00 |
| Bailey & Glasser LLP | Bell | R. | Robert | Partner | Houston | 1993 | 1993 | TX | $850.00 |
| Latham & Watkins LLP | Bentley | Samuel | W. | Associate | Houston | 2018 | 2018 | TX | $850.00 |
| Foley & Lardner LLP | Helt | A. | Marcus | Partner | Dallas | 2000 | 2000 | TX | $850.00 |
| Baker & Hostetler LLP | Hunsaker | C. | Matthew | Partner | Dallas | 2004 | 2005 | TX | $850.00 |
| Latham & Watkins LLP | Snodgrass | | Matthew | Associate | Houston | 2018 | 2018 | TX | $850.00 |
| Bailey & Glasser LLP | Turner | G. | John | Partner | Houston | 1989 | 1989 | TX | $850.00 |
| Norton Rose Fulbright | Pinkerton | G. | Trevor | Partner | Houston | 2010 | 2010 | TX | $845.00 |
| Norton Rose Fulbright | Van Dyk | J. | Katie | Partner | Austin | 2012 | 2012 | TX | $845.00 |
| Latham & Watkins LLP | Wang | Ruixue | Kate | Associate | Houston | 2018 | 2018 | TX | $843.00 |
| Norton Rose Fulbright | Bruner | B. | Robert | Partner | Houston | 2007 | 2008 | TX | $840.00 |
| Norton Rose Fulbright | Price | P. | Andrew | Partner | Houston | 1997 | 1997 | TX | $840.00 |
| Kirkland & Ellis LLP | Christian | | John | Associate | Dallas | 2018 | 2018 | TX | $835.00 |
| White & Case LLP | Diaz Sordo | | Carlos Ramon | Associate | Houston | 2013 | 2014 | Mexico | $835.00 |
| Jackson Walker LLP | Freeman | C. | Elizabeth | Partner | Houston | 1998 | 1998 | TX | $835.00 |
| Foley & Lardner LLP | Hoffman | B. | Carrie | Partner | Dallas | 1993 | 1993 | TX | $835.00 |
| Kirkland & Ellis LLP | Jones | | Grant | Associate | Houston | 2009 | 2009 | TX | $835.00 |
| White & Case LLP | Morgan | J. | Shelby | Associate | Houston | 2016 | 2016 | TX | $835.00 |
| Norton Rose Fulbright | Braden | A. | Paul | Partner | Dallas | 1989 | 1989 | TX | $830.00 |
| Norton Rose Fulbright | Drake | Paul | Scott | Partner | Dallas | 2000 | 2000 | TX | $830.00 |

| Valeo Partners Attorney Hourly Rate and AFA Database - 2021 Texas Partners and Associates Rates (data as of June 24, 2022) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Firm | Last Name | Middle Name | First Name | Position | City | Grad Year | Bar Year | Bar State | 2021 Standard Rate |
| Sheppard, Mullin, Richter & Hampton LLP | Gersten | G. | Steven | Associate | Dallas | 2013 | 2013 | TX | $830.00 |
| Hunton Andrews Kurth LLP | McHugh | C. | Darren | Partner | Austin | 2008 | 2008 | CO | $830.00 |
| McDermott Will & Emery LLP | Perry | T. | Shelby | Associate | Dallas | 2018 | 2018 | TX | $830.00 |
| Foley & Lardner LLP | Abbott | | Michael | Partner | Houston | 1980 | 1980 | TX | $825.00 |
| Reed Smith LLP | Aurzada | M. | Keith | Partner | Dallas | 1996 | 1996 | CO | $825.00 |
| Jackson Walker LLP | Cavenaugh | D. | Matthew | Partner | Houston | 2007 | 2008 | TX | $825.00 |
| Shearman & Sterling LLP | Doyle | J. | Timothy | Associate | Dallas | 2019 | 2019 | TX | $825.00 |
| Shearman & Sterling LLP | Frapolli | | Domenic | Associate | Dallas | 2019 | 2019 | TX | $825.00 |
| Shearman & Sterling LLP | Frappolli | | Domenic | Associate | Dallas | 2019 | 2019 | TX | $825.00 |
| Jones Day | Gabhawala | | Sweta | Associate | Dallas | 2005 | 2005 | India | $825.00 |
| Shearman & Sterling LLP | Jaksa | | Kyle | Associate | Dallas | 2020 | 2020 | TX | $825.00 |
| McDermott Will & Emery LLP | Perry | T. | Shelby | Associate | Dallas | 2018 | 2018 | TX | $825.00 |
| Husch Blackwell LLP | Davis | Louis | Scott | Partner | Dallas | 1987 | 1987 | TX | $825.00 |
| Haynes and Boone, LLP | Thorne | Conant | Leslie | Partner | Austin | 2004 | 2004 | TX | $825.00 |
| Hunton Andrews Kurth LLP | Buoni | W. | Joseph | Partner | Houston | 2009 | 2010 | TX | $820.00 |
| Reed Smith LLP | Mitchell | C. | Brian | Partner | Dallas | 2004 | 2004 | TX | $820.00 |
| Baker Botts LLP | Turner | D. | Matthew | Associate | Houston | 2015 | 2015 | TX | $820.00 |
| Reed Smith LLP | Cooley | P. | Michael | Partner | Dallas | 1999 | 2000 | NY | $815.00 |
| Sidley Austin LLP | Daggubati | R. | Deepika | Associate | Dallas | 2017 | 2017 | CA | $815.00 |
| Sidley Austin LLP | Hoffman | L. | Juliana | Associate | Dallas | 2017 | 2017 | TX | $815.00 |
| Norton Rose Fulbright | Turner | F. | Eliot | Partner | Houston | 2008 | 2008 | TX | $815.00 |
| McDermott Will & Emery LLP | Gerber | A. | Jane | Associate | Dallas | 2014 | 2014 | TX | $810.00 |
| Kirkland & Ellis LLP | Loyack | M. | Courtney | Associate | Houston | 2019 | 2019 | TX | $810.00 |
| Foley & Lardner LLP | Miller | R. | Terrell | Partner | Houston | 2004 | 2004 | TX | $810.00 |
| Foley & Lardner LLP | Murray | | Todd | Partner | Dallas | 1995 | 1995 | TX | $810.00 |
| Hunton Andrews Kurth LLP | Pidcock | C. | Brian | Partner | Houston | 2010 | 2010 | TX | $810.00 |
| Foley & Lardner LLP | Slovak | T. | Robert | Partner | Dallas | 1999 | 1999 | TX | $810.00 |
| Sheppard, Mullin, Richter & Hampton LLP | Salters | W. | Stacey | Associate | Dallas | 2016 | 2016 | TX | $810.00 |
| Foley & Lardner LLP | Lockhart | C. | Steven | Partner | Dallas | 2002 | 2002 | TX | $805.00 |
| Norton Rose Fulbright | Moore | J. | Gregory | Partner | Houston | 2006 | 2006 | TX | $805.00 |
| Holland & Knight LLP | Rangel | L. | Jennifer | Partner | Austin | 1995 | 1995 | TX | $801.00 |
| Jones Day | Colwell | J. | Ronald | Associate | Houston | 2015 | 2015 | CO | $800.00 |
| Hunton Andrews Kurth LLP | Dunn | Kaylan | M. | Partner | Houston | 2010 | 2011 | TX | $800.00 |
| Haynes and Boone, LLP | Norfleet | S. | Kelli | Partner | Houston | 2009 | 2009 | TX | $800.00 |
| Norton Rose Fulbright | Tapley | A. | Katherine | Partner | San Antonio | 2007 | 2007 | TX | $800.00 |
| Fish & Richardson P.C. | Ellis | Ryan | Michael | Associate | Dallas | 2010 | 2010 | MD | $800.00 |
| Shearman & Sterling LLP | Doyle | J. | Timothy | Associate | Dallas | 2019 | 2019 | TX | $795.00 |
| Shearman & Sterling LLP | Frappolli | | Domenic | Associate | Dallas | 2019 | 2019 | TX | $795.00 |
| Kirkland & Ellis LLP | Khan | | Yasin | Associate | Houston | 2020 | 2021 | TX | $795.00 |
| Kirkland & Ellis LLP | Owen | M. | Graham | Associate | Houston | 2015 | 2015 | NC | $795.00 |
| Kirkland & Ellis LLP | Tavlin | Sorensen | Zack | Associate | Houston | 2020 | 2020 | TX | $795.00 |
| Norton Rose Fulbright | Trahan | | Paul | Partner | Austin | 1997 | 1997 | TX | $795.00 |
| Baker Botts LLP | Kazlow | A. | Jordan | Associate | Dallas | 2016 | 2016 | TX | $790.00 |
| Baker Botts LLP | O'Brien | K. | Nicholas | Associate | Dallas | 2016 | 2016 | TX | $790.00 |
| Polsinelli PC | Talavera | | Henry | Equity Partner | Dallas | 1989 | 1989 | MD | $790.00 |
| Waller Lansden Dortch & Davis LLP | Taube | J. | Eric | Partner | Austin | 1983 | 1983 | TX | $790.00 |
| Akin Gump Strauss Hauer & Feld LLP | Garrett | N. | Lisa | Associate | Houston | 2017 | 2017 | TX | $785.00 |
| Akin Gump Strauss Hauer & Feld LLP | Hightower | H. | Christina | Associate | Houston | 2017 | 2017 | TX | $785.00 |
| Akin Gump Strauss Hauer & Feld LLP | Praestholm | | Amanda | Associate | Dallas | 2017 | 2017 | TX | $785.00 |
| Norton Rose Fulbright | Persson | | Emma | Associate | Dallas | 2018 | 2018 | TX | $785.00 |
| Norton Rose Fulbright | Manns | E. | Ryan | Partner | Dallas | 2003 | 2003 | TX | $780.00 |
| Locke Lord LLP | Niven | S. | Tammi | Partner | Houston | 2002 | 2002 | NE | $780.00 |
| Greenberg Traurig LLP | Burrer | D. | Karl | Equity Partner | Houston | 2003 | 2004 | TX | $775.00 |
| Foley & Lardner LLP | Helt | A. | Marcus | Partner | Dallas | 2000 | 2000 | TX | $775.00 |
| Baker & Hostetler LLP | Kristiansen | W. | Eric | Partner | Houston | 2000 | 2000 | TX | $775.00 |
| Parkins & Rubio LLP | Lee | S. | Kyung | Partner | Houston | 1984 | 1984 | TX | $775.00 |
| Jones Day | Da | | Guoping | Partner | Dallas | 2009 | 2009 | TX | $775.00 |
| Polsinelli PC | Boydston | N. | Elizabeth | Equity Partner | Dallas | 2007 | 2007 | TX | $774.00 |
| Weil, Gotshal & Manges LLP | Cloud | E. | Megan | Associate | Dallas | 2019 | 2019 | TX | $770.00 |
| Weil, Gotshal & Manges LLP | Gohary | | Sarah | Associate | Austin | 2019 | 2019 | TX | $770.00 |
| Norton Rose Fulbright | Hendrix | J. | Nicholas | Associate | Dallas | 2013 | 2013 | TX | $770.00 |
| Weil, Gotshal & Manges LLP | Keller | Todd | William | Associate | Dallas | 2020 | 2020 | TX | $770.00 |
| Weil, Gotshal & Manges LLP | Riles | R. | Richard | Associate | Dallas | 2019 | 2019 | TX | $770.00 |
| Weil, Gotshal & Manges LLP | Sierra | M. | Tristan | Associate | Houston | 2018 | 2019 | TX | $770.00 |
| Weil, Gotshal & Manges LLP | Ward | D. | Jenae | Associate | Dallas | 2019 | 2019 | TX | $770.00 |
| Kirkland & Ellis LLP | Alozie | I. | Ibe | Associate | Houston | 2019 | 2019 | TX | $765.00 |
| Greenberg Traurig LLP | Bakare | S. | Nicole | Associate | Houston | 2006 | 2006 | TX | $765.00 |
| Norton Rose Fulbright | Barrera | A. | Mario | Partner | San Antonio | 1984 | 1984 | TX | $765.00 |
| Kirkland & Ellis LLP | Bassi | K. | Michael | Associate | Houston | 2019 | 2019 | TX | $765.00 |
| Kirkland & Ellis LLP | Chavez | | Evan | Associate | Austin | 2020 | 2020 | TX | $765.00 |
| Kirkland & Ellis LLP | Davis | R. | Dustin | Associate | Houston | 2019 | 2019 | TX | $765.00 |
| Kirkland & Ellis LLP | Flor | | Tony | Associate | Houston | 2019 | 2019 | TX | $765.00 |
| Kirkland & Ellis LLP | Ghubril | | Sami | Associate | Houston | 2019 | 2019 | TX | $765.00 |
| Kirkland & Ellis LLP | Hossain | | Ed | Associate | Houston | 2019 | 2019 | TX | $765.00 |
| Holland & Knight LLP | Liggins | L. | Demetra | Partner | Houston | 2000 | 2000 | TX | $765.00 |
| Kirkland & Ellis LLP | McMurray | E. | Madison | Associate | Houston | 2019 | 2019 | TX | $765.00 |
| Kirkland & Ellis LLP | McNamara | D. | Ryan | Associate | Houston | 2019 | 2019 | TX | $765.00 |
| Kirkland & Ellis LLP | McNulty | E. | Ryan | Associate | Houston | 2019 | 2019 | TX | $765.00 |
| Paul Hastings LLP | Milburn | A. | William | Associate | Houston | 2019 | 2019 | TX | $765.00 |
| Kirkland & Ellis LLP | Moawad | S. | Kristy | Associate | Houston | 2019 | 2019 | TX | $765.00 |
| Kirkland & Ellis LLP | Owen | M. | Graham | Associate | Houston | 2015 | 2015 | NC | $765.00 |
| Paul Hastings LLP | Roberts | M. | Max | Associate | Houston | 2019 | 2019 | TX | $765.00 |
| Kirkland & Ellis LLP | Shelton | | Scott | Associate | Houston | 2011 | 2011 | TX | $765.00 |
| Kirkland & Ellis LLP | Wetzeler | C. | Nicholas | Associate | Houston | 2020 | 2020 | TX | $765.00 |
| Norton Rose Fulbright | Schaefer | A. | Rafe | Associate | Houston | 2012 | 2012 | TX | $760.00 |
| McDermott Will & Emery LLP | Gerber | A. | Jane | Associate | Dallas | 2014 | 2014 | TX | $757.50 |
| Greenberg Traurig LLP | Burrer | D. | Karl | Equity Partner | Houston | 2003 | 2004 | TX | $755.00 |
| Latham & Watkins LLP | Standley | X. | Yakun | Associate | Houston | 2019 | 2019 | TX | $755.00 |
| Pillsbury Winthrop Shaw Pittman LLP | Weaver | J. | Adam | Associate | Houston | 2014 | 2014 | TX | $752.25 |
| Morgan, Lewis & Bockius LLP | Gonzalez | Padilla | Humberto | Partner | Houston | 2001 | 2003 | Mexico | $750.00 |
| Parkins & Rubio LLP | Lee | S. | Kyung | Partner | Houston | 1984 | 1984 | TX | $750.00 |
| Akerman LLP | Parham | W | David | Partner | Dallas | 1981 | 1981 | TX | $750.00 |

| Valeo Partners Attorney Hourly Rate and AFA Database - 2021 Texas Partners and Associates Rates (data as of June 24, 2022) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Firm | Last Name | Middle Name | First Name | Position | City | Grad Year | Bar Year | Bar State | 2021 Standard Rate |
| Jackson Walker LLP | Peguero | M. | Kristhy | Partner | Houston | 2006 | 2006 | DE | $750.00 |
| Foley & Lardner LLP | Slovak | T. | Robert | Partner | Dallas | 1999 | 1999 | TX | $750.00 |
| Womble Bond Dickinson (US) LLP | Vittor | L. | Jose | Partner | Houston | 1989 | 1989 | Argentina | $750.00 |
| Pachulski Stang Ziehl & Jones LLP | Wallen | L. | Benjamin | Associate | Fort Worth | 2016 | 2016 | TX | $750.00 |
| Jackson Walker LLP | Bankler | R. | Chris | Partner | Dallas | 2009 | 2009 | TX | $745.00 |
| Kirkland & Ellis LLP | Benham | | Nicholas | Associate | Houston | 2020 | 2021 | TX | $745.00 |
| Seyfarth Shaw LLP | Coleman | M. | Jesse | Partner | Houston | 2007 | 2010 | TX | $745.00 |
| Kirkland & Ellis LLP | Degelia | D. | Gabrielle | Associate | Houston | 2019 | 2019 | TX | $745.00 |
| Kirkland & Ellis LLP | deLorimier | | Andrea | Associate | Dallas | 2020 | 2020 | TX | $745.00 |
| Kirkland & Ellis LLP | Lonvick | K. | Sarah | Associate | Houston | 2020 | 2021 | TX | $745.00 |
| Squire Patton Boggs | Mureen | R. | Jonathan | Partner | Dallas | 2007 | 2007 | TX | $745.00 |
| McDermott Will & Emery LLP | Perry | T. | Shelby | Associate | Dallas | 2018 | 2018 | TX | $745.00 |
| Kirkland & Ellis LLP | Womack | L. | Dustin | Associate | Houston | 2019 | 2019 | TX | $745.00 |
| Kilpatrick Townsend & Stockton LLP | Carew | J. | Patrick | Partner | Dallas | 2001 | 2001 | TX | $740.00 |
| Baker & Hostetler LLP | Kristiansen | W. | Eric | Partner | Houston | 2000 | 2000 | TX | $740.00 |
| Baker Botts LLP | Polivka | W. | Casey | Associate | Houston | 2018 | 2018 | TX | $740.00 |
| Davis Polk & Wardwell LLP | Zhang | | Helen | Associate | Dallas | | | | $740.00 |
| Akin Gump Strauss Hauer & Feld LLP | Carrillo | | Alan | Associate | Dallas | 2018 | 2018 | TX | $735.00 |
| Foley & Lardner LLP | Lockhart | C. | Steven | Partner | Dallas | 2002 | 2002 | TX | $735.00 |
| Eversheds Sutherland | Mendiola | | Lino | Partner | Austin | 1994 | 1994 | TX | $735.00 |
| Baker Botts LLP | Alexander | B. | Matthew | Associate | Dallas | 2016 | 2016 | TX | $730.00 |
| White & Case LLP | Mondragon | | Daniela | Associate | Houston | 2018 | 2018 | TX | $730.00 |
| Norton Rose Fulbright | Verma | M. | Hersh | Associate | Houston | 2015 | 2015 | TX | $730.00 |
| Latham & Watkins LLP | Alvarado | Raul | Ricardo | Associate | Houston | 2019 | 2019 | TX | $725.00 |
| Pachulski Stang Ziehl & Jones LLP | Golden | W. | Steven | Associate | Houston | 2014 | 2015 | MD | $725.00 |
| Hunton Andrews Kurth LLP | Harper | L. | Ashley | Associate | Houston | 2008 | 2008 | TX | $725.00 |
| Latham & Watkins LLP | Johnson | | Whitley | Associate | Houston | 2019 | 2019 | TX | $725.00 |
| Foley & Lardner LLP | Scannell | Charles | Thomas | Partner | Dallas | 2009 | 2009 | TX | $725.00 |
| Cole Schotz P.C. | Walker | W. | James | Equity Partner | Dallas | 1985 | 1985 | TX | $725.00 |
| Hunton Andrews Kurth LLP | Scipioni | A. | Caitlin | Associate | Dallas | 2014 | 2014 | MA | $725.00 |
| Latham & Watkins LLP | Johnson | | Whitley | Associate | Houston | 2019 | 2019 | TX | $721.00 |
| Polsinelli PC | Boydston | N. | Elizabeth | Equity Partner | Dallas | 2007 | 2007 | TX | $720.00 |
| Foley & Lardner LLP | Jones | | Randall | Partner | Houston | 1983 | 1983 | TX | $720.00 |
| Foley & Lardner LLP | Newman | H. | Michael | Partner | Dallas | 1995 | 1995 | TX | $720.00 |
| Akin Gump Strauss Hauer & Feld LLP | Tandy | J. | Lewis | Associate | Dallas | 2019 | 2019 | TX | $717.00 |
| Sidley Austin LLP | Heighten | N. | Ellen | Associate | Dallas | 2019 | 2019 | TX | $715.00 |
| Sidley Austin LLP | Rognes | M. | Chandler | Associate | Dallas | 2019 | 2019 | TX | $715.00 |
| Sidley Austin LLP | Rozow Owolabi | L. | Hannah | Associate | Houston | 2019 | 2019 | TX | $715.00 |
| Reed Smith LLP | Chassman | John | Peter | Partner | Houston | 1993 | 1993 | TX | $713.43 |
| Foley & Lardner LLP | Helt | A. | Marcus | Partner | Dallas | 2000 | 2000 | TX | $710.00 |
| Fox Rothschild LLP | Monsour | A. | Trey | Partner | Dallas | 1989 | 1990 | TX | $710.00 |
| Duane Morris LLP | Thompson | | Brad | Partner | Austin | 2004 | 2004 | TX | $710.00 |
| Husch Blackwell LLP | Butler | Hamilton | Lynn | Partner | Austin | 1991 | 1991 | TX | $710.00 |
| Baker Botts LLP | Johnson | Holland | Mark | Associate | Dallas | 2017 | 2017 | TX | $705.00 |
| Akin Gump Strauss Hauer & Feld LLP | Miller | N. | Katlyne | Associate | Dallas | 2018 | 2018 | TX | $704.00 |
| Polsinelli PC | Billingsley | H. | James | Equity Partner | Dallas | 1993 | 1993 | TX | $702.00 |
| Polsinelli PC | Alexander | Turner | Sherri | Equity Partner | Dallas | 1983 | 1983 | TX | $700.00 |
| Barnes & Thornburg LLP | Haloftis | D. | Douglas | Partner | Dallas | 1987 | 1987 | TX | $700.00 |
| Jackson Walker LLP | Howell | A. | Richard | Partner | Houston | 2008 | 2008 | TX | $700.00 |
| Akin Gump Strauss Hauer & Feld LLP | Mendoza | R. | Eduardo | Associate | Dallas | 2018 | 2018 | TX | $700.00 |
| Akin Gump Strauss Hauer & Feld LLP | Miller | N. | Katlyne | Associate | Dallas | 2018 | 2018 | TX | $700.00 |
| Hunton Andrews Kurth LLP | Priddy | N. | Austin | Associate | Houston | 2015 | 2015 | TX | $700.00 |
| Spencer Fane LLP | Pronske | M. | Gerrit | Partner | Dallas | 1983 | 1984 | TX | $700.00 |
| Jones Day | Russell | J. | Molly | Associate | Dallas | 2015 | 2015 | CA | $700.00 |
| Latham & Watkins LLP | Sherman | L. | Jessica | Associate | Houston | 2019 | 2019 | TX | $700.00 |
| Akin Gump Strauss Hauer & Feld LLP | Tandy | J. | Lewis | Associate | Dallas | 2019 | 2019 | TX | $700.00 |
| Jones Day | Waring | L. | Collin | Associate | Dallas | 2013 | 2014 | NY | $700.00 |
| Locke Lord LLP | Knapp | C. | Brad | Partner | Dallas | 2007 | 2007 | TX | $695.00 |
| Greenberg Traurig LLP | Tipper-McWhorter | | Katie | Associate | Houston | 2012 | 2012 | TX | $695.00 |
| DLA Piper LLP (US) | Woods | | Crystal Jamison | Partner | Dallas | 2009 | 2010 | TX | $695.00 |
| Kilpatrick Townsend & Stockton LLP | Gruber | L. | Jenny | Partner | Dallas | 2004 | 2004 | TX | $695.00 |
| Paul Hastings LLP | Chang | K. | Phillip | Associate | Houston | 2019 | 2019 | TX | $690.00 |
| Waller Lansden Dortch & Davis LLP | Weiss | D. | Morris | Partner | Austin | 1985 | 1985 | TX | $690.00 |
| Norton Rose Fulbright | Esperti | N. | Shannon | Associate | Dallas | 2010 | 2010 | TX | $685.00 |
| Hunton Andrews Kurth LLP | Guffy | Michael | Philip | Associate | Houston | 2015 | 2016 | NY | $685.00 |
| Jackson Walker LLP | Lotay | S. | Jesse | Partner | San Antonio | 2006 | 2006 | MO | $685.00 |
| Baker & Hostetler LLP | Schroeder | A. | Robert | Partner | Dallas | 2004 | 2004 | MA | $685.00 |
| Jackson Walker LLP | Silver | M. | Kathrine | Partner | Houston | 1999 | 1999 | TX | $685.00 |
| Foley & Lardner LLP | Adlerstein | Dovi | Chaim | Partner | Dallas | 1999 | 2000 | CA | $680.00 |
| Latham & Watkins LLP | Standley | X. | Yakun | Associate | Houston | 2019 | 2019 | TX | $680.00 |
| Baker Botts LLP | Fuentes | C. | Maria | Associate | Houston | 2019 | 2019 | TX | $675.00 |
| Baker Botts LLP | Gabriel | E. | Derek | Associate | Dallas | 2019 | 2019 | TX | $675.00 |
| Fox Rothschild LLP | Monsour | A. | Trey | Partner | Dallas | 1989 | 1990 | TX | $675.00 |
| Foley & Lardner LLP | Oran | L. | Ronald | Partner | Houston | 2003 | 2005 | NY | $675.00 |
| Foley & Lardner LLP | Scannell | Charles | Thomas | Partner | Dallas | 2009 | 2009 | TX | $675.00 |
| Holland & Knight LLP | Schmid | H. | Megan | Partner | Houston | 2010 | 2010 | TX | $675.00 |
| Haynes and Boone, LLP | Staab | L. | David | Associate | Fort Worth | 2014 | 2014 | TX | $675.00 |
| Haynes and Boone, LLP | Stoner | J. | Michael | Associate | Dallas | 2009 | 2010 | TX | $675.00 |
| Baker Botts LLP | Young | N. | Megan | Associate | Houston | 2019 | 2019 | TX | $675.00 |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Cassidy | John | Eric | Partner | Houston | 2001 | 2001 | NY | $675.00 |
| Husch Blackwell LLP | Rudman | Lynn | Jody | Partner | Austin | 1993 | 1993 | IL | $675.00 |
| Greenberg Traurig LLP | Hersh | W. | Alan | Associate | Austin | 2011 | 2012 | TX | $670.00 |
| Baker Botts LLP | Chiu | | Kevin | Associate | Dallas | 2018 | 2018 | TX | $665.00 |
| Norton Rose Fulbright | Harrison | G. | Julie | Associate | Houston | 2014 | 2014 | TX | $665.00 |
| Hunton Andrews Kurth LLP | Malouf | P. | Aliza | Associate | Dallas | 2009 | 2009 | NY | $665.00 |
| Baker Botts LLP | Rui | X. | Snow | Associate | Dallas | 2018 | 2018 | TX | $665.00 |
| Baker & Hostetler LLP | Saikin | S. | Gregory | Partner | Houston | 2005 | 2005 | TX | $665.00 |
| Norton Rose Fulbright | Smith | L. | Laura | Associate | Dallas | 2008 | 2008 | TX | $665.00 |
| Norton Rose Fulbright | Harrison | G. | Julie | Associate | Houston | 2014 | 2014 | TX | $655.00 |
| Holland & Knight LLP | Levitt | J. | Steven | Associate | Dallas | 2014 | 2014 | TX | $655.00 |
| Kirkland & Ellis LLP | Nelson | L. | Brennon | Associate | Houston | 2021 | 2021 | TX | $655.00 |
| Clark Hill Strasburger | Roberts | | Stephen A. | Equity Partner | Austin | 1982 | 1982 | TX | $655.00 |

| Valeo Partners Attorney Hourly Rate and AFA Database - 2021 Texas Partners and Associates Rates (data as of June 24, 2022) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Firm | Last Name | Middle Name | First Name | Position | City | Grad Year | Bar Year | Bar State | 2021 Standard Rate |
| Simpson Thacher & Bartlett LLP | Salamone | H. | Enzo | Associate | Houston | 2021 | 2021 | TX | $655.00 |
| Norton Rose Fulbright | Smith | L. | Laura | Associate | Dallas | 2008 | 2008 | TX | $655.00 |
| Kelley Drye & Warren LLP | Wilson | T. | Sean | Associate | Houston | 2014 | 2014 | TX | $655.00 |
| Kirkland & Ellis LLP | Zakhary | D. | William | Associate | Houston | 2021 | 2021 | TX | $655.00 |
| Ogletree, Deakins, Nash, Smoak & Stewart, P.C. | Chapman | W. | Ronald | Partner | Dallas | 1995 | 1995 | TX | $650.00 |
| Ogletree, Deakins, Nash, Smoak & Stewart, P.C. | Chapman | W. | Ronald | Equity Partner | Dallas | 1995 | 1995 | TX | $650.00 |
| Jackson Walker LLP | Gilman | J. | Luke | Partner | Houston | 2010 | 2010 | TX | $650.00 |
| Haynes and Boone, LLP | Green | | Carla | Associate | Dallas | 2015 | 2015 | TX | $650.00 |
| Holland & Knight LLP | Pirraglia | F. | Anthony | Partner | Houston | 2010 | 2011 | NY | $650.00 |
| Spencer Fane LLP | Pronske | M. | Gerrit | Partner | Dallas | 1983 | 1984 | TX | $650.00 |
| Eversheds Sutherland | Sherrill | D. | Mark | Partner | Houston | 1999 | 1999 | VA | $650.00 |
| Greenberg Traurig LLP | Weir | R. | Jared | Associate | Houston | 2010 | 2012 | TX | $650.00 |
| Sullivan & Cromwell LLP | Yu | | Meng | Associate | Austin | 2020 | | PENDING | $650.00 |
| Holland & Knight LLP | Bailey | | Christopher | Associate | Dallas | 2018 | 2018 | TX | $645.00 |
| McDermott Will & Emery LLP | Caradonna | M. | Haley | Associate | Dallas | 2021 | 2021 | TX | $645.00 |
| Eversheds Sutherland | Sherrill | D. | Mark | Partner | Houston | 1999 | 1999 | VA | $645.00 |
| White & Case LLP | Wang | | Yuxi | Associate | Houston | 2020 | 2020 | TX | $645.00 |
| Eversheds Sutherland | Wang | | Shenghao | Associate | Austin | 2020 | 2020 | TX | $645.00 |
| Jackson Walker LLP | Wertz | H. | Jennifer | Partner | Austin | 2011 | 2011 | TX | $645.00 |
| Vinson & Elkins LLP | Shallman | C. | Erik | Associate | Austin | 2014 | 2014 | CA | $645.00 |
| Foley & Lardner LLP | Babcock | J. | Christopher | Partner | Dallas | 2011 | 2011 | TX | $640.00 |
| Baker & Hostetler LLP | Donaho | A. | Thomas | Partner | Houston | 2011 | 2011 | TX | $640.00 |
| Ogletree, Deakins, Nash, Smoak & Stewart, P.C. | Griggs | A. | Bruce | Equity Partner | Austin | 1989 | 1989 | TX | $640.00 |
| Foley & Lardner LLP | Miller | R. | Terrell | Partner | Houston | 2004 | 2004 | TX | $640.00 |
| DLA Piper LLP (US) | Waite | Allen | Mark | Partner | Houston | 1994 | 1994 | TX | $640.00 |
| Foley & Lardner LLP | Chibli | | Aaron | Associate | Dallas | 2015 | 2015 | TX | $635.00 |
| Foley & Lardner LLP | Marx | C. | Brandon | Associate | Beaumont | 2015 | 2015 | TX | $635.00 |
| Jackson Walker LLP | Peguero | M. | Kristhy | Partner | Houston | 2006 | 2006 | DE | $635.00 |
| Locke Lord LLP | Humeniuk | J. | Stephen | Associate | Austin | 2013 | 2013 | TX | $635.00 |
| Weil, Gotshal & Manges LLP | Estrada | D. | Angela | Associate | Dallas | 2020 | 2020 | TX | $630.00 |
| Weil, Gotshal & Manges LLP | Hosch | B. | Patrick | Associate | Dallas | 2020 | 2021 | TX | $630.00 |
| Weil, Gotshal & Manges LLP | Keller | Todd | William | Associate | Dallas | 2020 | 2020 | TX | $630.00 |
| Weil, Gotshal & Manges LLP | Smith | | Samantha | Associate | Dallas | 2020 | 2020 | IL | $630.00 |
| Faegre Drinker Biddle & Reath LLP | Sylva | S. | Sondra | Partner | Dallas | 2001 | 2001 | TX | $630.00 |
| Kirkland & Ellis LLP | Benham | | Nicholas | Associate | Houston | 2020 | 2021 | TX | $625.00 |
| Kirkland & Ellis LLP | Chavez | | Evan | Associate | Austin | 2020 | 2020 | TX | $625.00 |
| Akin Gump Strauss Hauer & Feld LLP | Cochrane | A. | Richard | Associate | Dallas | 2019 | 2019 | TX | $625.00 |
| Kirkland & Ellis LLP | Del Priore | J. | Austin | Associate | Dallas | 2020 | 2020 | TX | $625.00 |
| Kirkland & Ellis LLP | deLorimier | | Andrea | Associate | Dallas | 2020 | 2020 | TX | $625.00 |
| Kirkland & Ellis LLP | Dougherty | P. | Jack | Associate | Dallas | 2020 | 2020 | TX | $625.00 |
| Akin Gump Strauss Hauer & Feld LLP | Eva | E. | Alyx | Associate | Houston | 2019 | 2019 | TX | $625.00 |
| Kirkland & Ellis LLP | Fife | D. | Paul | Associate | Houston | 2020 | 2020 | UT | $625.00 |
| DLA Piper LLP (US) | Garrett | A. | Maria | Associate | Dallas | 2016 | 2016 | TX | $625.00 |
| Pachulski Stang Ziehl & Jones LLP | Golden | W. | Steven | Associate | Houston | 2014 | 2015 | MD | $625.00 |
| Baker & Hostetler LLP | Grant | C. | Ashlee | Partner | Houston | 2010 | 2010 | LA | $625.00 |
| Kirkland & Ellis LLP | Hall | M. | Cassidy | Associate | Dallas | 2020 | 2020 | TX | $625.00 |
| Akin Gump Strauss Hauer & Feld LLP | High | M. | Haley | Associate | Dallas | 2019 | 2019 | TX | $625.00 |
| Kirkland & Ellis LLP | Inclan | Charles | R. | Associate | Houston | 2020 | 2020 | TX | $625.00 |
| Shearman & Sterling LLP | Jaksa | | Kyle | Associate | Dallas | 2020 | 2020 | TX | $625.00 |
| Kirkland & Ellis LLP | Johnson | | Austin | Associate | Houston | 2020 | 2020 | TX | $625.00 |
| Kirkland & Ellis LLP | Khan | | Yasin | Associate | Houston | 2020 | 2021 | TX | $625.00 |
| Kirkland & Ellis LLP | Lyons | | Colton | Associate | Houston | 2020 | 2020 | TX | $625.00 |
| Kirkland & Ellis LLP | Manser | C. | Dominic | Associate | Houston | 2020 | 2021 | TX | $625.00 |
| Kirkland & Ellis LLP | Medina | D. | Josue | Associate | Houston | 2020 | 2020 | TX | $625.00 |
| Kirkland & Ellis LLP | Mele | | Brett | Associate | Houston | 2020 | 2020 | TX | $625.00 |
| Baker & Hostetler LLP | Muranovic | | Lana | Partner | Houston | 2010 | 2010 | TX | $625.00 |
| Kirkland & Ellis LLP | Olutoye | | Tomi | Associate | Houston | 2020 | 2020 | TX | $625.00 |
| Kirkland & Ellis LLP | Owen | M. | Graham | Associate | Houston | 2015 | 2015 | NC | $625.00 |
| Akin Gump Strauss Hauer & Feld LLP | Peek | | Erin | Associate | Dallas | 2019 | 2019 | TX | $625.00 |
| Kirkland & Ellis LLP | Pincock | | Ashley | Associate | Houston | 2020 | 2020 | TX | $625.00 |
| Kirkland & Ellis LLP | Richey | A. | Hunter | Associate | Houston | 2020 | 2020 | TX | $625.00 |
| Husch Blackwell LLP | Rios | A. | Randall | Partner | Houston | 1988 | 1988 | TX | $625.00 |
| Jackson Walker LLP | Romero | A. | Joshua | Partner | Austin | 2004 | 2004 | TX | $625.00 |
| Kirkland & Ellis LLP | Sloan | M. | Trevor | Associate | Houston | 2020 | 2020 | TX | $625.00 |
| Kirkland & Ellis LLP | Stenglein | M. | Jessica | Associate | Houston | 2020 | 2020 | TX | $625.00 |
| Baker & Hostetler LLP | Thomas | C. | Joshua | Partner | Houston | 2008 | 2008 | TX | $625.00 |
| Kirkland & Ellis LLP | Turchetti | | Cecilia | Associate | Houston | 2020 | 2020 | TX | $625.00 |
| Kirkland & Ellis LLP | Wang | | Markus | Associate | Houston | 2020 | 2020 | TX | $625.00 |
| Vinson & Elkins LLP | Hebert | R. | Trey | Associate | Austin | 2015 | 2015 | TX | $625.00 |
| Husch Blackwell LLP | Watts | J. | Jameson | Partner | Houston | 2011 | 2011 | TX | $625.00 |
| Haynes and Boone, LLP | Wyrick | | Martha | Associate | Houston | 2016 | 2016 | TX | $620.00 |
| McDermott Will & Emery LLP | Perry | T. | Shelby | Associate | Dallas | 2018 | 2018 | TX | $620.00 |
| Latham & Watkins LLP | Cannon | Michael | Matthew | Associate | Houston | 2020 | 2020 | TX | $615.00 |
| Latham & Watkins LLP | Kmetz | S. | Joseph | Associate | Houston | 2019 | 2020 | TX | $615.00 |
| Waller Lansden Dortch & Davis LLP | Taylor | C. | Mark | Partner | Austin | 1987 | 1987 | TX | $615.00 |
| Baker Botts LLP | Chiu | | Kevin | Associate | Dallas | 2018 | 2018 | TX | $615.00 |
| Latham & Watkins LLP | Swartz | | Kirby | Associate | Houston | 2020 | 2020 | TX | $614.00 |
| Latham & Watkins LLP | Kmetz | S. | Joseph | Associate | Houston | 2019 | 2020 | TX | $612.00 |
| Kirkland & Ellis LLP | Benham | | Nicholas | Associate | Houston | 2020 | 2021 | TX | $610.00 |
| Sidley Austin LLP | Braddock | S. | Allen | Associate | Houston | 2020 | 2020 | TX | $610.00 |
| Greenberg Traurig LLP | Collins | W. | Emily | Associate | Austin | 2016 | 2016 | TX | $610.00 |
| Sidley Austin LLP | Franks | V. | Sophie | Associate | Dallas | 2020 | 2020 | TX | $610.00 |
| Sidley Austin LLP | George | | Nidhi | Associate | Dallas | 2020 | 2020 | TX | $610.00 |
| Sidley Austin LLP | Nifong | B. | Taylor | Associate | Dallas | 2020 | 2020 | TX | $610.00 |
| Kirkland & Ellis LLP | Owen | M. | Graham | Associate | Houston | 2015 | 2015 | NC | $610.00 |
| Sidley Austin LLP | Patterson | M. | Amanda | Associate | Dallas | 2020 | 2020 | TX | $610.00 |
| Sidley Austin LLP | Portnoy | T. | Adrienn | Associate | Dallas | 2021 | 2021 | TX | $610.00 |
| Baker Botts LLP | Wallace | L. | Kirstie | Associate | Dallas | 2019 | 2019 | TX | $610.00 |
| Winston & Strawn LLP | Niedzwiecki | P. | John | Associate | Houston | 2019 | 2019 | TX | $610.00 |
| K&L Gates LLP | Smith | J. | Brian | Associate | Dallas | 2008 | 2008 | TX | $605.00 |
| Foley & Lardner LLP | Song | | Eunice | Partner | Houston | 2006 | 2006 | TX | $605.00 |
| Vinson & Elkins LLP | Bittar | R. | Jack | Associate | Austin | 2016 | 2016 | TX | $605.00 |

| Valeo Partners Attorney Hourly Rate and AFA Database - 2021 Texas Partners and Associates Rates (data as of June 24, 2022) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Firm | Last Name | Middle Name | First Name | Position | City | Grad Year | Bar Year | Bar State | 2021 Standard Rate |
| Vinson & Elkins LLP | Mason | G. | Leslie | Associate | Houston | 2016 | 2016 | TX | $605.00 |
| Husch Blackwell LLP | Butler | Hamilton | Lynn | Partner | Austin | 1991 | 1991 | TX | $600.00 |
| Holland & Knight LLP | Keator | D. | Todd | Partner | Dallas | 2002 | 2002 | TX | $600.00 |
| Holland & Knight LLP | Zabarauskas | J. | Bruce | Partner | Dallas | 1988 | 1988 | NY | $600.00 |
| Eversheds Sutherland | Baay | A. | David | Partner | Houston | 2000 | 2000 | TX | $595.00 |
| Reed Smith LLP | Blount | L. | Cheryl | Associate | Houston | 2011 | 2011 | TX | $595.00 |
| Shearman & Sterling LLP | Jaksa | | Kyle | Associate | Dallas | 2020 | 2020 | TX | $595.00 |
| Reed Smith LLP | Wissinger | J. | Andrew | Associate | Houston | 2011 | 2011 | PA | $595.00 |
| Norton Rose Fulbright | Wolf | D. | Emily | Associate | Austin | 2017 | 2017 | TX | $595.00 |
| Sidley Austin LLP | Jenka | | Peter | Associate | Dallas | 2020 | 2020 | TX | $590.00 |
| Reed Smith LLP | Forbes | J. | Michael | Associate | Houston | 2010 | 2010 | TX | $587.80 |
| Jackson Walker LLP | Anaya | F. | Vienna | Associate | Dallas | 2016 | 2016 | TX | $585.00 |
| Jackson Walker LLP | Argeroplos | N. | Victoria | Associate | Houston | 2017 | 2017 | TX | $585.00 |
| Reed Smith LLP | Aurzada | M. | Keith | Partner | Dallas | 1996 | 1996 | CO | $585.00 |
| Baker & Hostetler LLP | Bernard | E. | Zachary | Associate | Houston | 2010 | 2010 | TX | $585.00 |
| Morgan, Lewis & Bockius LLP | Duncan | A. Monica | Nakisha | Associate | Houston | 2017 | 2018 | NY | $585.00 |
| Baker & Hostetler LLP | Jiwani | N. | Sabrina | Associate | Houston | 2012 | 2013 | NY | $585.00 |
| Baker & Hostetler LLP | Jones | K. | Bradley | Associate | Houston | 2007 | 2007 | TX | $585.00 |
| Jackson Walker LLP | Polnick | A. | Veronica | Associate | Houston | | 2011 | TX | $585.00 |
| Baker & Hostetler LLP | Smith | Y. | Shanisha | Associate | Houston | 2013 | 2013 | CO | $585.00 |
| Jackson Walker LLP | Vesely | | Alicia | Associate | Austin | 2018 | 2019 | TX | $585.00 |
| Baker & Hostetler LLP | Weaver | E. | Casey | Associate | Houston | 2013 | 2013 | TX | $585.00 |
| Jackson Walker LLP | Yancy | K. | Austin | Associate | Houston | 2018 | 2018 | TX | $585.00 |
| Norton Rose Fulbright | Kimball-Stanley | | Arthur | Associate | Austin | 2010 | 2010 | MA | $580.00 |
| Clark Hill Strasburger | Ajmera | P. | Sujata | Equity Partner | Austin | 2005 | 2005 | TX | $575.00 |
| Husch Blackwell LLP | Butler | Hamilton | Lynn | Equity Partner | Austin | 1991 | 1991 | TX | $575.00 |
| Husch Blackwell LLP | Butler | Hamilton | Lynn | Partner | Austin | 1991 | 1991 | TX | $575.00 |
| Holland & Knight LLP | Chauvin | L. | Christopher | Partner | Dallas | 2004 | 2004 | TX | $575.00 |
| Hunton Andrews Kurth LLP | Diktaban | A. | Catherine | Associate | Houston | 2018 | 2018 | TX | $575.00 |
| Reed Smith LLP | Robin | L. | Lindsey | Associate | Dallas | 2015 | 2015 | TX | $575.00 |
| Parkins & Rubio LLP | Shannon | J. | R. | Associate | Austin | 2013 | 2014 | MD | $575.00 |
| DLA Piper LLP (US) | Solberg | D. | Brett | Associate | Houston | 2009 | 2009 | TX | $575.00 |
| Jones Day | Velez | | Hector | Associate | Dallas | 2018 | 2018 | TX | $575.00 |
| Holland & Knight LLP | Weibel | | Mark | Partner | Dallas | 1991 | 1991 | OK | $575.00 |
| Eversheds Sutherland | Boldt | A. | Michael | Partner | Austin | 2008 | 2008 | TX | $570.00 |
| Locke Lord LLP | Humeniuk | J. | Stephen | Associate | Austin | 2013 | 2013 | TX | $570.00 |
| Faegre Drinker Biddle & Reath LLP | Perry | Levon | Kristen | Associate | Dallas | 2014 | 2014 | TX | $570.00 |
| Norton Rose Fulbright | Recchini | G. | Constanza | Associate | Houston | 2018 | 2018 | TX | $570.00 |
| Eversheds Sutherland | Stuart | B. | Jeffrey | Partner | Austin | 2008 | 2008 | FL | $570.00 |
| Greenberg Traurig LLP | Jacobsen | M. | Kristen | Associate | Houston | 2017 | 2017 | TX | $560.00 |
| Akin Gump Strauss Hauer & Feld LLP | Gafford | M. | Madison | Associate | Dallas | 2020 | 2020 | TX | $555.00 |
| Akin Gump Strauss Hauer & Feld LLP | Hamilton | | Charles | Associate | Dallas | 2021 | 2021 | TX | $555.00 |
| Akin Gump Strauss Hauer & Feld LLP | Jeffcoat | M. | Christina | Associate | Dallas | 2020 | 2020 | TX | $555.00 |
| Akin Gump Strauss Hauer & Feld LLP | Tomalty | Conor | R. | Associate | Houston | 2020 | 2020 | TX | $555.00 |
| Jones Day | Baker | Duggan | D. | Associate | Houston | 2019 | 2019 | TX | $550.00 |
| Jones Day | Bedell | | Hailey | Associate | Dallas | 2021 | 2021 | TX | $550.00 |
| Baker Botts LLP | Bhan | K. | Nischay | Associate | Houston | 2017 | 2017 | TX | $550.00 |
| Husch Blackwell LLP | Klein | E. | Buffey | Partner | Dallas | 2001 | 2001 | TX | $550.00 |
| Baker Botts LLP | Saadi | Y. | Munir | Associate | Houston | 2017 | 2017 | TX | $550.00 |
| Jones Day | Villari | | Timothy | Associate | Dallas | 2021 | 2021 | TX | $550.00 |
| Foley & Lardner LLP | Mason | | Jessica | Partner | Houston | 2005 | 2005 | TX | $547.60 |
| Haynes and Boone, LLP | Chavez | | Jordan | Associate | Dallas | 2018 | 2018 | TX | $545.00 |
| Norton Rose Fulbright | Craig | L. | Peyton | Associate | Houston | 2018 | 2018 | TX | $545.00 |
| Haynes and Boone, LLP | Dutton | O. | Wesley | Associate | Dallas | 2018 | 2018 | TX | $545.00 |
| Baker Botts LLP | Eftekhar | | Arsalan | Associate | Houston | 2020 | 2020 | TX | $545.00 |
| Norton Rose Fulbright | Graham | W. | Ryan | Associate | Houston | 2019 | 2019 | TX | $545.00 |
| Dykema Gossett P.L.L.C. | Huffstickler | L. | Patrick | Equity Partner | San Antonio | 1986 | 1986 | TX | $545.00 |
| Husch Blackwell LLP | Klein | E. | Buffey | Partner | Dallas | 2001 | 2001 | TX | $540.00 |
| Pillsbury Winthrop Shaw Pittman LLP | Dickinson | James | L. | Associate | Houston | 2017 | 2017 | TX | $535.00 |
| Foley & Lardner LLP | Drake | K. | Abigail | Associate | Dallas | 2017 | 2017 | TX | $535.00 |
| Foley & Lardner LLP | Gonzalez | A. | Jessica | Associate | Houston | 2012 | 2012 | TX | $535.00 |
| Foley & Lardner LLP | Poynter | L. | Austin | Associate | Dallas | 2016 | 2016 | TX | $535.00 |
| Foley & Lardner LLP | Watkins | C. | Ryan | Associate | Houston | 2013 | 2014 | MI | $535.00 |
| Husch Blackwell LLP | Watts | J. | Jameson | Partner | Houston | 2011 | 2011 | TX | $530.00 |
| Kelly Hart & Hallman LLP | Bishop | E. | Mark | Partner | Fort Worth | 1987 | 1987 | TX | $525.00 |
| Jones Day | Johnson | W. | Paul | Associate | Dallas | 2016 | 2016 | TX | $525.00 |
| Jackson Walker LLP | Secord | A. | Cameron | Associate | Houston | 2017 | 2017 | TX | $525.00 |
| Greenberg Traurig LLP | Stearns | | Sarah-Michelle | Associate | Dallas | 2016 | 2016 | TX | $525.00 |
| Holland & Knight LLP | Young | | Samuel | Partner | Dallas | 2012 | 2012 | OH | $520.00 |
| Locke Lord LLP | Boylan | | Eric | Associate | Houston | 2017 | 2017 | TX | $515.00 |
| Husch Blackwell LLP | Klein | E. | Buffey | Partner | Dallas | 2001 | 2001 | TX | $510.00 |
| Spencer Fane LLP | Van Horn | M. | Eric | Partner | Dallas | 2005 | 2005 | TX | $510.00 |
| Reed Smith LLP | Zachry | K. | Paul | Associate | Houston | 2018 | 2018 | TX | $510.00 |
| Waller Lansden Dortch & Davis LLP | Cunha | R. | Andrea | Partner | Austin | 2007 | 2007 | FL | $505.00 |
| Norton Rose Fulbright | Graham | W. | Ryan | Associate | Houston | 2019 | 2019 | TX | $505.00 |
| Norton Rose Fulbright | Sepulveda | W. | Daniel | Associate | Dallas | 2019 | 2019 | TX | $505.00 |
| Norton Rose Fulbright | Velasquez | Felipe | Juan | Associate | Houston | 2019 | 2019 | TX | $505.00 |
| Locke Lord LLP | Bryant | Steven | W. | Partner | Houston | 2000 | 2000 | TX | $500.00 |
| Holland & Knight LLP | Garber | B. | Abbey | Partner | Dallas | 1985 | 1985 | TX | $500.00 |
| Husch Blackwell LLP | Klein | E. | Buffey | Partner | Dallas | 2001 | 2001 | TX | $500.00 |
| Frost Brown Todd LLC | Platt | A. | Mark | Equity Partner | Dallas | 1994 | 1994 | TX | $500.00 |
| Michael Best & Friedrich LLP | Ressler | J. | Richard | Partner | Austin | 1977 | 1979 | NY | $500.00 |
| Beck Redden LLP | Roberts | Benjamin | Alex | Partner | Houston | 2006 | 2006 | TX | $500.00 |
| Jones Day | Solis | A. | Juan | Associate | Dallas | 2020 | 2020 | TX | $500.00 |
| Haynes and Boone, LLP | Trausch | A. | David | Associate | Houston | 2018 | 2019 | TX | $500.00 |
| Haynes and Boone, LLP | Zavala | | Tom | Associate | Dallas | 2019 | 2019 | TX | $500.00 |
| Jones Day | Cleary | C. | Seth | Associate | Dallas | 2020 | 2020 | TX | $500.00 |
| Neal, Gerber & Eisenberg LLP | Graber | S. | Nicholas | Associate | Dallas | 2015 | 2016 | IL | $500.00 |
| Jackson Walker LLP | Argeroplos | N. | Victoria | Associate | Houston | 2017 | 2017 | TX | $495.00 |
| Kelly Hart & Hallman LLP | Cawyer | D. | Russell | Partner | Fort Worth | 1995 | 1995 | TX | $495.00 |
| Kelly Hart & Hallman LLP | Howe | E. | Christopher | Partner | Fort Worth | 1986 | 1986 | TX | $495.00 |
| Foley & Lardner LLP | Lawsage | M. | Drake | Associate | Houston | 2016 | 2016 | TX | $495.00 |

| Valeo Partners Attorney Hourly Rate and AFA Database - 2021 Texas Partners and Associates Rates (data as of June 24, 2022) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Firm | Last Name | Middle Name | First Name | Position | City | Grad Year | Bar Year | Bar State | 2021 Standard Rate |
| Holland & Knight LLP | Oliver | L. | Jackson | Associate | Dallas | 2017 | 2017 | TX | $495.00 |
| Foley & Lardner LLP | Osburn | E. | Danielle | Associate | Houston | 2016 | 2016 | TX | $495.00 |
| Eversheds Sutherland | Zerwas | M. | John | Associate | Austin | 2008 | 2008 | TX | $495.00 |
| Reed Smith LLP | Morad | A. | Ramy | Associate | Dallas | 2015 | 2016 | TX | $490.00 |
| Reed Smith LLP | Dal Col | J. | Devan | Associate | Dallas | 2019 | 2019 | TX | $485.00 |
| Reed Smith LLP | Dekema | M.G. | Brandon | Associate | Dallas | 2021 | 2021 | TX | $485.00 |
| Jackson Walker LLP | Hutchins | C. | Kathleen | Associate | Austin | 2018 | 2018 | TX | $485.00 |
| Norton Rose Fulbright | McGinley | P. | Sean | Associate | Austin | 2019 | 2019 | TX | $485.00 |
| Norton Rose Fulbright | Smith | J. | Clinton | Associate | Austin | 2019 | 2019 | TX | $485.00 |
| Hunton Andrews Kurth LLP | Regan | | Kelli | Associate | Houston | 2020 | 2020 | TX | $485.00 |
| Locke Lord LLP | Williams | F. | Kimberly | Partner | Dallas | 2005 | 2005 | TX | $483.00 |
| Reed Smith LLP | Dulaney | | Keely | Associate | Houston | 2019 | 2019 | TX | $480.00 |
| Reed Smith LLP | Gipson | J. | Neimann | Associate | Houston | 2020 | 2021 | TX | $480.00 |
| Shook, Hardy & Bacon L.L.P. | Frazier | | Kathleen | Partner | Houston | 2003 | 2004 | TX | $479.90 |
| Shook, Hardy & Bacon L.L.P. | James | A. | Scott | Partner | Houston | 2001 | 2001 | TX | $475.60 |
| Norton Rose Fulbright | Aguilar Dominguez | A. | Paloma | Associate | Houston | 2020 | 2020 | TX | $475.00 |
| Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Chambers | E. | Bradley | Equity Partner | Houston | 1997 | 1997 | TX | $475.00 |
| Husch Blackwell LLP | Curtis | A. | Catherine | Associate | Dallas | 2015 | 2016 | TX | $475.00 |
| Holland & Knight LLP | Gardberg | A. | Manuel | Associate | Houston | 2014 | 2014 | TX | $475.00 |
| Holland & Knight LLP | Hussain | | Murtuza | Associate | Houston | 2016 | 2016 | TX | $475.00 |
| Norton Rose Fulbright | MacDonald | J. | Lillian | Associate | Houston | 2021 | 2021 | TX | $475.00 |
| Norton Rose Fulbright | Persson | | Emma | Associate | Dallas | 2018 | 2018 | TX | $475.00 |
| Michael Best & Friedrich LLP | Ressler | J. | Richard | Partner | Austin | 1977 | 1979 | NY | $475.00 |
| Foley & Lardner LLP | Shanks | F. | Emily | Associate | Dallas | 2018 | 2018 | TX | $475.00 |
| Norton Rose Fulbright | Soliz | J. | Megan | Associate | Dallas | 2019 | 2019 | TX | $475.00 |
| Husch Blackwell LLP | Hayes | Elizabeth | Lauren | Associate | Austin | 2013 | 2013 | TX | $475.00 |
| Norton Rose Fulbright | Sivils | A. | John | Associate | Dallas | 2020 | 2020 | TX | $470.00 |
| Foley & Lardner LLP | Smith | A. | Brantley | Associate | Dallas | 2018 | 2018 | TX | $470.00 |
| Norton Rose Fulbright | St. George | | Kevin | Associate | Houston | 2020 | 2020 | TX | $470.00 |
| Norton Rose Fulbright | Weatherspoon | | Vanisha | Associate | Austin | 2020 | 2020 | TX | $470.00 |
| Polsinelli PC | Barlow | L. | Savanna | Associate | Dallas | 2018 | 2018 | TX | $468.00 |
| Holland & Knight LLP | Bailey | | Christopher | Associate | Dallas | 2018 | 2018 | TX | $465.00 |
| Duane Morris LLP | Harle | T. | Paul | Associate | Austin | 2013 | 2013 | TX | $465.00 |
| Kelly Hart & Hallman LLP | Hill | M. | Brandon | Partner | Fort Worth | 2006 | 2006 | TX | $465.00 |
| Vinson & Elkins LLP | Melancon | J. | Matthew | Associate | Austin | 2018 | 2018 | TX | $460.00 |
| Haynes and Boone, LLP | Van Osselaer | P. | Andrew | Associate | Austin | 2018 | 2018 | TX | $460.00 |
| King & Spalding LLP | Bailey | D. | Melvin | Partner | Austin | 1987 | 1987 | TX | $458.00 |
| Foley & Lardner LLP | Bales | N. | Melina | Associate | Dallas | 2017 | 2017 | TX | $455.00 |
| Foley & Lardner LLP | Drake | K. | Abigail | Associate | Dallas | 2017 | 2017 | TX | $455.00 |
| Norton Rose Fulbright | Schamel | A. | Luke | Associate | Houston | 2017 | 2017 | TX | $455.00 |
| Norton Rose Fulbright | Sippel | W. | Chase | Associate | Austin | 2021 | 2021 | TX | $455.00 |
| Norton Rose Fulbright | Berthiaume | | Michael | Associate | Fort Worth | 2019 | 2019 | TX | $450.00 |
| Thompson Coburn LLP | Clark | B. | Katharine | Partner | Dallas | 2004 | 2004 | TX | $450.00 |
| Hayward PLLC | Hayward | S. | Melissa | Equity Partner | Dallas | 2005 | 2005 | TX | $450.00 |
| Hayward PLLC | Hayward | S. | Melissa | Partner | Dallas | 2005 | 2005 | TX | $450.00 |
| Cole Schotz P.C. | Hsu | N. | Sean | Equity Partner | Dallas | 2007 | 2007 | TX | $450.00 |
| Spencer Fane LLP | Kathman | P. | Jason | Partner | Dallas | 2009 | 2009 | TX | $450.00 |
| Norton Rose Fulbright | Mokrzycka | | Maria | Associate | Houston | 2019 | 2019 | TX | $450.00 |
| Cole Schotz P.C. | Patel | H. | Vishal | Equity Partner | Dallas | 2008 | 2008 | TX | $450.00 |
| Haynes and Boone, LLP | Schindler | Benjamin | S. | Associate | Dallas | 2020 | 2020 | TX | $450.00 |
| Parkins & Rubio LLP | Shannon | J. | R. | Associate | Austin | 2013 | 2014 | MD | $450.00 |
| Cole Schotz P.C. | Sorden | R. | Gary | Equity Partner | Dallas | 2008 | 2008 | TX | $450.00 |
| Cole Schotz P.C. | Vinnakota | | Rajkumar | Equity Partner | Dallas | 2003 | 2003 | TX | $450.00 |
| Cole Schotz P.C. | Walker | W. | James | Equity Partner | Dallas | 1985 | 1985 | TX | $450.00 |
| Squire Patton Boggs | Weiland | Cass | S. | Partner | Dallas | 1973 | 1973 | TX | $450.00 |
| Pillsbury Winthrop Shaw Pittman LLP | Dickinson | James | L. | Associate | Houston | 2017 | 2017 | TX | $444.05 |
| Foley & Lardner LLP | Bahlinger | C. | Brooke | Associate | Dallas | 2019 | 2019 | TX | $440.00 |
| Jackson Walker LLP | Dickson | C. | David | Associate | Houston | 2018 | 2019 | TX | $440.00 |
| Foley & Lardner LLP | Jones | A. | Stephen | Associate | Dallas | 2019 | 2019 | TX | $440.00 |
| Eversheds Sutherland | Machado | M. | Kelsey | Associate | Houston | 2011 | 2011 | TX | $440.00 |
| Ogletree, Deakins, Nash, Smoak & Stewart, P.C. | Martinson | S. | Gavin | Equity Partner | Dallas | 2005 | 2006 | CA | $440.00 |
| Waller Lansden Dortch & Davis LLP | Nix | R. | William | Associate | Austin | 2014 | 2014 | TX | $440.00 |
| Polsinelli PC | Esposito | F. | Joseph | Associate | Dallas | 2012 | 2012 | TX | $436.50 |
| Jackson Walker LLP | Cameron | L. | Courtney | Associate | Austin | 2021 | 2021 | TX | $435.00 |
| Jackson Walker LLP | Gonzalez | | Javier | Associate | Houston | 2021 | 2021 | TX | $435.00 |
| Jackson Walker LLP | Mondragon | | Daniela | Associate | Houston | 2018 | 2018 | TX | $435.00 |
| Holland & Knight LLP | Murphy | H. | Sam | Associate | Dallas | 2017 | 2017 | TX | $435.00 |
| KPMG International Limited | Kimbrough | | Kevin | Associate | Houston | | | | $430.50 |
| Husch Blackwell LLP | Curtis | A. | Catherine | Associate | Dallas | 2015 | 2016 | TX | $430.00 |
| Eversheds Sutherland | Garza | E. | Catherine | Associate | Austin | 2014 | 2014 | TX | $430.00 |
| Norton Rose Fulbright | Goss | | Greer | Associate | Dallas | 2020 | 2020 | TX | $430.00 |
| Holland & Knight LLP | Rivers | K. | Cameron | Associate | Houston | 2019 | 2019 | TX | $430.00 |
| Waller Lansden Dortch & Davis LLP | Atkinson | J. | Evan | Associate | Austin | 2017 | 2017 | TX | $425.00 |
| Baker & Hostetler LLP | Cohen | A. | Andrea | Associate | Houston | 2018 | 2018 | TX | $425.00 |
| Reed Smith LLP | Dal Col | J. | Devan | Associate | Dallas | 2019 | 2019 | TX | $425.00 |
| Holland & Knight LLP | Dimock | T. | Alexander | Associate | Dallas | 2014 | 2015 | TX | $425.00 |
| Greenberg Traurig LLP | Franklin | | Gregory | Associate | Dallas | 2017 | 2017 | TX | $425.00 |
| Reed Smith LLP | Hardin | A. | Julie | Partner | Houston | 1999 | 1999 | TX | $425.00 |
| Kelly Hart & Hallman LLP | Neill | A. | James | Partner | Fort Worth | 2014 | 2014 | TX | $425.00 |
| Fishman Jackson Ronquillo PLLC | Pulliam | B. | Clay | Partner | Dallas | 2002 | 2002 | TX | $425.00 |
| Baker & Hostetler LLP | Trujillo | L. | Alexandra | Associate | Houston | 2018 | 2018 | TX | $425.00 |
| Greenberg Traurig LLP | Wortley | N. | Mackenzie | Associate | Dallas | 2018 | 2018 | TX | $425.00 |
| Polsinelli PC | Barlow | L. | Savanna | Associate | Dallas | 2018 | 2018 | TX | $423.00 |
| Cozen O'Connor | Gutmann | C. | Adam | Associate | Houston | 2010 | 2010 | TX | $420.00 |
| Foley & Lardner LLP | Shanks | F. | Emily | Associate | Dallas | 2018 | 2018 | TX | $420.00 |
| Foley & Lardner LLP | Khalaf | I. | George | Associate | Houston | 2018 | 2018 | TX | $419.19 |
| Baker & Hostetler LLP | Walton | A. | Ryan | Associate | Houston | 2007 | 2009 | DC | $415.00 |
| Baker & Hostetler LLP | Alexander | J. | Madison | Associate | Dallas | 2019 | 2019 | TX | $410.00 |
| Baker & Hostetler LLP | Dean | T. | Patrick | Associate | Dallas | 2019 | 2019 | TX | $410.00 |
| Ogletree, Deakins, Nash, Smoak & Stewart, P.C. | Harding | M. | Jasmine | Associate | Houston | 2016 | 2016 | TX | $410.00 |
| Polsinelli PC | Chilton | Douglas | Adam | Associate | Dallas | 2014 | 2014 | TX | $405.00 |
| Husch Blackwell LLP | O'Donnell | G. | Leanne | Associate | Austin | 2021 | 2021 | TX | $405.00 |

| Valeo Partners Attorney Hourly Rate and AFA Database - 2021 Texas Partners and Associates Rates (data as of June 24, 2022) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Firm | Last Name | Middle Name | First Name | Position | City | Grad Year | Bar Year | Bar State | 2021 Standard Rate |
| Husch Blackwell LLP | Curtis | A. | Catherine | Associate | Dallas | 2015 | 2016 | TX | $403.76 |
| Husch Blackwell LLP | Hayes | Elizabeth | Lauren | Associate | Austin | 2013 | 2013 | TX | $403.75 |
| Hayward PLLC | Annable | A. | Zachery | Equity Partner | Dallas | | | AL | $400.00 |
| Hayward PLLC | Annable | A. | Zachery | Partner | Dallas | | | AL | $400.00 |
| Holland & Knight LLP | Atkins | P. | John | Associate | Dallas | 2015 | 2015 | TX | $400.00 |
| Duane Morris LLP | Earl | | James | Associate | Austin | 2017 | 2017 | TX | $400.00 |
| Hayward PLLC | Hayward | S. | Melissa | Equity Partner | Dallas | 2005 | 2005 | TX | $400.00 |
| Locke Lord LLP | Janis | L. | Daron | Partner | Dallas | 2007 | 2007 | TX | $400.00 |
| Spencer Fane LLP | Kathman | P. | Jason | Partner | Dallas | 2009 | 2009 | TX | $400.00 |
| Locke Lord LLP | Mowrey | T. | Robert | Partner | Dallas | 1977 | 1977 | TX | $400.00 |
| Waller Lansden Dortch & Davis LLP | Nix | R. | William | Associate | Austin | 2014 | 2014 | TX | $400.00 |
| Fishman Jackson Ronquillo PLLC | Ralston | H. | Mark | Partner | Dallas | 1989 | 1990 | TX | $400.00 |
| Jackson Walker LLP | Seals | | Tiara | Associate | Houston | 2020 | 2020 | TX | $400.00 |
| Waller Lansden Dortch & Davis LLP | Stone | K. | Courtney | Associate | Houston | 2014 | 2014 | TX | $400.00 |
| Spencer Fane LLP | Zimmerman | W. | Brian | Partner | Houston | 1993 | 1993 | TX | $400.00 |
| Duane Morris LLP | Dinnin | Patrick | W. | Associate | Austin | 2015 | 2015 | TX | $395.00 |
| Gordon Rees Scully Mansukhani, LLP | Matthews | C. | Annie | Associate | Dallas | 2020 | 2020 | TX | $395.00 |
| Foley & Lardner LLP | Jones | A. | Stephen | Associate | Dallas | 2019 | 2019 | TX | $390.00 |
| Akerman LLP | Taveras | M. | Laura | Associate | Dallas | 2019 | 2020 | NY | $390.00 |
| Husch Blackwell LLP | Rajaratman | P. | Samuel | Associate | Austin | 2019 | 2019 | TX | $390.00 |
| Kelly Hart & Hallman LLP | Hopkins | T. | Katherine | Partner | Dallas | 2009 | 2009 | TX | $385.00 |
| Baker & Hostetler LLP | Leigh | F. | Reed | Associate | Houston | 2020 | 2020 | TX | $385.00 |
| Baker & Hostetler LLP | Lorenzo | | Sarah-Jane | Associate | Houston | 2021 | 2021 | OH | $385.00 |
| Baker & Hostetler LLP | Munz | T. | Macy | Associate | Houston | 2021 | 2021 | TX | $385.00 |
| Holland & Knight LLP | Pacher | M. | Ryan | Associate | Houston | 2020 | 2020 | TX | $385.00 |
| Dykema Gossett P.L.L.C. | Owens | A. | Kyle | Equity Partner | Dallas | 2004 | 2004 | TX | $380.00 |
| Cole Schotz P.C. | Wallen | L. | Benjamin | Associate | Fort Worth | 2016 | 2016 | TX | $375.00 |
| Waller Lansden Dortch & Davis LLP | Atkinson | J. | Evan | Associate | Austin | 2017 | 2017 | TX | $370.00 |
| Reed Smith LLP | Wimberly | H. | Hallie | Associate | Houston | 2017 | 2017 | TX | $369.47 |
| Foley & Lardner LLP | Gardner | | Jennifer | Associate | Houston | 2020 | | PENDING | $365.00 |
| Foley & Lardner LLP | Huckleberry | N. | Jennifer | Associate | Houston | 2019 | 2020 | TX | $365.00 |
| Foley & Lardner LLP | Mitcham | R. | Mikaela | Associate | Dallas | 2021 | 2021 | TX | $365.00 |
| Foley & Lardner LLP | Romero | Bryce | Timothy | Associate | Houston | 2019 | 2020 | TX | $365.00 |
| Cole Schotz P.C. | Phillips | Ross | Ian | Associate | Dallas | 2015 | 2015 | TX | $360.00 |
| Waller Lansden Dortch & Davis LLP | Atkinson | J. | Evan | Associate | Austin | 2017 | 2017 | TX | $355.00 |
| Kelly Hart & Hallman LLP | Cuneo Thomas | Anne | Elizabeth | Associate | Fort Worth | 2013 | 2014 | NY | $350.00 |
| Littler Mendelson P.C. | Griffitts | E. | Ryan | Partner | Dallas | 1996 | 1996 | TX | $350.00 |
| Thompson Coburn LLP | Salters | W. | Stacey | Associate | Dallas | 2016 | 2016 | TX | $350.00 |
| Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Santillan | Maria | Tanya | Associate | Houston | 2013 | 2015 | CA | $350.00 |
| Husch Blackwell LLP | O'Donnell | G. | Leanne | Associate | Austin | 2021 | 2021 | TX | $344.25 |
| Locke Lord LLP | McCoy | Marie | Jennifer | Associate | Dallas | 2016 | 2016 | TX | $330.00 |
| Dykema Gossett P.L.L.C. | Rushing | N. | Danielle | Associate | San Antonio | 2016 | 2016 | TX | $330.00 |
| Spencer Fane LLP | Wilson | Blynn | Shelby | Associate | Dallas | 2017 | 2017 | TX | $325.00 |
| Paxson & Associates, P.C. | Paxson | B. | Stephen | Equity Partner | Houston | 1974 | 1974 | TX | $320.00 |
| Shook, Hardy & Bacon L.L.P. | Nwanguma | | Ashleigh | Associate | Houston | 2019 | 2019 | TX | $319.00 |
| Eversheds Sutherland | Wang | | Shenghao | Associate | Austin | 2020 | 2020 | TX | $310.00 |
| Cole Schotz P.C. | King | L. | Brian | Associate | Dallas | 2006 | 2006 | TX | $300.00 |
| Cole Schotz P.C. | Phillips | Ross | Ian | Associate | Dallas | 2015 | 2015 | TX | $300.00 |
| Kelly Hart & Hallman LLP | McConnell | A. | Michael | Partner | Fort Worth | 1975 | 1975 | TX | $297.00 |
| Kelly Hart & Hallman LLP | Austin | D. | Joseph | Associate | Fort Worth | 2016 | 2016 | TX | $295.00 |
| Locke Lord LLP | Levesque | Taylor | Marc | Associate | Dallas | 2018 | 2018 | TX | $294.00 |
| Thompson Coburn LLP | Weisner | D. | Kristi | Associate | Dallas | 2020 | 2020 | TX | $285.00 |
| Kelly Hart & Hallman LLP | Neal | H. | Andrew | Partner | Fort Worth | 2010 | 2010 | TX | $268.00 |
| Lathrop GPM LLP | Thackston | E. | Robert | Partner | Dallas | 1987 | 1987 | VA | $266.00 |
| Littler Mendelson P.C. | Flores | A. | Mark | Associate | Dallas | 2010 | 2010 | KY | $250.00 |
| Waller Lansden Dortch & Davis LLP | Jezisek | | Ann Marie | Associate | Austin | | | | $220.00 |
| Kelly Hart & Hallman LLP | Smith | W. | Mason | Associate | Fort Worth | 2018 | 2018 | TX | $220.00 |
| Hayward PLLC | Newton | A. | Mark | Associate | Austin | 2019 | 2019 | TX | $215.00 |
| Kelly Hart & Hallman LLP | Hopkins | T. | Katherine | Partner | Dallas | 2009 | 2009 | TX | $210.00 |
| Kelly Hart & Hallman LLP | Austin | D. | Joseph | Associate | Fort Worth | 2016 | 2016 | TX | $206.00 |

# Exhibit F

Michael A. Garza (Texas Bar No. 24126797)
Matthew J. Pyeatt (Texas Bar No. 24086609)
Trevor G. Spears (Texas Bar No. 24106681)
**VINSON & ELKINS LLP**
2001 Ross Avenue, Suite 3900
Dallas, TX 75201
Tel: 214.220.7700
Fax: 214.999.7787
mgarza@velaw.com; mpyeatt@velaw.com;
tspears@velaw.com

David S. Meyer (admitted *pro hac vice*)
George R. Howard (admitted *pro hac vice*)
Lauren R. Kanzer (admitted *pro hac vice*)
**VINSON & ELKINS LLP**
1114 Avenue of the Americas, 32nd Floor
New York, NY 10036
Tel: 212.237.0000
Fax: 212.237.0100
dmeyer@velaw.com; ghoward@velaw.com;
lkanzer@velaw.com

**ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 22-90000 (MXM)** |
| | § | |
| **ROCKALL ENERGY HOLDINGS, LLC, *et al.*,** | § | **(Chapter 11)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

# SUMMARY COVER SHEET TO THE FINAL FEE APPLICATION OF VINSON & ELKINS LLP, ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD FROM MARCH 9, 2022 THROUGH JUNE 10, 2022

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: Arrow Rock Energy, LLC (7549), Petro Harvester Operating Company, LLC (2136), Rockall Agent Corp. (1653), Rockall Energy Holdings, LLC (5784), Rockall Energy, LLC (6340), Rockall EOR, LLC (4136), Rockall Exploration Company, LLC (0547), Rockall Intermediate, Inc. (9759), Rockall LA, LLC (4270), Rockall Laurel, LLC (1178), Rockall Midstream, LLC (0917), Rockall MS, LLC (0740), Rockall ND, LLC (9311), Rockall Pine Prairie, LLC (5799), White Marlin Investment Company, LLC (9987), and White Marlin Midstream, LLC (1466). The location of the Debtors' U.S. corporate headquarters and the Debtors' service address is: 5005 LBJ Freeway, Suite 700, Dallas, TX 75244.

| Name of Applicant | Vinson & Elkins LLP | |
|---|---|---|
| **Applicant's role in case** | Attorneys for the Debtors and Debtors in Possession | |
| **Date cases filed** | March 9, 2022 | |
| **Date order of employment signed** | April 29, 2022 [Dkt. No. 350] | |
| **Time period covered by this application** | **Beginning of Period** | **End of Period** |
| | March 9, 2022 | June 10, 2022 |
| **Time period covered by prior applications** | N/A | N/A |
| **Total amounts awarded in all prior applications** | | N/A |
| **Total fees requested in this application** | | $4,479,293.00 |
| **Total fees requested for preparation of this application** | | $3,541.00 |
| **Total estimated hours spent in preparation of this application** | | 4.9 |
| **Total fees requested for preparation of this application % of total fees requested in this application** | | 0.08% |
| **Total professional fees requested in this application** | | $4,405,110.00 |
| **Total actual professional hours covered by this application** | | 5078.8 |
| **Average hourly rate for professionals** | | $867.35 |
| **Total paraprofessional fees requested in this application** | | $74,183.00 |
| **Total actual paraprofessional hours covered by this application** | | 239.3 |
| **Average hourly rate for paraprofessionals** | | $310.00 |
| **Reimbursable expenses sought in this application** | | $36,806.36 |
| **Date of confirmation hearing** | | May 31, 2022 |
| **Indicate whether plan has been confirmed** | | Yes[2] |

[2] On June 2, 2022, the Court signed the Confirmation Order [Dkt. No. 629] (i) approving the adequacy of the *Debtors' Disclosure Statement for the Debtors' Joint Prepackaged Chapter 11 Plan* [Dkt. No. 15] and the *Supplement to the Disclosure Statement for the Debtors' Amended Joint Chapter 11 Plan* [Dkt. No. 412], (ii) confirming the Plan, and (iii) approving the sale of substantially all of the Debtors' assets.

Dated: August 9, 2022
Dallas, Texas

/s/ *Matthew J. Pyeatt*

**VINSON & ELKINS LLP**

Michael A. Garza (Texas Bar No. 24126797)
Matthew J. Pyeatt (Texas Bar No. 24086609)
Trevor G. Spears (Texas Bar No. 24106681)
2001 Ross Avenue, Suite 3900
Dallas, TX 75201
Tel: 214.220.7700
Fax: 214.999.7787
mgarza@velaw.com; mpyeatt@velaw.com;
tspears@velaw.com

- and -

David S. Meyer (admitted *pro hac vice*)
George R. Howard (admitted *pro hac vice*)
Lauren R. Kanzer (admitted *pro hac vice*)
1114 Avenue of the Americas, 32nd Floor
New York, NY 10036
Tel: 212.237.0000
Fax: 212.237.0100
dmeyer@velaw.com; ghoward@velaw.com
lkanzer@velaw.com

**ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION**



US 8969626

Michael A. Garza (Texas Bar No. 24126797)
Matthew J. Pyeatt (Texas Bar No. 24086609)
Trevor G. Spears (Texas Bar No. 24106681)
**VINSON & ELKINS LLP**
2001 Ross Avenue, Suite 3900
Dallas, TX 75201
Tel: 214.220.7700
Fax: 214.999.7787
mgarza@velaw.com; mpyeatt@velaw.com;
tspears@velaw.com

David S. Meyer (admitted *pro hac vice*)
George R. Howard (admitted *pro hac vice*)
Lauren R. Kanzer (admitted *pro hac vice*)
**VINSON & ELKINS LLP**
1114 Avenue of the Americas, 32nd Floor
New York, NY 10036
Tel: 212.237.0000
Fax: 212.237.0100
dmeyer@velaw.com; ghoward@velaw.com;
lkanzer@velaw.com

**ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 22-90000 (MXM)** |
| | § | |
| **ROCKALL ENERGY HOLDINGS, LLC,** | § | **(Chapter 11)** |
| ***et al.*,** | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

**FINAL FEE APPLICATION OF**
**VINSON & ELKINS LLP, ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD FROM MARCH 9, 2022 THROUGH JUNE 10, 2022**

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 501 W. 10TH STREET, ROOM 147, FORT WORTH, TX 706102-3643, BEFORE CLOSE OF BUSINESS ON AUGUST 30, 2022, WHICH IS AT LEAST 21 DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR APPLICATION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE**

1 The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: Arrow Rock Energy, LLC (7549), Petro Harvester Operating Company, LLC (2136), Rockall Agent Corp. (1653), Rockall Energy Holdings, LLC (5784), Rockall Energy, LLC (6340), Rockall EOR, LLC (4136), Rockall Exploration Company, LLC (0547), Rockall Intermediate, Inc. (9759), Rockall LA, LLC (4270), Rockall Laurel, LLC (1178), Rockall Midstream, LLC (0917), Rockall MS, LLC (0740), Rockall ND, LLC (9311), Rockall Pine Prairie, LLC (5799), White Marlin Investment Company, LLC (9987), and White Marlin Midstream, LLC (1466). The location of the Debtors' U.S. corporate headquarters and the Debtors' service address is: 5005 LBJ Freeway, Suite 700, Dallas, TX 75244.

**UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

Vinson & Elkins LLP ("***V&E***"), attorneys for the above-captioned debtors and debtors in possession (collectively, the "***Debtors***"), hereby submits its final fee application (the "***Final Fee Application***") for the period from March 9, 2022 through June 10, 2022 (the "***Fee Period***"), for allowance on a final basis of compensation for actual, necessary professional services provided by V&E to the Debtors during the Fee Period in the aggregate amount of $4,479,293.00, and allowance on a final basis of reimbursement for actual and necessary expenses in the amount of $36,806.36 that V&E incurred during the Fee Period.[2] In support of the Final Fee Application, V&E submits the declaration of David S. Meyer, a partner at V&E (the "***Meyer Declaration***"), which is attached hereto as **Exhibit A** and incorporated herein by reference. In further support of the Final Fee Application, V&E respectfully states as follows.

## JURISDICTION AND VENUE

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

2. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The bases for the relief requested herein are sections 330 and 331 of title 11 of the United States Code (the "***Bankruptcy Code***"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), rule 2016-1(b) and (c) and Appendix F of the Bankruptcy Local Rules for the Northern District of Texas (the "***N.D. Tex. L.B.R.***"), Exhibit H of the Procedures for Complex Chapter 11 Bankruptcy Cases for the United States Bankruptcy Court for the Northern District of Texas (the "***Complex Chapter 11 Procedures***"), and the *Order*

[2] Capitalized terms used but not otherwise defined herein shall have the meaning as set forth in the *Debtors' Amended Joint Chapter 11 Plan* [Dkt. No. 548] (as may be further amended, modified, or supplemented from time to time, the "***Plan***"). The rules of interpretation set forth in Article I.B of the Plan apply.

Case 22-90500-swe11 Doc 2570 Filed 09/29/24 Entered 09/29/24 11:31:55 Desc
Main Document Page 7 of 399

*Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 322] (the "***Interim Compensation Order***").

**BACKGROUND**

4. On March 9, 2022 (the "***Petition Date***"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. On March 11, 2022, the Court entered an order authorizing the joint administration and procedural consolidation of the Debtors' chapter 11 cases pursuant to Bankruptcy Rule 1015(b).[3] On March 18, 2022, the United States Trustee (the "***U.S. Trustee***") appointed the Official Committee of Unsecured Creditors (the "***Committee***") in accordance with section 1102(a)(1) of the Bankruptcy Code.[4] Throughout these chapter 11 cases, the Debtors operated their businesses and managed their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner was appointed in these chapter 11 cases.

5. On June 2, 2022, the Court signed the *Findings of Fact, Conclusions of Law, and Order (I) Approving (A) the Disclosure Statement and (B) the Disclosure Statement Supplement; (II) Confirming the Debtors' Amended Joint Chapter 11 Plan; and (III) Authorizing the Sale of the Debtors' Assets* [Docket No. 629] (the "***Confirmation Order***") confirming the Plan.[5] After entry of the Confirmation Order, the Debtors worked diligently to finalize and consummate the transactions contemplated by the Plan, including the sale (the "***Sale***") of substantially all of the Debtors' assets to Formentera Partners Fund I, LP ("***Formentera***"), and otherwise satisfy or obtain

---

[3] *See Order Directing Joint Administration of the Debtors' Chapter 11 Cases* [Dkt. No. 64].

[4] *See Appointment of the Official Unsecured Creditors' Committee* [Dkt. No. 130].

[5] The Confirmation Order was entered thrice on the docket. *See Findings of Fact, Conclusions of Law, and Order (I) Approving (A) the Disclosure Statement and (B) the Disclosure Statement Supplement; (II) Confirming the Debtors' Amended Joint Chapter 11 Plan; and (III) Authorizing the Sale of the Debtors' Assets* [Dkt. Nos. 599, 600, and 629]. For purposes of this Final Fee Application, V&E will refer to the Confirmation Order at docket number 629.

a waiver of the conditions precedent to effectiveness of the Plan, as applicable. On June 10, 2022 (the "***Effective Date***"), the Plan became effective and the Debtors consummated the Sale to Formentera.

**PRELIMINARY STATEMENT**

6. During the Fee Period, V&E represented the Debtors professionally and diligently, advising them on a variety of complex matters and issues, including: (i) advising the Debtors on their powers and duties as debtors in possession; (ii) facilitating the Debtors' transition of their management and operation of their businesses into chapter 11; (iii) assisting the Debtors and their other advisors to run a competitive marketing and sale process in chapter 11; (iv) assisting the Debtors in negotiating with key contract counterparties; (v) leading extensive negotiations regarding a global settlement (the "***Global Settlement***") reached among the Debtors, the DIP Lenders, the Secured Parties, and the Committee; (vi) negotiating with numerous creditors and parties in interest to consensually resolve Plan and Sale objections on the eve of confirmation; and (vii) working to confirm the Plan and transition ownership to Formentera on an accelerated schedule to preserve value for the Debtors' stakeholders. As a result of V&E's efforts, along with the efforts of management and the Debtors' other professionals, the Debtors were able to maximize the value of their estates for the benefit of all parties in interest.

7. On June 2, 2022, a mere 85 days after the Petition Date, the Court confirmed the Plan and entered the Confirmation Order. Through the Plan, the Debtors sold substantially all of their assets to Formentera. Proceeds from the Sale, together with cash on hand, provided funding for distributions to creditors, the GUC Trust, and the Liquidation Trust, each as contemplated by the Plan. On the Effective Date, contract cure costs and certain administrative claims were paid, and the GUC Trust was funded with approximately $5.5 million in cash to (i) fund a *pro rata*

distribution to holders of Allowed General Unsecured Claims and (ii) pay the reasonable and documented fees and expenses of a plan administrator in accordance with the Global Settlement. Additionally, the Liquidation Trust was funded with approximately $1 million to provide for the winding down of the Debtors and administration of the Liquidation Trust.

8. The success of these chapter 11 cases and the value-maximizing Sale, including the consensus achieved and presented at the confirmation hearing, is directly attributable to the extensive efforts of the Debtors' management and advisor team, including V&E. V&E respectfully submits that the compensation and expense reimbursement sought herein for the actual, necessary professional services V&E provided to the Debtors during the Fee Period is reasonable and appropriate, and commensurate with the scale, nature, and complexity of these chapter 11 cases. Moreover, V&E has voluntarily written down a substantial amount of fees incurred during the Fee Period that are not requested as part of this Application, following consultation with the Agent. V&E respectfully requests that the fees and expenses requested in this Fee Application be allowed on a final basis.

**THE DEBTORS' RETENTION OF V&E**

9. On April 29, 2022, the Court entered the *Order Authorizing the Retention and Employment of Vinson & Elkins LLP as Counsel for the Debtors and Debtors in Possession Effective as of the Petition Date* [Docket No. 350] (the "***Retention Order***"). The Retention Order authorized the Debtors to retain and employ V&E as their attorneys effective as of the Petition Date in accordance with the Retention Order and with the letter between the Debtors and V&E effective as of November 18, 2021 (the "***Engagement Letter***"), attached hereto as **Exhibit B**.

10. The Engagement Letter specifies that the Debtors are to compensate V&E for professional services at rates consistent with the billing rates applicable to other transactional

matters on which V&E has assisted the Debtors, and for its actual expenses incurred. The Retention Order instructs V&E to apply to the Court for compensation from the Debtors for professional services rendered and reimbursement of expenses incurred in connection with these chapter 11 cases in compliance with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, N.D. Tex. L.B.R., Complex Chapter 11 Procedures, and any other applicable procedures and orders of the Court.

11. In advance of the Petition Date, V&E prepared a budget and staffing plan for the First Interim Fee Period (the "***Budget and Staffing Plan***"), which is attached hereto as **Exhibit C**.[6]

**DISINTERESTEDNESS OF V&E**

12. To the best of the Debtors' knowledge, and as disclosed in the *Declaration of David S. Meyer in Support of Application for Entry of an Order Authorizing the Retention and Employment of Vinson & Elkins LLP as Counsel for the Debtors and Debtors in Possession Effective as of the Petition Date* [Docket No. 144, Exhibit B-1] (the "***First V&E Declaration***") and the *First Supplemental Declaration of David S. Meyer in Support of Application for Entry of an Order Authorizing the Retention and Employment of Vinson & Elkins LLP as Counsel for the Debtors and Debtors in Possession Effective as of the Petition Date* [Docket No. 311] (together with the First V&E Declaration, the "***V&E Declaration***"), (a) V&E is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates, and (b) V&E has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed in the V&E Declaration.

---

[6] V&E revised the budget during the chapter 11 cases to account for, among other things, unanticipated litigation. The revised budget is also attached hereto as **Exhibit C**.

13. V&E may have in the past represented, may currently represent, and in the future likely will represent parties in interest in connection with matters unrelated to these chapter 11 cases. In the V&E Declaration, V&E disclosed its connections to parties in interest that it has been able to ascertain using its reasonable efforts.

14. V&E performed the services for which it is seeking compensation on behalf of the Debtors and their estates, and not on behalf of any creditor or other entity.

15. V&E has received no payment and no promises for payment from any source other than the Debtors for services provided or to be provided in any capacity whatsoever in connection with these chapter 11 cases, and has received no payment and no promises for payment from the Debtors except for advance payments previously disclosed in the V&E Declaration.

16. Pursuant to Bankruptcy Rule 2016(b), V&E has not shared, nor has V&E agreed to share (a) any compensation it has received or may receive with another party or person other than with the partners, counsel, and associates of V&E or (b) any compensation another person or party has received or may receive.

**<u>SUMMARY OF COMPLIANCE WITH THE INTERIM COMPENSATION ORDER</u>**

17. V&E seeks compensation of fees in the amount of $4,479,293.00 for the reasonable and necessary legal services V&E rendered to the Debtors during the Fee Period and reimbursement of actual and necessary expenses in the amount of $36,806.36 that V&E incurred during the Fee Period. During the Fee Period, V&E attorneys expended a total of 5,078.8 hours and paraprofessionals expended a total of 239.3 hours providing services to the Debtors.[7]

---

[7] Due to the relatively brief period of time between the Petition Date and the Effective Date, V&E did not submit any monthly fee statements.

**A. Customary Billing Disclosures.**

18. V&E's hourly rates are set at a level designed to fairly compensate V&E for the work of its attorneys and paraprofessionals and to cover fixed and routine expenses. The hourly rates and corresponding rate structure utilized by V&E in these chapter 11 cases are the same as, similar to, or less than the hourly rates and corresponding rate structure that V&E uses in other debtor restructuring matters and in many complex corporate, securities, and litigation matters whether in court or otherwise, regardless of whether a fee application is required.

19. The rates and rate structure reflect that such restructuring and other complex matters typically are national in scope and typically involve great complexity, high stakes, and significant time pressures. For the convenience of the Court and all parties in interest, attached hereto as **<u>Exhibit D</u>** is a summary of the blended hourly rates for timekeepers who billed to non-bankruptcy matters and blended hourly rates for timekeepers who billed to the Debtors during the Fee Period.

**B. Fees Incurred During the Fee Period.**

20. In the ordinary course of V&E's practice, V&E maintains computerized records of the time expended to render professional services, as required by the Debtors. For the convenience of the Court and all parties in interest, attached hereto as **<u>Exhibit E</u>** is a summary of fees incurred and hours expended during the Fee Period, setting forth the following information:

- the name of each attorney and paraprofessional for whose work on these chapter 11 cases compensation is sought;
- each attorney's year of bar admission and area of practice concentration;
- the aggregate time expended and fees billed by each attorney and each paraprofessional during the Fee Period;
- the hourly billing rate for each attorney and each paraprofessional at V&E's current billing rates;

- the hourly billing rate for each attorney and each paraprofessional during the Fee Period;
- the number of rate increases, if any, during the Fee Period; and
- a calculation of total compensation requested using the rates disclosed in the Retention Application.

**C. Expenses Incurred During the Fee Period.**

21. In the ordinary course of V&E's practice, V&E maintains a record of expenses incurred in the rendition of professional services, as required by the Debtors and their estates and by the Liquidation Trust, for which reimbursement is sought.

22. For the convenience of the Court and all parties in interest, attached hereto as **Exhibit F** is a summary setting forth the total amount of reimbursed expenses with respect to each category of expenses.

**SUMMARY OF LEGAL SERVICES RENDERED DURING THE FEE PERIOD**

23. As discussed above, during the Fee Period, V&E provided actual, necessary professional services to the Debtors in connection with these chapter 11 cases. These services were often performed under severe time constraints and were necessary to address a multitude of critical issues both unique to these chapter 11 cases and typically faced by large corporate debtors in similar cases of this magnitude and complexity. The services rendered by V&E during the Fee Period, in conjunction with those of the Debtors' other advisors, were integral to achieve the necessary consensus to implement the Global Settlement, the successful sale of substantially all of the Debtors' assets to Formentera, and confirmation of the Plan simultaneously with approval of the sale to Formentera.

24. V&E took care to avoid the performance of purely ministerial tasks by attorneys through the use of paralegals and practice support staff where possible. At all times, V&E's professionals have striven to render their services economically and without unnecessary

duplication of efforts. Certain complex legal issues, development of strategic alternatives, and negotiations with third parties (*e.g.*, discussions with the Committee to reach the Global Settlement) naturally require a larger portion of partner time and the involvement of more than one partner. It is also sometimes necessary, in the interest of overall efficiency, for more than one attorney to participate on a particular task to adequately and completely represent the Debtors. Dual participation does not equate to duplication of effort, but rather promotes efficiency, prevents unnecessary duplication of effort in the future, and allows delegation of future tasks to lower cost attorneys. Conferences, email, and the preparation of memoranda were utilized as necessary to promote efficiencies. Meetings and telephone conferences sometimes involved multiple separate subject matters and issues which were being handled by different attorneys.

25. V&E has worked to limit the number of attorneys involved in these chapter 11 cases to: (a) maximize familiarity with the subject matter and avoid waste or duplicative efforts; (b) employ special expertise in a given field of law (*e.g.*, tax and finance) when necessary to do the best job as efficiently as possible with the least amount of effort; and (c) whenever appropriate, assign the performance of all tasks to the least-senior attorney capable of performing it consistent with sound legal representation and supervision, the desires of the Debtors, and the goal stated repeatedly throughout these chapter 11 cases of maximizing the value of the Debtors' estates for the benefit of all stakeholders through the in-court sale process.

26. To provide a meaningful summary of V&E's services provided on behalf of the Debtors and their estates, V&E has established, in accordance with its internal billing procedures, certain subject matter categories (each, a "***Submatter***") in connection with these chapter 11 cases. The following is a summary, by Submatter, of the most significant professional services provided

by V&E during the Fee Period.[8] This summary is organized in accordance with V&E's internal system of matter numbers. A schedule setting forth a description of the Submatters utilized in this case, the number of hours expended by V&E attorneys and paraprofessionals by matter, and the aggregate fees associated with each matter is attached hereto as **Exhibit G**.

27. In addition, V&E's computerized records of time expended providing professional services to the Debtors and their estates during the Fee Period are attached hereto as **Exhibit H,** and V&E's records of expenses incurred during the Fee Period are attached hereto as **Exhibit I**.

**A. Asset Sales – Submatter 2.**

Total Fees: $892,561.50
Total Hours: 997.8

28. This Submatter includes time V&E attorneys and paraprofessionals across various practice groups devoted to the sales process, including, among other things, the overbid and marketing process and documentation and approval of the sale of substantially all of the Debtors' assets to Formentera. Specifically, V&E attorneys and paraprofessionals spent time:

- obtaining Court approval of the *Emergency Motion of Debtors for Entry of Orders (I) Approving Bidding Procedures, (II) Scheduling the Bid Deadline and the Auction, (III) Scheduling Hearings and Objection Deadlines with Respect to the Sale, (IV) Approving the Form and Manner of Notice Thereof, (V) Approving Contract Assumption and Assignment Procedures, and (VI) Granting Related Relief* [Docket No. 16];
- negotiating non-disclosure agreements with potential bidders;
- responding to due diligence inquires;
- negotiating the purchase and sale agreement with Formentera;
- obtaining Court approval of the sale of substantially all of the Debtors' assets to Formentera, including resolving objections to the same;
- assisting the Debtors with the review of amendments to the purchase and sale

[8] The summary omits any submatters where *de minimis* or no hours were worked by V&E attorneys and paraprofessionals.

agreement; and

- preparing documents required to close the sale to Formentera.

**B. Assumption and Rejection of Leases and Contracts – Submatter 3.**

Total Fees: $94,483.50
Total Hours: 125.8

29. This Submatter includes time spent by V&E attorneys analyzing leases and executory contracts and the assumption of certain executory contracts. During the course of these chapter 11 cases, V&E assisted the Debtors with the review of several executory contracts and unexpired leases, including communicating and negotiating with contract and lease counterparties. In particular, V&E obtained entry of an order authorizing the assumption of a certain propane contract that provided the Debtors with propane at below-market rates, and spent a substantial amount of time negotiating with Steel Reef, one of the Debtors' key midstream contract counterparties.

**C. Budgeting (Case) – Submatter 5.**

Total Fees: $11,748.50
Total Hours: 9.4

30. This Submatter includes time spent by V&E attorneys and paraprofessionals preparing the Debtors' budgets and staffing plans and discussing the budget and staffing plan with the Debtors and the Secured Parties.

**D. Business Operations – Submatter 6.**

Total Fees: $167,253.50
Total Hours: 201.5

31. This Submatter includes time spent by V&E attorneys and paraprofessionals regarding issues related to all aspects of conducting the Debtors' business operations in chapter 11, such as employee, vendor, insurance, utility, and other similar issues, including filing related

pleadings and discussing operational issues with the Debtors' management and other adviors. This Submatter also includes services V&E attorneys rendered to ensure the approval of the relief sought on both interim and final bases with respect to the Debtors' operations.

**E. Case Administration – Submatter 7.**

Total Fees: $243,829.50
Total Hours: 434.9

32. This Submatter includes time spent by V&E attorneys and paraprofessionals on a variety of tasks that were necessary to ensure the efficient and smooth administration of a cross-disciplinary team to effectively provide legal services related to these chapter 11 cases. Specifically, V&E attorneys and paraprofessionals spent time:

- monitoring and managing deadlines and critical dates;
- conducting internal conferences among the V&E team and conferences with the Debtors' management and other advisors to allocate workstreams, monitor works in progress, and discuss overall case strategy;
- filing numerous pleadings; and
- coordinating other case management tasks.

**F. Corporate Governance and Board Matters – Submatter 9.**

Total Fees: $106,781.50
Total Hours: 124.0

33. This Submatter includes legal services rendered in advising the Debtors on matters related to the Debtors' corporate structure and governance. Specifically, V&E attorneys spent time:

- providing advice to the Debtors' boards of directors, including attending formal and informal meetings with the Debtors' board of directors;
- preparing materials for meetings of the Debtors' board of directors;
- preparing minutes following formal and informal meetings of the Debtors' board of directors; and

- preparing board resolutions.

**G. Employee Benefits and Compensation – Submatter 10.**

Total Fees: $161,316.50
Total Hours: 201.1

34. This Submatter includes legal services rendered in advising the Debtors on matters related to the Debtors' employee benefits and other compensation issues. Specifically, V&E attorneys spent time:

- negotiating and drafting the key employee retention program;
- negotiating and drafting the key employee incentive program;
- drafting motions seeking court approval of the key employee retention program and the key employee incentive program, and drafting declarations in support of the same; and
- obtaining Court approval of the key employee retention program and the key employee incentive program (over the objection of the U.S. Trustee).

**H. Employment and Fee Applications – Submatter 11.**

Total Fees: $189,480.00
Total Hours: 242.3

35. This Submatter includes time spent by V&E attorneys and paraprofessionals providing services related to the retention of the Debtors' professionals, including V&E as the Debtors' attorneys. Specifically, V&E attorneys spent time:

- preparing pleadings and a comprehensive conflict analysis necessary to obtain the order of the Court approving the employment of V&E to represent the Debtors;
- assisting the Debtors' other professionals with preparation of retention applications;
- obtaining Court approval of the Debtors' retention of Stretto, Inc. as the Debtors' Claims, Noticing, and Solicitation Agent. *See Order (A) Authorizing the Retention and Appointment of Stretto as Claims and Noticing Agent and (B) Granting Related Relief* [Docket No. 84];
- obtaining Court approval of the Debtors' retention of Lazard Frères & Co. LLC as

investment banker for the Debtors. *See Order Authorizing the Retention and Employment of Lazard Frères & Co. LLC as Investment Banker to the Debtors and Debtors in Possession Effective as of the Petition Date* [Docket No. 323];

- obtaining Court approval of the Debtors' retention of numerous ordinary course professionals consistent with the *Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief* [Docket No. 324];

- obtaining Court approval of the Debtors' retention of Ankura Consulting Group, LLC to provide a chief restructuring officer and certain additional personnel. *See Order Authorizing (I)(A) the Retention and Employment of Ankura Consulting Group, LLC and (B) Scott M. Pinsonnault to Serve as Chief Restructuring Officer Effective as of the Petition Date and (II) Granting Related Relief* [Docket No. 325];

- obtaining Court approval of the Debtors' retention of Brown Fox, PLLC to provide conflicts counsel should the need have arisen. *See Order Authorizing the Retention and Employment of Brown Fox PLLC as Conflicts Counsel for the Debtors and Debtors in Possession* [Docket No. 635]; and

- obtaining Court approval of the Debtors' retention of Deloitte Tax LLP to provide tax services. *See Order Authorizing the Retention and Employment of Deloitte Tax LLP as Tax Services Provider Effective as of the Petition Date* [Docket No. 663].

**I. Employment and Fee Application Objections – Submatter 12.**

Total Fees: $123,771.50
Total Hours: 136.9

36. This Submatter includes time spent by V&E attorneys and paraprofessionals providing services related to objections to the retention of the Debtors' professionals, including V&E as the Debtors' attorneys. In particular, V&E attorneys spent time responding to the Committee and the U.S. Trustee's objections regarding V&E's retention as attorneys for the Debtors.

**J. Financing and Cash Collateral – Submatter 13.**

Total Fees: $468,900.00
Total Hours: 537.2

37. This Submatter includes time spent by V&E attorneys meeting and corresponding with the Debtors and their advisors to obtain the DIP financing and consensual use of cash

collateral necessary to fund the Debtors' operations and administrative expenses during these chapter 11 cases, time spent working with the Committee, the U.S. Trustee, and various other creditors to successfully resolve their objections, and time spent analyzing certain lien priority and lien release matters. Approval of the DIP financing and the use of cash collateral was critical to minimizing disruption to the Debtors' operations during these chapter 11 cases and maximizing value for all of the Debtors' stakeholders. To that end, V&E successfully negotiated the terms of interim and final orders authorizing the Debtors to obtain DIP financing and use cash collateral and providing adequate protection to their secured creditors as required under applicable law.[9]

**K. Hearings – Submatter 14.**

Total Fees: $86,921.50
Total Hours: 86.3

38. This Submatter includes time spent by V&E attorneys and paraprofessionals providing services related to preparing for and attending hearings during these chapter 11 cases, including corresponding with various parties, preparing agendas, orders, and materials relating to such hearings. During the Fee Period, V&E attorneys and paraprofessionals spent considerable time preparing for and attending hearings with respect to the "first day motions" on March 11, 2022, various other requests for relief before the Court on April 27, 2022 and May 3, 2022, and to approve the sale to Formentera and confirm the Debtors' Plan on May 31, 2022.

---

[9] *See Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Utilize Cash Collateral, (B) Obtain Postpetition Financing Secured by Senior Liens, (C) Grant Adequate Protection to the Prepetition Secured Parties, and (D) Scheduling a Final Hearing and (II) Granting Related Relief* [Dkt. No. 15]; *Notice of Filing of (I) Form of Final Order Authorizing Debtors to Utilize Cash Collateral, Obtain Postpetition Credit Secured by Senior Liens, Granting Adequate Protection to Prepetition Secured Parties, and Granting Related Relief and (II) Redline Comparison To Interim Order* [Dkt. No. 117]; and *Second Notice of Filing (I) Form of Final Order Authorizing Debtors to Utilize Cash Collateral, Obtain Postpetition Credit Secured by Senior Liens, Granting Adequate Protection to Prepetition Secured Parties, and Granting Related Relief and (II) Redline Comparison To Interim Order and Prior Proposed Form of Final Order* [Dkt. No. 138].

**L. Litigation (Contested Matters and Adversary Proceedings) – Submatter 15.**

Total Fees: $1,145,560.50
Total Hours: 1,328.3

39. This Submatter includes time spent by V&E attorneys and paraprofessionals relating to preparation for and defense and prosecution of various litigation issues and related discovery, including spending significant time in connection with various objections filed by the Committee, including objections to the Debtors' proposed DIP financing and V&E's retention, both of which required significant discovery and document production, as well as potential litigation with Steel Reef and certain government agencies. Specifically, V&E attorneys spent time:

- preparing pleadings necessary to obtain an order of the Court authorizing the Debtors to (i) obtain postpetition financing and use cash collateral and (ii) retain and employ V&E as legal counsel. *Debtors' Omnibus Reply to Objections to the Motion to (A) Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and (B) Use Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363 and 364, and (III) Scheduling a Final Hearing* [Docket No. 308]; *Debtors' Omnibus Reply to Objections to Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Vinson & Elkins LLP as Counsel for the Debtors and Debtors in Possession Effective as of the Petition Date* [Docket No. 310];

- coordinating discovery related to the Committee's objections to the Debtors' obtaining postpetition financing, retaining V&E, and implementing the key employee incentive program;

- negotiating a settlement with the Committee. *See Notice of Filing Global Settlement Term Sheet* [Docket No. 367];

- responding to discovery requests and interrogatories submitted by Steel Reef;

- analyzing documents produced by the North Dakota Industrial Commission and the North Dakota Department of Environmental Quality; and

- preparing witnesses for multiple potential contested hearings.



US 8969626

**M. Meetings and Communications with Creditors – Submatter 16.**

Total Fees: $85,321.00
Total Hours: 89.8

40. This Submatter includes time spent by V&E attorneys and paraprofessionals on matters related to communications with vendors and meetings with the Committee, including with respect to second day relief, postpetition business activities and operations, and facilitating the Committee's due diligence on the Debtors' capital structure, business operations, and proposed sale process.

**N. Plan, Disclosure Statement, and Confirmation – Submatter 18.**

Total Fees: $418,460.00
Total Hours: 513.2

41. This Submatter includes time spent by V&E attorneys and paraprofessionals providing services related to confirmation of the Plan and approval of the related disclosure statement, including leading extensive negotiations to resolve key outstanding issues necessary to effectuate the restructuring transactions and achieve the Global Settlement. Specifically, V&E attorneys and paraprofessionals spent time:

- finalizing and filing the Plan to incorporate the Global Settlement;[10]
- drafting and filing the supplement to the Disclosure Statement, and seeking Court approval of the same;
- negotiating, drafting, and filing, five supplements to the Plan;[11]
- researching and analyzing various issues in connection with final approval of the

---

10 *Debtors' Joint Prepackaged Chapter 11 Plan* [Docket No. 14]; *Debtors Amended Joint Chapter 11 Plan* [Docket No. 399]; *Debtors' Amended Joint Chapter 11 Plan* [Dkt. No. 548].

11 *Notice of Filing Supplement to the Debtors' Joint Prepackaged Chapter 11 Plan* [Dkt. No. 368]; *Notice of Filing Second Supplement to the Debtors' Amended Joint Chapter 11 Plan* [Dkt. No. 529]; *Notice of Filing Third Supplement to the Debtors' Amended Joint Chapter 11 Plan* [Dkt. No. 545]; *Notice of Filing Fourth Supplement to the Debtors' Amended Joint Chapter 11 Plan* [Dkt. No. 559]; *Notice of Filing Fifth Supplement to the Debtors' Amended Joint Chapter 11 Plan* [Dkt. No. 581].

Disclosure Statement and confirmation of the Plan;

- preparing for a contested hearing regarding final approval of the Disclosure Statement and confirmation of the Plan;

- planning, drafting, and filing the brief in support of confirmation[12] and proposed confirmation order;[13]

- negotiating with the U.S. Trustee, Committee, and other objecting creditors to resolve informal and formal objections to final approval of the Disclosure Statement and confirmation of the Plan; and

- preparing for and finalizing implementation of the Plan on the Effective Date.

**O. Relief from Stay and Adequate Protection – Submatter 20.**

Total Fees: $29,673.50
Total Hours: 34.3

42. This Submatter includes time spent by V&E attorneys and paraprofessionals responding to formal and informal requests for relief from the automatic stay and drafting stipulations agreeing to lift the automatic stay.

**P. Reporting – Submatter 21.**

Total Fees: $98,352.50
Total Hours: 117.8

43. This Submatter includes time spent by V&E attorneys and paraprofessionals preparing, reviewing, and filing schedules of assets and liabilities and statements of financial affairs, monthly operating reports, and certain orders entered in these chapter 11 cases. Additionally, this Submatter includes time spent preparing for and attending the initial debtor interview on March 31, 2022 and the section 341 meeting of creditors on April 22, 2022.

---

12 *Debtors' Memorandum of Law in Support of (I) Approval of Disclosure Statement and the Disclosure Statement Supplement; (II) Confirmation of the Debtors' Amended Joint Chapter 11 Plan; (III) Authorization for the Sale of the Debtors' Assets; and (IV) Reply to Confirmation Objections* [Dkt. No. 531].

13 *[Proposed] Findings of Fact, Conclusions of Law, and Order (I) Approving (A) the Disclosure Statement and (B) the Disclosure Statement Supplement; (II) Confirming the Debtors' Amended Joint Chapter 11 Plan; and (III) Authorizing the Sale of the Debtors' Assets* [Dkt. Nos. 530, 587, 597].

**Q. Tax – Submatter 22.**

Total Fees: $144,898.00
Total Hours: 125.6

44. This Submatter includes time spent by V&E attorneys on analyzing and advising regarding tax-related issues. This Submatter also includes time spent by V&E attorneys analyzing and providing advice regarding tax issues related to the Debtors' sale process, including reviewing the asset purchase agreement and key restructuring documents (*e.g.*, the Plan and the Disclosure Statement).

**ACTUAL AND NECESSARY EXPENSES INCURRED BY V&E DURING THE FINAL FEE PERIOD**

45. As set forth in **Exhibit I** and summarized in **Exhibit F**, V&E has incurred a total of $36,806.36 in expenses on behalf of the Debtors during the Fee Period. These charges are intended to reimburse V&E's direct operating costs, which are not incorporated into the V&E hourly billing rates. V&E charges external copying and computer research at the provider's cost without markup. Only clients who actually use services of the types set forth in **Exhibit I** are charged for such services. The effect of including such expenses as part of the hourly billing rates would impose that cost upon clients who do not require extensive photocopying and other facilities and services.

**REASONABLE AND NECESSARY SERVICES PROVIDED BY V&E**

**A. Reasonable and Necessary Fees Incurred in Providing Services to the Debtors.**

46. The foregoing professional services provided by V&E on behalf of the Debtors during the Fee Period were reasonable, necessary, and beneficial to the administration of these chapter 11 cases and related matters.

47. Many of the services performed by V&E attorneys were provided by V&E's Restructuring & Reorganization Group. V&E has a prominent practice in this area and enjoys a

national reputation for its expertise in reorganizations and restructurings of financially distressed companies. The attorneys at V&E have represented debtors in many large complex chapter 11 cases and paraprofessionals in V&E's Restructuring & Reorganization Group have extensive experience regarding motion preparation, docket systems, court rules and forms, and electronic court filing procedures for several United States Bankruptcy Courts.

48. In addition, due to the facts and circumstances of these chapter 11 cases, attorneys from V&E's litigation, corporate, and tax groups were heavily involved with V&E's representation of the Debtors. These practice groups also enjoy a national and international reputation for their expertise. Overall, V&E brought to these chapter 11 cases a particularly high level of skill and knowledge, which inured to the benefit of the Debtors and all stakeholders.

**B. Reasonable and Necessary Expenses Incurred in Providing Services to the Debtors.**

49. The time constraints imposed by the circumstances of these chapter 11 cases required V&E attorneys and other employees to devote substantial time to perform services on behalf of the Debtors. These services were essential to meet deadlines, respond to daily inquiries from various creditors and other parties in interest on a timely basis and satisfy the demands of the Debtors' businesses, and ensure the orderly administration of their estates.

50. In addition, due to the location of the Debtors' businesses, creditors, and other parties in interest in relation to V&E's offices, frequent telephone conferences involving numerous parties were required. On certain occasions, the exigencies and circumstances of these chapter 11 cases required overnight delivery of documents and other materials. The disbursements for such services are not included in V&E's overhead for the purpose of setting billing rates and V&E has made every effort to minimize its disbursements in these chapter 11 cases. The actual expenses incurred in providing professional services were necessary, reasonable, and justified under the

circumstances to serve the needs of the Debtors during these chapter 11 cases.

51. Among other things, V&E makes sure that all travel meals, hotel rates, and airfares are reasonable and appropriate expenses for which to seek reimbursement. Specifically, V&E regularly reviews its bills to ensure that the Debtors are only billed for services that were actual and necessary and, where appropriate, prorates expenses.

## V&E'S REQUESTED COMPENSATION AND REIMBURSEMENT SHOULD BE ALLOWED

52. Section 331 of the Bankruptcy Code provides for compensation of professionals and incorporates the substantive standards of section 330 of the Bankruptcy Code to govern the Court's award of such compensation. Section 330 of the Bankruptcy Code provides that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1). Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded, the court should consider the nature, extent, and the value of such services, taking into account all relevant factors, including—
>
> (a) the time spent on such services;
>
> (b) the rates charged for such services;
>
> (c) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> (d) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and
>
> (e) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

53. V&E respectfully submits that the services for which it seeks compensation in the Final Fee Application were, at the time rendered, necessary for and beneficial to the Debtors and were rendered to protect and preserve the Debtors' estates. V&E further believes that it performed the services for the Debtors economically, effectively, and efficiently, and the results obtained benefited not only the Debtors, but also their estates and constituents. V&E further submits that the compensation requested herein is reasonable in light of the nature, extent, and value of such services to the Debtors, their estates, and all parties in interest.

54. During the course of these chapter 11 cases, V&E's hourly billing rates for attorneys ranged from $590.00 to $1,465.00.[14] The hourly rates and corresponding rate structure utilized by V&E in these chapter 11 cases are equivalent to and in some cases less than the hourly rates and corresponding rate structure used by V&E for restructuring, workout, bankruptcy, insolvency, and comparable matters, and similar complex corporate, securities, and litigation matters, whether in court or otherwise, regardless of whether a fee application is required. V&E strives to be efficient in the staffing of matters. These rates and the rate structure reflect that such matters are typically national in scope and involve great complexity, high stakes, and severe time pressures—all of which were present in these chapter 11 cases.

55. Moreover, V&E's hourly rates are set at a level designed to compensate V&E fairly for the work of its attorneys and paraprofessionals. Hourly rates vary with the experience and seniority of the individuals assigned. These hourly rates are subject to periodic adjustments to reflect economic and other conditions and are consistent with the rates charged elsewhere;

[14] As disclosed in the First V&E Declaration, V&E agreed to continue a discount of its standard or customary billing arrangements for this engagement, consistent with its historical fee arrangement with the Debtors.

however, hourly rates were not adjusted during the Fee Period.

56. In sum, V&E respectfully submits that the professional services rendered and fees requested by V&E on behalf of the Debtors and their estates during these chapter 11 cases were necessary, appropriate, and reasonable given the complexity of these chapter 11 cases, the time expended by V&E, the nature and extent of V&E's services provided, the value of V&E's services, and the cost of comparable services outside of bankruptcy, all of which are relevant factors set forth in section 330 of the Bankruptcy Code. Accordingly, V&E respectfully submits that approval of the compensation sought herein is warranted and should be approved.

**RESERVATION OF RIGHTS AND NOTICE**

57. It is possible that some professional time expended or expenses incurred during the Fee Period is not reflected in the Final Fee Application. V&E reserves the right to include such amounts in future fee applications. V&E will provide notice of this application to (a) the U.S. Trustee, (b) the Notice Parties (as defined in the Interim Compensation Order), and (c) those entities which have requested service in these cases pursuant to Bankruptcy Rule 2002.

**NO PRIOR REQUEST**

58. No prior application for the relief requested herein has been made to this or any other court.

**WHEREFORE**, V&E respectfully requests that the Court enter an order, substantially in the form attached hereto as **Exhibit J**: (a) awarding V&E compensation on a final basis for professional and paraprofessional services provided during the Fee Period in the amount of $4,479,293.00, and reimbursement of actual, reasonable and necessary expenses incurred in the Fee Period in the amount of $36,806.36; (b) authorizing and directing the Liquidation Trust to remit payment to V&E for such fees and expenses; and (c) granting such other relief as is appropriate under the circumstances.

Dated: August 9, 2022
Dallas, Texas

/s/ *Matthew J. Pyeatt*

**VINSON & ELKINS LLP**

Michael A. Garza (Texas Bar No. 24126797)
Matthew J. Pyeatt (Texas Bar No. 24086609)
Trevor G. Spears (Texas Bar No. 24106681)
2001 Ross Avenue, Suite 3900
Dallas, TX 75201
Tel: 214.220.7700
Fax: 214.999.7787
mgarza@velaw.com; mpyeatt@velaw.com;
tspears@velaw.com

- and -

David S. Meyer (admitted *pro hac vice*)
George R. Howard (admitted *pro hac vice*)
Lauren R. Kanzer (admitted *pro hac vice*)
1114 Avenue of the Americas, 32nd Floor
New York, NY 10036
Tel: 212.237.0000
Fax: 212.237.0100
dmeyer@velaw.com; ghoward@velaw.com
lkanzer@velaw.com

**ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION**

**CERTIFICATE OF SERVICE**

I certify that on August 9, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

*/s/ Matthew J. Pyeatt*
One of Counsel

# Exhibit A

## Meyer Declaration

Michael A. Garza (Texas Bar No. 24126797)
Matthew J. Pyeatt (Texas Bar No. 24086609)
Trevor G. Spears (Texas Bar No. 24106681)
**VINSON & ELKINS LLP**
2001 Ross Avenue, Suite 3900
Dallas, TX 75201
Tel: 214.220.7700
Fax: 214.999.7787
mgarza@velaw.com; mpyeatt@velaw.com;
tspears@velaw.com

David S. Meyer (admitted *pro hac vice*)
George R. Howard (admitted *pro hac vice*)
Lauren R. Kanzer (admitted *pro hac vice*)
**VINSON & ELKINS LLP**
1114 Avenue of the Americas, 32nd Floor
New York, NY 10036
Tel: 212.237.0000
Fax: 212.237.0100
dmeyer@velaw.com; ghoward@velaw.com;
lkanzer@velaw.com

**ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 22-90000 (MXM)** |
| | § | |
| **ROCKALL ENERGY HOLDINGS, LLC, *et al.*,** | § | **(Chapter 11)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

**DECLARATION OF DAVID S. MEYER**
**IN SUPPORT OF FINAL FEE APPLICATION OF**
**VINSON & ELKINS LLP, ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD FROM MARCH 9, 2022 THROUGH JUNE 10, 2022**

I, David S. Meyer, being duly sworn, state the following:

1. I am a partner in the law firm of Vinson & Elkins LLP ("***V&E***"), located at 1114 Avenue of the Americas, 32nd Floor, New York, NY 10036. I am one of the lead attorneys from V&E working on these chapter 11 cases. I am a member in good standing of the Bar of the State of New York. To my knowledge, there are no disciplinary proceedings pending against me.

2. I have read the foregoing fee application of V&E, attorneys for the Debtors, for the

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: Arrow Rock Energy, LLC (7549), Petro Harvester Operating Company, LLC (2136), Rockall Agent Corp. (1653), Rockall Energy Holdings, LLC (5784), Rockall Energy, LLC (6340), Rockall EOR, LLC (4136), Rockall Exploration Company, LLC (0547), Rockall Intermediate, Inc. (9759), Rockall LA, LLC (4270), Rockall Laurel, LLC (1178), Rockall Midstream, LLC (0917), Rockall MS, LLC (0740), Rockall ND, LLC (9311), Rockall Pine Prairie, LLC (5799), White Marlin Investment Company, LLC (9987), and White Marlin Midstream, LLC (1466). The location of the Debtors' U.S. corporate headquarters and the Debtors' service address is: 5005 LBJ Freeway, Suite 700, Dallas, TX 75244.

Fee Period (the “ ***Final Fee Application***”). To the best of my knowledge, the statements contained in the Final Fee Application are true and correct. In addition, to the best of my knowledge, information and belief, I believe that the Final Fee Application complies with rule 2016-(c) and Appendix F of the N.D. Tex. L.B.R. and Exhibit H of the Complex Chapter 11 Procedures.[2]

3. In connection therewith, I hereby certify that:

a. after reasonable inquiry, I believe that the fees and disbursements sought in the Final Fee Application are permissible under the relevant rules, court orders, and Bankruptcy Code provisions;

b. the fees and disbursements sought in the Final Fee Application are billed at rates customarily employed by V&E and generally accepted by V&E’s clients, and V&E did not vary its hourly rates based on the geographic location of the Debtors’ cases;

c. V&E did not increase its hourly rates from those disclosed in the Retention Application during these chapter 11 cases;

d. in providing a reimbursable expense, V&E does not make a profit on that expense, whether the service is performed by V&E in-house or through a third party;

e. in accordance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 504, no agreement or understanding exists between V&E and any other person for the sharing of compensation to be received in connection with the above cases except as authorized pursuant to the Bankruptcy Code, Bankruptcy Rules, and the N.D. Tex. L.B.R.; and

f. all services for which compensation is sought were professional services on behalf of the Debtors and not on behalf of any other person.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning as set forth in the Fee Application or Plan (as applicable).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: August 9, 2022
New York, New York

**VINSON & ELKINS LLP**

By: /s/ *David S. Meyer*
David S. Meyer (admitted *pro hac vice*)
Partner, Vinson & Elkins LLP
1114 Avenue of the Americas, 32nd Floor
New York, NY 10036
Tel: 212.237.0000
Fax: 212.237.0100
dmeyer@velaw.com

# Exhibit B

## Engagement Letter

Vinson&Elkins

W. Creighton Smith crsmith@velaw.com
**Tel +**1.713.758.3278 **Fax +**1.713.615.5045

December 14, 2021

**Confidential**

Mr. Lewis Gillies
President and CEO
Rockall Energy Holdings, LLC
5005 Lyndon B Johnson Fwy, Suite 700
Dallas, TX 75244

Re: Rockall Energy Holdings, LLC Engagement Letter

Dear Mr. Gillies:

We appreciate the opportunity to represent you in this matter. This letter and the attached Additional Terms of Engagement ("Additional Terms") set forth the terms of our engagement, and shall be effective as of November 18, 2021.

**Client**

Our only clients for this engagement are Rockall Energy Holdings, LLC and each of its direct and indirect subsidiaries ("Rockall" or "you"). We are not representing anyone else. Our duties and responsibilities run to you and not to any other persons, constituents, or entities, including parents, affiliates, portfolio companies, joint ventures, successors, employees, directors, owners, or other stakeholders, even if you depend on them financially, have operations in common with them, control them, or are controlled by them.

No client may be added to this engagement without our express written agreement, and this engagement will not create an attorney-client or a *de facto* or implied attorney-client relationship with any other person or entity.

**Scope of Engagement**

You have asked us to represent you in a potential restructuring of Rockall's capital structure, which may include the potential implementation and consummation of a restructuring pursuant to a case filed under chapter 11 of the United States Bankruptcy Code. If you engage us for other matters, we will confirm the scope of that work separately and otherwise apply the terms of this agreement.

**Fees and Other Charges**

Our fees will be based on the time our attorneys and other professionals devote to the matter. Our billing rates vary according to the experience of the individuals and the nature and location of the work. The billing rates for this matter will be consistent with the billing rates applicable to other transactional matters on which we are currently assisting you. These rates are subject to adjustment solely to account for associate step increases and promotions to a new status within the Firm (such as from associate to counsel or partners) effective on or after December 31, 2021. We will bill you, and you will pay us, in United States dollars, absent an agreement otherwise.

In addition, we may bill for expenses and other charges incurred in this matter, such as travel, couriers, photocopying, certain overtime costs, and computerized research. We may charge for those items whether that work is performed by outside vendors or in-house.

**Retainers and Billing**

As we have discussed, to engage the Firm for this matter, you agree to pay us an advance payment retainer for legal services and expenses of $350,000.00. This initial advance payment is made as an inducement for the Firm to make itself available and to provide legal services to you. The advance payment shall also secure payment of all billed and unbilled fees and expenses for the work we perform in this engagement. Upon request, you agree to pay us additional advance payments in amounts based on the Firm's estimate of the anticipated work levels on a bi-weekly basis or a shorter interval. For purposes of this engagement, we will refer to the initial advance payment and any additional advance retainer amounts as the "Retainer." The amount of the Retainer does not set a minimum or maximum fee.

We will send you statements showing our fees and expenses. The frequency of those statements is at our discretion, but will be issued at least weekly and may be at a shorter interval. You agree that we may reduce the Retainer by the amount of fees and expenses shown on those statements on a bi-weekly basis, and, with prior notice, on a shorter interval. You agree to promptly pay as an additional Retainer an amount equal to the fees and expenses shown on the statement. You further agree upon our sending of a statement to you of our fees and expenses that we may reduce the Retainer by all fees and expenses before the filing of a voluntary bankruptcy petition by you or upon the filing of any involuntary petition by a third party. Further, prior to the filing of any voluntary bankruptcy petition, you will pay contemporaneously as an additional advance payment retainer the amount of such fees and expenses, unless we may agree otherwise.

The Retainer may be used for the fees and expenses covered by this engagement letter, and any fees and expenses in other matters for which we are providing legal services to you, and you agree to pay all fees and expenses before the filing of a voluntary bankruptcy petition by you. Upon termination of this engagement, we will provide you with a refund of any amount of Retainer that has not been used.

In the event it becomes necessary for us to commence litigation or proceedings, or we are required to participate in any litigation or proceedings, to collect or defend our fees and expenses under this engagement letter, including fee applications negotiated, presented, litigated, defended, or appealed in connection with any bankruptcy case you may file or have filed against you, and we substantially prevail in such litigation or proceedings, any and all costs and expenses, including reasonable attorneys' fees, incurred by us in connection with such litigation or proceedings, whether via time of our attorneys internally recorded, or the engagement of outside counsel, shall be recoverable by us from you, and we shall have the benefit of any applicable state or federal law that permits the recovery of such fees and expenses.

**Conflicts of Interests: Other Clients and Consent to Adverse Representation**

There are three conflict issues to consider at the beginning of a new engagement: whether there are existing conflicts that require your consent; how we will respond if a conflict later emerges concerning this matter; and how we will treat conflicts regarding other matters in the future.

First, as to existing conflicts concerning this matter, we have run a conflicts check on the names of the people and entities you have identified for us. That check indicates we currently represent Goldman Sachs Group, Inc. and its affiliates ("Goldman Sachs") in a variety of other matters. We have not represented (and will not represent) Goldman Sachs in connection with the credit facility extended to you. We do not believe that our work for Goldman Sachs will impair or materially limit our ability to represent you here. To the contrary, we are confident we will be able to competently and diligently represent you. So far as we can determine, the factual and legal issues likely to arise in this matter appear to be unrelated to the work we are doing or are likely to do for Goldman Sachs. Further, in representing you, we will take appropriate steps to protect your confidential information. To proceed with this matter, we need your agreement that we may continue to represent Goldman Sachs in current and future matters, and that you waive any conflicts of interest that exist or might arise from such matters. If you learn of any other person or entity that might become involved in this matter, please let us know right away so that we can check those additional names for conflicts.

Second, it is possible that a conflict could emerge during the course of this matter. For instance, depending on the circumstances, a conflict might arise if another one of our clients (for example, a lender), represented by another law firm, becomes adverse to you here. Should that happen, we will take appropriate steps to protect your confidential information, and you consent to our representation of that client in other unrelated matters.

Third, during the time that we are representing you, situations or issues may arise between you and other clients of the Firm in other matters. As you know, we are a large firm and represent many clients, especially in the energy, financial services, private equity, and technology fields. Given the scope of our business and client relationships, it is possible that some of our present or future clients may be

your competitors or otherwise have interests that differ from yours. This is not an exclusive agreement, and you are free to retain any other counsel of your choosing. But by retaining us you agree that we are free to represent other clients whose interests are, or may be, materially and directly adverse to yours, including in litigation against you, in any matter unless (i) the matter is substantially related to our representation of you, or (ii) there is a significant risk that the representation of the other client would materially limit our ability to represent you. You waive any conflict of interest that might arise from those matters. For purposes of this agreement, two matters are substantially related if their facts are so closely related that a genuine threat exists that factual confidential information revealed by the client in one matter will be divulged to that client's adversary in the other. We would be materially limited if our representation of another client, or our relationship with someone else, would materially affect our ability to represent you competently and diligently.

Also, you agree that, in representing other clients in matters not substantially related to our representation of you, we may seek your testimony as a non-party witness or obtain other evidence from you by subpoena or otherwise.

**Conclusion of the Matter**

The attorney-client relationship created here will end when we have completed the legal services covered by this engagement letter. If we perform no work on this matter for a period of ninety days, we will consider the matter concluded unless we agree otherwise in writing. If we have no other open matters for you at that time, our attorney-client relationship will be over.

Prior to that, of course, you may end this engagement at any time for any reason by informing us in writing. Similarly, we may stop representing you at any time for any reason (including non-payment of fees or due to a conflict of interest), provided we comply with the applicable rules of professional conduct. If we no longer represent you in this matter, you agree to take all steps necessary to release us from any further obligation to represent you, including signing any documents necessary to complete our withdrawal. If you end this engagement, or if we withdraw, you will pay us any undisputed outstanding fees and other charges, and we will take reasonable steps to assist you in transferring the matter to another law firm.

**Consultation and Other Considerations**

We encourage Rockall to consult with other counsel of its choosing regarding the terms of our engagement, particularly those regarding the scope of this engagement and conflict of interest issues.

If you or anyone else provides us with outside counsel guidelines, electronic billing requirements, or other similar documents, we will abide by them to the extent practicable. However, nothing in those guidelines may be read to impose a higher standard of care with respect to our legal services than that

existing under applicable law, change the conflicts of interest arrangement agreed to in this letter, require us to provide any contractual indemnity to you or anyone else, or expand our obligations as attorneys under the applicable rules of professional conduct. This agreement may not be modified in any material respect by such guidelines without a separate writing signed by both of us that refers to this agreement.

This letter and the Additional Terms set forth the entire agreement between us. If they correctly reflect your understanding of the terms of our representation, please sign below and return a copy to me. If you ask us to begin work before you return the signed letter, or if we do not hear from you within seven days, we will consider that you have agreed to the terms of this letter and the Additional Terms.

We look forward to working with you. Please contact me if you have any questions.

Sincerely,

W. Creighton Smith

AGREED TO AND ACCEPTED:

**Rockall Energy Holdings, LLC.**, on behalf of itself and its direct and indirect subsidiaries

By:________________________________

David Mirkin

Name

SVP & CFO

Title

**VINSON & ELKINS L.L.P.**

***Additional Terms of Engagement***

These additional terms are an integral part of our agreement with you.

**The Scope of Our Work**

We provide only legal services. We do not provide business, investment, insurance, underwriting, translation, accounting, financial, or technical services or advice, and you may not rely on us for such advice. Similarly, we do not make business decisions for you, and we do not investigate the character or credit of persons with whom you may be dealing.

Unless specifically included under "Scope of Engagement" in the attached engagement letter, this engagement does not include advice about (i) your disclosure obligations concerning the matter under any applicable law or regulation, including the federal securities laws or (ii) the tax consequences concerning the matter. We also are not responsible for review of your insurance policies to determine the possibility of coverage for any claim asserted in this matter or for notification of your insurance carriers about the matter. We encourage you to address those matters with other advisers or professionals.

After this matter has concluded, changes in your circumstances or the applicable laws could affect your future rights and obligations. Unless you engage us to do so, we have no obligation to inform you about future legal developments or your future rights and obligations.

**Legal Notices to Clients in Certain Jurisdictions**

For New York engagements, New York law requires us to provide you with notice of certain rights in connection with this engagement letter. If a dispute arises between us relating to our fees under this engagement letter, you may have the right to arbitration of the dispute pursuant to Part 137 of the Rules of the Chief Administrative Judge of the Courts of the State of New York. We will send you a copy of those rules upon request. Similarly, certain other jurisdictions may permit arbitration of fees disputes under some circumstances. Also, Texas law requires that we inform clients of the existence of a grievance process. The State Bar of Texas investigates and prosecutes professional misconduct committed by Texas attorneys. Although not every complaint against or dispute with a lawyer involves professional misconduct, the State Bar's Office of Chief Disciplinary Counsel will provide you with information about how to file a complaint. Please call 1-800-932-1900 for more information. Also, the Supreme Court of Texas has promulgated The Texas Lawyer's Creed - A Mandate for Professionalism, which states that an attorney should inform a client of the creed's contents when undertaking a representation. We will send you a copy of the creed upon request. It is also available online at the Texas Bar website, https://www.texasbar.com.

## Cooperation and No Guarantees

It is important that you cooperate fully with us and tell us all information and developments relating to this matter, and we may rely on that information without independently verifying it. We will try to achieve a result in this matter that is satisfactory to you, but we make no promises or guarantees concerning the outcome. For example, we cannot assure you that negotiations will be successful, a proposed transaction will be completed, or the outcome of this matter will be favorable to you. Outcomes in litigation and arbitration are especially hard to predict because of many factors that are beyond the control of clients or counsel. Any statements we make concerning possible outcomes of this matter, the legal significance of possible outcomes, or any other legal matters reflect our professional judgment at that time, but they are not guarantees. Those statements necessarily are limited by our knowledge of the facts and are based on the state of the law at the time they are made.

## Billing Arrangements and Terms

You agree to pay our invoices in full, and we may request an advance, retainer, or other payment if you fall behind in your payment obligations or if the scope of the engagement changes. You also will be responsible for paying any taxes required by law (e.g., VAT) directly resulting from this matter. If you are required to deduct or withhold any taxes from payments due the Firm, or if the Firm or its lawyers are required to pay any taxes directly to any taxing authority, you will pay us the additional amounts necessary to compensate the Firm for the withholding or additional cost so that, after the withholding or payment of the taxes, the Firm receives the full amount due under its invoices.

In appropriate matters, as an accommodation to you, we may send our invoices to third-party payors (e.g., an insurer, indemnitor, litigation funder, or borrower). But, if for any reason a third-party payor does not timely pay our invoices, you will remain fully responsible for paying them. Likewise, even when a third party pays our fees, we owe our professional obligations to you, not to that third party.

Some clients ask us to invoice them using e-billing software or third-party e-billing services. We will do so if it can be done in a way that is technologically practical and consistent with our internal security and IT procedures. If you ask us to use such a vendor, we will assume that you have negotiated appropriate confidentiality protections and limits on the vendor's use of the information, and that those terms satisfy our confidentiality obligations to you and any cybersecurity guidelines you might send us.

## Effect of Merger or Other Reorganization

If you acquire, are acquired by, merge, or affiliate with another company, let us know right away so we can decide whether we may continue as your attorneys in this matter, or if we need to withdraw due to conflicts or other considerations.

## Representing Other Attorneys

We represent attorneys and law firms in professional liability, business, tax, and other matters. This means that we may represent in another matter an attorney or law firm who opposes your interests in this matter. This will not affect our ability to represent your interests in this matter competently and diligently, nor would we pull our punches for one client to benefit another.

## Personal Investments by Firm Attorneys

The Firm does not separately track, for conflict of interest purposes, the personal investments made by our attorneys. Many own shares or other interests in companies, mutual funds, various investment vehicles, or real property. Also, some of the Firm's partners may invest together in private equity funds or other similar investment vehicles. In particular, the Firm has organized an investment partnership (the "Fund")—separate from the Firm—in which some partners participate. The Fund sometimes participates in investment opportunities presented by our clients or others. Given the nature of this Firm's practice, at any given time, the Fund (directly or indirectly) might have investments in energy, financial services, private equity, and technology companies or other opportunities. In general, we do not believe that these investments are material either to (i) the entities in which the attorneys or the Fund invest or (ii) the attorneys who have invested. However, if you are concerned about investments in a particular entity, please ask us to canvass our attorneys about any investments in that entity.

## Law Firm Privilege and Possible Conflict of Interest

While representing you, circumstances may arise where we believe it is appropriate to consult with the Firm's General Counsel's Office (or with other Firm attorneys working with our General Counsel's Office) on this matter. We will do this at our own expense. To the extent that we are addressing our duties and obligations to you or others, a conflict of interest might arise between you and the Firm. You agree that such consultations are privileged and confidential communications between the Firm and its counsel and therefore are protected from disclosure to you. You also agree to waive any claim of conflict of interest that exists or might arise out of those consultations.

## Confidentiality and Disclosure of Attorney-Client Relationship

We will use your confidential information only in connection with representing you. We will not disclose your confidential information, use it to your disadvantage, or use it to the advantage of other clients. Likewise, we will not share with you or use for your benefit confidential information that we receive from other clients. You agree, however, that we may disclose the existence of this attorney-client relationship and a general description of the nature of the engagement for the limited purpose of obtaining informed consent or a conflicts waiver from another client.

In Firm brochures and other materials or information about our practice, we may identify you as a Firm client, indicate the general nature of our representation of you, and provide examples

of engagements handled on your behalf (including this matter). If you do not wish to have your name mentioned in those materials, please inform us in writing.

**Cybersecurity, Secure Electronic Communications, and Privacy**

We have ISO 27001 certification for our U.S. and U.K. information security management systems that handle Client Materials (defined below). As part of our information security program, we take steps to safeguard data that are entrusted to us, including personal data, as defined by the EU General Data Protection Regulation 679/2016 ("GDPR") concerning individuals located in the European Union. Our information security program implements technical and organizational measures designed to protect personal data against unlawful, unauthorized, or accidental loss, disclosure, destruction, access, or use. Please do not send us any personal data regarding individuals that is protected by the GDPR, the Health Insurance Portability and Accountability Act ("HIPAA"), or other similar statutes unless you (i) have consent from the data subjects or some other lawful basis to provide their personal data to us, (ii) agree that we may maintain and use that data to represent you, and (iii) agree that we need to use that personal data to carry out our representation of you. If you share with us any personal data that is subject to the GDPR, you and the Firm will act as independent data controllers with our own responsibilities to comply with any applicable obligations of the GDPR or national implementing legislation. While representing you in this matter, if you or others provide us with "special categories of data" or other sensitive personal data, as defined by the GDPR, please inform us in writing so that we may consider whether to take any additional steps to safeguard the information.

**Local Counsel, Outside Contractors, and Service Providers**

If you need local or special counsel in this matter, you will be responsible for retaining and compensating them. We are not responsible for the quality of other counsel's work even if we provide you with recommendations, instruct them directly, or coordinate with them.

We sometimes use outside contractors and service providers in some areas of our practice or operations. They include vendors, eDiscovery and data-hosting providers, temporary or contract attorneys and paralegals, consultants, advisors, experts, investigators, court reporters, translators, registered agents, local counsel, and other service providers. In performing their services, those people may have access to confidential information, and we will take appropriate steps to preserve the confidentiality of any such information. You consent to our allowing outside contractors and service providers access to such information as described.

Absent special arrangements, you are responsible for paying the outside contractors and service providers used on this matter. We will instruct them to bill you directly for their services. Those contractors and service providers are deemed to be engaged by you even if their bills are addressed to or reviewed by us. If they send bills or invoices to us, we may re-direct them to you for payment. In our discretion, we may pay invoices for small amounts and include those sums in our invoices to you, although we will seldom do so for sums greater than $1,000.

## Compulsory Process and Post-Engagement Tasks

After this matter ends, you might ask us, or we might be compelled, to undertake certain post-engagement tasks relating to this matter, such as responding and objecting to subpoenas, searching for and producing documents, preparing for testimony, performing transition work, and other similar activities. In those situations, we will promptly notify and consult with you unless we are legally prohibited from doing so, and you agree to compensate us for the fees and expenses we incur, including payment for the time spent by our attorneys and other timekeepers calculated at our then applicable hourly rates. If we receive a subpoena, we will inform you, if legally permitted to do so. Pending instruction from you, we will attempt to limit the subpoena on any reasonable ground and will object to the subpoena and assert all reasonable arguments against disclosure. If we are ordered by a court to produce documents or other information or are otherwise required to so do by law, you agree that we may produce the documents or other information and that we are not required to file an appeal from that judicial order. Nothing in this engagement letter obligates our attorneys or personnel to submit to interviews or to provide testimony. Performing post-engagement tasks will not constitute providing legal services to you, and it will not create or revive an attorney-client relationship between us.

## Document Retention and Destruction

While representing you, we likely will receive or create documents and materials such as correspondence, memoranda, pleadings, exhibits, transcripts, physical evidence, various agreements, transaction documents, and other documents and materials directly and substantively related to the representation (collectively, "Client Materials"). We will keep the Client Materials in files we will create for this matter. You agree that we may maintain some or all of those Client Materials solely in electronic form and that the metadata associated with those electronic documents are not Client Materials.

We also may create and maintain our own materials related to this matter which will belong to us ("Firm Materials"). Firm Materials are prepared for our internal use and include, for example, Firm administrative records, conflicts and new business intake materials and reports, time and billing reports, personnel and staffing materials, credit, expense, and accounting records, administrative and routine internal documents, notes, emails, and drafts not distributed outside the Firm, form files or templates (even if referred to in the course of this matter), and other materials and internal communications not directly and substantially part of the representation.

After the end of this matter, upon your request and assuming our fees and charges have been paid, we will send you the Client Materials at your expense. We reserve the right to retain a copy of the Client Materials. If you ask us to send you paper copies of documents that we maintain solely in electronic form, scan paper documents into an electronic format, or convert electronic documents from one electronic format into another, you agree to pay the associated costs.

If you do not request the Client Materials when this matter ends, we will keep them for a reasonable period of time (currently seven years for most documents) after the end of the matter. In so doing, we will follow our own records retention policy, not yours. Retaining those or other materials does not constitute the performance of legal services for you and does not create or revive

an attorney-client relationship between us. After the applicable retention period, we may destroy the Client Materials without any additional notice to you.

# Exhibit C

**Budget and Staffing Plan**

## ROCKALL ENERGY HOLDINGS, LLC, *ET AL.*[1]
## VINSON & ELKINS LLP PROJECTED BUDGET AND STAFFING PLAN[2]

## BUDGET

| CODE | DESCRIPTION | TOTAL HOURS ESTIMATE | TOTAL FEES ESTIMATE |
|---|---|---|---|
| 1 | Asset Analysis and Recovery | 10 | $10,134 |
| 2 | Asset Sales | 400 | $405,340 |
| 3 | Assumption and Rejection of Leases and Contracts | 50 | $50,668 |
| 4 | Avoidance Action Analysis | 10 | $10,134 |
| 5 | Budgeting (Case) | 5 | $5,067 |
| 6 | Business Operations | 100 | $101,335 |
| 7 | Case Administration | 200 | $202,670 |
| 8 | Claims Administration and Objections | 30 | $30,401 |
| 9 | Corporate Governance and Board Matters | 50 | $50,668 |
| 10 | Employee Benefits and Compensation | 50 | $50,668 |
| 11 | Employment and Fee Applications | 80 | $81,068 |
| 12 | Employment and Fee Application Objections | 10 | $10,134 |
| 13 | Financing and Cash Collateral | 130 | $131,736 |
| 14 | Hearings | 80 | $81,068 |
| 15 | Litigation (Contested Matters and Adversary Proceedings) | 215 | $217,870 |
| 16 | Meetings and Communications with Creditors | 75 | $76,001 |
| 17 | Non-Working Travel | 10 | $10,134 |
| 18 | Plan, Disclosure Statement, and Confirmation | 300 | $304,005 |
| 19 | Real Estate | 0 | $0 |
| 20 | Relief from Stay and Adequate Protection | 10 | $10,134 |
| 21 | Reporting | 70 | $70,935 |
| 22 | Tax | 75 | $76,001 |
| 23 | Valuation | 10 | $10,134 |
| **Total** | | **1,970** | **$1,996,300** |

## STAFFING PLAN

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE FIRST FEE PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Partners | 11 | $1,467.41 |
| Counsel | 2 | $1,037.25 |
| Associates | 15 | $854.40 |
| Paralegals | 2 | $346.50 |

---

1 “Rockall Energy Holdings, LLC” includes Arrow Rock Energy, LLC, Petro Harvester Operating Company, LLC, Rockall Agent Corp., Rockall Energy Holdings, LLC, Rockall Energy, LLC, Rockall EOR, LLC, Rockall Exploration Company, LLC, Rockall Intermediate, Inc., Rockall LA, LLC, Rockall Laurel, LLC, Rockall Midstream, LLC, Rockall MS, LLC, Rockall ND, LLC, Rockall Pine Prairie, LLC, White Marlin Investment Company, LLC, and White Marlin Midstream, LLC.

2 The projections contained herein assume services rendered and fees earned from March 9, 2022 through June 7, 2022. The information provided herein is a summary of projected hours to be expended and fees earned by Vinson & Elkins LLP in these chapter 11 cases based on certain assumptions, projections, and estimates, and is for informational purposes only.

**REVISED BUDGET & STAFFING PLAN[1]**

***Rockall Energy Holdings, LLC et al.***

***V&E Budget & Staffing Plan[2]***
***Confidential***

| CODE | DESCRIPTION | Original Budget/Staffing Plan (March 9, 2022 to June 7, 2022) | | Updated Budget/Staffing Plan (March 9, 2022 to June 7, 2022) | |
|---|---|---|---|---|---|
| | | ESTIMATED HOURS | ESTIMATED FEES | ESTIMATED HOURS | ESTIMATED FEES |
| 1 | Asset Analysis and Recovery | 10 | 10,134 | 10 | 8,227 |
| 2 | Asset Sales | 400 | 405,340 | 575 | 473,064 |
| 3 | Assumption and Rejection of Leases and Contracts | 50 | 50,668 | 120 | 98,726 |
| 4 | Avoidance Action Analysis | 10 | 10,134 | 8 | 6,582 |
| 5 | Budgeting (Case) | 5 | 5,067 | 5 | 4,114 |
| 6 | Business Operations | 100 | 101,335 | 250 | 205,680 |
| 7 | Case Administration | 200 | 202,670 | 250 | 205,680 |
| 8 | Claims Administration and Objections | 30 | 30,401 | 5 | 4,114 |
| 9 | Corporate Governance and Board Matters | 50 | 50,668 | 125 | 102,840 |
| 10 | Employee Benefits and Compensation | 50 | 50,668 | 360 | 296,179 |
| 11 | Employment and Fee Applications | 80 | 81,068 | 140 | 115,181 |
| 12 | Employment and Fee Application Objections | 10 | 10,134 | 350 | 287,952 |
| 13 | Financing and Cash Collateral | 130 | 131,736 | 625 | 514,200 |
| 14 | Hearings | 80 | 81,068 | 135 | 111,067 |
| 15 | Litigation (Contested Matters and Adversary Proceedings) | 215 | 217,870 | 1175 | 966,696 |
| 16 | Meetings and Communications with Creditors | 75 | 76,001 | 235 | 193,339 |
| 17 | Non-Working Travel | 10 | 10,134 | 15 | 12,341 |
| 18 | Plan, Disclosure Statement, and Confirmation | 300 | 304,005 | 475 | 390,792 |
| 19 | Real Estate | 0 | 0 | 0 | 0 |
| 20 | Relief from Stay and Adequate Protection | 10 | 10,134 | 20 | 16,454 |
| 21 | Reporting | 70 | 70,935 | 165 | 135,749 |
| 22 | Tax | 75 | 76,001 | 80 | 65,818 |
| 23 | Valuation | 10 | 10,134 | 0 | 0 |
| **Total** | | **1,970** | **$1,996,300** | **5,123** | **$4,214,795** |

1 V&E shared this revised budget and staffing plan with the CRO and Secured Parties and their advisors on May 17, 2022, which reflected a modified budget that accounted for, among other things, the significant litigation efforts undertaken with respect to the DIP financing, V&E retention application, and key employee incentive program, as a result of objections from the Committee.

2 The estimates of hours and fees in this budget and staffing plan reflect estimates for each billing sequence and remain subject to V&E's review of its time detail. Nothing herein shall be deemed a cap or a limitation on the amounts for which V&E may seek allowance or payment.

US 8969626

# <u>Exhibit D</u>

## Voluntary Rate Disclosures

US 8969626

## Voluntary Rate Disclosures

- The blended hourly rate for all V&E domestic timekeepers (including both professionals and paraprofessionals) who billed to non-bankruptcy matters[1] during the period beginning on March 9, 2022, and ending on June 10, 2022 (the "***Comparable Period***"), was, in the aggregate, approximately $835.24 per hour (the "***Non-Bankruptcy Blended Hourly Rate***").[2]
- The blended hourly rate for all V&E timekeepers (including both professionals and paraprofessionals) who billed to the Debtors during the Fee Period was approximately $842.27 per hour.[3]
- A detailed comparison of these rates is as follows:

| CATEGORY OF TIMEKEEPER | BLENDED HOURLY RATE FOR THE FEE PERIOD | NON-BANKRUPTCY BLENDED HOURLY RATE |
|---|---|---|
| Partners | $1,164.40 | $1,195.13 |
| Counsel | $942.28 | $906.24 |
| Associates | $730.39 | $687.18 |
| Paralegals | $310.00 | $295.61 |
| **Total** | $842.27 | $835.24 |

[1] It is the nature of V&E's practice that certain non-bankruptcy engagements (the "***Non-Bankruptcy Matters***") require the advice and counsel of professionals and paraprofessionals who work primarily within V&E's Restructuring Group. Accordingly, Non-Bankruptcy Matters consist of matters for which V&E domestic timekeepers represented a client in a matter other than an in-court bankruptcy proceeding. Moreover, the Non-Bankruptcy Matters include time billed by V&E domestic timekeepers who work primarily within V&E's Restructuring Group.

[2] V&E calculated the blended rate for Non-Bankruptcy Matters by dividing the total dollar amount billed by V&E domestic timekeepers to the Non-Bankruptcy Matters during the Comparable Period by the total number of hours billed by V&E domestic timekeepers to the Non-Bankruptcy Matters during the Comparable Period.

[3] V&E calculated the blended rate for timekeepers who billed to the Debtors by dividing the total dollar amount billed by such timekeepers during the Fee Period (inclusive of the discount provided to the Debtors) by the total number of hours billed by such timekeepers during the Fee Period.

# **<u>Exhibit E</u>**

## Summary of Total Fees Incurred and Hours Billed

# Summary of Total Fees Incurred and Hours Billed

| Attorney | Position | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Partner** | | | | | | |
| Guy Gribov | Partner | 2009 | Finance | $1,095.00 | 42.1 | $46,099.50 |
| Matthew T. Dobbins | Partner | 2011 | Complex Commercial Litigation | $1,055.00 | 18.7 | $19,728.50 |
| George R. Howard | Partner | 2008 | Restructuring & Reorganization | $1,285.00 | 147.3 | $189,280.50 |
| Lauren R. Kanzer | Partner | 2014 | Restructuring & Reorganization | $975.00 | 465.2 | $453,570.00 |
| Bryan E. Loocke | Partner | 2002 | Energy Transactions / Projects | $1,285.00 | 115.8 | $148,803.00 |
| John E. Lynch | Partner | 1986 | Tax | $1,465.00 | 33.5 | $49,077.50 |
| Rebecca L. Matthews | Partner | 2005 | Complex Commercial Litigation | $1,155.00 | 308.6 | $356,433.00 |
| David S. Meyer | Partner | 2008 | Restructuring & Reorganization | $1,325.00 | 174.7 | $231,477.50 |
| Matthew W. Moran | Partner | 1997 | Complex Commercial Litigation | $1,285.00 | 162.7 | $209,069.50 |
| Wendy T. Salinas | Partner | 2001 | Tax | $1,325.00 | 32.1 | $42,532.50 |
| Shane M. Tucker | Partner | 1999 | ECB | $1,325.00 | 8.4 | $11,130.00 |
| **Counsel** | | | | | | |
| Jeremy M. Reichman | Counsel | 2012 | Complex Commercial Litigation | $925.00 | 26.1 | $24,142.50 |
| Joclynn E. Townsend | Counsel | 2012 | Energy Transactions / Projects | $945.00 | 165.6 | $156,492.00 |
| **Associate** | | | | | | |
| Brian G. Broussard | Associate | 2020 | Energy Transactions / Projects | $685.00 | 10.4 | $7,124.00 |
| Brandon M. Brunet | Associate | 2019 | M&A / Capital Markets | $685.00 | 24.3 | $16,645.50 |
| Taylor Daily | Associate | 2020 | Finance | $590.00 | 85.3 | $50,327.00 |
| Yong J. Eoh | Associate | 2015 | M&A / Capital Markets | $860.00 | 5.1 | $4,386.00 |
| Michael A. Garza | Associate | 2016 | Restructuring & Reorganization | $860.00 | 372.7 | $320,522.00 |
| Jeremy R. Gonzalez | Associate | 2018 | Complex Commercial Litigation | $705.00 | 107.1 | $75,505.50 |
| Michael C. Lee | Associate | 2018 | Complex Commercial Litigation | $705.00 | 9.1 | $6,415.50 |
| Cesar Leyva | Associate | 2015 | Energy Transactions / Projects | $860.00 | 51.6 | $44,376.00 |
| Katherine D. Grissel | Associate | 2007 | Restructuring & Reorganization | $925.00 | 94.1 | $87,042.50 |
| John Larbalestier | Associate | 2017 (Australia) | Energy Transactions / Projects | $830.00 | 70.8 | $58,764.00 |
| Elias M. Medina | Associate | 2021 | Restructuring & Reorganization | $590.00 | 395.9 | $233,581.00 |
| Arthur Munoz | Associate | 2018 | Finance | $705.00 | 80.6 | $56,823.00 |
| Zachary J. Parker | Associate | 2019 | Energy Transactions / Projects | $685.00 | 34.9 | $23,906.50 |
| Matthew J. Pyeatt | Associate | 2014 | Restructuring & Reorganization | $910.00 | 510.6 | $464,646.00 |
| Emily Rhine | Associate | 2020 | Complex Commercial Litigation | $590.00 | 163.8 | $96,642.00 |
| Trevor G. Spears | Associate | 2017 | Restructuring & Reorganization | $790.00 | 293.5 | $231,865.00 |
| Melissa J. Spohn | Associate | 2006 | ECB | $1,015.00 | 21.7 | $22,025.50 |
| Eli S. Sterbcow | Associate | 2020 | Complex Commercial Litigation | $590.00 | 252.9 | $149,211.00 |
| Kiran Vakamudi | Associate | 2017 | Restructuring & Reorganization | $790.00 | 129.9 | $102,621.00 |
| John C. Wimberly | Associate | 2016 | Tax | $890.00 | 59.5 | $52,955.00 |
| Benjamin Zeter | Associate | 2019 | Energy Transactions / Projects | $685.00 | 114.6 | $78,501.00 |
| Sara Zoglman | Associate | 2020 | Restructuring & Reorganization | $590.00 | 380.1 | $224,259.00 |
| **Law School Graduate / Law Clerk** | | | | | | |
| Ida Ayalew | Law Clerk | N/A | Restructuring & Reorganization | $540.00 | 109.5 | $59,130.00 |
| ***Totals for Attorneys*** | | | | | **5,078.8** | **$4,405,110.00** |
| **Paralegal** | | | | | | |
| Elizabeth E. Neuman | Paralegal | N/A | Restructuring & Reorganization | $310.00 | 239.3 | $74,183.00 |
| ***Totals for Paraprofessionals*** | | | | | **239.3** | **$74,183.00** |
| **Grand Total** | | | | | **5,318.1** | **$4,479,293.00** |

# <u>Exhibit F</u>

## Summary of Actual and Necessary Expenses

## Summary of Actual and Necessary Expenses

| Expense Categories | Amount |
|---|---:|
| Business Meals | $1,156.73 |
| Courier Services | $112.91 |
| Filing Fees | $29,605.62 |
| Outside Professional Services | $1,320.72 |
| Travel | $4,610.38 |
| **Expenses Total** | **$36,806.36** |

## Exhibit G

**Summary of Fees by Submatter**

## Summary of Fees by Submatter

| Submatter Number | Submatter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 1 | Asset Analysis and Recovery | 0 | $0.00 |
| 2 | Asset Sales | 997.8 | $892,561.50 |
| 3 | Assumption and Rejection of Leases and Contracts | 125.8 | $94,483.50 |
| 4 | Avoidance Action Analysis | 3.2 | $2,755.00 |
| 5 | Budgeting (Case) | 9.4 | $11,748.50 |
| 6 | Business Operations | 201.5 | $167,253.50 |
| 7 | Case Administration | 434.9 | $243,829.50 |
| 8 | Claims Administration and Objections | 7.4 | $5,502.50 |
| 9 | Corporate Governance and Board Matters | 124 | $106,781.50 |
| 10 | Employee Benefits and Compensation | 201.1 | $161,316.50 |
| 11 | Employment and Fee Applications | 242.3 | $189,480.00 |
| 12 | Employment and Fee Application Objections | 136.9 | $123,771.50 |
| 13 | Financing and Cash Collateral | 537.2 | $468,900.00 |
| 14 | Hearings | 86.3 | $86,921.50 |
| 15 | Litigation (Contested Matters and Adversary Proceedings) | 1328.3 | $1,145,560.50 |
| 16 | Meetings of and Communications with Creditors | 89.8 | $85,321.00 |
| 17 | Non-Working Travel | 1.3 | $1,722.50 |
| 18 | Plan, Disclosure Statement, and Confirmation | 513.2 | $418,460.00 |
| 19 | Real Estate | 0 | $0.00 |
| 20 | Relief from Stay and Adequate Protection | 34.3 | $29,673.50 |
| 21 | Reporting | 117.8 | $98,352.50 |
| 22 | Tax | 125.6 | $144,898.00 |
| 23 | Valuation | 0 | $0.00 |
| | **Total** | 5,318.1 | $4,479,293.00 |

Case 22-50500-swe711 Doc 2509 Filed 08/29/24 Entered 08/29/24 12:11:11 Desc
Exhibit H Page 136 of 399

## Exhibit H

**Detailed Description of Services Provided**

Vinson&Elkins

# Invoice

August 9, 2022

**Rockall Energy Holdings, LLC**
5851 Legacy Circle, Suite 500
Plano, TX 75024

**Client/Matter Number** ROC447 64001
**Invoice Number** 25695303
**Billing Attorney** William C. Smith

**This invoice has been forwarded via e-mail to:**
accountspayable@rockallenergy.com

## Re: Restructuring Advice

**Fees for services posted from March 9, 2022 through March 31, 2022:**

**Re: Asset Sales**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 03/09/22 | MJPY | Work on comments to bid procedures motions (.8); work on comments to bid procedures order, sale notice, and cure notice (1.2); correspond with V&E restructuring team regarding same (.4); conference with George Howard regarding same (.2). | 2.60 |
| 03/09/22 | BMIB | Prepare NDAs. | 1.70 |
| 03/09/22 | GRHO | Review/analyze and comment on bidding procedures motion and related exhibits (1.0); call with Matt Pyeatt regarding same (.2). | 1.20 |
| 03/10/22 | BMIB | Review and revise NDAs (1.3); correspond with V&E team, Lazard regarding same (.6). | 1.90 |
| 03/11/22 | BMIB | Review and revise NDAs. | 1.50 |
| 03/12/22 | SAZO | Revise proposed orders for scheduling motion and bidding procedures motion (.6); correspond with V&E team regarding same (.2). | 0.80 |
| 03/13/22 | MJPY | Evaluate bid procedures order and exhibits to be filed (.5); work on comments to same (.5); correspond with V&E restructuring team regarding same (.2). | 1.20 |
| 03/14/22 | JETO | Prepare for and participate in conference with Rockall and Lazard regarding status update of sales process. | 0.70 |
| 03/14/22 | MJPY | Evaluate form PSA (.5); call with client regarding sale process and suspense issues (.6); work on comments to bid procedures order and related filing issues (.6); evaluate sale process dates and timeline (.4); evaluate issues in connection with PSA (.4). | 2.50 |
| 03/14/22 | CELE | Discuss issue related to suspense with Joclynn Townsend (.1); prepare for call with Ankura, Lazard and Rockall teams (.4); attend call with Ankura, Lazard and Rockall teams (.6). | 1.10 |
| 03/14/22 | SAZO | Revise proposed orders for scheduling motion and bidding procedures motion and work related to the same (.8); attend call with V&E team and Debtors' advisors re sale process (.6). | 1.40 |
| 03/15/22 | JETO | Attend portion of conference with Lazard and Company | 0.50 |

I.R.S. NO. 74-1183015

V&E **Invoice** **Rockall Energy Holdings, LLC** August 9, 2022 Page 2

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25695303 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | regarding PSA. | |
| 03/15/22 | MJPY | Call with V&E ETP team and client regarding form PSA (.8); evaluate form PSA and related comments (1.1); evaluate VDR materials (.2); correspond with V&E restructuring team regarding same (.3); correspond with Lazard regarding same (.2). | 2.60 |
| 03/15/22 | BMIB | Review and revise NDAs. | 0.80 |
| 03/15/22 | CELE | Discuss exhibits and schedules (.4); prepare for and attend call with V&E, Rockall and Lazard teams regarding Purchase and Sale Agreement (1.0); attention to correspondence to proposed exhibits and schedules (.2). | 1.60 |
| 03/15/22 | SAZO | Draft sale process timeline with key dates and deadlines. | 0.80 |
| 03/15/22 | BEZE | Correspond with V&E team regarding important dates (.5); prepare forms of exhibits for PSA (2.6); conference with client regarding PSA (.8). | 3.90 |
| 03/16/22 | LRKA | Conference call with Lazard, V&E team regarding Steel Reef (.4); follow-up correspondence and conferences with V&E team regarding same (.5). | 0.90 |
| 03/16/22 | JETO | Review and comment on disclosure schedule template (1.0); conference with Company, V&E team regarding same (.9). | 1.90 |
| 03/16/22 | MJPY | Correspond with V&E ETP team regarding form PSA (.2); evaluate bid procedures to support same (.3). | 0.50 |
| 03/16/22 | BMIB | Review and revise NDAs. | 1.80 |
| 03/16/22 | CELE | Prepare for call regarding disclosure schedules (.4); attend call with Rockall team regarding disclosure schedules (1.0). | 1.40 |
| 03/16/22 | BEZE | Prepare for and conference with client to discuss PSA (1.0); create updated exhibits (1.9). | 2.90 |
| 03/17/22 | MJPY | Call with Lazard and client regarding sale process update (.7); call with client regarding tag right issue to support same (.3); evaluate research to support same (.2). | 1.20 |
| 03/17/22 | BMIB | Prepare NDAs. | 1.40 |
| 03/18/22 | MJPY | Correspond with V&E team regarding form PSA (.3); evaluate draft PSA (.8); finalize sale notice (.4); correspond with Stretto regarding same (.2). | 1.70 |
| 03/18/22 | CELE | Draft Purchase and Sale Agreement (1.5); analyze timing and defect process (.5); correspond with V&E team regarding non-disclosure agreements (.2); discuss timing of dates in Purchase and Sale Agreement with V&E team (.2). | 2.40 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25695303 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 03/19/22 | CELE | Prepare and attention to correspondence with Joclynn Townsend regarding PSA closing mechanics. | 0.20 |
| 03/20/22 | CELE | Review and revise Purchase and Sale Agreement. | 1.20 |
| 03/21/22 | YJEO | Review and comment on NDAs (.6); review and respond to correspondence in connection with same (.4). | 1.00 |
| 03/21/22 | JETO | Review and provide comments to the Rockall PSA (.9); attend conference with V&E team discussing the same (.1). | 1.00 |
| 03/21/22 | MJPY | Evaluate bid procedures regarding NDA inquiry (.3); correspond with V&E team regarding same (.2); correspond with V&E M&A team regarding NDA status (.2). | 0.70 |
| 03/21/22 | CELE | Discuss comments to Rockall Purchase and Sale Agreement with V&E team (.1); review correspondence regarding same (.2). | 0.30 |
| 03/22/22 | YJEO | Review and comment on NDAs (.7); review and respond to correspondence in connection with same (.5). | 1.20 |
| 03/22/22 | MJPY | Correspond with V&E ETP team regarding form PSA inquiry (.2); correspond with Lazard regarding same (.2). | 0.40 |
| 03/22/22 | CELE | Review and respond to correspondence from Graeme Miller and V&E teamregarding adjustments to Purchase and Sale Agreement (.1); analyze issue related to same (.2). | 0.30 |
| 03/23/22 | CELE | Evaluate mortgages (.1); review and revise schedules (.6); review and evaluate BACA matters (.3); review and analyze credit agreement (.4). | 1.40 |
| 03/23/22 | MAGA | Prepare for and participate on call with V&E and Ankura teams regarding schedule of contracts and cure notices and related issues (.7); confer with V&E team regarding notices of same (.2). | 0.90 |
| 03/24/22 | RLPE | Review and analyze correspondence from V&E restructuring team regarding update on indication of interest (.2); confer with V&E ETP team regarding request for litigation schedule for PSA (.2). | 0.40 |
| 03/24/22 | JETO | Prepare for and participate in conference with V&E team, Lazard discussing status of sales process. | 0.50 |
| 03/24/22 | MJPY | Attend call with Lazard regarding sale process update (.5); confer with V&E ETP team regarding form PSA (.3); evaluate PSA draft (.5); review and evaluate email correspondence regarding NDAs (.2). | 1.50 |
| 03/24/22 | BMIB | Review and revise NDAs. | 2.30 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 4

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25695303 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 03/24/22 | CELE | Prepare for call with David Mirkin regarding schedules to Purchase and Sale Agreement (.1); attend call with David Mirkin regarding same (.3); evaluate matters regarding litigation schedule to Purchase and Sale Agreement (.2); revise Purchase and Sale Agreement (1.9); confer with V&E team regarding Purchase and Sale Agreement and related schedules (.6). | 3.10 |
| 03/25/22 | MJPY | Evaluate buyer list update (.2); evaluate bid procedures disclosure requirements (.4); correspond with V&E restructuring team regarding same (.3); call with Lazard regarding same (.3). | 1.20 |
| 03/28/22 | MWMO | Review confidentiality procedures in bid procedures (.2); review correspondence regarding motion to reconsider bid procedures (.1). | 0.30 |
| 03/28/22 | DSME | Attend to sale process and committee requests (.6); correspond with V&E team regarding same (.3); telephone conference with Cleary team regarding same (.4). | 1.30 |
| 03/28/22 | MJPY | Call with Lazard regarding Committee diligence requests relating to sale process and proposed responses (.4); correspond with V&E team regarding bidder escrow account (.2). | 0.60 |
| 03/28/22 | BMIB | Prepare NDAs. | 1.40 |
| 03/28/22 | ESST | Draft schedule for PSA. | 0.80 |
| 03/28/22 | TGSP | Correspond with V&E team regarding deposit accounts regarding sale. | 0.10 |
| 03/29/22 | MWMO | Review correspondence with Lazard regarding access to sale dataroom. | 0.30 |
| 03/29/22 | MJPY | Correspond with V&E team regarding indication of interest (.2); evaluate bid procedures to support same (.3); correspond with Lazard regarding same (.2); correspond with V&E team regarding publication notice (.2); evaluate Committee diligence issues pertaining to sale process and bidder information (.3). | 1.20 |
| 03/29/22 | CELE | Attention to correspondence from Brandon Van Sickle regarding exhibits and schedules (.1); correspond with Ben Zeter regarding same (.1); call with Stephen Golmont regarding issues related to Purchase and Sale Agreement (.6); discuss issues related to transaction timing with Joclynn Townsend (.1). | 0.90 |
| 03/29/22 | SAZO | Draft publication notice for combined hearing and auction and sale (1.2); follow up correspondence regarding same (.5). | 1.70 |

V&E **Invoice** **Rockall Energy Holdings, LLC** August 9, 2022 Page 5

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25695303 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 03/29/22 | EMME | Correspond with Lazard regarding fall sale documents (.2); correspond with V&E team regarding same (.7). | 0.90 |
| 03/30/22 | MWMO | Review PSA litigation schedule (.2); review and revise correspondence to UCC regarding sale process information (.2). | 0.40 |
| 03/30/22 | MJPY | Call with Lazard and V&E team regarding sale diligence and Committee issues (.5); correspond with V&E team regarding same (.3); evaluate publication notice questions (.3). | 1.10 |
| 03/30/22 | CELE | Revise Purchase and Sale Agreement. | 0.40 |
| 03/31/22 | MWMO | Review correspondence regarding bidding process. | 0.10 |
| 03/31/22 | LRKA | Correspond with V&E team regarding sales process matters (.3); conference call with V&E team, Stephen Golmont re procedures for sale (.8); follow-up correspondence with V&E team regarding same (.2). | 1.30 |
| 03/31/22 | MJPY | Call with client and Lazard regarding sale process update (.7); call with Lazard regarding bidder access procedure (.2); evaluate draft procedures (.2); call with Lazard and V&E team regarding same (.8); correspond with V&E team regarding same (.2). | 2.10 |
| 03/31/22 | BMIB | Prepare amendment for NDA. | 1.70 |
| 03/31/22 | CELE | Discuss issues related to Purchase and Sale Agreement with V&E team (.1); analyze issue related to same (.1). | 0.20 |
| 03/31/22 | MAGA | Correspond with V&E team regarding deposit account for bids (.2); correspond with Ankura team regarding same (.2); review and revise draft publication notices for auction and sale and combined hearing (.5); correspond with Stretto regarding same (.4). | 1.30 |
| 03/31/22 | GRHO | Call with Stephen Golmont (Lazard), Matt Pyeatt and Lauren Kanzer regarding sales process (.8); correspond with Matt Pyeatt and Bryan Loocke regarding same (.3). | 1.10 |
| 03/31/22 | BEZE | Compile schedules for PSA. | 1.20 |

V&E **Invoice**

**Rockall Energy Holdings, LLC** August 9, 2022 Page 6

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25695303 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

**Summary of services - Asset Sales**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| BMIB | Brandon M. Brunet | 14.50 | 685.00 | 9,932.50 |
| YJEO | Yong J. Eoh | 2.20 | 860.00 | 1,892.00 |
| MAGA | Michael A. Garza | 2.20 | 860.00 | 1,892.00 |
| GRHO | George R. Howard | 2.30 | 1285.00 | 2,955.50 |
| LRKA | Lauren R. Kanzer | 2.20 | 975.00 | 2,145.00 |
| CELE | Cesar Leyva | 14.50 | 860.00 | 12,470.00 |
| RLPE | Rebecca L. Matthews | 0.40 | 1155.00 | 462.00 |
| EMME | Elias M. Medina | 0.90 | 590.00 | 531.00 |
| DSME | David S. Meyer | 1.30 | 1325.00 | 1,722.50 |
| MWMO | Matthew W. Moran | 1.10 | 1285.00 | 1,413.50 |
| MJPY | Matthew J. Pyeatt | 21.10 | 910.00 | 19,201.00 |
| TGSP | Trevor G. Spears | 0.10 | 790.00 | 79.00 |
| ESST | Eli S. Sterbcow | 0.80 | 590.00 | 472.00 |
| JETO | Joclynn E. Townsend | 4.60 | 945.00 | 4,347.00 |
| BEZE | Benjamin Zeter | 8.00 | 685.00 | 5,480.00 |
| SAZO | Sara Zoglman | 4.70 | 590.00 | 2,773.00 |
| **Total** | | **80.90** | | **67,768.00** |

**Disbursements and other charges posted through March 31, 2022:**

**Fees for services posted from March 9, 2022 through March 31, 2022:**

**Re: Assumption and Rejection of Leases and Contracts**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 03/09/22 | RLPE | Review and revise motion to reject (.4); correspondence with Matt Pyeatt, George Howard, and Jeremy Reichman regarding same (.2). | 0.60 |
| 03/09/22 | MILE | Review and analyze midstream agreements (2.6); review and analyze 2018 and 2019 purchase and sale agreements (.7). | 3.30 |
| 03/10/22 | MWMO | Prepare for and participate in telephone call with client team and V&E team regarding Steel Reef contracts (.6); prepare for call with Steel Reef counsel (.3); participate in call with Steel Reef counsel (.4); follow up email correspondence regarding same (.1). | 1.40 |
| 03/10/22 | JMR | Conference with Steel Reef regarding potential adversary proceeding (.4); prepare for same (.1). | 0.50 |
| 03/10/22 | LRKA | Conference call with V&E team, counsel to Steel Reef (.4); prepare for same (.2); conference call with Company advisors regarding strategy for same (.6); correspond with Cleary, V&E team regarding same (.3). | 1.50 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

**Client/Matter Number** ROC447 64001
**Invoice Number** 25695303
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 03/10/22 | MILE | Review and analyze Steel Reef Contracts (.9); review and analyze case law regarding same (1.0); draft summary argument regarding same (.7). | 2.60 |
| 03/11/22 | RLPE | Correspond with V&E litigation team regarding further edits to Steel Reef complaint and summary judgment motion (.5); correspond with Michael Lee regarding Steel Reef contracts (.1). | 0.60 |
| 03/13/22 | MILE | Review and analyze Steel Reef Contracts. | 1.40 |
| 03/14/22 | MWMO | Correspond with V&E team regarding Steel Reef contracts (.4); call with Steel Reef counsel regarding same (.3); call with V&E team regarding agreement with Steel Reef (.3); follow-up conference with V&E team regarding same (.2). | 1.20 |
| 03/14/22 | LRKA | Conference with V&E team regarding Steel Reef (.3); conference with same and Steel Reef counsel regarding stipulation (.3); follow-up conference with V&E team regarding same (.2); correspond with V&E team, Cleary, client regarding same (.3). | 1.10 |
| 03/14/22 | MJPY | Analyze bonding issues (.2); evaluate cure schedule filing requirements (.2); correspond with V&E team regarding same (.2). | 0.60 |
| 03/15/22 | DSME | Correspond with V&E team regarding strategy and Steel Reef. | 0.30 |
| 03/15/22 | LRKA | Correspond with Company, Cleary regarding Steel Reef stipulation (.3). | 0.30 |
| 03/15/22 | MJPY | Evaluate bonds and indemnity agreement (1.0); correspond with V&E restructuring team regarding strategy on same (.4). | 1.40 |
| 03/15/22 | GRHO | Review/analyze and respond to email correspondence regarding Steel Reef issues and related comments on draft stipulation in connection with same. | 0.50 |
| 03/16/22 | MJPY | Call with V&E restructuring team regarding surety bond issues and related strategy (.6). | 0.60 |
| 03/16/22 | EMME | Conference with V&E team regarding surety issues (.6); correspond with same regarding same (.2). | 0.80 |
| 03/16/22 | GRHO | Review and analyze materials related to White Marlin transaction and associated surety bonds (.7); call with V&E team regarding same (.6). | 1.30 |
| 03/18/22 | MJPY | Correspond with Ankura regarding cure notice (.2); call with Ankura regarding same (.2); evaluate draft contract schedule (1.1); correspond with V&E restructuring team regarding | 1.70 |

V&E Invoice **Rockall Energy Holdings, LLC** August 9, 2022 Page 8

**Client/Matter Number** ROC447 64001
**Invoice Number** 25695303
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | research issues related to same (.2). | |
| 03/19/22 | EMME | Review executory contract issues (1.3); correspond with V&E team regarding same (.3). | 1.60 |
| 03/19/22 | TGSP | Research regarding executory contracts and assumption notices (1.7); call with Matt Pyeatt regarding same (.4); calls with Eli Medina regarding same (.5); correspond with same regarding same (.2). | 2.80 |
| 03/20/22 | EMME | Review executory contract issues (.7); correspond with V&E team regarding same (.2). | 0.90 |
| 03/20/22 | TGSP | Review and revise research regarding executory contracts and assumption notices (.9); correspond with V&E team regarding same (.3). | 1.20 |
| 03/21/22 | MJPY | Correspond with Ankura regarding cure schedule (.2); evaluate cure schedule (.8); draft cure notice (.3). | 1.30 |
| 03/22/22 | MJPY | Review and revise cure notice (.6); review and evaluate cure schedule (.8); participate in conference call with Ankura regarding same (.5); revise cure schedule (.7); correspond with V&E team regarding same (.2); participate in call with Ankura to address revisions to cure schedule (.4). | 3.20 |
| 03/24/22 | MJPY | Correspond with Ankura regarding leasing matters (.2); correspond with V&E team regarding same (.1). | 0.30 |
| 03/24/22 | MAGA | Confer with V&E team regarding potential rejection and related strategy. | 0.20 |
| 03/28/22 | EMME | Draft motion to assume contract (3.1); correspond with V&E team regarding same (.3). | 3.40 |
| 03/30/22 | MJPY | Correspond with V&E team regarding rejection questions (.4); evaluate supplemental cure schedule (.3); call with client regarding Mississippi lease rejection issues (.2). | 0.90 |
| 03/31/22 | MJPY | Evaluate supplemental cure schedule (.2); correspond with Ankura regarding same (.2). | 0.40 |

V&E **Invoice**

**Rockall Energy Holdings, LLC** August 9, 2022 Page 9

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25695303 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

**Summary of services - Assumption and Rejection of Leases and Contracts**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| MAGA | Michael A. Garza | 0.20 | 860.00 | 172.00 |
| GRHO | George R. Howard | 1.80 | 1285.00 | 2,313.00 |
| LRKA | Lauren R. Kanzer | 2.90 | 975.00 | 2,827.50 |
| MILE | Michael C. Lee | 7.30 | 705.00 | 5,146.50 |
| RLPE | Rebecca L. Matthews | 1.20 | 1155.00 | 1,386.00 |
| EMME | Elias M. Medina | 6.70 | 590.00 | 3,953.00 |
| DSME | David S. Meyer | 0.30 | 1325.00 | 397.50 |
| MWMO | Matthew W. Moran | 2.60 | 1285.00 | 3,341.00 |
| MJPY | Matthew J. Pyeatt | 10.40 | 910.00 | 9,464.00 |
| JMR | Jeremy M. Reichman | 0.50 | 925.00 | 462.50 |
| TGSP | Trevor G. Spears | 4.00 | 790.00 | 3,160.00 |
| **Total** | | **37.90** | | **32,623.00** |

**Disbursements and other charges posted through March 31, 2022:**

**Fees for services posted from March 9, 2022 through March 31, 2022:**

**Re: Avoidance Action Analysis**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 03/28/22 | MJPY | Call with Ankura regarding preference analysis issues. | 0.30 |
| 03/28/22 | TGSP | Correspond with V&E team regarding avoidance action analysis (.2); conference call with V&E and Ankura teams regarding same (.3). | 0.50 |

V&E **Invoice** **Rockall Energy Holdings, LLC** August 9, 2022 Page 10

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25695303 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

**Summary of services - Avoidance Action Analysis**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| MJPY | Matthew J. Pyeatt | 0.30 | 910.00 | 273.00 |
| TGSP | Trevor G. Spears | 0.50 | 790.00 | 395.00 |
| **Total** | | **0.80** | | **668.00** |

**Disbursements and other charges posted through March 31, 2022:**

**Fees for services posted from March 9, 2022 through March 31, 2022:**

**Re: Budgeting (Case)**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 03/22/22 | DSME | Correspond with V&E team regarding budget matters. | 0.60 |
| 03/28/22 | DSME | Review budget (.1); correspond with Ankura regarding same (.1). | 0.20 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25695303 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

**Summary of services - Budgeting (Case)**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| DSME | David S. Meyer | 0.80 | 1325.00 | 1,060.00 |
| **Total** | | **0.80** | | **1,060.00** |

**Disbursements and other charges posted through March 31, 2022:**

**Fees for services posted from March 9, 2022 through March 31, 2022:**

**Re: Business Operations**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 03/09/22 | LRKA | Review first day motions and filings (1.5); correspond and conferences with V&E team regarding same (.9). | 2.40 |
| 03/09/22 | MAGA | Review and comment on first day motions and filings (3.8); correspond and conferences with V&E team regarding same (2.4). | 6.20 |
| 03/09/22 | SAZO | Revise first day motions and orders pursuant to comments regarding same (3.4); correspond and conferences with V&E team regarding same (1.7). | 5.10 |
| 03/09/22 | ESST | Calls with litigation team and witness for first day hearing (1.4); revise Exhibit A to the First Day Declarations regarding updated motions (3.4). | 4.80 |
| 03/09/22 | TGSP | Prepare, review and revise first day operational motions (4.2); correspond with V&E team regarding same (.8); calls with V&E team and Ankura regarding same (.8). | 5.80 |
| 03/09/22 | IDAY | Review and revise first day motions related to comments received (2.4); correspond with V&E team regarding same (1.1); assist with exhibits to witness and exhibit list (1.3). | 4.80 |
| 03/10/22 | DSME | Office conference with Lauren Kanzer regarding hearing prep (.5); prepare for first day hearing (1.7). | 2.20 |
| 03/10/22 | LRKA | Correspond and conferences with V&E team regarding first day motions and hearing (1.0); conference call with U.S. Trustee regarding same (1.5); correspond and conference with V&E team regarding same (.3). | 2.80 |
| 03/10/22 | LRKA | Conference call with Company, Ankura, V&E team regarding open issues. | 0.50 |
| 03/10/22 | MJPY | Call with Ankura and client regarding first-day matters. | 0.50 |

V&E **Invoice**



| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25695303 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 03/10/22 | MJPY | Call with Ankura regarding U.S. Trustee comments to first-day motions (.5); call with U.S. Trustee regarding first-day motions and comments to same (1.5); call with V&E restructuring and litigation teams regarding first day hearing strategy and preparation (.9); calls with Ankura team and V&E litigation team regarding first day hearing preparation and witness preparation (.9); evaluate first-day presentation for hearing (.6). | 4.40 |
| 03/10/22 | MAGA | Prepare for and participate on call with V&E, Ankura, and management teams regarding bankruptcy case, operational issues, and related strategy (.5); prepare for and participate on call with V&E team regarding matter updates, bankruptcy filings, strategy, and next steps (.9); review and revise first day motions to address U.S. Trustee issues (.8); confer with V&E and Ankura teams via calls and emails regarding same (.8); review and revise second day motions and coordinate filing of same (2.0); draft hearing talking points and prepare for same (3.0); prepare for and participate on call with U.S. Trustee regarding first day motions and related issues (1.6). | 9.60 |
| 03/10/22 | SAZO | Draft talking points for first day motions (4.2); work related to UST comments on wages motion (.8). | 5.00 |
| 03/10/22 | EMME | Prepare exhibits for certain motions for first day hearing (1.6); correspond with V&E LIT team regarding same (.3); review and revise request for emergency consideration of first day materials (.4); correspond with Stretto team regarding case administration (.3); correspond with V&E RR, LIT teams regarding first day exhibits (.3); review and revise first day presentation (1.6); review and revise creditor matrix motion based on UST comments (.3); review and revise Stretto retention application based on UST comments (.4); review and revise taxes motion based on UST comments (.5); correspond with V&E team regarding UST comments (.4); review and revise agenda (.3); review and revise talking points for first day hearing (.8); correspond with Stretto regarding updated top 30 list (.3); correspond with V&E team regarding hearing logistics (.2). | 7.70 |
| 03/10/22 | TGSP | Research regarding first day motions (1.4); draft responses to US Trustee comments to same (.6); review and revise first day proposed orders based on US Trustee comments to same (.9); correspond with Ankura and V&E team regarding same (.9); prepare utilities motion for filing (.4); review same (.4). | 4.60 |
| 03/11/22 | MJPY | Correspond with counsel to Archrock regarding lease operating expense order and related inquiry (.2); correspond with V.A. Sauls counsel regarding lease operating expense order (.2); evaluate lien documents (.1). | 0.50 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25695303 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 03/11/22 | MAGA | Review and revise proposed first day orders (.8); coordinate filing of same (.5); confer with V&E team regarding ordinary course professionals (.3); confer with V&E, Ankura, and Stretto teams regarding creditor matrix and related issues (.5); review and analyze issues related to utility provider (1.0); confer with company regarding same (.3). | 3.40 |
| 03/11/22 | TGSP | Draft revisions to first day orders in-line with hearing (.8); correspond with V&E team regarding uploading and entry of proposed orders (.3); call with the Court regarding same (.2); correspond with the Court regarding same (.2). | 1.50 |
| 03/12/22 | MJPY | Analyze docket and first-day orders (.1); correspond with Ankura regarding same (.1). | 0.20 |
| 03/12/22 | MAGA | Confer with V&E team regarding first day orders. | 0.30 |
| 03/14/22 | DSME | Conference with V&E team, client regarding works in progress. | 0.60 |
| 03/14/22 | LRKA | Prepare for and attend conference call with Company, Ankura, V&E team regarding open issues. | 0.60 |
| 03/14/22 | MJPY | Call with Ankura and client regarding chapter 11 workstreams. | 0.60 |
| 03/14/22 | MJPY | Correspond with Ankura regarding vendor inquiries on LOE motion and order (.2); evaluate same (.2); correspond with client regarding same (.2). | 0.60 |
| 03/14/22 | MAGA | Confer with V&E and management team regarding cash management issues (.5); prepare for and participate on call with V&E, Ankura, and management teams regarding matter updates, operational issues, and related strategy (.5); review and analyze issues related to contract with Blossman (1.5); review and analyze lease agreement (.4); review and analyze issues regarding stub rent payment (1.0). | 3.90 |
| 03/14/22 | SAZO | Research and analysis regarding stub rent issue (2.3); correspond with V&E team regarding same (.2). | 2.50 |
| 03/14/22 | TGSP | Confer with the Court via telephone calls and email regarding first day orders (.4); correspond with V&E team regarding same (.2); revise proposed orders regarding same (.3); coordinate filing of revised orders related to same (.2); review and analyze Comite project document (1.2); research regarding same (1.0). | 3.30 |
| 03/15/22 | MJPY | Correspond with V&E team regarding cash management issues (.4); correspond with client regarding vendor inquiries and related lien filings (.2); evaluate same (.3). | 0.90 |
| 03/15/22 | MJPY | Call with Ankura and client regarding chapter 11 workstreams. | 0.60 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 14

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25695303 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 03/15/22 | MAGA | Prepare for and participate on call with V&E, Ankura, and management teams regarding matter updates, operational issues, and related strategy (.7); review and revise memo analyzing issues related to Blossman contract (.5); review and revise memo analyzing issues related to rent stub payment (.5); review and analyze surety bond documents and indemnification agreement (.8); conduct research in furtherance of same (.4); participate on call with Ankura regarding operational issues (.5); review and analyze issues regarding insurance and related financing (1.1). | 4.50 |
| 03/15/22 | EMME | Review surety issues (1.8); correspond with V&E team regarding sureties (.3). | 2.10 |
| 03/16/22 | RLPE | Correspond with V&E team on litigation workstreams in connection with second day motions and declarations. | 0.30 |
| 03/16/22 | GGRI | Discuss lien priority insurance financing with V&E team. | 0.50 |
| 03/16/22 | LRKA | Correspond with client regarding vendor communications (.2); review materials regarding same (.2); review cost reimbursement agreement (.6); correspond with V&E team regarding same (.2). | 1.20 |
| 03/16/22 | MAGA | Prepare for and participate on call with V&E, Ankura, and management teams regarding matter updates, operational issues, and related strategy. | 0.60 |
| 03/16/22 | TGSP | Correspond with V&E team regarding Comite project (.2); correspond with V&E team regarding lien notices (.1). | 0.30 |
| 03/17/22 | LRKA | Conference with Jones Walker regarding Comite River project (.3); correspond with V&E team regarding operations issues (.2). | 0.50 |
| 03/17/22 | MAGA | Prepare for and participate on call with Ankura and management teams regarding operational issues, strategy, and next steps (.6); confer with V&E and Ankura teams regarding issues related to vendors (.5); review and revise analysis regarding same (.8). | 1.90 |
| 03/17/22 | TGSP | Correspond with V&E team regarding utilities (.1); conference call with Jones Walker and V&E team regarding Comite River project (.3). | 0.40 |
| 03/18/22 | LRKA | Correspond with Steel Reef counsel regarding stipulation (.1); conference call with Ankura regarding vendor matters (.5); conference call with Ankura and management regarding same (.5); correspond with V&E team regarding same (.2). | 1.30 |
| 03/18/22 | MJPY | Call with V&E restructuring team regarding surety bond issues and related strategy (.5); evaluate research regarding same (.2); evaluate indemnity agreement to support same (.2). | 0.90 |

**Client/Matter Number** ROC447 64001
**Invoice Number** 25695303
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 03/18/22 | MAGA | Prepare for and participate on call with Ankura and management teams regarding matter updates, operational issues, and related strategy (.5); prepare for and participate on call with V&E team regarding surety bonds and related issues (.5); confer with V&E and Ankura team regarding issues related to vendors (.5). | 1.50 |
| 03/18/22 | ESST | Draft declaration in support of operational motions (1.2); discuss strategy with V&E team regarding same (.3). | 1.50 |
| 03/20/22 | RLPE | Correspond with V&E team regarding declaration for remaining operational motions. | 0.40 |
| 03/21/22 | LRKA | Correspond and conference with Jane Van Lare regarding cost reimbursement agreement (.4); review Steel Reef stipulation comments (.1); correspond with V&E team, Cleary regarding same (.2). | 0.70 |
| 03/21/22 | MAGA | Prepare for and participate on call with Ankura and management team regarding business operations, matter updates, and related strategy (.5); confer with V&E and Ankura teams regarding vendor and operations issues (.8). | 1.30 |
| 03/22/22 | MAGA | Prepare for and participate on call with Ankura and management teams regarding operations updates, strategy, and related issues (.5); confer with V&E team regarding cash management motion (.3); confer with V&E and Ankura teams regarding vendor issues and related strategy (.9). | 1.70 |
| 03/23/22 | MWMO | Confer with V&E team regarding evidentiary issues for second day motions. | 0.10 |
| 03/23/22 | YJEO | Review and revise cost reimbursement agreement. | 0.60 |
| 03/23/22 | MJPY | Attend call with client and counsel to well service creditor regarding LOE matters (.4); draft email to counsel regarding follow-up issues to support same (.4); evaluate documentation regarding claims of same (.2); correspond with Ankura regarding rig contractor matters (.2). | 1.20 |
| 03/23/22 | SAZO | Review and respond to email correspondence with Ankura regarding wages motion matters (.5); analysis regarding same (.2). | 0.70 |
| 03/23/22 | EMME | Prepare notice of second day hearing (.4); correspond with V&E team regarding same (.3). | 0.70 |
| 03/23/22 | ESST | Review utilities and insurance motions (1.0); draft declaration associated thereto (1.1). | 2.10 |
| 03/24/22 | RLPE | Confer with V&E litigation team regarding declarations for operational motions. | 0.20 |

**Client/Matter Number** ROC447 64001
**Invoice Number** 25695303
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 03/24/22 | DSME | Attend conference with Company, V&E team, Ankura regarding open issues. | 0.50 |
| 03/24/22 | MJPY | Correspond with Ankura regarding lienholder matters (.2); evaluate JIB balances and related documentation (.4); attend call with Ankura and client regarding chapter 11 workstreams (.4). | 1.00 |
| 03/24/22 | MAGA | Prepare for and participate on call with Ankura and management teams regarding operational issues and related strategy (.5); review and analyze Fairway assignment and conveyance documentation and release agreement (.4); confer with V&E and Ankura teams regarding issues regarding utilities providers (.4); confer with V&E, Ankura, and management teams regarding lease obligations and related issues (.2). | 1.50 |
| 03/24/22 | SAZO | Draft final orders for first day motions. | 0.90 |
| 03/24/22 | TGSP | Review Grayling and Fairway documents (.5); research issues regarding same (.7); draft analysis regarding same (.6); correspond with V&E team regarding same (.2); correspond with the Company regarding cash management and JPM issues (.1). | 2.10 |
| 03/25/22 | MAGA | Review and analyze Fairway assignment and conveyance documentation and release agreement. | 1.00 |
| 03/27/22 | TGSP | Correspond with V&E team regarding Comite project. | 0.20 |
| 03/28/22 | MJPY | Work on insurance premium financing issues (.3); correspond with client regarding same (.2). | 0.50 |
| 03/28/22 | MAGA | Review and analyze committee issues and questions regarding first day operational motions (1.0); confer with V&E team and management regarding cash management motion (.4). | 1.40 |
| 03/28/22 | TGSP | Correspond with Company, Ankura, and V&E team regarding JPM bank accounts (.6); review trustee guidelines and comments regarding same (.4). | 1.00 |
| 03/29/22 | MWMO | Review correspondence regarding second day declaration for operational motions. | 0.20 |
| 03/29/22 | RLPE | Further review and revise Pinsonnault declaration in support of operational motions (.3); correspond with Trevor Spears and Scott Pinsonnault regarding same (.2). | 0.50 |
| 03/29/22 | LRKA | Correspond with local counsel, V&E team regarding Comite River project (.4); correspond with V&E team regarding operational first day motions (.3); review Committee | 0.90 |

V&E **Invoice** **Rockall Energy Holdings, LLC** August 9, 2022 

**Client/Matter Number** ROC447 64001
**Invoice Number** 25695303
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | comments to same (.2). | |
| 03/29/22 | MAGA | Prepare for and participate on call with V&E, Ankura, and management teams regarding schedules and statements (.5); confer with V&E team regarding operational issues (.5). | 1.00 |
| 03/29/22 | TGSP | Review and revise declaration to utilities and insurance motion (1.0); correspond with V&E team and Scott Pinsonnault regarding same (.3). | 1.30 |
| 03/30/22 | MJPY | Correspond with Ankura regarding insurance premium financing questions (.3). | 0.30 |
| 03/30/22 | MAGA | Review and analyze issues regarding vendors and lien claimants (.5); review and analyze agreements with Fairway (.3); review and revise markups to proposed final orders regarding first day motions (.4); confer with V&E team regarding same (.3); confer with V&E team regarding proposed final first day orders (.4). | 1.90 |
| 03/30/22 | SAZO | Review and evaluate comments received from UCC regarding final orders for first day motions (.9); review first day motions regarding same (.4); revise final orders for first day motions (1.0); correspond with V&E team regarding same (.2). | 2.50 |
| 03/30/22 | TGSP | Confer with Scott Pinsonnault and V&E team regarding declaration to utilities and insurance motion (.2); correspond with Ankura team and V&E team regarding UCC comments to first day orders (.4); draft response regarding Grayling and Fairway (.5). | 1.10 |
| 03/31/22 | MWMO | Confer with V&E team regarding second day hearings. | 0.30 |
| 03/31/22 | MAGA | Evaluate comments to first day final orders (.5); confer with V&E team regarding same (.2); revise orders to reflect same (.4). | 1.10 |

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25695303 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

**Summary of services - Business Operations**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| IDAY | Ida Ayalew | 4.80 | 540.00 | 2,592.00 |
| YJEO | Yong J. Eoh | 0.60 | 860.00 | 516.00 |
| MAGA | Michael A. Garza | 42.80 | 860.00 | 36,808.00 |
| GGRI | Guy Gribov | 0.50 | 1095.00 | 547.50 |
| LRKA | Lauren R. Kanzer | 10.90 | 975.00 | 10,627.50 |
| RLPE | Rebecca L. Matthews | 1.40 | 1155.00 | 1,617.00 |
| EMME | Elias M. Medina | 10.50 | 590.00 | 6,195.00 |
| DSME | David S. Meyer | 3.30 | 1325.00 | 4,372.50 |
| MWMO | Matthew W. Moran | 0.60 | 1285.00 | 771.00 |
| MJPY | Matthew J. Pyeatt | 12.20 | 910.00 | 11,102.00 |
| TGSP | Trevor G. Spears | 21.60 | 790.00 | 17,064.00 |
| ESST | Eli S. Sterbcow | 8.40 | 590.00 | 4,956.00 |
| SAZO | Sara Zoglman | 16.70 | 590.00 | 9,853.00 |
| **Total** | | **134.30** | | **107,021.50** |

**Disbursements and other charges posted through March 31, 2022:**

**Fees for services posted from March 9, 2022 through March 31, 2022:**

**Re: Case Administration**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 03/09/22 | LRKA | Conference with V&E team regarding filing plan (.5); conferences and correspond with V&E team regarding same (1.9). | 2.40 |
| 03/09/22 | EENE | Complete electronic court filing of Petitions, and provide judge assignment and list of case numbers to attorneys (1.5); confer with attorneys regarding Joint Administration Motion and complete electronic court filing of same (1.5); complete electronic court filing of first day motions and related court documents (4.0); communicate with attorneys regarding final preparation of court admin documents and other first day hearing preparation tasks (1.7); obtain court-stamped copies of Petitions, and communicate with V&E team regarding select filed Petition detail (.5). | 9.20 |
| 03/09/22 | EMME | Review and revise first day declarations (1.3); correspond with V&E team regarding same (.4); correspond with lenders' counsel regarding same (.3); draft presentation for first day hearing (1.9); conference with Company and V&E team regarding first day declarant preparation (.5); draft and revise notice of first day hearing (1.0); correspond with V&E team regarding same (.3); review and revise talking points for first day motions (1.0). | 6.70 |

**Client/Matter Number** ROC447 64001
**Invoice Number** 25695303
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 03/10/22 | LRKA | Conference call with V&E team regarding works in process. | 0.60 |
| 03/10/22 | MJPY | Call with V&E team regarding works in progress. | 0.60 |
| 03/10/22 | EENE | Complete electronic filing of first day court documents (4.0); communicate with attorneys regarding final preparation of first day court admin documents and communicate with court clerks to confirm related requirements (1.7); obtain court-stamped copies of first day pleadings and organize binder copy sets for attorneys (3.0); communicate with copy services regarding binder copy and delivery instructions (1.4); communicate with attorneys regarding filing details for Witness & Exhibit List for first day hearing, review precedent case filing method for large number of exhibits, and complete electronic filing of Witness & Exhibit List (1.0). | 11.10 |
| 03/11/22 | DSME | Conference with Sean O'Neal regarding open issues (.5); correspond with Lauren Kanzer regarding same (.1). | 0.60 |
| 03/11/22 | LRKA | Correspond with V&E team regarding hearing logistics (.5); follow-up correspondence and conferences with V&E team regarding filing orders, hearing follow ups (.4). | 0.90 |
| 03/11/22 | MJPY | Call with Ankura regarding first-day hearing witness preparation (.5); work on first-day order upload issues and comments to first-day orders following hearing (.6). | 1.10 |
| 03/11/22 | EENE | Review docket report to confirm correctness of filings, and provide lead case updated docket report to attorney group (.2); review NDTX court hearing transcript request method, complete court request form, and submit form to court clerk for processing (.5); communicate with Michael Garza, court clerk, and transcriber regarding request details (.5); communicate with court clerk regarding docket report Houston office address issue (.1); communicate with staff and Michael Garza regarding Pacer court system update for Houston office address (.4); review court rules and judge's procedures for online upload of proposed orders, and communicate with attorneys regarding findings and submission status (1.0); complete various case tasks (.5). | 3.20 |
| 03/12/22 | EENE | Review docket for and organize court-stamped copies of first day orders for attorney group. | 0.50 |
| 03/13/22 | MAGA | Review and revise work streams checklist. | 0.90 |
| 03/14/22 | DSME | Correspond with Lauren Kanzer regarding works in progress (.4); conference with Lauren Kanzer regarding workstreams and next steps (.6). | 1.00 |
| 03/14/22 | LRKA | Consider case calendar, key dates (.3); conference with David Meyer regarding works in progress (.6). | 0.90 |

V&E **Invoice** **Rockall Energy Holdings, LLC** August 9, 2022 Page 20

**Client/Matter Number** ROC447 64001
**Invoice Number** 25695303
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 03/14/22 | MJPY | Evaluate works in progress checklist. | 0.30 |
| 03/14/22 | EENE | Review court electronic upload method for proposed orders and complete upload (.5); review communication from judge's clerk regarding upload status and provide upload confirmation documents to attorneys (.2); organize court hearing transcript into files (.2); review court filing rules and review precedent cases for filing of creditor matrix and master service list (.5); communicate with attorneys regarding filing of creditor matrix and master service list, and provide precedent case document and filing information to attorneys (.6). | 2.00 |
| 03/15/22 | DSME | Review workstreams tracker (.4); correspond with V&E team regarding works in progress (.3). | 0.70 |
| 03/15/22 | LRKA | Conference call with V&E team regarding works in process (.5). | 0.50 |
| 03/15/22 | MJPY | Call with V&E restructuring team regarding works in progress (.5); evaluate checklist for same (.3). | 0.80 |
| 03/15/22 | EENE | Correspond with V&E team regarding calendaring and docket monitoring details (.3); review attorney calendar group list (.4); obtain updated docket report for attorney group (.1); complete electronic filing of Notice of Hearing on 3/30, Creditor Matrix, and Notice of Filing of Initial Master Service List (.8); communicate with V&E team regarding service status related to same (.2); correspond with V&E team regarding Pro Hac Vice Applications (.1); review docket report entries (.2); correspond with court clerk for correction (.2); correspond with V&E team regarding same (.1); correspond with Stretto regarding same (.1); review correspondence related to case (.5). | 3.00 |
| 03/15/22 | MAGA | Review and revise work streams checklist. | 0.50 |
| 03/15/22 | SAZO | Draft case timeline and reporting requirements and correspondence re the same. | 2.70 |
| 03/15/22 | EMME | Conference with V&E team regarding case updates and works in progress (.5); prepare for same (.1); correspond with V&E team regarding MSL, creditor matrix, and notice of second day hearings (.3). | 0.90 |
| 03/15/22 | TGSP | Conference call with V&E team regarding workstreams (.5); prepare for same (.2). | 0.70 |
| 03/16/22 | DSME | Correspond with V&E team regarding strategy (.5); review works in progress (.5); office conference with Lauren Kanzer regarding workstreams (.6); correspond with V&E team regarding works in progress (.5). | 2.10 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 21

**Client/Matter Number** ROC447 64001
**Invoice Number** 25695303
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 03/16/22 | LRKA | Conference with David Meyer regarding open issues (.6); conference call with V&E team regarding works in progress (.6); follow-up correspondence regarding same (.2). | 1.40 |
| 03/16/22 | MJPY | Prepare for and attend call with V&E team regarding works-in-progress. | 0.80 |
| 03/16/22 | MJPY | Call with client and Ankura regarding chapter 11 process and workstreams. | 0.50 |
| 03/16/22 | EENE | Obtain updated docket report and court documents for V&E team (.1); correspond with V&E team regarding same (.1); correspond with Stretto and V&E team regarding notice preparation (.1); review correspondence related to case (.3). | 0.60 |
| 03/16/22 | MAGA | Prepare for and participate on call with V&E teams regarding matter updates, strategy, and next steps. | 0.70 |
| 03/16/22 | SAZO | Revise case timeline and reporting requirement tracker (.9); correspond with V&E team regarding same (.2); conference with V&E team regarding case updates and works in process (.3). | 1.40 |
| 03/16/22 | EMME | Coordinate with V&E and Stretto teams regarding noticing considerations (.4); research regarding same (.3); review and revise case time line and reporting requirements summary (1.3); correspond with V&E team regarding same (.2). | 2.20 |
| 03/16/22 | TGSP | Attend portion of conference call with V&E team regarding updates and workstreams. | 0.30 |
| 03/17/22 | LRKA | Conference call with V&E team regarding works in process (.5); review and revise case timeline/reporting requirements summary (.6); correspond with V&E team regarding same (.2). | 1.30 |
| 03/17/22 | MJPY | Call with V&E restructuring team regarding works-in-progress (.5). | 0.50 |
| 03/17/22 | EENE | Obtain updated docket report for attorney group (.1); communicate with V&E team regarding docket report distribution list (.1); review precedent case dockets (2.0); correspond with Michael Garza regarding docket report (.3); confirm docket report information (.4); provide instructions to staff for Pacer system update (.3); review notice form and DIP Interim Order details (.6); correspond with V&E team regarding same (.4); review matter regarding updates (.8). | 5.00 |
| 03/17/22 | MAGA | Prepare for and participate on call with V&E team regarding matter updates, strategy, and next steps (.6). | 0.60 |
| 03/17/22 | SAZO | Attend work stream update call with V&E team. | 0.60 |

**Client/Matter Number** ROC447 64001
**Invoice Number** 25695303
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 03/17/22 | EMME | Correspond with V&E team regarding notice of commencement (.3); research regarding same (.7); correspond with Stretto team regarding updated MSL (.1); correspond with Stretto team regarding noticing issues (.4). | 1.50 |
| 03/17/22 | TGSP | Conference call with V&E team regarding workstreams. | 0.50 |
| 03/17/22 | KIVA | Attend meeting regarding works in progress with V&E team. | 0.50 |
| 03/18/22 | DSME | Attend to works in progress (.1); correspond with Lauren Kanzer regarding same (.2); correspond with V&E team regarding workstreams and next steps (.3); review works in process checklist (.2). | 0.80 |
| 03/18/22 | EENE | Communicate with court clerk regarding firm address corrections (.2); communicate with V&E team regarding same (.2); communicate with court clerk regarding electronic filing details (.4); electronically file Notice of Auction and Sale Hearing (2.5); confirm Stretto service (1.5); review and organize documents (.5); obtain updated docket report and review calendar details (.3); review and revise case timeline (.5); review matter correspondence (.4). | 6.50 |
| 03/18/22 | EMME | Review and revise notice of combined hearing and notice of non-voting status (.3); correspond with V&E, Stretto teams regarding same (.3); research regarding same (.3); correspond with Ankura team regarding interested parties list (.1); correspond with V&E, Lazard teams regarding interested parties list (.3); correspond with V&E, Stretto teams regarding notice of commencement (.2). | 1.50 |
| 03/21/22 | EENE | Obtain updated docket report for attorney group (.1); review report and court documents for calendar details (.2); complete calendaring regarding same (.1); review case timeline and complete additional calendaring (3.0); correspond with attorney group regarding filing of revised master service list (.2); prepare to file final documents with the court (.8); review general correspondence for case and project status (.6); organize working and precedent case documents into files (1.0). | 6.00 |
| 03/22/22 | DSME | Conference call with V&E working group regarding workstream update (.3); correspond with V&E team regarding same (.4). | 0.70 |
| 03/22/22 | LRKA | Conference call with V&E team regarding works in process (.5); correspond with V&E team regarding same (.5). | 1.00 |
| 03/22/22 | EENE | Obtain updated docket report for attorney group (.1); review precedent case dockets for and organize court hearing transcripts regarding KEIP motions for members of the attorney group (1.7); correspond with members of attorney group regarding same (.3); review general correspondence | 3.00 |

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25695303 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | for case and project status (.9). | |
| 03/22/22 | MAGA | Prepare for and participate on call with V&E team regarding matter updates, strategy, and next steps (.8); review and analyze bankruptcy court deficiency notices (.5). | 1.30 |
| 03/22/22 | SAZO | Attend and participate in V&E work stream update call (.8); review and revise case events timeline (.7). | 1.50 |
| 03/22/22 | KIVA | Confer with V&E team regarding works in progress. | 0.50 |
| 03/23/22 | MAGA | Prepare for and coordinate filings of various motions (1.0); participate on call with Erin Schmidt regarding same (.2). | 1.20 |
| 03/23/22 | TGSP | Correspond with V&E team regarding letters from clerk's office. | 0.20 |
| 03/24/22 | LRKA | Correspond with V&E team regarding open issues. | 0.60 |
| 03/24/22 | MJPY | Attend call with V&E restructuring team regarding works in progress (.4); evaluate checklist for same (.2). | 0.60 |
| 03/24/22 | EENE | Prepare and complete filing of Retention Applications, Ordinary Course Professionals Motion, and Interim Compensation Motion (2.0); review case timeline and revise related calendar entries (1.0); correspond with attorney regarding same (.2); correspond with attorneys regarding order for precedent hearing transcript (.2); correspond with transcriber regarding same (.3); obtain and review updated docket report for attorney group (.3); complete calendaring regarding same (.3); correspond with attorneys regarding same (.1); review and organize court documents into files (.3); correspond with attorney regarding same (.1); review general correspondence for case and project status (.4). | 5.20 |
| 03/24/22 | MAGA | Prepare for and participate on call with V&E team regarding matter updates, strategy, and next steps (.5); review and revise work streams checklist (.5). | 1.00 |
| 03/24/22 | TGSP | Conference call with V&E team regarding updates and workstreams. | 0.40 |
| 03/24/22 | KIVA | Attend conference regarding works in progress with V&E team (.4); review checklist (.1). | 0.50 |
| 03/25/22 | LRKA | Correspond with V&E team regarding hearing adjournment (.2); review correspondence regarding first day motions, US Trustee objection (.3). | 0.50 |
| 03/25/22 | EENE | Organize hearing transcript into files (.2); obtain updated docket report for attorney group (.1); communicate with attorneys regarding document filing plan (.5); file Witness and Exhibit List for 3/30 Hearing (4.5); obtain copies of select | 5.60 |

V&E Invoice **Rockall Energy Holdings, LLC** August 9, 2022 Page 24

**Client/Matter Number** ROC447 64001
**Invoice Number** 25695303
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | court documents for attorney group (.2); communicate with transcriber regarding hearing transcript and related invoice (.1). | |
| 03/25/22 | MAGA | Confer with Cleary team regarding committee objection deadline and upcoming hearing and related issues (.5); correspond with V&E team regarding same (.2). | 0.70 |
| 03/27/22 | LRKA | Correspond with V&E team, Ankura re hearing dates (.2); correspond with Cleary regarding same (.1); correspond with Mike Garza re works in process checklist (.2). | 0.50 |
| 03/28/22 | LRKA | Review correspondence regarding hearing settings, deadlines (.3). | 0.30 |
| 03/28/22 | MJPY | Work on hearing adjournment issues (.2); coordinate with parties in interest regarding same (.3). | 0.50 |
| 03/28/22 | EENE | Obtain updated docket report for attorneys and review report for calendar details (.2); communicate with attorneys regarding court document filing plans and calendar details (.5); communicate with Eli Medina regarding final preparation of Notice of Filing of Debtors' Revised Master Service List, await final document readiness, and complete filing of same Notice and Notice of Adjournment of 3/30 Hearing (1.3); review documents for calendar details and complete calendaring (.2); communicate with attorneys regarding status of service instructions (.1); obtain select court document copies for attorney group (.1); review general correspondence for case and project status (.7). | 3.10 |
| 03/28/22 | MAGA | Review and revise work streams checklist. | 0.50 |
| 03/28/22 | EMME | Correspond with Stretto team regarding service of notices (.2); conference with V&E team regarding case updates and works in process (.5). | 0.70 |
| 03/29/22 | DSME | Conference with Scott Pinsonnault regarding workstreams (.5); attend working group call with V&E team (.5). | 1.00 |
| 03/29/22 | LRKA | Conference call with V&E team regarding works in process (.5); review and comment on works in process checklist (.7); correspond with Mike Garza regarding same (.1). | 1.30 |
| 03/29/22 | MJPY | Call with Ankura and client regarding chapter 11 workstreams. | 0.50 |
| 03/29/22 | MJPY | Call with V&E restructuring team regarding works in progress (.5); evaluate checklist to support same (.3); correspond with V&E team regarding second-day hearing mechanics (.3). | 1.10 |
| 03/29/22 | EENE | Obtain updated docket report for attorneys and complete calendaring (.2); communicate with Lauren Kanzer and court clerk regarding document filing (.3); communicate with Lauren | 2.40 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

**Client/Matter Number** ROC447 64001
**Invoice Number** 25695303
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | Kanzer regarding filing plans (.4); file KEIP and KERP Motions (.2); await additional filing instructions regarding related documents (.5); review general correspondence for case and project status (.8). | |
| 03/29/22 | MAGA | Prepare for and participate on call with V&E team regarding ongoing work streams, matter updates, and related strategy. | 0.70 |
| 03/29/22 | SAZO | Attend V&E works in progress call. | 0.50 |
| 03/29/22 | TGSP | Conference call with V&E RR team regarding workstreams and updates. | 0.60 |
| 03/30/22 | LRKA | Conference call with V&E team regarding works in process (.3); correspond with V&E team regarding same (.3). | 0.60 |
| 03/30/22 | JCWI | Prepare for and attend conference call with V&E team to discuss restructuring steps. | 0.50 |
| 03/30/22 | MJPY | Call with V&E team regarding works in progress (.3). | 0.30 |
| 03/30/22 | EENE | Obtain and review updated docket report and complete calendaring (.4); communicate with attorneys regarding filing plans (.2); prepare for filing (2.2); review general correspondence for case and project status (.2). | 3.00 |
| 03/30/22 | ERHI | Attend weekly update call. | 0.30 |
| 03/30/22 | TDAI | Attend status call with V&E team. | 0.30 |
| 03/30/22 | MAGA | Prepare for and participate on call with V&E teams regarding matter updates and related strategy (.3); review and revise work streams checklist and reporting obligations (.5). | 0.80 |
| 03/30/22 | SAZO | Review procedures for submitting revised proposed orders (.1); correspond with V&E team regarding same (.1); revise draft publication notices for combined hearing and sale and auction (.7); correspond with V&E team regarding same (.2); correspond with Stretto team regarding same (.2); attend weekly call with V&E team regarding case updates (.3). | 1.60 |
| 03/30/22 | KIVA | Attend conference with V&E team regarding works in progress. | 0.30 |
| 03/30/22 | GRHO | Call with V&E team regarding open work streams and next steps. | 0.30 |
| 03/31/22 | DSME | Conference with V&E team regarding workstreams (.7); review works in process (.4). | 1.10 |
| 03/31/22 | LRKA | Conference call with V&E team regarding works in process (.7); follow-up correspondence regarding same (.2). | 0.90 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 26

**Client/Matter Number** ROC447 64001
**Invoice Number** 25695303
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 03/31/22 | MJPY | Call with V&E restructuring team regarding works in progress (.7). | 0.70 |
| 03/31/22 | EENE | Review calendar instructions from attorney and complete calendaring (.2); communicate with attorney regarding precedent case research (.2); file Declaration of Scott Pinsonnault in Support of Insurance and Utilities Motions (.2); gather and review precedent case docket for select court hearing transcript (.4); obtain updated docket report for attorneys (.1); organize copies of select precedent case materials (1.2); review general correspondence for case and project status (.6). | 2.90 |
| 03/31/22 | MAGA | Prepare for and participate on call with V&E team regarding work streams, matter updates, and related strategy. | 1.10 |
| 03/31/22 | EMME | Attend portion of conference regarding works in process and case updates (.5); conference with V&E team regarding strategy and next steps (.6). | 1.10 |
| 03/31/22 | KIVA | Attend portion of conference with V&E team regarding works in progress. | 0.30 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 27

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25695303 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

**Summary of services - Case Administration**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| TDAI | Taylor Daily | 0.30 | 590.00 | 177.00 |
| MAGA | Michael A. Garza | 10.00 | 860.00 | 8,600.00 |
| GRHO | George R. Howard | 0.30 | 1285.00 | 385.50 |
| LRKA | Lauren R. Kanzer | 13.70 | 975.00 | 13,357.50 |
| EMME | Elias M. Medina | 14.60 | 590.00 | 8,614.00 |
| DSME | David S. Meyer | 8.00 | 1325.00 | 10,600.00 |
| EENE | Elizabeth E. Neuman | 72.30 | 310.00 | 22,413.00 |
| MJPY | Matthew J. Pyeatt | 8.30 | 910.00 | 7,553.00 |
| ERHI | Emily Rhine | 0.30 | 590.00 | 177.00 |
| TGSP | Trevor G. Spears | 2.70 | 702.22 | 1,896.00 |
| KIVA | Kiran Vakamudi | 2.10 | 790.00 | 1,659.00 |
| JCWI | John C. Wimberly | 0.50 | 890.00 | 445.00 |
| SAZO | Sara Zoglman | 8.30 | 590.00 | 4,897.00 |
| **Total** | | **141.40** | | **80,774.00** |

**Disbursements and other charges posted through March 31, 2022:**

**Fees for services posted from March 9, 2022 through March 31, 2022:**

**Re: Corporate Governance and Board Matters**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 03/09/22 | BMIB | Review and analyze organizational documents. | 1.30 |
| 03/10/22 | BMIB | Review and revise updated stock certificates. | 1.70 |
| 03/11/22 | DSME | Review board update (.2). | 0.20 |
| 03/11/22 | LRKA | Draft board update following hearing (.2); correspond with David Meyer, board regarding same (.2). | 0.40 |
| 03/11/22 | BMIB | Prepare stock ledgers for Rockall Agent Corp. and Rockall Intermediate Inc. | 0.90 |
| 03/14/22 | TGSP | Draft board minutes (2.0); correspond with V&E team regarding same (.2). | 2.20 |
| 03/15/22 | TGSP | Finalize minutes (.6); correspond with V&E team regarding same (.1). | 0.70 |
| 03/16/22 | TGSP | Correspond with V&E team regarding diligence requests (.4); draft board minutes (2.5). | 2.90 |
| 03/17/22 | DSME | Prepare for board meeting. | 0.20 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 28

**Client/Matter Number** ROC447 64001
**Invoice Number** 25695303
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 03/17/22 | MAGA | Prepare agenda and materials for board meeting (.5); review and revise board minutes (1.4). | 1.90 |
| 03/17/22 | TGSP | Correspond with V&E team regarding diligence requests related to board investigation (.2); draft board minutes (1.0); correspond with V&E team regarding same (.4). | 1.60 |
| 03/18/22 | GGRI | Attend board call to discuss status of proceedings and liquidity forecast. | 0.50 |
| 03/18/22 | YJEO | Review internal records to confirm certain governance matters. | 0.30 |
| 03/18/22 | DSME | Attend board meeting. | 0.50 |
| 03/18/22 | LRKA | Correspond with V&E team regarding board materials (.3); prepare for and attend board meeting (.8). | 1.10 |
| 03/18/22 | EMME | Review Company VDR for corporate organization information (.2); correspond with V&E team regarding same (.1). | 0.30 |
| 03/18/22 | TGSP | Correspond with Board and V&E team regarding board meeting materials (.3); attend board meeting (.5). | 0.80 |
| 03/21/22 | DSME | Review board updates (.2); correspond with Lauren Kanzer regarding same (.1). | 0.30 |
| 03/21/22 | EMME | Correspond with V&E team regarding Weil diligence (.2); coordinate Weil diligence production (.3). | 0.50 |
| 03/22/22 | MWMO | Review correspondence regarding investigation diligence. | 0.10 |
| 03/22/22 | RLPE | Confer with V&E team and David Mirkin regarding ongoing and outstanding diligence requests from Weil. | 0.40 |
| 03/22/22 | DSME | Attend and participate in conference call with the Board. | 0.50 |
| 03/22/22 | LRKA | Prepare for and attend meeting with the Board regarding employee programs. | 1.10 |
| 03/22/22 | MAGA | Review and revise board minutes. | 0.80 |
| 03/22/22 | TGSP | Attend board meeting (.6); draft revisions to minutes (.8). | 1.40 |
| 03/23/22 | YJEO | Review and respond to correspondence relating to certain governance matters. | 0.50 |
| 03/23/22 | EMME | Correspond with V&E MACM team regarding corporate org documents (.2); correspond with V&E and Weil teams and Company regarding Weil diligence (.8). | 1.00 |
| 03/24/22 | LRKA | Conference with V&E team and Weil regarding case issues. | 0.30 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 29

**Client/Matter Number** ROC447 64001
**Invoice Number** 25695303
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 03/24/22 | MAGA | Review and revise board materials (.6); confer with V&E, Ankura, and Lazard teams regarding same (.4). | 1.00 |
| 03/24/22 | TGSP | Correspond with V&E team regarding board materials related to Comite (.3); review same (.4); draft agenda for board meeting (.3); correspond with V&E team regarding same (.1); review and revise Ankura board materials (.6); confer and correspond with Ankura regarding same (.2); correspond with Company advisors and Board regarding agenda and materials for board meeting (.3). | 2.20 |
| 03/25/22 | LRKA | Attend board meeting (.6); prepare for same (.4). | 1.00 |
| 03/25/22 | MAGA | Prepare for and participate on board call (.8); confer with V&E team in preparation for same (.1). | 0.90 |
| 03/25/22 | TGSP | Attend board meeting. | 0.60 |
| 03/26/22 | DSME | Conference with Weil regarding investigation (.4); correspond with Lauren Kanzer regarding same (.1). | 0.50 |
| 03/26/22 | LRKA | Conference with Weil regarding document requests, investigation update. | 0.40 |
| 03/27/22 | LRKA | Conference with Bill Transier regarding board meeting follow-ups. | 0.20 |
| 03/28/22 | TGSP | Draft minutes (1.3); correspond with V&E team regarding minutes (.3). | 1.60 |
| 03/29/22 | YJEO | Review and respond to correspondence relating to governance matters (.5). | 0.50 |
| 03/29/22 | LRKA | Review draft February board minutes (1.0); correspond with Trevor Spears regarding same (.2); conference call with Weil and V&E teams regarding investigation status (.6). | 1.80 |
| 03/29/22 | BMIB | Review LLC Agreement of Rockall Energy Holdings, LLC regarding governance questions (2.0); correspond with V&E team re same (.4). | 2.40 |
| 03/30/22 | LRKA | Correspond with V&E team regarding board matters. | 0.30 |
| 03/30/22 | BMIB | Prepare board consent of Rockall Energy Holdings, LLC. | 1.60 |
| 03/30/22 | MAGA | Confer with V&E, Ankura, Lazard and management teams regarding board meeting, agenda, and materials. | 0.20 |
| 03/30/22 | TGSP | Draft revisions to board minutes (1.1); correspond with V&E team regarding same (.6); correspond with Board regarding same (.2); correspond with V&E team regarding board materials (.2). | 2.10 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 30

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25695303 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 03/31/22 | YJEO | Review and comment on board resolutions (.6); review and respond to correspondence re same (.4). | 1.00 |
| 03/31/22 | DSME | Prepare for board meeting (.5); conference with S. Pinnsonault regarding same (.3). | 0.80 |
| 03/31/22 | BMIB | Conduct research in furtherance of chapter 11 cases (1.3); review and revise resolutions of Rockall Energy Holdings, LLC (.6). | 1.90 |
| 03/31/22 | TGSP | Correspond with V&E team, Ankura, and Lazard regarding board materials (.3); review board materials (.3); correspond with V&E team regarding same (.2); correspond with Board regarding same (.3). | 1.10 |

V&E Invoice **Rockall Energy Holdings, LLC** August 9, 2022 

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25695303 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

**Summary of services - Corporate Governance and Board Matters**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| BMIB | Brandon M. Brunet | 9.80 | 685.00 | 6,713.00 |
| YJEO | Yong J. Eoh | 2.30 | 860.00 | 1,978.00 |
| MAGA | Michael A. Garza | 4.80 | 860.00 | 4,128.00 |
| GGRI | Guy Gribov | 0.50 | 1095.00 | 547.50 |
| LRKA | Lauren R. Kanzer | 6.60 | 975.00 | 6,435.00 |
| RLPE | Rebecca L. Matthews | 0.40 | 1155.00 | 462.00 |
| EMME | Elias M. Medina | 1.80 | 590.00 | 1,062.00 |
| DSME | David S. Meyer | 3.00 | 1325.00 | 3,975.00 |
| MWMO | Matthew W. Moran | 0.10 | 1285.00 | 128.50 |
| TGSP | Trevor G. Spears | 17.20 | 790.00 | 13,588.00 |
| **Total** | | **46.50** | | **39,017.00** |

**Disbursements and other charges posted through March 31, 2022:**

**Fees for services posted from March 9, 2022 through March 31, 2022:**

**Re: Employee Benefits and Compensation**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 03/09/22 | SMT | Review and revise KEIP and KERP drafts. | 0.80 |
| 03/09/22 | MJSP | Draft KERP and KEIP documents (5.1); correspond with V&E team regarding same (.5). | 5.60 |
| 03/11/22 | SMT | Correspond with V&E team regarding KEIP draft. | 0.30 |
| 03/11/22 | MJSP | Draft individual KEIP participation agreement letters (.7); correspond with V&E team regarding same (.2). | 0.90 |
| 03/13/22 | MAGA | Confer with Ankura and management team regarding compensation and benefit programs. | 0.30 |
| 03/14/22 | LRKA | Review and comment on KEIP/KERP plan materials (1.2); correspond with Missy Spohn, Shane Tucker regarding same (.2); conference call with V&E team regarding KEIP/KERP motions (.5). | 1.90 |
| 03/14/22 | MAGA | Prepare for and participate on call with V&E team regarding KEIP and KERP motions (.5); conduct research regarding same (.6). | 1.10 |
| 03/14/22 | SAZO | Attend call with V&E team regarding KERP and KEIP motions (.5); work related to KERP and KEIP motions (.5). | 1.00 |
| 03/15/22 | MJSP | Review comments on KERP and KEIP documents from V&E | 1.20 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25695303 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | team (.5); correspond with V&E team regarding same (.7). | |
| 03/15/22 | DSME | Review KEIP/KERP (.3); correspond with V&E team regarding same (.5). | 0.80 |
| 03/15/22 | LRKA | Conference calls with V&E team regarding KEIP/KERP (1.3); review materials regarding same (.6). | 1.90 |
| 03/15/22 | MAGA | Prepare for and participate on calls with V&E team regarding KERP and KEIP programs. | 1.60 |
| 03/15/22 | SAZO | Attend calls with V&E team regarding KEIP and KERP and related matters (1.3); review KEIP and KERP information and work related to the same (1.2); draft KERP motion (3.9). | 6.40 |
| 03/16/22 | SMT | Conference with V&E team regarding outstanding KERP and KEIP drafting issues (.5); review same (.2). | 0.70 |
| 03/16/22 | MJSP | Attend call with V&E team regarding KEIP and KERP documents (.5); draft revisions to KEIP and KERP documents (1.8); correspond with Lauren Kanzer regarding same (.4). | 2.70 |
| 03/16/22 | LRKA | Correspond with V&E team regarding KEIP/KERP matters. | 0.60 |
| 03/16/22 | MAGA | Review and revise motion to approve KERP (.8); confer with V&E team regarding same (.3). | 1.10 |
| 03/16/22 | SAZO | Draft KEIP and KERP motions (6.4); analyze issues related to same (1.3); correspond with V&E team regarding same (.5). | 8.20 |
| 03/17/22 | SMT | Correspond with V&E team regarding KEIP plan document and participation agreement. | 0.50 |
| 03/17/22 | MJSP | Draft revisions to the KEIP and KERP documents (1.2); correspondence with Lauren Kanzer, Sara Zoglman and David Meyer regarding KEIP and KERP documents (.6). | 1.80 |
| 03/17/22 | DSME | Correspond with Lauren Kanzer regarding KEIP/KERP (.2); conference with V&E team regarding KEIP (.3); review same (.8); correspond with V&E team regarding same (.2). | 1.50 |
| 03/17/22 | LRKA | Review and revise KEIP/KERP documents (.5); correspond with V&E team regarding same (.2). | 0.70 |
| 03/17/22 | SAZO | Draft KEIP and KERP motions (5.6); correspond with V&E team regarding same (.5); attend call with V&E team regarding KEIP and KERP matters (.5). | 6.60 |
| 03/18/22 | SMT | Correspond with V&E team regarding KEIP revisions (.4); review revised KEIP and KERP documentation (.8). | 1.20 |
| 03/18/22 | MJSP | Review latest revisions to KERP documents. | 0.80 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 33

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25695303 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 03/18/22 | DSME | Correspond with V&E team regarding KEIP/KERP (.2); correspond with Lauren Kanzer regarding KEIP (.3); review KEIP/KERP (.6). | 1.10 |
| 03/18/22 | LRKA | Correspond with client regarding KEIP/KERP (.4); review and comment on draft motions (.8); correspond with Sara Zoglman regarding same (.1). | 1.30 |
| 03/18/22 | MAGA | Review and revise KERP and KEIP motions (3.3); confer with V&E team regarding same (1.1). | 4.40 |
| 03/18/22 | SAZO | Draft and revise KEIP and KERP motions and work related to same (3.4); correspond with V&E team regarding same (.5). | 3.90 |
| 03/19/22 | SMT | Correspond with V&E team regarding KERP and KEIP plan document revisions (.3); review KEIP and KERP motions (.5). | 0.80 |
| 03/19/22 | MJSP | Correspondence with Lauren Kanzer and Shane Tucker regarding KEIP and KERP documents. | 0.40 |
| 03/19/22 | RLPE | Correspond with V&E teams regarding declaration for KEIP/KERP motions. | 0.30 |
| 03/19/22 | LRKA | Conference with Lewis Gillies regarding KERP/KEIP (.3); correspond with V&E team regarding same (.3). | 0.60 |
| 03/20/22 | MJSP | Draft revisions to KERP and KEIP documents (1.1); correspond with Lauren Kanzer regarding same (.3). | 1.40 |
| 03/20/22 | DSME | Review KERP motion. | 0.70 |
| 03/20/22 | LRKA | Review and comment on revised program documents (.4); review comments to KEIP/KERP motions (.2); correspond with Sara Zoglman regarding open issues (.2). | 0.80 |
| 03/20/22 | SAZO | Draft declaration in support of the KERP and KEIP motions. | 4.90 |
| 03/21/22 | SMT | Review revised KEIP (.4); review revised KERP (.3); correspond regarding KERP (.2). | 0.90 |
| 03/21/22 | MJSP | Review of correspondence from Lewis Gillies and Scott Pinsonnault regarding KERP documents. | 0.60 |
| 03/21/22 | DSME | Correspond with V&E team regarding KEIP/KERP (.3); attend conference with V&E team regarding KEIP/KERP (.5). | 0.80 |
| 03/21/22 | LRKA | Review and comment on KEIP/KERP declaration (1.3); review and comment on KEIP and KERP motions (1.0); correspond with Company and Scott Pinsonnault regarding KEIP and KERP (.4); conference with V&E team regarding same (1.5); correspond with Board regarding same (.2). | 4.40 |
| 03/21/22 | MAGA | Prepare for and participate on call with V&E team regarding | 0.80 |

| | | | |
|---|---|---|---|
| | | KERP/KIEP motion (.5); correspond with V&E team regarding same (.3). | |
| 03/21/22 | SAZO | Prepare for and participate on call with V&E team regardingKEIP/KERP (.5); review and revise KEIP motion (2.2); review and revise KERP motion (1.8); review and revise declaration in support of KEIP and KERP motions based on comments received (1.8). | 6.30 |
| 03/22/22 | SMT | Attend conference with V&E team, Board regarding KEIP and KERP documents (.5); review revised KERP (.3). | 0.80 |
| 03/22/22 | MWMO | Review and revise KEIP motion and begin review of supporting evidence. | 1.20 |
| 03/22/22 | MJSP | Review and revise KERP (.5); correspondence with V&E team regarding same (.2); attend conference call with board members to discuss KERP and KEIP documents (.5). | 1.20 |
| 03/22/22 | DSME | Review and revise Pinsonnault declaration regarding KEIP/KERP motions (.5); review KEIP/KERP motion (.7). | 1.20 |
| 03/22/22 | LRKA | Review and comment on KEIP/KERP motions and declaration (.9); correspond with V&E team regarding same (.3). | 1.20 |
| 03/22/22 | SAZO | Attend call with board to discuss KERP and KEIP (.5); review and revise KERP motion (1.1); review and revise KEIP motion (1.3); review and revise KEIP/KERP declarations (1.1); review and respond to correspondence with V&E team and management team regarding same (.5). | 4.50 |
| 03/23/22 | SMT | Review revised KEIP and KERP (.5); correspond with V&E team regarding KERP and KEIP (.3). | 0.80 |
| 03/23/22 | MWMO | Review and revise KERP motion (.8); review and revise Pinsonnault Declaration in support of KEIP/KERP motions (.5). | 1.30 |
| 03/23/22 | LRKA | Correspond with V&E team, Cleary, and client regarding KEIP/KERP (.4); review materials regarding same (.3). | 0.70 |
| 03/23/22 | MAGA | Confer with V&E team regarding KERP and KEIP motions (.5); conduct research in furtherance of same (.6). | 1.10 |
| 03/23/22 | SAZO | Revise KEIP motion (.9); revise KERP motion (1.5); correspond with lenders' counsel and V&E team regarding same (.5); confer with V&E team regarding same (.5); review and respond to email correspondence with V&E team, client regarding same (.4); revise KEIP motion and plan documents (1.1). | 4.90 |
| 03/24/22 | SMT | Review revised KERP and KEIP (.5); correspond with V&E team regarding KERP and KEIP revisions (.2). | 0.70 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25695303 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 03/24/22 | MJSP | Review Cleary's comments to KERP and KEIP documents (.8); confer and correspond with V&E team regarding same (.4). | 1.20 |
| 03/24/22 | LRKA | Correspond with V&E team regarding KEIP/KERP (.3); prepare for and participate in conference call with management team, Scott Pinsonnault and V&E team regarding same (.6). | 0.90 |
| 03/24/22 | MAGA | Prepare for and participate on call with V&E team, Ankura team, and management team regarding KERP and KEIP motions (.8). | 0.80 |
| 03/24/22 | SAZO | Attend call with client re KEIP and KERP (.6); work related to the KEIP and KERP materials and motions (2.3); correspondence with V&E team re the same (.4). | 3.30 |
| 03/25/22 | SMT | Conference regarding KEIP and KERP (.5); correspond with V&E team regarding KERP revisions (.3). | 0.80 |
| 03/25/22 | MJSP | Conference call with Cleary attorneys and V&E attorneys to discuss KEIP and KERP documents (.5); correspondence with Shane Tucker regarding deferred compensation plan rules (.2); review of changes made to KEIP and KERP documents (.5). | 1.20 |
| 03/25/22 | LRKA | Review KEIP/KERP comments (.3); correspond with Sara Zoglman regarding same (.2); prepare for and attend conference call with Cleary team and Sara Zoglman regarding same (.7); review and comment on KEIP and KERP (.6); correspond with V&E team, client regarding same (.3). | 2.10 |
| 03/25/22 | SAZO | Attend call with lenders' counsel regarding KERP/KEIP (.4); revise same (3.4); correspondence with the company regarding KEIP/KERP matters (.7); review due diligence for employment agreements (.3). | 4.80 |
| 03/25/22 | EMME | Correspond with V&E team regarding KERP/KEIP research. | 0.20 |
| 03/26/22 | LRKA | Review KEIP and KERP motions, Pinsonnault declaration (.4); correspond with Sara Zoglman regarding same (.1). | 0.50 |
| 03/27/22 | SAZO | Draft Bonebrake declaration in support of KEIP. | 1.70 |
| 03/28/22 | SMT | Correspond regarding KEIP and KERP documentation. | 0.10 |
| 03/28/22 | MJSP | Review of correspondence from the company regarding KEIP and KERP motions and potential hearing dates (.3); review of Cleary's comments to KEIP and KERP documents (.5). | 0.80 |
| 03/28/22 | LRKA | Review comments to KEIP/KERP motions (.3); correspond with V&E team regarding same (.4). | 0.70 |

V&E **Invoice**

**Rockall Energy Holdings, LLC** August 9, 2022 Page 36

**Client/Matter Number** ROC447 64001
**Invoice Number** 25695303
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 03/28/22 | SAZO | Revise KEIP and KERP and related work (1.3); correspond with V&E team, client, and other advisors regarding KEIP and KERP matters (.7); draft declarations regarding KEIP and KERP (2.1). | 4.10 |
| 03/29/22 | MWMO | Review comments from Committee regarding KEIP and KERP. | 0.20 |
| 03/29/22 | MJSP | Review KERP and KEIP matters (1.0); correspond with Sara Zoglman regarding retention and incentive awards (.6). | 1.60 |
| 03/29/22 | LRKA | Correspond with V&E team regarding KEIP/KERP motions (.6); correspond with Pachulski regarding same (.2); review filing versions regarding same (.4); conferences with Scott Pinsonnault regarding same (.4). | 1.60 |
| 03/29/22 | MAGA | Confer with V&E and Ankura teams regarding wages and benefits programs and first day motion. | 0.80 |
| 03/29/22 | SAZO | Prepare KERP letters and KEIP participation agreements (1.0); work related to UCC requests for KEIP and KERP matters (1.5); revise KEIP and KERP motions and related declarations (.8); correspond with V&E team regarding same (.4). | 3.70 |
| 03/30/22 | MJSP | Review final KERP and KEIP documents. | 0.30 |
| 03/30/22 | RLPE | Correspond with V&E team regarding evidence and declarations in support of KERP/KEIP motions (.1); review same (.4). | 0.50 |
| 03/30/22 | DSME | Correspond with V&E team regarding KEIP/KERP (.3); conference with Scott Pinsonnault regarding same (.3); review KEIP/KERP declarations (.4). | 1.00 |
| 03/30/22 | SAZO | Review and revise declaration in support of KEIP and KERP motions (1.4); correspond with V&E team regarding same (.8); draft declaration in support of KERP motion (2.1); review and revise responses to UCC diligence requests regarding KEIP and KERP matters (.3). | 4.60 |
| 03/31/22 | MWMO | Review KEIP motion (.4); review and revise Pinsonnault declaration in support of the KEIP and KERP (.4); review and revise Gillies declaration in support of the KERP (.3); review KERP motion in connection with same (.2). | 1.30 |
| 03/31/22 | RLPE | Correspond with V&E restructuring team regarding evidence and declarations in support of KEIP/KERP motions (.3); confer with restructuring and litigation team on comments to declarations (.4). | 0.70 |
| 03/31/22 | DSME | Review KEIP/KERP declarations. | 0.40 |

V&E **Invoice**

**Rockall Energy Holdings, LLC** August 9, 2022 Page 37

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25695303 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 03/31/22 | MAGA | Confer with V&E and Ankura teams regarding wages motion (.5); review and revise order regarding same (.4); revise and incorporate comments related to KEIP and KERP declarations (1.5); correspond with V&E team regarding same (.8). | 3.20 |

V&E **Invoice** **Rockall Energy Holdings, LLC** August 9, 2022 Page 38

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25695303 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

**Summary of services - Employee Benefits and Compensation**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| MAGA | Michael A. Garza | 15.20 | 860.00 | 13,072.00 |
| LRKA | Lauren R. Kanzer | 19.90 | 975.00 | 19,402.50 |
| RLPE | Rebecca L. Matthews | 1.50 | 1155.00 | 1,732.50 |
| EMME | Elias M. Medina | 0.20 | 590.00 | 118.00 |
| DSME | David S. Meyer | 7.50 | 1325.00 | 9,937.50 |
| MWMO | Matthew W. Moran | 4.00 | 1285.00 | 5,140.00 |
| MJSP | Melissa J. Spohn | 21.70 | 1015.00 | 22,025.50 |
| SMT | Shane M. Tucker | 8.40 | 1325.00 | 11,130.00 |
| SAZO | Sara Zoglman | 68.90 | 590.00 | 40,651.00 |
| **Total** | | **147.30** | | **123,209.00** |

**Disbursements and other charges posted through March 31, 2022:**

**Fees for services posted from March 9, 2022 through March 31, 2022:**

**Re: Employment and Fee Applications**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 03/14/22 | EMME | Draft V&E retention application (3.9); correspond with V&E team regarding same (.3). | 4.20 |
| 03/15/22 | MAGA | Confer with V&E and Lazard teams regarding retention applications (.5); review and revise V&E retention application (1.0). | 1.50 |
| 03/15/22 | EMME | Correspond with V&E team regarding V&E retention application (.2); revise V&E retention application (1.6). | 1.80 |
| 03/15/22 | TGSP | Correspond with V&E team regarding Lazard fee application (.3); conduct research regarding same (.6). | 0.90 |
| 03/16/22 | MAGA | Review and revise V&E retention application. | 0.30 |
| 03/16/22 | KIVA | Draft Stretto retention application as Debtors' administrative advisor (2.6); conduct research regarding same (.3); correspond with V&E team regarding same (.3). | 3.20 |
| 03/17/22 | LRKA | Review and revise Lazard retention application (1.1); review and revise Stretto administrative agent application (.7); correspond with V&E team regarding same (.3). | 2.10 |
| 03/17/22 | MAGA | Review and revise V&E retention application (.9); review and revise Stretto retention application (.8); review and revise Lazard retention application (1.2); review and revise Ankura retention application (1.0). | 3.90 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 39

**Client/Matter Number** ROC447 64001
**Invoice Number** 25695303
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 03/17/22 | EMME | Correspond with V&E, Ankura teams regarding OCP issues (.6); draft OCP motion (2.4); research regarding same (.3); conference with Ankura team regarding OCP issues (.2); review and revise V&E retention application (.9); correspond with V&E team regarding same (.7); correspond with Lazard team regarding interested parties list (.1). | 5.20 |
| 03/17/22 | TGSP | Draft Lazard employment application (5.4); research regarding same (.8); correspond with V&E team regarding same (.7). | 6.90 |
| 03/17/22 | KIVA | Draft Ankura retention application (2.3); revise same with comments from Mike Garza (.2); correspond with Lauren Kanzer and Mike Garza regarding same (.2); revise Stretto retention application with comments from Mike Garza and Lauren Kanzer (.4). | 3.10 |
| 03/18/22 | LRKA | Review and comment on Ankura retention application (.9); correspond with V&E team regarding same (.2); correspond with V&E team regarding OCPs (.2). | 1.30 |
| 03/18/22 | MAGA | Review and revise V&E retention application (1.0); review and revise Lazard retention application (1.0); review and revise Stretto retention application (.8). | 2.80 |
| 03/18/22 | EMME | Research regarding V&E retention application and local rules (.7); correspond with V&E team regarding same (.2); research regarding OCP motion (.3); review and revise OCP motion (.4). | 1.60 |
| 03/18/22 | TGSP | Draft interim compensation motion (4.1); correspond with V&E team regarding same (.2); draft revisions to Lazard retention application (.6); correspond with V&E team and Lazard regarding same (.4). | 5.30 |
| 03/18/22 | KIVA | Revise Ankura retention application with comments from Lauren Kanzer (.4); correspond with Lauren Kanzer regarding same (.1); correspond with Swapna Deshpande regarding same (.2). | 0.70 |
| 03/19/22 | LRKA | Review and comment on V&E retention application (.9); review materials regarding same (.4). | 1.30 |
| 03/20/22 | DSME | Review and revise V&E retention application (.7); correspond with V&E team regarding same (.4). | 1.10 |
| 03/20/22 | TGSP | Research and review indemnification provisions (.6); correspond with V&E team regarding same (.2); correspond with V&E team regarding retention applications (.1). | 0.90 |
| 03/21/22 | RLPE | Review and revise application to employ V&E and provide comments on same (.8); review and revise application to | 1.60 |

Case 22-90000-mxm11 Doc 2579 Filed 09/09/22 Entered 09/09/22 23:21:55 Desc Exhibit 1 Page 220 of 399

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

**Client/Matter Number** ROC447 64001
**Invoice Number** 25695303
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | employ Ankura and confer with Eli Sterbcow on comments (.8). | |
| 03/21/22 | LRKA | Review and comment on interim compensation motion (.6); correspond with V&E team regarding same (.1); review and comment on OCP motion (.6); correspond with V&E team regarding same (.2). | 1.50 |
| 03/21/22 | EMME | Review and revise retention application (1.9); confer with V&E team regarding same (.6); review correspondence regarding same (.5); review and revise OCP Motion (2.5); confer with V&E team regarding same (.3). | 5.80 |
| 03/21/22 | TGSP | Draft revisions to Lazard application regarding indemnification provisions (.4); correspond with V&E team regarding indemnification provisions and other retention applications (.8); research regarding same (.7). | 1.90 |
| 03/21/22 | KIVA | Review Stretto retention application order (.2); revise Ankura retention application with comments from Lauren Kanzer and Ankura Team (.8); correspond with V&E and Ankura teams regarding same (.1); draft correspondence to Cleary team regarding retention applications (.2). | 1.30 |
| 03/22/22 | RLPE | Review and revise Stretto and Lazard retention applications (.8); confer with V&E team regarding revisions to applications, proposed orders and related declarations (.7). | 1.50 |
| 03/22/22 | DSME | Review retention applications (.4); review and revise Meyer Declaration regarding same (.5). | 0.90 |
| 03/22/22 | LRKA | Review revised OCP motion, interim compensation motion, and Lazard retention application (.7); correspond with V&E team regarding same (.2). | 0.90 |
| 03/22/22 | MAGA | Review and revise V&E retention application (.5); review and revise OCP motion (.3); confer with V&E and Cleary teams regarding various employment applications and related motions (.5). | 1.30 |
| 03/22/22 | EMME | Attend and participate in conference with Company advisors regarding OCP motion (.3); confer with V&E team regarding same (.3); review and revise OCP motion (1.3); review and revise V&E retention application (2.5); correspond with V&E team regarding same (.3). | 4.70 |
| 03/22/22 | TGSP | Correspond with Sidley, Lazard and V&E team regarding Lazard retention application (.6); review comments from same to same (.4); draft revisions to interim compensation motion (.9); correspond with V&E team regarding same (.3). | 2.20 |
| 03/22/22 | KIVA | Review and revise Stretto and Ankura applications with comment from V&E team (.2); confer with Ankura team | 0.40 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 41

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25695303 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | regarding same (.1); correspond with Cleary team regarding retention applications (.1). | |
| 03/23/22 | RLPE | Confer with V&E team on retention applications and declaration issues. | 0.30 |
| 03/23/22 | MAGA | Review and revise retention applications (.8); confer with V&E and Ankura teams regarding same (.4); review and revise interim compensation motion (.3); confer with V&E team regarding retention issues (.3). | 1.80 |
| 03/23/22 | EMME | Correspond with V&E and Ankura teams regarding interested parties list (.2); correspond with Cleary regarding OCP motion (.4); correspond with Ankura team regarding Ankura retention (.1); review andrevise, retention applications, interim compensation motion, and OCP motion (1.6). | 2.30 |
| 03/23/22 | TGSP | Correspond with Sidley regarding Lazard fee application (.6); correspond with Cleary regarding same (.2); correspond with V&E team regarding same (.5); prepare to file OCP and interim compensation motions and retention applications (.6). | 1.90 |
| 03/23/22 | KIVA | Revise Ankura retention application with comments from Ankura team (.4); confer with Ankura team regarding same (.2); revise Stretto retention application (.4); review and revise Lazard fee application (.5); correspond with V&E team regarding same (.1). | 1.60 |
| 03/24/22 | TGSP | Correspond with V&E team regarding retention applications at request of the Committee (.1); correspond with Sidley regarding Lazard application (.1). | 0.20 |
| 03/24/22 | KIVA | Correspond with Ankura and Stretto teams regarding filed versions of retention applications. | 0.20 |
| 03/28/22 | EMME | Correspond with V&E team regarding V&E retention application (.2). | 0.20 |
| 03/29/22 | MAGA | Confer with Deloitte regarding ordinary course employment motion and related issues. | 0.30 |
| 03/29/22 | EMME | Correspond with V&E team regarding V&E retention application work streams (.1). | 0.10 |
| 03/30/22 | DSME | Correspond with V&E team regarding V&E retention application. | 0.30 |
| 03/30/22 | EMME | Correspond with V&E team regarding V&E retention application (.2); research regarding same (1.6); draft memo summarizing research (3.5). | 5.30 |
| 03/31/22 | EMME | Correspond with V&E team regarding retention application (.3); review and revise research regarding same (2.1); | 3.40 |

V&E **Invoice** **Rockall Energy Holdings, LLC** August 9, 2022 Page 42

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25695303 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

coordinate with Liz Neuman regarding same (.2); conference with Pachulski and V&E team regarding same (.7); correspond with V&E team regarding same (.1).

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25695303 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

**Summary of services - Employment and Fee Applications**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| MAGA | Michael A. Garza | 11.90 | 860.00 | 10,234.00 |
| LRKA | Lauren R. Kanzer | 7.10 | 975.00 | 6,922.50 |
| RLPE | Rebecca L. Matthews | 3.40 | 1155.00 | 3,927.00 |
| EMME | Elias M. Medina | 34.60 | 590.00 | 20,414.00 |
| DSME | David S. Meyer | 2.30 | 1325.00 | 3,047.50 |
| TGSP | Trevor G. Spears | 20.20 | 790.00 | 15,958.00 |
| KIVA | Kiran Vakamudi | 10.50 | 790.00 | 8,295.00 |
| **Total** | | **90.00** | | **68,798.00** |

**Disbursements and other charges posted through March 31, 2022:**

**Fees for services posted from March 9, 2022 through March 31, 2022:**

**Re: Employment and Fee Application Objections**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 03/31/22 | MWMO | Confer with V&E team regarding potential objection to retention. | 0.30 |
| 03/31/22 | RLPE | Attend conference with Committee counsel regarding potential objection to V&E retention and related litigation issues. | 0.70 |
| 03/31/22 | DSME | Conference with Pachulski team regarding V&E retention (.7); conference with V&E team regarding same (.3). | 1.00 |

V&E **Invoice**

**Rockall Energy Holdings, LLC** August 9, 2022 Page 44

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25695303 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

**Summary of services - Employment and Fee Application Objections**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| RLPE | Rebecca L. Matthews | 0.70 | 1155.00 | 808.50 |
| DSME | David S. Meyer | 1.00 | 1325.00 | 1,325.00 |
| MWMO | Matthew W. Moran | 0.30 | 1285.00 | 385.50 |
| **Total** | | **2.00** | | **2,519.00** |

**Disbursements and other charges posted through March 31, 2022:**

**Fees for services posted from March 9, 2022 through March 31, 2022:**

**Re: Financing and Cash Collateral**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 03/09/22 | GGRI | Review revised DIP credit agreement and order (2.2); calls with local counsel, Cleary, Ankura and V&E team regarding same (2.4). | 4.60 |
| 03/09/22 | MJPY | Work on interim DIP order comments (1.6); work on DIP credit agreement comments (1.2); evaluate DIP declaration (.7); evaluate DIP checklist (.3); call with lender counsel regarding DIP order (.4); call with Ankura regarding DIP reporting (.4); evaluate DIP budget (.5). | 5.10 |
| 03/09/22 | ARMU | Review and revise closing checklist (.3); review schedules and collateral documents (4.2); confer and correspond with V&E team and Cleary team regarding same (2.4). | 6.90 |
| 03/09/22 | TDAI | Update closing checklist (.1); review and revise credit agreement schedules (.7); review and revise draft credit agreement, collateral documents and deliverables regarding updated diligence (4.9); attend to DACA matters (.3); attend to mortgage exhibit matters (.5); review stock certificates and draft stock powers (.2). | 6.70 |
| 03/09/22 | KIVA | Revise DIP financing motion and order (2.9); revise attorney checklist with comments from V&E team (.8); review and revise Tempke declaration with comments from V&E and Lazard teams (.6); review budget regarding DIP financing (.3); review changes to DIP financing credit agreement and schedules (.4); correspond with Taylor Daily regarding same (.1). | 5.10 |
| 03/09/22 | GRHO | Review/analyze and comment on further revisions to Interim DIP Order (.8); review/analyze and comment on further revisions to DIP Motion and related pleadings (1.2); review/analyze and comment on further revisions to DIP | 4.70 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 45

**Client/Matter Number** ROC447 64001
**Invoice Number** 25695303
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | Credit Agreement (1.0); correspond with Matt Pyeatt, Kiran Vakamudi, Guy Gribov, Taylor Daily and Arthur Munoz regarding same (.9); calls with Sean O'Neal (Cleary) regarding same (.8). | |
| 03/10/22 | GGRI | Discuss status of DIP funding and deliverables with V&E team (1.9); review materials regarding same (.7); discuss newly filed vendor liens with V&E team (1.0); discuss calculation of interest with V&E team (.4). | 4.00 |
| 03/10/22 | DSME | Review DIP budget (.3); calls with V&E team regarding same (.2). | 0.50 |
| 03/10/22 | MJPY | Evaluate U.S. Trustee comments to DIP order (.4); call with lender counsel regarding same (.4); calls with Ankura regarding DIP budget (.6); evaluate revised budget (.3); calls with U.S. Trustee regarding DIP budget and comments to DIP order (1.0); call with V&E team regarding DIP presentation (.5); evaluate precedent to support same (.5); prepare for DIP presentation (2.6); call with Lazard regarding first-day hearing preparation on DIP motion (.6). | 6.90 |
| 03/10/22 | ARMU | Review and revise DIP Credit Agreement (3.7); correspond with V&E and Cleary teams regarding same (.9). | 4.60 |
| 03/10/22 | TDAI | Review stock certificates, draft related stock powers and discuss with V&E team (.2); review mortgage exhibits and discuss with V&E, company, local counsel and Cleary teams (.4); compile documents, revise deliverables and closing matters (2.6); review draft fixture filings (.6); review and revise schedules and exhibits to credit agreement and discuss related matters with V&E and Cleary teams (1.9). | 5.70 |
| 03/10/22 | KIVA | Review and revise DIP financing motion and order (2.3); revise attorney checklist regarding same with comments from George Howard and V&E team (.6); correspond with V&E team regarding same (.2); prepare same for filing (.3); correspond with Mike Garza regarding same (.1); attend witness preparation call with V&E and Lazard teams (.7); draft chart summarizing US Trustee issues and responses (1.1); attend conference with US Trustee regarding same (1.0). | 6.30 |
| 03/10/22 | GRHO | Review and analyze comments on DIP financing from US Trustee (.8); correspond with Matt Pyeatt and Kiran Vakamudi regarding same (.5); call with US Trustee regarding same (1.0); draft/revise hearing notes for approval of DIP financing and review of related case law and documentation (2.6); correspond with Matt Pyeatt and Kiran Vakamudi regarding same (.5); calls and emails with Philip Eisenberg (Locke Lord) regarding DIP Order language (.3). | 5.70 |
| 03/11/22 | GGRI | Review and comment on DIP order (1.2); discuss latest updates to timing of DIP and deliverables with V&E team | 2.30 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25695303 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | (1.1). | |
| 03/11/22 | MJPY | Prepare for first-day hearing DIP presentation (1.0); work on hearing outline to support same (.8); call with V&E restructuring team to support same (.5); call with lender counsel regarding DIP order (.3); evaluate DIP budget (.3); calls with creditors regarding DIP order (.6); correspond with V&E team regarding same (.2). | 3.70 |
| 03/11/22 | ARMU | Correspond with V&E, Cleary, Company and local counsel regarding DIP Credit Agreement and corresponding loan documents (2.8); review closing matters (.8). | 3.60 |
| 03/11/22 | TDAI | Review and respond to closing matters (1.4); review and analyze North Dakota mortgage exhibit matters (.3); distribute draft DACAs to Cleary team and discuss with V&E team (.1). | 1.80 |
| 03/11/22 | KIVA | Attend conferences with V&E team regarding DIP financing (.5); correspond with Matt Pyeatt and George Howard regarding same (.2); review and revise interim DIP financing order (.3); correspond with opposing counsel regarding same (.2); correspond with court staff regarding entry of interim order (.1). | 1.30 |
| 03/11/22 | GRHO | Plan and prepare for hearing on interim approval of DIP Financing (.8); call with Matt Pyeatt and Kiran Vakamudi regarding same (.5); correspond with Philip Eisenberg (Locke Lord) and Kevin Maraist (Anderson, Lehrman, Barre & Maraist, LLP) regarding resolution of potential DIP objections (.3). | 1.60 |
| 03/12/22 | MJPY | Evaluate entered interim DIP order and budget inquiry (.4); correspond with Ankura regarding same (.2). | 0.60 |
| 03/12/22 | ARMU | Review credit agreement and schedules related to closing of DIP Credit Agreement. | 1.50 |
| 03/12/22 | TDAI | Review as-extracted collateral financing statements (.4); compile and review documents (.8); review and revise post-closing agreement and discuss with V&E team (.4). | 1.60 |
| 03/13/22 | MJPY | Correspond with V&E finance team regarding DIP closing issues (.4); evaluate final DIP credit agreement and related exhibits (.2); work on comments to same (.5). | 1.10 |
| 03/13/22 | ARMU | Attend to closing call of DIP Credit Agreement (.4); correspond with V&E team regarding open issues related to same (1.2); review compiled documents related to same (2.3). | 3.90 |
| 03/13/22 | TDAI | Review and revise post-closing agreement (.1); review and respond to closing matters (3.4); attend closing checklist call with Cleary and V&E teams (.4); review as-extracted collateral financing statements (.2); review compiled mortgages (.6). | 4.70 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 47

**Client/Matter Number** ROC447 64001
**Invoice Number** 25695303
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 03/14/22 | GGRI | Attend to final DIP document changes and deliverables. | 1.90 |
| 03/14/22 | MJPY | Work on DIP credit agreement closing issues (1.1); attend closing call (.3); correspond with V&E team regarding closing (.3); call with V&E restructuring team regarding DIP matters and next steps (.1); call with Ankura regarding budget (.3); correspond with V&E team regarding same (.3); evaluate DIP order reporting requirements and milestones (.4). | 2.80 |
| 03/14/22 | ARMU | Attention to closing of DIP Credit Agreement (2.6); conferences and correspond with V&E team regarding same (.7). | 3.30 |
| 03/14/22 | TDAI | Attend to closing matters (1.8); correspond with V&E team, Cleary regarding same (.8). | 2.60 |
| 03/14/22 | KIVA | Review interim financing order regarding upcoming deadlines (1.3); draft summary regarding same (.8); correspond with V&E team regarding same (.2). | 2.30 |
| 03/14/22 | GRHO | Review and analyze final versions of DIP-related documentation (1.3); correspond with V&E team in connection with closing of DIP financing facility (.6). | 1.90 |
| 03/15/22 | MJPY | Evaluate DIP checklist and timeline (.3); correspond with V&E team regarding same (.1). | 0.40 |
| 03/15/22 | ARMU | Correspond with V&E team regarding local counsel and mortgage filings (1.4); attention to debt/lien baskets (.7). | 2.10 |
| 03/15/22 | TDAI | Respond to post-closing matters related to DIP credit agreement (.8); review deadlines and attend to diligence matters (1.1). | 1.90 |
| 03/15/22 | KIVA | Review credit agreement with respect to upcoming deadlines (2.2); draft summary regarding same (1.1); correspond with Sara Zoglman regarding same (.1). | 3.40 |
| 03/16/22 | MJPY | Evaluate issues regarding insurance premium financing and related lien matters (.5); call with V&E finance team regarding same (.2); correspond with client regarding same (.2); evaluate DIP checklist and timeline (.3); work on comments to same (.8); correspond with V&E finance team regarding same (.4). | 2.40 |
| 03/16/22 | ARMU | Review and revise DIP Financing Case Calendar (1.1); analyze issues related to mortgages (2.2); analyze issues related to control agreements (.5). | 3.80 |
| 03/16/22 | TDAI | Review and respond to post-closing matters related to DIP credit agreement (.8); review and revise DIP credit agreement and Interim Order calendar (.6); conference with V&E team | 1.60 |

**Client/Matter Number** ROC447 64001
**Invoice Number** 25695303
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | regarding status updates (.2). | |
| 03/16/22 | KIVA | Revise case calendar with comments from V&E finance team (.6); correspond with V&E team regarding same (.2). | 0.80 |
| 03/17/22 | MJPY | Call with Lazard regarding DIP financing (.3); correspond with V&E restructuring team regarding same (.6); evaluate language in financing materials (.2); work on comments to same (.3); correspond with Lazard regarding same (.2). | 1.60 |
| 03/17/22 | ARMU | Correspond with V&E team regarding Insurance Financing (.7); correspond with V&E team regarding mortgage (.6). | 1.30 |
| 03/17/22 | TDAI | Correspond with V&E team regarding professionals list (.1); correspond with V&E, Cleary and company teams regarding control agreements (.1). | 0.20 |
| 03/17/22 | GRHO | Call with Christian Tempke and Stephen Golmont (Lazard) regarding potential DIP financing options (.3); follow-up email correspondence with Matt Pyeatt regarding same (.3). | 0.60 |
| 03/18/22 | ARMU | Correspond with V&E team regarding DIP Credit Agreement. | 0.50 |
| 03/18/22 | TDAI | Discuss real estate deliverables with Ankura team (.1); review credit agreement and discuss with V&E team (.2). | 0.30 |
| 03/18/22 | KIVA | Conduct research regarding objections to DIP financing provisions (1.5); draft outline regarding same (.5). | 2.00 |
| 03/21/22 | MJPY | Correspond with V&E finance team regarding inquiry on DIP Credit Agreement (.2); evaluate same (.2). | 0.40 |
| 03/21/22 | TDAI | Respond to mortgage related correspondence. | 0.10 |
| 03/21/22 | KIVA | Draft response to DIP financing objections (3.2); conduct research regarding same (.7). | 3.90 |
| 03/21/22 | GRHO | Review/analyze and respond to questions regarding obligations under DIP Credit Agreement and Interim DIP Order. | 0.70 |
| 03/22/22 | DSME | Correspond with V&E team regarding budget variance testing (.2); review materials regarding same (.1). | 0.30 |
| 03/22/22 | ARMU | Review Control Agreements. | 0.30 |
| 03/22/22 | TDAI | Review and distribute draft BACAs. | 0.10 |
| 03/22/22 | KIVA | Draft response to potential objections to DIP financing (4.3); conduct research regarding same (1.0). | 5.30 |
| 03/23/22 | ARMU | Attend call with V&E team regarding work in process (.3); correspond with V&E team regarding financing matters (.3). | 0.60 |

# V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 49

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25695303 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 03/23/22 | KIVA | Draft and revise response to objections to DIP financing (2.4); review precedent regarding same (.4); correspond with V&E team regarding same (.1). | 2.90 |
| 03/24/22 | MJPY | Attend call with V&E restructuring team regarding DIP objection reply (.4); review and evaluate precedent to support same (.6); review draft reply and provide comments to same (1.1); correspond with V&E team regarding same (.2); correspond with Ankura regarding DIP funding and budget (.2); revise DIP order language (.5); correspond with lender counsel regarding same (.2). | 3.20 |
| 03/24/22 | ARMU | Review, evaluate, and respond to correspondence regarding Mortgages and Borrower Deliverables. | 0.60 |
| 03/24/22 | TDAI | Review and analyze draft BACAs (.5); attend call with V&E, company, JPM and Cleary teams regarding same (.2). | 0.70 |
| 03/24/22 | KIVA | Attend conference with V&E team regarding DIP financing and related matters (.3); review and revise draft objection with comments from Matt Pyeatt (.8). | 1.10 |
| 03/25/22 | MJPY | Revise DIP order regarding informal comments (.4); correspond with lender counsel and regarding same (.3); evaluate U.S. Trustee objection to DIP motion (.5); correspond with V&E team regarding same (.2); evaluate issues list regarding same (.2); correspond with lender counsel regarding final DIP order (.2). | 1.80 |
| 03/25/22 | ARMU | Correspond with V&E team regarding mortgage filings. | 0.50 |
| 03/25/22 | KIVA | Revise draft response to DIP objections with comments from Matt Pyeatt (2.1); conduct research regarding same (1.1); review objection from United States Trustee (.4); draft issues list regarding same (.5); revise same with comments from V&E team (.2); correspond with V&E team regarding same (.1). | 4.40 |
| 03/25/22 | GRHO | Review and analyze objection filed by the US Trustee to final approval of DIP financing (.8); correspond with Matt Pyeatt and Kiran Vakamudi regarding same (.2). | 1.00 |
| 03/26/22 | MJPY | Evaluate Final DIP Order draft (.5); revise same (.9); correspond with V&E team regarding same (.3). | 1.70 |
| 03/26/22 | KIVA | Review final DIP order draft (1.1); revise same with comments from Matt Pyeatt (.3); correspond with V&E and Cleary teams regarding same (.2). | 1.60 |
| 03/27/22 | MJPY | Evaluate comments to Final DIP Order (.3); correspond with V&E team regarding same (.2); correspond with Ankura regarding same (.2); evaluate DIP budget to support same | 1.50 |

**Client/Matter Number** ROC447 64001
**Invoice Number** 25695303
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | (.4); draft email response to lender counsel regarding same (.4). | |
| 03/28/22 | MWMO | Review issues raised by UCC related to DIP. | 0.10 |
| 03/28/22 | RLPE | Review and analyze Committee's DIP issues list and confer internally on potential solutions. | 0.70 |
| 03/28/22 | MJPY | Revise Final DIP Order (.5); correspond with lender counsel regarding same (.2); correspond with Ankura regarding lender response to DIP objection (.2); correspond with lender counsel regarding credit documentation diligence (.4); correspond with client regarding schedules to DIP Credit Agreement and potential amendments (.3); evaluate Committee DIP issues list (.6); correspond with V&E team regarding same (.2); correspond with client and advisors regarding same (.2). | 2.60 |
| 03/28/22 | ARMU | Correspond with V&E team regarding control agreement (.4); review DIP credit agreement (.8). | 1.20 |
| 03/28/22 | TDAI | Review control agreement matters (.5); review mortgage filing matters (.2); analyze credit agreement (.2); discuss same with V&E and company teams (.2). | 1.10 |
| 03/28/22 | EMME | Correspond with V&E FIN, RR teams regarding liens. | 0.20 |
| 03/28/22 | KIVA | Review Interim Order and Credit Agreement regarding milestones and events of default (.7); draft correspondence to V&E team regarding same (.2); review correspondence with V&E team regarding insurance financing and account control agreements (.2); review issues list regarding DIP financing from Committee (.3); draft summary and proposed responses regarding same (1.2). | 2.60 |
| 03/28/22 | GRHO | Review and analyze proposed revisions to final DIP order and related correspondence between V&E and Cleary (.8); correspond with Matt Pyeatt regarding open issues and next steps (.3). | 1.10 |
| 03/29/22 | MJPY | Evaluate DIP issues list received from Committee and work on proposed responses to same (.8); correspond with V&E team regarding same (.2); call with V&E restructuring team regarding same (.3); call with lender counsel regarding DIP issues list (.8); evaluate precedent (.6). | 2.70 |
| 03/29/22 | ARMU | Correspond with V&E team regarding DIP Credit Agreement. | 0.30 |
| 03/29/22 | TDAI | Review email correspondence with V&E team regarding DIP credit agreement (.1); discuss same with V&E team (.1). | 0.20 |
| 03/29/22 | KIVA | Conduct research regarding precedent provisions in financing orders (1.3); correspond with V&E team regarding same (.1); | 2.20 |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | attend conference with V&E and Cleary teams regarding Committee issues list (.8). | |
| 03/29/22 | GRHO | Review, analyze, and revise issues list from creditors' committee (.7); call with V&E team regarding same (.3); call with Sean O'Neal and Jane VanLare (Cleary) regarding same (.8). | 1.80 |
| 03/30/22 | MJPY | Call with Ankura regarding DIP model and Committee diligence (.2); correspond with V&E team regarding same (.2); call with V&E finance team regarding DIP Credit Agreement deliverables and reporting (.4); correspond with lender counsel and Committee counsel regarding DIP issues list (.2); evaluate responses to same (.4); work on legal analysis to support DIP reply and DIP issues list responses (.7). | 2.10 |
| 03/30/22 | ARMU | Review Mortgage and associated filings (.6); review diligence and collateral scope (.7). | 1.30 |
| 03/30/22 | TDAI | Attend to control agreement matters (.1); review pre-petition credit agreement and amendments thereto (.6); confer with V&E team regarding same (.1); discuss filing matters with V&E and Cleary teams (.2). | 1.00 |
| 03/30/22 | KIVA | Draft correspondence to V&E finance team regarding same (.1); review correspondence regarding insurance premium financing (.1); review correspondence from V&E team regarding Committee issues list summary (.2). | 0.40 |
| 03/30/22 | GRHO | Review/analyze key issues related to final approval of DIP financing (.5); correspond with Matt Pyeatt and Kiran Vakamudi regarding same (.2). | 0.70 |
| 03/31/22 | DSME | Conference with Cleary regarding financing (.3); conference with V&E team regarding same (.3). | 0.60 |
| 03/31/22 | MJPY | Evaluate DIP issues list and work on strategy relating to DIP reply and related legal arguments (.7); prepare for call with lender counsel and Committee counsel regarding DIP issues (.6); attend call regarding same (.5); correspond with V&E team regarding same (.3); correspond with V&E finance team regarding mortgage filing (.2); call with Ankura regarding DIP budget (.3); correspond with U.S. Specialty counsel regarding DIP order (.2); follow-up call with lender counsel regarding DIP issues list (.3); correspond with V&E team regarding same (.2); correspond with lender counsel regarding same (.3); evaluate DIP credit agreement (.5); evaluate DIP order (.2); correspond with advisors and client regarding DIP issues list and DIP hearing adjournment proposal (.2). | 4.50 |
| 03/31/22 | ARMU | Correspond with V&E team regarding DIP Credit Agreement (.4); review and revise DIP order (.7). | 1.10 |

V&E **Invoice**



| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25695303 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 03/31/22 | TDAI | Review and analyze prepetition credit agreement and amendments thereto and correspond with V&E team regarding same (.7); review DIP credit agreement and discuss with V&E team (.7). | 1.40 |
| 03/31/22 | KIVA | Attend conference with V&E team regarding DIP financing issues (.5); correspond with V&E team regarding research (.1); conduct same (1.5); correspond with Liz Neuman regarding same (.1). | 2.20 |
| 03/31/22 | GRHO | Call with Maxim Litvak and Robert Feinstein (PSZJ), Sean O'Neal and Jane VanLare (Cleary) and Matt Pyeatt (V&E) regarding DIP financing issues (.5); correspond with Matt Pyeatt, Lauren Kanzer and Kiran Vakamudi regarding DIP financing issues and next steps (.3). | 0.80 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25695303 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

**Summary of services - Financing and Cash Collateral**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| TDAI | Taylor Daily | 31.70 | 590.00 | 18,703.00 |
| GGRI | Guy Gribov | 12.80 | 1095.00 | 14,016.00 |
| GRHO | George R. Howard | 20.60 | 1285.00 | 26,471.00 |
| RLPE | Rebecca L. Matthews | 0.70 | 1155.00 | 808.50 |
| EMME | Elias M. Medina | 0.20 | 590.00 | 118.00 |
| DSME | David S. Meyer | 1.40 | 1325.00 | 1,855.00 |
| MWMO | Matthew W. Moran | 0.10 | 1285.00 | 128.50 |
| ARMU | Arthur Munoz | 37.40 | 705.00 | 26,367.00 |
| MJPY | Matthew J. Pyeatt | 45.10 | 910.00 | 41,041.00 |
| KIVA | Kiran Vakamudi | 47.80 | 790.00 | 37,762.00 |
| **Total** | | **197.80** | | **167,270.00** |

**Disbursements and other charges posted through March 31, 2022:**

**Fees for services posted from March 9, 2022 through March 31, 2022:**

**Re: Hearings**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 03/09/22 | DSME | Conference with V&E team regarding first day hearing and filings (.5); prepare for first day hearing (1.0); correspond with V&E team regarding same (1.0); conferences regarding same (.4). | 2.90 |
| 03/10/22 | LRKA | Prepare for hearing (1.8); attend preparation sessions with V&E team, Scott Pinsonnault, Kevin Bonebrake, and Christian Tempke (1.6). | 3.40 |
| 03/10/22 | JRGO | Confer with litigation team regarding suggestions of bankruptcy (.2); analyze and edit suggestion of bankruptcy (.2); analyze first day pleadings in preparation for first day hearing (.2); prepare binders for first day hearing (.5); confer with V&E and Scott Pinsonnault regarding first day hearing (1.2); confer with litigation team regarding witness and exhibit list, suggestions of bankruptcy, adversary complaint, and motion for summary judgment (.3); confer with litigation team regarding witness and exhibit list and preparation for first day hearing (.2); continue preparing documents for first day hearing (1.0). | 3.80 |
| 03/11/22 | MWMO | Participate in first day hearings (3.1). | 3.10 |
| 03/11/22 | RLPE | Review and provide comments on First Day presentation slides for hearing (.5); prepare Scott Pinsonnault and both Lazard witnesses for hearing (.8); confer with Mike Garza on | 1.80 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 54

**Client/Matter Number** ROC447 64001
**Invoice Number** 25695303
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | presentation of Stretto first day motion and potential issues (.2); follow-up correspondence with V&E team and client regarding first day hearing preparation (.3). | |
| 03/11/22 | JMR | Continue to prepare for and participate in virtual first day hearing. | 2.10 |
| 03/11/22 | DSME | Prepare for hearing (1.1); participate in hearing (3.2). | 4.30 |
| 03/11/22 | LRKA | Present at first day hearing (3.2); prepare for same (1.0); review and comment on hearing presentation slides (.5); correspond with V&E team regarding same (.2). | 4.90 |
| 03/11/22 | MJPY | Attend and participate in first-day hearing. | 3.20 |
| 03/11/22 | JRGO | Confer with V&E litigation team and Scott Pinsonnault in preparation for first day hearing (.5); analyze and edit adversary complaint and motion for summary judgment (.6); prepare for first day hearing (.4); confer with V&E litigation team regarding case developments and next steps (.1); correspond with local counsel regarding automatic stay (.1). | 1.70 |
| 03/11/22 | MAGA | Prepare for first day hearing (2.5); attend first day bankruptcy hearing (3.2). | 5.70 |
| 03/11/22 | EMME | Prepare for first day hearing (1.2); attend same (3.2). | 4.40 |
| 03/11/22 | KIVA | Prepare for and attend first day hearing. | 3.80 |
| 03/11/22 | GRHO | Attend first day hearing and advise on oral argument on DIP financing approval. | 3.00 |
| 03/30/22 | MAGA | Confer with V&E team regarding hearing preparation and procedures for final orders. | 0.50 |

V&E **Invoice** **Rockall Energy Holdings, LLC** August 9, 2022 Page 55

**Client/Matter Number** ROC447 64001
**Invoice Number** 25695303
**Billing Attorney** William C. Smith

Re: Restructuring Advice

**Summary of services - Hearings**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| MAGA | Michael A. Garza | 6.20 | 860.00 | 5,332.00 |
| JRGO | Jeremy R. Gonzalez | 5.50 | 705.00 | 3,877.50 |
| GRHO | George R. Howard | 3.00 | 1285.00 | 3,855.00 |
| LRKA | Lauren R. Kanzer | 8.30 | 975.00 | 8,092.50 |
| RLPE | Rebecca L. Matthews | 1.80 | 1155.00 | 2,079.00 |
| EMME | Elias M. Medina | 4.40 | 590.00 | 2,596.00 |
| DSME | David S. Meyer | 7.20 | 1325.00 | 9,540.00 |
| MWMO | Matthew W. Moran | 3.10 | 1285.00 | 3,983.50 |
| MJPY | Matthew J. Pyeatt | 3.20 | 910.00 | 2,912.00 |
| JMR | Jeremy M. Reichman | 2.10 | 925.00 | 1,942.50 |
| KIVA | Kiran Vakamudi | 3.80 | 790.00 | 3,002.00 |
| **Total** | | **48.60** | | **47,212.00** |

**Disbursements and other charges posted through March 31, 2022:**

**Fees for services posted from March 9, 2022 through March 31, 2022:**

**Re: Litigation (Contested Matters and Adversary Proceedings)**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 03/09/22 | MWMO | Review revisions to first day declarations and first day documents (.5); correspond throughout day with V&E team regarding same (1.2); prepare for potential witness testimony at first day hearings (.8); participate in litigation team call (.6); participate in meeting with David Mirkin in preparation for first day hearings (.8). | 3.90 |
| 03/09/22 | RLPE | Review first day filings, including: related changes to witness and exhibit list and further edits and revisions to all first day declarations (2.6); conference with litigation team to discuss witness preparations and first day hearing (.6); prepare witness outlines and additional edits and revisions to declarations (.8); conference with David Mirkin and litigation team to prepare for first day hearing (.8); confer with litigation team on first day hearing and hearing binders (.3). | 5.10 |
| 03/09/22 | JMR | Review and revise Exhibit A to First Day Declaration (2.3); conference with V&E litigation team regarding first day matters (.5); conference with V&E team and David Mirkin regarding hearing prep (.8); continue to prepare for first day hearings (1.5). | 5.10 |
| 03/10/22 | MWMO | Prepare for and participate in prep session with first day witness Christian Tempke (.8); prepare for and participate in prep session for first day witness Scott Pinsonnault (1.3); | 5.20 |

**Client/Matter Number** ROC447 64001
**Invoice Number** 25695303
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | review correspondence regarding witness and exhibit list (.2); review email correspondence regarding suggestions of bankruptcy and review suggestions of bankruptcy (.6); prepare for first day hearings and confer with V&E team regarding first day hearing preparation (1.5); conference call with V&E team regarding first day hearing prep and logistics (.5); review and revise direct outline for Scott Pinsonnault (.3). | |
| 03/10/22 | RLPE | Review and revise witness and exhibit list (.8); correspond with V&E team regarding same (.4); prepare Lazard witnesses Bonebrake and Tempke and attention to same (.8); various email correspondence regarding suggestion of bankruptcy issues and anlayze issues in connection with potential extension of the stay (.9); correspond with V&E team, David Mirkin and Ankura team concerning additional diligence requests from Weil team (.5); continued preparation of first day hearing including attention to exhibits, witness outlines and review and follow-up on relevant pleading questions in connection with preparing (1.5); conference with restructuring and litigation teams to discuss presentation, evidence, division of labor and outstanding issues (.5); correspond with V&E team regarding additional witness preparation sessions, hearing agenda and logistics for tomorrow's hearing (.4). | 5.80 |
| 03/10/22 | JMR | Continue to plan and prepare for first day hearing testimony and evidentiary issues (2.0); conference with V&E and Lazard teams regarding hearing prep (.5); conference with V&E team and Scott Pinsonnault regarding hearing prep (1.0); conference with V&E team regarding first day hearing (.5); prepare direct examination outline for Scott Pinsonnault (1.1). | 5.10 |
| 03/10/22 | EMME | Correspond with V&E team regarding Weil company investigation and diligence requests. | 0.30 |
| 03/10/22 | ESST | Attend multiple conference call meetings regarding strategy, witness prep, and other pre-hearing tasks (1.5); revise and distribute suggestions of bankruptcy (1.2). | 2.70 |
| 03/11/22 | MWMO | Review correspondence regarding suggestion of bankruptcy (.1); review first day presentation and revisions to same (.5); prepare for and participate in preparation calls with witnesses in advance of first day hearings (1.0); review and comment on direct examination outline for Scott Pinsonnault (.2). | 1.80 |
| 03/11/22 | RLPE | Correspond with V&E team regarding ensuring suggestions of bankruptcy provided to all outside counsel and attention to same (.3); correspond with David Mirkin and V&E team regarding additional diligence requests from Weil team (.3). | 0.60 |
| 03/12/22 | RLPE | Follow-up internally regarding Steel Reef extension related to filing of adversary proceeding (.2); review latest diligence requests from Weil (.2); correspond with V&E team regarding | 0.60 |

**Client/Matter Number** ROC447 64001
**Invoice Number** 25695303
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | additional items to locate (.2). | |
| 03/14/22 | RLPE | Continued work on Weil diligence requests (.6); follow-up email correspondence with Eli Medina concerning diligence response (.1); correspond with David Mirkin regarding same (.2); confer internally regarding next steps with respect to Steel Reef adversary proceeding and potential stipulation (0.5); review and analyze comments from Cleary regarding draft adversary proceeding and summary judgment, and follow-up with Eli Sterbcow and Jeremy Reichman concerning status (.3); review response from Steel Reef's counsel and discuss internally (.3); correspond with Michael Lee concerning Steel Reef arguments and review outline of same (.3). | 2.30 |
| 03/14/22 | MILE | Draft summary argument regarding contract rejection (1.0); research regarding same (.8). | 1.80 |
| 03/14/22 | ESST | Review and revise adversary documents including Complaint, MSJ, Appendix, and Order (2.6); confer with V&E team regarding same stipulations (.5). | 3.10 |
| 03/15/22 | MWMO | Review and revise stipulation with Steel Reef (.5); confer with V&E team regarding same (.2); review correspondence regarding investigation (.2); review Cleary comments regarding Steel Reef stipulation (.2); review correspondence regarding Sligar lift stay motion and proposed resolution (.2); review declaration of Sligar's counsel regarding same (.1). | 1.40 |
| 03/15/22 | RLPE | Review and revise Steel Reef proposed stipulation (.4); correspond with V&E team regarding same (.3); correspond with V&E teams regarding comments and feedback from Cleary related to same (.4); conferences with V&E team concerning Steel Reef issues (.6); review further revised Steel Reef stipulation (.3); correspond with V&E RR team regarding Sligar litigation (.3); review proposed lift stay pleadings (.7); correspond with Lazard and V&E RR team regarding same (.4); confer with V&E team regarding Second Day hearing preparation (.2); review additional diligence requests from Weil (.2); coordinate with V&E team and Company regarding responses to same (.6); review follow-up correspondence from Company regarding same (.1). | 4.50 |
| 03/15/22 | JMR | Draft Steel Reef stipulation (.9); confer with V&E team regarding same (.4); review materials related to Steel Reef (.2). | 1.50 |
| 03/15/22 | JRGO | Analyze draft motion to lift automatic stay (.3); analyze stipulation regarding midstream contracts and related correspondence (.2). | 0.50 |
| 03/15/22 | MAGA | Participate on call with Ken Hill regarding state court litigation and motion to lift automatic stay (.3); review and analyze | 1.00 |

# V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

**Client/Matter Number** ROC447 64001
**Invoice Number** 25695303
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | motion to lift automatic stay (.5); confer with V&E team regarding same (.2). | |
| 03/15/22 | EMME | Review and produce diligence requests from Weil (1.1). | 1.10 |
| 03/15/22 | ESST | Review lift stay motion and related strategy (1.1); correspond with V&E team regarding same (.3). | 1.40 |
| 03/16/22 | MWMO | Review correspondence regarding stipulation with Steel Reef (.1); review draft of Sligar lift stay motion (.3); review correspondence regarding Sligar lift stay motion and confer with V&E team regarding same (.3); review correspondence regarding weekly update call and preparation for second day hearings (.1); review correspondence regarding investigation and interviews (.1). | 0.90 |
| 03/16/22 | RLPE | Correspond with Mike Garza and Matt Moran regarding Sligar litigation and follow-up questions in connection with proposed motion (.4); review correspondence related to update call and respond to same (.3); correspond with Matt Moran, Jeremy Reichman and Michael Lee regarding Steel Reef issues (.3); correspond with V&E team regarding diligence follow-ups and interview requests (.4); coordinate with Eli Medina regarding related responses (.2); correspond with Eli Medina and David Mirkin regarding status of outstanding requests (.5). | 2.10 |
| 03/16/22 | TGSP | Review local rules regarding witness and exhibit lists (.3); correspond with V&E team regarding same (.1). | 0.40 |
| 03/17/22 | MWMO | Review correspondence regarding investigation (.1); review correspondence regarding Steel Reef discussions (.1); prepare for second day hearings and review related email correspondence (.1); confer with Eli Sterbcow regarding potential bidder and sale process and review related email correspondence (.3). | 0.60 |
| 03/17/22 | RLPE | Correspond with David Mirkin, Eli Medina and Weil regarding diligence requests and follow-ups (.4); correspond with Lauren Kanzer and Weil team regarding additional diligence interviews (.2); confer with V&E litigation team regarding workstreams and witness declarations (.2). | 0.80 |
| 03/17/22 | JRGO | Confer with V&E litigation team regarding preparation for second day hearing and other next steps. | 0.20 |
| 03/18/22 | RLPE | Correspond with V&E restructuring and litigation teams regarding proposed motion to lift stay and various follow-up on status of discovery and proceedings in connection with same (.4); correspond with Weil team regarding diligence interviews (.1); confer with V&E team and with David Mirkin regarding documents to be provided to Weil in connection with diligence requests (.2); correspond with Jeremy Gonzalez regarding draft motion to lift stay and issues with | 0.80 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 59

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25695303 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | respect to same (.1). | |
| 03/18/22 | JRGO | Confer with local counsel regarding lawsuit against debtor and plaintiff's motion to lift automatic stay (.2); correspond with litigation team regarding same (.1); analyze plaintiff's motion to lift stay (.2). | 0.50 |
| 03/19/22 | MWMO | Correspond with V&E team regarding Steel Reef stipulation (.2); review correspondence regarding UCC formation (.1); review correspondence regarding Sligar motion to lift stay (.1). | 0.40 |
| 03/19/22 | RLPE | Review and analyze communications from Weil regarding diligence folders (.1); follow-up regarding related diligence requests (.2). | 0.30 |
| 03/21/22 | MWMO | Review correspondence regarding recent filings (.1); review correspondence regarding investigation and production of documents in connection with same (.2); review correspondence regarding Sligar lift stay motion (.1); review revisions to Steel Reef stipulation and confer with VE team regarding same (.2); review insurance provisions in plan and confer with VE team regarding lift stay agreement as requested by Sligar (.2). | 0.80 |
| 03/21/22 | RLPE | Confer with Eli Medina and David Mirkin on diligence requests and continued work on same (.5); review and analyze e-mail correspondence from Weil regarding additional diligence requests and follow-up with Eli Medina on next steps (.3); correspond with Eli Sterbcow and Emily Rhine concerning status of litigation workstreams, including witness and exhibit list and declarations (.2); further review and revise Sligar motion to lift stay and confer with restructuring and litigation teams on same (.3); correspond with Trevor Spears and Eli Sterbcow regarding declaration in support of remaining operational motions (.2); correspond with Jeremy Reichman and Matt Moran concerning second day hearing (.1). | 1.60 |
| 03/21/22 | JMR | Confer with V&E team regarding declarations in support of second day hearing. | 0.50 |
| 03/21/22 | MAGA | Review and revise motion to lift stay (.3); confer with V&E team regarding same (.1). | 0.40 |
| 03/22/22 | MAGA | Confer with V&E team regarding data rooms and discovery issues (.4); participate on inbound calls from various creditors (.3). | 0.70 |
| 03/23/22 | MWMO | Review correspondence regarding selection of UCC counsel and UCC requests (.1); respond to email correspondence regarding documents to be produced to UCC and VDR access (.2). | 0.30 |
| 03/23/22 | RLPE | Correspond with V&E team and David Mirkin regarding | 1.40 |

**Client/Matter Number** ROC447 64001
**Invoice Number** 25695303
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | diligence requests (.3); review and revise proposed agreed order regarding Sligar litigation (.3); review further revised agreed order (.1); correspond with V&E team regarding same (.1); review correspondence regarding selection of Committee counsel (.1); evaluate extension of certain objection deadlines and need for a confidentiality agreement with regards to the Committee counsel (.5). | |
| 03/23/22 | JMR | Review and address correspondence from UCC regarding document requests (.5); attend conference with V&E team regarding same (.2). | 0.70 |
| 03/23/22 | SAZO | Evaluate and revise case events time line (.1); prepare case events time line for UCC (.7); gather materials to send to the UCC regarding same (.7). | 1.50 |
| 03/23/22 | EMME | Prepare chart regarding all filed motions and revised orders in furtherance of UCC diligence requests. | 0.90 |
| 03/24/22 | MWMO | Confer with V&E team regarding call with UCC (.1); evaluate matters related to production of information to UCC (.3). | 0.40 |
| 03/24/22 | RLPE | Confer with V&E litigation team regarding UCC document production and diligence matters (.6); correspond with V&E restructuring team regarding same (.2); review correspondence regarding discussions with Committee counsel (.2); review and revise correspondence to Committee regarding requested extension of objection deadline (.2); correspond with Committee regarding same (.1); confer with V&E litigation team on discovery issues (.3); review draft email correspondence to lenders' counsel regarding Committee concerns and agreed extension (.2). | 1.80 |
| 03/24/22 | JMR | Prepare for and participate in introductory call with UCC. | 1.40 |
| 03/24/22 | ERHI | Draft proposed confidentiality order. | 0.60 |
| 03/24/22 | MAGA | Confer with V&E team regarding committee diligence requests and related strategy (.3); prepare and gather diligence items for committee (1.0). | 1.30 |
| 03/24/22 | EMME | Correspond with Weil team regarding diligence requests (.1); coordinate and prepare document production for UCC requests (1.4); correspond with V&E team regarding same (.4); review document production in preparation for UCC sharing (1.4); confer with V&E LIT team regarding same (.4). | 3.70 |
| 03/24/22 | ESST | Draft declaration in support of utilities motion (2.7); update and circulate witness and exhibit list for upcoming hearing (.4). | 3.10 |
| 03/25/22 | MWMO | Review summary of UCC call and initial issues raised (.1); review PSA and email correspondence regarding preparation | 1.90 |

**Client/Matter Number** ROC447 64001
**Invoice Number** 25695303
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | of litigation schedule (.2); review correspondence regarding UCC access to documents and confidentiality/privilege concerns and confer throughout day with V&E team regarding documents to produce (.8); review proposed UCC bylaws and email correspondence regarding same and provisions to address professional eyes only information (.4); review witness and exhibit list and email correspondence with VE team regarding same (.2); review confidentiality provisions in credit documents and related email correspondence with VE team regarding dealing with same (.2). | |
| 03/25/22 | RLPE | Correspond with V&E team and lenders regarding Committee requests and next steps (.4); correspond with Committee regarding extension and DIP issues list (.3); confer with V&E restructuring and litigation teams regarding confidentiality issues to address in connection with document production (.8); discuss mechanics and process for same with V&E litigation team (.3); review and revise Pinsonnault declaration (.5); correspond with Matt Moran and Eli Sterbcow regarding PSA schedules (.2); review and revise witness and exhibit list for March 30 hearing (.5); correspond with V&E team regarding same (.1); review document production for Committee (1.1); correspond with advisors and Committee regarding same (.3); review Committee's emergency motion to adjourn hearing (.2); correspond with V&E team regarding response to same (.2). | 4.90 |
| 03/25/22 | JMR | Analyze and address confidentiality issues (.8); review and analyze list of documents to be produced to Committee (1.4). | 2.20 |
| 03/25/22 | LRKA | Review motion for emergency hearing (.3); correspond with V&E team regarding same (.4); correspond with V&E team regarding diligence requests, materials to share (.4). | 1.10 |
| 03/25/22 | MJPY | Correspond with V&E litigation team regarding diligence matters (.4); evaluate confidentiality bylaws (.3); correspond with V&E team regarding same (.2); evaluate professionals' eyes only issues in connection with same (.3); correspond with V&E team regarding same (.2). | 1.40 |
| 03/25/22 | ERHI | Review and revise proposed confidentiality order (.8); correspond with litigation team regarding document review (.6); correspond with restructuring team regarding same (.2); review documents for production (2.1); draft summary regarding privilege and potential confidentiality issues for same (.7); correspond with V&E team regarding next steps for document production and related confidentiality issues (.2). | 4.60 |
| 03/25/22 | MAGA | Confer with V&E team regarding committee diligence requests and related strategy (.7); prepare, gather, and analyze diligence items for committee (1.4); confer with management team and Ankura regarding same (.5); review and analyze committee bylaws (.5). | 3.10 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 62

**Client/Matter Number** ROC447 64001
**Invoice Number** 25695303
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 03/25/22 | EMME | Confer and correspond with V&E team and Company regarding document production (2.3); review and revise witness and exhibit list (.8); review data room for privilege and confidentiality issues in certain documents (2.4); correspond with V&E team regarding same (.3). | 5.80 |
| 03/25/22 | ESST | Review documents for production to Committee for privilege (3.4); revise witness and exhibit list and compile all necessary documents (.8); correspond with V&E team regarding logistics for production of documents to Committee (.7). | 4.90 |
| 03/25/22 | TGSP | Review and revise witness and exhibit list for second day hearing (.6); coordinate filing of same (.2); review Committee diligence requests and data room for same (1.2); correspond with V&E team regarding same (.7). | 2.70 |
| 03/26/22 | MWMO | Review correspondence regarding scheduling and second day motions (.1); review correspondence regarding production of documents to UCC (.1). | 0.20 |
| 03/26/22 | RLPE | Review and revise Pinsonnault declaration (.4); correspond with lenders' counsel regarding document production (.3); confer with V&E litigation team regarding potential response to Committee (.6). | 1.30 |
| 03/26/22 | JMR | Review and revise Committee bylaws (.5); review and revise declaration in support of insurance and utilities motions (.7). | 1.20 |
| 03/26/22 | MAGA | Confer with V&E team regarding diligence requests and related issues (.5); confer with V&E team regarding motion to adjourn hearing and related strategy (.3). | 0.80 |
| 03/26/22 | ESST | Review documents for privileged and confidential information (2.0); review updates to UCC bylaws (.5); update draft declaration in support of operational motions (.7). | 3.20 |
| 03/27/22 | MWMO | Prepare for and participate in litigation team call regarding confidentiality issues and PEO designation and related email correspondence (.6); review draft correspondence to UCC regarding same (.2). | 0.80 |
| 03/27/22 | RLPE | Confer with Matt Moran, Lauren Kanzer and Jeremy Reichman regarding confidentiality issues in connection with Committee document production (.6); correspond with Lauren Kanzer and Trevor Spears regarding Committee emergency motion (.2); draft document production (.5); confer with V&E team regarding adjournment of hearing (.1); correspond with Committee regarding same (.2). | 1.60 |
| 03/27/22 | JMR | Confer with V&E team regarding confidentiality issues with Committee document production (.6); draft correspondence to Committee regarding same (.7). | 1.30 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 63

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25695303 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 03/27/22 | LRKA | Correspond with V&E team regarding document production issues, response to Committee motion (.3); conference call with litigation team regarding confidentiality terms, document production (.6); correspond with V&E team regarding same (.1). | 1.00 |
| 03/27/22 | TGSP | Draft response to UCC regarding motion to adjourn and motion for hearing (1.4); correspond with V&E team regarding same (.2). | 1.60 |
| 03/28/22 | MWMO | Review correspondence regarding confidentiality issues (.6); confer with litigation team regarding same (.4); review correspondence regarding production of documents to Committee (.1); analyze privilege issues related to various documents and analyze PEO designations related to same (.4). | 1.50 |
| 03/28/22 | RLPE | Confer with V&E litigation and restructuring team regarding Committee diligence requests and confidentiality concerns (.8); confer with Weil, Ankura and Lazard on diligence requests and confidentiality issues (.9); review and revise confidentiality language (.6); correspond with Committee regarding same (.3); review and revise response to Committee emergency motion to adjourn hearing (.5); review document production to Committee (1.1); conference with Committee counsel regarding diligence requests (.7); follow-up conference with V&E team regarding next steps for production of documents to Committee (.6); confer with Emily Rhine regarding privilege review of additional documents (.3); review and revise status update on Committee document production (.6). | 6.40 |
| 03/28/22 | JMR | Analyze and address issues related to confidentiality with Committee (.8); prepare for call with Committee regarding same (.2); participate in conference with Committee regarding same (.7); confer with V&E team regarding same (.6); confer with Matt Moran regarding same (.5); conference with Lazard regarding same (.5). | 3.30 |
| 03/28/22 | LRKA | Conference call with V&E team, Pachulski regarding confidentiality issues (.7); follow-up conference call with V&E team regarding same (.8); follow-up correspondence regarding same (.1); correspond and conferences with V&E team regarding Committee document requests and responses (1.0); conferences with Scott Pinsonnault regarding same (.3); correspond with Company, Ankura regarding same (.4); conference call with Jane Van Lare and David Meyer regarding Committee issues (.5). | 3.80 |
| 03/28/22 | MJPY | Call with Committee counsel regarding confidentiality issues and related diligence requests (.7); correspond with V&E team regarding same (.2); evaluate diligence requests to support | 1.10 |

**Client/Matter Number** ROC447 64001
**Invoice Number** 25695303
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | same (.2). | |
| 03/28/22 | JRGO | Correspond with litigation team regarding negotiations with plaintiff in state court litigation (.3); confer with local counsel regarding same and status conference in state litigation (.2); confer with litigation team regarding production of documents (.3); analyze correspondence regarding same (.2). | 1.00 |
| 03/28/22 | ERHI | Phone conference regarding production to Committee (.7); correspond with V&E litigation team regarding same (.5); draft production log (.6); review and compile background documents to produce to Committeeand circulate to V&E team (.8). | 2.60 |
| 03/28/22 | MAGA | Confer with V&E team regarding motion to lift automatic stay (.2); review and revise declaration in support of operational motions (.4); review and gather diligence items and VDRs (.8); review and analyze motion to reconsider bidding procedures order (.3). | 1.70 |
| 03/28/22 | EMME | Correspond with V&E team regarding committee diligence requests (.9). | 0.90 |
| 03/28/22 | ESST | Review and revise declaration in support of operational motions (1.2); establish data room for document production (.8); communicate with V&E team regarding same (.6); conference call with V&E team regarding confidentiality and privilege designations (.6); review documents for production (1.5). | 4.70 |
| 03/28/22 | TGSP | Correspond with V&E team regarding UCC diligence requests. | 0.30 |
| 03/29/22 | MWMO | Review email correspondence regarding document production to Committee and confidentiality protections related to same (.2); review protocols for producing confidential documents (.3); conference with David Meyer regarding same (.4); review correspondence regarding production of DIP budget and related model (.2). | 1.10 |
| 03/29/22 | RLPE | Confer with V&E restructuring and litigation teams regarding Committee diligence requests (.9); review Committee motion to reconsider bidding procedures (.3); correspond with Ankura and Lazard regarding Committee diligence requests and confidentiality issues (.6); confer with Ankura and Lazard to discuss same (.6); revise summary of document production to Committee (.7); correspond with V&E team regarding data room issues and Committee access (.7); confer with Lazard regarding same (.4); review sales materials for production to Committee (.5). | 4.70 |
| 03/29/22 | JMR | Continue to review, analyze, and strategize regarding confidentiality issues with UCC (.6); correspond with V&E | 0.90 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 65

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25695303 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | team regarding same (.3). | |
| 03/29/22 | DSME | Correspond with Lauren Kanzer regarding litigation matters (.2); conference with Matt Moran regarding same (.4); conference with V&E and Ankura teams regarding same (.6). | 1.20 |
| 03/29/22 | LRKA | Correspond with V&E team regarding Committee diligence requests (.5); conference and correspond with Ankura regarding same (.6). | 1.10 |
| 03/29/22 | ERHI | Upload documents to data room for production to Committee (.3); correspond with V&E team regarding Committee production issues and logistics (.6); review documents to be produced for confidentiality issues and redact same (1.1); revise Committee production log (.5); draft Committee request tracker and update (1.1); conference throughout day with Eli Medina and Eli Sterbcow regarding Committee production status and issues (.8). | 4.40 |
| 03/29/22 | EMME | Correspond with V&E team regarding committee diligence requests (.8); correspond with V&E RR, MACM, FIN, LIT teams regarding Weil diligence requests (.3); correspond with Company regarding same (.2); correspond with V&E litigation team regarding document production (.2); correspond with V&E litigation team regarding document uploads (.2); correspond with V&E team regarding production next steps (.3); correspond with Matt Pyeatt regarding document production (.4); prepare various documents for production (.7); draft and circulate production diligence tracker (.3); correspond with V&E team regarding Weil diligence (.4); conference with LIT team regarding UCC production (.8); conference with Matt Pyeatt regarding same (.3). | 4.90 |
| 03/29/22 | ESST | Coordinate with Lazard regarding document production for Committee (.4); coordinate with V&E team regarding same (.7); upload various documents to data room for production to Committee (1.6); redact documents for confidentiality (.8); draft index to track produced documents and update throughout the day (1.0); attend conference call with V&E team regarding status of production to Committee (.7). | 5.20 |
| 03/30/22 | MWMO | Confer with V&E team regarding production of sale information and indications of interest (.3); review email correspondence to be produced (.2); review production log (.1); review correspondence regarding potential privileged documents (.3); telephone call with V&E team regarding document requests, document production, and redactions (.8); review correspondence regarding redactions (.2). | 1.90 |
| 03/30/22 | RLPE | Review and respond to Committee diligence requests (1.0); review and respond to correspondence with V&E and Lazard teams regarding Committee's diligence request (.4); attend conference with V&E and Lazard teams regarding same (.7); | 5.20 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 66

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25695303 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | review PSA litigation schedule (.2); analyze privilege and confidentiality of certain materials for Committee (.6); correspond with V&E team regarding same (1.0); attend conference with V&E team to discuss production of same (.8); review and comment on draft response to Committee concerning diligence requests (.3); correspond with Committee regarding potential objection to various pleadings (.2). | |
| 03/30/22 | JMR | Correspond with V&E team regarding confidentiality issues for UCC production. | 0.30 |
| 03/30/22 | LRKA | Draft correspondence to Pachulski regarding diligence issues, sale process (.6); correspond and conferences with V&E team regarding same (.7); conference call with V&E team regarding diligence issues (.8). | 2.10 |
| 03/30/22 | JRGO | Analyze and redact documents in preparation for production of same. | 3.10 |
| 03/30/22 | ERHI | Revise and update UCC production log (1.4); correspond with V&E team regarding same (.3); attend call with V&E litigation team to discuss outstanding discovery issues (.7); correspond with Ankura team regarding document production (.2). | 2.60 |
| 03/30/22 | EMME | Correspond with Weil team Weil diligence (.1); correspond with V&E FIN, RR teams regarding same (.3); correspond with V&E team regarding mortgages (.2); coordinate and analyze documents responsive to UCC request (.7); correspond with V&E restructuring and litigation teams regarding same (.2); correspond with V&E LIT, RR teams regarding recorded filings (.2); conference with V&E litigation team regarding document production (.7). | 2.40 |
| 03/30/22 | ESST | Review and upload contents to UCC VDR and update index (1.5); review documents for privilege information before production (2.6); meeting with V&E team on document production and next steps (.7). | 4.80 |
| 03/31/22 | MWMO | Review research regarding privilege issues (.4); review redactions to IOIs (.1); review production log (.1); review and revise Bonebrake declaration in support of KEIP (.7); review correspondence regarding witness and exhibit list (.1); review requests for information from UCC and proposed responses (.2); review and evaluate analysis of potential claims issues (.2). | 1.80 |
| 03/31/22 | RLPE | Review legal research related to privilege issues (.2); correspond with V&E team regarding same (.2); evaluate redaction issues in connection with UCC diligence requests (.3); confer with V&E team regarding outstanding issues and hearing preparations (.7); review and analyze potential litigation issues in connection with operational motions (.4); | 2.10 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 67

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25695303 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | correspond with V&E team regarding potential responses to Committee diligence requests (.3). | |
| 03/31/22 | DSME | Correspond with V&E team regarding strategy and tactics. | 0.50 |
| 03/31/22 | JRGO | Analyze and redact documents in preparation for production to UCC (1.9); correspond with V&E team regarding same (.6); participate in conference call with V&E team regarding same (.7). | 3.20 |
| 03/31/22 | ERHI | Finalize IOI redactions and upload to VDR for UCC (.6); revise and update diligence tracker (.8); review April 5 hearing materials (.4); correspond with V&E team regarding same (.3). | 2.10 |
| 03/31/22 | MAGA | Correspond with V&E team regarding Committee diligence requests (.6); gather and compile documents regarding same (1.0). | 1.60 |
| 03/31/22 | EMME | Correspond with V&E finance and restructuring teams regarding diligence requests (.3); draft witness and exhibit list (.5); compile exhibits related to same (.3); correspond with V&E team regarding same (.1); correspond with Weil team regarding diligence request (.1); correspond with V&E MACM, RR teams regarding Weil diligence (.4); correspond with Weil team regarding same (.1). | 1.80 |
| 03/31/22 | ESST | Review and edit declarations in support of KEIP/KERP motions (1.5); correspond with V&E team regarding the same (.5); review witness and exhibit list for upcoming hearing (.4). | 2.40 |

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25695303 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

**Summary of services - Litigation (Contested Matters and Adversary Proceedings)**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| MAGA | Michael A. Garza | 10.60 | 860.00 | 9,116.00 |
| JRGO | Jeremy R. Gonzalez | 8.50 | 705.00 | 5,992.50 |
| LRKA | Lauren R. Kanzer | 9.10 | 975.00 | 8,872.50 |
| MILE | Michael C. Lee | 1.80 | 705.00 | 1,269.00 |
| RLPE | Rebecca L. Matthews | 53.90 | 1155.00 | 62,254.50 |
| EMME | Elias M. Medina | 21.80 | 590.00 | 12,862.00 |
| DSME | David S. Meyer | 1.70 | 1325.00 | 2,252.50 |
| MWMO | Matthew W. Moran | 24.90 | 1285.00 | 31,996.50 |
| MJPY | Matthew J. Pyeatt | 2.50 | 910.00 | 2,275.00 |
| JMR | Jeremy M. Reichman | 23.50 | 925.00 | 21,737.50 |
| ERHI | Emily Rhine | 16.90 | 590.00 | 9,971.00 |
| TGSP | Trevor G. Spears | 5.00 | 790.00 | 3,950.00 |
| ESST | Eli S. Sterbcow | 35.50 | 590.00 | 20,945.00 |
| SAZO | Sara Zoglman | 1.50 | 590.00 | 885.00 |
| **Total** | | **217.20** | | **194,379.00** |

**Disbursements and other charges posted through March 31, 2022:**

**Fees for services posted from March 9, 2022 through March 31, 2022:**

**Re: Meetings and Communications with Creditors**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 03/17/22 | MAGA | Prepare for and participate on call with V&E, Ankura, and vendor's counsel regarding vendor claim and related issues (.5); prepare for and participate on call with creditor's counsel regarding bankruptcy updates and related issues (.5). | 1.00 |
| 03/22/22 | MWMO | Review correspondence regarding Steel Reef stipulation. | 0.10 |
| 03/23/22 | DSME | Correspond with V&E team regarding open issues with Committee. | 0.30 |
| 03/23/22 | MAGA | Participate on inbound calls from creditors regarding bankruptcy cases and related issues (.4); calls with committee counsel regarding case status and scheduling motion (.3); confer with V&E team regarding strategy regarding same (.5). | 1.20 |
| 03/24/22 | DSME | Conference with Pachulski regarding case (.8); prepare for same (.3); follow-up with V&E team regarding next steps (.3). | 1.40 |
| 03/24/22 | LRKA | Review stipulation with Steel Reef (.2); correspond with V&E team and Cleary regarding same (.4). | 0.60 |
| 03/24/22 | MJPY | Confer with taxing authority counsel regarding DIP order | 0.50 |

**Client/Matter Number** ROC447 64001
**Invoice Number** 25695303
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | language (.4); correspond with lienholder counsel regarding lienholder matters (.1). | |
| 03/24/22 | MAGA | Prepare for and participate on call with V&E team and Pachulski team regarding case updates and related issues (.8); confer with V&E team regarding committee and related issues and strategy (.5); participate on calls from inbound creditors regarding case updates and related issues (.5); confer with Ankura and Stretto team regarding related issues (.4). | 2.20 |
| 03/26/22 | DSME | Correspond with Cleary regarding objection deadlines (.2); correspond with Lauren Kanzer regarding same (.2); address next steps (.1); review confidentiality protocol (.2). | 0.70 |
| 03/26/22 | LRKA | Conference with Sean O’Neal regarding objection deadline, hearing (.2); correspond with V&E team, Cleary regarding same (.3); review and comment on draft response to Committee (.3). | 0.80 |
| 03/27/22 | DSME | Review confidentiality protocol (.4); correspond with V&E team regarding hearing schedule and Committee requests (.2). | 0.60 |
| 03/29/22 | MJPY | Correspond with lender counsel regarding Committee diligence requests and confidentiality (.2); call with Ankura regarding Committee diligence requests (.5); correspond with V&E team regarding same (.2); call with working interest owner regarding chapter 11 inquiry (.4); correspond with client regarding same (.2); call with V&E team regarding additional diligence to Committee (.4); evaluate diligence items and confidentiality provisions (.4); correspond with V&E team regarding same (.3). | 2.60 |
| 03/30/22 | DSME | Correspond with V&E team regarding confidentiality matters. | 0.40 |
| 03/30/22 | MJPY | Correspond with V&E litigation and restructuring team regarding Committee bylaws and confidentiality issues (.4); draft proposed response to Committee counsel regarding same (.4). | 0.80 |
| 03/31/22 | DSME | Conference with Pachulski regarding hearing (.6); follow-up correspondence regarding same (.2). | 0.80 |
| 03/31/22 | MJPY | Correspond with V&E team regarding call with Committee counsel and proposal (.2); call with Committee counsel regarding second-day hearing and related matters (.6). | 0.80 |

V&E Invoice

Rockall Energy Holdings, LLC August 9, 2022 

**Client/Matter Number** ROC447 64001
**Invoice Number** 25695303
**Billing Attorney** William C. Smith

Re: Restructuring Advice

**Summary of services - Meetings and Communications with Creditors**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| MAGA | Michael A. Garza | 4.40 | 860.00 | 3,784.00 |
| LRKA | Lauren R. Kanzer | 1.40 | 975.00 | 1,365.00 |
| DSME | David S. Meyer | 4.20 | 1325.00 | 5,565.00 |
| MWMO | Matthew W. Moran | 0.10 | 1285.00 | 128.50 |
| MJPY | Matthew J. Pyeatt | 4.70 | 910.00 | 4,277.00 |
| **Total** | | **14.80** | | **15,119.50** |

**Disbursements and other charges posted through March 31, 2022:**

**Fees for services posted from March 9, 2022 through March 31, 2022:**

**Re: Plan, Disclosure Statement, and Confirmation**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 03/09/22 | JRGO | Analyze and revise Disclosure Statement and Scheduling Motion. | 1.00 |
| 03/13/22 | MAGA | Review and revise disclosure statement order. | 0.70 |
| 03/13/22 | SAZO | Revise proposed scheduling order. | 1.10 |
| 03/17/22 | MJPY | Call with taxing authority regarding plan treatment of ad valorem tax claims (.4); correspond with client regarding same (.2). | 0.60 |
| 03/28/22 | TGSP | Correspond with V&E team and Ankura regarding RSA, Plan, and disclosure statement. | 0.20 |

V&E Invoice



**Client/Matter Number** ROC447 64001
**Invoice Number** 25695303
**Billing Attorney** William C. Smith

Re: Restructuring Advice

**Summary of services - Plan, Disclosure Statement, and Confirmation**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| MAGA | Michael A. Garza | 0.70 | 860.00 | 602.00 |
| JRGO | Jeremy R. Gonzalez | 1.00 | 705.00 | 705.00 |
| MJPY | Matthew J. Pyeatt | 0.60 | 910.00 | 546.00 |
| TGSP | Trevor G. Spears | 0.20 | 790.00 | 158.00 |
| SAZO | Sara Zoglman | 1.10 | 590.00 | 649.00 |
| **Total** | | **3.60** | | **2,660.00** |

**Disbursements and other charges posted through March 31, 2022:**

**Fees for services posted from March 9, 2022 through March 31, 2022:**

**Re: Relief from Stay and Adequate Protection**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 03/18/22 | TGSP | Correspond with V&E team regarding Sligar lift stay motion (.4). | 0.40 |
| 03/19/22 | RLPE | Review and revise draft order to lift stay in Sligar litigation. | 0.40 |
| 03/21/22 | TGSP | Correspond with V&E team regarding Sligar lift stay (.4); research regarding same (.8). | 1.20 |
| 03/22/22 | MWMO | Review correspondence regarding Sligar motion to lift stay. | 0.10 |
| 03/22/22 | RLPE | Follow-up with V&E team on Sligar litigation. | 0.20 |
| 03/22/22 | TGSP | Draft revisions to Sligar lift stay order (.6); correspond with V&E restructuring and litigation teams regarding same (.3). | 0.90 |
| 03/23/22 | TGSP | Draft revisions to Sligar order (.3); correspond with V&E team regarding same (.4). | 0.70 |
| 03/24/22 | RLPE | Revise Sligar proposed agreed order lifting stay (.2); correspond with V&E team regarding revisions to same (.3). | 0.50 |
| 03/24/22 | TGSP | Draft revisions to Sligar order (.1); correspond with V&E team regarding same (.3); research regarding procedures for same (.4). | 0.80 |
| 03/28/22 | MWMO | Review correspondence regarding Sligar lift stay motion. | 0.10 |
| 03/28/22 | RLPE | Review and respond to correspondence regarding Sligar motion to lift stay and status of agreed order. | 0.30 |
| 03/28/22 | TGSP | Correspond with V&E team regarding Sligar lift stay (.4); | 0.60 |

V&E **Invoice** **Rockall Energy Holdings, LLC** August 9, 2022 

**Client/Matter Number** ROC447 64001
**Invoice Number** 25695303
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | correspond with opposing counsel regarding same (.2). | |
| 03/30/22 | RLPE | Review further revisions to Sligar proposed agreed order. | 0.20 |
| 03/30/22 | TGSP | Draft revisions to Sligar order (.2); correspond with V&E team and counsel to Sligar regarding same (.4). | 0.60 |

V&E **Invoice**

**Rockall Energy Holdings, LLC** August 9, 2022 Page 73

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25695303 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

**Summary of services - Relief from Stay and Adequate Protection**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| RLPE | Rebecca L. Matthews | 1.60 | 1155.00 | 1,848.00 |
| MWMO | Matthew W. Moran | 0.20 | 1285.00 | 257.00 |
| TGSP | Trevor G. Spears | 5.20 | 790.00 | 4,108.00 |
| **Total** | | **7.00** | | **6,213.00** |

**Disbursements and other charges posted through March 31, 2022:**

**Fees for services posted from March 9, 2022 through March 31, 2022:**

**Re: Reporting**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 03/14/22 | EMME | Review master service list (.2); review creditor matrix (.2); correspond with Stretto and Ankura teams regarding MSL and creditor matrix (.3); correspond with V&E team regarding same (.2); draft notice of filing MSL (.4); correspond with V&E team regarding same (.1). | 1.40 |
| 03/21/22 | MAGA | Prepare for and participate on call with V&E and Ankura teams regarding SOFAs and SOALs (.5); confer with V&E team regarding reporting requirements (.5). | 1.00 |
| 03/21/22 | TGSP | Correspond with Ankura regarding SOFAs and SOALs (.3); conference call with same and V&E team regarding same (.4). | 0.70 |
| 03/22/22 | MJPY | Evaluate Interim DIP Order bi-weekly fee reporting issues (.3); correspond with V&E team regarding same (.2); prepare deliverable for same (.6); attend calls with Ankura regarding same (.3); evaluate Interim DIP Order to support same (.2); correspond with lender counsel regarding same (.2). | 1.80 |
| 03/22/22 | TGSP | Correspond with V&E team and Ankura team regarding SOFAs and SOALs. | 0.30 |
| 03/23/22 | DSME | Correspond with V&E team regarding pleadings to file and initial debtor interview (.3). | 0.30 |
| 03/25/22 | MAGA | Confer with V&E and Ankura teams regarding initial debtor interview (.5); review and analyze forms regarding same (.5); participate on call with V&E and Ankura team regarding same (.3). | 1.30 |
| 03/25/22 | TGSP | Call with Ankura and V&E team regarding initial debtor interview reporting (.4); research precedent regarding same (.8); correspond with V&E team regarding same (.1); | 1.60 |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | correspond with Ankura and V&E team regarding SOFAs (.3). | |
| 03/28/22 | TGSP | Correspond with Ankura and V&E team regarding schedules and statements. | 0.20 |
| 03/29/22 | LRKA | Correspond with V&E team regarding IDI materials (.4); review same (.4). | 0.80 |
| 03/29/22 | MAGA | Confer with V&E team regarding noticing requirements (.3); review and revise materials for initial debtor interview (1.0); confer with V&E and Ankura team regarding same (.5). | 1.80 |
| 03/29/22 | TGSP | Conference calls with Company, V&E team, and Ankura regarding schedules and statements and initial debtor interview (1.5); review and revise IDI materials (1.7); correspond with V&E team and Ankura regarding same (.2). | 3.40 |
| 03/30/22 | LRKA | Prepare for and attend conference call with client, Ankura, V&E team regarding initial debtor interview (.4); confer with V&E team regarding same (.2). | 0.60 |
| 03/30/22 | MAGA | Confer with V&E team regarding SOALs and SOFAs (.5); review and revise same (.8); confer with V&E team regarding initial debtor interview (.2); review and revise notices regarding sales and confirmation hearings (.5); confer with V&E team regarding same (.2). | 2.20 |
| 03/30/22 | TGSP | Review SOFAs and SOALs (1.3); correspond with Ankura regarding same (.3); calls with Jane Rinner regarding same (.3); calls with Mike Garza regarding same (.2); conference call with Company, Ankura and V&E team regarding initial debtor interview (.3); review research regarding same (.4); call with Eli Medina regarding same (.2); correspond with V&E team regarding same (.3). | 3.30 |
| 03/31/22 | LRKA | Prepare for and attend initial debtor interview (.6); correspond with V&E team regarding same (.2). | 0.80 |
| 03/31/22 | MAGA | Participate on initial debtor interview (.5); prepare for same (.4); review and revise SOFAs and SOALs (1.0); confer with V&E team regarding publication notice (.2). | 2.10 |
| 03/31/22 | TGSP | Continue review of SOFAs and SOALs (2.6); draft revisions to global notes of same (.8); correspond with V&E team and Ankura regarding same (.4). | 3.80 |

V&E **Invoice**



**Client/Matter Number** ROC447 64001
**Invoice Number** 25695303
**Billing Attorney** William C. Smith

Re: Restructuring Advice

**Summary of services - Reporting**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| MAGA | Michael A. Garza | 8.40 | 860.00 | 7,224.00 |
| LRKA | Lauren R. Kanzer | 2.20 | 975.00 | 2,145.00 |
| EMME | Elias M. Medina | 1.40 | 590.00 | 826.00 |
| DSME | David S. Meyer | 0.30 | 1325.00 | 397.50 |
| MJPY | Matthew J. Pyeatt | 1.80 | 910.00 | 1,638.00 |
| TGSP | Trevor G. Spears | 13.30 | 790.00 | 10,507.00 |
| **Total** | | **27.40** | | **22,737.50** |

**Disbursements and other charges posted through March 31, 2022:**

**Fees for services posted from March 9, 2022 through March 31, 2022:**

**Re: Tax**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 03/09/22 | JCWI | Review and provide comments to credit agreement (1.6). | 1.60 |
| 03/16/22 | JCWI | Review tax basis information related to restructuring. | 0.20 |
| 03/21/22 | JCWI | Analyze tax consequences of chapter 11 plan (.6); correspond with V&E team regarding tax consequences of chapter 11 plan (.5). | 1.10 |
| 03/22/22 | JCWI | Prepare for and attend conference call with Deloitte and V&E teams to discuss tax information and structural considerations (2.1); review and analyze tax materials and conduct tax research related to same (1.4). | 3.50 |
| 03/23/22 | JCWI | Consider tax issues and sale structure (3.9); correspond with client, V&E team regarding same (.6). | 4.50 |
| 03/24/22 | JCWI | Review and analyze tax matters (1.2); conduct tax research related to restructuring (1.6); draft summary related to same (1.0). | 3.80 |
| 03/29/22 | JCWI | Conduct tax research related to restructuring (1.0); correspond with V&E team regarding structure (.5). | 1.50 |
| 03/30/22 | JCWI | Conduct tax research related to restructuring steps and partnership entities (.8); prepare for and attend conference call with Deloitte team and V&E team to discuss tax basis information (1.0). | 1.80 |
| 03/31/22 | JCWI | Conduct tax research related to Rockall structure and partnership entities (.7); review partnership agreements | 1.70 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 76

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25695303 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

related to same (1.0).

V&E **Invoice** **Rockall Energy Holdings, LLC** August 9, 2022 Page 77

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25695303 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

**Summary of services - Tax**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| JCWI | John C. Wimberly | 19.70 | 890.00 | 17,533.00 |
| **Total** | | **19.70** | | **17,533.00** |

**Disbursements and other charges posted through March 31, 2022:**

**Disbursements and other charges posted through March 31, 2022:**

| | | | |
|---|---|---|---|
| **Business Meals** | | | |
| 03/09/22 | SAZO | VENDOR: AMEX - ChromeRiver INVOICE#: CE010050681209 DATE: 3/29/2022 03/09/2022 UBER POSTMATES SAN FRANCISCO CA - In office client meeting dinner to discuss client business matters. # of attendees 3 | 86.43 |
| 03/09/22 | SAZO | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051306084 DATE: 5/12/2022 03/09/2022 UBER POSTMATES SAN FRANCISCO CA - In office client meeting dinner. The $13.67 was the tip that was charged separately, and the receipt was not provided. # of attendees 3 | 13.67 |
| 03/10/22 | MAGA | VENDOR: Mendocino Farms; INVOICE#: 271719; DATE: 3/10/2022 - Rockall lunch on 3/9/22 - 4 people | 73.18 |
| | Business Meals | | $173.28 |
| **Courier Services** | | | |
| 03/14/22 | TDAI | VENDOR: FedEx INVOICE#: 769746730 DATE: 3/21/2022 Cleary Gottlieb Steen & Hamilton NEW YORK NY US - Tracking#: 776285715114 | 37.68 |
| 03/14/22 | TDAI | VENDOR: FedEx INVOICE#: 769746730 DATE: 3/21/2022 Cleary Gottlieb Steen & Hamilton NEW YORK NY US - Tracking#: 776287966330 | 30.06 |
| | Courier Services | | $67.74 |
| **Filing Fees** | | | |
| 03/09/22 | LRKA | VENDOR: AMEX - ChromeRiver INVOICE#: CE010050400547 DATE: 3/14/2022 03/09/2022 Fees COURTS/USBC-TX-N-D2 DALLAS TX - Rockall filing petitions. | 24,332.00 |
| 03/09/22 | MAGA | VENDOR: AMEX - ChromeRiver INVOICE#: CE010050419198 DATE: 3/14/2022 03/09/2022 Fees COURTS/USBC-TX-N-D2 DALLAS TX - Rockall filing petitions. | 3,476.00 |
| 03/10/22 | MAGA | VENDOR: AMEX - ChromeRiver INVOICE#: CE010050443037 DATE: 3/15/2022 03/10/2022 Fees COURTS/USBC-TX-N-D2 DALLAS TX - Filing fee payment to USBC NDTX for four (4) pro hac vice motions (David Meyer, George Howard, Lauren Kanzer, Eli Medina) at $100 each. | 400.00 |
| 03/14/22 | MAGA | VENDOR: AMEX - ChromeRiver INVOICE#: CE010050439882 DATE: 3/15/2022 03/14/2022 Fees IN *LAWRENCE COURT T PORT ORANGE FL - Transcript for hearing on 3/11/2022. | 122.85 |
| | Filing Fees | | $28,330.85 |

V&E **Invoice** **Rockall Energy Holdings, LLC** August 9, 2022 Page 78

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25695303 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

**Outside Professional Services**

| | | | |
|---|---|---|---|
| 03/17/22 | MAGA | VENDOR: Restructuring Concepts LLC; INVOICE#: 120836; DATE: 3/17/2022. Chapter 11 Dockets document downloads for the month of February 2022. (3.50 @ 80%) | 3.73 |
| 03/17/22 | SAZO | VENDOR: Restructuring Concepts LLC; INVOICE#: 120836; DATE: 3/17/2022. Chapter 11 Dockets document downloads for the month of February 2022. (10.50 @ 80%) | 11.19 |
| 03/25/22 | EENE | VENDOR: Kathy Rehling; INVOICE#: 8980; DATE: 3/25/2022 - Payment for precedent case transcript | 565.50 |
| 03/25/22 | EENE | VENDOR: Kathy Rehling; INVOICE#: 8981; DATE: 3/25/2022 - Payment for precedent case transcript | 717.75 |
| | Outside Professional Services | | $1,298.17 |

| | |
|---|---|
| **Total** | **$29,870.04** |
| **Total disbursements and other charges** | **$29,870.04** |
| **Total fees, all matters** | **$996,581.50** |
| **Total disbursements and other charges, all matters** | **$29,870.04** |
| **Total Amount Due** | **$1,026,451.54** |

V&E **Invoice** **Rockall Energy Holdings, LLC** August 9, 2022 Page 79

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25695303 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

## Summary of Services

| Initials | Name | Rank | Hours | Eff. Rate | Amount |
|---|---|---|---|---|---|
| GGRI | Guy Gribov | Partner | 13.80 | 1095.00 | 15,111.00 |
| GRHO | George R. Howard | Partner | 28.00 | 1285.00 | 35,980.00 |
| LRKA | Lauren R. Kanzer | Partner | 84.30 | 975.00 | 82,192.50 |
| RLPE | Rebecca L. Matthews | Partner | 67.00 | 1155.00 | 77,385.00 |
| DSME | David S. Meyer | Partner | 42.30 | 1325.00 | 56,047.50 |
| MWMO | Matthew W. Moran | Partner | 37.10 | 1285.00 | 47,673.50 |
| SMT | Shane M. Tucker | Partner | 8.40 | 1325.00 | 11,130.00 |
| JMR | Jeremy M. Reichman | Counsel | 26.10 | 925.00 | 24,142.50 |
| JETO | Joclynn E. Townsend | Counsel | 4.60 | 945.00 | 4,347.00 |
| BMIB | Brandon M. Brunet | Associate | 24.30 | 685.00 | 16,645.50 |
| TDAI | Taylor Daily | Associate | 32.00 | 590.00 | 18,880.00 |
| YJEO | Yong J. Eoh | Associate | 5.10 | 860.00 | 4,386.00 |
| MAGA | Michael A. Garza | Associate | 117.40 | 860.00 | 100,964.00 |
| JRGO | Jeremy R. Gonzalez | Associate | 15.00 | 705.00 | 10,575.00 |
| MILE | Michael C. Lee | Associate | 9.10 | 705.00 | 6,415.50 |
| CELE | Cesar Leyva | Associate | 14.50 | 860.00 | 12,470.00 |
| EMME | Elias M. Medina | Associate | 97.10 | 590.00 | 57,289.00 |
| ARMU | Arthur Munoz | Associate | 37.40 | 705.00 | 26,367.00 |
| MJPY | Matthew J. Pyeatt | Associate | 110.20 | 910.00 | 100,282.00 |
| ERHI | Emily Rhine | Associate | 17.20 | 590.00 | 10,148.00 |
| TGSP | Trevor G. Spears | Associate | 90.00 | 787.00 | 70,863.00 |
| MJSP | Melissa J. Spohn | Associate | 21.70 | 1015.00 | 22,025.50 |
| ESST | Eli S. Sterbcow | Associate | 44.70 | 590.00 | 26,373.00 |
| KIVA | Kiran Vakamudi | Associate | 64.20 | 790.00 | 50,718.00 |
| JCWI | John C. Wimberly | Associate | 20.20 | 890.00 | 17,978.00 |
| BEZE | Benjamin Zeter | Associate | 8.00 | 685.00 | 5,480.00 |
| SAZO | Sara Zoglman | Associate | 101.20 | 590.00 | 59,708.00 |
| EENE | Elizabeth E. Neuman | Paralegal | 72.30 | 310.00 | 22,413.00 |
| IDAY | Ida Ayalew | Law School Graduate/Law Clerk | 4.80 | 540.00 | 2,592.00 |
| **Total** | | | **1,218.00** | | **$996,581.50** |

Vinson&Elkins

# Invoice

August 9, 2022

**Rockall Energy Holdings, LLC**
5851 Legacy Circle, Suite 500
Plano, TX 75024

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

**This invoice has been forwarded via e-mail to:**
accountspayable@rockallenergy.com

## Re: Restructuring Advice

**Fees for services posted through April 30, 2022:**

**Re: Asset Sales**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 04/01/22 | JETO | Prepare for and participate in telephone conference with V&E team regarding NPRI marketing issues (.4); review and revise exhibits to PSA (1.2); review working draft of disclosure schedules (.4). | 2.00 |
| 04/01/22 | MJPY | Correspond with Lazard regarding sale documentation and related updates (.3); correspond with V&E team regarding same (.2); further correspondence with Lazard regarding bidder access issues (.4); evaluate buyer inquiry regarding Louisiana assets (.2); draft response to Lazard regarding same (.6). | 1.70 |
| 04/01/22 | CELE | Correspond with David Mirkin regarding sale schedules and exhibits. | 0.20 |
| 04/01/22 | ZPAR | Revise exhibits related to sale process. | 0.20 |
| 04/01/22 | SAZO | Draft supplemental cure notice (.8); conduct follow-up correspondence regarding same (.2); revise same (.6). | 1.60 |
| 04/02/22 | LRKA | Correspond with V&E team regarding sale process matters. | 0.30 |
| 04/02/22 | MJPY | Evaluate correspondence from potential bidder regarding Louisiana assets (.1); work on proposed response to same (.2); evaluate research to support same (.2). | 0.50 |
| 04/03/22 | MJPY | Correspond with V&E restructuring team regarding purchaser inquiry. | 0.20 |
| 04/04/22 | DSME | Correspond with Matt Pyeatt regarding sale process procedures. | 0.40 |
| 04/04/22 | JETO | Review and revise updated draft of PSA disclosure schedules. | 0.70 |
| 04/04/22 | MJPY | Evaluate midstream counterparty issues in connection with sale process (.3); review precedent to support same (.4); work on language in connection with same (.3); evaluate confidentiality issues in connection with same (.2); correspond with V&E team regarding same (.2); correspond with Lazard regarding same (.2); call with Lazard regarding same (.2); work on further comments to same (.3); correspond with lender counsel and committee counsel regarding same (.2); | 2.90 |

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | attend call with V&E restructuring team regarding bidder inquiry and related research (.6). | |
| 04/04/22 | CELE | Review correspondence from Rockall regarding disclosure schedules (.1); correspond with Stephen Golmont regarding status of Purchase and Sale Agreement (.1). | 0.20 |
| 04/04/22 | ZPAR | Prepare sale schedules. | 0.10 |
| 04/04/22 | GRHO | Call with Stephen Golmont regarding sales process (.4); review and analyze related materials (.8); correspond with Matt Pyeatt and Lauren Kanzer regarding same (.3); review, analyze, and revise Lazard draft email regarding sales process (.2). | 1.70 |
| 04/04/22 | BEZE | Draft disclosure schedules for PSA. | 1.10 |
| 04/05/22 | MJPY | Call with Lazard regarding sale diligence for Committee requests (.3); correspond with V&E team regarding same (.2); evaluate IOI instructions letter (.4); work on comments to same (.3); evaluate bid procedures to support same (.2); correspond with V&E ETP team regarding PSA schedules (.1). | 1.50 |
| 04/05/22 | CELE | Review disclosure schedules. | 0.40 |
| 04/05/22 | SAZO | Draft IOI instruction letter in relation to sale process (2.2); correspond with V&E and Lazard teams regarding same (.2). | 2.40 |
| 04/06/22 | JETO | Prepare for and participate in telephone conference with V&E team discussing status of sales transaction. | 0.50 |
| 04/06/22 | MJPY | Participate in call with Lazard regarding procedures for midstream contact (.3); correspond with V&E team regarding same (.3); further calls with Lazard regarding same (.2); correspond with counsel to North Dakota DEQ regarding sale issues (.2); correspond with V&E team regarding same (.2); correspond with lender counsel regarding form APA (.2); evaluate inquiry regarding bid procedures and disclosure issues and consultation requirements (.4); correspond with Lazard regarding same (.2); evaluate sale process update from Lazard (.3); call with Lazard regarding Sentinel inquiry (.4); evaluate follow-up issues in connection with same (.4). | 3.10 |
| 04/06/22 | CELE | Attend conference with V&E team regarding works in progress (.2); review and revise disclosure schedules to Purchase and Sale Agreement (1.8); correspond with Eli Medina and Ben Zeter regarding 365 Contract schedule (.1); correspond with Stephen Golmont regarding Purchase and Sale Agreement posting (.1). | 2.20 |
| 04/06/22 | SAZO | Evaluate inquiry regarding bid procedures and consultation requirements (.2); review and revise IOI instruction letter (.8); | 1.90 |

V&E **Invoice** **Rockall Energy Holdings, LLC** August 9, 2022 

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | correspond with V&E and Lazard teams regarding same (.9). | |
| 04/06/22 | BEZE | Work on disclosure schedules to purchase and sale agreement. | 0.80 |
| 04/07/22 | LRKA | Conference call with Lazard, V&E team, Company regarding sales process (.7); correspond with V&E team regarding same (.4). | 1.10 |
| 04/07/22 | JETO | Prepare for and participate in telephone conference with V&E team discussing status of sales transaction (.5); update exhibits based on email correspondence with Rockall (.5); review and provide comments to additional disclosure schedules (.7). | 1.70 |
| 04/07/22 | MJPY | Correspond with Lazard regarding IOIs and confidentiality issues (.4); call with Lazard and advisors regarding sale update (.3); correspond with V&E team regarding form PSA (.2). | 0.90 |
| 04/07/22 | CELE | Correspond with Jane VanLare and Cleary team regarding comments to Purchase and Sale Agreement. | 0.10 |
| 04/07/22 | ZPAR | Review consent language in regards to purchase and sale agreement (.8); update consent schedule (.6). | 1.40 |
| 04/07/22 | GRHO | Review and analyze sales process updates (.6); review and analyze correspondence from Carver Darden regarding sale of certain leases and correspond with V&E team regarding same (.2). | 0.80 |
| 04/08/22 | LRKA | Review indications of interest (1.1); correspond with V&E team regarding same (.3); review correspondence regarding sale process (.3). | 1.70 |
| 04/08/22 | JETO | Review and revise PSA and send updated draft to V&E restructuring team. | 0.50 |
| 04/08/22 | MJPY | Correspond with V&E team regarding bidder access to midstream counterparty (.2); correspond with Lazard regarding same (.2); evaluate lender counsel comments to form PSA (.3); correspond with V&E team regarding same (.2); evaluate indications of interest received (.6); call with V&E restructuring team regarding summary of same (.3); correspond with V&E litigation team regarding same (.2). | 2.00 |
| 04/08/22 | CELE | Correspond with Cleary and restructuring teams regarding revisions to Purchase and Sale Agreement (.1); correspond with Ben Zeter regarding same (.1); review revisions to Purchase and Sale Agreement (.1); correspond with Joclynn Townsend regarding issues related to material contracts (.1); review disclosure schedules (.5); correspond with Ben Zeter and Zach Parker regarding same (.1); analyze issue related to | 1.20 |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | consents to be scheduled (.2). | |
| 04/08/22 | ZPAR | Review all consent language (.7); update consent schedule to include revised language (.4). | 1.10 |
| 04/08/22 | SAZO | Review and respond to V&E correspondence regarding IOIs and the sale process generally. | 0.30 |
| 04/08/22 | BEZE | Finalize disclosure schedule draft (1.7); send same to client for input (.9). | 2.60 |
| 04/09/22 | MJPY | Evaluate indications of interest summary (.3); correspond with Lazard regarding same (.1); correspond with V&E team regarding same (.2); call with Lazard regarding same (.2); correspond with consultation parties regarding IOIs (.2). | 1.00 |
| 04/09/22 | CELE | Review and analyze indications of interest received from potential bidders. | 0.50 |
| 04/09/22 | SAZO | Summarize IOIs and draft research regarding same (1.4); correspond with V&E team regarding same (.1). | 1.50 |
| 04/10/22 | MJPY | Evaluate indications of interest and related summary. | 0.20 |
| 04/11/22 | BELO | Review indications of interests and other bid materials (1.6); discuss with V&E team regarding same (.4). | 2.00 |
| 04/11/22 | LRKA | Participate in conference call with Lazard regarding sale process (.4); conference with V&E team regarding same (.8). | 1.20 |
| 04/11/22 | MJPY | Participate in call with Lazard regarding updated indications of interest and stalking-horse mechanics (.3); participate in call with V&E team regarding same (.3); correspond with V&E team regarding same (.2); evaluate indication of interest summary (.1); correspond with V&E team regarding same (.2); evaluate and prepare language to address bidder contact with midstream provider (.3); correspond with Lazard regarding same (.2). | 1.60 |
| 04/11/22 | CELE | Correspond with V&E team regarding disclosure schedules to Purchase and Sale Agreement. | 0.10 |
| 04/12/22 | JETO | Prepare for and participate in telephone conference with V&E team regarding disclosure schedules to PSA (.9); review disclosure schedules (.7); provide email guidance to V&E restructuring team regarding same (.4). | 2.00 |
| 04/12/22 | MJPY | Correspond with Lazard regarding bidder access to midstream counterparty (.3); participate in call with Lazard regarding same (.4); participate in call with V&E team regarding same (.3); evaluate bid procedures to support same (.2); evaluate suspense mechanics in support of PSA (.3); evaluate bonding issues in support of same (.4); evaluate | 2.20 |

V&E **Invoice** **Rockall Energy Holdings, LLC** August 9, 2022 Page 5

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | indications of interest (.2); correspond with V&E team regarding same (.1). | |
| 04/12/22 | CELE | Prepare for and attend conference with Rockall and V&E teams regarding disclosure schedules to Purchase and Sale Agreement (.4); discuss issues related to same with V&E ETP team (.1); attend conference with V&E ETP team regarding same and next steps (.2); discuss issues related to subject matter formations with Company (.3); analyze issues related to same and discuss with V&E ETP team (.2). | 1.20 |
| 04/12/22 | ZPAR | Review consent language and update consent schedule in connection with PSA (.8); draft email to V&E restructuring regarding same (.2). | 1.00 |
| 04/12/22 | GRHO | Conduct research regarding consultation party rights in bid procedures (.2); correspond with V&E team regarding same (.1). | 0.30 |
| 04/12/22 | BEZE | Update disclosure schedules in connection with PSA (.8); prepare for and participate in telephone conference with client and V&E team regarding same (1.2); participate in telephone conference with V&E team to discuss same (1.1). | 3.10 |
| 04/13/22 | BELO | Review Stalking Horse timing and related matters (1.7); discuss with V&E team regarding same (.3). | 2.00 |
| 04/13/22 | LRKA | Conference with Stephen Golmont regarding sale matters (.3); conduct follow-up correspondence with V&E team regarding same (.3); review correspondence regarding sale process (.4). | 1.00 |
| 04/13/22 | JETO | Review Stalking Horse timing and related matters (1.9); discuss with V&E team regarding same (.3); correspond with V&E team regarding status of sale transaction (.3). | 2.50 |
| 04/13/22 | MJPY | Participate on call with client, Lazard, and V&E team to address PSA issues and sale process inquiries (.6); evaluate and address follow-up issues with respect to same (.4); participate on call with Lazard regarding improved indication of interest (.4); correspond with V&E team regarding same (.2); evaluate bid procedures to support stalking-horse bid inquiry (.3); correspond with V&E team regarding same (.3); confer with V&E team regarding sale order (.2); evaluate precedent to support same (.1). | 2.50 |
| 04/13/22 | CELE | Prepare for and attend call with Rockall and Lazard teams regarding issues related to suspense funds (.8); correspond with V&E team regarding consent schedule for PSA (.1); review and comment on consent schedule (.4); correspond with Stephen Golmont regarding exhibits and schedules to PSA (.1); correspond with V&E restructuring team regarding issues related to potential stalking horse bidder (.1). | 1.50 |

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 04/13/22 | ZPAR | Review consent language and update consent schedule for PSA. | 0.70 |
| 04/13/22 | SAZO | Review bidding procedures consultation rights (.3); correspond with V&E team regarding same (.3). | 0.60 |
| 04/13/22 | BEZE | Prepare disclosure schedules for PSA (1.1); confer with V&E team regarding same (.6). | 1.70 |
| 04/14/22 | BELO | Review indications of interests and other bid materials (1.6); discuss with V&E team regarding same (.4). | 2.00 |
| 04/14/22 | DSME | Review indications of interest. | 0.40 |
| 04/14/22 | LRKA | Participate on conference call with Lazard, V&E team, and management regarding sale process (.7); review correspondence regarding same (.4). | 1.10 |
| 04/14/22 | JETO | Review indications of interests and other bid materials (1.7); discuss with V&E team regarding same (.3). | 2.00 |
| 04/14/22 | MJPY | Participate on call with client, V&E team, and Lazard regarding sale process update and related issues (.8); correspond with Lazard regarding stalking-horse inquiry (.2); participate on call with Lazard regarding improved bids (.3); confer with V&E team regarding same (.3); correspond with V&E restructuring team regarding bid requirements (.2); evaluate improved indication of interest (.3); evaluate bid procedures to support mechanics with respect to stalking-horse bid (.3); participate on call with V&E team and counsel to creditor Crowell regarding lease and well termination issues (.4). | 2.80 |
| 04/14/22 | CELE | Review and comment on exhibits and schedules to Purchase and Sale Agreement (2.9); correspond with V&E ETP team regarding same (.2); correspond with V&E restructuring team regarding schedules to Purchase and Sale Agreement (.2); correspond with same regarding issues related to P&A obligations in connection with sale transaction (.1); prepare exhibits and schedules to Purchase Agreement for posting to bidders (.4); analyze issues related to potential stalking horse bidder (.2); discuss issues related to release of certain leases with V&E restructuring team (.1); prepare for and attend call with Crowell Land and Mineral Corporation and V&E team regarding same (.4); discuss issues surrounding same with V&E team (.1). | 4.60 |
| 04/14/22 | ZPAR | Review and assess leases provided for consents. | 0.40 |
| 04/14/22 | SAZO | Review indications of interest and related correspondence (.4); correspond with V&E team regarding same (.1). | 0.50 |

V&E Invoice **Rockall Energy Holdings, LLC** August 9, 2022 Page 7

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 04/14/22 | BEZE | Prepare disclosure schedules for PSA. | 2.40 |
| 04/15/22 | MWMO | Review correspondence regarding status of potential stalking horse bidder status. | 0.10 |
| 04/15/22 | BELO | Review indications of interests and other bid materials. | 1.80 |
| 04/15/22 | LRKA | Prepare for and conference call with UCC advisors, V&E team, Lazard, Ankura regarding sales process, mortgages (1.0); conference call with V&E team regarding same (.6); review correspondence regarding same (.2); correspond with Pachulski regarding PSA and purchase price deductions (.2); correspond with V&E team regarding same (.1). | 2.10 |
| 04/15/22 | MJPY | Participate on call with V&E ETP team regarding sale process update (.5); correspond with V&E ETP team regarding inquiries on sale process (.4); correspond with Lazard regarding same (.2); assess and address escrow account issues related to bid deposits (.3); correspond with client regarding same (.4). | 1.80 |
| 04/15/22 | CELE | Correspond with V&E team regarding governmental and regulatory bonds in connection with sale transaction (.1); correspond with V&E ETP team regarding land exhibits and schedules to Purchase and Sale Agreement (.1); correspond with David Mirkin regarding same (.1); review land exhibits for Purchase and Sale Agreement (.4); prepare for and attend conference with V&E team regarding issues related to bidder diligence and bonds (.8); conduct follow-up discussion related to same with V&E ETP team (.1); review and analyze consent schedules (1.7); discuss issues related to same with Ben Zeter and Zach Parker (.2). | 3.50 |
| 04/15/22 | ZPAR | Review new leases provided for consents and update consent schedule (1.4); draft email regarding same to David Meyer (.4). | 1.80 |
| 04/15/22 | SAZO | Correspond with consultation parties under the bidding procedures regarding sale process update. | 0.20 |
| 04/15/22 | BEZE | Prepare disclosure schedules for PSA. | 0.40 |
| 04/16/22 | MJPY | Evaluate bonding issues to support sale inquiry (.3); correspond with Lazard regarding same (.2); correspond with Lazard regarding stalking-horse inquiry (.2). | 0.70 |
| 04/16/22 | ZPAR | Review and prepare comments for land exhibits for PSA (.9); correspond with Sara Zoglman regarding same (.1). | 1.00 |
| 04/17/22 | LRKA | Correspond with V&E team regarding sales process, timeline. | 0.30 |
| 04/17/22 | MJPY | Correspond with Lazard regarding stalking-horse bid mechanics (.2); correspond with V&E team regarding same | 0.80 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | (.2); evaluate bid procedures to address same (.2); correspond with Lazard regarding operatorship transfer (.2). | |
| 04/17/22 | SAZO | Review correspondence regarding IOIs. | 0.10 |
| 04/18/22 | BELO | Review indication of interests from various bidders (2.1); discuss Steel Reef contract and related bid matters with V&E team (1.1); discuss indication of interests, purchase and sale agreement negotiation process and Steel Reef contract issues with Lazard team (.8). | 4.00 |
| 04/18/22 | JETO | Provide comments to land exhibits and other commentary to V&E team in connection with PSA. | 0.70 |
| 04/18/22 | MJPY | Correspond with consultation parties regarding stalking-horse designation (.2); correspond with client and Lazard regarding same (.2); correspond with Lazard regarding bonding and permit issues in connection with sale (.2); participate in call with client and Lazard regarding same (.9); evaluate follow-up issues to address same (.3); analyze stalking-horse bidder issues list (.2); evaluate form PSA to support same (.1). | 2.10 |
| 04/18/22 | CELE | Correspond with V&E team regarding timing of stalking horse bid (.1); analyze issue related to question from potential bidder regarding transfer of operatorship (.1); correspond with V&E ETP team regarding same (.1); review land exhibits in connection with Purchase and Sale Agreement (.4); correspond with V&E ETP team regarding process for analysis of potential bids (.2). | 0.90 |
| 04/18/22 | ZPAR | Prepare and circulate land exhibit comments in connection with PSA. | 0.50 |
| 04/18/22 | SAZO | Attend call with V&E team regarding schedules of assets and liabilities (.8); analyze and prepare summary of assets and certain liabilities for each debtor (2.4). | 3.20 |
| 04/18/22 | EMME | Review various PSAs related to bonds (1.1); correspond with V&E and Ankura teams regarding same (.3). | 1.40 |
| 04/18/22 | BEZE | Assist Cesar Leyva with research regarding NDIC Form 15. | 2.20 |
| 04/19/22 | BELO | Review and revise Hawkeye Purchase and Sale Agreement (3.7); discuss Hawkeye Purchase and Sale Agreement with Joclynn Townsend, Matt Pyeatt, Lauren Kanzer (1.2); discuss Hawkeye Purchase and Sale Agreement with counsel (Cleary) for lenders (.7); discuss Hawkeye Purchase and Sale Agreement with Lazard team (.6). | 6.20 |
| 04/19/22 | DSME | Telephone conference with Cleary regarding bidders and process. | 0.80 |
| 04/19/22 | JETO | Review markup of revised PSA (.6); prepare for and | 5.20 |

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | participate in telephone conferences with V&E team regarding revised PSA (2.4); correspond with V&E team regarding TSA and other exhibits (2.2). | |
| 04/19/22 | MJPY | Correspond with Lazard regarding stalking-horse bid (.2); correspond with lender counsel regarding same (.2); correspond with Committee counsel regarding same (.2); evaluate stalking-horse PSA (1.2); correspond with V&E team regarding PSA (.3); call with client and Lazard regarding same (1.1); call with lender counsel regarding same (.7); evaluate bid procedures to support same (.3). | 4.20 |
| 04/19/22 | CELE | Correspond with Mike Garza regarding issues related to releases of certain leases (.2); begin analysis of comments to Purchase and Sale Agreement by bidder (.4). | 0.60 |
| 04/19/22 | ZPAR | Prepare TSA and exhibits (2.9); review new land exhibits (.7). | 3.60 |
| 04/19/22 | SAZO | Confer with V&E team regarding motion to reconsider bidding procedures order (.2); conference with Company, Lazard, Ankura, and V&E teams regarding stalking horse agreement (1.1); conference with Cleary and V&E team regarding same (.8). | 2.10 |
| 04/19/22 | BEZE | Draft Transition Services Agreement. | 4.60 |
| 04/20/22 | BELO | Review and revise Hawkeye Purchase and Sale Agreement (5.3); confer with Joclynn Townsend, Matt Pyeatt, Lauren Kanzer throughout the day regarding same (2.2); confer with Lazard team throughout the day regarding same (1.1). | 8.60 |
| 04/20/22 | LRKA | Conference with Lazard, management, V&E team regarding PSA (.9); follow-up correspondence regarding same (.4); conference call with Lazard, V&E team regarding stalking horse bidder (.4); correspond with Lazard, V&E team regarding Peterson settlement (.6). | 2.30 |
| 04/20/22 | JETO | Prepare for and participate in telephone conference regarding revised PSA with Bracewell (.9); prepare for and participate in telephone conference with V&E team regarding same (.6); revise PSA (6.7). | 8.20 |
| 04/20/22 | MJPY | Evaluate stalking-horse PSA (.8); comment on same (.2). | 1.00 |
| 04/20/22 | CELE | Correspond with Joclynn Townsend regarding issues related to title mechanics in Purchase and Sale Agreement (.2); review and revise Transition Services Agreement (1.3); correspond with Joclynn Townsend regarding issues related to Transition Services Agreement (.1); prepare for and attend telephone conference with Hawkeye, Rockall, Lazard and V&E teams regarding Purchase and Sale Agreement (1.2); prepare for and attend telephone conference with Rockall, Lazard and V&E teams regarding same (.4); analyze issues | 4.20 |

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | related to Transition Services Agreement (.2); review revisions to Transition Services Agreement (.4); analyze issues related to title mechanics in Purchase and Sale Agreement (.2); correspond with Ben Zeter regarding same (.1); correspond with Brandon Van Sickle regarding schedules to Purchase and Sale Agreement (.1). | |
| 04/20/22 | ZPAR | Revise TSA and exhibits (1.4); circulate same (.2); prepare escrow agreement (.8); correspond with escrow agent (.1). | 2.50 |
| 04/20/22 | SAZO | Conference with Company, Ankura, Lazard, and V&E teams regarding stalking horse agreement negotiations (.8); review stalking horse agreement (.4); correspond with V&E team regarding the Committee's motion to reconsider bidding procedures (.3). | 1.50 |
| 04/20/22 | BEZE | Draft escrow agreement (2.0); analysis related to Hawkeye's bid (4.0); review and revise TSA (1.6). | 7.60 |
| 04/21/22 | BELO | Review and revise Purchase and Sale Agreement (5.3); confer with V&E team regarding same throughout the day (2.7); conference with Lazard team regarding same (.4). | 8.40 |
| 04/21/22 | LRKA | Conference with Lazard, V&E regarding PSA and sale process (.6); correspond with V&E team regarding same (.3). | 0.90 |
| 04/21/22 | JETO | Conference with Company regarding land exhibits (.6); prepare for and participate in telephone conference with V&E team regarding same (.6); review escrow agreement (.6); review and update PSA (1.9); correspond with V&E team regarding transaction status (1.8). | 5.50 |
| 04/21/22 | MJPY | Conference with Lazard regarding sale process update (.6); correspond with V&E ETP team regarding stalking-horse PSA (.2); conference with lender counsel regarding draft PSA (.3); correspond with V&E team regarding same (.2); evaluate stalking-horse PSA (1.1); comment on same (.6); evaluate draft auction procedures (.2). | 3.20 |
| 04/21/22 | ZPAR | Revise TSA and exhibits. | 1.20 |
| 04/21/22 | SAZO | Review precedent sale orders (.9); draft sale order (.3). | 1.20 |
| 04/21/22 | GRHO | Review and analyze correspondence regarding auction procedures (.2); respond to same (.1). | 0.30 |
| 04/21/22 | BEZE | Review and revise escrow agreement (2.1); review and revise transition services agreement (2.2); review and revise stalking horse PSA (1.4). | 5.70 |
| 04/22/22 | BELO | Review and revise Purchase and Sale Agreement (5.4); confer with V&E team regarding same (1.4); confer with Lazard team regarding same (.4). | 7.20 |

V&E **Invoice** **Rockall Energy Holdings, LLC** August 9, 2022 Page 11

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 04/22/22 | LRKA | Conference call with UCC professionals, Ankura, Lazard, V&E team regarding sale process. | 0.50 |
| 04/22/22 | JETO | Review and revise Purchase and Sale Agreement (4.1); conference with V&E team regarding same (.6); revise same (1.8). | 6.50 |
| 04/22/22 | MJPY | Evaluate revised stalking-horse PSA (2.1); conference with client regarding same (.4); correspond with V&E ETP team regarding same (.3); correspond with lender counsel regarding same (.2); correspond with Lazard regarding same (.2). | 3.20 |
| 04/22/22 | CELE | Correspond with Joclynn Townsend regarding issues related to lease schedules (.1); prepare for conference with V&E team regarding draft of Purchase and Sale Agreement (.2); attend same (.4); correspond with Zach Parker and Ben Zeter regarding issues related to schedules to Purchase Agreement (.2). | 0.90 |
| 04/22/22 | ZPAR | Revise schedules (.7); conference with V&E team regarding PSA (.6). | 1.30 |
| 04/22/22 | SAZO | Correspond with V&E team and ND counsel regarding North Dakota environmental considerations (.3); correspond with V&E team regarding sales updates (.1). | 0.40 |
| 04/22/22 | BEZE | Revise PSA (2.3); conference with client regarding same (1.2). | 3.50 |
| 04/23/22 | MJPY | Correspond with Committee counsel regarding PSA. | 0.20 |
| 04/23/22 | BEZE | Correspond with client regarding PSA exhibits. | 0.20 |
| 04/24/22 | ZPAR | Review disclosure schedules. | 0.30 |
| 04/24/22 | SAZO | Review sale order precedent (.9); draft sale order (2.4). | 3.30 |
| 04/25/22 | BELO | Review and revise Purchase and Sale Agreement (3.6); correspond with V&E team regarding same (.7); correspond with Lazard team regarding same (.4). | 4.70 |
| 04/25/22 | JETO | Correspond with V&E team regarding open items regarding sales transaction (.6); prepare for and participate in conference with V&E team regarding same (.4); correspond with V&E team regarding open material issues list (.3); prepare for and participate in conference with V&E team regarding TSA (.3). | 1.60 |
| 04/25/22 | EMME | Correspond with V&E team regarding sale issues. | 0.10 |
| 04/26/22 | BELO | Review and revise bid documents (1.6); discuss Hawkeye | 3.00 |

# V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 12

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | Purchase and Sale Agreement with V&E Team (1.4). | |
| 04/26/22 | DSME | Conference call with Company and advisors regarding sale process. | 0.50 |
| 04/26/22 | LRKA | Conference calls with Lazard, V&E team, management regarding sale process (.9); review correspondence regarding same (.4). | 1.30 |
| 04/26/22 | JETO | Correspond with V&E team regarding status of transaction documents with Hawkeye (.6); prepare for and participate in telephone conference discussing material issues list with V&E team (.6). | 1.20 |
| 04/26/22 | MJPY | Conference call with Company, V&E team, and Lazard regarding Hawkeye bid and sale process update. | 0.50 |
| 04/26/22 | CELE | Analyze issue related to interpretation of Purchase and Sale Agreement (.2); correspond with Joclynn Townsend and client regarding same (.1); analyze issue related to inquiry from North Dakota Department of Environmental Quality (.1); correspond with Mike Garza regarding such analysis (.1). | 0.50 |
| 04/27/22 | BELO | Review and revise Purchase and Sale Agreement and related exhibits (1.9); discuss Hawkeye Purchase and Sale Agreement with V&E team (.6). | 2.50 |
| 04/27/22 | SAZO | Draft sale order. | 0.80 |
| 04/27/22 | EMME | Review leases (.9); correspond with V&E team regarding same (.2). | 1.10 |
| 04/28/22 | BELO | Attend conference call with Company, V&E team, Lazard regarding sale process (.6); conference call with UCC advisors and company advisors regarding same (.4); review and revise bid documents (1.1); discuss same with V&E team (.7). | 2.80 |
| 04/28/22 | DSME | Conference call with Company, V&E team, Lazard regarding sale process. | 0.50 |
| 04/28/22 | LRKA | Conference call with Company, V&E team, Lazard regarding sale process (.6); conference call with UCC advisors and company advisors regarding same (.4); correspond with V&E team regarding same (.4). | 1.40 |
| 04/28/22 | JETO | Correspond with V&E team regarding consent decrees and NOVs (.6); prepare for and participate in conference call with V&E team, Company, and Lazard regarding sales process (.6). | 1.20 |
| 04/28/22 | MJPY | Call with client and Lazard regarding sale process update (.4); work on auction logistics and related mechanics (.7); call with | 1.50 |

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | V&E restructuring team regarding same (.4). | |
| 04/28/22 | SAZO | Review lease and environmental issues (.2); correspond with V&E team regarding same (.1). | 0.30 |
| 04/29/22 | RLPE | Correspond with Matt Pyeatt regarding sales process update and begin to review same. | 0.50 |
| 04/29/22 | BELO | Correspond with V&E team regarding insurance proceeds under PSA (.4); correspond with same regarding bid deadline process (.6); review revised PSA and bid letters (2.1); correspond and confer with V&E team regarding same (.9). | 4.00 |
| 04/29/22 | DSME | Correspond with V&E team regarding sale and bid deadline. | 0.40 |
| 04/29/22 | LRKA | Review submitted bids (.7); review correspondence regarding same (.2); correspond with Matt Pyeatt regarding same (.2). | 1.10 |
| 04/29/22 | JETO | Correspond with V&E team regarding insurance proceeds under PSA (.6); correspond with same regarding bid deadline process (.6); review revised PSA and bid letters (1.3). | 2.50 |
| 04/29/22 | MJPY | Evaluate bid procedures and bid procedures order to prepare for bid deadline and auction (.9); correspond with objecting party regarding sale order language (.2); correspond with surety counsel regarding same (.2); work on auction procedures (.8); work on auction mechanics and logistics with Sara Zoglman (.7); correspond with V&E ETP team regarding bid process (.2); correspond with NDDEQ counsel regarding sale objection (.2); call with V&E restructuring team regarding auction mechanics and sale hearing preparation (.8); evaluate bids received (1.3); call with Lazard regarding same (.3); correspond with Lazard regarding bidder inquiry (.2); evaluate precedent sale orders (.4). | 6.20 |
| 04/29/22 | CELE | Prepare for and attend call with Rockall and UCC professionals regarding bids. | 0.50 |
| 04/29/22 | ZPAR | Prepare issues list shell for PSA. | 0.90 |
| 04/29/22 | SAZO | Review docket for cure objections (.2); prepare tracker regarding same (.1); correspond with V&E team regarding same (.2); attend call with V&E team regarding sale process (.9); correspond with V&E team regarding court reporter for auction (.2); draft rsvp email for consultation parties regarding the auction (.2); correspond with V&E team regarding same (.3); coordinate reservations for auction (.3); correspond with consultation parties regarding rsvp for auction (.4). | 2.80 |
| 04/29/22 | GRHO | Review, analyze, and comment on proposed auction procedures (1.8); call with Matt Pyeatt and Sara Zoglman regarding sales process and related work streams (1.1); correspond with Sara Zoglman and Matt Pyeatt regarding | 3.60 |

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | auction logistics (.7). | |
| 04/29/22 | BEZE | Create issues list template for bidder PSAs. | 2.10 |
| 04/30/22 | BELO | Discuss bids with V&E and Lazard teams. | 0.60 |
| 04/30/22 | LRKA | Conference call with Company, Lazard, and V&E teams regarding sale process, bids. | 0.50 |
| 04/30/22 | JETO | Review PSA markups and offer letters (.4); prepare for and participate in telephone conference with V&E team discussing next steps (.6); coordinate review of PSA markup with V&E specialists (.2); correspond with V&E team regarding treatment of suspense funds (.3); revise PSA (3). | 4.50 |
| 04/30/22 | MJPY | Call with Lazard regarding bid update (.8); call with V&E restructuring team regarding sale process workstreams (.2); evaluate bids (.2). | 1.20 |
| 04/30/22 | ZPAR | Prepare issues list shell for PSA. | 0.30 |
| 04/30/22 | SAZO | Draft new time line for sale process (.3); correspond with V&E team regarding same (.3). | 0.60 |

V&E **Invoice** **Rockall Energy Holdings, LLC** August 9, 2022 Page 15

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

**Summary of services - Asset Sales**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| GRHO | George R. Howard | 6.70 | 1285.00 | 8,609.50 |
| LRKA | Lauren R. Kanzer | 16.80 | 975.00 | 16,380.00 |
| CELE | Cesar Leyva | 23.30 | 860.00 | 20,038.00 |
| BELO | Bryan E. Loocke | 59.80 | 1285.00 | 76,843.00 |
| RLPE | Rebecca L. Matthews | 0.50 | 1155.00 | 577.50 |
| EMME | Elias M. Medina | 2.60 | 590.00 | 1,534.00 |
| DSME | David S. Meyer | 3.00 | 1325.00 | 3,975.00 |
| MWMO | Matthew W. Moran | 0.10 | 1285.00 | 128.50 |
| ZPAR | Zachary J. Parker | 18.30 | 685.00 | 12,535.50 |
| MJPY | Matthew J. Pyeatt | 49.70 | 910.00 | 45,227.00 |
| JETO | Joclynn E. Townsend | 49.00 | 945.00 | 46,305.00 |
| BEZE | Benjamin Zeter | 38.00 | 685.00 | 26,030.00 |
| SAZO | Sara Zoglman | 25.30 | 590.00 | 14,927.00 |
| **Total** | | **293.10** | | **273,110.00** |

**Disbursements and other charges posted through April 30, 2022:**

**Fees for services posted through April 30, 2022:**

**Re: Assumption and Rejection of Leases and Contracts**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 04/01/22 | MJPY | Evaluate and work on comments to supplemental cure notice (.4); correspond with V&E team regarding same (.2). | 0.60 |
| 04/01/22 | IDAY | Review and revise motion to reject incorporating comments from V&E team (1.8); correspond with V&E team regarding same (.6). | 2.40 |
| 04/04/22 | RLPE | Correspond with Lauren Kanzer regarding Steel Reef response to motion to reject and related discovery, and review same. | 0.60 |
| 04/04/22 | LRKA | Correspond with V&E team regarding lease rejection. | 0.20 |
| 04/04/22 | MAGA | Review and revise motion to assume and reject certain leases and executory contracts (.7); confer with V&E team regarding same (.2). | 0.90 |
| 04/04/22 | EMME | Review motion to assume and reject certain executory contracts and unexpired leases (.1); correspond with Ida Ayalew regarding same (.1). | 0.20 |
| 04/04/22 | IDAY | Revise and incorporate comments to motion to reject (2.8); correspond and confer with V&E team regarding same (.8). | 3.60 |

# V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 04/05/22 | EMME | Review and revise motion to reject certain executory contracts and unexpired leases (.9); correspond with V&E team regarding same (.3). | 1.20 |
| 04/06/22 | LRKA | Conference call with Lazard, management, V&E team regarding Steel Reef. | 0.40 |
| 04/06/22 | JRGO | Analyze summary of objection to motion to reject. | 0.10 |
| 04/06/22 | EMME | Review and revise motion to assume and reject certain executory contracts and unexpired leases (1.1); correspond with V&E ETP team regarding executory contract schedules (.3); correspond with Ankura team regarding same (.1). | 1.50 |
| 04/06/22 | IDAY | Conduct research regarding abandonment and motion to reject (1.3); correspond with Eli Medina regarding same (.6); review and revise motion to reject regarding same (1.8). | 3.70 |
| 04/07/22 | MAGA | Review and revise motion to assume contracts (.7); confer with V&E team regarding same (.4); confer with V&E and Ankura teams regarding potential lease rejection (.6). | 1.70 |
| 04/07/22 | EMME | Review and revise motion to assume (.9); correspond with V&E team regarding same (.1); correspond with V&E team regarding motion to reject office leases (.4); correspond with Ankura team regarding cure amounts (.1). | 1.50 |
| 04/07/22 | IDAY | Research regarding relevant federal rules of procedure (1.1); discuss with Mike Garza regarding same (.3); draft summary of same (.6); draft motion to reject (1.3); research regarding sub-lessee rights under Texas law (2.7). | 6.00 |
| 04/08/22 | MAGA | Confer with V&E team regarding potential assumption and rejection of leases and contracts. | 0.50 |
| 04/08/22 | EMME | Correspond with V&E, Ankura teams regarding motion to reject office leases (.3); review lease documents (.6); revise motion to reject (.4); correspond with Stretto team regarding same (.1); correspond with Ankura team regarding motion to reject (.1). | 1.50 |
| 04/08/22 | IDAY | Conduct research in furtherance of motions to reject. | 1.60 |
| 04/09/22 | EMME | Correspond with V&E team regarding motion to reject. | 0.30 |
| 04/11/22 | EMME | Correspond with Ankura team regarding lease rejection (.1); review and revise motion to assume (.7); conference with Ankura team regarding diligence regarding same (.3). | 1.10 |
| 04/12/22 | MAGA | Prepare for and participate on call with V&E and Ankura teams regarding lease rejection and assumption (.5); review and revise motion to assume executory contract (.6); confer | 1.50 |

Case 22-50500-swe11 Doc 170 Filed 09/14/22 Entered 09/14/22 21:17:15 Exhibit E Page 155 of 399



| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | with V&E team regarding same (.4). | |
| 04/13/22 | MAGA | Review and revise motions to assume and reject executory contracts and leases (.6); confer with V&E and Ankura teams regarding same (.4). | 1.00 |
| 04/13/22 | EMME | Correspond with Ankura team regarding motion to assume Blossman contract (.1); review and revise Blossman motion (.3). | 0.40 |
| 04/14/22 | EMME | Correspond with V&E team regarding leases to be rejected (.4); research regarding same (.3); confer with V&E team regarding further research in support of same (.2); conference with same regarding same (.1); correspond with Ankura team regarding lease rejection diligence (.1). | 1.10 |
| 04/14/22 | IDAY | Correspond with V&E team regarding summary analysis of certain contract assumption and rejection issues. | 0.80 |
| 04/15/22 | MAGA | Confer with V&E team regarding assumption and rejection of leases and contracts. | 0.50 |
| 04/15/22 | EMME | Conference with Scott Pinsonnault regarding motion to reject and lease issues (.1); correspond with V&E team regarding motion to reject follow up diligence (.1); correspond with V&E team regarding motions to reject and assume (.6). | 0.80 |
| 04/16/22 | EMME | Draft Pinsonnault Declaration in support of motion to assume. | 4.20 |
| 04/18/22 | EMME | Correspond with V&E team regarding Blossman motion (.1); correspond with Ankura team regarding leases to be rejected (.1). | 0.20 |
| 04/18/22 | IDAY | Review executory contracts (2.6); draft summary regarding each contract (2.0). | 4.60 |
| 04/19/22 | RLPE | Correspond with Eli Medina and Emily Rhine regarding draft declaration in support of motion to assume Blossman contract. | 0.30 |
| 04/19/22 | LRKA | Review and comment on Blossman motion (.8); correspond with V&E team regarding same (.1). | 0.90 |
| 04/19/22 | EMME | Conferences with lease counter parties regarding rejection (.2); correspond with V&E team regarding same (.3); correspond with V&E team regarding declaration in support of motion to assume Blossman (.6); review and revise same (.3); correspond with Ankura team regarding cure payments (.2); review and revise Blossman motion (.8); correspond with V&E and Ankura teams regarding same (.3). | 2.70 |
| 04/20/22 | MWMO | Review and revise Pinsonnault declaration related to motion to assume Blossman contract. | 0.30 |

V&E **Invoice** **Rockall Energy Holdings, LLC** August 9, 2022 

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 04/20/22 | EMME | Correspond with V&E team regarding Blossman motion (.2); draft summary of same (.3); correspond with V&E LIT team regarding declarations (.2); correspond with Scott Pinsonnault regarding Pinsonnault declaration supporting Blossman assumption (.1); review local rules related to filing deadlines (.4); correspond with V&E team regarding same (.3). | 1.50 |
| 04/20/22 | ESST | Review declaration related to Blossman assumption. | 0.50 |
| 04/20/22 | IDAY | Review contracts to be rejected (.6); correspond with Eli Medina regarding same (.4). | 1.00 |
| 04/21/22 | MJPY | Conference with counsel to Chevron regarding lease assumption issue (.3); correspond with V&E team regarding same (.1). | 0.40 |
| 04/21/22 | MAGA | Review and revise motion to assume Blossman contract (.2); confer with V&E team regarding same (.2). | 0.40 |
| 04/21/22 | EMME | Correspond with V&E team regarding Blossman motion (.9); correspond with Scott Pinsonnault regarding same (.2); review comments to Blossman motion (.1); revise same (.2); correspond with client regarding same (.1). | 1.50 |
| 04/22/22 | IDAY | Correspond with Ankura regarding executory contracts. | 0.40 |
| 04/28/22 | MAGA | Confer with V&E and Ankura teams regarding issues related to cure amounts. | 0.70 |
| 04/28/22 | GRHO | Call with V&E team regarding Steel Reef rejection motion and related discovery issues. | 1.00 |
| 04/29/22 | GRHO | Revise outline of potential outcomes and considerations related to same in connection with analyzing best path forward with Steel Reef contract rejection motion. | 0.80 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 19

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

**Summary of services - Assumption and Rejection of Leases and Contracts**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| IDAY | Ida Ayalew | 24.10 | 540.00 | 13,014.00 |
| MAGA | Michael A. Garza | 7.20 | 860.00 | 6,192.00 |
| JRGO | Jeremy R. Gonzalez | 0.10 | 705.00 | 70.50 |
| GRHO | George R. Howard | 1.80 | 1285.00 | 2,313.00 |
| LRKA | Lauren R. Kanzer | 1.50 | 975.00 | 1,462.50 |
| RLPE | Rebecca L. Matthews | 0.90 | 1155.00 | 1,039.50 |
| EMME | Elias M. Medina | 19.70 | 590.00 | 11,623.00 |
| MWMO | Matthew W. Moran | 0.30 | 1285.00 | 385.50 |
| MJPY | Matthew J. Pyeatt | 1.00 | 910.00 | 910.00 |
| ESST | Eli S. Sterbcow | 0.50 | 590.00 | 295.00 |
| **Total** | | **57.10** | | **37,305.00** |

**Disbursements and other charges posted through April 30, 2022:**

**Fees for services posted through April 30, 2022:**

**Re: Avoidance Action Analysis**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 04/01/22 | MJPY | Evaluate analysis regarding avoidance actions (.2); review research to support same (.2); call with Ankura team regarding same (.3); correspond with V&E team regarding same (.1). | 0.80 |
| 04/05/22 | TGSP | Correspond with V&E team regarding avoidance action analysis draft (.2); review same (.4). | 0.60 |
| 04/07/22 | MJPY | Evaluate avoidance action analysis (.2); call with Ankura regarding same (.3). | 0.50 |
| 04/07/22 | MAGA | Prepare for and participate on call with V&E and Ankura team regarding avoidance action analysis. | 0.50 |

V&E **Invoice** **Rockall Energy Holdings, LLC** August 9, 2022 Page 20

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

**Summary of services - Avoidance Action Analysis**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| MAGA | Michael A. Garza | 0.50 | 860.00 | 430.00 |
| MJPY | Matthew J. Pyeatt | 1.30 | 910.00 | 1,183.00 |
| TGSP | Trevor G. Spears | 0.60 | 790.00 | 474.00 |
| **Total** | | **2.40** | | **2,087.00** |

**Disbursements and other charges posted through April 30, 2022:**

**Fees for services posted through April 30, 2022:**

**Re: Budgeting (Case)**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 04/08/22 | MJPY | Correspond with UST regarding budget. | 0.10 |
| 04/09/22 | DSME | Telephone conference with Cleary regarding deal and budget (.4); correspond and conference with Ankura regarding budget (.6). | 1.00 |
| 04/10/22 | DSME | Correspond and conference with Ankura regarding budget. | 0.60 |
| 04/23/22 | DSME | Review and revise budget (.2); correspond with V&E and Ankura teams regarding same (.2). | 0.40 |
| 04/24/22 | DSME | Conference with Company and advisors regarding budget and hearing. | 0.80 |
| 04/25/22 | DSME | Conference with V&E team regarding budget (.1); conference with Ankura regarding same (.1); conference with Goldman and Blue Torch regarding budget forecast and process (.4); conference with Sean O'Neal regarding same (.3). | 0.90 |

V&E **Invoice** **Rockall Energy Holdings, LLC** August 9, 2022 Page 21

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

**Summary of services - Budgeting (Case)**

| | Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|---|
| | DSME | David S. Meyer | 3.70 | 1325.00 | 4,902.50 |
| | MJPY | Matthew J. Pyeatt | 0.10 | 910.00 | 91.00 |
| **Total** | | | **3.80** | | **4,993.50** |

**Disbursements and other charges posted through April 30, 2022:**

**Fees for services posted through April 30, 2022:**

**Re: Business Operations**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 04/01/22 | MAGA | Prepare for and participate on call with V&E, Ankura, and management teams regarding operations and related issues and strategy (.9); confer with V&E team regarding same (.5). | 1.40 |
| 04/04/22 | LRKA | Review utilities motion (.4); correspond with V&E team regarding same (.2). | 0.60 |
| 04/04/22 | MAGA | Prepare for and participate on call with V&E, management, and Ankura teams regarding operations issues and related strategy and next steps. | 0.70 |
| 04/05/22 | MAGA | Prepare for and participate on call with V&E, management, and Ankura teams regarding operations issues and related strategy and next steps. | 0.50 |
| 04/06/22 | DSME | Review UST issues list (.2); correspond with V&E team regarding same (.1); office conference with Lauren Kanzer regarding same (.2). | 0.50 |
| 04/06/22 | MAGA | Prepare for and participate on call with V&E, Ankura, and management teams regarding operations, related issues, strategy, and next steps. | 0.70 |
| 04/06/22 | SAZO | Research and analysis regarding final tax order. | 0.80 |
| 04/07/22 | LRKA | Conference call with management, V&E team, Ankura regarding open issues (.5); follow-up correspondence re same (.4). | 0.90 |
| 04/07/22 | MAGA | Prepare for and participate on call with V&E, Ankura, and management teams regarding operations, related issues, and next steps (.7); confer with V&E team regarding same (.6). | 1.30 |
| 04/07/22 | TGSP | Review correspondence from Wise (.1); correspond with V&E | 0.20 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | team regarding office leases (.1). | |
| 04/08/22 | MJPY | Evaluate issues regarding North Dakota DEQ (.2); call with counsel regarding same (.3); correspond with V&E team regarding same (.1). | 0.60 |
| 04/08/22 | MAGA | Prepare for and participate on call with V&E, Ankura, and Management teams regarding operations and related issues and strategy. | 0.50 |
| 04/11/22 | MJPY | Prepare for call with Ankura and client regarding chapter 11 workstreams. | 0.60 |
| 04/11/22 | MAGA | Prepare for and participate on call with V&E, Ankura, and Management teams regarding operations and related issues and strategy (.6); corresond with V&E team regarding same (.5). | 1.10 |
| 04/12/22 | LRKA | Participate in conference call with management, Ankura, and V&E teams regarding open issues (.8); conduct follow-up correspondence with V&E team regarding same (.5). | 1.30 |
| 04/12/22 | MJPY | Participate in call with Ankura and client regarding operations, related issues, and strategy. | 0.50 |
| 04/12/22 | MAGA | Prepare for and participate on call with V&E, Ankura, and management teams regarding operations and related issues and strategy. | 0.80 |
| 04/13/22 | LRKA | Participate in conference call with Ankura, management, and V&E team regarding open issues (.6); correspond with V&E team regarding same (.5). | 1.10 |
| 04/13/22 | MJPY | Participate on call with client and Ankura regarding operations, related issues, and strategy. | 0.60 |
| 04/13/22 | MAGA | Prepare for and participate on call with V&E, Ankura, and management teams regarding operations and related issues and strategy (.6); confer with V&E team regarding same (.5); prepare for and participate on call with utility company counsel regarding adequate assurance (.3); confer with V&E and Ankura teams regarding same (.2). | 1.60 |
| 04/14/22 | LRKA | Participate on conference call with V&E team, Ankura, and management regarding operations and related issues and strategy. | 0.50 |
| 04/14/22 | MJPY | Participate on call with client, V&E team, and Ankura regarding operations and related issues and strategy (.6); correspond with V&E team regarding follow-up issues for same (.1). | 0.70 |
| 04/14/22 | MAGA | Prepare for and participate on call with V&E, Ankura, and | 0.90 |

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX 75303-1019 **Tel** +1.713.758.2222 **Fax** +1.713.758.2346 **www.velaw.com**

# V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | management teams regarding operations and related issues and strategy (.6); confer with V&E team regarding same (.3). | |
| 04/15/22 | MJPY | Participate on call with client and Ankura regarding operations and related issues and strategy. | 0.60 |
| 04/15/22 | MAGA | Prepare for and participate on call with V&E, Ankura, and management teams regarding operations and related issues and strategy (.8); confer with V&E team regarding same (.3). | 1.10 |
| 04/15/22 | SAZO | Review correspondence with V&E team regarding tax/operations issue (.1); correspond with V&E team regarding same (.2); correspond and confer with Ankura regarding same (.2). | 0.50 |
| 04/18/22 | LRKA | Participate in conference call with management, Ankura, and V&E team regarding open issues, case status (.7); conduct follow-up correspondence with same regarding same (.8); correspond with Bill Transier regarding same (.2). | 1.70 |
| 04/18/22 | MJPY | Participate in call with Ankura and client regarding chapter 11 operations and related issues and strategy. | 0.70 |
| 04/18/22 | MAGA | Prepare for and participate on call with V&E, Ankura, and management team regarding operations and related issues and strategy. | 0.50 |
| 04/19/22 | MAGA | Prepare for and participate on call with V&E, Ankura, and management team regarding operations and related issues and strategy. | 0.50 |
| 04/19/22 | TGSP | Correspond with V&E team and Lockton team regarding insurance issues. | 0.40 |
| 04/20/22 | LRKA | Conference with Ankura, management, V&E team regarding open issues (.8); correspond with V&E team regarding same (.7). | 1.50 |
| 04/20/22 | MJPY | Conference with Ankura and client regarding operations and related issues and strategy. | 0.80 |
| 04/20/22 | MAGA | Prepare for and participate on call with V&E, Ankura, and management team regarding operations and related issues and strategy. | 0.80 |
| 04/20/22 | EMME | Conferences with Ankura regarding bonding diligence. | 0.20 |
| 04/21/22 | LRKA | Conference with Ankura and management regarding open issues (.6); follow-up correspondence with same regarding same (.2). | 0.80 |
| 04/21/22 | MJPY | Conference with Ankura and client regarding operations and related issues and strategy. | 0.60 |

# V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 04/21/22 | MAGA | Prepare for and participate on call with V&E, Ankura, and management team regarding operations and related issues and strategy (.6); participate on calls with V&E and Ankura teams regarding same (.5); confer with Deloitte team regarding same (.2). | 1.30 |
| 04/22/22 | MJPY | Correspond with Ankura regarding insurance issues (.2); correspond with V&E team regarding same (.2); correspond with First Insurance regarding same (.2); evaluate revised insurance order (.4); conference with Ankura and client regarding operations and related issues and strategy (.6). | 1.60 |
| 04/22/22 | MAGA | Prepare for and participate on call with V&E, Ankura, and management team regarding operations and related issues and strategy (.5); confer with V&E and Ankura teams regarding same (.4). | 0.90 |
| 04/22/22 | TGSP | Attend conference call with V&E team regarding insurance (.2); revise insurance order (.7); correspond with V&E team regarding same (.1); correspond with V&E team regarding same (.1). | 1.10 |
| 04/23/22 | MJPY | Revise insurance order (.7); correspond with lender counsel regarding same (.2); conference with V&E team regarding same (.3); conference with Ankura regarding same (.4); correspond with lender counsel regarding same (.2). | 1.80 |
| 04/23/22 | TGSP | Conference with Matt Pyeatt regarding insurance (.5); revise insurance order (1.3); correspond with Matt Pyeatt regarding same (.3). | 2.10 |
| 04/24/22 | MJPY | Conference with Ankura regarding insurance and related operational issues. | 0.50 |
| 04/25/22 | LRKA | Conference with V&E team, Ankura, management regarding open issues (.6); correspond and conferences with V&E team regarding same (1.0). | 1.60 |
| 04/25/22 | MJPY | Conference with Ankura and advisors regarding operations and related issues and strategy (.6); correspond with First Insurance regarding premium financing (.1); correspond with Ankura regarding same (.2); correspond with V&E team regarding same (.1). | 1.00 |
| 04/25/22 | MAGA | Prepare for and participate on call with V&E, Ankura, and management team regarding operations and related issues and strategy. | 0.50 |
| 04/25/22 | EMME | Correspond with V&E team regarding bond issues (.2); review bonds and related documents (.3). | 0.50 |
| 04/26/22 | LRKA | Conference call with Company, Ankura, V&E team regarding | 0.50 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 25

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | operations and related issues and strategy. | |
| 04/26/22 | MJPY | Conference call with Ankura and Company regarding operations and related issues and strategy. | 0.50 |
| 04/26/22 | MAGA | Prepare for and participate on calls with Debtors advisors and management team regarding operations and related issues and strategy (.5); correspond with V&E team regarding same (.3). | 0.80 |
| 04/27/22 | LRKA | Correspond with Ankura regarding staffing agency. | 0.20 |
| 04/27/22 | MAGA | Participate on call with V&E and Ankura team and management team regarding operations and related issues and strategy. | 0.50 |
| 04/28/22 | LRKA | Conference call with Company, Ankura, V&E team regarding workstream status (.3); correspond with V&E team regarding same (.2). | 0.50 |
| 04/28/22 | MJPY | Conference call with client and Ankura regarding operations and related issues and strategy. | 0.50 |
| 04/28/22 | MAGA | Prepare for and participate on call with V&E, Ankura and management teams regarding operations and relates issues and strategy (.5); confer with V&E team regarding same (.4). | 0.90 |
| 04/29/22 | LRKA | Conference call with management, V&E team, Ankura regarding operations and related issues and strategy (.4); correspond with V&E team regarding same (.7). | 1.10 |
| 04/29/22 | MJPY | Call with Ankura and client regarding regarding operations and related issues and strategy. | 0.40 |
| 04/29/22 | MAGA | Prepare for and participate on call with V&E, Ankura, and management teams regarding operations and related issues and strategy (.4); confer with V&E and Ankura teams regarding UST fees and related issues (.4). | 0.80 |
| 04/30/22 | MJPY | Work on comments to insurance order (.6); evaluate financing agreement to support same (.3); correspond with lender counsel regarding same (.2). | 1.10 |

V&E **Invoice** **Rockall Energy Holdings, LLC** August 9, 2022 Page 26

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

**Summary of services - Business Operations**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| MAGA | Michael A. Garza | 18.10 | 860.00 | 15,566.00 |
| LRKA | Lauren R. Kanzer | 12.30 | 975.00 | 11,992.50 |
| EMME | Elias M. Medina | 0.70 | 590.00 | 413.00 |
| DSME | David S. Meyer | 0.50 | 1325.00 | 662.50 |
| MJPY | Matthew J. Pyeatt | 13.10 | 910.00 | 11,921.00 |
| TGSP | Trevor G. Spears | 3.80 | 790.00 | 3,002.00 |
| SAZO | Sara Zoglman | 1.30 | 590.00 | 767.00 |
| **Total** | | **49.80** | | **44,324.00** |

**Disbursements and other charges posted through April 30, 2022:**

**Fees for services posted through April 30, 2022:**

**Re: Case Administration**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 04/01/22 | DSME | Attend works in progress meeting (.4); follow-up with Mike Garza regarding same (.1). | 0.50 |
| 04/01/22 | LRKA | Conference call with Company and Ankura regarding open issues (.7); conference with David Meyer regarding same (.2); correspond with V&E team regarding scheduling and hearing (.4); conference call with V&E team regarding same (.5). | 1.80 |
| 04/01/22 | MJPY | Participate in conference call with Ankura and client regarding restructuring workstreams (.5); attend call with V&E team regarding second-day hearing strategy and adjournment issues (.5); correspond with V&E team regarding follow-up workstreams to support same (.2); correspond with Committee counsel regarding same (.3); correspond with UST regarding same (.2). | 1.70 |
| 04/01/22 | EENE | Obtain updated docket report for attorneys (.1); review and organize documents into files (.5); communicate with Trevor Spears regarding document management details (.1); communicate with court clerk to confirm document filing method (.2); electronically court file Supplemental Notice of Contract Assumption and Assignment and Cure Amounts (.2); electronically court file Witness & Exhibit List for 4/5 Hearing (.6); review general correspondence for case and project status (.3). | 2.00 |
| 04/03/22 | EENE | Review instructions from attorneys regarding Notices to be drafted and review precedent case documents (.7); draft Notice regarding hearing adjournment (.5); review select court | 2.00 |

V&E Invoice **Rockall Energy Holdings, LLC** August 9, 2022 Page 27

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | documents, draft Notice of Revised Proposed Orders, and provide Notice to Sara Zoglman (.8). | |
| 04/03/22 | SAZO | Draft agenda and notices for upcoming hearing (.9); correspond with V&E team regarding same (.3). | 1.20 |
| 04/04/22 | DSME | Attend works in progress meeting (.1); correspond with Sean O'Neal regarding same (.2); review works in progress diligence sheet (.4); telephone conference with Lauren Kanzer and Mike Garza regarding workstreams (.8). | 1.50 |
| 04/04/22 | MJPY | Participate in call with Ankura and client regarding chapter 11 matters (.6); attend call with V&E restructuring team regarding works in progress (.3). | 0.90 |
| 04/04/22 | EENE | Correspond with attorneys regarding drafting and filing status for Notice of Agenda for 4/5 Hearing (.1); follow-up communication with attorney regarding document management details (.1); obtain updated docket report for attorneys and review report for calendar details (.1); complete check requests for payments to transcriber for precedent case court hearing transcripts and submit to billing for processing (.6); electronically court file Certificate of No Objection to Certain First Day Motions and Notice of Filing Revised Proposed Order (.2); correspond with attorneys and court clerk regarding filing details, and electronically court file Notice of Adjournment of Hearing on DIP and Insurance Motions and Amended Notice of 4/5 Hearing (.6); electronically court file Notice of Agenda for 4/5 Hearing (.2); review documents for calendar details and complete calendaring (.2); provide court document to Trevor Spears as template (.1); obtain court document copy for attorney group (.1); electronically court file Notice of Filing Debtors' Revised Master Service List (.1). | 2.40 |
| 04/04/22 | MAGA | Participate on call with V&E team regarding matter updates, strategy, and next steps (.7); review and revise workstreams checklist (.8). | 1.50 |
| 04/05/22 | DSME | Attend to works in progress checklist (.1); conference with Lauren Kanzer regarding same (.6); attend works in progress call (.6). | 1.30 |
| 04/05/22 | LRKA | Attend conference call with Company regarding open issues (.4); conference call with V&E team works in progress (.8); follow-up correspondence regarding same (.6). | 1.80 |
| 04/05/22 | MJPY | Call Ankura and company regarding chapter 11 workstreams (.4); participate in call with V&E restructuring team regarding works in progress (.6); evaluate checklist for same (.3). | 1.30 |
| 04/05/22 | EENE | Obtain updated docket report for attorneys (.1); electronically court file Certificate of No Objections to Utilities and Bar Date | 3.20 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | Motions and Notice of Filing Revised Proposed Orders (.2); communicate with Ida Ayalew regarding court document filing and hearing status (.2); communicate with court clerk and attorneys regarding filing and hearing details, and electronically court file Notice of Cancellation of Hearing on Utilities and Bar Date Motions (.6); complete various calendar tasks (.3); upload proposed revised orders to court (1.3); review and organize document into files (.1); review general correspondence for case and project status (.4). | |
| 04/05/22 | MAGA | Prepare for and participate on call with V&E, Lazard, Ankura, and management teams regarding committee settlement proposal, strategy, and next steps (.6); review, analyze, and revise same (.9); confer with V&E team regarding same (.5); prepare for and participate on call with V&E team regarding matter updates, strategy, and next steps (.7). | 2.70 |
| 04/05/22 | SAZO | Attend weekly status call with V&E team regarding workstreams (.9); correspond with V&E team regarding case administration and related matters (1.2). | 2.10 |
| 04/05/22 | TGSP | Conference call with V&E team regarding workstreams and updates (.7); correspond with V&E team regarding case calendaring of deadlines and hearings (.2). | 0.90 |
| 04/06/22 | LRKA | Conference call with management, Matt Pyeatt and Ankura regarding open issues/workstreams (.6); follow-up correspondence regarding same (.4); conference with Scott Pinsonnault regarding same (.2). | 1.20 |
| 04/06/22 | MJPY | Call client and Ankura regarding chapter 11 workstreams (.6); call with V&E team regarding works-in-progress (.2). | 0.80 |
| 04/06/22 | EENE | Correspond with Trevor Spears regarding filing plans for Schedules and Statements of Financial Affairs for all debtors (.4); review and organize NDTX court rules and filing guidelines for same, and provide findings to attorneys (1.1); review various court rules and communicate with court clerks regarding general reply deadline, and provide findings to Lauren Kanzer (.9); obtain updated docket report for attorneys, review report and court documents for calendar details, and complete calendaring (.4); obtain court document for and communicate with Trevor Spears for calendar clarification (.3); correspond with Trevor Spears regarding document management details (.2); correspond with Trevor Spears regarding filing details for Schedules and SOFAs, and complete electronic court filing of SOFAs for debtors (1.9). | 5.20 |
| 04/06/22 | MAGA | Prepare for and participate on call with V&E team regarding matter updates, strategy, and next steps. | 0.40 |
| 04/06/22 | SAZO | Attend weekly standing call with V&E team. | 0.40 |

# V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 29

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 04/06/22 | EMME | Conference with V&E team regarding works in process and next steps (.4); coordinate with V&E team to set up listserv (.1). | 0.50 |
| 04/06/22 | IDAY | Attend telephone conference with V&E team regarding works in progress (.7); follow-ups regarding same (.1). | 0.80 |
| 04/07/22 | DSME | Attend telephone conference with V&E team regarding works in progress. | 0.30 |
| 04/07/22 | MJPY | Call with client and Ankura regarding chapter 11 workstreams (.4); call with V&E restructuring team regarding works in progress (.7); evaluate checklist for same (.2); correspond with V&E team regarding same (.2). | 1.50 |
| 04/07/22 | EENE | Communicate with Trevor Spears regarding filing details for and complete post-midnight filing of Schedules for all debtors (1.1); communicate with court clerk regarding docket report modification for select Schedule and SOFA entry and other filing details, and provide status to attorneys (.4); communicate with Stretto regarding same modification to case website docket report (.2); obtain updated docket report for attorneys (.1); communicate with Eli Medina regarding updated listservs and related docket report and calendar distributions (.2); review and organize documents into files (.2); review general correspondence for case and project status (.8). | 3.00 |
| 04/07/22 | MAGA | Prepare for and participate on call with V&E team regarding matter updates, work streams, related issues and strategy, and next steps (.9); review and revise work streams checklist (.4). | 1.30 |
| 04/07/22 | EMME | Conference with V&E team regarding works in process (.7). | 0.70 |
| 04/07/22 | TGSP | Conference call with V&E team regarding workstreams and updates (.7); correspond with V&E team regarding calendaring of case deadlines (.3); correspond with Stretto regarding case website and SOFAs and SOALs (.3). | 1.30 |
| 04/07/22 | IDAY | Attend works in progress meeting. | 0.70 |
| 04/08/22 | DSME | Review correspondence and workstreams (.2); notate issues for follow-up (.2); telephone conference with Lauren Kanzer regarding works in progress (.8). | 1.20 |
| 04/08/22 | MJPY | Call with Ankura and V&E team regarding restructuring workstreams (.6); correspond with V&E team regarding same (.1). | 0.70 |
| 04/08/22 | EENE | Review and compare case listservs to confirm inclusions, and provide findings to Eli Medina (.8); correspond with calendar program specialists to confirm calendar listserv usage details | 2.00 |

# V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 30

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | (.2); correspond with Lauren Kanzer regarding additional parties to receive daily docket reports (.2); communicate with Ida Ayalew for calendar clarification (.2); correspond with Eli Medina regarding additional listserv details (.1); obtain updated docket report for attorney group (.1); review general correspondence for case and project status (.4). | |
| 04/10/22 | LRKA | Correspond with V&E team regarding objection deadlines and hearings (.3); correspond with V&E team regarding next steps (.2). | 0.50 |
| 04/10/22 | MJPY | Evaluate works in progress checklist. | 0.20 |
| 04/11/22 | DSME | Telephone conference with V&E team regarding works in progress. | 0.80 |
| 04/11/22 | LRKA | Conference call with management, Ankura, V&E team regarding open issues (.2); correspond with V&E team regarding case schedule (.5); conferences with V&E team regarding open issues (.6). | 1.30 |
| 04/11/22 | MJPY | Evaluate works in progress checklist. | 0.20 |
| 04/11/22 | EENE | Obtain updated docket report for attorneys and other groups (.1); review general correspondence for case and project status (.4). | 0.50 |
| 04/12/22 | DSME | Participate in portion of working group call with V&E team (.6); participate in follow-up telephone conference with V&E team regarding workstreams (.3); correspond with V&E team regarding timeline/schedule (.3). | 1.20 |
| 04/12/22 | LRKA | Participate in conference call with V&E team regarding works in process (.8); conduct follow-up conferences with V&E team regarding same (1.2). | 2.00 |
| 04/12/22 | MJPY | Participate in call with V&E restructuring team regarding works in progress. | 0.80 |
| 04/12/22 | EENE | Obtain updated docket report for attorneys and other groups (.1); correspond with V&E team regarding court document filing plans (.1); correspond with V&E team regarding project instructions for precedent case document redline comparison (.1); obtain court document, communicate with document specialist regarding details, and provide completed project regarding same to V&E team (.9); prepare document filing (1.9); review general correspondence for case and project status (.4). | 3.50 |
| 04/12/22 | MAGA | Prepare for and participate on call with V&E team regarding work streams, related issues, and strategy (.9); review and revise work streams checklist (.4). | 1.30 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 04/12/22 | SAZO | Participate in conference call with V&E team regarding ongoing workstreams. | 0.60 |
| 04/12/22 | EMME | Conference with V&E team regarding case updates and works in process. | 0.60 |
| 04/12/22 | TGSP | Participate in conference call with V&E RR team regarding workstreams and updates. | 0.60 |
| 04/12/22 | IDAY | Attend call with V&E team regarding works in progress. | 0.60 |
| 04/12/22 | GRHO | Prepare for and participate in call with V&E team regarding open work streams and next steps. | 0.60 |
| 04/13/22 | EENE | Obtain updated docket report for attorneys and other groups (.1); electronically file Declarations in support of KEIP and KERP motions and provide confirmation to attorneys (.6); correspond with attorneys regarding night filing plans, await final document readiness, and complete filing of (i) Notice of Adjournment of 4/15 Hearing and Notice of 4/22 Hearing, and (ii) Notice of 4/27 hearing (.9); correspond with attorney group regarding filing details (.2); review general correspondence for case and project status (.2). | 2.00 |
| 04/14/22 | DSME | Review status of workstreams in progress (.1); correspond with V&E team regarding same (.8). | 0.90 |
| 04/14/22 | LRKA | Conference with V&E team regarding open issues and workstreams. | 0.60 |
| 04/14/22 | EENE | Correspond with court clerk regarding request for docket report modification for new entry (.3); review report to confirm completion (.1); correspond with attorney group regarding same (.1); obtain, review, and calendar updated docket report for attorneys and other group (.9); review correspondence with attorney group regarding case dates for purposes of calendaring (.3); review general correspondence for case and project status (.3). | 2.00 |
| 04/14/22 | EMME | Participate on call with V&E team regarding works in progress. | 0.60 |
| 04/14/22 | TGSP | Participate on conference call with V&E team regarding workstreams and updates. | 0.60 |
| 04/14/22 | IDAY | Attend call with V&E team regarding works in progress. | 0.60 |
| 04/15/22 | DSME | Correspond with V&E team regarding workstreams (.3); participate on telephone conference with V&E team regarding workstreams (.4); review various workstreams (.2); prepare for and address next steps (.1). | 1.00 |
| 04/15/22 | LRKA | Conference call with Company, Ankura, V&E team regarding | 2.20 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 32

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | work in process (.6); conference call with Matt Pyeatt and Mike Garza regarding same (.9); review materials regarding same (.3); conference call with David Meyer regarding same (.4). | |
| 04/15/22 | MJPY | Participate on call with V&E team regarding works-in-progress and next steps (.9); evaluate works in progress checklist (.3). | 1.20 |
| 04/15/22 | EENE | Obtain, review, and calendar updated docket report for attorneys and other groups (.1); obtain court document for and communicate with attorney (.2); review general correspondence for case and project status (.2). | 0.50 |
| 04/15/22 | MAGA | Participate on calls with V&E team regarding work streams and related issues (.9); follow-up with same regarding same (.1). | 1.00 |
| 04/18/22 | LRKA | Correspond with V&E team regarding deadlines and case timeline. | 0.30 |
| 04/18/22 | MJPY | Evaluate works in progress checklist (.2); evaluate chapter 11 case calendar and next steps (.2). | 0.40 |
| 04/18/22 | EENE | Obtain updated docket report for attorneys and other groups (.1); obtain court-stamped Schedules and Statements of Financial Affairs for attorney group (.9); organize court-stamped Schedules into files (.2); review precedent case docket for select hearing transcript for attorney group (.2); review general correspondence for case and project status (.6). | 2.00 |
| 04/18/22 | EMME | Correspond with Scott Pinsonnault regarding case updates and upcoming key dates. | 0.20 |
| 04/19/22 | LRKA | Prepare for and conference call with V&E team, Ankura, Company regarding work in process, open issues (.8); conference call with V&E team regarding same (.8); follow-up correspondence regarding same (.6); correspond with V&E team regarding UCC objections, deadlines (.5); conference with Weil regarding UCC (.2). | 2.90 |
| 04/19/22 | MJPY | Call with Ankura and client regarding chapter 11 workstreams (.6); call with V&E restructuring team regarding works in progress (.6). | 1.20 |
| 04/19/22 | EENE | Obtain updated docket report for attorneys and other groups, review report and court documents for calendar details, and complete calendaring (.2); obtain select court documents and review claims register details for Lauren Kanzer (.3); electronically court file Notice of Filing of Debtors' Revised Master Service List (.1); complete final organization of and electronically court file Witness and Exhibit List for 4/22 Hearing (.4); review general correspondence for case and | 1.50 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | project status (.5). | |
| 04/19/22 | MAGA | Prepare for and participate on call with V&E team regarding work streams, strategy, and related issues (.8); review and revise work streams checklist (.6). | 1.40 |
| 04/19/22 | SAZO | Conference with V&E team regarding workstream status updates. | 0.80 |
| 04/19/22 | EMME | Conference with V&E team regarding works in process (.8); correspond with Stretto regarding noticing of W&E list (.1). | 0.90 |
| 04/19/22 | TGSP | Attend portion of conference with V&E team regarding updates and workstreams. | 0.60 |
| 04/20/22 | LRKA | Conference with V&E team regarding works in process (.3); prepare for same (.1). | 0.40 |
| 04/20/22 | MJPY | Evaluate works in progress checklist and case calendar (.4); conference with V&E team regarding works in progress (.3). | 0.70 |
| 04/20/22 | EENE | Correspond with V&E team regarding calendar instructions and complete calendaring (.4); obtain updated docket report (.1); correspond with V&E team regarding document filing plans, and review updated status (.5); review general correspondence for case and project status (.5). | 1.50 |
| 04/20/22 | MAGA | Conference with V&E teams regarding matter updates, work streams, and related issues. | 0.30 |
| 04/20/22 | SAZO | Conference with V&E team regarding case updates. | 0.30 |
| 04/20/22 | TGSP | Attend portion of conference with V&E team regarding case updates. | 0.20 |
| 04/21/22 | LRKA | Conference with V&E team regarding works in process. | 0.80 |
| 04/21/22 | EENE | Obtain updated docket report for attorneys and other groups (.1); obtain court document for and correspond with attorney group related to service considerations (.4); correspond with attorney group regarding V&E retention matters (.2); research related to same (.8); obtain court hearing transcript (.1); correspond with attorneys regarding filing details and electronically file Notice of Adjournment of 4/22 hearing and Amended Notice of 4/27 hearing (1.5); review Notice for calendar details (.1); complete calendaring (.3); communicate with V&E team regarding filing plans, and electronically file Motion to Assume Blossman Contract and related Declaration (1.5); review general correspondence for case and project status (.5). | 5.50 |
| 04/21/22 | MAGA | Conference with V&E team regarding work streams, matter updates, and related strategy and issues (.8); review and | 1.30 |

Case 22-90000-mxm 11 Doc 2720 Filed 09/29/22 Entered 09/29/22 13:37:55 Desc
Main Document Page 294 of 399

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 34

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | revise work streams checklist (.5). | |
| 04/21/22 | SAZO | Conference with V&E team regarding workstream status update. | 0.80 |
| 04/21/22 | EMME | Conference with V&E team regarding works in process (.8); correspond with Stretto team regarding noticing filings (.1). | 0.90 |
| 04/21/22 | TGSP | Attend portion of conference with V&E team regarding updates and workstreams. | 0.70 |
| 04/22/22 | LRKA | Conference call with Company, V&E team, Ankura regarding work in process (.5); follow-up correspondence regarding same (.3). | 0.80 |
| 04/22/22 | EENE | Conference with attorney group regarding court document filing status update (.5); obtain updated docket report for attorneys (.2); correspond with attorney group regarding calendar considerations (.1); review attorney communications regarding select document filing deadline (.4); provide related document to attorney group (.1); conference with V&E team regarding 4/27 hearing preparation (1.0); correspond with V&E team regarding filing plans, review filing method details, and file same (1.0); review general correspondence for case and project status (.5). | 3.80 |
| 04/22/22 | EMME | Conference with V&E team regarding works in process. | 1.10 |
| 04/23/22 | EENE | Communicate with attorneys regarding filing details for Witness and Exhibit List for 4/27 Hearing, electronically court file same, and provide confirmation to attorneys. | 1.40 |
| 04/24/22 | EENE | Review precedent documents for notices for revised proposed orders (.3); draft same (.4); correspond with V&E team regarding workstreams for 4/27 hearing preparation (.6); prepare for same (1.9); correspond with V&E team regarding filing plans for Amended Witness and Exhibit List for 4/27 hearing (.3); review filing and document details and file same (1.2); conference with V&E team regarding 4/27 hearing preparation (.7); review general correspondence for case and project status (.6). | 6.00 |
| 04/25/22 | EENE | Complete electronic court filing of Amended Witness & Exhibit List for 4/27 Hearing (.5); obtain updated docket report for attorneys and other groups, and review report for calendar details (.2); complete calendaring (.1); communicate with V&E team regarding binder preparation for hearing (.2); complete organization and coordinate with copy services to prepare and deliver hearing binders (1.5); correspond with V&E team regarding binder status (.1); communicate with V&E team regarding 4/27 hearing preparation (.5); communicate with V&E team regarding filing response to DIP objections (.6); await final document readiness, and further communicate with | 7.00 |

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | V&E team regarding updated filing plans (2.4); review general correspondence for case and project status (.9). | |
| 04/26/22 | LRKA | Review hearing agenda (.3); correspond with V&E team regarding same (.3); correspond and conferences with V&E team regarding hearing logistics, filings (1.0). | 1.60 |
| 04/26/22 | MJPY | Conference call with V&E restructuring team regarding preparation for 4/27 hearing. | 0.70 |
| 04/26/22 | EENE | Review draft Notice and related precedent Notice for filing readiness, and provide findings to attorneys (.7); communicate with copy services and attorneys regarding status of binder delivery to David Meyer (.1); court file Notice of Filing of Proposed Final Order Regarding DIP Financing Motion (.2); communicate with court clerk regarding request for docket report modification for Omnibus Reply and confirm completion by court clerk (.4); court file Declarations in Support of V&E Retention Application (.2); review court document for calendar details and complete case calendaring (.2); court file Certificate of No Objections and Notice of Filing Revised Proposed Orders regarding Ankura, Lazard, and Stretto Retention Applications (.4); complete court filings of multiple court documents, and communicate with attorneys regarding filing details and status (4.8); review docket for and obtain precedent case court hearing transcripts for attorney group (.2). | 7.20 |
| 04/26/22 | ERHI | Conference call to discuss hearing work streams and status (.5); facilitate filing of amended witness and exhibit list (.4); compile UCC Witness & Exhibit list binders (.5); compile hearing agenda binder (1.2); coordinate hearing logistics and otherwise prepare (.3). | 2.90 |
| 04/26/22 | SAZO | Attend call regarding hearing prep with V&E team (.5); gather KEIP/KERP documents for hearing binder (.2); correspond with V&E team regarding same (.1). | 0.80 |
| 04/26/22 | EMME | Compile retention docs in preparation for hearing (.4); coordinate with V&E team regarding exhibits in preparation for 5/27 hearing (.6); review and revise same (.4). | 1.40 |
| 04/26/22 | GRHO | Calls with V&E team regarding preparation for contested hearing and coordination of related work streams. | 0.70 |
| 04/27/22 | LRKA | Review and comment on agenda (.3); correspond with V&E team regarding same (.1). | 0.40 |
| 04/27/22 | EENE | Complete filing of Amended Witness and Exhibit List for 4/27 Hearing (1.0); obtain updated docket report for attorneys and other groups (.2); court file Notice of Amended Agenda for 4/27 Hearing, and obtain court-stamped copy for hearing binders (.2); review multiple sources and communicate with | 4.10 |

V&E Invoice **Rockall Energy Holdings, LLC** August 9, 2022 

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | judge's assistant to confirm courtroom location of hearing, and provide findings to Eli Medina (.2); complete various other 4/17 hearing preparation tasks (.5); complete request form for 4/27 court hearing transcript and submit form to court clerk (.2); communicate with transcriber and attorney group regarding court hearing transcript order and payment details (.7); update internal transcript status chart (.6); review general correspondence for case and project status (.5). | |
| 04/28/22 | DSME | Conference calls with V&E team regarding workstreams (.7); conduct follow-up call with V&E team regarding workstreams (.4); call with V&E restructuring team regarding workstreams resulting from global settlement term sheet (.6); correspond with V&E team regarding same (.5). | 2.20 |
| 04/28/22 | LRKA | Conference call with V&E team regarding work in process. | 0.60 |
| 04/28/22 | MJPY | Conference call with V&E restructuring team regarding works in progress (.7); conduct follow-up call with V&E team regarding workstreams (.4); call with V&E restructuring team regarding workstreams resulting from global settlement term sheet (.6). | 1.70 |
| 04/28/22 | EENE | Communicate with transcriber regarding 4/27 court hearing transcript order and payment status (.1); complete online payment and organize invoice into files (.1); communicate with staff regarding payment processing and update internal status chart (.2); obtain updated docket report for attorneys and other groups, and review report for calendar details (.3); communicate with attorney group regarding hearing transcript delivery status (.1); communicate with same regarding submission of proposed orders related to KEIP and KERP Motions, and complete electronic submission to court (.5); complete electronic submission to court of revised proposed order related to V&E Retention Application (.2); review filing method, and complete court filing of Notice of Filing Supplement to Debtors' Schedules (.8); communicate with attorney group regarding docket report detail regarding Krewe Energy to be corrected by court clerk (.1); obtain court-stamped copies of Statement of Financial Affairs for all debtors, and organize same into files (.5). | 2.90 |
| 04/28/22 | MAGA | Review and revise works in progress checklist and work streams (.8); participate on call with V&E team regarding same and related strategy and issues (.7). | 1.50 |
| 04/28/22 | SAZO | Attend call with V&E team regarding new workstreams in connection with settlement (.4); conference call with V&E team regarding works in progress (.8). | 1.20 |
| 04/28/22 | EMME | Correspond with Stretto/Ankura teams regarding notice/service process. | 0.20 |

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 04/28/22 | TGSP | Conference call with V&E team regarding workstreams related to global settlement (.4); conference call with V&E regarding updates and workstreams (.8). | 1.20 |
| 04/29/22 | DSME | Correspond with V&E team regarding works in progress. | 0.30 |
| 04/29/22 | LRKA | Review and comment on notice of filing. | 0.20 |
| 04/29/22 | EENE | Communicate with court clerk regarding docket report details regarding Krewe Energy to be corrected, and confirm completion by clerk (.3); obtain updated docket report for attorneys and other groups, and review report for calendar details (.3); communicate with transcriber regarding 4/27 court hearing transcript delivery status and partial refund processing details (.2); organize court hearing transcript into files and provide copy to attorney group (.1); organize revised invoice from transcriber into files and communicate with staff regarding refund processing (.1); update internal transcript status chart (.1); communicate with attorney group regarding preparation of Notice of Filing of Global Settlement Term Sheet, review files for precedent Notice, and provide same for reference (.3); review and revise draft Notice per attorney group (.3); communicate with same regarding filing order for select court documents, and obtain and provide precedent case information regarding same (.6); review files for and provide precedent case auction transcripts to attorney group (.4); complete filing of Debtors' Application to Retain Weil, Gotshal & Manges LLP as Special Counsel (.5); complete filing of Notice of Filing of Global Settlement Term Sheet (.5); complete electronic submission of DIP Order to court (.5); complete filing of Notice of Filing Supplement to Chapter 11 Plan (.5). | 4.70 |

V&E **Invoice** **Rockall Energy Holdings, LLC** August 9, 2022 Page 38

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

**Summary of services - Case Administration**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| IDAY | Ida Ayalew | 2.70 | 540.00 | 1,458.00 |
| MAGA | Michael A. Garza | 12.70 | 860.00 | 10,922.00 |
| GRHO | George R. Howard | 1.30 | 1285.00 | 1,670.50 |
| LRKA | Lauren R. Kanzer | 19.40 | 975.00 | 18,915.00 |
| EMME | Elias M. Medina | 7.10 | 590.00 | 4,189.00 |
| DSME | David S. Meyer | 11.20 | 1325.00 | 14,840.00 |
| EENE | Elizabeth E. Neuman | 75.90 | 310.00 | 23,529.00 |
| MJPY | Matthew J. Pyeatt | 14.00 | 910.00 | 12,740.00 |
| ERHI | Emily Rhine | 2.90 | 590.00 | 1,711.00 |
| TGSP | Trevor G. Spears | 6.10 | 790.00 | 4,819.00 |
| SAZO | Sara Zoglman | 8.20 | 590.00 | 4,838.00 |
| **Total** | | **161.50** | | **99,631.50** |

**Disbursements and other charges posted through April 30, 2022:**

**Fees for services posted through April 30, 2022:**

**Re: Claims Administration and Objections**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 04/07/22 | MAGA | Confer with V&E team regarding bar date order. | 0.50 |
| 04/07/22 | EMME | Draft bar date notice (.7); correspond with V&E team regarding same (.5); review and revise bar date notice (.4); correspond with Ankura team regarding same (.3); correspond with Stretto team regarding filing notice of bar date (.2). | 2.10 |
| 04/08/22 | EMME | Correspond with V&E team regarding bar date notice publication (.1); draft condensed bar date notice (.6); correspond with V&E team regarding same (.1). | 0.80 |
| 04/11/22 | MAGA | Confer with V&E team regarding bar date notice. | 0.50 |
| 04/13/22 | LRKA | Review and comment on bar date publication notice (.4); correspond with V&E team regarding same (.2). | 0.60 |
| 04/14/22 | LRKA | Correspond with V&E team regarding bar date publication notice (.3); review same (.4). | 0.70 |
| 04/14/22 | EMME | Correspond with Stretto team regarding publication service and noticing for bar date notice (.1); correspond with V&E team regarding publication notice for bar date notice (.2). | 0.30 |
| 04/15/22 | MAGA | Review and revise bar date publication notice. | 0.20 |

V&E **Invoice**

**Rockall Energy Holdings, LLC** August 9, 2022 Page 39

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 04/15/22 | EMME | Review publication notices for bar date (.7); correspond with V&E team regarding same (.1). | 0.80 |
| 04/18/22 | LRKA | Participate in conference call with V&E team regarding schedules and claim analysis. | 0.60 |
| 04/21/22 | MAGA | Confer with V&E, Stretto, and Ankura teams regarding claims administration process. | 0.30 |

V&E **Invoice**

**Rockall Energy Holdings, LLC** August 9, 2022 Page 40

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

**Summary of services - Claims Administration and Objections**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| MAGA | Michael A. Garza | 1.50 | 860.00 | 1,290.00 |
| LRKA | Lauren R. Kanzer | 1.90 | 975.00 | 1,852.50 |
| EMME | Elias M. Medina | 4.00 | 590.00 | 2,360.00 |
| **Total** | | **7.40** | | **5,502.50** |

**Disbursements and other charges posted through April 30, 2022:**

**Fees for services posted through April 30, 2022:**

**Re: Corporate Governance and Board Matters**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 04/01/22 | DSME | Prepare for board call (.3); participate in conference with V&E team regarding same (.2); participate in board call (.9). | 1.40 |
| 04/01/22 | LRKA | Prepare for and participate in conference call with board (.8); correspond with V&E team regarding organizational documents and governance considerations (.9). | 1.70 |
| 04/01/22 | MAGA | Prepare for and participate on board meeting (.9); confer with V&E team regarding governance issues (.7). | 1.60 |
| 04/01/22 | TGSP | Attend board meeting (.9); correspond with Board regarding meeting materials (.4). | 1.30 |
| 04/04/22 | TGSP | Draft minutes for board meeting (1.0); confer with V&E team regarding same (.2); correspond with V&E team regarding investigation (.2). | 1.40 |
| 04/05/22 | TGSP | Correspond with V&E team and Company regarding board meeting. | 0.20 |
| 04/08/22 | LRKA | Review and comment on board minutes (1.1). | 1.10 |
| 04/08/22 | TGSP | Correspond with V&E team regarding board governance matters (.2); draft revision to minutes regarding same (.2). | 0.40 |
| 04/10/22 | LRKA | Conference with Scott Pinsonnault regarding management presentation (.3); review and comment on management presentation (.8); correspond with V&E team regarding same (.2). | 1.30 |
| 04/10/22 | TGSP | Draft board meeting minutes (.3); correspond with V&E team regarding same (.2). | 0.50 |

V&E Invoice **Rockall Energy Holdings, LLC** August 9, 2022 

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 04/11/22 | LRKA | Review March board meeting minutes (.7); correspond with V&E team regarding same (.1). | 0.80 |
| 04/11/22 | TGSP | Correspond with V&E team, Lazard and Ankura regarding board meeting materials. | 0.40 |
| 04/12/22 | LRKA | Review board meeting materials (.7); correspond with V&E team regarding same (.2). | 0.90 |
| 04/12/22 | MAGA | Review and revise board meeting materials (.5); confer with V&E team regarding same (.3). | 0.80 |
| 04/12/22 | TGSP | Correspond with V&E team, Lazard and Ankura regarding board meeting materials (.8); draft presentation for board members (1.8); correspond with V&E team regarding same (.6). | 3.20 |
| 04/13/22 | DSME | Prepare for and participate in board meeting (1.0); participate in telephone conference with Scott Pinsonnault and V&E team regarding board meeting (.3); conference with V&E team regarding same (.2). | 1.50 |
| 04/13/22 | LRKA | Attend board meeting (.5); prepare for same (.3). | 0.80 |
| 04/13/22 | MAGA | Prepare for and attend board meeting. | 0.50 |
| 04/13/22 | TGSP | Correspond with V&E team, Lazard, and Ankura regarding board meeting materials (.4); correspond with board regarding same (.2); attend board meeting (.5). | 1.10 |
| 04/15/22 | TGSP | Draft minutes for 4/13 board meeting. | 0.90 |
| 04/19/22 | DSME | Correspond with V&E team regarding investigation and committee inquires. | 0.20 |
| 04/20/22 | LRKA | Conference with Bill Transier regarding matter status. | 0.30 |
| 04/21/22 | LRKA | Review and revise board update (.3); correspond with V&E team regarding same (.2). | 0.50 |
| 04/21/22 | MAGA | Review and revise board materials (.7); confer with V&E team regarding same (.2). | 0.90 |
| 04/21/22 | TGSP | Correspond with Ankura, Lazard and V&E teams regarding board materials (.7); draft board update (.6); draft board materials (1.2); review and draft revisions to Ankura board materials (.6); review Lazard board materials (.2); correspond with V&E team and Board regarding board meeting (.3). | 3.60 |
| 04/22/22 | LRKA | Prepare for and attend Board meeting. | 1.00 |
| 04/22/22 | MAGA | Prepare for board meeting (.3); attend same (.5). | 0.80 |

V&E **Invoice** **Rockall Energy Holdings, LLC** August 9, 2022 Page 42

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 04/22/22 | TGSP | Attend board meeting. | 0.50 |
| 04/23/22 | LRKA | Correspond with V&E team regarding board update, key issues. | 0.30 |
| 04/24/22 | LRKA | Review and comment on Board update (.3); correspond with V&E team regarding same (.2). | 0.50 |
| 04/24/22 | TGSP | Draft board update regarding UCC litigation (1.1); correspond with V&E team regarding same (.3); correspond with Board regarding same (.2). | 1.60 |
| 04/27/22 | MAGA | Prepare update materials for board of directors. | 0.50 |
| 04/28/22 | DSME | Conference call with B. Transier regarding board meeting (.3); prepare for board meeting (.6); correspond with V&E team regarding same (.9). | 1.80 |
| 04/28/22 | LRKA | Conference call with V&E team regarding governance matters (1.0); review LLC agreement (.2); correspond with V&E team regarding same (.5); consider issues regarding same (.3); review draft board materials and meeting agenda (.4); correspond with V&E team regarding same (.3). | 2.70 |
| 04/28/22 | TGSP | Review and revise CRO presentation to board (.3); conference call with V&E team regarding same (.2); conference call with Ankura regarding same (.2); correspond with Ankura and Lazard team regarding board materials (.3); review Lazard board materials (.2); correspond with V&E team regarding same (.1); draft agenda for Board meeting (.1); correspond with V&E team regarding same (.4); review LLCA regarding same (.8). | 2.60 |
| 04/29/22 | DSME | Attend board meeting. | 0.50 |
| 04/29/22 | LRKA | Conferences with Lewis Gillies and Bill Transier regarding board meeting (.4); prepare for and attend board meeting (1.0); follow-up correspondence regarding same (.3). | 1.70 |
| 04/29/22 | MAGA | Attend board meeting. | 0.50 |
| 04/29/22 | TGSP | Correspond with V&E team regarding Krewe issue (.1); correspond with V&E team regarding agenda and materials (.1); correspond with Board regarding same (.1); attend Board meeting (.5). | 0.80 |

V&E **Invoice** **Rockall Energy Holdings, LLC** August 9, 2022 Page 43

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

**Summary of services - Corporate Governance and Board Matters**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| MAGA | Michael A. Garza | 5.60 | 860.00 | 4,816.00 |
| LRKA | Lauren R. Kanzer | 13.60 | 975.00 | 13,260.00 |
| DSME | David S. Meyer | 5.40 | 1325.00 | 7,155.00 |
| TGSP | Trevor G. Spears | 18.50 | 790.00 | 14,615.00 |
| **Total** | | **43.10** | | **39,846.00** |

**Disbursements and other charges posted through April 30, 2022:**

**Fees for services posted through April 30, 2022:**

**Re: Employee Benefits and Compensation**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 04/01/22 | LRKA | Attend conference with V&E team regarding 2CO services agreement (.4); correspond with V&E team regarding KEIP/KERP matters (.6); correspond with Company, Ankura regarding same (.3); review and revise Bonebrake declaration in support of KEIP (.6); correspond with V&E team regarding same (.2). | 2.10 |
| 04/01/22 | SAZO | Prepare KEIP and KERP letters (.7); correspond with V&E team regarding same (.1); prepare for and attend call with V&E team regarding 2CO services agreement (1.2). | 2.00 |
| 04/02/22 | SAZO | Review KEIP and KERP declarations (.7); draft follow-up V&E correspondence regarding same (.2). | 0.90 |
| 04/03/22 | LRKA | Correspond with V&E team regarding KEIP/KERP declarations. | 0.30 |
| 04/03/22 | SAZO | Revise declarations related to KEIP and KERP declarations (.8); correspond with V&E team regarding same (.4). | 1.20 |
| 04/04/22 | RLPE | Correspond with V&E restructuring and litigation teams regarding declarations in support of KEIP/KERP motions (.3); review comments/changes and further revise Bonebrake declaration in support of KEIP (.9); review revised Bonebrake declaration in support of KEIP and V&E correspondence on same (.4). | 1.60 |
| 04/04/22 | LRKA | Participate on conference call with Lazard, V&E team regarding Bonebrake declaration in support of KEIP (.5); review and comment on Bonebrake declaration in support of KEIP (.5); review and comment on Gillies declaration in support of KERP (.6); correspond with V&E team regarding | 1.80 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | same (.2). | |
| 04/04/22 | SAZO | Prepare for and attend call with V&E and Lazard regarding KEIP (.7); draft agenda and notices for related hearing (.5). | 1.20 |
| 04/04/22 | ESST | Review and revise declarations for KEIP/KERP motions. | 1.10 |
| 04/05/22 | MWMO | Review revisions to evidence in support of KEIP and KERP (.7); confer with V&E team regarding same (.2). | 0.90 |
| 04/05/22 | RLPE | Review and revise all declarations in support of KEIP and KERP motions (.9); follow-up correspondence with V&E restructuring team regarding same (.2). | 1.10 |
| 04/05/22 | SAZO | Review and revise KEIP and KERP research analysis (1.2); correspond with V&E team regarding same (1.1). | 2.30 |
| 04/06/22 | SAZO | Correspond with V&E and Ankura team regarding KEIP and KERP and related matters (.5); research regarding KEIP and KERP precedent in the NDTX (1.1); draft analysis and prepare summary chart regarding same (1.3). | 2.90 |
| 04/11/22 | SAZO | Review correspondence with V&E team regarding KEIP and KERP matters (.6); correspond with V&E team regarding same (.9); correspond with client regarding same (.1); review declarations in support of the KEIP and KERP motions (.9); correspond with KEIP/KERP declarants and V&E team regarding same (.4). | 2.90 |
| 04/12/22 | SAZO | Review and finalize declarations in support of KEIP and KERP in preparation for filing (1.2); correspond with V&E team regarding same (.1). | 1.30 |
| 04/13/22 | SAZO | Correspond with V&E team regarding KEIP and KERP declarations (.1); prepare for filing of the same (.1); correspond with KEIP and KERP declarants regarding the same (.3). | 0.50 |
| 04/14/22 | SAZO | Research and analyze precedent KEIP structures (1.1); research and review pleadings and hearing transcripts regarding same (2.1); evaluate and prepare summary regarding same (.8); correspond with V&E team regarding same (.1). | 4.10 |
| 04/15/22 | SAZO | Review and revise KEIP analysis (.5); correspond with V&E team regarding same (.1); correspond with client regarding KEIP and KERP letters for employees (.3); research and analyze additional KEIP precedent structures (.9); analyze and review pleadings, objections, and transcripts regarding same (2.1); prepare summary and analysis regarding same (.9). | 4.80 |
| 04/18/22 | SAZO | Correspond with client regarding KEIP and KERP plan | 1.00 |

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | documents (.1); conduct research and analyze precedent KEIPs in NDTX (.9). | |
| 04/19/22 | SAZO | Review precedent KEIP structures (.8); review and analyze motions, objections, and transcripts regarding same (1.4); prepare summary and analysis regarding same (.5). | 2.70 |
| 04/21/22 | MAGA | Review and analyze objection to KERP and KEIP motion (1.2); develop strategy regarding and draft response to same (.5); confer with V&E team regarding same (.3). | 2.00 |
| 04/21/22 | SAZO | Evaluate and analyze precedent KEIP structures (.8); prepare chart summarizing same (.4). | 1.20 |
| 04/24/22 | LRKA | Conference with V&E team regarding KERP/KEIP (.4); correspond with V&E team regarding same (.3); consider issues regarding same (.4). | 1.10 |
| 04/24/22 | MAGA | Confer with V&E team regarding motions to approve KEIP and KERP and related issues. | 0.50 |
| 04/25/22 | LRKA | Correspond with V&E team, Company regarding KEIP/KERP. | 0.40 |
| 04/28/22 | SAZO | Correspond with Company regarding KERP matters (.2); review KERP, KERP Order, and KERP Motion (.6); confer with V&E team regarding same (.4). | 1.20 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

**Summary of services - Employee Benefits and Compensation**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| MAGA | Michael A. Garza | 2.50 | 860.00 | 2,150.00 |
| LRKA | Lauren R. Kanzer | 5.70 | 975.00 | 5,557.50 |
| RLPE | Rebecca L. Matthews | 2.70 | 1155.00 | 3,118.50 |
| MWMO | Matthew W. Moran | 0.90 | 1285.00 | 1,156.50 |
| ESST | Eli S. Sterbcow | 1.10 | 590.00 | 649.00 |
| SAZO | Sara Zoglman | 30.20 | 590.00 | 17,818.00 |
| **Total** | | **43.10** | | **30,449.50** |

**Disbursements and other charges posted through April 30, 2022:**

**Fees for services posted through April 30, 2022:**

**Re: Employment and Fee Applications**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 04/01/22 | KDG | Correspond with V&E team regarding V&E retention issues (.2); review documents, docket, case law, and relevant docket entries relating to same (.8). | 1.00 |
| 04/02/22 | KDG | Review and analyze documents work orders (.8); conduct research regarding retention issue (.8); draft outline regarding same (1.6). | 3.20 |
| 04/03/22 | KDG | Review and analyze precedent regarding employee retention fee (.8); update draft outline summary analysis regarding same (.5). | 1.30 |
| 04/04/22 | KDG | Research and analyze issues regarding retention (2.1); draft summary analysis regarding same (1.7); correspond with V&E team regarding same (.7). | 4.50 |
| 04/05/22 | KDG | Research summary analysis regarding retention issues (2.1); draft analysis regarding same (.6); correspond with V&E team regarding same (.2); incorporate feedback from same regarding same into draft (2.4). | 5.30 |
| 04/05/22 | DSME | Telephone conference with V&E team regarding retention issues (.3); evaluate retention applications (.2). | 0.50 |
| 04/06/22 | KDG | Research issues regarding retention issues (.8); draft summary analysis regarding retention issues (1.1); review analysis with V&E team and confer regarding same (.4); circulate analysis to V&E team (.3); incorporate comments regarding same (.9). | 3.50 |

V&E **Invoice** **Rockall Energy Holdings, LLC** August 9, 2022 Page 47

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 04/06/22 | EMME | Review and analyze UST comments to OCP motion (.6); conference with V&E RR team regarding same (.1). | 0.70 |
| 04/07/22 | KDG | Research and analysis regarding retention issues (2.1); correspond with V&E team regarding same (.1); attend telephone conference with V&E team regarding same (.5). | 2.70 |
| 04/07/22 | DSME | Telephone conference with V&E team regarding V&E retention. | 0.50 |
| 04/07/22 | MAGA | Confer with V&E team regarding employment applications. | 0.50 |
| 04/07/22 | TGSP | Review UST guidelines regarding fee applications (.8); correspond with V&E team regarding same (.3). | 1.10 |
| 04/08/22 | KDG | Conduct research regarding retention issues (1.4); correspond with V&E team regarding same (.3). | 1.70 |
| 04/10/22 | KDG | Conduct research regarding retention issues (1.6); correspond with V&E team regarding same (.9); compile NDTX precedent regarding same (.3). | 2.80 |
| 04/11/22 | KDG | Research regarding retention issues (2.5); correspond with V&E team regarding same (.2). | 2.70 |
| 04/11/22 | LRKA | Correspond with V&E team regarding retention application (.3); correspond with Lazard regarding same (.3). | 0.60 |
| 04/11/22 | MAGA | Confer with V&E team and other professionals regarding adjourned hearing and objection deadlines in connection with pending matters. | 0.50 |
| 04/11/22 | EMME | Correspond with V&E team regarding V&E retention application issues (.6); conference with V&E team regarding same (.3); review UST comments to OCP motion (.4); correspond with V&E team regarding same (.3); review and revise proposed order (.5); conference with V&E team regarding OCP motion (.4). | 2.50 |
| 04/11/22 | KIVA | Conduct research regarding financial advisor retention orders (.9); correspond with Ankura team regarding same (.2); correspond with V&E team regarding same (.1). | 1.20 |
| 04/12/22 | EMME | Draft notice of 4/27 hearing to consider retention applications and related matters (.6); correspond with V&E team regarding same (.1); review and revise same (.2); draft notice of adjournment of 4/15 hearing to consider retention applications and related matters (.5); correspond with V&E team regarding same (.1); revise same (.2); correspond with Ankura team regarding OCP list (.2); draft supplemental declaration for V&E retention (.7). | 2.60 |
| 04/13/22 | KDG | Conduct research regarding retention issues (2.1); draft | 3.20 |

# V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 48

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | memorandum regarding same (1.1). | |
| 04/13/22 | LRKA | Review notice of adjournment, hearing in connection with retention applications and related matters (.4); correspond with V&E team regarding same (.2). | 0.60 |
| 04/13/22 | MAGA | Confer with V&E team regarding fee application and related issues (.2); confer with V&E team regarding retention applications and related issues (.3); review and revise same (.3); confer with V&E team regarding agenda for hearing to consider retention applications and adjournment of hearing related to same (.2). | 1.00 |
| 04/13/22 | EMME | Conduct research in furtherance of OCP motion (1.3); review precedent cases related to same (.4); correspond with V&E team regarding filing of notices (.2); correspond with Stretto regarding service related to same (.1). | 2.00 |
| 04/14/22 | KDG | Conduct research regarding retention issues (2.7); review and analyze issues regarding same (.7); correspond with V&E team regarding same (.4). | 3.80 |
| 04/14/22 | DSME | Review memo analyzing retention matters. | 0.40 |
| 04/14/22 | LRKA | Correspond with V&E team regarding objection deadlines and hearings in connection with retention applications and related matters. | 0.40 |
| 04/14/22 | EMME | Draft supplemental Meyer declaration for retention application (2.6); correspond with V&E team regarding V&E retention backup data (.2); review OCP motion (.2); correspond with V&E team related to same (.1). | 3.10 |
| 04/14/22 | ESST | Review declarations in support of pending motions including retention applications. | 1.70 |
| 04/15/22 | KDG | Review supplemental declaration in support of retention application (.2); conduct research regarding retention issues (4.4); confer and correspond with V&E team throughout day regarding same (1.2). | 5.80 |
| 04/15/22 | DSME | Review supplemental declaration in support of retention application. | 0.60 |
| 04/15/22 | EMME | Correspond with V&E team regarding OCP motion (.1); review V&E team comments to V&E supplemental declaration in support of retention application (.3); correspond with same regarding same (.2); revise Meyer supplemental declaration regarding same (2.8). | 3.40 |
| 04/16/22 | EMME | Research related to Meyer supplemental declaration in support of retention application (1.8); correspond with V&E team regarding same (.3). | 2.10 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 04/17/22 | EMME | Draft Pinsonnault declaration in support of V&E retention (.6); correspond with V&E team regarding same (.1). | 0.70 |
| 04/18/22 | KDG | Analyze retention issues and review relevant documents (1.1); conduct research and prepare summary regarding same (1.7); correspond with V&E team same (.3). | 3.10 |
| 04/18/22 | DSME | Review Meyer supplemental declaration (.6); correspond with V&E team regarding V&E retention application (.6); review research outlines related to same (.4). | 1.60 |
| 04/18/22 | MAGA | Confer with V&E team regarding fee application matters (.3); confer with V&E team regarding retention and compensation pleadings (.5); confer with V&E team regarding objection deadline and hearing adjournment for pending matters including retention applications (.5). | 1.30 |
| 04/18/22 | SAZO | Prepare for and attend conference call with V&E team regarding fee application matters. | 0.50 |
| 04/18/22 | EMME | Correspond with V&E team regarding Pinsonnault declaration in support of V&E retention application (.1); review and revise Meyer declaration (1.6); correspond with V&E team regarding next steps related to same (.1); conference with V&E team regarding fee application (.4). | 2.20 |
| 04/18/22 | TGSP | Conference call with V&E RR team regarding fee application protocols (.4); follow-up conferences and correspondence with V&E team regarding same (.9). | 1.30 |
| 04/19/22 | KDG | Review supplemental declaration and related filings and analyze issues regarding same (1.3); correspond with V&E team regarding same (.6). | 1.90 |
| 04/19/22 | SAZO | Review and revise fee application. | 1.10 |
| 04/19/22 | EMME | Correspond with V&E team regarding retention application (.2); conferences with V&E team regarding same (.7); review comments to V&E retention application (.2); revise same (.3); correspond with V&E team regarding same (.2). | 1.60 |
| 04/19/22 | KIVA | Revise proposed Ankura retention order (.7); correspond with V&E team regarding same (.1). | 0.80 |
| 04/20/22 | DSME | Review and revise supplemental declaration. | 0.40 |
| 04/20/22 | LRKA | Conference with V&E team regarding supplemental declaration for retention application. | 0.50 |
| 04/20/22 | MAGA | Confer with V&E team regarding retention applications and related issues (.7); confer with V&E and Ankura team regarding same (.3). | 1.00 |

V&E Invoice

Rockall Energy Holdings, LLC August 9, 2022 Page 50

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 04/21/22 | RLPE | Review and analyze comments to Pinsonnault and Meyer declarations (.5); correspond with V&E team regarding same (.1). | 0.60 |
| 04/21/22 | EMME | Review and revise declaration in support of V&E retention (1.7); correspond with V&E team regarding same (.1). | 1.80 |
| 04/22/22 | DSME | Review supplemental declaration in support of V&E retention (1.0); correspond with V&E team regarding same (.4); outline reply and key issues related to same (.6); review research outline and case summaries related to same (.8). | 2.80 |
| 04/22/22 | MJPY | Evaluate V&E retention declaration (.5); correspond with V&E team regarding same (.2). | 0.70 |
| 04/22/22 | MAGA | Review and revise declarations in support of V&E retention application. | 1.20 |
| 04/22/22 | EMME | Review and analyze comments to declarations in support of V&E retention (.4); revise same (.4). | 0.80 |
| 04/23/22 | MAGA | Review and revise declarations in support of V&E retention application. | 0.80 |
| 04/23/22 | EMME | Review and revise retention declarations (2.3); correspond with V&E team regarding same (.4); correspond with V&E RR and LIT teams regarding retention declarations (.7); conference with same regarding same (.7); correspond with V&E team regarding firm revenue related to retention declaration (.3); conference with same regarding same (.2). | 4.60 |
| 04/23/22 | TGSP | Draft CNO for employment applications and motions (1.0); correspond with V&E team regarding same (.2). | 1.20 |
| 04/24/22 | EMME | Correspond with V&E team regarding OCP revised order. | 0.10 |
| 04/24/22 | TGSP | Draft revisions to CNO regarding employment applications and motions (.4); correspond with V&E team regarding same (.2). | 0.60 |
| 04/25/22 | KDG | Correspond with same regarding declarations in support of retention. | 0.90 |
| 04/25/22 | DSME | Review and revise declarations in support of same. | 2.00 |
| 04/25/22 | MAGA | Review and revise declaration in support of V&E retention (.4); confer with V&E team regarding same (.3). | 0.70 |
| 04/25/22 | EMME | Correspond with Ankura team regarding retention declaration (.2); review and revise same (.3); correspond with Company regarding same (.2); correspond with Cleary regarding same (.1); review and revise OCP order (.6). | 1.40 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 51

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 04/25/22 | TGSP | Correspond with Sidley regarding Lazard retention. | 0.10 |
| 04/26/22 | MAGA | Draft materials in furtherance of V&E retention application. | 1.50 |
| 04/26/22 | EMME | Review and revise retention declarations (1.4); correspond with Ankura team, Bill Transier regarding retention declarations (.3); review and revise same (.3). | 2.00 |
| 04/27/22 | EMME | Correspond and conference with V&E team regarding retention/DIP hearing (.3); review and revise retention order (.4). | 0.70 |
| 04/28/22 | MAGA | Review and revise Weil retention application (.7); confer with V&E team regarding same (.4). | 1.10 |
| 04/28/22 | EMME | Review and revise retention order (.2); correspond with V&E team regarding same (.2); correspond with V&E team regarding OCP issues (.2); draft email for Company regarding same (.4); conference with Weil team regarding Weil retention application (.1); review and revise Weil retention application (1.2); correspond with Weil team regarding same (.2). | 2.50 |
| 04/28/22 | IDAY | Discuss Deloitte fee application with V&E team. | 0.40 |
| 04/29/22 | MAGA | Confer with V&E and Weil teams regarding Weil retention application (.5); confer with V&E and Brown Fox teams regarding Brown Fox retention application (.5). | 1.00 |
| 04/29/22 | EMME | Correspond with V&E team regarding Weil retention application (.1); correspond with same regarding same (.1); review and revise Weil retention application in preparation for filing (.2); coordinate with V&E team to file same (.1). | 0.50 |

# V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 52

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

**Summary of services - Employment and Fee Applications**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| IDAY | Ida Ayalew | 0.40 | 540.00 | 216.00 |
| MAGA | Michael A. Garza | 10.60 | 860.00 | 9,116.00 |
| KDG | Katherine D. Grissel | 47.40 | 925.00 | 43,845.00 |
| LRKA | Lauren R. Kanzer | 2.10 | 975.00 | 2,047.50 |
| RLPE | Rebecca L. Matthews | 0.60 | 1155.00 | 693.00 |
| EMME | Elias M. Medina | 35.30 | 590.00 | 20,827.00 |
| DSME | David S. Meyer | 8.80 | 1325.00 | 11,660.00 |
| MJPY | Matthew J. Pyeatt | 0.70 | 910.00 | 637.00 |
| TGSP | Trevor G. Spears | 4.30 | 790.00 | 3,397.00 |
| ESST | Eli S. Sterbcow | 1.70 | 590.00 | 1,003.00 |
| KIVA | Kiran Vakamudi | 2.00 | 790.00 | 1,580.00 |
| SAZO | Sara Zoglman | 1.60 | 590.00 | 944.00 |
| **Total** | | **115.50** | | **95,965.50** |

**Disbursements and other charges posted through April 30, 2022:**

**Fees for services posted through April 30, 2022:**

**Re: Employment and Fee Application Objections**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 04/07/22 | EMME | Conference with V&E team regarding retention application issues (.5); draft responses to UST comments to V&E retention application (.6). | 1.10 |
| 04/07/22 | TGSP | Correspond with V&E team regarding UST comments to professional fee applications and motions (.2); review UST comments to same (.2); research regarding same (.4); draft revisions to same (.1). | 0.90 |
| 04/07/22 | KIVA | Review comments to Ankura retention applications from US Trustee (.4); correspond with Ankura team regarding same (.1); conduct research regarding precedent fee applications (1.4); draft responses to US Trustee comments regarding same (.6). | 2.50 |
| 04/08/22 | DSME | Evaluate and review UST diligence request regarding Ankura retention application (.3); conduct follow-ups with V&E team regarding UST questions (.4). | 0.70 |
| 04/08/22 | EMME | Correspond with V&E team regarding retention application issues, including responses to UST diligence. | 0.70 |
| 04/08/22 | TGSP | Review UST comments to Lazard application (.2); correspond with V&E team and Sidley regarding UST comments to | 0.50 |

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | Lazard application (.3). | |
| 04/11/22 | DSME | Telephone conference with UST regarding retention applications (.4); conduct follow-up analysis to V&E retention issues raised by UST (1.3). | 1.70 |
| 04/11/22 | MJPY | Prepare for call with U.S. Trustee regarding V&E retention application objection and comments (.3); participate on call with same regarding same (.6); review and compile written responses and further diligence regarding same (.7). | 1.60 |
| 04/11/22 | MAGA | Confer with V&E team regarding UST comments to retention applications. | 0.50 |
| 04/11/22 | TGSP | Correspond with V&E team regarding UST comments to Lazard and Ankura retention applications (.2); correspond with Sidley regarding same (.2); review UST comments to interim compensation order (.3); correspond with V&E team regarding same (.2). | 0.90 |
| 04/12/22 | DSME | Correspond with V&E team regarding UST requests in connection with retention applications (.3); review production of materials regarding same (.2). | 0.50 |
| 04/12/22 | LRKA | Participate in call with V&E team regarding retention and UST comments regarding same. | 0.20 |
| 04/12/22 | MJPY | Prepare written responses and perform further diligence regarding retention applications, interim compensation, and ordinary course professionals in response to U.S. Trustee comments and objections (.8); correspond with V&E team regarding same (.3); draft further revisions to same (.2). | 1.30 |
| 04/12/22 | MAGA | Confer with V&E team regarding UST comments to retention applications (.5); review and revise draft responses to same (.6). | 1.10 |
| 04/12/22 | EMME | Review UST comments to OCP procedures and OCP list (.3); draft response to UST comments (.5); research in furtherance of same (.4); draft revised OCP order (.3); review UST comments to V&E retention application (.3); draft responses to same (.5); correspond with V&E team regarding same (.2); revise responses to UST comments (.2); correspond with V&E team regarding backup data related to UST responses (.4); correspond with same regarding same (.2). | 3.30 |
| 04/12/22 | TGSP | Draft responses to UST comments regarding retention questions (.7); correspond with V&E team regarding same (.8). | 1.50 |
| 04/13/22 | DSME | Correspond with UST regarding information requests (.1); follow-up with V&E team regarding same (.1). | 0.20 |

# V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 54

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 04/13/22 | MJPY | Prepare response to U.S. Trustee comments to retention applications, interim compensation order, and ordinary course professionals order (.8); correspond with V&E team regarding same (.2); evaluate precedent to support same (.2). | 1.20 |
| 04/13/22 | EMME | Review and revise response to UST OCP comments. | 0.40 |
| 04/13/22 | TGSP | Correspond with V&E team regarding responses to UST comments to retention applications. | 0.20 |
| 04/14/22 | MJPY | Correspond with V&E team regarding U.S. Trustee comments to V&E retention application (.2); correspond with U.S. Trustee regarding same (.1). | 0.30 |
| 04/14/22 | TGSP | Correspond with V&E team regarding UCC comments to interim compensation procedures. | 0.20 |
| 04/15/22 | MJPY | Correspond with U.S. Trustee regarding objection issues (.2); correspond with V&E team regarding same (.1). | 0.30 |
| 04/15/22 | TGSP | Conduct research regarding UCC comments to interim compensation motion (.4); correspond with V&E team regarding same (.3). | 0.70 |
| 04/18/22 | TGSP | Draft revisions to interim compensation motion regarding UCC comments (.3); correspond with V&E team regarding same (.2). | 0.50 |
| 04/19/22 | DSME | Correspond with UST regarding retention objection (.3); follow-ups correspondence with V&E team regarding same (.2). | 0.50 |
| 04/19/22 | MJPY | Correspond with UST regarding objection to V&E fee application. | 0.20 |
| 04/20/22 | MWMO | Analyze issues related to potential objection to V&E retention (.4); review evidence in support of response to objection to V&E retention (.2); correspond with V&E team regarding same (.2); review objection to retention application and analyze reply in support of motion for retention (1.0). | 1.80 |
| 04/20/22 | RLPE | Correspond and conferences with V&E team regarding litigation assistance on reply in support of retention application (.5); review and revise supplemental David Meyer declaration related to retention reply (.3); review UCC objection to retention application and provide comments to V&E team (1.2). | 2.00 |
| 04/20/22 | KDG | Correspond with V&E team regarding retention objection (.5); review declarations, pleadings, and relevant research related to same (2.5); draft response related to same (6.5); conference with V&E team regarding same (.4). | 9.90 |

V&E **Invoice** **Rockall Energy Holdings, LLC** August 9, 2022 Page 55

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 04/20/22 | DSME | Review UCC objection to V&E retention application (.4); evaluate next steps in connection with same (.4). | 0.80 |
| 04/20/22 | MJPY | Correspond with V&E team regarding U.S. Trustee retention issues (.3); correspond with U.S. Trustee regarding same (.4); work on diligence responses related to same (.5); correspond with V&E team regarding UST issues related to Ankura retention (.2); correspond with U.S. Trustee regarding open items on retention matters (.3). | 1.70 |
| 04/20/22 | MAGA | Review and analyze objections to V&E retention application (.6); confer with V&E team regarding same (.5). | 1.10 |
| 04/20/22 | EMME | Conference with V&E team regarding Committee retention objection (.6); conference with same regarding retention reply (.4); conference with V&E team regarding supplemental declaration related to same (.8); correspond with V&E team regarding retention work streams (.4); correspond with same regarding retention reply (.2); revise declarations in support of V&E retention (.3); research in furtherance of retention reply (.7); summarize diligence production and calls/meetings in furtherance of retention reply (.7); revise summary of same (.2); review and revise Meyer declaration (.4). | 4.70 |
| 04/20/22 | TGSP | Correspond with V&E team and Sidley regarding UST comments to Lazard retention (.4); correspond with V&E team regarding proposed language for interim compensation (.2); review and respond to fee application questions with V&E team (.7). | 1.30 |
| 04/20/22 | KIVA | Conference with V&E and Ankura teams regarding UST comments to retention application (.5); correspond with V&E team regarding same (.1). | 0.60 |
| 04/21/22 | MWMO | Analyze argument for reply in support of retention motion (1.0); analyze issues related to retention of V&E and confer with V&E team regarding same (2.5); correspond with UCC counsel regarding deposition of David Meyer (.1). | 3.60 |
| 04/21/22 | RLPE | Research related to reply in support of retention application (.9); correspondence and conferences with V&E team regarding reply in support of retention application and additional arguments and information in support of same (1.2). | 2.10 |
| 04/21/22 | KDG | Draft reply to Committee objection to retention application (4.7); correspond with V&E team regarding same (.6). | 5.30 |
| 04/21/22 | DSME | Review UCC retention objection (1.0); correspond with V&E team regarding same (.2); conference with V&E team regarding same (.3); conference with UST regarding issues/responses (1.0); conference with V&E team regarding hearing (.4); conduct follow-ups with V&E team regarding | 3.20 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | same (.3). | |
| 04/21/22 | LRKA | Correspond with V&E team regarding objection to retention application (.7); review and comment on Pinsonnault declaration in support of same (.9); correspond with V&E team regarding same (.2); conferences with V&E team regarding same (.7). | 2.50 |
| 04/21/22 | MJPY | Prepare for calls with UST regarding V&E and Ankura retention applications (.4); conference with UST regarding V&E retention objection (.5); correspond with V&E team regarding same (.3); correspond with UST regarding diligence requests related to same (.2); conference with UST and Ankura counsel regarding Ankura retention issues (.5). | 1.90 |
| 04/21/22 | MAGA | Prepare for and participate on call with V&E, Ankura, and UST regarding retention application and related issues (.5); participate on calls with V&E and Ankura teams regarding same (.6); confer with V&E team regarding objection to V&E retention (.5); conduct research in furtherance of same (.5). | 2.10 |
| 04/21/22 | EMME | Correspond with V&E team regarding retention and related objections (.5); research in furtherance of retention reply (1.8); correspond with V&E team regarding same (.3); correspond with V&E litigation team regarding retention research (.3). | 2.90 |
| 04/21/22 | KIVA | Conference with UST, V&E and Ankura teams regarding retention applications (.4); revise Ankura application with comments from same (.1). | 0.50 |
| 04/22/22 | KDG | Review objections, research, and other relevant documents related to retention reply (1.5); summarize same (.3); review and revise reply (2.1); correspond with V&E team regarding same (1.2). | 5.10 |
| 04/22/22 | EMME | Conferences with V&E team regarding retention issues and objections (.7); correspond with V&E LIT team regarding retention research (.5); review and revise retention reply (4.1); review and analyze UST objection to V&E retention (.3); correspond with V&E team regarding same (.2). | 5.80 |
| 04/22/22 | TGSP | Review UST objection to V&E retention (.2); conference call with V&E team regarding same (.2); correspond with same regarding same (.2). | 0.60 |
| 04/23/22 | KDG | Review and revise V&E retention reply (2.9); correspond with V&E team regarding same (1.2). | 4.10 |
| 04/23/22 | DSME | Review declarations related to V&E retention (2.0); review reply (.4). | 2.40 |
| 04/23/22 | EMME | Review and revise retention reply (1.3); correspond with V&E team regarding retention research (.2); correspond with V&E | 2.10 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 57

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | team regarding retention research (.2); review and analyze retention research from V&E LIT team (.4). | |
| 04/23/22 | KIVA | Revise Stretto retention application order with comments from Committee (.1); revise Ankura retention application order with comments from US Trustee (.1); compile same (.2); correspond with V&E team regarding same (.1). | 0.50 |
| 04/24/22 | RLPE | Review and revise reply in response to Committees objection to V&E's retention application (.9); correspond with V&E team regarding same (.3). | 1.20 |
| 04/24/22 | KDG | Correspond with V&E team regarding reply to V&E retention objections (.8); revise same (4.7); conference with V&E team regarding same (.2); correspond with same regarding same (.2). | 5.90 |
| 04/24/22 | DSME | Review and revise retention reply. | 3.20 |
| 04/24/22 | MAGA | Review and revise reply in support of V&E retention application. | 1.00 |
| 04/24/22 | EMME | Correspond with V&E team regarding retention reply (.4); review and revise retention reply (3.3); correspond with V&E team regarding UST comments to OCP and retention orders (.2). | 3.90 |
| 04/25/22 | KDG | Revise reply in support of retention (2.6); correspond with V&E team regarding same (1.2); prepare questions related to V&E retention in advance of deposition preparation (1.4). | 5.20 |
| 04/25/22 | DSME | Review and revise reply in support of V&E retention application. | 1.80 |
| 04/25/22 | LRKA | Review and comment on V&E retention reply (1.2); review materials regarding same (.6); correspond with V&E team regarding same (.3). | 2.10 |
| 04/25/22 | EMME | Review local rules in furtherance of retention reply (.3); correspond and conference with V&E team regarding same (1.4); research in furtherance of same (2.6). | 4.30 |
| 04/25/22 | TGSP | Correspond with V&E team regarding CNOs related to UST and UCC comments to retention applications, OCP, and interim compensation motions (.7); draft revisions to same (.6); conferences with V&E team regarding same (.5); coordinate filing of same (.2). | 2.00 |
| 04/26/22 | KDG | Attend meeting with V&E team regarding preparation for deposition in connection with V&E retention (1.5); research related to same (1.2); correspond with V&E team regarding same and deposition (1.4); draft and revise notes and outline in preparation for hearing regarding V&E retention, including | 7.50 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 58

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | review of pertinent research and pleadings (3.4). | |
| 04/26/22 | EMME | Correspond and conference with V&E team regarding retention reply (1.7); review and revise same (.6). | 2.30 |
| 04/27/22 | KDG | Prepare for David Meyer deposition. | 2.00 |
| 04/27/22 | EMME | Prepare for deposition of David Meyer. | 0.20 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

**Summary of services - Employment and Fee Application Objections**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| MAGA | Michael A. Garza | 5.80 | 860.00 | 4,988.00 |
| KDG | Katherine D. Grissel | 45.00 | 925.00 | 41,625.00 |
| LRKA | Lauren R. Kanzer | 4.80 | 975.00 | 4,680.00 |
| RLPE | Rebecca L. Matthews | 5.30 | 1155.00 | 6,121.50 |
| EMME | Elias M. Medina | 31.70 | 590.00 | 18,703.00 |
| DSME | David S. Meyer | 15.00 | 1325.00 | 19,875.00 |
| MWMO | Matthew W. Moran | 5.40 | 1285.00 | 6,939.00 |
| MJPY | Matthew J. Pyeatt | 8.50 | 910.00 | 7,735.00 |
| TGSP | Trevor G. Spears | 9.30 | 790.00 | 7,347.00 |
| KIVA | Kiran Vakamudi | 4.10 | 790.00 | 3,239.00 |
| **Total** | | **134.90** | | **121,252.50** |

**Disbursements and other charges posted through April 30, 2022:**

**Fees for services posted through April 30, 2022:**

**Re: Financing and Cash Collateral**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 04/01/22 | LRKA | Correspond with V&E team regarding DIP matters. | 0.40 |
| 04/01/22 | MJPY | Attend calls with Ankura regarding interest payment (.3); evaluate DIP credit agreement regarding same (.3); correspond with V&E finance team regarding same (.1). | 0.70 |
| 04/01/22 | ARMU | Correspond with V&E litigation team regarding DIP Credit Agreement (.7); correspond with V&E restructuring team regarding same (.8). | 1.50 |
| 04/01/22 | TDAI | Review and analyze control agreement matters (.1); discuss potential amendment to DIP credit agreement with V&E team and analyze credit agreement provisions related thereto (.9). | 1.00 |
| 04/01/22 | KIVA | Conduct research regarding DIP financing issues (1.9); draft memo regarding same (.8); circulate to V&E RR team for review (.2); correspond with V&E team reading same (.4). | 3.30 |
| 04/01/22 | GRHO | Review, analyze, and respond to questions from the Board regarding DIP budget (.9); correspond with V&E team regarding reporting questions and newly asserted liens (.3). | 1.20 |
| 04/04/22 | GGRI | Discuss status of collateral review and DIP schedule with V&E team (.4); draft correspondence regarding same (.1). | 0.50 |
| 04/04/22 | MJPY | Correspond with client regarding DIP procedures and fee | 0.60 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | payments (.2); evaluate DIP milestones in connection with extension issue (.2); revise DIP order language regarding taxing authorities (.2). | |
| 04/04/22 | ARMU | Correspond with V&E team regarding existing liens. | 0.60 |
| 04/04/22 | TDAI | Correspond with V&E, company, and Ankura teams regarding mortgage filing matters (.1); correspond with V&E, company and Cleary teams regarding liens (.2). | 0.30 |
| 04/04/22 | KIVA | Conduct research regarding DIP claim issues (1.7); correspond with V&E team regarding same (.8); draft summary regarding same (.7). | 3.20 |
| 04/05/22 | GGRI | Discuss logistics of collateral filings with V&E team. | 0.50 |
| 04/05/22 | MJPY | Correspond with V&E finance team regarding permitted priority liens under DIP Credit Agreement (.2); correspond with V&E team regarding collateral review (.2). | 0.40 |
| 04/05/22 | ARMU | Review DIP credit agreement (1.8); correspond with V&E team regarding same (.4). | 2.20 |
| 04/05/22 | TDAI | Correspond with V&E and Cleary teams regarding liens. | 0.10 |
| 04/05/22 | KIVA | Conduct research regarding DIP claim issues (3.1); draft summary regarding same (1.2). | 4.30 |
| 04/06/22 | GGRI | Call with V&E team regarding general status and potential questions from UCC. | 1.00 |
| 04/06/22 | MJPY | Evaluate permitted priority liens (.5); evaluate research to support same (.4); correspond with V&E team regarding same (.3); evaluate collateral documentation to support lien inquiry (.4); correspond with lender counsel regarding fee issue (.2); evaluate mortgages (.2); correspond with V&E finance team regarding same (.2). | 2.20 |
| 04/06/22 | ARMU | Correspond with V&E team regarding Real Property Collateral throughout day (.9); review research from V&E team regarding same (.9). | 1.80 |
| 04/06/22 | TDAI | Review lien matters and discuss and correspond with V&E team regarding same (1.7); attend call regarding lien review (.8); correspond with V&E team regarding guarantors (.1). | 2.60 |
| 04/06/22 | KIVA | Conduct research regarding lien perfection (1.2); draft summary regarding same (.4); correspond with V&E and Cleary teams regarding same (.3); conduct research regarding adequate protection (.6); draft summary regarding same (.5). | 3.00 |
| 04/06/22 | GRHO | Conference call with V&E team regarding UCC diligence | 0.50 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 61

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | requests (.3); follow-up email correspondence V&E team regarding same (.2). | |
| 04/07/22 | GGRI | Review collateral diligence summary and discuss with V&E team (1.2); participate in calls with V&E team and UCC counsel to discuss same and next steps (1.3). | 2.50 |
| 04/07/22 | ARMU | Review and analyze Lien Review and Mortgages (1.5); correspond with V&E team regarding same (.7). | 2.20 |
| 04/07/22 | TDAI | Review lien matters. | 0.80 |
| 04/07/22 | KIVA | Conduct research regarding DIP financing claims in bankruptcy (1.8); correspond with V&E team regarding same (.3); draft summary of same (.8). | 2.90 |
| 04/08/22 | ARMU | Review issues related to collateral review (1.9); correspond with V&E team regarding same (.9). | 2.80 |
| 04/08/22 | TDAI | Attend to lien review matters (1.6); discuss and correspond with V&E team regarding same (1.9); attend to mortgage filing matters and discuss and correspond with V&E team regarding same (.3). | 3.80 |
| 04/09/22 | LRKA | Review North Dakota filings and correspond with V&E team, Cleary regarding same. | 0.90 |
| 04/09/22 | TDAI | Attend to lien review matters and discuss and correspond with V&E team regarding same. | 0.50 |
| 04/10/22 | DSME | Correspond with V&E team regarding collateral questions (.2); review materials (.2). | 0.40 |
| 04/10/22 | ARMU | Correspond with V&E team regarding ND Mortgages. | 0.30 |
| 04/11/22 | MJPY | Correspond with V&E finance team regarding DIP fees. | 0.20 |
| 04/11/22 | ARMU | Correspond with V&E team regarding Mortgages. | 1.10 |
| 04/11/22 | TDAI | Attend to real property filing matters and correspond with V&E team regarding same (.1); research, discuss and evaluate lien review matters (2.0); correspond with V&E team regarding same (1.1). | 3.20 |
| 04/11/22 | KIVA | Review correspondence regarding financing statements between V&E and Cleary teams (.2); review and evaluate creditor inquiry regarding final DIP order (.1). | 0.30 |
| 04/12/22 | GGRI | Discuss status of filing post-petition DIP mortgages with V&E team. | 0.20 |
| 04/12/22 | LRKA | Correspond with V&E and Ankura teams regarding collateral matters (.6); conference with Lewis Gillies regarding same | 1.70 |

V&E **Invoice** **Rockall Energy Holdings, LLC** August 9, 2022 

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | (.2); conferences with V&E team regarding same (.4); participate in conference call with Stephen Golmont and V&E team regarding same (.5). | |
| 04/12/22 | MJPY | Evaluate professional fee accrual to address bi-weekly reporting under DIP order (1.3); correspond with V&E team regarding same (.3); correspond with Ankura regarding same (.2). | 1.80 |
| 04/12/22 | ARMU | Correspond with V&E team regarding Collateral matters (1.2); review and assess relevant documents regarding same (.6). | 1.80 |
| 04/12/22 | TDAI | Evaluate and assess real property filing matters (.7); evaluate and assess lien review matters (1.4); confer with V&E team regarding same (.6). | 2.70 |
| 04/13/22 | GGRI | Attend calls with V&E team regarding financing statement and perfections matters (1.1); evaluate and asses perfection in North Dakota (.9). | 2.00 |
| 04/13/22 | DSME | Participate in telephone conference with Company regarding collateral deliverables (.7); review collateral memo (.5). | 1.20 |
| 04/13/22 | LRKA | Participate in conference call with company/Ankura/V&E regarding collateral matters (.9); conduct follow-up conference with Ankura regarding same (.5); conduct follow-up correspondence and conferences with V&E team regarding same (.9); review local counsel analysis regarding same (.3). | 2.60 |
| 04/13/22 | MJPY | Participate on call with Lazard and client regarding mortgage coverage issues and Committee diligence responses in connection with same (.5); analyze mortgage coverage issues in North Dakota in connection with same (.3); correspond with V&E team regarding same (.2); evaluate Interim DIP Order to address inquiry regarding adequate protection and DIP liens (.2); correspond with V&E team regarding same (.2). | 1.40 |
| 04/13/22 | ARMU | Correspond with V&E team regarding Collateral Review (1.2); analyze issues regarding same (1.0). | 2.20 |
| 04/13/22 | TDAI | Assess lien review matters (1.2); discuss and correspond with V&E, company and local counsel teams regarding same (1.1); evaluate real property filing matters (.1). | 2.40 |
| 04/13/22 | GRHO | Correspond with V&E team regarding various DIP financing issues. | 0.50 |
| 04/14/22 | GGRI | Assess analysis related to perfection matters (1.3); correspond with V&E team and company to discuss same (1.7). | 3.00 |
| 04/14/22 | DSME | Participate on telephone conference with V&E team regarding mortgage matters. | 0.50 |

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 04/14/22 | LRKA | Conference with Scott Pinsonnault regarding lien issues (.3); participate on conference call with V&E team regarding ND mortgage matters (.7); conference with V&E team to follow-up regarding same (.5); review materials from Company regarding same (1.0); correspond with client and Ankura regarding same (.9); conference with V&E team regarding same (.3); review analysis from ND counsel regarding same (.6). | 4.30 |
| 04/14/22 | ARMU | Correspond with V&E team regarding Mortgage and Collateral. | 2.80 |
| 04/14/22 | TDAI | Evaluate lien review matters (1.7); discuss and correspond with V&E, company, and local counsel teams regarding same (.4). | 2.10 |
| 04/14/22 | EMME | Conference with V&E team regarding mortgage matters. | 0.10 |
| 04/15/22 | GGRI | Participate on call with Cleary to discuss collateral and perfection matters (1.0); confer and follow-up with V&E team regarding same throughout day (1.3). | 2.30 |
| 04/15/22 | DSME | Correspond with V&E team regarding ND collateral review. | 0.40 |
| 04/15/22 | LRKA | Correspond with V&E team, Ankura, local counsel regarding mortgages (.8); review materials regarding same (.5); correspond with Pachulski regarding same (.1). | 1.40 |
| 04/15/22 | ARMU | Review and evaluate DIP Credit Agreement (1.8); confer and correspond with V&E team regarding same (.3). | 2.10 |
| 04/15/22 | TDAI | Attend call with company counsel/advisors and UCC counsel/advisors regarding lien review matters (1.3); review and assess lien review matters (.2). | 1.50 |
| 04/16/22 | GGRI | Prepare for and participate in call with local ND counsel to discuss perfection issues (.6); conduct follow-up conferences with V&E team and company regarding same (.9). | 1.50 |
| 04/16/22 | LRKA | Participate in conference call with ND counsel and V&E team regarding mortgages (.5); conduct follow-up conference with V&E team regarding same (.7); review, evaluate, and consider materials and issues regarding same (.3); correspond with V&E team regarding mortgage matters (.2). | 1.70 |
| 04/16/22 | MJPY | Correspond with V&E team regarding mortgage coverage issues in connection with Committee diligence requests (.2); participate in call with North Dakota counsel regarding same (.6); conduct follow-up conference with V&E team regarding same (.8); evaluate diligence responses in connection with same (.3). | 1.90 |

V&E Invoice

Rockall Energy Holdings, LLC August 9, 2022 

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 04/16/22 | ARMU | Correspond with V&E team regarding ND Mortgages. | 1.10 |
| 04/16/22 | TDAI | Evaluate lien review matters (.1); discuss and correspond with V&E team regarding same (.1). | 0.20 |
| 04/18/22 | GGRI | Review additional mortgage coverage information and discuss with V&E team and Rockall. | 2.00 |
| 04/18/22 | LRKA | Correspond with North Dakota counsel regarding mortgage analysis (.6); correspond and conferences with V&E team, Ankura, and Company regarding same (1.5). | 2.10 |
| 04/18/22 | MJPY | Correspond with client regarding inquiry on lender professional fee payment under DIP order (.1); correspond with V&E team regarding DIP reporting (.2). | 0.30 |
| 04/18/22 | ARMU | Correspond with V&E team regarding North Dakota Mortgages and Credit Agreement. | 2.40 |
| 04/18/22 | TDAI | Discuss potential amendment to DIP credit agreement with V&E team (.1); analyze credit agreement provisions related thereto (.1); evaluate and assess lien review matters (.8). | 1.00 |
| 04/19/22 | GGRI | Conferences with V&E team and local counsel to discuss updates and analysis regarding lien review matters (1.3); call with V&E, Rockall and Ankura to discuss mortgage and lien analysis (1.0). | 2.30 |
| 04/19/22 | LRKA | Conference call with Cleary, Houlihan, Matt Pyeatt, Ankura regarding budget, fees (.5); correspond and conferences with V&E team regarding same (.4); conference call with V&E team, Ankura regarding mortgages (.7); prepare for and conference calls with Pachulski, V&E team, local counsel regarding DIP financing (1.4); correspond and conferences with V&E team and local counsel regarding same (1.0); correspond with Cleary regarding same (.2). | 4.20 |
| 04/19/22 | MJPY | Conference with Cleary regarding DIP meet and confer (.5); correspond with V&E team regarding same (.2); work on DIP fee reporting (.6); correspond with V&E team regarding same (.3); correspond with Cleary regarding same (.2). | 1.80 |
| 04/19/22 | ARMU | Review material related to DIP collateral. | 1.40 |
| 04/20/22 | GGRI | Confer with V&E team regarding mortgage perfection issues. | 1.00 |
| 04/20/22 | MJPY | Evaluate Committee DIP objection (.3); correspond with V&E team regarding same (.1); evaluate issues list for same (.2). | 0.60 |
| 04/20/22 | ARMU | Analyze issues related to North Dakota mortgages. | 0.90 |
| 04/20/22 | KIVA | Review committee settlement proposal (.6); draft issues list regarding same (.4); correspond with V&E team regarding | 2.80 |

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | same (.2); review and analyze Committee DIP objection (.9); draft summary of same (.6); correspond with V&E team regarding same (.1). | |
| 04/21/22 | MWMO | Analyze issues related to DIP objection and confer with V&E team regarding same (.9); review response to motion for reconsideration of bid procedures (.3); correspond with V&E team regarding same (.2); conference with V&E team regarding DIP motion and analysis of liens (.7). | 2.10 |
| 04/21/22 | RLPE | Confer with V&E team regarding DIP reply and hearing preparations (.5); conference with V&E restructuring, litigation and finance teams regarding same (.7). | 1.20 |
| 04/21/22 | GGRI | Review DIP objection (1.1); correspond with V&E team regarding same (.3). | 1.40 |
| 04/21/22 | LRKA | Correspond with Alan Bryan regarding DIP objection (.3); correspond with Dave Mirkin, Lazard regarding same (.5). | 0.80 |
| 04/21/22 | MJPY | Correspond with V&E litigation team regarding exhibits for DIP hearing (.2); correspond with V&E finance team regarding same (.2); work on DIP hearing preparation (.6); correspond with lender counsel regarding DIP reporting issues (.3); evaluate first-day hearing transcript to support DIP hearing (.2); evaluate DIP order precedent to support same (.3); conference with lender counsel regarding same (.2); conference with V&E litigation team regarding DIP hearing (.7); evaluate Committee objection to support reply (.4); evaluate evidentiary issues to support DIP hearing (.5). | 3.60 |
| 04/21/22 | JRGO | Conference with V&E teams regarding committee objection to DIP motion (.7); correspond with same regarding same (.1). | 0.80 |
| 04/21/22 | ARMU | Correspond with V&E team regarding DIP objection and reply. | 2.70 |
| 04/21/22 | TDAI | Review lien issues (.2); review DIP objection (.4); analyze issues related to DIP credit agreement (.7); analyze issues related to DIP objection reply (2.5); conference with V&E team regarding same (.7). | 4.50 |
| 04/21/22 | MAGA | Conference with V&E teams regarding DIP financing and related issues. | 0.50 |
| 04/21/22 | KIVA | Conference with V&E team regarding response to committee DIP objection (.5); confer with Matt Pyeatt regarding same (.4); revise response to DIP objection with comments from same (1.8); conduct research regarding precedent DIP orders (.7); correspond with V&E team regarding same (.2). | 3.60 |
| 04/21/22 | GRHO | Review and analyze Committee's objection to DIP (.7); draft and revise outline of responses to same (.8); review and analyze DIP issues list from Kiran Vakamudi (.3); correspond | 2.90 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 66

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | with Matt Pyeatt regarding next steps on DIP and related strategy considerations (.5); review and analyze final DIP order precedent (.6). | |
| 04/22/22 | RLPE | Conference with V&E team regarding mortgage analysis and related issues. | 0.50 |
| 04/22/22 | GGRI | Conferences with V&E team regarding ND counsel positions with respect to mortgaged property. | 1.90 |
| 04/22/22 | LRKA | Conference call with V&E team, Lazard regarding DIP financing (.7); conference call with V&E and Cleary teams regarding same (.6); conferences with David Meyer, Sean O'Neal, Jane Van Lare regarding DIP financing, UCC (.8); conference with Pachulski regarding same (.4); follow-up conferences and correspondence with Ankura, V&E team regarding same (1.2); draft settlement proposal (.3); correspond with David Meyer regarding same (.1). | 4.10 |
| 04/22/22 | MJPY | Conference with lender counsel and North Dakota counsel regarding mortgage issues (.5); evaluate North Dakota lien analysis and mortgage issues following same (.6); conference with Lazard regarding DIP hearing preparation (.9); conference with V&E restructuring team regarding same (.9); conference with lender counsel regarding DIP reply (.6); evaluate Committee DIP objection to support reply (.7); correspond with lender counsel regarding DIP order precedent (.2); correspond with V&E team regarding same (.1); evaluate exhibit list for DIP hearing (.4); compile exhibits for same (.4); correspond with V&E litigation team regarding same (.3); correspond with Ankura regarding DIP budget (.4); evaluate open issues and next steps for DIP reply and DIP hearing preparation (.9). | 6.90 |
| 04/22/22 | ARMU | Correspond with V&E team regarding ND Mortgages. | 1.10 |
| 04/22/22 | TDAI | Conference with Cleary, V&E and ND counsel teams to discuss lien review matters (.5); prepare for same (.5); review and analyze material related to DIP objection (.9); correspond with V&E team regarding same (.8). | 2.70 |
| 04/22/22 | KIVA | Conference with V&E and Lazard teams regarding Committee objection (.9); conference with Ankura team regarding same (.5); conference with Cleary team regarding same (.5); conference with V&E team regarding same and related strategy (.9); draft response to Committee objection (4.2); conduct research regarding same (2.2). | 9.20 |
| 04/22/22 | GRHO | Conference with Sean O'Neal, Jane VanLare (Cleary Gottlieb) and North Dakota local counsel regarding lien perfection issues (.5); conference with Christian Tempke (Lazard) regarding DIP objections and Debtors' responses (.5); conference with Scott Pinsonnault (Ankura) regarding same | 6.20 |

Case 22-50711 Doc 2520 Filed 08/24/22 Entered 08/24/22 11:11:11
Exhibit F Page 320 of 399

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 67

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | (.5); conference with Sean O'Neal, Jane VanLare (Cleary Gottlieb) regarding final DIP order, DIP objections and reply issues (.9); review and analyze DIP pleadings (.9); review and analyze declarations related to same (.8); draft DIP reply (2.1). | |
| 04/23/22 | MJPY | Evaluate DIP budget (.2); correspond with V&E team regarding same (.3); correspond with Ankura regarding same (.2); correspond with Committee counsel regarding exhibits for DIP hearing (.2); evaluate exhibits (.3); evaluate DIP reply (.9); comment on same (2.2); research related to same (.6); correspond with V&E team regarding same (.2); evaluate revised DIP budget (.2); correspond with V&E team regarding same (.2); prepare DIP hearing talking points (.8); evaluate Committee objection to support same (.8); correspond with V&E team regarding DIP reply (.2). | 7.30 |
| 04/23/22 | KIVA | Revise response to DIP objections (1.6); conduct research regarding same (.7); correspond with Matt Pyeatt regarding same (.2); correspond with V&E team regarding same (.1); correspond with Eli Medina regarding DIP order (.2). | 2.80 |
| 04/23/22 | GRHO | Revise reply to DIP objections. | 3.60 |
| 04/24/22 | MJPY | Evaluate comments to DIP reply from V&E team (.8); comment on same (1.2); conference with client and advisors regarding DIP budget and DIP hearing (1.1); conference with V&E restructuring team following same (.5); evaluate revised DIP budget (.4); analyze considerations related to DIP evidence (.9); compile evidence for witness and exhibit list (.60); conference with V&E litigation and restructuring teams regarding evidence for DIP hearing (.9); correspond with Lazard regarding same (.2); correspond with V&E finance team regarding same (.2); evaluate DIP credit agreement to support same (.4); comment on board update regarding DIP status (.4); evaluate North Dakota lien analysis to support DIP reply (.6); correspond with client regarding same (.2); comment on Committee standing motion response (.2); evaluate further comments to DIP reply (.7); evaluate witness and exhibit list (.2); correspond with V&E team regarding same (.2). | 9.70 |
| 04/24/22 | ARMU | Review documents related to collateral. | 1.30 |
| 04/24/22 | TDAI | Review and revise DIP objection response and correspond with V&E team regarding same. | 0.60 |
| 04/24/22 | KIVA | Revise DIP objection (2.1); conduct research regarding same (.8); correspond with V&E and company teams regarding same (.2); correspond with V&E team regarding evidence issues for same (.4); conference with V&E restructuring and litigation teams regarding same (.9); draft Tempke supplemental declaration (1.1); conference with North Dakota | 6.00 |

V&E Invoice **Rockall Energy Holdings, LLC** August 9, 2022 

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | counsel regarding DIP response arguments (.5). | |
| 04/24/22 | GRHO | Conference with Matt Pyeatt regarding DIP objections, Debtors reply and related issues (.5); conference with Ankura, Lazard and Rockall management team regarding DIP objections and related issues (1.1); prepare for same (.4); revise reply to DIP objections (2.4); review related precedent (1.1); revise list of evidence potentially needed in support of DIP reply (1.5); conference with V&E team regarding same (.5); revise outlines for supplemental declarations in support of DIP reply (1.3). | 8.80 |
| 04/25/22 | GGRI | Review and analyze response to DIP objection (1.6); correspond with V&E team regarding DIP mortgage (.8). | 2.40 |
| 04/25/22 | LRKA | Conference with V&E team regarding leases, wells (.6); attend hearing preparation with Christian Tempke regarding DIP financing (1.0); conference with Ankura, V&E team regarding DIP budget (.3); conference with Cleary, Houlihan, lenders, and V&E team regarding same, professional fees (.4); follow-up correspondence regarding same (.5). | 2.80 |
| 04/25/22 | MJPY | Correspond with V&E restructuring team regarding meet and confer with Committee for DIP hearing (.2); conference with V&E restructuring team regarding DIP reply and demonstrative (.2); evaluate client comments to DIP reply (.3); conference with Ankura regarding DIP hearing and strategy (.4); conference with client regarding exhibits for DIP hearing (.4); draft stipulation of agreed facts for DIP hearing (1.0); comment on same (.4); work on exhibit for same (.6); conference with V&E restructuring team regarding same (.6); conference with Ankura regarding DIP budget (.3); conference with V&E finance team regarding DIP credit agreement and strategy (.4); evaluate Committee motion for standing (.4); conference with Lazard regarding witness preparation (.9); conference with Emma Sanzotta regarding demonstrative for DIP reply (.3); evaluate research regarding same (.5); evaluate final DIP order from lender counsel (.4); correspond with Lazard regarding DIP hearing demonstrative (.2); evaluate same (.3); evaluate lender comments to DIP reply (.4); conference with lender counsel regarding same (.4); work on DIP order (.6); conference with Ankura regarding same (.2); comments on DIP reply (.5); revise Lazard supplemental DIP declaration (1.6); evaluate DIP reply (.7); evaluate issues list for DIP hearing (.3); evaluate witness and exhibit list (.3). | 12.80 |
| 04/25/22 | ARMU | Correspond with V&E team regarding ND Mortgage. | 1.30 |
| 04/25/22 | TDAI | Review DIP objection response (.3); conference with V&E RR team regarding DIP and case strategy (.4); analyze real estate filing issues (1.2). | 1.90 |
| 04/25/22 | KIVA | Revise response to DIP objection (2.9); conference with V&E | 6.80 |

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | and Committee teams regarding evidentiary stipulations (.5); confer with Matt Pyeatt and Ryan Strubeck regarding budget issues (.3); prepare for same (.3); draft Tempke declaration (1.6); confer with Lazard team regarding precedent financing comparisons (.3); revise chart summarizing DIP objections and comments (.9). | |
| 04/25/22 | GRHO | Review, analyze, and comment on DIP reply drafts (5.3); review and analyze comments to same (.8); conference with Sean O'Neal (Cleary) regarding responses to DIP objections (.3); conference with Pachulski regarding exhibits for final DIP hearing (.5); conference with Scott Pinsonnault (Ankura) regarding DIP and related budget issues (1.0); conference with Christian Tempke regarding DIP objections and related issues (1.0); review and analyze documents related to DIP reply (1.4). | 10.30 |
| 04/26/22 | GGRI | Conferences with V&E team regarding North Dakota perfection issue (.5); review update correspondence and related documents related to DIP (1.8). | 2.30 |
| 04/26/22 | MJPY | Draft comments to DIP reply (.4); correspond with V&E team regarding same (.2); conference with North Dakota local counsel regarding DIP hearing (.5); attend witness prep session for David Mirkin in advance of DIP hearing (1.1); attend witness prep session for Scott Pinsonnault in advance of DIP hearing (1.2); prepare for same (.4); correspond with lender counsel regarding DIP reply (.2); draft notice of revised proposed DIP order (.4); correspond with Lazard regarding supplemental declaration in support of DIP (.2); draft comments to same (1.3); correspond with Ankura regarding DIP budget (.2); review and revise stipulation of agreed facts regarding DIP evidence with Committee (.6); review exhibit to same (.7); correspond with Committee regarding same (.2); draft comments to same (.6); correspond and conference with Ankura regarding same (.5); correspond with court clerk regarding hearing (.2); evaluate updated DIP budget (.3); correspond with V&E team regarding same (.2); correspond with lender counsel regarding same (.2); draft DIP issues list (.6); correspond with V&E team regarding same (.2); evaluate proposed final DIP order to support same (.7). | 11.10 |
| 04/26/22 | ARMU | Correspond with V&E team and ND counsel regarding ND Mortgages (.3); conference with same regarding same (.5). | 0.80 |
| 04/26/22 | KIVA | Review and revise response to DIP financing objections (1.6); review and revise Tempke declaration (.8); draft Pinsonnault declaration (1.2); confer with V&E and Ankura teams regarding same (.4); revise same (.2); confer with V&E team regarding filing of same (.3); review final DIP order (.4); review and revise notice of final DIP order (.5); correspond with V&E team regarding same (.1); conference with North Dakota counsel regarding same (.5). | 6.00 |

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 04/26/22 | GRHO | Review DIP reply and related email correspondence with Sean O'Neal (Cleary), and Matt Pyeatt, Kiran Vakamudi and David Meyer (.8); review reply to DIP objections before filing (.8); review and revise supplemental Tempke declaration in support of DIP reply (.7); review and revise Pinsonnault declaration in support of DIP reply (.9); conference call with Scott Pinsonnault (Ankura) and V&E team regarding potential testimony related to final DIP approval (1.2); draft/revise script for final DIP hearing (4.00); call with Shane Hanson and Alan Bryan (Crowley Fleck) regarding North Dakota law issues (.5); call with David Mirkin (Rockall) regarding final DIP hearing (.5). | 9.40 |
| 04/27/22 | MJPY | Evaluate DIP hearing issues list (.4); conference with V&E restructuring team regarding DIP hearing preparation (.6); work on DIP hearing prep issues (.8); conference with surety counsel regarding DIP financing inquiry (.3); conferences with U.S. Trustee regarding DIP hearing objection prior to hearing (.7); conference with lienholder counsel regarding DIP language (.2); conference with taxing authority counsel regarding tax language for DIP order (.2); conference with lender counsel regarding same (.1); work on comments to DIP order following hearing (1.2); correspond with Ankura regarding DIP budget (.2); correspond with lender counsel regarding milestone extension (.2). | 4.90 |
| 04/27/22 | KIVA | Conference with V&E team regarding DIP Motion argument (.6); review and revise issues list regarding objections to DIP Motion (1.3); review revisions to final DIP order (.3); review correspondence regarding settlement regarding DIP financing (.4); review correspondence regarding same (.1). | 2.70 |
| 04/27/22 | GRHO | Review and comment on settlement term sheet related to DIP (.4); revise final DIP order (.3); conference with Sean O'Neal (Cleary) regarding same (.1). | 0.80 |
| 04/28/22 | MJPY | Conference with lender counsel regarding Final DIP Order (.3); evaluate comments received to same from lenders and Committee (.8); correspond with Ankura regarding budget (.2); evaluate same (.2); comment on DIP order (.4); correspond with lender counsel regarding same (.2). | 2.10 |
| 04/28/22 | IDAY | Prepare execution version of term sheet. | 0.60 |
| 04/28/22 | GRHO | Review and comment on DIP Order (.4); comment on global settlement term sheet (.3). | 0.70 |
| 04/29/22 | LRKA | Conference with Cleary, Pachulski, V&E team regarding DIP order and settlement (.5); correspond with same regarding same (.3); review revised proposed order (.2); correspond with Matt Pyeatt regarding same (.2). | 1.20 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 71

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 04/29/22 | MJPY | Draft comments to DIP Order (.3); evaluate lender comments to same (.2); evaluate Committee comments to same (.2); correspond with V&E team regarding same (.2); evaluate and finalize budget (.2); prepare DIP order for filing (.4); correspond with V&E team regarding same (.2). | 1.70 |

V&E Invoice

Rockall Energy Holdings, LLC August 9, 2022 Page 72

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

**Summary of services - Financing and Cash Collateral**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| IDAY | Ida Ayalew | 0.60 | 540.00 | 324.00 |
| TDAI | Taylor Daily | 31.90 | 590.00 | 18,821.00 |
| MAGA | Michael A. Garza | 0.50 | 860.00 | 430.00 |
| JRGO | Jeremy R. Gonzalez | 0.80 | 705.00 | 564.00 |
| GGRI | Guy Gribov | 26.80 | 1095.00 | 29,346.00 |
| GRHO | George R. Howard | 44.90 | 1285.00 | 57,696.50 |
| LRKA | Lauren R. Kanzer | 28.20 | 975.00 | 27,495.00 |
| RLPE | Rebecca L. Matthews | 1.70 | 1155.00 | 1,963.50 |
| EMME | Elias M. Medina | 0.10 | 590.00 | 59.00 |
| DSME | David S. Meyer | 2.50 | 1325.00 | 3,312.50 |
| MWMO | Matthew W. Moran | 2.10 | 1285.00 | 2,698.50 |
| ARMU | Arthur Munoz | 34.40 | 705.00 | 24,252.00 |
| MJPY | Matthew J. Pyeatt | 72.00 | 910.00 | 65,520.00 |
| KIVA | Kiran Vakamudi | 56.90 | 790.00 | 44,951.00 |
| **Total** | | **303.40** | | **277,433.00** |

**Disbursements and other charges posted through April 30, 2022:**

**Fees for services posted through April 30, 2022:**

**Re: Hearings**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 04/26/22 | DSME | Prepare for hearing and deposition. | 7.60 |
| 04/27/22 | MWMO | Attend contested hearing in Fort Worth. | 1.70 |
| 04/27/22 | KDG | Attend hearing in Fort Worth. | 1.70 |
| 04/27/22 | DSME | Participate in hearing. | 1.70 |
| 04/27/22 | LRKA | Present at hearing regarding KEIP, KERP, DIP financing, and V&E retention application. | 1.70 |
| 04/27/22 | MJPY | Attend telephonic hearing regarding DIP financing and retention. | 1.70 |
| 04/27/22 | ESST | Attend hearing on KEIP/KERP, V&E retention, and DIP. | 1.70 |
| 04/27/22 | GRHO | Appear and present at final DIP hearing. | 1.70 |

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

**Summary of services - Hearings**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| KDG | Katherine D. Grissel | 1.70 | 925.00 | 1,572.50 |
| GRHO | George R. Howard | 1.70 | 1285.00 | 2,184.50 |
| LRKA | Lauren R. Kanzer | 1.70 | 975.00 | 1,657.50 |
| DSME | David S. Meyer | 9.30 | 1325.00 | 12,322.50 |
| MWMO | Matthew W. Moran | 1.70 | 1285.00 | 2,184.50 |
| MJPY | Matthew J. Pyeatt | 1.70 | 910.00 | 1,547.00 |
| ESST | Eli S. Sterbcow | 1.70 | 590.00 | 1,003.00 |
| **Total** | | **19.50** | | **22,471.50** |

**Disbursements and other charges posted through April 30, 2022:**

**Fees for services posted through April 30, 2022:**

**Re: Litigation (Contested Matters and Adversary Proceedings)**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 04/01/22 | MWMO | Review correspondence regarding 2CO invoices (.1); review correspondence regarding lift stay issues (.2); review correspondence regarding agreements with UCC regarding second day motions and CNOs (.2); review diligence/document production tracker and related email correspondence (.1); review correspondence regarding witness and exhibit list (.1); review correspondence regarding finalizing Steel Reef stipulation (.1); review correspondence regarding document production (.2). | 1.00 |
| 04/01/22 | RLPE | Correspond with V&E team regarding additional items for diligence production to Committee and review same (.5); confer with restructuring team on current status of resolving objections with Committee and US Trustee (.8); correspond with V&E team regarding witness and exhibit list (.2); correspond with same regarding procedure for certificates of no objection/motions (.2); review correspondence regarding diligence tracker (.3); correspond with V&E restructuring team regarding same (.2); review issues related to contested motions (.4); correspond with Jeremy Gonzalez regarding privilege considerations (.3). | 2.90 |
| 04/01/22 | DSME | Correspond with V&E team regarding second day hearing (.8); correspond with V&E team regarding hearing schedule (.6). | 1.40 |
| 04/01/22 | JRGO | Analyze and prepare documents for production. | 0.50 |
| 04/01/22 | ERHI | Update and circulate UCC diligence production tracker (.8); | 1.70 |

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | review documents for privilege (.9). | |
| 04/01/22 | MAGA | Confer with V&E team regarding hearing strategy (.6); correspond with V&E team regarding first day orders with respect to committee diligence request (.3); confer with Committee counsel regarding same (.3). | 1.20 |
| 04/01/22 | ESST | Communicate with V&E team regarding suggestions of bankruptcy and external litigation (.6); produce UCC requested diligence (.3); communicate with V&E team regarding strategy and updates related to contested hearings (.9); review documents for privilege concerns (.4). | 2.20 |
| 04/02/22 | ESST | Review suggestions of bankruptcy court related to state court litigation (.8); correspond with V&E team regarding same (.4). | 1.20 |
| 04/03/22 | RLPE | Correspond with Mike Garza and Trevor Spears regarding status of hearing and related filing requirements. | 0.30 |
| 04/03/22 | LRKA | Review and comment on draft response to Committee diligence questions regarding KEIP and KERP (.7); correspond with V&E team regarding same (.1). | 0.80 |
| 04/04/22 | MWMO | Review Bonebrake declaration revisions and related email correspondence (.5); conference with V&E team regarding UCC proposal and related matters (.4); review correspondence with V&E team regarding confidentiality issues (.2); review correspondence regarding CNOs (.1); review notice of agenda for April 5 hearing (.1); review correspondence regarding Steel Reef stipulation (.1); review correspondence regarding document production and updated tracker (.1). | 1.50 |
| 04/04/22 | RLPE | Comment on documents related to May 5 hearing (.9); correspond with V&E team regarding confidentiality issues in connection with Committee KEIP/KERP diligence (.5). | 1.40 |
| 04/04/22 | DSME | Review settlement proposal (.8); correspond with V&E team regarding follow-ups (.4). | 1.20 |
| 04/04/22 | LRKA | Conference call with Pachulski regarding settlement (.4); review correspondence regarding Steel Reef (.3); revise interrogatories and document requests (.3); correspond with V&E litigation team regarding same (.3); review settlement agreement (.3); correspond with V&E team regarding same (.2); review Steel Reef objection to motion to reject (.4); correspond with V&E team regarding case status, open issues (.5); review and comment on certificate of no objection (.6); correspond with V&E team regarding same (.1); review and comment on notice of adjournment (.3); correspond with V&E team regarding same (.1); review agenda (.2); correspond with V&E team regarding same (.2); correspond with V&E team regarding KEIP/KERP diligence for UCC (.3). | 4.50 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 04/04/22 | MJPY | Evaluate settlement proposal (.3); correspond with client regarding same (.2); work on confidentiality issues in connection with discovery produced to Committee (.3). | 0.80 |
| 04/04/22 | ERHI | Update and circulate UCC diligence production tracker (.9); review Bonebrake, Gillies, and Pinsonnault declarations (1.5); review discovery requests (.3); review local rules related to discovery requests (.2). | 2.90 |
| 04/04/22 | MAGA | Review and revise certificate of no objection and hearing adjournment (.5); confer with V&E team regarding same (.5); review and revise agenda for hearing (.2). | 1.20 |
| 04/04/22 | SAZO | Compile and evaluate KEIP/KERP materials in connection with UCC diligence (1.7); revise draft response related to same (.3); confer with V&E team regarding same (.2). | 2.20 |
| 04/04/22 | ESST | Review Steel Reef objection motion to reject. | 0.80 |
| 04/05/22 | MWMO | Review requests for information from UCC and proposed responses to same related to KERP/KEIP (.2); confer with V&E team regarding same (.2); correspond with V&E team regarding Sligar litigation (.2); confer with V&E team regarding confidentiality issues (.3); review correspondence regarding same (.1). | 1.00 |
| 04/05/22 | RLPE | Correspond with Mike Garza regarding CNOs for hearing and notice of adjournment (.2); review and analyze Committee settlement proposal (.4); correspond with V&E team and Company to discuss same (.5); confer with V&E team regarding Sligar and Steel Reef litigation issues (.3); attend to confidentiality and diligence issues and revise update to lenders regarding same (1.5); review comments to declarations and discuss witness preparations for KEIP/KERP motions (.3); review and revise draft responses to Committee follow-up questions in connection with KEIP and KERP plans (.4). | 3.60 |
| 04/05/22 | DSME | Review Committee settlement proposal (.2); analyze response (.1); correspond with Lauren Kanzer regarding same (.2); analyze workstreams and correspondence regarding same (.2); telephone conference with S. O'Neal regarding same (.3); follow-up with V&E team and advisors (.6). | 1.60 |
| 04/05/22 | LRKA | Correspond with V&E team regarding term sheet, management presentation (.3); conference call with Company and advisors regarding UCC term sheet (.6); follow-up correspondence regarding same (.4); conference call with Mike Garza regarding same (.7). | 2.00 |
| 04/05/22 | MJPY | Correspond with V&E team regarding Committee diligence | 1.80 |

I.R.S. NO. 74-1183015

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | issues (.4); evaluate documents supporting same (.3); call with client and advisors regarding Committee settlement proposal (.6); call with Lazard regarding Committee diligence matters pertaining to sale-related documents (.2); correspond with V&E team regarding same (.2); correspond with lender counsel regarding confidentiality matters (.1). | |
| 04/05/22 | JRGO | Analyze brief opposing Debtors' motion to reject Steel Reef contracts (1.6); analyze Steel Reef's discovery requests (.4). | 2.00 |
| 04/05/22 | ERHI | Correspond with V&E team regarding filing declarations. | 0.40 |
| 04/05/22 | MAGA | Confer with V&E team regarding second day motions and hearing (.4); confer with court regarding same (.3); review and revise certificate of no objection (.3); review and revise notice of cancellation of hearing (.6); confer with V&E team regarding diligence requests and related strategy (.5). | 2.10 |
| 04/05/22 | EMME | Review Box diligence regarding committee diligence request (.3); correspond with V&E team regarding same (.2). | 0.50 |
| 04/05/22 | ESST | Review and revise updated declarations for KEIP/KERP motions (.9); review Steel Reef objection, request for production, and interrogatories (2.7); draft communications to committee (.7); correspond with V&E team regarding bylaws and confidentiality provisions (.9). | 5.20 |
| 04/05/22 | TGSP | Correspond with V&E team regarding diligence requests from the Committee (.4); confer and correspond with V&E team regarding board meeting minutes for Committee diligence (.9). | 1.30 |
| 04/05/22 | IDAY | Conduct research regarding Bankruptcy rule 9023 (1.6); correspond with Sara Zoglman regarding same (.3); determine whether a party has standing (.8); incorporate comments and revise draft of same (.8); circulate draft to V&E litigation team and incorporate comments (.6). | 4.10 |
| 04/05/22 | GRHO | Review and analyze UCC settlement proposal and research regarding precedent for same and related creditor recoveries. | 1.50 |
| 04/06/22 | MWMO | Review correspondence regarding confidentiality concerns by UCC (.3); correspond with V&E team regarding same (.2); conference with V&E team regarding Steel Reef and KEIP/KERP issues and lift stay motion (.5); review correspondence regarding litigation workstreams (.1); review summary of Steel Reef discovery (.1); review summary of Steel Reef objection to motion to reject (.2); review discovery requests from UCC (.1); review correspondence regarding Sligar lift stay motion and order on same (.1); review information regarding UCC settlement offer and analyze same (.2); review discovery to Weil and related email correspondence (.2). | 2.00 |

V&E **Invoice** **Rockall Energy Holdings, LLC** August 9, 2022 

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 04/06/22 | RLPE | Correspond with David Meyer, Matt Moran, Lauren Kanzer and Eli Sterbcow regarding Committee lien diligence requests (.6); draft update to Committee regarding related diligence and confidentiality issues (.5); confer with Matt Moran and Jeremy Reichman regarding litigation work streams (.3); conference with V&E restructuring team regarding diligence and litigation issues (.3); review and analyze Steel Reef response to motion to reject as well as summary of key arguments in same (.6); review and analyze Steel Reef discovery requests (.4); confer with Eli Sterbcow regarding interrogatory chart (.4); conference with V&E litigation team regarding Steel Reef and diligence issues (.7); analyze issues in connection with Baucum litigation matter (.3); update local counsel in Sligar matter (.2); review Committee's first informal document requests and attention to same (.4); review Matt Pyeatt's update to Committee on document production and follow-up with litigation team regarding same (.3); correspond with David Meyer and UCC regarding status of extension of certain objection deadlines and related matters (.2). | 5.20 |
| 04/06/22 | DSME | Review Committee document production (.1); correspond with Lauren Kanzer regarding same (.2). | 0.30 |
| 04/06/22 | LRKA | Conference with counsel regarding Baucum lawsuit (.9); correspond with Company regarding same (.2); conference with Cleary regarding same (.5); conference with V&E team regarding discovery issues (.3); correspond with V&E team regarding committee issues and prepare management presentation (.6); correspond with Ankura, Lazard regarding same (.5); conference with David Meyer regarding same (.3). | 3.30 |
| 04/06/22 | JRGO | Conference with V&E team regarding case developments and next steps (.2); analyze Steel Reef's discovery requests (.2); confer with litigation team regarding same and other litigation matters (.7). | 1.10 |
| 04/06/22 | ERHI | Analyze motion to reject Steel Reef contracts (.6); analyze objection to motion to reject (.3); analyze Steel Reef discovery requests (.4); conference with V&E team regarding case updates (.2); conference with V&E team regarding UCC diligence requests (.7); update UCC production tracker (.6); conference with Eli Medina and Eli Sterbcow regarding new UCC production requests (.9); analyze document requests (.2); produce requested documents and circulate summary to V&E team (.6). | 4.50 |
| 04/06/22 | MAGA | Conference with V&E team regarding diligence requests (.9); prepare for same (.2); conference with V&E team regarding Steel Reef litigation (.3). | 1.40 |
| 04/06/22 | EMME | Conference with V&E litigation team regarding committee diligence tracking and next steps (.6); conference with V&E team regarding committee diligence follow-ups (.3); | 5.10 |

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | conference with V&E restructuring team regarding same (.2); pull and review documents to be produced in diligence requests (1.3); correspond with V&E teams regarding same (.8); conference with V&E litigation team regarding updates and next steps (.7); conference with same regarding committee responses (.9); conference with V&E litigation team regarding motion to reject midstream agreements (.3). | |
| 04/06/22 | ESST | Review and organize document production for committee diligence (1.0); review Steel Reef objection, RFPs, and interrogatories (1.0); draft summaries of steel reef documents, motion to reject and objection thereto, RFPs, and interrogatories (2.6); call with V&E team (.3); conference with V&E team regarding committee document productions (.9); conference with V&E team regarding UCC diligence requests (.7); conference with V&E team regarding motion to reject midstream agreements (.3). | 6.80 |
| 04/06/22 | KIVA | Attend conference call with V&E team regarding committee requests for information. | 0.50 |
| 04/06/22 | GRHO | Correspond with V&E team regarding M&M liens and related issues. | 0.40 |
| 04/07/22 | MWMO | Confer with V&E team regarding discovery matters (.4); review related email correspondence (.3); analyze documents related to same (.5); confer with Becky Matthews regarding privilege issues (.2); review and revise correspondence to UCC regarding discovery matters (.2); review correspondence regarding Steel Reef stipulation (.1); review correspondence regarding discovery from Steel Reef (.1). | 1.80 |
| 04/07/22 | RLPE | Review responses to Committee's first informal discovery request (1.4); confer with litigation team regarding production of same (.4); correspond with Emily Rhine regarding production issues (.3); correspond with Mike Garza regarding Baucum litigation (.2); correspond with Lauren Kanzer and Matt Moran regarding claim investigation issues (.4); review and analyze UCC diligence production (1.4); review and revise update to Committee on responses to informal discovery requests (.9); conference with litigation team and Eli Medina regarding same (.7); correspond with David Mirkin regarding same (.6); confer with Matt Pyeatt regarding PEO designations (.3); conference with Matt Moran regarding privilege issues (.2). | 6.80 |
| 04/07/22 | DSME | Review correspondence regarding discovery (.1); correspond with V&E team regarding UCC production (.1). | 0.20 |
| 04/07/22 | MJPY | Evaluate documentation for confidentiality issues to support Committee discovery and diligence requests (.6); correspond with V&E team regarding same (.2); correspond with client regarding same (.2); correspond with lender counsel | 4.50 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 79

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | regarding issues in support of same (.2); correspond with Committee counsel regarding same (.2); call with V&E finance team regarding mortgage coverage issue to support same (.2); evaluate lender comments to Committee settlement (.4); work on comments to same (.4); correspond with V&E team regarding same (.2); correspond with U.S. Trustee regarding diligence requests (.2); correspond with Committee counsel regarding inquiries on credit documentation (.9); evaluate documentation to support same (.6); correspond with V&E litigation team regarding same (.2). | |
| 04/07/22 | JRGO | Confer with V&E litigation team regarding document production (.4); analyze and redact documents in preparation for production (2.1). | 2.50 |
| 04/07/22 | ERHI | Collect, review, and produce documents responsive to the UCC's first informal document request (2.6); conference with V&E litigation team regarding production efforts and status (.7); correspond with Ankura regarding document production (.2); correspond with V&E team regarding documents to produce and confidentiality and privilege concerns regarding same (.9); update production tracker (.1). | 4.50 |
| 04/07/22 | MAGA | Conference with V&E team regarding diligence requests (.4); confer with V&E team regarding state court litigation and related issues (.3); conduct research regarding motion to reconsider (.6); confer with V&E team regarding same (.6). | 1.90 |
| 04/07/22 | SAZO | Revise draft response to UCC diligence regarding KEIP and KERP matters and V&E correspondence regarding same (.5); analyze UCC motion to reconsider (.3); correspond with V&E team regarding same (.2). | 1.00 |
| 04/07/22 | EMME | Conference with V&E litigation team regarding committee diligence production (.7); conference with V&E team regarding committee diligence follow-up (.4); correspond with V&E team regarding same (.3); correspond with V&E team regarding document production (.7); pull and review documents regarding same (1.7). | 3.80 |
| 04/07/22 | ESST | Conference with V&E team on document production efforts (.7); review, organize, and prepare responses to committee requests for production (2.6); review documents for confidentiality and privilege (1.1). | 4.40 |
| 04/08/22 | MWMO | Analyze issues related to discovery (.9); review email correspondence regarding same (.1); confer with V&E team regarding same (.1); conference with V&E team regarding privilege issues (.2); review IOIs (.3); review correspondence to UCC regarding document production (.1). | 1.70 |
| 04/08/22 | RLPE | Review documents related to UCC production request (.7); confer with litigation team on privilege and confidentiality | 6.70 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | issue (1.1); correspond with V&E restructuring team on production status and specific UCC requests and attention to same (.7); review and analyze documents for privilege (.8); correspond with Matt Pyeatt regarding lien analysis request and review same (.8); conference with Company to discuss outstanding UCC informal discovery requests (.4); conference with Cleary regarding Weil report (.2); correspond with V&E team regarding stock certificates and related priority documents to upload to UCC data room (.7); correspond with V&E restructuring team regarding summary presentation on collateral review (.3); conference with V&E team regarding Baucum litigation matter (.2); correspond with V&E team regarding same (.4); revise and finalize update to Committee (.4). | |
| 04/08/22 | GGRI | Discuss follow up questions from UCC and potential mortgage records and reconciliation with V&E team (1.1); draft email response to UCC regarding same (.4). | 1.50 |
| 04/08/22 | LRKA | Correspond with V&E litigation team regarding document production (.8); attend conferences with V&E team regarding same (.7); correspond with V&E team regarding same (.2). | 1.70 |
| 04/08/22 | MJPY | Call with V&E team regarding Committee diligence requests (.4); correspond with Jones Day regarding documentation in support of same (.2); correspond with client regarding same (.2); evaluate documentation and production issues to support same (.6); call with client regarding same (.2); correspond with lender counsel regarding same (.2); correspond with V&E team regarding document production issues (.4); correspond with Committee counsel regarding diligence requests (.2); correspond with V&E team regarding collateral review summary presentation (.2); correspond with U.S. Trustee regarding diligence requests (.2). | 2.80 |
| 04/08/22 | JRGO | Confer with litigation team regarding production of documents (.3); analyze and redact documents in preparation for production (2.9). | 3.20 |
| 04/08/22 | ERHI | Collect, review, and produce documents responsive to the UCC's first informal document request (2.8); correspond with V&E team regarding documents to produce and confidentiality and privilege concerns regarding same (1.7); update production tracker (.6); draft correspondence to UCC regarding status of production (1.3). | 6.40 |
| 04/08/22 | MAGA | Conference with V&E and Cosmich team regarding motion to lift stay and related issues (.8); draft email correspondence to V&E restructuring team regarding same (.2). | 1.00 |
| 04/08/22 | SAZO | Conduct follow-up work related to UCC diligence request regarding KEIP and KERP matters. | 1.10 |

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 04/08/22 | EMME | Correspond with V&E, LIT, RR teams, Ankura, management regarding diligence items (1.4); pull and review documents related to same (2.9); correspond with V&E team regarding publication notices (.4); correspond with MACM team regarding committee diligence request items (.2); correspond with V&E teams regarding confidentiality issues (.4); review documents related to same (.8). | 6.10 |
| 04/08/22 | ESST | Compile and review documents produced to UCC (.7); conference with client regarding document requests and upcoming production (.4); review documents to produce to UCC for privileged and confidential information (2.1); communicate with V&E team regarding same (.4). | 3.60 |
| 04/08/22 | TGSP | Draft slides for management presentation to UCC (1.2); correspond with V&E team regarding same (.1); review other professionals management presentation draft slides (.3). | 1.60 |
| 04/08/22 | IDAY | Draft response to UCC's objection to bidding procedures (2.7); review and correspond with V&E team regarding same (.3). | 3.00 |
| 04/09/22 | MWMO | Review correspondence regarding document production and discovery (.2); review counterproposal to UCC (.2); review correspondence regarding same (.1); analyze valuation materials (.5); review and revise presentation deck to UCC (.5). | 1.50 |
| 04/09/22 | RLPE | Review and analyze additional documents in response to Committee requests (.9); confer with litigation team on status of various requests (.7); review settlement counter proposal (.3); correspond with Matt Moran and Lauren Kanzer regarding same (.2). | 2.10 |
| 04/09/22 | LRKA | Correspond with V&E team regarding litigation matters (.4); review North Dakota mortgage matters (.4); correspond with Ankura regarding budget (.2); review and comment on management presentation materials (.6); correspond with V&E team regarding same (.2). | 1.80 |
| 04/09/22 | MJPY | Evaluate Committee diligence production (.2); correspond with V&E team regarding same (.1). | 0.30 |
| 04/09/22 | JRGO | Analyze and redact documents in preparation for production (.7); correspond with Becky Matthews regarding same (.3). | 1.00 |
| 04/09/22 | ERHI | Upload documents for UCC production (.8); update diligence production tracker (.4). | 1.20 |
| 04/09/22 | MAGA | Review and revise management presentation to creditors committee (.6); correspond with George Howard through day regarding same (.9). | 1.50 |

V&E Invoice



| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 04/09/22 | EMME | Correspond with V&E team regarding diligence production update (.2); review diligence documents (1.8). | 2.00 |
| 04/09/22 | ESST | Coordinate with V&E team regarding diligence production. | 0.70 |
| 04/09/22 | IDAY | Research regarding federal rules (1.7); draft summary regarding same (.8); correspond with Sara Zoglman regarding same (.1). | 2.60 |
| 04/10/22 | RLPE | Review and analyze documents in response to UCC informal requests and correspond with V&E team regarding same (.9); correspond with Matt Moran regarding witness preparation and declarations for KEIP/KERP motions (.3); correspond with V&E team regarding mortgage documents and issues with respect to same (.2). | 1.40 |
| 04/10/22 | LRKA | Review diligence materials (.4); correspond with V&E team regarding same (.5). | 0.90 |
| 04/10/22 | MJPY | Correspond with V&E team regarding Committee diligence and mortgages (.2); correspond with Ankura regarding same (.2); compile diligence documents to support same (.4); evaluate email correspondence with advisors regarding Committee settlement (.2); evaluate email correspondence with advisors regarding mortgage issues (.2). | 1.20 |
| 04/10/22 | JRGO | Analyze and redact documents in preparation for production (.6); correspond with Becky Matthews regarding same (.2). | 0.80 |
| 04/10/22 | ERHI | Collect, review, and produce documents responsive to UCC's first informal document request (.8); correspond with V&E team regarding same (.3). | 1.10 |
| 04/10/22 | IDAY | Continue to draft reply motion to the Committee of Unsecured Creditors' motion for reconsideration (2.4); confer and correspond with V&E team regarding same (.4). | 2.80 |
| 04/11/22 | RLPE | Correspond with Lauren Kanzer and Jeremy Gonzalez regarding board minutes in response to UCC requests and attention to same (.2); review and analyze additional documents for production (.4); confer with V&E litigation team on status of production (.5); revise summary update to Committee (.3); correspond with Sara Zoglman, Matt Moran and declarants regarding declarations and witness/evidentiary preparation for KEIP/KERP motions (.8); review documents for production in response to UCC requests (.4); conference with Eli Medina, Eli Sterbcow, Jeremy Gonzalez and Emily Rhine to discuss production issues (.3); correspond with V&E team regarding Baucum litigation issues (.2); update additional items to post to Committee VDR and attention to same (.3). | 3.40 |
| 04/11/22 | DSME | Review management presentation (.5); prepare for | 2.00 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | management presentation (.5); participate in presentation (1.0). | |
| 04/11/22 | LRKA | Review and revise UCC presentation slides. | 0.60 |
| 04/11/22 | MJPY | Review and evaluate mortgage coverage issues to address Committee diligence (1.1); correspond with V&E team regarding same (.2); evaluate committee diligence issues (.3); correspond with client regarding same (.2); correspond with V&E team regarding management presentation to Committee (.2); evaluate email correspondence with Ankura and Lazard regarding same (.3). | 2.30 |
| 04/11/22 | JRGO | Analyze documents to determine responsiveness for production to the committee. | 1.00 |
| 04/11/22 | ERHI | Collect, review, and produce documents responsive to the UCC's first informal document request (2.2); correspond with V&E team regarding same (.6); attend call with V&E litigation team regarding status update on diligence production (.3); update tracker and various status documents regarding same (.5). | 3.60 |
| 04/11/22 | MAGA | Review and revise management presentation to creditors committee (1.0); confer with V&E, Ankura, and Lazard teams regarding same (.5). | 1.50 |
| 04/11/22 | SAZO | Research and review precedent related to objection to motion to reconsider bidding procedures (.9); review and analyze draft objection regarding same (.8); revise draft objection regarding same (1.3); correspond with V&E team regarding same (.2). | 3.20 |
| 04/11/22 | EMME | Pull and review diligence documents for Committee requests (1.9); draft notice of adjournment (.6); correspond with V&E team regarding same (.1); review and revise same (.3); draft notice of hearing (.6); correspond with V&E team regarding same (.1); draft condensed bar date notice (.2); correspond with V&E team regarding same (.1); conferences with V&E LIT team regarding diligence production (1.1). | 5.00 |
| 04/11/22 | ESST | Review initial proposed settlement agreement (.5); conference calls with V&E team regarding document collection and production (.8). | 1.30 |
| 04/11/22 | TGSP | Correspond with V&E team regarding Baucum issues (.4); conference with Company and V&E team regarding same (.3); attend conference call with V&E team regarding same (.5); review diligence regarding same (.6); correspond with Lockton and Company regarding same (.4); correspond with V&E team regarding weekly update call with UCC (.1); confer with V&E team regarding diligence requests (.3). | 2.60 |

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 04/12/22 | MWMO | Prepare for calls with KEIP/KERP declarants, including review of KEIP motion, KERP motion and related declarations (.7); conference with Kevin Bonebrake regarding witness preparation for KEIP motion (.5); confer with V&E team regarding Steel Reef discovery (.1); review correspondence regarding production of documents to UCC (.3); conference with Lewis Gillies regarding witness preparation for KERP motion (.5); review update from call with UCC (.2); review correspondence regarding outstanding discovery requests (.2); conference with Scott Pinsonnault regarding witness preparation for KEIP and KERP motions (.7); conference with V&E restructuring team regarding upcoming hearing preparation workstreams and prioritization of items (.7). | 3.90 |
| 04/12/22 | RLPE | Correspond with V&E litigation team regarding Committee production requests (.8); correspond with V&E team regarding Steel Reef discovery (.1); confer with V&E team regarding status of upcoming hearing and witness and exhibit list (.2); conference with Kevin Bonebrake and V&E team regarding witness preparation for KEIP/KERP motions (.5); conference with Lewis Gillies and V&E team regarding witness preparation for KEIP/KERP motions (.3); conference with Scott Pinsonnault and Matt Moran regarding KEIP/KERP motions (.5); correspond with V&E restructuring and litigation teams to finalize KEIP/KERP declarations and related issues (.3); review and revise document production update to Committee (.3); review additional diligence requests from Committee (.5); conference with V&E restructuring and litigation teams regarding UCC discovery requests and related matters (.7); confer and correspond with V&E litigation team same (.7); correspond with V&E restructuring and litigation teams regarding Committee's draft information motion (.3). | 5.20 |
| 04/12/22 | LRKA | Conference call with V&E team regarding litigation matters and document production (.7); prepare for same (.3); confer with V&E team regarding committee matters (1.2); attend portion of call with V&E team and Scott Pinsonnault regarding witness preparation for KEIP and KERP motions and related declaration (.3). | 2.50 |
| 04/12/22 | MJPY | Participate in call with V&E litigation team regarding responses to same (.7); evaluate mortgage coverage issues to address Committee diligence (.5); correspond with V&E team regarding same (.2). | 1.40 |
| 04/12/22 | JRGO | Confer with V&E litigation team regarding document review and production for UCC (.9); analyze documents in furtherance of same (.1). | 1.00 |
| 04/12/22 | ERHI | Conference with Scott Pinsonnault and V&E team regarding KEIP/KERP witness preparation (.5); conference with V&E team regarding production status and other workstreams (.7); collect, review, and produce documents responsive to the | 5.40 |

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | UCC's first informal document request (3.3); correspond with V&E team regarding same (.4); update diligence production tracker (.5). | |
| 04/12/22 | MAGA | Conference with V&E team regarding discovery requests and related issues and strategy (.7); review and analyze committee motion regarding committee information obligations (.2). | 0.90 |
| 04/12/22 | SAZO | Review and analyze UCC motion to reconsider bidding procedures order (.3); review precedent objections related to same (.5); review and revise draft objection to UCC motion to reconsider (1.4); correspond with V&E team regarding same (.3); conference call with Kevin Bonebrake and V&E team regarding KEIP declaration for witness preparation purposes (.5); conference with Lewis Gillies and V&E team regarding KERP declaration for witness preparation purposes (.5); conference with Scott Pinsonnault and V&E team regarding KEIP/KERP declaration for witness preparation purposes (.5); correspond with Scott Pinsonnault and V&E team regarding same (.1). | 4.10 |
| 04/12/22 | ESST | Conference call with Kevin Bonebrake and V&E team regarding KEIP declaration for witness preparation purposes (.5); conference with Lewis Gillies and V&E team regarding KERP declaration for witness preparation purposes (.5); conference with Scott Pinsonnault and V&E team regarding KEIP/KERP declaration for witness preparation purposes (.5); conference with V&E team regarding document production efforts in response to UCC (1.0); review, assess, compile, and produce additional documents to UCC (2.5); conference with V&E team regarding production requests and case strategy (.7). | 5.70 |
| 04/13/22 | MWMO | Analyze and assess UCC production and related discovery matters (.7); review email correspondence regarding same throughout day (.3). | 1.00 |
| 04/13/22 | RLPE | Confer with V&E litigation team on Steel Reef discovery issues (.3); review and analyze draft Committee information motion and e-mail correspondence with V&E litigation team regarding same (.7); review diligence production (1.1); review various privilege and confidentiality issues in connection with same (.9); correspond with V&E team regarding potential Baucum litigation (.4); conference with V&E litigation team to discuss plan for priority UCC requests (.5); analyze UCC requests (.8); facilitate review process for collecting UCC-requested communications regarding DIP, RSA and Plan (.4); confer with V&E litigation team regarding same (.2); review and revise follow-up e-mail correspondence to David Mirkin regarding UCC document requests (.1); confer with V&E team regarding same (.7); confer with V&E restructuring team on document custodians regarding same (.5); prepare for meet | 7.00 |

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | and confer with UCC, including review index of all documents produced and provide comments to UCC document tracker (.4). | |
| 04/13/22 | DSME | Conference with V&E team regarding strategy and next steps in connection with UCC diligence and production requests (1.0); conference with V&E team regarding settlement (.4). | 1.40 |
| 04/13/22 | LRKA | Conference with Lockton, Company, and V&E team regarding insurance issues (.4); correspond with V&E team regarding discovery production (.8). | 1.20 |
| 04/13/22 | JRGO | Confer with V&E litigation team regarding case developments, document productions, and next steps (.5); analyze correspondence regarding review and production of documents for UCC (.3). | 0.80 |
| 04/13/22 | ERHI | Collect, review, and produce documents responsive to the UCC's first informal document request (3.2); correspond with V&E team regarding same (1.1); gather and compile emails for UCC's request (.4); prepare and review index of produced documents in anticipation of meet and confer with UCC (1.3); attend call with V&E team regarding UCC discovery (.5). | 6.50 |
| 04/13/22 | SAZO | Review objection to UCC motion to reconsider bidding procedures order (.1); correspond with V&E team regarding same (.2); conference with V&E team regarding revisions to same (1.2). | 1.50 |
| 04/13/22 | EMME | Conference with V&E LIT team regarding discovery requests (.7); conference with V&E LIT team regarding diligence matters for UCC (.3); correspond with V&E team regarding diligence requests (1.2); review diligence items in preparation for sharing with Committee (1.5); review and revise Petro Harvester ownership summary for counsel in state court litigation (.2); correspond with V&E tax team regarding D&O policy (.1); correspond with Ankura team regarding diligence items (.1); correspond with Company regarding outstanding Committee diligence requests after meet and confer (.2). | 4.30 |
| 04/13/22 | ESST | Attend conference call with V&E team following up on meet and confer with UCC (.7); conference with V&E team regarding diligence production (.7); prepare and review document production in response to UCC informal requests (3.1); review declarations in support of pending motions (1.0). | 5.50 |
| 04/13/22 | TGSP | Correspond with V&E team regarding Baucum issues (.9); attend conference call with V&E team and Company and Lockton regarding insurance issues related to same (.4); confer with V&E team regarding same (.3); conference with defense counsel regarding same (.3); correspond with V&E team regarding UCC diligence requests (.2). | 2.10 |

V&E Invoice

Rockall Energy Holdings, LLC August 9, 2022 

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 04/14/22 | MWMO | Review correspondence regarding Steel Reef discovery (.1); confer with V&E team regarding objections and responses to same (.3); review correspondence regarding production of insurance information (.1); review suggestion of bankruptcy and complaint in Saucier case (.3). | 0.80 |
| 04/14/22 | RLPE | Facilitate review of document production with V&E litigation team (.8); conferences with V&E team and Company on same (.6); correspond with V&E team regarding Steel Reef discovery issues (.8); confer with V&E team regarding Baucum litigation and review relevant documents (.5); review additional production requests from UCC (.2); correspond with V&E team and company regarding same (.1); coordinate with practice support team and V&E litigation team to collect e-mail correspondence from relevant custodians in response to Committee requests (.4); conference with V&E litigation and practice support teams to discuss same (.5); review and respond to various e-mail correspondence with counsel for third parties to resolve confidentiality concerns with UCC document production (.4); correspond with V&E team regarding same (.2); finalize logistics with litigation team and practice support related to document review (.3). | 4.80 |
| 04/14/22 | DSME | Correspond with V&E litigation team regarding workstreams and production for UCC (.6); conference with V&E team regarding strategy for pending matters (.6); correspond with V&E team regarding e-mail production for UCC (.2). | 1.40 |
| 04/14/22 | LRKA | Correspond with V&E team regarding Baucum litigation (.2); conference with same and defense counsel regarding same (.3); correspond with V&E team regarding e-mail production for UCC (.3); organize files for same (.8). | 1.60 |
| 04/14/22 | MJPY | Evaluate and address follow-up issues with respect to Committee diligence and mortgage coverage issues (.2); conference with client and V&E team regarding same (.8); correspond with V&E team regarding same (.3); analyze mortgage coverage issues and related diligence (.7); confer with V&E team regarding same (.6); review and comment on well analysis to support same (.4); conference with client regarding same (.2); evaluate revised draft of same (.2); correspond with V&E litigation team regarding Committee diligence responses (.2); correspond with local counsel regarding Louisiana mortgage issues in connection with same (.4); correspond with V&E team regarding same (.2); correspond further with V&E team regarding mortgage issues (.4); participate on call with V&E team regarding production issues (.5). | 5.10 |
| 04/14/22 | JRGO | Confer with V&E litigation team regarding document review and production for UCC (.6); review, analyze, and redact documents in preparation for production to UCC (2.4). | 3.00 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 04/14/22 | ERHI | Collect, review, and produce documents responsive to the UCC's first informal document request (2.2); correspond with V&E team regarding same (.7); redact documents in connection with same (.8); conference with V&E practice support regarding email production review for UCC (.3); review status of document production and draft update summary (1.2). | 5.20 |
| 04/14/22 | EMME | Conference with V&E practice support team regarding email collections for committee discovery (.3); conference V&E litigation team regarding UCC production (.2); correspond with V&E team regarding committee diligence (1.1); correspond with company regarding committee diligence (.2). | 1.80 |
| 04/14/22 | ESST | Compile, review, redact, and produce documents in response to UCC informal requests (3.3); conference with V&E practice support team regarding UCC document production (.3); conference with V&E team regarding production efforts (.2); review document requests (.4). | 4.20 |
| 04/14/22 | TGSP | Correspond with V&E team regarding Saucier litigation (.3); review suggestion of bankruptcy regarding same (.2); correspond with V&E team regarding Baucum litigation (.6); conferences with local defense counsel regarding same (.3); correspond with V&E litigation team regarding UCC diligence requests (.8). | 2.20 |
| 04/15/22 | MWMO | Review research regarding retention of professionals (.4); review correspondence with Vogel law firm regarding requested information (.1); review correspondence regarding scheduling (.1); review committee motion (.3); review correspondence regarding state court lawsuit (.2); confer with V&E team regarding same (.1); analyze issues related to liens and confer with V&E team regarding same (.7); review update regarding discovery for UCC (.1); review correspondence regarding privilege in connection with discovery (.1); confer with V&E team regarding same (.2). | 2.30 |
| 04/15/22 | RLPE | Correspond with V&E team regarding Sligar litigation (.4); facilitate document production (.4); correspond with V&E team regarding April 22 and April 27 hearings, agenda and evidentiary issues (.3); correspond with V&E litigation team on additional UCC production (.6); evaluate UCC requests and confer with Company and V&E restructuring team regarding same (.4); correspond with V&E team regarding document review issues (.9); review and analyze board materials for production (1.3); confer with litigation team regarding same (.7); conference with UCC and Lazard regarding updates on various issues (.4); confer with V&E restructuring and litigation teams regarding confidentiality and privilege issues (.5); draft e-mail correspondence to UCC concerning same (.1); participate on telephone conference with opposing counsel in Baucum matter (.5); conduct follow-up telephone conference | 7.90 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | with V&E restructuring team regarding next steps and strategy for Baucum matter (.4); participate on telephone conference with UCC and Debtors to discuss sales process update (1.0). | |
| 04/15/22 | DSME | Correspond with V&E team regarding responses to UCC (.2); conference with V&E litigation team regarding document production to UCC (.2); correspond with V&E team regarding same (.1). | 0.50 |
| 04/15/22 | LRKA | Review board materials for production (.4); correspond with V&E team regarding same (.2). | 0.60 |
| 04/15/22 | MJPY | Evaluate mortgage issues in connection with Committee diligence and settlement (.8); correspond with V&E team regarding same (.2); evaluate correspondence from North Dakota counsel regarding same (.3); correspond with Louisiana counsel regarding same (.2); correspond with Mississippi counsel regarding same (.2). | 1.70 |
| 04/15/22 | JRGO | Confer with V&E litigation team and practice support group regarding document collection and production in connection with UCC discovery (.7); analyze, tag, and redact documents in preparation for production (5.2); correspond with V&E team regarding same (1.4); review organizational chart and related documents in furtherance of responding to local counsel inquiry (.5); draft correspondence to local counsel regarding same (.3); correspond with local counsel regarding complaint and alleged damages (.2). | 8.30 |
| 04/15/22 | ERHI | Review email document production for UCC (4.2); conference with V&E team regarding document review status and next steps (.4); finalize redactions for documents to be produced to UCC including board presentations and minutes (1.2); collect, review, and produce documents responsive to the UCC's first informal document request (.8); correspond with V&E team regarding same (.5). | 7.10 |
| 04/15/22 | MAGA | Confer with V&E team regarding litigation and diversity issues (.5); draft email response regarding same (.2). | 0.70 |
| 04/15/22 | SAZO | Gather and review publication notices for auction sale, combined hearing, and bar date in connection with UCC diligence request (.6); prepare chart tracking same (.5); correspond with V&E team regarding same (.1); correspond with V&E team regarding draft objection to UCC motion to reconsider bidding procedures motion (.3). | 1.50 |
| 04/15/22 | EMME | Conference with V&E team regarding email production and review in response to UCC (.3); correspond with V&E LIT team regarding email collection review for committee (.1); correspond with Ankura team regarding outstanding diligence for committee (.2); correspond with V&E team regarding reserve reports for new committee diligence request (.1); | 2.10 |

V&E Invoice



**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | correspond with V&E team regarding suspense research (.1); correspond with V&E LIT team regarding diligence and production work streams (.6); review diligence related to same (.7). | |
| 04/15/22 | ESST | Review declarations in support of pending matters and related court filings (1.2); compile and review document production to UCC informal requests (2.9); conference with Lazard related to document production for UCC (.4). | 4.50 |
| 04/15/22 | TGSP | Correspond with V&E team regarding suggestion of bankruptcy (.4); correspond with V&E team regarding Sligar lawsuit (.6); correspond with V&E team regarding suspense fund matters related to UCC discovery (.2). | 1.20 |
| 04/16/22 | MWMO | Review protective order and confer with V&E team regarding same (.3); review correspondence throughout day regarding discovery process and production of documents in connection with UCC (.3). | 0.60 |
| 04/16/22 | RLPE | Review and revise proposed protective order and correspond with V&E litigation and restructuring teams regarding same (.5); confer with V&E team on document review issues (.6); review document production (1.6); provide update to restructuring team regarding same (.3); analyze and discuss issues with respect to production (.9); correspond with V&E litigation team regarding same (.2); correspond with Committee regarding agreement relating to mortgage analysis (.2); confer with Lazard on follow-up questions from Committee (.3); correspond with Shell counsel regarding protective order (.2); provide update to Cleary team on production (.2). | 5.00 |
| 04/16/22 | DSME | Correspond with V&E team regarding Committee information requests and document production (.3); review materials regarding same (.2). | 0.50 |
| 04/16/22 | LRKA | Correspond with V&E team and Lazard regarding UCC diligence matters and document production (.6); review materials regarding same (.5); conduct follow-up correspondence with V&E team regarding suspense (.4). | 1.50 |
| 04/16/22 | JRGO | Analyze and tag documents in preparation for production in response to UCC. | 1.50 |
| 04/16/22 | CELE | Analyze issue related to treatment of suspense funds (.2); correspond with V&E team regarding same (.1). | 0.30 |
| 04/16/22 | ERHI | Review emails to be produced to UCC. | 1.30 |
| 04/16/22 | EMME | Correspond with V&E team regarding suspense obligations research (.6); correspond with Pachulski regarding same (.1); research related to same (.4). | 1.10 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 91

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 04/16/22 | ESST | Compile and review document production (1.6); conduct research related to objections to committee motions (2.6). | 4.20 |
| 04/17/22 | MWMO | Review correspondence regarding committee discovery matters and attention to same (.4); evaluate and consider privilege and other concerns related to committee production (.1); confer with V&E team regarding same (.2). | 0.70 |
| 04/17/22 | RLPE | Review and finalize DIP production for Committee (.7); correspond with third parties concerning confidentiality concerns (.2); review and finalize document production in connection with UCC's Plan-related (.9); confer with V&E litigation team on document review issues (.4); review and finalize document production in connection with UCC's RSA-related requests (.8); analyze issues in connection with Baucum litigation (.4); correspond with V&E and document production teams regarding uploading final productions to UCC VDR (.4); correspond with V&E team regarding sharing of information in connection with ongoing settlement discussions with Committee and analyze same (.3); conduct follow-up analysis regarding Committee's motion (.1); correspond with V&E restructuring team regarding UCC informal discovery requests (.2). | 4.40 |
| 04/17/22 | DSME | Correspond with V&E team regarding pending matters in preparation for call with lender's counsel (.3); correspond with S. O'Neal regarding status (.2). | 0.50 |
| 04/17/22 | LRKA | Correspond with V&E team regarding document requests from Committee (.5); review correspondence regarding same (.2). | 0.70 |
| 04/17/22 | MJPY | Evaluate email correspondence with V&E litigation team regarding Committee discovery responses and production. | 0.30 |
| 04/17/22 | ERHI | Review and finalize email document production sets in response to UCC (1.7); correspond with V&E team regarding same (.8). | 2.50 |
| 04/17/22 | ESST | Compile and review document production in response to UCC informal request for production. | 3.10 |
| 04/17/22 | TGSP | Conduct research regarding unclaimed property (.6); correspond with V&E team regarding same (.1). | 0.70 |
| 04/18/22 | MWMO | Review correspondence regarding UCC discovery (.3); confer with V&E team regarding citizenship issues of LLCs (.2); conference with V&E team regarding suspense analysis (.2); review correspondence regarding reserve reports and severance agreements (.1); review correspondence regarding related to suspense analysis (.1); review analysis from local counsel related to lien analysis (.2); review draft response to | 1.50 |

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | motion to show cause and request for extension of time in Sligar lawsuit (.3); confer with V&E team regarding same (.1). | |
| 04/18/22 | RLPE | Correspond with local counsel in Sligar matter regarding Order to Show Cause and attention to efforts to gather information necessary for same (.8); review and revise response to Order to Show Cause (.6); participate in telephone conference with V&E team regarding various litigation work streams and next steps with respect to same (.4); correspond with V&E team regarding Baucum litigation matter (.8); review and evaluate materials and information in connection with same (.2); correspond with opposing counsel regarding same (.3); review materials for production to UCC and confer with V&E team on necessary redactions (.8); confer with V&E team on responses and objections to Steel Reef discovery (.3); conduct follow-up correspondence with third parties on confidentiality issues (.3); conduct follow-up correspondence with V&E team on outstanding UCC (.2); conference with same regarding same (.4). | 5.10 |
| 04/18/22 | LRKA | Conference call with V&E litigation team regarding producing documents to UCC (.4); correspond with V&E team regarding same (.7). | 1.10 |
| 04/18/22 | MJPY | Review and evaluate North Dakota analysis regarding mortgage coverage issues to support Committee diligence requests (.2); conference with V&E team regarding workstreams to address Committee inquiries (.8); analyze client responses to same (.4); correspond with V&E restructuring team regarding same (.2); evaluate further correspondence with V&E team and Committee counsel regarding same (.2). | 1.80 |
| 04/18/22 | JRGO | Analyze correspondence with local counsel regarding order to show cause (.2); conduct research regarding same (.3); analyze and redact documents in preparation for production to UCC (.4). | 0.90 |
| 04/18/22 | ERHI | Correspond with V&E team regarding UCC document production (1.4); organize and summarize current document production status (1.2). | 2.60 |
| 04/18/22 | MAGA | Confer with V&E team regarding issues related to suspense obligations. | 0.50 |
| 04/18/22 | EMME | Conference with V&E RR and LIT team regarding confidentiality issues related to suspense document production (.5); revise documents related to same (2.0); correspond with V&E team regarding same (.4); correspond with V&E team regarding Committee diligence requests (.4); review diligence related to same (.9); correspond with Company regarding diligence Committee requests (.6); correspond with V&E team regarding W&E list for April 23 | 5.20 |

V&E **Invoice** **Rockall Energy Holdings, LLC** August 9, 2022 Page 93

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | hearing (.4). | |
| 04/18/22 | ESST | Confer with V&E team regarding case strategy (.4); review requests for production and interrogatories (2.3); draft responses related to same (3.2). | 5.90 |
| 04/19/22 | MWMO | Review correspondence regarding lien analysis (.1); review correspondence regarding witness and exhibit list (.1); analyze issues related to potential retention objection (.1). | 0.30 |
| 04/19/22 | RLPE | Analyze confidentiality issues in connection with ongoing document production (.4); correspond with V&E team and third parties in connection with same (.2); correspond with V&E team regarding upcoming hearings and agendas (.3); review and comment on draft witness & exhibit list for April 22 hearing (.3); confer with Eli Sterbcow on Steel Reef discovery responses and objections (.4); conference with Debtors' and Committee's professionals to discuss sales process (.9); confer with Lauren Kanzer, David Meyer and Matt Moran on UCC request for additional information from Weil (.3); review and analyze reserve reports for production to UCC (.3); correspond with Eli Medina, Emily Rhine and Company regarding same (.5); update on UCC counter-proposal and begin to review same (.3). | 3.90 |
| 04/19/22 | LRKA | Review settlement proposal (.7); correspond with Company, advisors regarding same (.5); conference with David Meyer regarding same (.4). | 1.60 |
| 04/19/22 | MJPY | Call with Committee advisors regarding case updates and Committee diligence and production (1.0); evaluate research regarding legal defenses to support Committee settlement response (.3); evaluate entity asset and liability chart to support same (.4); call with Ankura regarding Committee diligence responses and mortgage coverage issues (.7); call with Committee counsel regarding settlement proposal (.4); evaluate written settlement proposal (.3); follow-up call with V&E restructuring team regarding same (.2); correspond with V&E team regarding same (.4). | 3.70 |
| 04/19/22 | JRGO | Confer with V&E and UCC teams regarding case developments and next steps (.9); analyze correspondence regarding document production (.1). | 1.00 |
| 04/19/22 | ERHI | Attend committee professionals call (.9); draft declaration for motion to assume (2.3); attend call with third party regarding engagement letter (.4); review witness and exhibit list (.3). | 3.90 |
| 04/19/22 | EMME | Correspond with V&E team regarding W&E for upcoming hearing (.2); review and revise W&E for April 22 hearing (.6); circulate same to V&E team (.1); correspond with V&E team regarding same (.1); correspond with Company regarding reserves diligence request from Committee (.2). | 1.20 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 04/19/22 | ESST | Confer with V&E team regarding case strategy (.4); conference with same regarding committee diligence requests (.5); draft responses to requests for production from Steel Reef (3.7). | 4.60 |
| 04/19/22 | TGSP | Correspond with V&E team regarding W&E list (.5); draft same (.4). | 0.90 |
| 04/20/22 | MWMO | Review correspondence regarding response to motion to reconsider bid procedures (.2); correspond with V&E team regarding same (.2); confer with V&E team regarding witness and exhibit list (.1). | 0.50 |
| 04/20/22 | RLPE | Correspond with V&E team regarding objection to UCC Motion to Reconsider (.6); correspond with Sara Zoglman regarding same (.3); correspond with Trevor Spears regarding Baucum litigation (.3); review and revise objection to Motion to Reconsider (.4); provide comments to restructuring team (.6); analyze UCC objection to DIP (.3); prepare for contested hearing related to same (.4); correspond with Emily Rhine regarding exhibit binders for April 22 hearing (.2); revise document production summary and correspond with Emily Rhine and Eli Medina regarding comments (.3); revise objection to Motion to Reconsider (.3); correspond with litigation and restructuring teams on filing (.4); review UCC objection to DIP and provide comments for response to Matt Pyeatt (.7). | 4.80 |
| 04/20/22 | DSME | Correspond with Matt Moran regarding hearing prep (.3); prepare for hearing (.2). | 0.50 |
| 04/20/22 | LRKA | Correspond with Ankura, Committee regarding objection deadlines (.4); correspond with V&E team regarding UST comments, information requests (.5); correspond with V&E team regarding objection to motion to reconsider (.5); review same (.6). | 2.00 |
| 04/20/22 | MJPY | Correspond with V&E team regarding Committee settlement issues (.2); evaluate precedent related to same (.4). | 0.60 |
| 04/20/22 | JRGO | Analyze Committee's retention objection (.3); analyze Committee's DIP objection (.5); analyze correspondence regarding same (.2). | 1.00 |
| 04/20/22 | ERHI | Review documents responsive to the UCCs first informal document request (.3); correspond with V&E team regarding same (.2); draft summary of production to UCC (1.6); compile binders for potential April 22 hearing (.5); attend internal update call (.3). | 2.90 |
| 04/20/22 | SAZO | Review Committee motion to reconsider bidding procedures (.3); correspond with V&E team regarding same (.6); draft | 4.80 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 95

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | objection to same (.9); correspond with V&E regarding same (.9); evaluate comments to same (.3); confer with V&E team regarding same (.2); revise draft objection regarding same (.8); correspond with V&E team regarding same (.6); correspond with Cleary regarding same (.2). | |
| 04/20/22 | ESST | Draft responses to interrogatories. | 0.80 |
| 04/21/22 | RLPE | Review updates related to Baucum litigation (.2); review and provide comments on draft witness and exhibit list for 4/27 hearing (.4); correspond with V&E team regarding Sligar litigation (.2); correspond with V&E team regarding UST objection to KEIP/KERP (.3). | 1.10 |
| 04/21/22 | LRKA | Conference with Sean O'Neal regarding settlement counterproposal (.3); conference with Jessica Liou regarding retention objection, case status (.3); draft correspondence to UCC regarding settlement proposal (.3); correspond with V&E team regarding same (.2); correspond and conferences with V&E team regarding replies to objections (.8). | 1.90 |
| 04/21/22 | ERHI | Research regarding retention reply (2.2); draft summary of findings (1.2); conference with Eli Sterbcow to discuss witness and exhibit list drafting tasks (.4); draft witness and exhibit list for April 27 hearing (1.3). | 5.10 |
| 04/21/22 | SAZO | Evaluate UST objection to KEIP/KERP (.6); prepare summary and analysis regarding same (1.2); confer and correspond with V&E team regarding same (.6); correspond with Cleary team regarding draft objection to committee motion to reconsider bidding procedures (.1); confer and correspond with V&E team regarding same (.3). | 2.80 |
| 04/21/22 | EMME | Correspond with V&E team regarding committee diligence (.2); correspond with V&E team regarding April 27 hearing (.3). | 0.50 |
| 04/21/22 | ESST | Research and compile information for litigation schedule. | 2.00 |
| 04/22/22 | MWMO | Prepare for DIP hearing (.6); prepare for hearing on retention application (.7); compile and review evidence related to same (1.3); analyze legal arguments related to same (.5); review correspondence regarding deposition of David Meyer (.1); review outline for KEIP and KERP briefs (.1); confer with V&E team regarding retention objection (.1); review UST objection to V&E retention (.3); review correspondence regarding witness and exhibit list (.2); confer with V&E team regarding same (.1); review exhibits for upcoming hearing (.6). | 4.60 |
| 04/22/22 | RLPE | Review retention declarations (.6); confer with Emily Rhine regarding exhibits (.4); prepare for 341 meeting (.3); conference with Lauren Kanzer and David Mirkin (.4); attend portion of 341 meeting (.8); review evidence in support of DIP | 8.60 |

| | | | |
|---|---|---|---|
| | | presentation for 4/27 hearing (.3); confer with Matt Pyeatt and finance team on same (.2); review outline of arguments in response to KERP/KEIP objection (.4); confer with Katie Grissel, Eli Medina, Emily Rhine and Matt Moran on hearing preparations and evidence for retention and DIP hearing (.9); conference with Debtors advisors regarding DIP objection and witness testimony for 4/27 hearing (1.0); conference with Debtors and Committees professionals (.5); confer with Trevor Spears and Lauren Kanzer on Baucum litigation issues (.4); review documents for use in support of DIP reply and confer with Eli Sterbcow and Emily Rhine on litigation work streams (.7); confer with litigation and restructuring teams on Committees standing motion (.3); draft meet and confer e-mail to Committee counsel on exhibits (.3); review Committees exhibits and e-mail correspondence regarding same (.7); correspond with witness to confirm availability (.4). | |
| 04/22/22 | DSME | Correspond with V&E team regarding hearing prep and deposition (.6); coordinate with V&E team regarding same (.4); conference with V&E team regarding same (.3); conference with V&E team regarding hearing strategy (.3). | 1.60 |
| 04/22/22 | LRKA | Draft checklist for hearing workstreams (.8); conference call with V&E team regarding same (1.0); correspond with V&E team regarding witness and exhibit list (.7); conference with Matt Moran regarding standing motion (.2); review same (.3); correspond with V&E team, UCC regarding same (.5); correspond with V&E team regarding Baucum response (.3). | 3.80 |
| 04/22/22 | MJPY | Conference with V&E restructuring and litigation teams regarding 4/27 hearing prep and workstreams. | 0.70 |
| 04/22/22 | JRGO | Conference with V&E litigation and restructuring teams regarding hearin. | 1.00 |
| 04/22/22 | ERHI | Revise witness & exhibit list (1.9); compile exhibits (.7); conference with V&E LIT team regarding work streams (.4); conduct research related to retention application objection (2.0). | 5.00 |
| 04/22/22 | MAGA | Draft reply to objections to KEIP and KERP motion (.6); confer with V&E team regarding same (.5); confer with V&E team regarding upcoming hearing and related strategy and preparation (1.0). | 2.10 |
| 04/22/22 | SAZO | Review email correspondence regarding UST objection to KERP/KEIP (.3); prepare outline for reply to KERP/KEIP objection (1.1); confer with V&E team regarding same (.7); correspond with V&E team regarding same (.3); review UST objection to KEIP/KERP (.4); review precedent KEIP/KERP reply (.8); draft reply regarding same (4.1); confer with V&E team regarding same (1.1); prepare KERP schedule for W&E list (.2); correspond with V&E team regarding same (.1); | 10.20 |

V&E Invoice



**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | conference with V&E team regarding upcoming hearing preparation (1.0); prepare for same (.1). | |
| 04/22/22 | EMME | Correspond with V&E team regarding W&E list (.4); correspond with V&E team regarding Talco transaction (.2). | 0.60 |
| 04/22/22 | ESST | Compile information related to litigation schedule (1.7); conference with Lazard regarding sale process (1.0); conference with V&E team regarding hearing prep (1.0); collect documents (.9); conference with V&E team regarding case strategy updates (.5); conduct document review in connection with upcoming hearing (2.2); draft responses to interrogatories (.7); create, edit, organize, and file witness and exhibit list for upcoming hearing (1.0). | 9.00 |
| 04/22/22 | TGSP | Conference with V&E team regarding contested hearing (1.0); review and revise witness and exhibit list regarding same (.7); correspond with V&E team regarding same (.8); review UCC witness and exhibit list related to contested hearing (1.1); correspond with V&E team regarding same (.3); correspond with witness for contested hearing (.7). | 4.60 |
| 04/22/22 | KIVA | Conference with V&E team regarding witness and exhibit list preparation for April 27 hearing. | 1.00 |
| 04/23/22 | MWMO | Review DIP budget (.2); confer with V&E team regarding potential update to board (.1); prepare for hearing on DIP motion (.3); prepare for hearing on V&E retention (.5); review and revise declarations in support of same (.4); conference with V&E team regarding revisions to declaration and evidence for upcoming hearings (.7); conferences with V&E team regarding evidentiary issues in preparation for hearing (.3); analyze standing motion and proposed adversary complaint (1.0); conduct research related to same (.4). | 3.90 |
| 04/23/22 | RLPE | Correspond with Mike Garza and Matt Moran regarding motion to reconsider bidding procedures (.3); correspond with UCC regarding standing motion and review same (.5); correspond with Eli Medina regarding Meyer declaration (.2); revise same (.3); conferences with V&E team regarding Meyer declaration (1.0); correspond with V&E restructuring and litigation teams regarding retention reply and work streams to assist with same (.8); review further revised Pinsonnault declaration and confer with David Meyer, Matt Moran, Eli Medina and Mike Garza on additional comments to same (.8); review additional comments to Meyer supplemental declaration (.3); review updated DIP in preparation for DIP hearing (.4); conferences and correspond with V&E team regarding witnesses for 4/27 hearing (.4). | 5.00 |
| 04/23/22 | LRKA | Review UST retention application objection (.5); correspond with V&E team regarding same (.1); review correspondence regarding declarations, replies, evidentiary issues (.4); | 4.20 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 98

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | correspond with V&E team regarding same (.6); review UCC witness and exhibit list (.3); correspond with V&E team regarding same (.3); draft settlement proposal (.3); correspond with David Meyer regarding same (.4); conference with Cleary and V&E teams regarding open issues (.5); follow-up correspondence with David Meyer regarding same (.5); correspond with Committee, V&E team regarding standing motion (.3). | |
| 04/23/22 | ERHI | Review and analyze UCC DIP objection (.7); review and analyze UCC V&E retention application objection (.7); review and analyze US Trustee's V&E retention application objection (.7); compile helpful retention application objection research and relevant disclosures (1.6); conference with Eli Sterbcow to discuss witness and exhibit list and other litigation work streams (.8). | 4.50 |
| 04/23/22 | MAGA | Draft reply to objections to KEIP and KERP motion (2.0); confer with V&E team regarding same (.6); confer with V&E team regarding federal litigation and diversity issues (.2). | 2.80 |
| 04/23/22 | SAZO | Review comments to KEIP/KERP reply (.5); confer with V&E team regarding same (.7); revise KEIP/KERP reply (3.2); correspond with V&E team regarding same (.6). | 5.00 |
| 04/23/22 | EMME | Correspond with V&E LIT team regarding W&E (.3); conference with same regarding same (.1). | 0.40 |
| 04/23/22 | ESST | Draft responses to interrogatories (1.2); conference with V&E team regarding upcoming hearing tasks and responsibilities (.4). | 1.60 |
| 04/24/22 | MWMO | Conferences with V&E, Lazard, and Ankura teams regarding contested DIP matters and preparation for DIP hearing (1.5); review and comment on supplemental Pinsonnault declaration (.5); review potential exhibits and work on exhibit list (.4); conference with V&E team regarding workstreams for contested hearing (.7); conference with V&E team regarding DIP hearing and evidentiary issues for same and witness preparation (1.7); analyze issues to standing motion and review order (.4); revise language in proposed order (.2); analyze lien issues (.3); correspond with V&E team regarding contested KEIP/KERP hearing (.1); prepare for meetings with witnesses (.2). | 6.00 |
| 04/24/22 | RLPE | Conference with Ankura, Lazard, Company and V&E teams to discuss preparation and issues for upcoming contested hearing on retention, DIP and KEIP/KERP issues (1.7); correspond with V&E team regarding updates to witness and exhibit list and order of agenda for hearing (.5); review revisions and comments to replies in support of retention and DIP and analyze evidentiary issues in connection with same (.4); conference with V&E restructuring and litigation teams | 5.20 |

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | regarding various work streams related to 4/27 hearing (.6); conference with V&E litigation team regarding witness preparation and specific evidentiary and exhibit issues (1.3); correspond with Committee and V&E team regarding evidentiary meet and confer (.2); correspond with V&E team regarding KEIP/KERP discovery (.1); confer with David Meyer and Matt Moran on same (.2); correspond with V&E team regarding Baucum litigation matter (.2). | |
| 04/24/22 | DSME | Prepare for contested hearing. | 1.20 |
| 04/24/22 | LRKA | Conferences with V&E team regarding hearing prep, evidentiary record (1.5); correspond with same regarding same (.4); correspond with V&E team regarding Baucum litigation (.2); update hearing works in progress checklist (.6); correspond with V&E team regarding certificates of no objection, objection to motion for reconsideration (.3). | 3.00 |
| 04/24/22 | JRGO | Confer with V&E teams and Debtors' advisors in preparation for hearing (1.7); confer with V&E litigation and restructuring teams in preparation for same (.9). | 2.60 |
| 04/24/22 | ERHI | Conferences with Ankura team regarding hearing preparation (1.7); conference with V&E team regarding work streams (.9); conference with V&E litigation team regarding evidence for 4/27 hearing (1.1); revise witness and exhibit list (.7); schedule witness preparation meetings (.6); review omnibus KEIP/KERP objection reply draft (.8); review UST KEIP/KERP objection (.9); review UCC exhibit list (.4). | 7.10 |
| 04/24/22 | MAGA | Prepare for and participate on call with Debtors' advisors and management team regarding contested hearing strategy and related issues (1.1); prepare for and participate on call with V&E teams regarding same (.4). | 1.50 |
| 04/24/22 | SAZO | Evaluate research regarding reply for KEIP and KERP (.6); draft questions for witness preparation (1.5). | 2.10 |
| 04/24/22 | EMME | Correspond with V&E teams regarding witness and exhibit list. | 0.20 |
| 04/24/22 | ESST | Conferences with Debtors professionals and V&E to discuss upcoming hearing (1.7); review and draft responses to interrogatories (3.0). | 4.70 |
| 04/24/22 | TGSP | Conference with Company and advisors regarding contested hearing matters and updates (.9); correspond with V&E team regarding witness and exhibit list regarding same (.2); conference with V&E team regarding contested hearing workstreams (.8). | 1.90 |
| 04/24/22 | KIVA | Attend portion of conference with V&E restructuring and litigation teams regarding works in progress for 4/27 hearing. | 0.70 |

# V&E Invoice



**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 04/25/22 | MWMO | Review and revise reply in support of retention application (1.5); review correspondence regarding stipulation of facts (.3); review exhibits for hearing (.2); prepare outlines for contested hearing (.8); review omnibus reply to KEIP and KERP objections (.8); review revisions to reply in support of V&E retention (.3); conference with Lewis Gillies regarding hearing preparations (.8); conference with Scott Pinsonnault regarding hearing preparations (1.0); conference with Kevin Bonebrake and Scott Pinsonnault regarding hearing preparations (.7); conference with Christian Tempke regarding hearing preparations (1.0); review summaries of ND law related to mortgages (.3); review stipulation with committee and confer with V&E team regarding same (.3); review revisions to reply briefs (.3). | 8.30 |
| 04/25/22 | RLPE | Correspond with V&E team and Committee regarding stipulation (.5); review and analyze revisions to retention reply (.3); revise Meyer and Pinsonnault declarations (.4); confer with restructuring team on same (.3); telephonic meet and confer with Committee on witness and exhibits (.8); conference with opposing counsel on Baucum matter and follow-up on same (.3); correspond and conferences regarding confidentiality issues in connection with evidence in support of KEIP/KERP, DIP and retention motions (.3); review and revise witness preparation outlines (.9); conference with Lewis Gillies regarding hearing preparation (.8); conference with Kevin Bonebrake and Scott Pinsonnault regarding same (1.5); conference with Christian Tempke regarding same (1.0); revise DIP reply (.5); confer with litigation and restructuring teams on same (.5); correspond with V&E team and Committee on exhibit stipulation (.4); correspond with V&E team regarding witness preparation (.4); confer with Eli Sterbcow and Lauren Kanzer concerning Steel Reef issues (.3); correspond with Lauren Kanzer and Mike Garza regarding objection to bidding procedures (.3). | 9.50 |
| 04/25/22 | DSME | Prepare for hearing (1.8); conference with Scott Pinsonnault regarding same (.3). | 2.10 |
| 04/25/22 | LRKA | Consider strategy regarding settlement (.6); correspond with Trevor Spears regarding talking points (.4); correspond with V&E team regarding hearing logistics, agenda (.5); conferences with Pachulski, V&E team regarding hearing exhibits, open issues (1.0); prepare for same (.3); prepare for and conference with V&E team, Baucum plaintiffs' counsel regarding lift stay (.6); follow-up correspondence regarding same (.2); attend hearing preparation with Scott Pinsonnault (1.0); review materials regarding same (.3); correspond with V&E team regarding evidentiary issues, stipulations (.8); review draft stipulation and comments to same (.3); correspond with Pachulski regarding standing motion (.2). | 6.20 |

V&E Invoice **Rockall Energy Holdings, LLC** August 9, 2022 Page 101

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 04/25/22 | JRGO | Draft hearing preparation outline for KERP/KEIP (2.2); analyze related motions, objections, replies, and declarations in furtherance of preparing for hearing (1.1); participate in Lewis Gillies hearing preparation (.5); participate in David Mirkin hearing preparation (.4); draft summary of same (.1); participate in Kevin Bonebrake hearing preparation (.5); participate in Christian Tempke hearing preparation (1.0); confer with litigation and restructuring teams regarding hearing preparation (.3); analyze and edit objections and responses to Steel Reef discovery requests (1.0). | 7.10 |
| 04/25/22 | ERHI | Prepare for and participate in Pinsonnault hearing preparation (1.2); draft Pinsonnault KEIP/KERP witness hearing preparation outline (2.9); circulate relevant materials for hearing preparation (.8); attend meet and confer with UCC regarding April 27 hearing exhibits (.8); draft Pinsonnault DIP and retention witness hearing preparation outline (2.4); attend Tempke hearing preparation (1.1). | 9.20 |
| 04/25/22 | MAGA | Review and revise witness preparation outline for witnesses in support of KEIP and KERP motion (1.0); confer with V&E team regarding same (.4); prepare for and participate in witness preparation session for Lewis Gillies (.8); prepare for and participate in witness preparation session for Scott Pinsonnault (1.0); prepare for and participate in witness preparation session for Kevin Bonebrake (1.0); review and revise certificate of no objection (.2); confer with V&E team regarding response to KERP and KEIP objection (.7); review and revise response to KERP and KEIP objections (1.3). | 6.40 |
| 04/25/22 | SAZO | Draft witness preparation questions for KERP/KEIP (1.9); confer with V&E team regarding same (.6); prepare for and participate in witness preparation session regarding same for Lewis Gillies (.8); prepare for and participate in witness preparation session regarding same for Scott Pinsonnault (1.0); prepare for and participate in same for Kevin Bonebrake (1.0); review and revise KEIP/KERP reply (1.6); confer with V&E team regarding same (1.2); analyze and evaluate comments to reply (.6); correspond with V&E team regarding same (.6); revise same (1.4). | 10.70 |
| 04/25/22 | ESST | Attend meet and confer with committee (.9); conference with Lewis Gillies to prepare for hearing (.8); conference call with Scott Pinsonnault regarding same (1.0); conference with Kevin Bonebrake regarding same (1.0); conference with Christian Tempke (1.0); general call on upcoming hearing (.3); draft deposition prep materials for David Meyer (2.2). | 7.20 |
| 04/25/22 | TGSP | Conference with V&E team regarding hearing preparation (.4); correspond with V&E team regarding UCC and opening remarks (.1); conference with V&E litigation team regarding hearing preparation (.4); draft hearing workstreams checklist (.3); correspond with V&E team regarding same (.2); | 2.60 |

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | conferences with V&E team regarding related workstreams (.7); draft hearing agenda (.3); correspond with V&E team regarding same (.2). | |
| 04/26/22 | MWMO | Prepare for Wednesday hearings, including work on witness outlines (2.7); review supplemental declaration of Pinsonnault (.5); review supplemental declaration of David Meyer (.2); review supplemental declaration of Christian Tempke (.4); multiple prep sessions with Scott Pinsonnault regarding DIP motion, KEIP motion, KERP motion and retention motion (2.0); meeting with David Meyer regarding preparation for deposition (2.5); review email correspondence regarding deposition (.2); prepare exhibits for deposition (.2); review research and analysis of ND liens (.3); review reply in support of KEIP and KERP (.6); review reply in support of retention (.7); review speaking points for remarks to court and arguments related to contested motions (.6). | 10.90 |
| 04/26/22 | RLPE | Correspond with litigation and restructuring teams to make final edits to replies and related declarations for hearing on Committee objections (.8); review and revise witness outlines (.7); hearing and witness preparation with Matt Moran, David Meyer and Scott Pinsonnault (1.5); hearing and witness preparation with David Mirkin, Matt Pyeatt, George Howard and Lauren Kanzer (.9); conference with restructuring and litigation teams to discuss final preparations for hearing and outstanding items (.9); conference with Eli Sterbcow, Jeremy Gonzalez and Emily Rhine regarding support for hearing preparation and items for amended witness and exhibit list (.8); additional hearing preparation with litigation team, Matt Pyeatt, George Howard and Scott Pinsonnault (2.7); conference with Paul Labov and Lauren Kanzer (.4); follow-up with Lauren Kanzer and Matt Moran on issues with respect to confidential evidence and additional evidence in support of KEIP/KERP (.8); confer with Eli Sterbcow on logistics for hearing (.3); review and revise supplemental Tempke and Pinsonnault declarations in support of DIP (.8); follow-up call with Paul Labov regarding hearing (.2); update Matt Moran regarding same (.2). | 11.00 |
| 04/26/22 | LRKA | Review KEIP and KERP objections (.7); review precedent cases regarding same (.8); consider issues for hearing (.5); correspond with V&E team regarding research questions, open items regarding same (.4); review and comment on reply to objections (1.6); correspond and conferences with V&E team regarding same (.8); attend hearing preparation session with David Mirkin (.6); conference call with V&E team regarding hearing preparations, open issues (.9); attend portion of preparation session with Scott Pinsonnault (1.0); review and comment hearing talking points for opening presentation (.9); correspond with Trevor Spears regarding same (.3); correspond with V&E team regarding witness, evidentiary matters (.5); review amended witness and exhibit | 9.50 |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | list (.3); correspond with V&E team regarding same (.2). | |
| 04/26/22 | JRGO | Draft, analyze, and edit hearing outlines for various witnesses preparations (3.4); confer and correspond with V&E litigation and restructuring teams regarding preparation, strategy, logistics, and other matters regarding hearing (.5); participate in preparation of witnesses for hearing (1.3); analyze and collect documents for witness preparation (1.6). | 6.80 |
| 04/26/22 | ERHI | Finish drafting Pinsonnault hearing preparation outline (1.3); attend Pinsonnault hearing preparation (2.6); attend Meyer hearing and deposition preparation (1.1); update witness and exhibit list (.7); draft Pyeatt hearing outline (.8). | 6.50 |
| 04/26/22 | MAGA | Prepare for and lead call with V&E teams regarding hearing preparation and related strategy (.8); prepare for and participate in meeting with V&E and witness regarding hearing preparation and related strategy (1.5); conduct research and draft materials in furtherance of same (.8); review and revise response to objections to KERP and KEIP (1.1); confer with V&E team regarding same (.4). | 4.60 |
| 04/26/22 | SAZO | Correspond with V&E team regarding reply to KEIP/KERP objections (.4); revise reply based on comments received (1.8); correspond with client, advisors, and Cleary regarding same (.5); evaluate questions and comments from company and advisors regarding same (1.3); confer with V&E team regarding same (.7); correspond with company and advisors regarding same (.4); revise draft reply regarding same (1.3); draft talking points for hearing regarding KEIP and KERP (3.5). | 9.90 |
| 04/26/22 | EMME | Conferences with V&E team regarding hearing prep and work streams (1.3); coordinate with litigation team regarding witness and exhibit list (.8). | 2.10 |
| 04/26/22 | ESST | Attend witness preparation meetings for witness for hearing (4.7); organize all written materials and exhibits for contested hearing (3.4); draft witness examination outlines (2.7). | 10.80 |
| 04/26/22 | TGSP | Conference calls with V&E team regarding hearing preparation (.8); draft revisions to agenda and amended agenda (.4); correspond with V&E team regarding same (.4); draft revisions to CNO (.6); correspond with regarding same (.3); conference call with V&E Lit team regarding evidence and hearing preparation (.7); review UCC witness and exhibit list (.3); review and revise Company witness and exhibit list (.5); correspond with Emily Rhine and Eli Sterbcow regarding same (.3); review witness preparation and hearing materials (1.2); correspond with V&E litigation team regarding same (.8); draft hearing statement (1.6); correspond with V&E team regarding same (.2). | 8.10 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 104

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 04/26/22 | IDAY | Read and review Committee amended witness and exhibit list (.4); correspond with V&E team regarding same (.3); coordinate and prepare hearing materials (1.3). | 2.00 |
| 04/27/22 | MWMO | Prepare for David Meyer deposition (2.4); prepare for contested hearing, including meeting with Scott Pinsonnault at V&E offices in preparation for same, and preparation at courthouse (3.1). | 5.50 |
| 04/27/22 | RLPE | Correspond with Lauren Kanzer, Mike Garza and Sara Zoglman regarding potential rebuttal evidence in connection with KEIP/KERP and attention to other evidentiary questions (.8); further review witness outlines and confer with Matt Moran and Jeremy Gonzalez on same (.9); call with Paul Labov regarding exhibit stipulation and update V&E team regarding same (.5); continued work on Pinsonnault preparation for hearing (.7); confer with V&E team regarding developing settlement discussions (.5); update V&E litigation team on same and make necessary evidentiary adjustments for hearing to address outstanding UST objections (.7); update Matt Moran on status of outlines and witness preparations and walk through same (.3). | 4.40 |
| 04/27/22 | DSME | Prepare for deposition (2.8); prepare for hearing (2.0). | 4.80 |
| 04/27/22 | LRKA | Prepare for contested hearing (2.5); correspond and conferences with V&E team regarding evidentiary matters, talking points, research questions (1.0); correspond and conferences with Lazard regarding KEIP, sale process, DIP (.6). | 4.10 |
| 04/27/22 | JRGO | Analyze examination outline and prepare for hearing on key employee retention plan and related objections (2.2); participate in hearing preparation with Lewis Gillies (.3); draft, analyze, and edit objections and responses to Steel Reef requests for production of documents (2.4). | 4.90 |
| 04/27/22 | ERHI | Final hearing preparation with Scott Pinsonnault. | 2.30 |
| 04/27/22 | MAGA | Prepare materials in preparation of contested matters (1.5); confer with V&E team regarding same (.5). | 2.00 |
| 04/27/22 | SAZO | Draft hearing outline for KERP/KEIP motions (.1); evaluate and analyze same (.4); correspond with V&E team regarding same (.5); revise hearing outline (1.4); perform research regarding same (.3); review KEIP in preparation for hearing (.2); confer with V&E team regarding same (.2); confer with V&E team regarding workstreams related to settlement with UCC (.5). | 3.60 |
| 04/27/22 | TGSP | Draft revisions to talking points (1.2); draft revisions to agenda (.4); correspond with V&E team regarding same (.3); correspond with Lazard team regarding same (.2); confer and | 4.90 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | correspond with V&E team regarding hearing preparation and materials (.9); review and revise settlement agreement (1.5); correspond with V&E team regarding same (.4). | |
| 04/27/22 | GRHO | Plan/prepare for final DIP hearing. | 5.00 |
| 04/28/22 | MWMO | Participate in team call regarding Steel Reef discovery and sale process. | 1.10 |
| 04/28/22 | RLPE | Correspond with Eli Sterbcow regarding Steel Reef discovery and motion to reconsider bidding procedures (.3); confer with Trevor Spears on Debtors and Committee professionals call and related updates (.3); telephone conference with V&E team regarding Steel Reef and Krewe indemnity claim, and analyze same (1.1). | 1.70 |
| 04/28/22 | LRKA | Conference call with V&E team regarding Steel Reef discovery strategy (1.1); consider issues regarding same (.1). | 1.20 |
| 04/28/22 | MJPY | Evaluate comments to term sheet received from lenders and Committee (1.2); correspond with V&E team regarding same (.4); work on response from Archrock counsel (.4); correspond with V&E team regarding Krewe issues (.2). | 2.20 |
| 04/28/22 | ESST | Revise, draft, and organize answers to Steel Reef discovery requests (2.4); V&E team phone call on Steel Reef contract issues and strategy (1.1). | 3.50 |
| 04/28/22 | TGSP | Correspond with V&E team regarding Global Settlement (.2); review Krewe objection (.3); correspond with V&E team regarding same (.1); review proposed orders from contested hearing and prepare for filing (.8); correspond with V&E team regarding same (.7). | 2.10 |
| 04/29/22 | RLPE | Correspond with Lauren Kanzer and Mike Garza concerning conflicts counsel issues (.2); confer with Sara Zoglman and litigation team to facilitate court reporter and related logistics for auction and various e-mail correspondence regarding same (.4); review draft outline relating to Steel Reef issues and confer with George Howard on Steel Reef discovery matters (.5). | 1.10 |
| 04/29/22 | MJPY | Finalize term sheet for filing (.2); finalize notice for filing (.2); work on filing mechanics for notice of settlement term sheet (.3); correspond with Committee counsel and lender counsel regarding same (.2). | 0.90 |
| 04/29/22 | ERHI | Call with Eli Sterbcow to discuss status of Steel Reef discovery objections (.4); correspond with V&E team regarding witness & exhibit list for 5/3 hearing (.2). | 0.60 |
| 04/29/22 | ESST | Read materials related to claims under contribution agreement (1.4); conference call with V&E team regarding | 2.80 |

V&E Invoice **Rockall Energy Holdings, LLC** August 9, 2022 Page 106

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | updates on discovery requests (.5); revise responses to requests for production (.9). | |
| 04/30/22 | MWMO | Review analysis of options to address Steel Reef issues (.2); review summary of bids (.1). | 0.30 |
| 04/30/22 | RLPE | Correspond with Matt Pyeatt, Lauren Kanzer and Trevor Spears regarding update on sales process and litigation assistance for Tuesday's hearing (.3); follow-up with Trevor Spears and Emily Rhine regarding witness and exhibit list for same (.2). | 0.50 |
| 04/30/22 | ERHI | Draft witness and exhibit list for 5/2 hearing (1.3); compile exhibits for same (.7); revise and circulate witness and exhibit list (.4). | 2.40 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 107

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

**Summary of services - Litigation (Contested Matters and Adversary Proceedings)**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| IDAY | Ida Ayalew | 14.50 | 540.00 | 7,830.00 |
| MAGA | Michael A. Garza | 33.30 | 860.00 | 28,638.00 |
| JRGO | Jeremy R. Gonzalez | 52.00 | 705.00 | 36,660.00 |
| GGRI | Guy Gribov | 1.50 | 1095.00 | 1,642.50 |
| GRHO | George R. Howard | 6.90 | 1285.00 | 8,866.50 |
| LRKA | Lauren R. Kanzer | 62.30 | 975.00 | 60,742.50 |
| CELE | Cesar Leyva | 0.30 | 860.00 | 258.00 |
| RLPE | Rebecca L. Matthews | 130.00 | 1155.00 | 150,150.00 |
| EMME | Elias M. Medina | 42.00 | 590.00 | 24,780.00 |
| DSME | David S. Meyer | 21.20 | 1325.00 | 28,090.00 |
| MWMO | Matthew W. Moran | 62.70 | 1285.00 | 80,569.50 |
| MJPY | Matthew J. Pyeatt | 32.10 | 910.00 | 29,211.00 |
| ERHI | Emily Rhine | 106.40 | 590.00 | 62,776.00 |
| TGSP | Trevor G. Spears | 36.80 | 790.00 | 29,072.00 |
| ESST | Eli S. Sterbcow | 106.30 | 590.00 | 62,717.00 |
| KIVA | Kiran Vakamudi | 2.20 | 790.00 | 1,738.00 |
| SAZO | Sara Zoglman | 63.70 | 590.00 | 37,583.00 |
| **Total** | | **774.20** | | **651,324.00** |

**Disbursements and other charges posted through April 30, 2022:**

**Fees for services posted through April 30, 2022:**

**Re: Meetings and Communications with Creditors**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 04/04/22 | RLPE | Telephone conference with Committee to discuss DIP, settlement negotiations and other issues. | 0.50 |
| 04/04/22 | DSME | Telephone conference with Palchulski team regarding committee proposal. | 0.50 |
| 04/04/22 | MJPY | Prepare for and lead call with Committee counsel regarding settlement (.6); correspond with lender counsel regarding DIP milestones (.1); correspond with lender counsel regarding DIP order revisions (.2); correspond with taxing authority counsel regarding same (.1). | 1.00 |
| 04/04/22 | MAGA | Participate on inbound calls with creditors regarding bankruptcy case and related issues. | 0.90 |
| 04/05/22 | MAGA | Participate on calls from creditors. | 0.40 |
| 04/05/22 | SAZO | Correspond with lenders' counsel regarding KEIP and KERP matters. | 0.30 |

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 04/06/22 | DSME | Correspond with Pachulski team regarding discovery status (.6); correspond with Pachulski team regarding objection deadlines (.2). | 0.80 |
| 04/06/22 | MJPY | Call with Committee counsel regarding collateral review and lien documentation (.6); prepare for call (.3); draft Committee diligence responses and compiling collateral and credit documentation (1.1); correspond with V&E team throughout day regarding same (.6); correspond with lender counsel regarding additional diligence requests following call with Committee counsel (.2); evaluate credit documentation to support same (.2); correspond with Committee counsel regarding same (.2). | 3.20 |
| 04/06/22 | MAGA | Prepare for and participate on call with V&E and Cleary teams regarding matter updates, strategy, and next steps regarding settlement. | 0.50 |
| 04/07/22 | DSME | Correspond with Pachulski regarding UCC counter-proposal. | 0.30 |
| 04/08/22 | DSME | Correspond with Pachulski team regarding objections/settlement issues (.2); telephone conference with Pachulski and Riveron team regarding collateral review (.6). | 0.80 |
| 04/08/22 | MJPY | Conference call with Committee counsel regarding collateral review. | 0.50 |
| 04/08/22 | TGSP | Call with Evangeline Parish District Attorney regarding notice. | 0.20 |
| 04/09/22 | DSME | Telephone conference with Pachulski regarding deal. | 0.70 |
| 04/09/22 | LRKA | Conference call with Pachulski regarding committee counterproposal (.7); conference call with Cleary regarding committee counterproposal (.4). | 1.10 |
| 04/10/22 | DSME | Telephone conference with Pachulski regarding settlement terms. | 0.30 |
| 04/10/22 | LRKA | Correspond with creditors regarding recorded mortgages, North Dakota. | 0.30 |
| 04/10/22 | MAGA | Review and revise management presentation to creditors committee (.4); draft email regarding same (.1). | 0.50 |
| 04/11/22 | LRKA | Prepare for and attend management presentation to Committee (1.4); follow-up correspondence with Committee and other parties regarding same (.2). | 1.60 |
| 04/11/22 | MJPY | Attend management presentation to Committee. | 1.00 |
| 04/11/22 | MAGA | Prepare for and participate on management presentation with Debtors' management and professionals and Committee | 1.50 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | members and professionals. | |
| 04/12/22 | RLPE | Attend telephone conference with Debtors and Committee professionals. | 1.40 |
| 04/12/22 | DSME | Conduct telephone conference with S. O'Neal and V&E team (1.0); participate in portion of creditor committee call regarding status of diligence and related issues (.6). | 1.60 |
| 04/12/22 | LRKA | Participate in conference with Mike Warner regarding objection deadlines and potential adjournment of upcoming hearing. | 0.20 |
| 04/12/22 | MJPY | Attend call with Committee counsel regarding settlement issues and Committee diligence responses (.8); assess follow-up issues regarding same (.4). | 1.20 |
| 04/12/22 | JRGO | Confer with V&E teams and Committee professionals regarding case developments and next steps. | 1.00 |
| 04/12/22 | ERHI | Attend call with V&E team, debtors and committee professionals regarding diligence and related matters. | 1.20 |
| 04/12/22 | MAGA | Prepare for and participate on call with Debtors' professionals and committee's professionals regarding case issues. | 1.20 |
| 04/13/22 | RLPE | Confer with Committee regarding discovery requests. | 0.80 |
| 04/13/22 | DSME | Participate in telephone conference with Pachulski regarding settlement terms and production matters. | 0.50 |
| 04/13/22 | LRKA | Participate in conference call with Sean O'Neal regarding open issues (.3); participate in conference call with Pachulski and V&E team regarding same (.3); participate in conference call with Pachulski, V&E team regarding document production (1.0). | 1.60 |
| 04/13/22 | MJPY | Participate on call with Committee counsel regarding mortgage issues. | 1.10 |
| 04/13/22 | ERHI | Attend meet and confer call with UCC. | 1.00 |
| 04/13/22 | MAGA | Prepare for and participate on call with V&E and Pachulski team regarding discovery and diligence requests. | 1.00 |
| 04/14/22 | RLPE | Participate on telephone conference with Committee and Company to discuss questions concerning Krewe claim. | 0.40 |
| 04/14/22 | LRKA | Correspond with Cleary and V&E teams regarding Committee requests and mortgage issues (1.1); participate on conference call with same regarding same (.8). | 1.90 |
| 04/14/22 | MJPY | Participate on call with Cleary and V&E team regarding | 0.80 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 110

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | Committee diligence and mortgage coverage issues. | |
| 04/14/22 | MAGA | Prepare for and participate on portion of call with V&E and Pachulski teams regarding discovery and diligence requests. | 0.50 |
| 04/15/22 | DSME | Participate on telephone conference with Pachulski and Riveron team regarding mortgage matters. | 1.00 |
| 04/15/22 | MJPY | Correspond with Shell counsel regarding Committee diligence requests (.2); correspond with V&E team regarding same (.2); participate on call with Committee counsel regarding sale update (1.0). | 1.40 |
| 04/15/22 | CELE | Prepare for and attend call with UCC professionals regarding sale process update. | 1.00 |
| 04/15/22 | MAGA | Prepare for and participate on call with Debtor and Committee professionals regarding sales process and related issues. | 1.00 |
| 04/16/22 | LRKA | Participate in conference call with Pachulski regarding suspense fund matters (.5); correspond with Cleary regarding MS lawsuit (.2); correspond with Cleary regarding UCC (.3). | 1.00 |
| 04/16/22 | MAGA | Participate on call with Pachulski and V&E team regarding suspense obligations. | 0.50 |
| 04/16/22 | EMME | Conference with Pachulski regarding suspense. | 0.50 |
| 04/18/22 | RLPE | Correspond with Shell counsel on protective order revisions (.2); correspond with UCC regarding updates to responses to informal document requests and continued work on same (.4); correspond with V&E, UCC, and Cleary teams regarding suspense obligations analysis, including follow-up on mortgage analysis issues (.5). | 1.10 |
| 04/18/22 | LRKA | Correspond with Pachulski regarding suspense matters (.3); correspond with Committee regarding North Dakota mortgage analysis (.3); correspond with Cleary regarding same (.2). | 0.80 |
| 04/19/22 | MAGA | Prepare for and participate on call with lease counter parties regarding case updates and related issues (.8); prepare for and participate on call with Debtors and committee's professionals regarding case updates and related issues (.8); prepare for and participate on call with Debtor and Committee's counsel regarding settlement proposal (.6); prepare for and participate on call with V&E, Ankura, and management teams regarding 341 meeting preparation (.5). | 2.70 |
| 04/19/22 | SAZO | Correspond with Committee counsel regarding motion to reconsider bidding procedures order. | 0.10 |
| 04/19/22 | EMME | Conference with V&E, Committee, and company advisors regarding case updates and committee issues. | 0.80 |

V&E **Invoice** **Rockall Energy Holdings, LLC** August 9, 2022 Page 111

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 04/19/22 | TGSP | Draft revisions to 341 memo (.9); correspond with V&E team regarding same (.2); conference with V&E team, Ankura, and Company regarding 341 preparations (.5); correspond with V&E team regarding trustee diligence request (.2); attend portion of conference with Company advisors and UCC advisors regarding sales process (.3); conference with Pachulski regarding settlement offer (.6). | 2.70 |
| 04/20/22 | DSME | Correspond with Pachulski regarding retention application and contested matters. | 0.60 |
| 04/20/22 | SAZO | Correspond with Committee counsel regarding motion to reconsider bidding procedures (.1); gather and prepare KEIP and KERP documents for UST diligence (.8); correspond with V&E team regarding same (.2). | 1.10 |
| 04/20/22 | TGSP | Correspond with Ankura and V&E teams regarding materials requested by UST for 341 meeting (.6); review materials (.8). | 1.40 |
| 04/21/22 | MWMO | Review correspondence regarding 341 meeting and confer with Becky Matthews regarding same. | 0.20 |
| 04/21/22 | TGSP | Correspond with V&E team and Ankura team regarding materials requested by UST for 341 meeting (.4); correspond with V&E team regarding 341 meeting (.2). | 0.60 |
| 04/22/22 | MWMO | Confer with V&E team regarding 341 meeting. | 0.10 |
| 04/22/22 | LRKA | Conference with Becky Matthews, Dave Mirkin regarding 341 meeting (.4); prepare for and attend 341 meeting (1.1). | 1.50 |
| 04/22/22 | MAGA | Prepare for section 341 meeting of creditors (.5); attend same (.5); confer with V&E and Ankura teams regarding follow-up issues regarding same (.5); confer with V&E team regarding same (.5); participate on inbound call from creditor regarding case status (.3). | 2.30 |
| 04/22/22 | EMME | Conference with Debtors' professionals and Committee's professionals regarding sales process and related issues. | 0.40 |
| 04/22/22 | TGSP | Attend section 341 meeting (.5); correspond with V&E team regarding UST request regarding equipment (.4). | 0.90 |
| 04/25/22 | LRKA | Correspond and conference with Paul Labov regarding KEIP and KERP. | 0.40 |
| 04/25/22 | MJPY | Conference with Committee counsel regarding meet and confer for 4/27 hearing. | 0.70 |
| 04/28/22 | MJPY | Call with Committee counsel regarding same. | 0.50 |
| 04/28/22 | TGSP | Conference call with UCC professionals and Company | 0.70 |

V&E **Invoice**

**Rockall Energy Holdings, LLC** August 9, 2022 Page 112

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | professionals regarding sales process update (.5); correspond with same regarding same (.2). | |
| 04/29/22 | MJPY | Call with Committee counsel and lender counsel regarding settlement term sheet. | 0.70 |

V&E **Invoice** **Rockall Energy Holdings, LLC** August 9, 2022 Page 113

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

**Summary of services - Meetings and Communications with Creditors**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| MAGA | Michael A. Garza | 13.00 | 860.00 | 11,180.00 |
| JRGO | Jeremy R. Gonzalez | 1.00 | 705.00 | 705.00 |
| LRKA | Lauren R. Kanzer | 10.40 | 975.00 | 10,140.00 |
| CELE | Cesar Leyva | 1.00 | 860.00 | 860.00 |
| RLPE | Rebecca L. Matthews | 4.20 | 1155.00 | 4,851.00 |
| EMME | Elias M. Medina | 1.70 | 590.00 | 1,003.00 |
| DSME | David S. Meyer | 7.10 | 1325.00 | 9,407.50 |
| MWMO | Matthew W. Moran | 0.30 | 1285.00 | 385.50 |
| MJPY | Matthew J. Pyeatt | 12.10 | 910.00 | 11,011.00 |
| ERHI | Emily Rhine | 2.20 | 590.00 | 1,298.00 |
| TGSP | Trevor G. Spears | 6.50 | 790.00 | 5,135.00 |
| SAZO | Sara Zoglman | 1.50 | 590.00 | 885.00 |
| **Total** | | **61.00** | | **56,861.00** |

**Disbursements and other charges posted through April 30, 2022:**

**Fees for services posted through April 30, 2022:**

**Re: Non-Working Travel**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 04/25/22 | DSME | Travel to Dallas. | 1.30 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 114

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

**Summary of services - Non-Working Travel**

| | Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|---|
| | DSME | David S. Meyer | 1.30 | 1325.00 | 1,722.50 |
| **Total** | | | **1.30** | | **1,722.50** |

**Disbursements and other charges posted through April 30, 2022:**

**Fees for services posted through April 30, 2022:**

**Re: Plan, Disclosure Statement, and Confirmation**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 04/04/22 | DSME | Telephone conference with Scott Pinsonnault regarding plan (.3); correspond with Lauren Kanzer regarding same (.2). | 0.50 |
| 04/04/22 | MAGA | Review and analyze committee settlement proposal (.6); confer with V&E team regarding same (.4). | 1.00 |
| 04/06/22 | MAGA | Review, analyze, and revise settlement term sheet (.9); confer with V&E team regarding same (.6). | 1.50 |
| 04/07/22 | DSME | Participate in telephone conference with Cleary regarding settlement proposal (.8); review and revise Goldman UCC counter-proposal (.5); review response to UCC settlement proposal (.3). | 1.60 |
| 04/07/22 | MAGA | Review and revise committee settlement proposal (.3); review and revise lenders' markup of same (.6); confer with V&E team regarding same (.7). | 1.60 |
| 04/09/22 | DSME | Correspond with Lauren Kanzer regarding follow-up. | 1.10 |
| 04/10/22 | DSME | Correspond with Lauren Kanzer regarding confirmation plan strategy (.6); follow-up regarding next steps (.2). | 0.80 |
| 04/14/22 | TGSP | Correspond with V&E team regarding confirmation order (.3); research regarding same (1.2); draft outline/shell of same (1.7). | 3.20 |
| 04/18/22 | LRKA | Correspond with V&E team regarding substantive consolidation research (.2); conference call with Lazard, V&E team, and management regarding Rockall Midstream (.6). | 0.80 |
| 04/18/22 | TGSP | Correspond with V&E team regarding substantive consolidation issue (.1); research regarding same (1.6). | 1.70 |
| 04/19/22 | DSME | Correspond with Lauren Kanzer regarding plan/deal | 1.30 |

# V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 115

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | negotiations (.6); follow-up with V&E team regarding Committee call (.4); follow-ups with Cleary regarding same (.3). | |
| 04/19/22 | MAGA | Review and analyze settlement proposal. | 0.50 |
| 04/19/22 | TGSP | Draft summary of research regarding substantive consolidation (.7); correspond with V&E team regarding same (.1). | 0.80 |
| 04/20/22 | DSME | Correspond with Pachulski regarding settlement status (.4); evaluate next steps (.2); review Goldman settlement proposal (.2); correspond with Cleary regarding questions/issues related to same (.2); address next steps (.2); conference with Lauren Kanzer regarding same (.2). | 1.40 |
| 04/20/22 | LRKA | Review settlement counterproposal from Committee (.4); correspond and conferences with V&E team regarding same (1.0); correspond and conferences with Cleary regarding lender counterproposal (.8); correspond with client, V&E team regarding same (.6). | 2.80 |
| 04/20/22 | MAGA | Review and analyze research regarding confirmation issues. | 1.50 |
| 04/21/22 | DSME | Correspond with V&E team regarding deal and committee objections (.3); correspond with Sean O'Neal regarding same (.2). | 0.50 |
| 04/21/22 | IDAY | Correspond with Kiran Vakamudi regarding confirmation brief. | 0.30 |
| 04/23/22 | DSME | Correspond with Lauren Kanzer regarding Committee proposal (1.0); conferences with V&E team regarding same (.5); correspond with V&E team regarding same (.4). | 1.90 |
| 04/24/22 | LRKA | Conference with management, advisors regarding open issues and strategy (1.3); conference with Sean O'Neal regarding same (.2); conferences with V&E team regarding same (.7). | 2.20 |
| 04/25/22 | DSME | Conference with Sean O'Neal regarding settlement terms and proposals (1.0); conferences with V&E, Committee, and Cleary teams regarding same (2.0); correspond with same regarding plan issues (.4); correspond with V&E team regarding same (.4). | 3.80 |
| 04/25/22 | IDAY | Review NDTX local rules (1.6); correspond with courtroom deputy (.6); correspond with V&E team regarding witness meetings (.1); conference with V&E team regarding same (.3). | 2.60 |
| 04/26/22 | DSME | Conference calls with Cleary and Pachulski regarding settlement terms and proposals (2.8); meetings with V&E team and Company regarding same (1.7). | 4.50 |

Case 22-90500-swe11 Doc 20-9 Filed 08/24/22 Entered 08/24/22 11:11:15 Desc
Exhibit E Page 87 of 1100 399

V&E Invoice



**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 04/27/22 | LRKA | Review and comment on settlement term sheet (1.3); correspond with V&E team regarding same (.5); conferences with V&E team, client regarding same (.6); conference with George Howard regarding solicitation matters (.4); correspond with V&E team regarding same (.3). | 3.10 |
| 04/27/22 | MAGA | Confer with V&E team regarding global settlement and related issues and strategy (.7); confer with lenders' and committee's advisors regarding same (.5); review and revise same (.9). | 2.10 |
| 04/27/22 | TGSP | Research regarding confirmation order. | 0.70 |
| 04/28/22 | LRKA | Review settlement term sheet and comments on same (.7); correspond with V&E team regarding same (.2); correspond with Cleary, Pachulski regarding same (.2); conference with Mike Garza regarding plan supplement, disclosure statement supplement, revised plan (.6); review materials regarding same (.3). | 2.00 |
| 04/28/22 | MAGA | Participate on calls with V&E team regarding global settlement and related issues, strategy, and work streams. | 1.50 |
| 04/28/22 | SAZO | Review precedent supplemental disclosure statements (.4); draft same (1.2). | 1.60 |
| 04/28/22 | EMME | Correspond and conference with V&E team regarding work streams from global settlement (1.5); conference with S. Zoglman regarding disclosure statement supplement (.4); review precedent disclosure statement supplements (1.2); draft same (1.8). | 4.90 |
| 04/28/22 | TGSP | Draft confirmation order (1.4); calls with Lauren Kanzer regarding Plan Supplement and Plan (.7); draft retained causes of action list (1.8); draft notice of plan supplement (1.0). | 4.90 |
| 04/29/22 | DSME | Correspond with V&E team regarding disclosure statement supplement (.2); review same (.3). | 0.50 |
| 04/29/22 | LRKA | Review and comment on plan supplement (.8); correspond with V&E team regarding same (.4); correspond with Cleary, Pachulski regarding same (.2); review and comment on revised plan (1.6); conferences and correspond with V&E team regarding same (.7); review and comment on disclosure statement supplement (1.4); correspond and conferences with V&E team regarding same (.5). | 5.60 |
| 04/29/22 | MAGA | Review and revise plan supplement (.6); review and revise chapter 11 plan (1.5); review and revise supplement to disclosure statement (1.5); confer with V&E team regarding plan and disclosure statement and related strategy (.5). | 4.10 |
| 04/29/22 | SAZO | Correspond with V&E team regarding supplement to | 6.00 |

# V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | disclosure statement (.4); draft supplement to disclosure statement (5.2); confer with V&E team regarding same (.2); correspond with Ankura team regarding recoveries for supplemental disclosure statement (.2). | |
| 04/29/22 | EMME | Conference with V&E team regarding disclosure statement supplement motion (.8); draft disclosure statement supplement (7.4); correspond with V&E team regarding same (.8); review and revise committee letter (.3). | 9.30 |
| 04/29/22 | TGSP | Correspond with V&E team regarding plan supplement (.7); draft revisions to same (.9); calls with Sara Zoglman regarding plan supplement (.7); review and revise same (3.2); call with Lauren Kanzer regarding same (.3); correspond with same regarding same (.3); review and draft revisions to plan regarding global settlement (3.2); calls with Lauren Kanzer regarding same (.4); correspond with V&E team regarding same (.7); call with Eli Medina regarding disclosure statement motion (.3); review and revise committee letter in support of plan (.2); correspond with Eli Medina regarding same (.2). | 11.10 |
| 04/29/22 | IDAY | Draft notices and agenda for hearing on disclosure statement supplement. | 2.60 |
| 04/30/22 | LRKA | Revise disclosure statement supplement (.7); correspond with V&E team regarding same, amended plan (.5); review and comment on motion for conditional approval of disclosure statement (1.1); correspond with V&E team regarding same (.3); correspond with V&E team regarding amended plan (.3); review and comment on further revised motion (.8); correspond with V&E team regarding same (.2). | 3.90 |
| 04/30/22 | MAGA | Review and revise motion to approve solicitation procedures and disclosure statement (2.2); review and revise chapter 11 plan (.5); review and revise disclosure statement supplement (.3). | 3.00 |
| 04/30/22 | SAZO | Review email correspondence regarding supplement to disclosure statement (.2); review and revise supplemental disclosure statement (.9); correspond with V&E team regarding same (.2). | 1.30 |
| 04/30/22 | EMME | Review and revise disclosure statement supplement motion (3.1); correspond with V&E team regarding same (.7); draft revisions to same related to V&E team comments (1.6). | 5.40 |
| 04/30/22 | TGSP | Review revised disclosure statement supplement (.3); correspond with V&E team regarding same (.4); calls with Sara Zoglman regarding same (.2); correspond with lenders and Committee regarding same and Plan (.1); correspond with Company and advisors regarding same (.1); correspond with Ida Ayalew regarding confirmation brief (.2); draft analysis regarding Plan and avoidance actions issues (.4); | 6.80 |

V&E **Invoice**

**Rockall Energy Holdings, LLC** August 9, 2022 Page 118

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | correspond with V&E team regarding same (.5); review and revise notice of hearing on disclosure statement supplement (.6); correspond with Ida Ayalew regarding same (.1); correspond with V&E team regarding witness and exhibit list regarding hearing on same (.3); draft further revisions to plan (.6); correspond with V&E team regarding same (.3); review and further revise disclosure statement supplement based on disclosure statement supplement motion (1.1); review and revise witness and exhibit list for hearing on same (.3); draft confirmation order (1.3). | |
| 04/30/22 | IDAY | Draft confirmation brief (2.5); draft notice of hearing on disclosure supplement (1.4). | 3.90 |

V&E **Invoice**

**Rockall Energy Holdings, LLC** August 9, 2022 

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

**Summary of services - Plan, Disclosure Statement, and Confirmation**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| IDAY | Ida Ayalew | 9.40 | 540.00 | 5,076.00 |
| MAGA | Michael A. Garza | 16.80 | 860.00 | 14,448.00 |
| LRKA | Lauren R. Kanzer | 20.40 | 975.00 | 19,890.00 |
| EMME | Elias M. Medina | 19.60 | 590.00 | 11,564.00 |
| DSME | David S. Meyer | 17.90 | 1325.00 | 23,717.50 |
| TGSP | Trevor G. Spears | 29.20 | 790.00 | 23,068.00 |
| SAZO | Sara Zoglman | 8.90 | 590.00 | 5,251.00 |
| **Total** | | **122.20** | | **103,014.50** |

## Disbursements and other charges posted through April 30, 2022:

## Fees for services posted through April 30, 2022:

**Re: Relief from Stay and Adequate Protection**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 04/01/22 | RLPE | Revise requests to lift stay in pending litigation matters, including Sligar proposed order, and analyze same. | 0.50 |
| 04/03/22 | RLPE | Follow-up with Mike Garza on pending litigation matters, including Sligar and other possibly contested request to lift stay. | 0.20 |
| 04/05/22 | TGSP | Correspond with V&E team and Sligar counsel regarding lift stay order and hearing. | 0.10 |
| 04/06/22 | JRGO | Analyze agreed order to lift stay (.2); update local counsel regarding same (.1). | 0.30 |
| 04/06/22 | TGSP | Correspond with V&E team and Company regarding Baucum automatic stay issues. | 0.40 |
| 04/07/22 | TGSP | Correspond with V&E team regarding Baucum. | 0.20 |
| 04/08/22 | TGSP | Conference call with Baucum plaintiff's counsel regarding lift stay (.6); correspond with V&E team and Company regarding same (.1). | 0.70 |
| 04/09/22 | TGSP | Correspond with V&E team regarding Baucum litigation. | 0.20 |
| 04/11/22 | LRKA | Correspond with V&E team regarding motion to lift stay and insurance (.7); conference with client regarding same (.3); review complaint related to same (.2); participate in conference call with V&E team regarding insurance and lift stay motion (.7); correspond with same regarding same (.5). | 2.40 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 120

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 04/12/22 | TGSP | Conduct research regarding automatic stay issues (1.1); correspond with V&E team regarding same (.5). | 1.60 |
| 04/15/22 | LRKA | Prepare for and attend conference call with plaintiffs' counsel regarding lift stay relief (1.3); conduct follow-up correspondence and conferences with V&E team regarding same (.6). | 1.90 |
| 04/15/22 | TGSP | Correspond and confer with V&E team regarding Baucum lawsuit (1.1); attend conference call with V&E team and counsel to Baucum regarding lift stay (.6). | 1.70 |
| 04/18/22 | LRKA | Participate on conference call with Cleary and V&E team regarding Baucum litigation (.5); prepare for same (.3); conduct follow-up correspondence and conferences with V&E team and local counsel regarding same (.4); correspond with Cleary regarding same (.2). | 1.40 |
| 04/18/22 | TGSP | Correspond with V&E team and Cleary regarding Baucum issues (.2); conference call with same regarding same (.3); call with Lauren Kanzer regarding same (.3); correspond with Baucum counsel regarding update (.1). | 0.90 |
| 04/20/22 | TGSP | Correspond with V&E team regarding Baucum issues (.4); correspond with Baucum counsel regarding same (.2). | 0.60 |
| 04/22/22 | TGSP | Correspond with V&E team and Baucum counsel regarding lift stay (.7); conference with V&E team regarding same (.3). | 1.00 |
| 04/24/22 | TGSP | Correspond with V&E team regarding Baucum lift stay (.4); correspond with Baucum counsel regarding same (.2). | 0.60 |
| 04/25/22 | TGSP | Correspond with V&E team and Baucum counsel regarding lift stay. | 0.20 |
| 04/27/22 | TGSP | Correspond with V&E team regarding Bacum lift stay. | 0.10 |
| 04/28/22 | RLPE | Correspond with V&E team and opposing counsel regarding Baucum matter. | 0.30 |
| 04/28/22 | TGSP | Correspond with V&E team regarding Baucum lift stay (.2); call with Lauren Kanzer regarding same (.3); correspond with Baucum counsel regarding same (.1). | 0.60 |

# V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 121

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

**Summary of services - Relief from Stay and Adequate Protection**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| JRGO | Jeremy R. Gonzalez | 0.30 | 705.00 | 211.50 |
| LRKA | Lauren R. Kanzer | 5.70 | 975.00 | 5,557.50 |
| RLPE | Rebecca L. Matthews | 1.00 | 1155.00 | 1,155.00 |
| TGSP | Trevor G. Spears | 8.90 | 790.00 | 7,031.00 |
| **Total** | | **15.90** | | **13,955.00** |

## Disbursements and other charges posted through April 30, 2022:

## Fees for services posted through April 30, 2022:

**Re: Reporting**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 04/01/22 | MJPY | Evaluate fee reporting issues under DIP order (.4); correspond with V&E team regarding same (.4). | 0.80 |
| 04/01/22 | MAGA | Review and revise SOFAs and SOALs and global notes (3.1); discuss analysis with Trevor Spears (1.1); incorporate comments to be revised (2.3); correspond with Lauren Kanzer regarding same (.6); confer with V&E team regarding same (.3); correspond with V&E and Stretto team regarding publication notice (.2); review and revise same (.4). | 8.00 |
| 04/01/22 | SAZO | Review precedent schedules and sofas global notes (3.2); correspond with V&E team regarding same (.3). | 3.50 |
| 04/01/22 | TGSP | Continue review of SOFAs and SOALs (2.3); conduct research regarding same (2.9); correspond with V&E team regarding same (1.0). | 6.20 |
| 04/02/22 | MAGA | Review and revise SOFAs and SOALs and global notes (2.9); confer with V&E team regarding same (1.1); confer with V&E and Ankura team regarding same (.8). | 4.80 |
| 04/02/22 | TGSP | Review comments to SOFAs and SOALs (1.1); research regarding same (1.7); correspond with V&E team and Ankura regarding same (.4); draft revisions to global notes regarding same (2.9). | 6.10 |
| 04/03/22 | MAGA | Confer with V&E team SOFAs and SOALs and global notes. | 0.30 |
| 04/03/22 | TGSP | Review and revise global notes regarding SOFAs and SOALs (.6); correspond with V&E team and Ankura regarding same (.7); review updated SOFAs and SOALs (1.9). | 3.20 |

Case 22-90000-mxm Doc 711-8 Filed 08/24/22 Entered 08/24/22 13:31:55 Desc
Exhibit 8 Page 266 of 399

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 122

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 04/04/22 | LRKA | Review SOFA/SOAL and global notes. | 1.10 |
| 04/04/22 | MJPY | Evaluate bi-weekly reporting issues under DIP order. | 0.30 |
| 04/04/22 | SAZO | Correspond with V&E team regarding global notes for schedules and sofas. | 0.30 |
| 04/04/22 | TGSP | Review SOFAs and SOALs (2.1); correspond with V&E team and Ankura team regarding same (.4); conference with Mike Garza regarding same (.3); draft notice of filing master service list (.3); correspond with V&E team and Stretto regarding same (.2); coordinate filing of same (.2). | 3.50 |
| 04/05/22 | LRKA | Review and comment on SOFA/SOAL (3.2); correspond with V&E team regarding same (.7); review and comment on global notes (.8); conference with Trevor Spears regarding same (.6). | 5.30 |
| 04/05/22 | MJPY | Prepare bi-weekly reporting under interim DIP order (.8); correspond with V&E team regarding same (.3); conference call with Ankura regarding same (.2); correspond with lender counsel regarding same (.2). | 1.50 |
| 04/05/22 | MAGA | Review and revise SOALs and SOFAs (2.3); correspond with Trevor Spears regarding same (.2). | 2.50 |
| 04/05/22 | TGSP | Correspond with V&E team and Ankura team regarding SOFAs and SOALs throughout the day (1.3); correspond with V&E team regarding global notes to same (.2); draft revisions to same related to comments from V&E team (.6). | 2.10 |
| 04/06/22 | DSME | Review schedules/statements (1.1); conference with Lauren Kanzer regarding same (.7). | 1.80 |
| 04/06/22 | LRKA | Conferences with Trevor Spears regarding SOFAs and schedules throughout the day (.6); review same (1.5); review and comment on global notes (1.1); correspond with V&E team re SOFAs and schedules (.9); coordinate filing (.8). | 4.90 |
| 04/06/22 | MAGA | Review and revise SOALs and SOFAs (2.1); confer with V&E team regarding same (.9). | 3.00 |
| 04/06/22 | TGSP | Review drafts of schedules and statements (1.2); draft revisions to global notes (1.1); correspond with V&E team regarding same (.3); prepare and finalize global notes, schedules and statements for filing (2.1). | 4.70 |
| 04/07/22 | MAGA | Confer with V&E team regarding SOFAs and SOALs notice issues. | 0.50 |
| 04/07/22 | BEZE | Continue working on disclosure schedules (.9); correspond with V&E restructuring team regarding same (.1). | 1.00 |

V&E Invoice **Rockall Energy Holdings, LLC** August 9, 2022 Page 123

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 04/11/22 | TGSP | Correspond with V&E team regarding monthly reporting obligations of prepetition payments (.2); review report regarding same (.2); correspond with US Trustee regarding same (.1). | 0.50 |
| 04/15/22 | TGSP | Correspond with V&E team regarding 341 meeting and materials. | 0.50 |
| 04/19/22 | LRKA | Correspond with V&E team, Ankura regarding UST questions, monthly operating report. | 0.50 |
| 04/19/22 | SAZO | Prepare summary of SOAL (1.3); correspond with Ankura team regarding same (.2). | 1.50 |
| 04/19/22 | EMME | Correspond with Stretto regarding revised MSL (.1); draft revised notice of MSL (.2); correspond with V&E team regarding same (.1). | 0.40 |
| 04/23/22 | TGSP | Review SOALs regarding UST request from 341 (2.2); research regarding same (1.1); correspond with V&E team regarding same (.3). | 3.60 |
| 04/24/22 | MAGA | Confer with V&E and Ankura teams regarding supplement to disclosures. | 0.50 |
| 04/24/22 | TGSP | Review SOFAs and SOALs regarding question from 341 meeting (.9); correspond with V&E team regarding same (.4); research regarding same (1.3). | 2.60 |
| 04/25/22 | TGSP | Research related to SOALs (.8); draft summary of same (.9); conferences with Ankura regarding same (.4); correspond with V&E team regarding same (.6). | 2.70 |
| 04/26/22 | MAGA | Prepare for and participate on call with V&E team regarding amended SOFAs and SOALs (.3); prepare for and participate on calls with V&E and Ankura teams regarding same (.9); review and revise same (.5). | 1.70 |
| 04/26/22 | TGSP | Conference call with V&E team regarding schedule supplement from trustee 341 request (.3); correspond with same regarding same (.4); conference call with V&E team and Ankura regarding same (.5); draft notice of same (.6); correspond with same regarding same (.1). | 1.90 |
| 04/27/22 | MAGA | Review and revise amended SOFA and SOALS. | 0.50 |
| 04/27/22 | TGSP | Draft revisions to notice related to UST 341 requests (.4); correspond with V&E team regarding same (.2). | 0.60 |

V&E **Invoice** **Rockall Energy Holdings, LLC** August 9, 2022 Page 124

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

**Summary of services - Reporting**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| MAGA | Michael A. Garza | 21.80 | 860.00 | 18,748.00 |
| LRKA | Lauren R. Kanzer | 11.80 | 975.00 | 11,505.00 |
| EMME | Elias M. Medina | 0.40 | 590.00 | 236.00 |
| DSME | David S. Meyer | 1.80 | 1325.00 | 2,385.00 |
| MJPY | Matthew J. Pyeatt | 2.60 | 910.00 | 2,366.00 |
| TGSP | Trevor G. Spears | 38.20 | 790.00 | 30,178.00 |
| BEZE | Benjamin Zeter | 1.00 | 685.00 | 685.00 |
| SAZO | Sara Zoglman | 5.30 | 590.00 | 3,127.00 |
| **Total** | | **82.90** | | **69,230.00** |

**Disbursements and other charges posted through April 30, 2022:**

**Fees for services posted through April 30, 2022:**

**Re: Tax**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 04/01/22 | JCWI | Prepare for and attend conference call with V&E team regarding tax structuring considerations (.7); draft correspondence related to same (.3). | 1.00 |
| 04/06/22 | WTS | Confer with Curt Wimberly regarding tax issues for restructuring team and analyze tax issues regarding same. | 0.30 |
| 04/06/22 | JCWI | Prepare for and attend weekly status call regarding tax matters. | 0.80 |
| 04/08/22 | JL | Review and analyze tax and structuring issues relating to potential sale transaction (.8); review and revise purchase and sale agreement for tax issues (1.1); telephone conference regarding basis issues (.6). | 2.50 |
| 04/08/22 | JCWI | Review Deloitte tax information and review questions from corporate team. | 0.50 |
| 04/11/22 | JL | Review purchase agreement for potential sale transaction (.5); review and analyze related tax issues and debt cancellation issues (1.0); draft related comments to transaction documents (.5). | 2.00 |
| 04/11/22 | JCWI | Review updated tax basis spreadsheet provided by Deloitte. | 0.50 |
| 04/13/22 | WTS | Analyze tax issues for restructuring and confer with V&E tax working group regarding same. | 0.80 |

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

## Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 04/13/22 | JCWI | Prepare for and attend conference with V&E team regarding tax analysis and tax basis information. | 0.50 |
| 04/14/22 | JL | Review tax basis issues and transaction structure (1.4); prepare for and attend telephone conference regarding same (.6). | 2.00 |
| 04/14/22 | WTS | Confer with V&E tax team regarding tax issues for restructuring (.3); analyze tax issues regarding same (.2). | 0.50 |
| 04/14/22 | JCWI | Prepare for and participate on conference with V&E team regarding tax analysis and tax basis information. | 1.30 |
| 04/19/22 | JCWI | Review tax basis spreadsheet provided by Deloitte. | 0.30 |
| 04/20/22 | JL | Review tax basis and restructuring issues. | 1.50 |
| 04/20/22 | WTS | Conference with V&E team regarding case updates and strategy (.3); confer with V&E restructuring and tax teams regarding tax issues (.5); review revised asset purchase agreement (1.8); confer with V&E tax team regarding same (.9). | 3.50 |
| 04/20/22 | JCWI | Review and comment on purchase and sale agreement and escrow agreement (2.0); analyze tax considerations related to purchase and sale agreement (1.5); attend portions of conferences with V&E team regarding same (1.5); review tax basis information (1.0). | 6.00 |
| 04/20/22 | MAGA | Confer with V&E teams regarding matter updates and related tax issues. | 0.30 |
| 04/21/22 | JL | Review revised purchase and sale agreement (1.0); revise transaction documents related to sale (2.0); conference with V&E team regarding same (.5). | 3.50 |
| 04/21/22 | WTS | Review and revise purchase and sale agreement (1.5); confer with V&E team regarding tax issues related to same (1.5). | 3.00 |
| 04/21/22 | JCWI | Review and comment on purchase and sale agreement (1.0); conference with V&E team regarding same (1.5). | 2.50 |
| 04/22/22 | JL | Review changes to purchase and sale agreement draft for tax issues. | 1.00 |
| 04/22/22 | JCWI | Review and comment on escrow agreement. | 1.00 |
| 04/25/22 | JL | Review Hawkeye purchase and sale agreement (.5); analyze related tax issues (.5). | 1.00 |
| 04/30/22 | JL | Review purchase and sale agreement (.5); draft revisions of purchase and sale agreement (.5). | 1.00 |

V&E **Invoice** **Rockall Energy Holdings, LLC** August 9, 2022 Page 126

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 04/30/22 | JCWI | Review purchase and sale agreement markup submitted by Formentera. | 0.20 |

V&E **Invoice**

**Rockall Energy Holdings, LLC** August 9, 2022 Page 127

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

**Summary of services - Tax**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| MAGA | Michael A. Garza | 0.30 | 860.00 | 258.00 |
| JL | John E. Lynch | 14.50 | 1465.00 | 21,242.50 |
| WTS | Wendy T. Salinas | 8.10 | 1325.00 | 10,732.50 |
| JCWI | John C. Wimberly | 14.60 | 890.00 | 12,994.00 |
| **Total** | | **37.50** | | **45,227.00** |

**Disbursements and other charges posted through April 30, 2022:**

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

**Disbursements and other charges posted through April 30, 2022:**

**Travel**

| | | | |
|---|---|---|---|
| 04/06/22 | MAGA | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051264673 DATE: 4/27/2022 04/06/2022 Airfare United Airlines - Airfare for travel to/from Dallas, TX on May 3-6, 2022 in connection with Rockall - Hearing on Supplemental DS. for GARZA/MICHAEL ANGEL Route: IAH/DFW IAH on 05/03/2022 - 05/06/2022 | 292.83 |
| 04/06/22 | MAGA | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051264673 DATE: 4/27/2022 04/06/2022 Agency Fees - Other UNITED AIRLINES HOT SPRINGS VA - Airfare for travel to/from Dallas, TX on May 3-6, 2022 in connection with Rockall - Hearing on Supplemental DS. for GARZA /ECONOMY P | 27.00 |
| 04/06/22 | MAGA | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051264673 DATE: 4/27/2022 04/06/2022 Agency Fees - Other UNITED AIRLINES HOT SPRINGS VA - Airfare for travel to/from Dallas, TX on May 3-6, 2022 in connection with Rockall - Hearing on Supplemental DS. for GARZA /ECONOMY P | 27.00 |
| 04/07/22 | MJPY | VENDOR: AMEX - ChromeRiver INVOICE#: CE010050917538 DATE: 4/8/2022 04/07/2022 Internet Services HTTP://WWW.GOGOAIR.C 877-350-0038 IL - Correspondence with client and advisors; evaluate and revise documents for client on 4/7, during travel. | 17.00 |
| 04/07/22 | MJPY | VENDOR: AMEX - ChromeRiver INVOICE#: CE010050917538 DATE: 4/8/2022 04/07/2022 Internet Services HTTP://WWW.GOGOAIR.C 877-350-0038 IL - Correspondence with client and advisors; evaluate and revise documents for client on 4/7, during travel. | 9.95 |
| 04/10/22 | MJPY | VENDOR: AMEX - ChromeRiver INVOICE#: CE010050991068 DATE: 4/13/2022 04/10/2022 Internet Services HTTP://WWW.GOGOAIR.C 877-350-0038 IL - Correspondence with client and advisors; evaluate and revise documents for client during travel. | 10.00 |
| 04/21/22 | MAGA | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051740529 DATE: 5/20/2022 04/21/2022 Airfare United Airlines - Refund for ticket issued for trip to Dallas in connection with Rockall case April 25-27. for GARZA/MICHAEL ANGEL Route: IAH/DFW IAH on 04/25/2022 - 04/27/2022 | -564.07 |
| 04/21/22 | MAGA | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051740529 DATE: 5/20/2022 04/21/2022 Airfare United Airlines - Ticket issued for trip to Dallas in connection with Rockall case April 25-27. (Ticket was canceled) for GARZA/MICHAEL ANGEL Route: IAH/DFW IAH on 04/25/2022 - 04/27/2022 | 564.07 |
| 04/22/22 | MAGA | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051740529 DATE: 5/20/2022 04/22/2022 Airfare United Airlines - Replacement ticket issued for trip to Dallas in connection with Rockall case April 25-27. for GARZA/MICHAEL ANGEL Route: IAH/DFW IAH on 04/24/2022 - 04/27/2022 | 529.29 |
| 04/24/22 | DSME | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051408569 DATE: 5/5/2022 04/24/2022 Airfare American Airlines - Travel to Dallas for deposition hearing. for MEYER/DAVID S Route: LGA/DFW LGA on 04/25/2022 - 04/27/2022 (Coach Fair) | 1,038.27 |
| 04/25/22 | DSME | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051408569 DATE: 5/5/2022 04/25/2022 Hotel - Lodging MANSIONONTURTLECREEK DALLAS TX Attend deposition hearing. arrival: 04/25/2022 # of nights 1.00 | 350.00 |

V&E Invoice



**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | Dallas, Texas | |
| 04/25/22 | DSME | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051408569 DATE: 5/5/2022 04/25/2022 Taxi ALL TOWNS LIVERY 030 STAMFORD CT - Attend deposition hearing. Taxi from home to LGA airport. | 154.50 |
| 04/25/22 | MAGA | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051740529 DATE: 5/20/2022 04/25/2022 Taxi S1 GLOBAL, LLC DALLAS TX - Transportation in connection with trip. | 98.10 |
| 04/25/22 | MAGA | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051740529 DATE: 5/20/2022 04/25/2022 Taxi EXCELSIOR TRANSPORTA 1142381-1 TX - Transportation in connection with trip. | 110.50 |
| 04/26/22 | DSME | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051408569 DATE: 5/5/2022 04/26/2022 Airfare Delta Airlines - Attend deposition hearing. Delta credit. for MEYER/DAVID S Route: DFW LGA on 04/28/2022 - 04/28/2022 | -513.21 |
| 04/26/22 | DSME | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051408569 DATE: 5/5/2022 04/26/2022 Airfare Delta Airlines - Attend deposition hearing. for MEYER/DAVID S Route: DFW LGA on 04/28/2022 - 04/28/2022 | 513.21 |
| 04/26/22 | DSME | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051408569 DATE: 5/5/2022 04/26/2022 Taxi UBER TRIP SAN FRANCISCO CA - Attend deposition hearing. Taxi from hotel to Dallas office. | 10.33 |
| 04/26/22 | DSME | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051408569 DATE: 5/5/2022 04/26/2022 Taxi S1 GLOBAL, LLC DALLAS TX - Attend deposition hearing. Taxi from DFW airport to hotel on 4/25. | 98.10 |
| 04/26/22 | DSME | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051230567 DATE: 4/26/2022 04/26/2022 Internet Services VIASAT IN-FLIGHT WI-CARLSBAD US - Prepared for deposition. | 19.00 |
| 04/27/22 | DSME | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051408569 DATE: 5/5/2022 04/27/2022 Internet Services HTTP://WWW.GOGOAIR.C 877-350-0038 IL - Attend deposition hearing. Prepare for deposition. | 19.95 |
| 04/27/22 | DSME | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051408569 DATE: 5/5/2022 04/27/2022 Taxi UBER TRIP SAN FRANCISCO CA - Attend deposition hearing. Taxi from hotel to Dallas office on 4/26. | 23.60 |
| 04/27/22 | DSME | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051408569 DATE: 5/5/2022 04/27/2022 Taxi UBER TRIP SAN FRANCISCO CA - Attend deposition hearing. Taxi from Dallas office to hotel on 4/26. | 20.83 |
| 04/27/22 | MWMO | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051314206 DATE: 4/29/2022 04/27/2022 Taxi UBER TRIP SAN FRANCISCO CA - Attend Rockall hearing | 15.95 |
| 04/28/22 | MWMO | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051314206 DATE: 4/29/2022 04/28/2022 Taxi UBER TRIP SAN FRANCISCO CA - Attend Rockall hearing | 66.65 |
| 04/28/22 | DSME | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051408569 DATE: 5/5/2022 04/28/2022 Internet Services VIASAT IN-FLIGHT WI-CARLSBAD US - Attend deposition hearing. Worked on documents for client. | 19.00 |
| 04/28/22 | DSME | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051408569 DATE: 5/5/2022 04/28/2022 Taxi ALL TOWNS LIVERY 030 STAMFORD CT - Attend deposition hearing. Taxi from LGA/home. | 189.50 |
| 04/28/22 | DSME | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051408569 DATE: 5/5/2022 04/28/2022 Taxi S1 GLOBAL, LLC DALLAS TX - Attend deposition hearing. Taxi from Dallas office to court and then from court to airport. | 250.00 |
| 04/28/22 | MAGA | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051740529 DATE: | 1,062.78 |

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | 5/20/2022 04/28/2022 Hotel - Lodging THE FAIRMONT DALLAS DALLAS TX Hotel in connection with Rockall trip to Dallas for meetings and contested bankruptcy hearing. arrival: 04/24/2022 # of nights 3.00 Dallas, Texas | |
| | Travel | | $4,460.13 |

**Business Meals**

| | | | |
|---|---|---|---|
| 04/25/22 | DSME | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051408569 DATE: 5/5/2022 04/25/2022 MANSIONONTURTLECREEK DALLAS TX - Attend deposition hearing. # of attendees 1 | 45.00 |
| 04/25/22 | DSME | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051408569 DATE: 5/5/2022 04/25/2022 6332115 - BAR VELOCE QUEENS NY - Attend deposition hearing. Food at the airport. # of attendees 1 | 45.00 |
| 04/26/22 | DSME | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051408569 DATE: 5/5/2022 04/26/2022 MANSIONONTURTLECREEK DALLAS TX - Attend deposition hearing. # of attendees 1 | 45.00 |
| 04/26/22 | DSME | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051408569 DATE: 5/5/2022 04/26/2022 MANSIONONTURTLECREEK DALLAS TX - Attend deposition hearing. # of attendees 1 | 45.00 |
| 04/26/22 | MWMO | VENDOR: Taco Joint; INVOICE#: TJ042622; DATE: 4/26/2022 - Depo of D Meyer breakfast on 4/27/22- 7 people | 43.84 |
| 04/27/22 | MWMO | VENDOR: Taco Joint; INVOICE#: 16; DATE: 4/27/2022 - Depo of D Meyer breakfast on 4/27/22- 7 people | 36.86 |
| 04/27/22 | DSME | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051408569 DATE: 5/5/2022 04/27/2022 MANSIONONTURTLECREEK DALLAS TX - Attend deposition hearing. # of attendees 1 | 18.49 |
| 04/27/22 | DSME | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051408569 DATE: 5/5/2022 04/27/2022 Cowboys Club A DFW 1 Dallas TX - Attend deposition hearing. Food at the airport. # of attendees 1 | 19.34 |
| 04/30/22 | MWMO | VENDOR: Special Delivery Service, Inc; INVOICE#: 665028; DATE: 4/30/2022; Depo of David Meyer Breakfast and Lunch on 4/27/2022 | 168.16 |
| | Business Meals | | $466.69 |

**Filing Fees**

| | | | |
|---|---|---|---|
| 04/14/22 | ARMU | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051118797 DATE: 4/20/2022 04/14/2022 Fees PAYPAL *EVANG CLERK 3373635671 LA - Subscription Fee to Evangeline Parish Clerk of Court (processed through PayPal - see attached receipt) | 20.00 |
| 04/28/22 | MAGA | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051731070 DATE: 5/20/2022 04/28/2022 Fees IN *DIPTI PATEL AUSTIN TX - Transcriber fees for Dipti Patel in connection with the 4/27/2022 court hearing transcript. | 498.52 |
| | Filing Fees | | $518.52 |

**Outside Professional Services**

| | | | |
|---|---|---|---|
| 04/15/22 | EENE | VENDOR: Restructuring Concepts LLC; INVOICE#: 121381; DATE: 4/15/2022; Chapter 11 Dockets document downloads for the month of March 2022 ($7.00@100%) | 7.62 |
| 04/15/22 | SAZO | VENDOR: Restructuring Concepts LLC; INVOICE#: 121381; DATE: 4/15/2022; Chapter 11 Dockets document downloads for the month of March 2022 ($14.00@80%) | 14.93 |

# V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 131

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | |
|---|---|
| Outside Professional Services | $22.55 |
| **Total** | **$5,467.89** |
| **Total disbursements and other charges** | **$5,467.89** |
| **Total fees, all matters** | **$1,995,705.50** |
| **Total disbursements and other charges, all matters** | **$5,467.89** |
| **Total Amount Due** | **$2,001,173.39** |

V&E **Invoice** **Rockall Energy Holdings, LLC** August 9, 2022 Page 132

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701990
**Billing Attorney** William C. Smith

Re: Restructuring Advice

## Summary of Services

| Initials | Name | Rank | Hours | Eff. Rate | Amount |
|---|---|---|---|---|---|
| GGRI | Guy Gribov | Partner | 28.30 | 1095.00 | 30,988.50 |
| GRHO | George R. Howard | Partner | 63.30 | 1285.00 | 81,340.50 |
| LRKA | Lauren R. Kanzer | Partner | 218.60 | 975.00 | 213,135.00 |
| BELO | Bryan E. Loocke | Partner | 59.80 | 1285.00 | 76,843.00 |
| JL | John E. Lynch | Partner | 14.50 | 1465.00 | 21,242.50 |
| RLPE | Rebecca L. Matthews | Partner | 146.90 | 1155.00 | 169,669.50 |
| DSME | David S. Meyer | Partner | 108.70 | 1325.00 | 144,027.50 |
| MWMO | Matthew W. Moran | Partner | 73.50 | 1285.00 | 94,447.50 |
| WTS | Wendy T. Salinas | Partner | 8.10 | 1325.00 | 10,732.50 |
| JETO | Joclynn E. Townsend | Counsel | 49.00 | 945.00 | 46,305.00 |
| TDAI | Taylor Daily | Associate | 31.90 | 590.00 | 18,821.00 |
| MAGA | Michael A. Garza | Associate | 150.20 | 860.00 | 129,172.00 |
| JRGO | Jeremy R. Gonzalez | Associate | 54.20 | 705.00 | 38,211.00 |
| KDG | Katherine D. Grissel | Associate | 94.10 | 925.00 | 87,042.50 |
| CELE | Cesar Leyva | Associate | 24.60 | 860.00 | 21,156.00 |
| EMME | Elias M. Medina | Associate | 164.90 | 590.00 | 97,291.00 |
| ARMU | Arthur Munoz | Associate | 34.40 | 705.00 | 24,252.00 |
| ZPAR | Zachary J. Parker | Associate | 18.30 | 685.00 | 12,535.50 |
| MJPY | Matthew J. Pyeatt | Associate | 208.90 | 910.00 | 190,099.00 |
| ERHI | Emily Rhine | Associate | 111.50 | 590.00 | 65,785.00 |
| TGSP | Trevor G. Spears | Associate | 162.20 | 790.00 | 128,138.00 |
| ESST | Eli S. Sterbcow | Associate | 111.30 | 590.00 | 65,667.00 |
| KIVA | Kiran Vakamudi | Associate | 65.20 | 790.00 | 51,508.00 |
| JCWI | John C. Wimberly | Associate | 14.60 | 890.00 | 12,994.00 |
| BEZE | Benjamin Zeter | Associate | 39.00 | 685.00 | 26,715.00 |
| SAZO | Sara Zoglman | Associate | 146.00 | 590.00 | 86,140.00 |
| EENE | Elizabeth E. Neuman | Paralegal | 75.90 | 310.00 | 23,529.00 |
| IDAY | Ida Ayalew | Law School Graduate/Law Clerk | 51.70 | 540.00 | 27,918.00 |
| **Total** | | | **2,329.60** | | **$1,995,705.50** |

Vinson&Elkins

# Invoice

August 9, 2022

| | | | |
|---|---|---|---|
| **Rockall Energy Holdings, LLC** | | **Client/Matter Number** | ROC447 64001 |
| 5851 Legacy Circle, Suite 500 | | **Invoice Number** | 25701991 |
| Plano, TX 75024 | | **Billing Attorney** | William C. Smith |

**This invoice has been forwarded via e-mail to:**
accountspayable@rockallenergy.com

## Re: Restructuring Advice

**Fees for services posted through May 31, 2022:**

**Re: Asset Sales**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 05/01/22 | BELO | Review and discuss Purchase and Sale Agreement with V&E team (1.6); conference call with Debtors Professionals regarding sale update (.6). | 2.20 |
| 05/01/22 | JETO | Prepare for and participate in telephone conference with V&E team regarding status of bid (.3); draft correspondence to V&E team regarding same (.2). | 0.50 |
| 05/01/22 | MJPY | Follow-up correspondence with V&E team regarding UCC sale update conference call. | 0.20 |
| 05/02/22 | MTDO | Review Formentera markup of bid draft purchase agreement and assess environmental provisions. | 0.80 |
| 05/02/22 | BELO | Review and revise Purchase and Sale Agreements (1.2); correspond with V&E team regarding bid materials (.4); conference with Lazard and Rockall teams regarding PSA and bid materials (1.6). | 3.20 |
| 05/02/22 | LRKA | Conference with V&E team, Stephen Golmont regarding same (.9); prepare for and participate on conference call with UCC professionals, V&E team, and Lazard regarding sale process (.8). | 1.70 |
| 05/02/22 | JETO | Review Formentera's markup of PSA (.8); provide comments to Formentera regarding same (.7). | 1.50 |
| 05/02/22 | MJPY | Correspond with V&E team regarding bid updates (.4); correspond with V&E team regarding notice of adjournment of auction (.2); review same (.2); correspond with surety counsel regarding sale process (.2); participate on call with lender counsel regarding sale update (.4); correspond with Lazard and V&E team regarding same (.3); draft note to board regarding same (.4); participate on call with NDIC counsel regarding sale process (.4); participate on call with Lazard and client regarding sale process update (.9); participate on call with Committee counsel regarding same (.7); evaluate Formentera PSA (.5). | 4.60 |
| 05/02/22 | BGBR | Correspond with V&E team regarding Rockall transaction and 363 process (.3); review PSA draft related to same (.8); review correspondence related to same (.2). | 1.30 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701991 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 05/02/22 | CELE | Prepare for and attend conference with Spencer Fane regarding North Dakota regulatory issues (.4); draft correspondence to V&E team regarding same (.1). | 0.50 |
| 05/02/22 | SAZO | Review precedent notices of adjournment (.2); draft notice of adjournment for auction and related deadlines (1.8); confer with V&E team regarding same (.1); review and revise cure objection tracker (1.3); correspond with V&E team regarding same (.2); correspond with V&E team regarding auction logistics (.1). | 3.70 |
| 05/03/22 | MTDO | Review proposed comments to environmental provisions of Formentera bid draft agreement (.4); draft revisions to same (.3). | 0.70 |
| 05/03/22 | BELO | Review Purchase and Sale Agreements and bid materials (4.0); correspond and conferences with V&E team, Lazard and Company regarding PSA and bid materials (.7). | 4.70 |
| 05/03/22 | JETO | Review and revise Formentera PSA (2.7); correspond and confer with V&E team regarding same (1.1); review schedules and exhibits related to same (.7). | 4.50 |
| 05/03/22 | MJPY | Correspond with Lazard regarding draft email to board regarding sale process (.2); correspond with client regarding same (.2); correspond with courtroom deputy regarding sale hearing date (.2); correspond with lender counsel regarding same (.1); participate on call with Lazard regarding sale process update and Steel Reef issues (.7); correspond with V&E restructuring team regarding auction notice (.3); correspond with U.S. Trustee regarding sale hearing (.2); correspond with V&E team regarding sale timeline (.3); evaluate Formentera PSA (.9). | 3.10 |
| 05/03/22 | SAZO | Correspond with V&E team regarding notice of adjournment of auction and related dates (.4); review and draft additional provisions for same (1.3); draft sale order provisions (1.7); correspond with V&E team regarding form of sale order and confirmation order (.6); review comments to notice of adjournment (.1); revise same (.8); correspond with V&E team regarding same (.2); prepare same for filing (.1); confer with V&E team regarding near term sale process items (.7); confer with V&E team regarding new deadlines for sale process (.1); correspond with V&E team regarding cure objection tracker (.3); review and evaluate cure objections (.4); review and revise cure objection tracker (1.0); correspond with V&E team regarding same (.1); correspond with Cleary regarding same (.1). | 7.90 |
| 05/03/22 | BEZE | Conference with V&E team regarding revisions to Formentera PSA (.7); draft comments to Formentera PSA in light of same (1.4). | 2.10 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 3

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701991 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 05/04/22 | BELO | Review Purchase and Sale Agreements and bid materials with V&E team (2.6); correspond with V&E, Lazard and Rockall teams regarding PSA and bid materials (.2). | 2.80 |
| 05/04/22 | JETO | Review current working draft of Formentera PSA and provide comments thereto (.6); provide comments with respect to updated timeline and bid requirements (.2); correspond with V&E team regarding escrow accounts and funding construct (.3); review and revise Formentera PSA (2.4). | 3.50 |
| 05/04/22 | MJPY | Correspond with Lazard regarding sale update (.2); correspond with client regarding sale transaction (.2); correspond with Lazard regarding PSA (.2); correspond with V&E team regarding Steel Reef issues in connection with sale (.3); evaluate sale order precedent (.4); analyze bid procedures to support auction logistics (.2). | 1.50 |
| 05/04/22 | BGBR | Review and revise PSA. | 0.80 |
| 05/04/22 | SAZO | Correspond with V&E team regarding notice of adjournment of auction and related deadlines (.1); revise same (.1); correspond with V&E team regarding bidding procedures timeline (.1); review precedent for declaration in support of sale (.1). | 0.40 |
| 05/04/22 | BEZE | Correspond with Escrow Agent in connection with sale (.2); finalize PSA with V&E team revisions (.8). | 1.00 |
| 05/05/22 | BELO | Correspond with Joclynn Townsend regarding PSA (.4); Review Purchase and Sale Agreements (1.7); conference calls with V&E, Lazard and Rockall teams regarding PSA and bid materials (.5). | 2.60 |
| 05/05/22 | JETO | Finalize initial markup of Formentera PSA and send to V&E team for review (2.8); correspond with various specialists regarding Formentera PSA (.7); prepare riders regarding Formentera PSA (.3). | 3.80 |
| 05/05/22 | MJPY | Participate on call with client and Lazard regarding sale process update (.5); participate on call with Lazard regarding operatorship transfer in connection with sale transaction (.8); review and analyze Bureau of Land Management sale order language (.6); correspond with V&E team regarding same (.2); draft Formentera PSA comments (1.3). | 3.40 |
| 05/05/22 | BGBR | Review Confidentiality Agreement for termination provisions (.6); review and revise draft PSA (2.2). | 2.80 |
| 05/05/22 | BEZE | Incorporate edits to Formentera PSA (2.2); correspond with V&E team regarding same (.6). | 2.80 |
| 05/06/22 | BELO | Review and revise PSA and related markup (2.3); correspond and conferences with V&E team regarding same (1.4); | 4.60 |

V&E Invoice **Rockall Energy Holdings, LLC** August 9, 2022 Page 4

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701991 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | conference calls with Lazard and Rockall teams regarding PSA and operatorship (.7); conference call with Lazard, V&E, and Rockall teams regarding NDIC bonding issues and related matters (.2). | |
| 05/06/22 | JETO | Review and revise Formentera PSA (2.3); correspond with Rockall regarding same (.7); review updated draft provided by V&E team (.8); provide further comments to same (1.3); correspond with Formentera counsel regarding same (.1); correspond with V&E team regarding escrow agent and setting up escrow account (.3). | 5.50 |
| 05/06/22 | MJPY | Correspond with V&E team regarding Steel Reef issues pertaining to sale process (.3); correspond with Dallas County counsel regarding sale objection and related inquiry (.3); participate on call with Lazard and client regarding operatorship transfer issues in connection with sale transaction (.7); evaluate Formentera PSA comments (.6); participate on call with client regarding NDIC issues (.2); correspond with NDIC counsel regarding same (.2); evaluate sale deadlines and related milestones (.2). | 2.50 |
| 05/06/22 | BGBR | Review and revise PSA (1.8); discuss same with V&E team (.3); further review and revise PSA in light of discussion (1.4). | 3.50 |
| 05/06/22 | BEZE | Draft revisions to Formentera PSA (1.8); correspond with V&E restructuring team regarding same (.5). | 2.30 |
| 05/07/22 | JETO | Correspondence with V&E ETP transaction team regarding Rockall PSA. | 0.20 |
| 05/07/22 | BEZE | Correspond with V&E team regarding Formentera PSA. | 0.10 |
| 05/08/22 | SAZO | Draft notice of successful bidder (1.1); review and revise sale process time line based on adjournment of auction and related dates (.6); correspond with V&E team regarding same (.1). | 1.80 |
| 05/09/22 | BELO | Review and revise Purchase and Sale Agreements (2.2); Coorespond with V&E team, Lazard and Rockall team to discuss PSA and sales process (1.2). | 3.40 |
| 05/09/22 | JETO | Correspond with V&E team regarding escrow agreement and exhibits and schedules. | 0.70 |
| 05/09/22 | SAZO | Draft sale order (2.2); correspond with V&E team regarding sale order and confirmation order (.3); review and evaluate precedent sale order (.8); revise draft sale order (1.8); correspond with V&E team regarding same (.3). | 5.40 |
| 05/10/22 | BELO | Correspond with V&E team regarding schedules (.4); correspondl with V&E team to discuss revisions to PSA and related matters (.6); conference calls with V&E and Rockall | 2.40 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701991
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | team to discuss PSA, bonding issues, suspense fund issues and sales process (1.4). | |
| 05/10/22 | JETO | Correspond with V&E team regarding treatment of suspense funds and cure costs (.5); prepare for and participate in telephone conferences with V&E team regarding NDIC issues and treatment of suspense funds (1.1); correspond with V&E team regarding status of disclosure schedules, escrow agreement and signing checklist (.4). | 2.00 |
| 05/10/22 | MJPY | Evaluate sale order (.8); provide comments to same (1.2); correspond with V&E team regarding same (.4); participate on call with Lazard and North Dakota counsel regarding operatorship transfer issues in connection with sale transaction (.5); evaluate BLM sale order proposed language (.2); correspond with V&E team regarding same (.2). | 3.30 |
| 05/10/22 | BGBR | Review and revise JPM escrow agreement form (1.3); correspond with V&E team regarding same (.4). | 1.70 |
| 05/10/22 | CELE | Discuss issues related to disclosure schedules with V&E team. | 0.10 |
| 05/10/22 | SAZO | Review and revise sale process timeline (.1); review and revise notice of winning bidder (.1); draft reply to sale objections (.6); correspond with V&E team regarding sale order (.2); review and revise same (.9). | 1.90 |
| 05/10/22 | BEZE | Correspond with V&E team regarding disclosure schedules for Formentera bid (.1); update schedules regarding same (1.9); draft signing checklist for Formentera bid (.2). | 2.20 |
| 05/11/22 | BELO | Review and revise Purchase and Sale Agreements (2.2); participate on call with V&E, Ankura, and Lazard teams regarding sales process and potential auction procedures (.8); participate on calls with V&E team regarding revisions to PSA and related matters (.9). | 3.90 |
| 05/11/22 | DSME | Correspond with V&E team regarding sale process and next steps. | 0.50 |
| 05/11/22 | LRKA | Review auction mechanics matters (.3); correspond with V&E team regarding same (.2). | 0.50 |
| 05/11/22 | MJPY | Participate on call with Lazard regarding auction procedures (.8); evaluate bid procedures to address auction procedures (.3); correspond with V&E team regarding same (.2); evaluate strategy regarding auction procedures and bids for separate asset packages (.8). | 2.10 |
| 05/11/22 | CELE | Review and comment on Escrow Agreement (.7); discuss issues related to schedules with V&E ETP team (.1). | 0.80 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701991 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 05/11/22 | ZPAR | Review and revise Formentera escrow agreement (.4); revise Formentera schedules (.7). | 1.10 |
| 05/11/22 | SAZO | Draft declaration in support of sale transaction (2.2); prepare sale process work stream tracker (.8); correspond with V&E team regarding same (.1). | 3.10 |
| 05/11/22 | BEZE | Confer with V&E team regarding Escrow Agreement (.2); review, analyze, and revise same (1.3); correspond with V&E team regarding same (.1). | 1.60 |
| 05/12/22 | BELO | Review and comment on schedules to Purchase and Sale Agreement (.6); participate on call with V&E team and advisors regarding rsales process (.6); correspond with V&E team regarding bankruptcy sales transaction and bid deadline (1.7). | 2.90 |
| 05/12/22 | DSME | Conference with V&E team regarding sale process. | 0.60 |
| 05/12/22 | LRKA | Conference call with Company, Lazard, Ankura regarding sale process (.6); correspond with V&E team regarding same (.2). | 0.80 |
| 05/12/22 | MJPY | Participate on call with Lazard and client regarding sale process (.6); correspond with V&E team regarding bidder inquiry (.1); evaluate bid procedures to support same (.3); correspond with Lazard regarding same (.2); evaluate sale order comments (.3); evaluate and comment on escrow agreement (.4); correspond with V&E team regarding same (.2). | 2.10 |
| 05/12/22 | BGBR | Correspond with V&E team regarding Escrow Agreement and escrow account. | 0.30 |
| 05/12/22 | CELE | Correspond with V&E ETP team regarding next steps in sales process (.2); review and comment on schedules to Purchase and Sale Agreement (.3); review and analyze comments to Escrow Agreement (.4). | 0.90 |
| 05/12/22 | SAZO | Draft declaration in support of sale (1.3); confer with V&E team regarding same (.2); correspond with V&E team and Lazard team regarding deposit procedures (.1); review bidding procedures regarding same (.3); review comments received to sale approval order (.3). | 2.20 |
| 05/12/22 | BEZE | Correspond with V&E team regarding schedules and exhibits to PSA (.9); review and prepare revisions to escrow agreement (2.4). | 3.30 |
| 05/13/22 | BELO | Review offer letters, bid drafts and PSAs (3.3); correspond with V&E team, Lazard regarding same (.4); participate on call with V&E team regarding sales process (.4). | 4.10 |
| 05/13/22 | LRKA | Review bids (.5); correspond with V&E team, Lazard | 1.20 |

V&E **Invoice** **Rockall Energy Holdings, LLC** August 9, 2022 Page 7

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701991
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | regarding sale process (.7). | |
| 05/13/22 | JETO | Review offer letters, bid drafts and PSAs (3.2); correspond with V&E team regarding escrow agreement (.5). | 3.70 |
| 05/13/22 | MJPY | Participate on call with V&E team regarding Crowell land issues in connection with sale (.4); correspond with Lazard regarding bidder inquiry (.2); review and comment on declaration in support of sale (.8); participate on call with V&E team regarding escrow account (.2); coordinate auction logistics (.3); evaluate bids received (1.4); correspond with consultation parties regarding same (.2). | 3.50 |
| 05/13/22 | CELE | Correspond with V&E ETP team regarding Escrow Agreement (.2); review and comment on same (.4); prepare for and attend teleconference with V&E sale team regarding sales process and next steps (.4); teleconference with V&E team regarding issues related to Crowell leases and objections in connection therewith (.6); review and analyze bidder markup of Purchase and Sale Agreement (1.0); prepare issues list regarding same (.5). | 3.10 |
| 05/13/22 | ZPAR | Revise and update PSA issues list template (.3); prepare issues lists for each bid and PSA (4.2); prepare escrow agreement signature packets (.2). | 4.70 |
| 05/13/22 | SAZO | Review and revise sale approval order (3.9); confer with V&E team regarding same (.2); confer with V&E team regarding witness and exhibit list for sale hearing (.1); draft preliminary list of exhibits and witnesses for same (.5); correspond with V&E team regarding same (.3); revise sale process work stream tracker chart (.1). | 5.10 |
| 05/13/22 | GRHO | Review and analyze bid packages (.9); correspond with V&E team regarding same (.3). | 1.20 |
| 05/13/22 | BEZE | Evaluate escrow agreement matters (.7); correspond with V&E ETP team regarding same (.2); review and revise issues list regarding same (.9). | 1.80 |
| 05/13/22 | JOLA | Review Purchase and Sale Agreement bid drafts (3.8); conference with V&E team regarding same (.4); review and amend Escrow Agreement (.6); confer with V&E team regarding same (.5). | 5.30 |
| 05/14/22 | MTDO | Review purchase and sale agreement markups. | 0.50 |
| 05/14/22 | BELO | Review and revise Purchase and Sale Agreements and bidder bids (1.7); participate on conference call with V&E team, Lazard, client regarding sale process (.7). | 2.40 |
| 05/14/22 | JETO | Prepare for and participate in telephone conference with V&E team regarding status of bids (.7); review bids (2.3); review | 4.50 |

Case 22-90000 Doc 570-9 Filed 08/29/22 Entered 08/29/22 22:17:11
Exhibit 18 - Part 2 Page 275 of 399

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 8

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701991
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | and revise comparison chart of various bidders (1.5). | |
| 05/14/22 | MJPY | Evaluate bids received (1.1); review revised sale order (.4); provide comments to same (.4); participate on call with client and Lazard regarding bids (.7); review and comment on declaration in support of sale (.6). | 3.20 |
| 05/14/22 | CELE | Review and analyze Formentera Purchase and Sale Agreement (1.3); prepare issues list regarding same (.8). | 2.10 |
| 05/14/22 | ZPAR | Review PSA bid drafts (2.0); prepare issues lists regarding same (1.4); review escrow agreements changes (.2). | 3.60 |
| 05/14/22 | SAZO | Draft summary of each bid's qualifications under bidding procedures (1.2); correspond with V&E team regarding same (.1); review comments to sale order (.2); confer with V&E team regarding same (.2); revise same (2.1). | 3.80 |
| 05/14/22 | GRHO | Review, analyze and revise form of sale order. | 1.00 |
| 05/15/22 | BELO | Review Purchase and Sale Agreements and bidder bids. | 0.80 |
| 05/15/22 | DSME | Correspond with V&E and Lazard teams regarding sale process. | 0.30 |
| 05/15/22 | LRKA | Correspond with V&E team regarding sale, PSA (.5); correspond with Lazard regarding same (.2); correspond with V&E team regarding research of sale issues (.2). | 0.90 |
| 05/15/22 | MJPY | Correspond with consultation parties regarding bids received (.2); correspond with Lazard regarding same (.2); evaluate Formentera PSA (1.2); correspond with V&E team regarding auction logistics (.3); review board update regarding sale process (.2); provide comments to same (.6); correspond with board regarding same (.2). | 2.90 |
| 05/15/22 | ZPAR | Review and analyze questions related to PSA. | 0.20 |
| 05/15/22 | SAZO | Review and respond to correspondence with V&E team regarding environmental matters in connection with sale transaction (.4); conduct additional research regarding same (2.1); prepare analysis regarding same (.7). | 3.20 |
| 05/16/22 | MTDO | Confer with V&E team regarding environmental matters related to purchase agreement markup (.3); review proposed comments to purchase agreement (.5); draft further environmental revisions to purchase agreement (.5). | 1.30 |
| 05/16/22 | BELO | Prepare for and participate in telephone conference with Formentera's counsel discussing Formentera PSA and TSA (2.2); conference call with V&E team, Lazard, Company regarding PSA, TSA (1.0); correspond with V&E team regarding same (.4). | 3.60 |

V&E **Invoice**



| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701991 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 05/16/22 | LRKA | Conference call with V&E team, Lazard, Company regarding PSA, TSA (1.0); review PSA comments (.8). | 1.80 |
| 05/16/22 | JETO | Prepare for and participate in telephone conference with Formentera's counsel discussing Formentera PSA and TSA (2.0); prepare for and participate in telephone conference with Rockall discussing the same (1.2); review and revise PSA and TSA based on telephone discussions (5.4). | 8.60 |
| 05/16/22 | MJPY | Participate on call with V&E tax team regarding PSA (.5); participate on call with client regarding PSA issues (1.0); correspond with Ankura regarding sale process inquiry (.2); correspond with V&E ETP team regarding PSA schedules and related diligence (.4); correspond with V&E restructuring team regarding sale process sale order (.3); correspond with Lazard regarding same (.2); review and comment on PSA (1.9); correspond with V&E ETP team regarding same (.2); participate on call with V&E restructuring team regarding sale workstreams (.3); review and provide comments to Tempke declaration in support of sale (.7); correspond with Lazard regarding sale inquiry (.2). | 5.90 |
| 05/16/22 | CELE | Prepare for and attend teleconference with Rockall and V&E teams regarding Transition Services Agreement and Purchase and Sale Agreement (1.2); review and analyze certain oil and gas leases in connection with same (.5). | 1.70 |
| 05/16/22 | ZPAR | Revise and incorporate comments into PSA (.8); coordinate with parties on Formentera escrow agreement (.3); draft Escrow Agreement (1.1). | 2.20 |
| 05/16/22 | SAZO | Prepare for and attend call with V&E team, company, and company's advisors regarding TSA and PSA (1.0); attend call with V&E team regarding sale process work streams (.3); draft notice of adjournment of auction (.8); confer with V&E team regarding same (.1); revise notice of adjournment of auction (.2); draft analysis regarding environmental matters in connection with sale process (1.1); correspond with V&E team regarding same (.6). | 4.10 |
| 05/16/22 | BEZE | Update Escrow Agreement to reflect Formentera's counsel's edits (1.0); incorporate V&E ELO team comments into PSA/TSA (.5); incorporate V&E ECB team comments into PSA (.2). | 1.70 |
| 05/16/22 | JOLA | Attend call with Formentera's counsel regarding outstanding PSA items (1.5); review Formentera draft of PSA (.4); amend Transition Services Agreement (1.4); review Disclosure Schedule (.3); participate on call with client regarding same (.6); review and further amend Purchase Agreement and related schedules (3.2). | 7.40 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701991 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 05/17/22 | BELO | Review, revise and prepare Formentera Purchase and Sale Agreement for execution (2.1); discuss PSA and related matters with Lazard and V&E team (.6). | 2.70 |
| 05/17/22 | DSME | Telephone conference with Formentera's counsel regarding suspense liabilities (.4); correspond with V&E team regarding sale process and auction (.3). | 0.70 |
| 05/17/22 | LRKA | Prepare for and participate on conference call with Formentera's counsel regarding suspense issues, PSA (.8); conference call with V&E team regarding PSA (.5); evaluate follow-up issues regarding same (.6). | 1.90 |
| 05/17/22 | JETO | Review and revise PSA and TSA and send to Rockall to review (3.6); prepare for and participate in telephone with Rockall to discuss revised PSA (.9); review and further revise PSA and TSA and send to Formentera's counsel (.8); review and revise exhibits and schedules to PSA (2.4); prepare for and participate in telephone conference with V&E team regarding PSA with Lender's counsel (.5). | 8.20 |
| 05/17/22 | MJPY | Provide comments to sale order (1.3); correspond with V&E team regarding same (.2); review and provide restructuring comments to PSA (1.8); correspond with Lazard regarding bid update (.4); review and comment on notice of adjournment of auction (.2); evaluate bid procedures to support inquiry on auction (.3). | 4.20 |
| 05/17/22 | ZPAR | Review and revise signing checklist (1.2); prepare execution version of escrow agreement and coordinate with escrow agent (.4); review and revise Mineral Deed and Assignment (1.8); correspond with V&E team regarding schedules and exhibits (.7). | 4.10 |
| 05/17/22 | SAZO | Correspond with V&E team with respect to adjournment of auction (.3); review comments to declaration in support of sale (.2); review and revise draft regarding same (1.8); draft reply to sale objections (1.1); research and review precedent regarding same (.9); correspond with V&E team regarding notice of adjournment of auction (.1); revise draft regarding same (.4); revise declaration in support of sale (.2); correspond with V&E team regarding same (.1). | 5.10 |
| 05/17/22 | GRHO | Review and comment on notice of auction adjournment. | 0.20 |
| 05/17/22 | BEZE | Coordinate signing matters in connection with PSA and related matters (3.5); conferences and correspond with V&E team regarding same (.8). | 4.30 |
| 05/17/22 | JOLA | Review and amend Purchase Agreement, Exhibits, Schedules and associated transaction documents (4.4); review and amend Transition Services Agreement (1.6); participate on various calls with client related to same (1.2). | 7.20 |

V&E **Invoice**

**Rockall Energy Holdings, LLC** August 9, 2022 Page 11

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701991
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 05/18/22 | BELO | Review and revise TSA and Purchase and Sale Agreement (1.4); participate in telephone conference with Lazard and Company discussing purchase price adjustments (.4); participate in telephone conferences with Company regarding Purchase and Sale Agreement (1.0). | 2.80 |
| 05/18/22 | DSME | Correspond with V&E team regarding sale process (.2); correspond with V&E team regarding PSA sale objections (.7). | 0.90 |
| 05/18/22 | LRKA | Evaluate Rockall sale issues (.5); correspond with V&E team regarding same (.4); conference with Scott Pinsonnault regarding TSA (.3); follow-up correspondence with V&E team, Lazard regarding same (.4). | 1.60 |
| 05/18/22 | JETO | Review and revise TSA and PSA (3.4); prepare for and participate in telephone conference with Lazard and Company discussing purchase price adjustments (.5); prepare for and participate in telephone conferences with Company regarding open items in PSA and TSA (1.1); review and revise exhibits and schedules to PSA (2.4); coordinate signing items regarding same (2.1); prepare for and participate in conference with Cleary discussing critical open points (1.0). | 10.50 |
| 05/18/22 | MJPY | Participate on call with Lazard and V&E ETP team regarding PSA and TSA (1.1); prepare for and participate on call with client and Lazard regarding purchase price adjustment (.6); participate on call with purchaser counsel regarding PSA (.5); correspond with client regarding seismic agreements (.2); evaluate same (.4); evaluate and address surety bond issues in connection with sale transaction (.6); evaluate and address Steel Reef issues in connection with sale transaction (.4); correspond with V&E team regarding suspense matters (.2); evaluate purchaser comments to sale order (.5); correspond with V&E team regarding same (.2). | 4.70 |
| 05/18/22 | CELE | Prepare for and attend teleconference with V&E team, Barbara Callaway and David Mirkin regarding issues related to Rockall oil and gas leases in connection with sale objections (.5); correspond with V&E team regarding exhibits and schedules to Purchase and Sale Agreement (.2). | 0.70 |
| 05/18/22 | ZPAR | Attend call with V&E team and Rockall regarding leases in connection with sale objections. | 0.40 |
| 05/18/22 | SAZO | Correspond with V&E team regarding declarations in support of sale (.2); confer with V&E team regarding sale reply (.2); review and revise sale reply (1.7); review comments received on declaration in support of sale (.3); draft revisions to same based on comments received (.9); correspond with V&E team regarding same (.1); update sale workstream tracker (.2). | 3.60 |

V&E **Invoice** **Rockall Energy Holdings, LLC** August 9, 2022 

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701991 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 05/18/22 | BEZE | Coordinate signing of PSA and related matters throughout day (2.7); conferences and correspondence with V&E team regarding same (.9). | 3.60 |
| 05/18/22 | JOLA | Review and amend Purchase Agreement, Exhibits, Annexures and ancillary sale transaction documents (3.4); confer with V&E team regarding same (1.2); participate on various calls with client regarding sale items (1.0). | 5.60 |
| 05/19/22 | MWMO | Review and revise Tempke declaration in support of sale (1.2); review changes to same (.2). | 1.40 |
| 05/19/22 | MTDO | Review updated draft of purchase agreement (.8); review litigation schedule (.2); discuss environmental matters with V&E team (.2); confer with buyer's counsel regarding same (.4). | 1.60 |
| 05/19/22 | BELO | Review, revise and prepare Formentera Purchase and Sale Agreement for execution (1.6); discuss PSA and related matters with Lazard and V&E teams (1.0). | 2.60 |
| 05/19/22 | DSME | Review Tempke declaration in support of sale and confirmation (.6); correspond with Pachulski regarding sale issues (.2); review PSA (.3); correspond with V&E team regarding same (.2). | 1.30 |
| 05/19/22 | JETO | Conference with V&E team and Company regarding PSA and TSA issues (1.2); prepare for and participate on various conferences with V&E ETP team discussing open items in TSA and PSA (1.2); evaluate and correspond throughout the day with V&E ETP team and Company regarding open items in the PSA and TSA (2.4); review and evaluate PSA and TSA in connection with same (2.9). | 7.70 |
| 05/19/22 | MJPY | Conference with client and Lazard regarding PSA (.4); conference with lender counsel regarding same (.3); conference with V&E ETP team and client regarding PSA and TSA issues (1.2); correspond with lender counsel regarding PSA and TSA markups (.3); correspond with Committee counsel regarding same (.1); review draft notice of adjournment of auction (.3); correspond with parties objecting to sale regarding objection deadline (.3); conference with surety counsel regarding PSA matters (.5); correspond with surety counsel regarding same (.3); evaluate comments to Tempke declaration in support of sale (.4); review and comment on sale reply (1.1); review and comment on PSA (.5); correspond with V&E ETP team regarding same (.2); correspond with Committee counsel regarding bid update (.3); correspond with Lazard regarding bid procedures inquiry (.3); correspond with purchaser counsel regarding adequate assurance matters (.2); correspond with lender counsel regarding sale objections (.5); review and comment on sale order (.5); correspond with purchaser counsel regarding same | 7.90 |

V&E Invoice

Rockall Energy Holdings, LLC August 9, 2022 Page 13

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701991
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | (.2). | |
| 05/19/22 | SAZO | Correspond with V&E team regarding sale declaration (.1); revise same (1.1); correspond with V&E and Lazard teams regarding same (.1); correspond with V&E team regarding notice of adjournment of auction (.1); draft same (.7); review and revise reply to sale objections (1.2); correspond with V&E team regarding same (.1); revise and update sale work stream tracker (.1); conference with Christian Tempke regarding revisions to sale declaration (.2). | 3.70 |
| 05/19/22 | BEZE | Coordinate with V&E team regarding PSA signing matters (.6); revise PSA and TSA (3.4); correspond and conferences with V&E team regarding same (1.1). | 5.10 |
| 05/19/22 | JOLA | Review and amend Purchase Agreement, Transition Services Agreement and various Exhibits and Schedules (3.9); correspond with V&E team, Lazard, and client regarding same (.8). | 4.70 |
| 05/20/22 | BELO | Review, revise and prepare Formentera Purchase and Sale Agreement for execution (2.4); correspond with V&E team regarding same (.7); discuss PSA and related matters with Lazard and V&E teams (1.2). | 4.30 |
| 05/20/22 | LRKA | Conferences with V&E team, client, and advisors regarding sale status (.6); correspond with same regarding same (.2); correspond with Board regarding same (.3). | 1.10 |
| 05/20/22 | JETO | Review and revise TSA (.4); correspond with V&E ETP team regarding same (.4); correspond with V&E ETP team regarding open items for signing (2.3). | 3.10 |
| 05/20/22 | MJPY | Conference with Committee counsel regarding bid (.5); conference with Shell counsel regarding same (.3); evaluate sale objections (.9); conference with Lazard regarding bid (.4); conference with client regarding same (.2); correspond with multiple objecting parties regarding sale process and objection deadline (.9); correspond with lender counsel regarding PSA and TSA (.4); conference with surety counsel regarding sale objection and PSA (.4); evaluate indemnity matters in connection with PSA (1.1); correspond with Talco counsel regarding sale objections (.2); review and comment on draft notice of successful bidder (.6); correspond with client regarding successful bid (.3); analyze deposit matters (.4); correspond with clerk regarding sale hearing setting (.2); evaluate contract schedules to PSA (.4). | 7.20 |
| 05/20/22 | CELE | Correspond with Barbara Callaway regarding Crowell oil and gas leases in connection with sale objections. | 0.10 |
| 05/20/22 | SAZO | Review and revise notice of successful bidder (.5); review and revise adjournment of auction and sale hearing (.6); | 4.40 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701991
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | correspond with V&E team regarding same (.1); revise sale order (.2); correspond with V&E team regarding same (.3); prepare same for filing (.1); compile sale objections from docket (.5); review and evaluate same (1.3); prepare chart tracking sale objections (.2); summarize sale objections (.6). | |
| 05/20/22 | BEZE | Correspond with V&E team regarding PSA signing and closing matters throughout the day (1.1); revise PSA and related documents (2.8). | 3.90 |
| 05/20/22 | JOLA | Review and amend Purchase Agreement, Exhibits and Schedules (3.8); correspond with V&E team regarding same (.4). | 4.20 |
| 05/21/22 | DSME | Telephone conference with Lazard regarding sale transaction matters. | 0.40 |
| 05/21/22 | LRKA | Conference call with Lazard, V&E team, Scott Pinsonnault regarding sale matters (.4); follow-up correspondence with same regarding same (.1). | 0.50 |
| 05/21/22 | JETO | Correspond with V&E team regarding items related to PSA. | 0.50 |
| 05/21/22 | MJPY | Evaluate sale objections (1.3); revise sale objection tracker (1.1); draft language to resolve various parties' objections (1.2); correspond with objecting parties regarding same (1.1); correspond with V&E team, Ankura, client regarding same (.7); conference with Ankura regarding contract schedule (.2); correspond with V&E ETP team regarding PSA inquiry (.3); correspond with client regarding same (.2); correspond with V&E team regarding Steel Reef matters in connection with sale transaction (.2); correspond with V&E team regarding sale brief (.2); review and comment on Tempke sale declaration (.2); correspond with V&E ETP team regarding sale objection (.4); review and revise sale brief and reply to objections (.7). | 7.80 |
| 05/21/22 | SAZO | Review comments to Tempke sale declaration (.2); revise same (.5); correspond with V&E team regarding sale objections (.4); correspond with V&E team regarding charts tracking sale and confirmation objections (.2); summarize sale objections for sale objection tracker chart (1.3). | 2.60 |
| 05/21/22 | JOLA | Correspond with Jarrod Gamble and David Mirkin regarding sale updates (.3); revise documents related to same (.5). | 0.80 |
| 05/22/22 | MJPY | Correspond with purchaser counsel regarding contract schedules (.3); review and revise same (.4); review and revise sale reply (1.7); correspond with V&E team regarding same (.2); correspond with North Dakota local counsel regarding same (.4); address bonding matters in connection with sale transaction (.8); correspond with V&E litigation team regarding same (.3); correspond with purchaser counsel regarding sale | 9.30 |

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701991 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | order language (.2); address seismic agreement matters in connection with sale transaction (.8); evaluate and address office lease matters in connection with sale transaction (.8); review and comment on sale brief (2.1); review and revivse sale order (.9); review and revise sale objection tracker (.4). | |
| 05/22/22 | SAZO | Summarize sale objections for tracker chart (.8); correspond with V&E team regarding Tempke sale declaration (.3); correspond with Lazard regarding same (.1); review proposed language in sale order (.2); confer with V&E team regarding same (.5); revise omnibus reply to sale objections (1.2); correspond with V&E team regarding same (.8). | 3.90 |
| 05/23/22 | MTDO | Review summary of objections from state of North Dakota (.3); confer with V&E team regarding same (.1); review draft response to sale objections (.3). | 0.70 |
| 05/23/22 | LRKA | Review Steel Reef sale order language (.3); correspond with V&E team regarding same (.1); conferences and correspond with V&E team regarding sale matters, TSA, PSA (.7). | 1.10 |
| 05/23/22 | JETO | Prepare for and participate in conference with NDIC and other governmental authorities regarding environmental and P&A matters (.8); correspondence with V&E team regarding same (.3). | 1.10 |
| 05/23/22 | MJPY | Conference with DEQ counsel regarding sale objection (.8); conference with purchaser counsel regarding sale objections (.8); prepare for same (.3); correspond with V&E litigation team regarding surety bond research to support sale order language (.2); correspond with V&E restructuring team regarding same (.2); correspond with surety counsel regarding same (.2); revise assumed contract schedule (.8); correspond with purchaser counsel regarding seismic agreements in connection with sale transaction (.3); correspond with U.S. Trustee regarding sale (.2); correspond with client regarding bonding matters in connection with sale transaction (.2); correspond with purchaser counsel regarding same (.2); correspond with purchaser counsel regarding assumed contract list (.2); comment on Tempke sale declaration (.7); comment on brief in support of sale (1.3). | 6.40 |
| 05/23/22 | CELE | Correspond with V&E team regarding issues related to Purchase and Sale Agreement (.1); correspond with Barbara Callaway regarding plugging and abandonment obligations (.1); correspond with Joe Schimelpfening and Barbara Callaway regarding same (.1). | 0.30 |
| 05/23/22 | SAZO | Review correspondence from Lazard and V&E teams regarding further revisions to Tempke sale declaration (.2); revise same to reflect comments received (.5); correspond with counsel to purchaser regarding sale declaration (.1); draft revisions to omnibus sale reply (.6); review precedent sale | 4.20 |

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701991
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | replies (.9); confer with V&E team regarding revisions to sale reply (.3); correspond with V&E team and Lazard team regarding further changes to sale declaration (.8); confer with Stephen Golmont regarding certain sale-related disclosures (.2); correspond with V&E team and counsel to purchaser regarding status of sale objections (.3); review further revisions to Tempke sale declaration (.1); confer with V&E team regarding same (.1); revise same (.1). | |
| 05/23/22 | BEZE | Revise PSA closing checklist. | 1.30 |
| 05/23/22 | JOLA | Address closing tasks (.8); correspond with V&E team regarding same (.3). | 1.10 |
| 05/24/22 | MTDO | Review Formentera PSA (.3); review assignments and bills of sale related to sale (.4); conference with V&E team regarding North Dakota objections (.5); correspond with V&E team regarding same (.1). | 1.30 |
| 05/24/22 | JETO | Prepare for and participate in conference with V&E team discussing DEQ issues and other environmental claims (.7); correspond with Rockall regarding interim period spending matters (.2); correspond with Rockall regarding records and title information (.2); correspond with V&E team regarding cure costs during interim period and open items (.6). | 1.70 |
| 05/24/22 | MJPY | Correspond with V&E litigation team regarding DEQ objection and related diligence (.3); correspond with purchaser counsel regarding contract assumption, sale objections (.4); correspond with J-W Power counsel regarding sale objection (.2); correspond with purchaser counsel regarding seismic agreements (.2); correspond with Verde counsel regarding sale objection (.2); prepare language regarding same (.2); prepare Steel Reef sale order language (.7); conference with V&E litigation team regarding DEQ objection (.5); review and comment on Chevron sale order proposed language (.3); correspond with Denbury counsel regarding sale objection (.2); conference with same regarding same (.3); revise sale order language to address same (.3); revise supplemental contract schedule and modifications list regarding same (.6); correspond with purchaser counsel regarding same (.2); correspond with taxing authority counsel regarding sale objection (.3); analyze issues regarding Steel Reef sale objection (.3); correspond with Steel Reef counsel regarding same (.2); prepare sale order language to address seismic matters (.3); correspond with counsel regarding same (.3); review and comment on objections tracker for sale brief (.4); correspond with V&E ETP team regarding sale closing checklist (.2); evaluate sale order regarding same (.6); revise brief in support of sale (1.2); correspond with V&E litigation team regarding research to support same (.2); correspond with DOJ counsel regarding sale order (.2); correspond with DEQ counsel regarding sale objection (.2). | 9.00 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 17

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701991 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 05/24/22 | CELE | Prepare for and conference with Leann Moses and V&E team regarding oil and gas lease matters in connection with sale objections. | 0.50 |
| 05/24/22 | SAZO | Conference with V&E team regarding DEQ and sale objections (.5); revise sale declaration (.4); correspond with V&E team regarding same (.2); correspond with Christian Tempke regarding same (.1); revise proposed Archrock language for sale order (.1); correspond with V&E team regarding language for sale order to resolve government objections (.3); review and revise sale order regarding same (.2); review and revise draft reply based on discussions with objecting parties (1.9); correspond with V&E team regarding same (.5); correspond with Committee counsel regarding sale approval order (.1); correspond with Denbury counsel regarding language in sale approval to resolve objection (.1). | 4.40 |
| 05/24/22 | BEZE | Finalize closing checklist for Formentera transaction (1.4); correspond with V&E team regarding same (.4). | 1.80 |
| 05/25/22 | MTDO | Participate in call with V&E team and North Dakota local counsel to discuss ND environmental objections (.5); participate in call with North Dakota representatives to discuss same (1.0). | 1.50 |
| 05/25/22 | JETO | Prepare for and participate in telephone conference regarding DEQ issues with NDIC (1.0); telephone conference with V&E RR team and local counsel regarding the same (.5); correspond with V&E team regarding DEQ issues (.6); correspond with V&E team regarding key dates and terms in the PSA (.3). | 2.40 |
| 05/25/22 | MJPY | Correspond with Chevron counsel regarding sale objection (.2); evaluate PSA to support same (.2); finalize sale objection chart for sale brief (.3); finalize comments to sale brief (.6); prepare comments to notice of contracts (.2); correspond with purchaser counsel regarding proposed DOJ language (.2); correspond with client regarding seismic agreements in connection with sale transaction (.2); review and revise proposed Steel Reef language for sale order (.4); correspond with Steel Reef counsel regarding same (.2); correspond with landlord counsel regarding office lease (.2); prepare comments to sale order regarding same (.4); correspond with V&E team regarding same (.2); participate on multiple calls with North Dakota local counsel regarding DEQ sale objection (1.1); participate on multiple calls with North Dakota/DEQ counsel regarding same (1.6); evaluate North Dakota statutes to support same (.3); participate on calls with lender counsel regarding same (.5); correspond with surety counsel regarding sale order (.2); provide further comments to Steel Reef proposed sale order language (.4); participate on call with client regarding DEQ issues (.5); evaluate documentation | 8.60 |

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701991 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | from client regarding same (.5); correspond with North Dakota local counsel regarding DEQ matters (.2). | |
| 05/25/22 | CELE | Review and analyze Crowell insert to Sale Order (.2); correspond with V&E team regarding same (.1). | 0.30 |
| 05/25/22 | GRHO | Review/analyze status of various plan/sale objections and proposed language to resolve same (.8); call with local North Dakota counsel regarding DEQ issues (.5); multiple calls with DEQ to discuss plan/sale objections (1.5); calls with Matt Moran and Matt Pyeatt regarding same (.3); calls with Cleary Gottlieb regarding same (.7); call with Rockall personnel regarding DEQ issues (1.1); draft/revise follow-up emails regarding same (.5). | 5.40 |
| 05/26/22 | JETO | Correspond with V&E team regarding Steel Reed matters in connection with sale transaction. | 0.30 |
| 05/26/22 | MJPY | Correspond with V&E ETP team regarding Steel Reef sale order language (.2); participate on call with client regarding DEQ objection (.2); participate on call with V&E litigation team regarding DEQ objection strategy (.5); correspond with V&E restructuring team regarding same (.2); draft email to North Dakota counsel regarding remaining open issues on DEQ objection (.5); correspond with client regarding same (.2); correspond with North Dakota local counsel regarding same (.2); evaluate various production-related data to address DEQ objection (.8); participate on call with North Dakota counsel regarding objections to sale (.6); evaluate further Steel Reef issues to address sale order language (.3); evaluate remaining open sale objections (.6); prepare sale order language to address same (.4); evaluate sale order comments (.3); correspond with V&E team regarding same (.2). | 5.20 |
| 05/26/22 | CELE | Analyze issue related to Transition Services Agreement (.2); correspond with V&E team regarding same (.1). | 0.30 |
| 05/26/22 | BEZE | Assist V&E team with pre-closing items in connection with sale transaction. | 0.60 |
| 05/26/22 | JOLA | Correspond with V&E team, client regarding sale closing tasks. | 0.40 |
| 05/27/22 | JETO | Discuss treatment of Steel Reef contacts with V&E team. | 0.30 |
| 05/27/22 | MJPY | Correspond with V&E restructuring team regarding sale order language (.2); evaluate remaining objections to sale (.3); correspond with client regarding Steel Reef language in sale order (.2); participate on call with V&E ETP team regarding same (.3); prepare TGS language for sale order and related side letter agreement (.6); correspond with TGS and Formentera counsel regarding same (.2); correspond with V&E restructuring team regarding supplemental sale brief (.2); | 8.10 |

V&E **Invoice** **Rockall Energy Holdings, LLC** August 9, 2022 Page 19

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701991 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | evaluate 31 Group remediation cost estimate (.4); evaluate DEQ remediation reports (.9); prepare outline for supplemental sale brief (1.1); correspond with V&E ETP team regarding sale closing (.2); participate on call with company representative regarding 31 Group site remediation cost estimate and hearing preparation (1.4); correspond with Steel Reef counsel and Formentera counsel regarding Steel Reef sale order language (.2); correspond with lender counsel regarding same (.2); participate on call with DEQ counsel regarding 31 Group site remediation and objections (1.5); follow-up correspondence with V&E team regarding same (.2). | |
| 05/27/22 | CELE | Discuss issues related to recordable conveyances, letters in lieu and resignations of operatorship with V&E team. | 0.20 |
| 05/27/22 | SAZO | Confer with V&E team regarding estimated cure and reserve amounts resolving objections (.2); review email correspondence with objecting parties and summarize status of language (.4); revise sale approval order to reflect same (.3); correspond with V&E team regarding same (.1); correspond with Purchaser's counsel regarding CLM objection and proposed language (.2); review and evaluate ND objections (.3); confer with V&E team regarding same (.1); review Jefferson County tax issues regarding sale and plan objection (.3); correspond with V&E and Ankura team regarding same (.2). | 2.10 |
| 05/28/22 | MJPY | Correspond with V&E litigation team regarding DEQ issues (.2); correspond with DEQ counsel regarding informal discovery (.2); evaluate discovery received from DEQ (1.1); correspond with client regarding same (.2). | 1.70 |
| 05/28/22 | CELE | Discuss issues related to closing deliverables with John Larbalestier (.2); correspond with V&E team regarding same (.1). | 0.30 |
| 05/28/22 | GRHO | Review/analyze documents produced by North Dakota and draft/revise summary notes regarding same (2.3); draft/revise email update for Cleary team (.2); draft/revise proposed settlement summary for North Dakota (.8); email correspondence with V&E team regarding same (.2); draft/revise email to Eric Van Horn (Spencer Fane) regarding proposed North Dakota settlement (.3). | 3.80 |
| 05/28/22 | JOLA | Conference with Cesar Leyva regarding closing tasks. | 0.20 |
| 05/29/22 | MJPY | Prepare for call with DEQ counsel (.2); call with DEQ counsel and representative regarding informal discovery (1.1); follow-up call with DEQ counsel regarding same (.8); correspond with V&E team regarding same (.2); call with DEQ counsel regarding proposed resolution (.4); draft language to address same (.8); correspond with V&E team regarding same (.2); | 4.40 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 20

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701991 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | correspond with Steel Reef counsel regarding sale order language (.3); correspond with client regarding DEQ proposed resolution (.2); correspond with Formentera counsel regarding DEQ issues (.2). | |
| 05/29/22 | SAZO | Review correspondence with V&E team regarding language inserts for sale order (.3); revise sale order with agreed upon language resolving objections (.3); correspond with V&E team regarding same (.2). | 0.80 |
| 05/30/22 | MTDO | Review remediation report resolve sale objection (.7); review environmental provisions of purchase agreement in preparation for call with purchaser's counsel (.3); confer with V&E team regarding resolution of state objections to sale (.3); discuss environmental matters with purchaser's counsel (.3); confer with V&E team regarding same (.2). | 1.80 |
| 05/30/22 | MJPY | Correspond with client regarding sale hearing (.2); review and comment on North Dakota sale order language (.4); correspond with North Dakota counsel, Formentera counsel, and lender counsel regarding same (.3); prepare further comments to North Dakota sale order language (.4); participate on call with North Dakota counsel regarding same (.5); work on Steel Reef language (.4); correspond with lender counsel regarding Steel Reef sale order language (.3); evaluate lender counsel comments to Steel Reef and North Dakota sale order language (.3). | 2.80 |
| 05/30/22 | GRHO | Review/analyze and comment on North Dakota settlement language (1.2); calls with Eric Van Horn (Spencer Fane) regarding resolution of same (.5); review/analyze and consider proposed revisions to Steel Reef language from Cleary (.3). | 2.00 |
| 05/30/22 | BEZE | Compile recordable conveyances for counties with Rockall assets being sold in connection with sale transaction (3.9); correspond with V&E team regarding same (.9). | 4.80 |
| 05/31/22 | MTDO | Confer with client regarding environmental remediation activities (.3); review reports in connection with same (.5); confer with purchaser's counsel regarding additional requests related to ongoing remediation projects (.2); discuss same with V&E and Rockall teams (.1). | 1.10 |
| 05/31/22 | JETO | Prepare for and participate in telephone conference regarding required consent issues with V&E restructuring team (.5); prepare for and participate in telephone conference with Cleary regarding same (.5); correspond with V&E team regarding same (.2). | 1.20 |
| 05/31/22 | MJPY | Participate on call with Steel Reef counsel regarding sale order language (.2); revise sale order language to address Steel Reef matters (.6); correspond with Steel Reef counsel | 3.00 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 21

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701991 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | regarding same (.2); participate on call with U.S. Specialty counsel regarding sale hearing and sale order language (.2); participate on calls with North Dakota counsel regarding same (.4); revise sale order language to address objecting parties' issues following hearing (.6); revise TGS sale order language (.4); correspond with TGS counsel regarding same (.2); correspond with client regarding TGS contract issues (.2). | |
| 05/31/22 | SAZO | Review and evaluate government sale order language (.2); review and respond to email correspondence among V&E team and various objecting parties regarding sale approval order language to resolve objections (.9); revise sale approval order with agreed upon language from various creditors (1.1); draft language to resolve TGS objection (.2); confer with V&E team regarding same (.1); update sale objection tracker (.1). | 2.60 |

Case 22-50711 Doc 2529 Filed 08/29/24 Entered 08/29/24 12:31:55 Desc
Main Document Page 48 of 399

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 22

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701991 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

**Summary of services - Asset Sales**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| BGBR | Brian G. Broussard | 10.40 | 685.00 | 7,124.00 |
| MTDO | Matthew T. Dobbins | 11.30 | 1055.00 | 11,921.50 |
| GRHO | George R. Howard | 13.60 | 1285.00 | 17,476.00 |
| LRKA | Lauren R. Kanzer | 13.10 | 975.00 | 12,772.50 |
| JOLA | John Larbalestier | 36.90 | 830.00 | 30,627.00 |
| CELE | Cesar Leyva | 11.90 | 860.00 | 10,234.00 |
| BELO | Bryan E. Loocke | 56.00 | 1285.00 | 71,960.00 |
| DSME | David S. Meyer | 4.70 | 1325.00 | 6,227.50 |
| MWMO | Matthew W. Moran | 1.40 | 1285.00 | 1,799.00 |
| ZPAR | Zachary J. Parker | 16.30 | 685.00 | 11,165.50 |
| MJPY | Matthew J. Pyeatt | 128.60 | 910.00 | 117,026.00 |
| JETO | Joclynn E. Townsend | 76.00 | 945.00 | 71,820.00 |
| BEZE | Benjamin Zeter | 44.30 | 685.00 | 30,345.50 |
| SAZO | Sara Zoglman | 80.00 | 590.00 | 47,200.00 |
| **Total** | | **504.50** | | **447,698.50** |

**Disbursements and other charges posted through May 31, 2022:**

**Fees for services posted through May 31, 2022:**

**Re: Assumption and Rejection of Leases and Contracts**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 05/01/22 | SAZO | Correspond with Cleary regarding cure objection tracker in connection with potential assumed contracts (.1); correspond with V&E team regarding same (.2). | 0.30 |
| 05/01/22 | IDAY | Draft summary of cure objections (1.8); correspond with V&E team regarding same (.3). | 2.10 |
| 05/04/22 | MJPY | Call with surety counsel regarding bonding issues and cure objection (.4); correspond with V&E team regarding cure objections (.2); evaluate Steel Reef cure objection (.3); correspond with Ankura regarding same (.2). | 1.10 |
| 05/05/22 | MJPY | Correspond with Chevron counsel regarding cure objection (.2); correspond with V&E team regarding cure objection tracker (.3); correspond with V&E team regarding Steel Reef cure issues (.4); correspond with Ankura regarding same (.1). | 1.00 |
| 05/05/22 | CELE | Review materials related to Crowell Land objection and oil and gas leases related thereto. | 0.40 |
| 05/06/22 | MJPY | Participate on call with counsel to sureties regarding assumption issues (.4); correspond with V&E team regarding | 1.10 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 23

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701991
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | same (.2); evaluate surety documents in connection with same (.3); evaluate proposed cure objection language for Seitel (.2). | |
| 05/06/22 | CELE | Correspond with V&E team regarding oil and gas leases to resolve cure objection. | 0.20 |
| 05/09/22 | MJPY | Evaluate precedent language regarding Seitel cure objection and briefing regarding same (.8); prepare responses and resolutions to cure objections (1.0); analyze Talco and U.S. Specialty issues in connection with cure objection (.6). | 2.40 |
| 05/11/22 | JETO | Correspond with V&E team regarding contract cure schedule. | 0.20 |
| 05/11/22 | MJPY | Evaluate seismic agreements in connection with cure objection (.4); evaluate Steel Reef cure claim analysis (.4); correspond with Ankura regarding cure costs (.2); evaluate supplemental cure notice issues (.5). | 1.50 |
| 05/11/22 | GRHO | Review and analyze Steel Reef cure calculations and related email correspondence. | 0.40 |
| 05/12/22 | MJPY | Participate on call with client and Ankura regarding Steel Reef cure amount (.4); evaluate documentation to support same (.2); review and comment on supplemental cure notice (.2). | 0.80 |
| 05/12/22 | SAZO | Correspond with V&E team regarding executory contract inquiry (.1); draft second supplemental cure notice (.5); correspond with V&E team regarding same (.1). | 0.70 |
| 05/12/22 | GRHO | Participate on call with Company, Ankura, and V&E team regarding Steel Reef cure calculation. | 0.40 |
| 05/13/22 | MJPY | Evaluate cure cost issues and supplemental cure notice exhibit (.6); participate on call with Ankura regarding same (.8); finalize and file supplemental cure notice (.2); address service issues regarding same (.3). | 1.90 |
| 05/13/22 | SAZO | Evaluate objections to cure amount for certain leases (.2); review leases regarding same (.4); correspond with company and V&E team regarding same (.3). | 0.90 |
| 05/16/22 | MJPY | Evaluate cure objection issues (.3); correspond with Ankura regarding same (.1); evaluate contracts to support same (.2). | 0.60 |
| 05/16/22 | SAZO | Correspond with Ankura team regarding contracts on cure schedule (.1); correspond with Company regarding same (.1); review contracts regarding same (.2). | 0.40 |
| 05/17/22 | MJPY | Review and evaluate issues for assumed contract schedule (.5); evaluate cure costs to support same (.4). | 0.90 |
| 05/17/22 | SAZO | Review leases related to issues for assumed contract | 0.60 |

V&E **Invoice** **Rockall Energy Holdings, LLC** August 9, 2022 Page 24

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701991 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | schedule (.5); correspond with V&E team regarding same (.1). | |
| 05/18/22 | SAZO | Review correspondence with V&E and company regarding cure schedule (.2); confer with V&E team regarding same (.2). | 0.40 |
| 05/19/22 | MJPY | Conference with landlord counsel regarding headquarters lease treatment (.5); correspond with client regarding headquarters lease issues (.4). | 0.90 |
| 05/23/22 | MJPY | Conference with office lease landlord counsel regarding lease issues. | 0.50 |
| 05/24/22 | MJPY | Correspond with client regarding office lease. | 0.30 |
| 05/24/22 | SAZO | Review leases to conform schedule of assumed contracts (.4); correspond with V&E team regarding same (.1); correspond with Ankura regarding same (.1); draft notice of amended schedule of assumed contracts (.9). | 1.50 |

V&E Invoice

Rockall Energy Holdings, LLC August 9, 2022 Page 25

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701991 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

**Summary of services - Assumption and Rejection of Leases and Contracts**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| IDAY | Ida Ayalew | 2.10 | 540.00 | 1,134.00 |
| GRHO | George R. Howard | 0.80 | 1285.00 | 1,028.00 |
| CELE | Cesar Leyva | 0.60 | 860.00 | 516.00 |
| MJPY | Matthew J. Pyeatt | 13.00 | 910.00 | 11,830.00 |
| JETO | Joclynn E. Townsend | 0.20 | 945.00 | 189.00 |
| SAZO | Sara Zoglman | 4.80 | 590.00 | 2,832.00 |
| **Total** | | **21.50** | | **17,529.00** |

**Disbursements and other charges posted through May 31, 2022:**

**Fees for services posted through May 31, 2022:**

**Re: Budgeting (Case)**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 05/03/22 | DSME | Telephone conference with Sean O'Neal regarding budget. | 0.50 |
| 05/05/22 | DSME | Conference with Ankura team regarding budget. | 0.30 |
| 05/05/22 | LRKA | Participate on conference call with David Meyer and Ankura regarding budget. | 0.30 |
| 05/09/22 | DSME | Correspond with Scott Pinsonnault regarding budget. | 0.30 |
| 05/17/22 | DSME | Review budget (.2); correspond with V&E team regarding same (.1). | 0.30 |
| 05/17/22 | LRKA | Correspond with V&E team regarding fees, budget. | 0.30 |
| 05/23/22 | DSME | Conference with Goldman and Blue Torch regarding budget (.7); correspond with V&E team regarding same (.2). | 0.90 |
| 05/23/22 | LRKA | Conference with Houlihan, Goldman, V&E team, Sean O'Neal regarding budget, fees. | 0.70 |
| 05/26/22 | DSME | Telephone conference with Goldman and advisors regarding budget and vendors (.6). | 0.60 |
| 05/26/22 | LRKA | Conference call with V&E, Cleary, Houlihan, Goldman regarding budget and vendors. | 0.60 |

V&E **Invoice** **Rockall Energy Holdings, LLC** August 9, 2022 

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701991 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

**Summary of services - Budgeting (Case)**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| LRKA | Lauren R. Kanzer | 1.90 | 975.00 | 1,852.50 |
| DSME | David S. Meyer | 2.90 | 1325.00 | 3,842.50 |
| **Total** | | **4.80** | | **5,695.00** |

## Disbursements and other charges posted through May 31, 2022:

## Fees for services posted through May 31, 2022:

**Re: Business Operations**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 05/01/22 | MJPY | Evaluate and revise insurance order (.6); correspond with UST regarding same (.2); correspond with lender counsel regarding same (.2). | 1.00 |
| 05/02/22 | MJPY | Correspond with insurance premium financing provider regarding insurance order (.4); correspond with lender counsel regarding same (.2); correspond with UST regarding same (.2); review and provide comments to same (.7). | 1.50 |
| 05/04/22 | LRKA | Conference with management, V&E, and Ankura teams regarding open issues. | 0.20 |
| 05/04/22 | MAGA | Participate on call with V&E, Ankura, and management teams regarding operations and related issues and strategy. | 0.20 |
| 05/05/22 | MJPY | Participate on call with Ankura and client regarding chapter 11 workstreams and pending matters. | 0.30 |
| 05/05/22 | MAGA | Participate on call with V&E, Ankura, and management teams regarding operations and related issues and strategy. | 0.30 |
| 05/06/22 | LRKA | Conference with Scott Pinsonnault regarding open operational issues. | 0.30 |
| 05/09/22 | MJPY | Participate on call with Ankura and client regarding chapter 11 workstreams and pending matters. | 0.40 |
| 05/09/22 | MAGA | Prepare for and participate on call with V&E, Ankura, and management teams regarding operations and related issues and strategy. | 0.50 |
| 05/11/22 | LRKA | Participate on conference call with company, Ankura, and V&E teams regarding matter status and open issues (.7); conference with Scott Pinsonnault regarding open issues (.3). | 1.00 |

V&E **Invoice** **Rockall Energy Holdings, LLC** August 9, 2022 Page 27

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701991 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 05/11/22 | MJPY | Participate on call with V&E team, Ankura, and client regarding operational workstreams. | 0.70 |
| 05/11/22 | MAGA | Prepare for and participate on call with V&E, Ankura, and management teams regarding operations and related issues and strategy. | 0.70 |
| 05/13/22 | LRKA | Conference call with management, Ankura, V&E team regarding open operational issues (.3); conduct follow-up correspondence regarding same (.5). | 0.80 |
| 05/13/22 | MJPY | Participate on call with V&E team, Ankura, and client regarding operational workstreams and pending matters. | 0.30 |
| 05/13/22 | MAGA | Participate on call with V&E, Ankura, and management teams regarding operations and related issues and strategy. | 0.30 |
| 05/16/22 | MJPY | Participate on call with V&E team, Ankura, and client regarding operational workstreams and pending matters. | 0.50 |
| 05/16/22 | MAGA | Prepare for and participate on call with V&E, Ankura, and management teams regarding operations and related issues and strategy. | 0.50 |
| 05/18/22 | MJPY | Participate on call with V&E team, Ankura, and client regarding operational workstreams and pending matters. | 0.50 |
| 05/18/22 | MAGA | Participate on call with V&E, Ankura, and Management teams regarding operations and related issues and strategy. | 0.50 |
| 05/19/22 | LRKA | Correspond with V&E team regarding operational issues. | 0.30 |
| 05/20/22 | LRKA | Conference with management, Ankura, V&E team regarding open operational issues. | 0.30 |
| 05/20/22 | MJPY | Conference with Ankura and client regarding operational workstreams. | 0.30 |
| 05/20/22 | MAGA | Conference with V&E, Ankura, and Management teams regarding operations and related issues and strategy. | 0.30 |
| 05/23/22 | LRKA | Conference with management, V&E team, Ankura regarding open issues. | 0.50 |
| 05/23/22 | MAGA | Conference with V&E, Ankura, and Management teams regarding operations and related issues and strategy. | 0.50 |
| 05/25/22 | MAGA | Participate on call with Ankura and Management teams regarding operations and related issues and strategy. | 0.60 |
| 05/27/22 | LRKA | Conference call with Ankura, Company regarding open issues. | 0.30 |

V&E **Invoice** **Rockall Energy Holdings, LLC** August 9, 2022 Page 28

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701991 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 05/27/22 | MJPY | Call with Ankura and client regarding operational workstreams. | 0.30 |
| 05/27/22 | MAGA | Participate on call with V&E, Ankura, and Management teams regarding operations and related issues and strategy. | 0.30 |
| 05/31/22 | LRKA | Conference call with Company, Ankura, V&E team regarding open issues. | 0.20 |
| 05/31/22 | MJPY | Participate on call with Ankura and client regarding operational workstreams. | 0.20 |
| 05/31/22 | MAGA | Participate on call with V&E, Ankura, and Management teams regarding operations and related issues and strategy. | 0.20 |

V&E **Invoice** **Rockall Energy Holdings, LLC** August 9, 2022 Page 29

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701991 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

**Summary of services - Business Operations**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| MAGA | Michael A. Garza | 4.90 | 860.00 | 4,214.00 |
| LRKA | Lauren R. Kanzer | 3.90 | 975.00 | 3,802.50 |
| MJPY | Matthew J. Pyeatt | 6.00 | 910.00 | 5,460.00 |
| **Total** | | **14.80** | | **13,476.50** |

**Disbursements and other charges posted through May 31, 2022:**

**Fees for services posted through May 31, 2022:**

**Re: Case Administration**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 05/01/22 | LRKA | Review key dates (.3); correspond with V&E team regarding same (.3). | 0.60 |
| 05/01/22 | MAGA | Review and revise workstreams checklis (.8); revise staffing plan for workstreams (.3). | 1.10 |
| 05/01/22 | SAZO | Draft works in progress timeline key dates and deadlines (.8); correspond with V&E team regarding same (.1). | 0.90 |
| 05/02/22 | EENE | Correspond with V&E attorney team regarding filing of Notice of Hearing on 5/3 (.6); obtain, review, and calendar updated docket report for V&E attorney team (.2); correspond with attorney group regarding case calendar details and complete additional calendaring (.9); correspond with judge's courtroom deputy regarding DIP Order entry status (.2); correspond with attorney group regarding filing for Witness and Exhibit List for 5/3 hearing (.5); provide court hearing transcript to attorney group (.1); review court documents for filing requirements of Monthly Fee Statements, and communicate with attorney group regarding findings and clarification (.6); review general correspondence for case and project status (1.0). | 4.10 |
| 05/03/22 | LRKA | Participate on conference call with V&E team regarding work in process, next steps, and strategy (.6); correspond with V&E team regarding notices (.2); review and comment on same (.3). | 1.10 |
| 05/03/22 | MJPY | Participate in call with V&E restructuring team regarding works in progress. | 0.60 |
| 05/03/22 | EENE | Communicate with attorneys regarding filing of (i) First Monthly Report of Ankura Consulting Group, (ii) Monthly Operating Reports for all debtors, (iii) Amended Chapter 11 | 5.50 |

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701991
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | Plan, (iv) Notice of Filing of Amended Chapter 11 Plan, and (v) Supplement to Disclosure Statement (1.4); prepare to file Notice of Agenda for Emergency Hearing on 5/3 (.2); obtain, review, and calendar updated docket report for attorneys and other groups (.2); complete and submit request form for 5/3 court hearing transcript (.2); communicate with transcriber and attorney group regarding same (.2); update transcript status chart (.1); communicate with attorney group regarding select precedent case retention applications to be obtained (.6); communicate with attorney group regarding status of online submission to court of proposed order (.1); prepare to file solicitation versions of Amended Chapter 11 Plan and Supplement to Disclosure Statement (.9); communicate with attorney group regarding same (.3); review general correspondence for case and project status (1.0); organize documents into office files (.3). | |
| 05/03/22 | MAGA | Review and revise work streams checklist (.6); participate on call with V&E team regarding work streams, strategy, and related issues (.6). | 1.20 |
| 05/03/22 | SAZO | Prepare for and attend call with V&E team regarding works in progress. | 0.60 |
| 05/03/22 | TGSP | Conference with V&E team regarding workstreams and updates. | 0.60 |
| 05/04/22 | WTS | Participate in V&E working group call regarding restructuring. | 0.30 |
| 05/04/22 | DSME | Correspond with V&E team regarding workstreams and next steps open matters (.5); conference with same regarding same (.3). | 0.80 |
| 05/04/22 | LRKA | Review and revise works in process checklist (.5); send follow-up correspondence regarding same (.2); conference call with V&E team regarding workstreams (.3). | 1.00 |
| 05/04/22 | MJPY | Evaluate works-in-progress checklist (.4); participate on call with V&E team regarding works in progress (.3). | 0.70 |
| 05/04/22 | EENE | Review correspondence and related documents regarding auction status, and update calendar (.2); obtain and review updated docket report for attorneys and other groups (.3); correspond with paralegal for UCC's counsel regarding request for court hearing transcripts, and provide same (.1); correspond with attorney group for calendar clarification (.2); organize court hearing transcript and related invoice into files, and provide transcript copy to attorney group (.1); correspond with transcriber and staff regarding partial refund processing details regarding transcript (.3); update internal status chart (.1); correspond with attorney group regarding filing details for Notice of Adjournment of Auction, Sale Hearing and Combined Hearing, and Extension of Related Deadlines, and | 3.30 |

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701991
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | complete court filing of same (.5); review Notice for calendar details and complete extensive calendaring (1.0); review general correspondence for case and project status (.4); correspond with attorney group regarding cure objection tracker chart instructions (.1). | |
| 05/04/22 | ERHI | Attend call with V&E team regarding weekly update. | 0.30 |
| 05/04/22 | MAGA | Conference with V&E teams regarding matter updates, strategy, and next steps. | 0.30 |
| 05/05/22 | LRKA | Conference call with V&E team regarding work in process. | 0.70 |
| 05/05/22 | MJPY | Participate on call with V&E restructuring team regarding works in progress. | 0.70 |
| 05/05/22 | EENE | Obtain and review updated docket report for attorneys and other groups (.2); complete draft of cure objection tracker chart (.8); review general correspondence for case and project status (.5). | 1.50 |
| 05/05/22 | MAGA | Prepare for and participate on call with V&E team regarding matter updates, workstreams, and related strategy and issues. | 0.70 |
| 05/05/22 | TGSP | Conference call with V&E team regarding workstreams and updates. | 0.70 |
| 05/06/22 | EENE | Obtain select court documents for attorney group (.1); draft Notice of Hearing for Motion to Reject Steel Reef Agreement and provide Notice to attorney group (.6); obtain updated docket report for attorneys and other groups (.1); prepare to and file Notice of Filing of Debtors' Revised Master Service List (1.0); communicate with attorney group regarding same (.4); prepare to and file Declarations of Disinterestedness regarding Ordinary Course Professionals (2.2); communicate with attorney group regarding same (.3); review general correspondence for case and project status (.7). | 5.40 |
| 05/09/22 | EENE | Correspond with attorney group regarding filing of Declarations of Disinterestedness of (i) Brunini, Grantham, and (ii) Coghlin Crowson (.4); obtain updated docket report for attorneys and other groups (.2); review and revise Notice of Hearing on Debtors' Motion for Order Authorizing Debtors to Reject Steel Reef Contracts (.5); communicate with attorney group regarding filing of same (.2). | 1.30 |
| 05/10/22 | LRKA | Participate on conference call with V&E team regarding works in process. | 0.40 |
| 05/10/22 | EENE | Complete court filing of Declaration of Disinterestedness of Jason R. Warran (.2); obtain, review, and calendar updated docket report for attorneys and other groups, (.5); complete | 1.50 |

# V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701991
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | filing of Declaration of Disinterestedness of KE Andrews and Company (.2); review general correspondence for case and project status (.6). | |
| 05/10/22 | MAGA | Prepare for and participate on call with V&E team regarding work streams, case updates, and related issues and strategy. | 0.40 |
| 05/10/22 | SAZO | Attend call with V&E team regarding works in progress. | 0.40 |
| 05/10/22 | IDAY | Prepare for and attend call with V&E team regarding works in progress. | 0.40 |
| 05/10/22 | GRHO | Participate on portion of call with V&E team regarding open workstreams and next steps. | 0.30 |
| 05/11/22 | EENE | Obtain updated docket report for attorneys and other groups (.1); file Debtors' Application of Order Authorizing Retention of Brown Fox PLLC as Conflicts Counsel (.2); complete update to cure objection tracker for attorney group (.1); file Declaration of Disinterestedness of Jones Walker LLP (.3); communicate with attorney group regarding filing instructions for additional document (.2). | 0.90 |
| 05/12/22 | DSME | Participate on portion of call with V&E team regarding works in progress. | 0.50 |
| 05/12/22 | LRKA | Conference call with V&E team regarding work in process. | 0.70 |
| 05/12/22 | MJPY | Evaluate works in progress checklist (.2); participate on call with V&E team regarding works in progress (.7). | 0.90 |
| 05/12/22 | EENE | Correspond with attorney group regarding filing (.2); prepare to file same (.4); obtain, review, and calendar updated docket report for attorneys and other groups (.2); correspond with court case manager regarding filing instructions (.2); communicate with attorney group regarding same (.3); file Debtors' Amended Application for Order Authorizing Retention of Brown Fox PLLC as Conflicts Counsel (.2); gather plan confirmation objections for attorney group (.8); communicate with attorney group regarding same (.2); review general correspondence for case and project status (.3). | 2.80 |
| 05/12/22 | MAGA | Review and revise workstreams checklist (.6); prepare for and participate on call with V&E team regarding work streams and related issues and strategy (.8). | 1.40 |
| 05/12/22 | SAZO | Attend call with V&E team regarding works in progress. | 0.70 |
| 05/17/22 | DSME | Attend conference call with V&E team regarding open workstreams. | 0.60 |
| 05/17/22 | LRKA | Conference call with V&E team regarding open workstreams (.6); review and revise case timeline (.4); correspond with | 1.10 |

V&E **Invoice**

**Rockall Energy Holdings, LLC** August 9, 2022 Page 33

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701991
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | V&E team regarding same (.1). | |
| 05/17/22 | EENE | Obtain, review, and calendar updated docket report for attorneys and other groups (.1); communicate with attorney group regarding filing deadline for Witness and Exhibit List for 5/25 hearing (.2); review filing dates of prior Witness and Exhibit Lists in connection with same (.2); prepare and file Notice of Adjournment of Auction (.4); review general correspondence for case and project status (.6). | 1.50 |
| 05/17/22 | MAGA | Participate on call with V&E team regarding workstreams. | 0.60 |
| 05/17/22 | SAZO | Attend call with V&E team regarding works in progress. | 0.60 |
| 05/17/22 | EMME | Conference with V&E team regarding works in process. | 0.60 |
| 05/17/22 | GRHO | Participate on call with V&E RR team regarding open workstreams and next steps. | 0.60 |
| 05/18/22 | EENE | Obtain, review, and calendar updated docket report for attorneys and other groups (.2); compile precedent pleading for attorney group (1.8); communicate with same regarding same (.2); review precedent documents and draft Certificate of No Objection to Motion to Assume Blossman Contract (.5). | 2.70 |
| 05/18/22 | JRGO | Conference with V&E teams regarding case developments and next steps. | 0.20 |
| 05/18/22 | ZPAR | Prepare for and attend V&E call regarding status. | 0.30 |
| 05/18/22 | ERHI | Conference with V&E team regarding updates. | 0.20 |
| 05/18/22 | MAGA | Prepare for and participate on call with V&E team regarding matter updates and related issues. | 0.30 |
| 05/18/22 | SAZO | Attend weekly standing call with V&E team regarding case status. | 0.20 |
| 05/18/22 | ESST | Attend conference with V&E team regarding case updates. | 0.20 |
| 05/18/22 | JOLA | Prepare for and participate on call with V&E team regarding case status. | 0.30 |
| 05/19/22 | MJPY | Conference with V&E team regarding works in progress. | 0.50 |
| 05/19/22 | EENE | Review precedent case dockets (.2); correspond with court clerk to confirm filing method (.2); file Certificate of No Objection to Motion for Order Authorizing Debtors to Assume Blossman Contract (.2); complete related submission of proposed order to court (.2); draft Notice of Filing Second Supplement to Plan (.5); correspond with attorney group regarding same (.3); update docket report for attorneys (.1); electronically court file (i) Notice of Adjournment of Auction, | 4.10 |

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701991
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | and (ii) Notice of Filing of Debtors Revised Master Service List (.2); calendar upcoming dates and deadline for attorneys (.2); file Declaration of Declaration of Disinterestedness of Blair & Bondurant, P.A. (.2); prepare for filing of documents (1.5); file Declaration of Alexa Westmoreland on Behalf of Stretto Regarding Solicitation of Votes and Tabulation of Ballots (.3). | |
| 05/19/22 | MAGA | Participate on call with V&E team regarding same and related strategy and issues. | 0.50 |
| 05/19/22 | SAZO | Prepare for and attend call with V&E team regarding works in progress. | 0.50 |
| 05/19/22 | EMME | Prepare for and attend conference with V&E team regarding workstreams. | 0.50 |
| 05/20/22 | EENE | Obtain updated docket report for attorneys (.1); complete calendaring (.1); correspond with attorney group regarding filing details for court document and provide select court rules for same (.3); complete court filing of Declaration of Disinterestedness of Crowley Fleck PLLP (.2); correspond with attorneys regarding filing plan (.3); prepare to and file Notice of Successful Bidder, Cancellation of Auction, and Hearing Adjournment (1.5); correspond with V&E team regarding filing status and prepare to file Witness and Exhibit List for 5/25 hearing (.5); review general correspondence for case and project status (.8). | 3.80 |
| 05/21/22 | EENE | File Witness and Exhibit List for 5/25 Hearing (1.0); correspond with attorney group regarding confirmation of filing details and status (.5); correspond with same regarding NDTX court rules (.7); correspond with same regarding notices to be drafted and related hearing preparation and coordination (.6). | 2.80 |
| 05/22/22 | EENE | Review precedent Confirmation Order filings (.3); correspond with attorney group regarding same (.2); review precedent case dockets related to documents to be filed (.4); correspond with same regarding 5/25 hearing preparation logistics (1.0); correspond with same regarding Notice of Agenda for 5/25 Hearing to be drafted (.1); review general correspondence for case and project status (1.0). | 3.00 |
| 05/23/22 | EENE | Correspond with attorney group regarding drafting of Notice of Filing of Amended Plan (.2); draft same (.1); correspond with attorneys regarding document management details (.6); correspond with attorneys regarding docket review instructions for Plan objections (.3); complete review and provide findings regarding same (.6); correspond with attorneys regarding court document filing plan list (.1); obtain updated docket report for attorneys (.2); complete calendaring (.2); draft Notice of Agenda for 5/25 Hearing (.5); draft Notice of Filing of Revised Form of Proposed Confirmation Order (.6); review precedent of same (.2); correspond with attorney | 4.30 |

V&E **Invoice** **Rockall Energy Holdings, LLC** August 9, 2022 Page 35

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701991 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | group regarding same (.1); file Notice of Filing of Second Supplement to Amended Plan (.6). | |
| 05/24/22 | DSME | Attend portion of conference with V&E team regarding work streams. | 0.60 |
| 05/24/22 | LRKA | Conference call with V&E team regarding work in process, next steps (.7); correspond with V&E team regarding same (.2); coordinate filings (.2). | 1.10 |
| 05/24/22 | EENE | Prepare to file various documents (2.3); correspond with attorneys regarding filing plans (.7); correspond with same regarding draft status of Notice of Agenda for 5/25 Hearing (.1); obtain updated docket report for attorneys (.3); correspond with attorneys regarding hearing binder preparation coordination (.5); correspond with attorneys regarding filing details for and court file Pinsonnault confirmation declaration (.5); file Amended Witness and Exhibit List for 5/25 Hearing (1.0); correspond with Stretto team regarding filings (.6); correspond with attorneys regarding filing instructions for Notice of Agenda (.4); file same (.6); update calendar (.2); draft Notice of Third Plan Supplement (.5); correspond with attorneys regarding hearing preparation coordination (.5); review precedent notice of filing confirmation order (.3); draft same (.6). | 9.10 |
| 05/24/22 | TGSP | Conference with V&E team regarding workstreams and updates. | 0.70 |
| 05/24/22 | IDAY | Conference with V&E team regarding works in process. | 0.70 |
| 05/25/22 | EENE | Prepare to file and communicate with attorneys regarding filing details, and court file (i) Supplemental Brief in Support of Sale Motion and Omnibus Reply to Objections to Sale Motion, (ii) Notice of Amended Schedule of Contracts and Leases Debtors Propose to Assume and Assign to Formentera Partners Fund I, LP, (iii) Amended Plan, and (iv) Notice of Filing of Immaterial Modifications to Amended Plan (2.5); obtain updated docket report for attorneys and other groups, and review report for calendar details (.2); draft Notice of Fourth Plan Supplement (.5); correspond with attorney group regarding general filing plans (.2); correspond with same regarding hearing preparation details (.5); correspond with same regarding filing status for Second Amended Witness and Exhibit List for 5/25 Hearing, and file List (1.5); court file Notice of Filing Fourth Supplement to Plan (.2); court file Notice of Filing of Exhibits for 5/25 Hearing (.3); correspond with attorney group regarding Notice of Adjournment of Sale and Combined Hearings to be drafted, review related court documents, and complete draft (.7); correspond with court clerk regarding transcript request withdrawal due to adjourned hearing (.1); calendar adjourned hearing and related dates (.1); correspond with attorney group regarding filing details for | 7.90 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 36

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701991 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | Notice of Adjournment, and file Notice (.5); correspond with same regarding potential filing (.6). | |
| 05/26/22 | EENE | Obtain and review updated docket report for attorneys and other groups (.2); court file Certificate of No Objections to Debtors' Application for Order Authorizing Retention of Weil, Gotshal & Manges LLP (.2); correspond with attorneys regarding processing details for submission to court of related proposed order, and complete submission (.6); correspond with same regarding filing details and file Amended Declaration of Alexa Westmoreland on Behalf of Stretto Regarding Solicitation of Votes, etc. (.4); correspond with same regarding availability of template for select court document (.1); review general correspondence for case and project status (.5). | 2.00 |
| 05/27/22 | MJPY | Participate on call with V&E restructuring team regarding works in progress. | 0.70 |
| 05/27/22 | EENE | Obtain updated docket report for attorneys and other groups (.1); review filing method and court file Fee Statement of Lazard Freres and Co. LLC for April 2022 (.3); correspond with attorneys regarding Notice of Fifth Plan Supplement to be drafted and complete draft Notice (.4); obtain related docket information for same (.5); review pdf copy of Notice and Exhibits (.4); correspond with attorneys regarding final approval for filing and court file Declaration of Disinterestedness of Burton Oil & Gas Reporting Service, LLC (.5); correspond with court case manager regarding related Amended Declaration of Disinterestedness to be filed next week (.2); obtain select court documents for attorney group (.1); correspond with attorney group regarding court document filing plans (.1); correspond with same regarding preparation for filing of Third Amended Witness and Exhibit List for 5/31 Hearing and file same (1.0); review general correspondence for case and project status (.6). | 4.20 |
| 05/27/22 | SAZO | Attend call with V&E team regarding works in progress. | 0.70 |
| 05/27/22 | TGSP | Conference call with V&E team regarding workstreams and updates. | 0.70 |
| 05/30/22 | EENE | Obtain, review, and calendar updated docket report for attorneys and other groups (.4); correspond with Trevor Spears for calendar clarification and complete additional calendaring (.5); file Notice of Filing Fifth Supplement to Plan (.2); review filing preparation and court file Notice of Agenda for 5/31 Hearing (.2); correspond with attorneys regarding filing details for Fourth Amended Witness and Exhibit List for 5/31 Hearing (.5); prepare for filing and file same (1.8); review general correspondence for case and project status (.5). | 4.10 |
| 05/31/22 | EENE | Correspond with attorneys regarding status, and court file | 5.10 |

V&E **Invoice**

**Rockall Energy Holdings, LLC** August 9, 2022 

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701991 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

Proposed Confirmation Order (.8); prepare for filing and file Notice of Filing Revised Form of Proposed Confirmation Order (.5); correspond with court case manager regarding Declaration of Disinterestedness to be re-filed per 5/27 communication, and provide status to attorneys (.1); complete various hearing preparation tasks (1.9); correspond with attorneys regarding filing plans (.1); obtain updated docket report for attorneys and other groups, and review report and court documents for calendar details (.1); correspond with attorneys regarding hearing documents to be organized and delivered (.2); complete order form for 5/31 court hearing transcript, submit same to court clerk, and provide status to attorneys (.2); complete online payment to transcriber for 5/31 court hearing transcript and communicate with transcriber regarding status (.2); court file Notice of Filing of Second Monthly Report of Ankura Consulting Group (.4); review general correspondence for case and project status (.6).

# V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701991 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

**Summary of services - Case Administration**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| IDAY | Ida Ayalew | 1.10 | 540.00 | 594.00 |
| MAGA | Michael A. Garza | 6.50 | 860.00 | 5,590.00 |
| JRGO | Jeremy R. Gonzalez | 0.20 | 705.00 | 141.00 |
| GRHO | George R. Howard | 0.90 | 1285.00 | 1,156.50 |
| LRKA | Lauren R. Kanzer | 6.70 | 975.00 | 6,532.50 |
| JOLA | John Larbalestier | 0.30 | 830.00 | 249.00 |
| EMME | Elias M. Medina | 1.10 | 590.00 | 649.00 |
| DSME | David S. Meyer | 2.50 | 1325.00 | 3,312.50 |
| EENE | Elizabeth E. Neuman | 80.90 | 310.00 | 25,079.00 |
| ZPAR | Zachary J. Parker | 0.30 | 685.00 | 205.50 |
| MJPY | Matthew J. Pyeatt | 4.10 | 910.00 | 3,731.00 |
| ERHI | Emily Rhine | 0.50 | 590.00 | 295.00 |
| WTS | Wendy T. Salinas | 0.30 | 1325.00 | 397.50 |
| TGSP | Trevor G. Spears | 2.70 | 790.00 | 2,133.00 |
| ESST | Eli S. Sterbcow | 0.20 | 590.00 | 118.00 |
| SAZO | Sara Zoglman | 4.60 | 590.00 | 2,714.00 |
| **Total** | | **112.90** | | **52,897.50** |

**Disbursements and other charges posted through May 31, 2022:**

**Fees for services posted through May 31, 2022:**

**Re: Corporate Governance and Board Matters**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 05/04/22 | MAGA | Confer with Eli Medina regarding board meeting materials. | 0.10 |
| 05/04/22 | EMME | Draft updated timeline slide for board deck (.6); conference with Mike Garza regarding same (.1); review and revise same (.4); correspond with V&E team regarding same (.2). | 1.30 |
| 05/05/22 | EMME | Review and revise updated timeline slide for board deck. | 0.20 |
| 05/06/22 | LRKA | Prepare for and attend board meeting (.5); follow-up correspondence regarding same (.3). | 0.80 |
| 05/06/22 | MJPY | Attend telephonic board call. | 0.60 |
| 05/06/22 | EMME | Attend board meeting. | 0.60 |
| 05/11/22 | SAZO | Review precedent board resolutions (.3); draft board resolutions approving sale transaction (.8); correspond with V&E team regarding same (.1). | 1.20 |
| 05/11/22 | GRHO | Review and comment on form of board resolution approving | 0.50 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701991 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | winning bidder and related precedent (.4); correspond with V&E team regarding same (.1). | |
| 05/15/22 | LRKA | Correspond with V&E team regarding board materials (.2); review same (.3). | 0.50 |
| 05/16/22 | DSME | Review and revise board presentation. | 0.20 |
| 05/16/22 | LRKA | Prepare for and attend board meeting with V&E team. | 0.70 |
| 05/16/22 | MJPY | Attend telephonic board call regarding sale process update. | 0.50 |
| 05/18/22 | SAZO | Revise board resolutions approving sale transaction (.4); correspond with V&E team regarding same (.3). | 0.70 |
| 05/18/22 | GRHO | Review, analyze, and comment on form of board resolution approving sale. | 0.80 |
| 05/19/22 | LRKA | Draft board update (.5); correspond with advisors, Board regarding same (.1); review and comment on board meeting materials (.6); correspond with V&E team regarding same (.3). | 1.50 |
| 05/19/22 | MJPY | Prepare board materials for board meeting (.4); evaluate PSA to support same (.3). | 0.70 |
| 05/19/22 | SAZO | Correspond with V&E team regarding board resolutions to approve sale (.1); revise board resolutions (.2). | 0.30 |
| 05/19/22 | JOLA | Draft summary sale materials for Board. | 2.30 |
| 05/20/22 | DSME | Attend board meeting. | 0.50 |
| 05/20/22 | LRKA | Prepare for board meeting (.4); attend same (.5); correspond with V&E team regarding same (.3). | 1.20 |
| 05/20/22 | MJPY | Attend portion of board meeting. | 0.40 |
| 05/20/22 | SAZO | Correspond with V&E team regarding board resolutions to approve sale (.2); attend board meeting (.5); correspond with V&E team regarding same (.1); correspond with V&E MACM team regarding board resolutions to approve sale (.1). | 0.90 |

# V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701991
**Billing Attorney** William C. Smith

Re: Restructuring Advice

**Summary of services - Corporate Governance and Board Matters**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| MAGA | Michael A. Garza | 0.10 | 860.00 | 86.00 |
| GRHO | George R. Howard | 1.30 | 1285.00 | 1,670.50 |
| LRKA | Lauren R. Kanzer | 4.70 | 975.00 | 4,582.50 |
| JOLA | John Larbalestier | 2.30 | 830.00 | 1,909.00 |
| EMME | Elias M. Medina | 2.10 | 590.00 | 1,239.00 |
| DSME | David S. Meyer | 0.70 | 1325.00 | 927.50 |
| MJPY | Matthew J. Pyeatt | 2.20 | 910.00 | 2,002.00 |
| SAZO | Sara Zoglman | 3.10 | 590.00 | 1,829.00 |
| **Total** | | **16.50** | | **14,245.50** |

**Disbursements and other charges posted through May 31, 2022:**

**Fees for services posted through May 31, 2022:**

**Re: Employment and Fee Applications**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 05/02/22 | LRKA | Review Ankura fee statement (.3); correspond with V&E team regarding same (.2). | 0.50 |
| 05/03/22 | KIVA | Correspond with Mustafa Kodwavi regarding payment of professional invoices. | 0.20 |
| 05/04/22 | EMME | Review Brown Fox retention application. | 0.70 |
| 05/04/22 | TGSP | Correspond with Lazard regarding monthly fee statement (.3); conference calls with V&E billing team regarding V&E monthly fee statement (.4). | 0.70 |
| 05/04/22 | IDAY | Draft Deloitte Retention Application (2.1); correspond with V&E team regarding same (.1). | 2.20 |
| 05/05/22 | MWMO | Review and comment on retention application for Brown Fox and related declaration (.7); confer with V&E team regarding same (.2). | 0.90 |
| 05/05/22 | EMME | Review and revise Brown Fox retention application (.6); correspond with Brown Fox regarding same (.2). | 0.80 |
| 05/05/22 | IDAY | Draft revisions to Deloitte retention application (2.8); correspond and conferences with V&E team and Deloitte team regarding same (1.0). | 3.80 |
| 05/06/22 | EMME | Coordinate with V&E team regarding OCP declarations of disinterestedness. | 0.10 |

V&E **Invoice** **Rockall Energy Holdings, LLC** August 9, 2022 Page 41

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701991
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 05/10/22 | LRKA | Review and revise Brown Fox retention application (.7); correspond with Eli Medina regarding same (.2). | 0.90 |
| 05/10/22 | EMME | Correspond with V&E team regarding Brown Fox retention (.4); correspond with V&E team regarding OCP issues (.3); conference with Ankura team regarding same (.1); review and revise Brown Fox retention application (.4); correspond with Brown Fox regarding same (.1). | 1.30 |
| 05/10/22 | IDAY | Correspond with Ankura in connection with Deloitte retention application. | 0.40 |
| 05/11/22 | LRKA | Review and comment on Deloitte retention application (1.0); correspond with V&E team regarding same (.2). | 1.20 |
| 05/11/22 | EMME | Correspond with Ankura team regarding Brown Fox retention application (.1); review and revise same (.2); coordinate with V&E team to file same (.1); review local rules regarding amended applications (.1); review and revise Brown Fox application (.2). | 0.70 |
| 05/12/22 | LRKA | Conferences with Ida Ayalew regarding Deloitte retention application (.8); review Deloitte engagement letters and declaration (.6); correspond with Ida Ayalew regarding same (.3); conference with V&E tax team regarding same (.2). | 1.90 |
| 05/12/22 | EMME | Correspond with V&E, Ankura teams regarding OCP issues. | 0.60 |
| 05/12/22 | IDAY | Review comments received on Deloitte retention application (.3); conferences with Lauren Kanzer regarding same (.8). | 1.10 |
| 05/15/22 | IDAY | Review and revise Deloitte retention application (2.2); correspond with V&E team regarding same (.5). | 2.70 |
| 05/23/22 | IDAY | Revise Deloitte retention declaration. | 1.20 |
| 05/24/22 | EMME | Correspond with V&E team and Ankura regarding declarations of disinterestedness. | 0.40 |
| 05/27/22 | EMME | Correspond with V&E, Ankura teams regarding OCP issues (.3); coordinate with V&E team regarding filing OCP declaration (.2). | 0.50 |
| 05/27/22 | TGSP | Correspond with V&E team, Lazard and Sidley regarding Lazard monthly fee statement (.2); coordinate filing of same (.2). | 0.40 |
| 05/27/22 | IDAY | Correspond with Deloitte regarding retention application. | 0.30 |
| 05/28/22 | LRKA | Review and comment on Deloitte application (.7); correspond with V&E team regarding same (.2). | 0.90 |

V&E **Invoice**

**Rockall Energy Holdings, LLC** August 9, 2022 Page 42

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701991 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 05/28/22 | IDAY | Review and revise Deloitte retention application regarding comments received (3.1); correspond with V&E team regarding same (.3). | 3.40 |
| 05/29/22 | LRKA | Review and comment on Deloitte retention application (.9); correspond with Ida Ayalew regarding same (.2). | 1.10 |
| 05/29/22 | IDAY | Review and incorporate comments received regarding Deloitte Retention application (3.4); correspond with Lauren Kanzer regarding same (.2). | 3.60 |
| 05/30/22 | IDAY | Correspond with Deloitte regarding retention application. | 0.40 |

# V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701991 |
| **Billing Attorney** | William C. Smith |

## Re: Restructuring Advice

**Summary of services - Employment and Fee Applications**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| IDAY | Ida Ayalew | 19.10 | 540.00 | 10,314.00 |
| LRKA | Lauren R. Kanzer | 6.50 | 975.00 | 6,337.50 |
| EMME | Elias M. Medina | 5.10 | 590.00 | 3,009.00 |
| MWMO | Matthew W. Moran | 0.90 | 1285.00 | 1,156.50 |
| TGSP | Trevor G. Spears | 1.10 | 790.00 | 869.00 |
| KIVA | Kiran Vakamudi | 0.20 | 790.00 | 158.00 |
| **Total** | | **32.90** | | **21,844.00** |

### Disbursements and other charges posted through May 31, 2022:

### Fees for services posted through May 31, 2022:

**Re: Financing and Cash Collateral**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 05/03/22 | MJPY | Correspond with courtroom deputy regarding Final DIP Order (.2); correspond with lender counsel regarding same (.3). | 0.50 |
| 05/05/22 | MJPY | Review and evaluate updated DIP milestones (.2); correspond with lender counsel regarding same (.2). | 0.40 |
| 05/06/22 | MJPY | Analyze mechanic's lien issues and lien notices (.6); correspond with V&E finance team regarding same (.2); draft email to lender counsel regarding strategy on same (.3). | 1.10 |
| 05/09/22 | MJPY | Correspond with lender counsel regarding mechanic's liens (.3); analyze client documentation to support same (.6); correspond with client regarding same (.2). | 1.10 |
| 05/10/22 | MJPY | Evaluate lien analysis from client. | 0.20 |
| 05/12/22 | MJPY | Evaluate DIP reporting issues (.3); correspond with V&E team regarding same (.2). | 0.50 |
| 05/12/22 | KIVA | Review DIP order and motion in connection with reporting issues (.1); correspond with V&E team regarding same (.2). | 0.30 |
| 05/26/22 | DSME | Review reservation of rights letter in connection with DIP agreement (.2); correspond with V&E team regarding same (.1). | 0.30 |
| 05/26/22 | LRKA | Correspond with V&E team regarding milestones, reservation of rights. | 0.50 |
| 05/26/22 | MJPY | Correspond with lender counsel regarding DIP milestones | 0.60 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 44

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701991
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | (.2); correspond with V&E team regarding same (.2); evaluate notice of reservation of rights and Final DIP Order in connection with same (.2). | |
| 05/27/22 | MJPY | Correspond with lender counsel regarding DIP milestone extension. | 0.20 |

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701991
**Billing Attorney** William C. Smith

Re: Restructuring Advice

**Summary of services - Financing and Cash Collateral**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| LRKA | Lauren R. Kanzer | 0.50 | 975.00 | 487.50 |
| DSME | David S. Meyer | 0.30 | 1325.00 | 397.50 |
| MJPY | Matthew J. Pyeatt | 4.60 | 910.00 | 4,186.00 |
| KIVA | Kiran Vakamudi | 0.30 | 790.00 | 237.00 |
| **Total** | | **5.70** | | **5,308.00** |

**Disbursements and other charges posted through May 31, 2022:**

**Fees for services posted through May 31, 2022:**

**Re: Hearings**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 05/03/22 | DSME | Participate in hearing. | 0.80 |
| 05/03/22 | LRKA | Present at hearing regarding disclosure statement supplement (.8); prepare for same (1.6). | 2.40 |
| 05/03/22 | MJPY | Attend and participate in hearing regarding disclosure statement supplement and insurance motion. | 0.80 |
| 05/03/22 | MAGA | Attend bankruptcy hearing. | 0.80 |
| 05/03/22 | TGSP | Attend hearing on disclosure statement supplement and insurance motion. | 0.90 |
| 05/30/22 | MJPY | Draft talking points and related outline in preparation for sale hearing (.9); prepare further for same (1.2). | 2.10 |
| 05/31/22 | MWMO | Attend confirmation hearing. | 1.20 |
| 05/31/22 | DSME | Attend confirmation hearing. | 1.20 |
| 05/31/22 | LRKA | Present at confirmation hearing. | 1.20 |
| 05/31/22 | MJPY | Draft and revise talking points and related outline in prepartion for sale hearing (.9); prepare further for sale hearing (.8). | 1.70 |
| 05/31/22 | MJPY | Attend and participate in sale and confirmation hearing (1.2); prepare for same (.3). | 1.50 |
| 05/31/22 | JRGO | Attend confirmation hearing. | 1.20 |
| 05/31/22 | MAGA | Attend confirmation hearing. | 1.20 |

**V&E** Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 46

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701991 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 05/31/22 | SAZO | Attend confirmation hearing. | 1.20 |

V&E **Invoice** **Rockall Energy Holdings, LLC** August 9, 2022 Page 47

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701991 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

**Summary of services - Hearings**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| MAGA | Michael A. Garza | 2.00 | 860.00 | 1,720.00 |
| JRGO | Jeremy R. Gonzalez | 1.20 | 705.00 | 846.00 |
| LRKA | Lauren R. Kanzer | 3.60 | 975.00 | 3,510.00 |
| DSME | David S. Meyer | 2.00 | 1325.00 | 2,650.00 |
| MWMO | Matthew W. Moran | 1.20 | 1285.00 | 1,542.00 |
| MJPY | Matthew J. Pyeatt | 6.10 | 910.00 | 5,551.00 |
| TGSP | Trevor G. Spears | 0.90 | 790.00 | 711.00 |
| SAZO | Sara Zoglman | 1.20 | 590.00 | 708.00 |
| **Total** | | **18.20** | | **17,238.00** |

**Disbursements and other charges posted through May 31, 2022:**

**Fees for services posted through May 31, 2022:**

**Re: Litigation (Contested Matters and Adversary Proceedings)**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 05/01/22 | RLPE | Review and analyze draft disclosure statement supplement motion regarding evidentiary support and related issues (.8); review and revise witness and exhibit list for hearing (.4). | 1.20 |
| 05/02/22 | RLPE | Confer with V&E team regarding language for proposed order on Baucum matter (.2); revise witness and exhibit list for hearing (.5); review and revise responses and objections to Steel Reef discovery (.8); correspond with V&E team regarding hearing logistics (.1); conference with V&E team and counsel for Steel Reef regarding extension of time to respond to discovery and related issues (.4); correspond with V&E team regarding same (.2); analyze potential litigation and release issues in connection with Plan (.4). | 2.60 |
| 05/02/22 | ERHI | Correspond with V&E team regarding Steel Reef interrogatories and requests for production (.3); finalize and file witness and exhibit list (.6). | 0.90 |
| 05/02/22 | ESST | Edit and revise draft responses to requests for production and revise draft responses to interrogatories. | 2.40 |
| 05/02/22 | GRHO | Draft and revise talking points and review/analyze related materials in preparation for call with Steel Reef counsel regarding motion to reject (.8); conference call with Steve Soule (Hall Estill) and Kristian Gluck (Norton Rose) regarding same (.4). | 1.20 |
| 05/03/22 | MWMO | Conference with Ankura team regarding insurance motion and | 1.10 |

V&E **Invoice** **Rockall Energy Holdings, LLC** August 9, 2022 

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701991 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | hearing (.3); confer with Becky Matthews regarding Steel Reef issues and related discovery requests (.2); review Krewe indemnity claim and confer with Becky Matthews regarding Krewe indemnity claim (.3); review correspondence regarding access to database by Steel Reef (.3). | |
| 05/03/22 | RLPE | Confer with Matt Moran regarding Steel Reef issues (.2); correspond with V&E team regarding witness preparation for hearing (.3); conference with George Howard and counsel for Steel Reef regarding discovery requests (.6); follow-up call with V&E team regarding next steps (.3); correspond with Lazard and V&E teams regarding confidentiality and NDA issues in connection with discovery requests, and confer with Eli Sterbcow regarding same (.9); correspond with V&E team regarding draft stipulation in Baucum litigation matter (.3). | 2.60 |
| 05/03/22 | MJPY | Attend witness preparation call with V&E team and Ankura regarding insurance motion. | 0.50 |
| 05/03/22 | JRGO | Confer with litigation team and Ankura in preparation for hearing on insurance motion (.3); analyze related declaration (.2). | 0.50 |
| 05/03/22 | ESST | Revise and draft responses to interrogatories (2.3); review and revise confidentiality issues related to discovery and potential production (1.4). | 3.70 |
| 05/03/22 | GRHO | Conference call with Becky Matthews, Steve Soule (Hall Estill) and Kristian Gluck (Norton Rose) regarding Steel Reef contract rejection issues (.6); conduct follow-up call with V&E team regarding same (.3); correspond with Lazard regarding same (.4). | 1.30 |
| 05/04/22 | RLPE | Correspond with V&E team regarding Baucum claim (.2); review comments to stipulation (.3); correspond with V&E team, Company, and local counsel regarding same (.4); work on Steel Reef discovery responses (.4); correspond with V&E team regarding same (.2); analyze Steel Reef discovery issues (.8); correspond with V&E and Lazard teams regarding confidentiality and related issues (.6); conference with V&E team regarding outstanding issues regarding Steel Reef discovery and confer on next steps (.3); draft response to Steel Reef counsel (.2); correspond with George Howard regarding same (.3); update Company on Steel Reef discovery issues (.3); correspond with Lazard regarding same (.4); correspond with Matt Pyeatt and Ankura team regarding Steel Reef issues (.3); review update from Lauren Kanzer on Steel Reef issues (.2). | 4.90 |
| 05/04/22 | JRGO | Confer with V&E litigation team regarding responses to discovery requests (.4); confer with restructuring team regarding case developments and next steps (.1); analyze related correspondence (.2). | 0.70 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701991 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 05/04/22 | ESST | Review and compile documents for potential production (3.2); correspond and confer with V&E team regarding same (.6). | 3.80 |
| 05/04/22 | GRHO | Draft and revise proposal to Steel Reef regarding motion to reject litigation and discovery (.6); conference call with V&E team regarding same (.3); correspond with V&E team regarding same (.1); review and analyze Steel Reef requests for production and interrogatories (.4). | 1.40 |
| 05/05/22 | RLPE | Correspond with local counsel, Company and V&E teams regarding issues in connection with Baucum litigation (.6); correspond with Lazard team regarding Steel Reef issues (.9); conference with V&E team regarding Steel Reef (.5); analyze issues related to Steel Reef (.4); confer with Lazard and V&E team regarding same (.3); correspond with V&E team regarding Krewe claim (.3). | 3.00 |
| 05/05/22 | ERHI | Correspond with V&E team regarding Baucum lift stay. | 0.20 |
| 05/05/22 | ESST | Review documents for potential production (3.4); correspond with V&E team regarding case strategy related to same (.3). | 3.70 |
| 05/05/22 | GRHO | Conference call with Stephen Golmont regarding status of discussions with Steel Reef (.3); draft and revise proposed discovery and litigation schedule (.8); attend call with Steve Soule and Kristian Gluck regarding same (.8); conference call with Sean O'Neal regarding Steel Reef discussions (.1). | 2.00 |
| 05/06/22 | MWMO | Correspond with V&E team regarding Steel Reef issues and potential resolution of same. | 0.30 |
| 05/06/22 | RLPE | Confer with Eli Sterbcow regarding interrogatory responses (.3); review and revise Baucum order (.3); correspond with Lauren Kanzer regarding Krewe objection (.3); review and revise interrogatory responses and objections (.8); correspond with Eli Sterbcow regarding same (.2); review Steel Reef's response to discovery proposal (.4); review and revise response to Steel Reef's counter (.2); correspond with V&E team regarding same (.1). | 2.60 |
| 05/06/22 | ESST | Review documents in connection with responding to discovery requests (1.7); draft and revise responses to discovery requests (.9); discuss same with Becky Matthews (.3). | 2.90 |
| 05/06/22 | GRHO | Review, analyze, and respond to correspondence from various parties regarding Steel Reef issues. | 0.70 |
| 05/07/22 | MWMO | Confer with V&E team regarding Steel Reef issues and review related email correspondence regarding same (.4); review and revise interrogatory responses (.5); correspond with V&E team regarding revisions (.3). | 1.20 |

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701991
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 05/07/22 | RLPE | Correspond with Steel Reef's counsel regarding discovery agreements and access to sale VDR (.3); correspond with V&E team regarding same (.1); correspond with V&E team and company concerning interrogatory responses (.2). | 0.60 |
| 05/07/22 | ESST | Coordinate document disclosure to satisfy discovery requests of opposing counsel (1.2); revise drafts of interrogatory responses (1.1). | 2.30 |
| 05/08/22 | ESST | Revise drafts of interrogatory responses (.6); correspond with V&E team regarding same (.2). | 0.80 |
| 05/09/22 | RLPE | Work on Steel Reef discovery responses and objections (.9); follow-up with Lazard team regarding contents of sale VDR in connection with discovery requests (.4); review and revise interrogatory responses (.6); confer and correspond with V&E team to revise responses (.8); correspond with V&E team and Company regarding Baucum litigation (.3). | 3.00 |
| 05/09/22 | LRKA | Draft email update to management regarding Baucum litigation (.4); correspond with V&E team regarding same (.2). | 0.60 |
| 05/09/22 | EMME | Review and revise notice of hearing for Steel Reef rejection (.2); coordinate with V&E team to file same (.2). | 0.40 |
| 05/09/22 | ESST | Review comments to and revise interrogatory responses (3.1); confer and correspond with V&E team regarding same (.8); review additional documents for potential use in discovery responses (1.4). | 5.30 |
| 05/09/22 | GRHO | Review, analyze, and revise responses to Steel Reef Interrogatories (.7); correspond and confer with Company and V&E team regarding same (1.1). | 1.80 |
| 05/10/22 | RLPE | Correspond with V&E team and Steel Reef regarding discovery (.2); review and revise interrogatory responses and objections (.4); correspond with Eli Sterbcow concerning comments to same (.2); confer with V&E restructuring team regarding potential production and review related documents (.4); follow-up with David Mirkin regarding Steel Reef discovery issues (.3). | 1.50 |
| 05/10/22 | LRKA | Confer with Cleary team regarding issues related to Krewe and Baucum. | 0.30 |
| 05/10/22 | ESST | Review and revise discovery responses (1.8); correspond with Becky Matthews regarding same (.3). | 2.10 |
| 05/11/22 | RLPE | Review and analyze various issues in connection with Steel Reef discovery responses (.7); review and revise discovery responses (.9); correspond with V&E restructuring and litigation teams regarding interrogatory responses (.4); correspond with Company regarding same (.3); prepare for | 3.40 |

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701991
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | meet and confer on Steel Reef requests for production (.6); correspond with V&E team regarding issues to address during same (.2); conduct follow-up on particular document questions (.3). | |
| 05/11/22 | ESST | Review, revise, and circulate multiple updated drafts of discovery responses (3.7); confer with V&E team regarding same (.3); compile and circulate additional documents for potential production (.4). | 4.40 |
| 05/11/22 | GRHO | Review, analyze, and comment on responses to Steel Reef interrogatories (.8); review, analyze, and respond to email correspondence with V&E team regarding same (.4). | 1.20 |
| 05/12/22 | RLPE | Prepare for meet and confer regarding Steel Reef discovery (.4); conference with V&E restructuring team to prepare for and discuss meet and confer (.3); draft follow-up e-mail summary to Steel Reef (.6); confer with V&E team on same (.2); review and revise update to Steel Reef, including discovery issues (.6); coordinate with V&E litigation team on draft request to Lazard regarding location of certain information in sale VDR in connection with Steel Reef discovery (.4); review and analyze response from Lazard regarding sale VDR discovery questions (.3); correspond with V&E litigation team regarding same (.1). | 2.90 |
| 05/12/22 | ESST | Review documents for potential production (1.1); confer with V&E team regarding meet and confer (.3); correspond with V&E team regarding same (.6); draft responses to discovery requests (1.1); coordinate with V&E litigation team related to same (.4); conference with same regarding same (.4). | 3.90 |
| 05/12/22 | GRHO | Review, analyze and respond to email summary of call with Steel Reef counsel regarding discovery requests (.3); participate on call with V&E litigation team in preparation for call with Steel Reef regarding discovery requests (.3); correspond with V&E litigation team regarding same (.2). | 0.80 |
| 05/13/22 | RLPE | Correspond with V&E litigation team regarding Steel Reef document requests (.3); review and evaluate same (.6); conference with Kristian Gluck concerning discovery issues and related correspondence with V&E restructuring and litigation teams (.4); correspond with V&E litigation team on draft discovery responses and objections (.3). | 1.60 |
| 05/13/22 | ESST | Correspond with V&E team regarding Steel Reef document requests (.3); review and evaluate documents related to same (2.3). | 2.60 |
| 05/15/22 | RLPE | Correspond with V&E team regarding Steel Reef discovery issues (.2); review and revise responses and objections to Steel Reef's requests for production (1.2); confer with Eli Sterbcow on potential items for production (.4). | 1.80 |

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701991
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 05/15/22 | ESST | Review and revise drafts of responses to discovery requests (2.0); correspond with V&E litigation team regarding same (.2); conference with Becky Matthews regarding same (.4). | 2.60 |
| 05/16/22 | MWMO | Conference with V&E litigation team regarding litigation updates and next steps, Steel Reef discovery, auction and confirmation objections (.4); correspond with V&E RR team regarding same (.3); review correspondence regarding USSIC request for information and review of related documents (.6); confer with V&E team regarding same (.1). | 1.40 |
| 05/16/22 | RLPE | Confer with V&E litigation and production teams regarding specifications for document production (.4); correspond with Steel Reef counsel regarding protective order (.1); correspond with V&E litigation team regarding Steel Reef discovery and related litigation issues (.2); evaluate and review discovery responses, including potential documents for production and related confidentiality issues (.8); correspond with David Mirkin and V&E litigation team regarding specific discovery requests (.4); review, revise and finalize responses and objections for service on Steel Reef (1.6); draft and revise cover e-mail to Steel Reef regarding discovery responses and production (.3); correspond with V&E restructuring team regarding confirmation objections and analyze same (.4); correspond with V&E litigation team regarding same (.1). | 4.30 |
| 05/16/22 | ERHI | Prepare witness and exhibit list for confirmation and sale hearing. | 0.70 |
| 05/16/22 | ESST | Review and revise multiple drafts of responses to discovery requests (3.9); conference with V&E team regarding same (.4). | 4.30 |
| 05/16/22 | GRHO | Review and analyze document production materials for Steel Reef (.2); correspond with V&E litigation team regarding same (.1); correspond with same regarding responses to Steel Reef requests for production and review/analyze related materials (.6); review/analyze and comment on responses to Steel Reef requests for production (.7); correspond with V&E team regarding same (.4). | 2.00 |
| 05/17/22 | MWMO | Review correspondence from UCC counsel regarding Formentera bid (.1); review declarations in support of confirmation (.4). | 0.50 |
| 05/17/22 | RLPE | Correspond with V&E team regarding next steps with respect to Steel Reef/motion to reject (.3); confer with same regarding reply in support of motion to reject (.2); outline main arguments to address in same (.6); correspond with V&E litigation team regarding reply (.2); correspond with V&E team regarding deposition logistics, preparations and outline for same (1.0); correspond with David Mirkin regarding deposition | 2.80 |

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701991
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | preparation (.2); correspond with Emily Rhine regarding witness and exhibit list issues (.3). | |
| 05/17/22 | ERHI | Draft witness and exhibit list for confirmation hearing (.8); gather documents in support of same (.5). | 1.30 |
| 05/17/22 | ESST | Draft reply brief related to Steel Reef litigation (3.6); correspond with V&E team regarding same (.3); confer with same regarding same (.2). | 4.10 |
| 05/18/22 | RLPE | Correspond with V&E litigation team regarding deposition and confirmation preparation issues (.6); prepare for and participate on conference with Steel Reef counsel regarding Steel Reef issues (.5); review and revise all declarations in support of confirmation and PSA and related documents in connection with same (2.2); correspond with V&E litigation team regarding same (.4); review and revise deposition preparation outline (.7); correspond with V&E litigation team regarding same (.1); correspond with David Mirkin regarding deposition preparation (.2); conferences and e-mail correspondence with Steel Reef counsel and V&E teams regarding sale progress and Steel Reef deposition (.4). | 5.10 |
| 05/18/22 | JRGO | Confer with V&E litigation team regarding sale process, reply in support of motion to reject, and related discovery (.4); analyze and edit declarations in support of Plan confirmation (3.4). | 3.80 |
| 05/18/22 | ERHI | Draft witness and exhibit list and compile additional documents. | 0.90 |
| 05/18/22 | ESST | Draft deposition preparation outline (2.3); confer with V&E team regarding same (.6); draft reply brief in connection with Steel Reef litigation (1.2). | 4.10 |
| 05/19/22 | MWMO | Confer and correspond with V&E team regarding Steel Reef issues and potential reply brief on motion to reject. | 0.80 |
| 05/19/22 | RLPE | Review and comment on declarations in support of confirmation (.7); correspond with V&E team on comments (.2); review and confer with V&E restructuring team to finalize Stretto declaration and exhibits (.5); prepare for and participate in witness preparation for David Mirkin deposition, including telephone conference with V&E team and David Mirkin on same (1.2); correspond and conferences with Steel Reef counsel and V&E restructuring team regarding status, Mirkin deposition, and extension of related deadline (.9); analyze issues in connection with reply in support of motion to reject Steel Reef (.4); discuss same with V&E litigation team (.6); revise declarations in support of confirmation and sales (.4); correspond with Steel Reef counsel and David Mirkin regarding deposition and related matters (.2); review confirmation objection tracker chart (.3); review and analyze | 6.20 |

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701991
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | liquidation analysis (.5); confer with V&E team regarding same (.3). | |
| 05/19/22 | ERHI | Review and revise witness & exhibit list. | 3.00 |
| 05/19/22 | ESST | Draft reply to objections filed by third parties. | 5.40 |
| 05/20/22 | MWMO | Review and revise liquidation analysis (.8); confer with Eli Sterbcow regarding preparation for confirmation hearing (1.0); confer with Becky Matthews regarding Transier declaration (.2); review same (.2); review revisions to Tempke declaration (.2); conference with V&E team regarding evidentiary issues (.8); conference with Ankura regarding liquidation analysis (.7); revise confirmation declarations (1.1); correspond with V&E team regarding witness and exhibit list (.1). | 5.10 |
| 05/20/22 | RLPE | Confer with Eli Sterbcow regarding reply in support of motion to reject (.3); correspond with Kristian Gluck regarding Steel Reef issues (.3); review and revise declarations (.4); confer with Matt Moran regarding Transier declaration (.2); prepare for confirmation hearing (.4); review confirmation objections (.3); analyze same related to witness preparation (.2); conference with V&E team regarding confirmation hearing preparation (.4); review, revise and finalize witness and exhibit list (.3); correspond with V&E team regarding revisions to same (.4); correspond with V&E restructuring team regarding confirmation brief (.5); review same (.3); correspond with Kristian Gluck regarding notice of successful bidder (.1). | 4.10 |
| 05/20/22 | JRGO | Confer with V&E litigation and restructuring teams regarding confirmation hearing preparation. | 0.40 |
| 05/20/22 | ERHI | Revise witness and exhibit list (2.6); compile related exhibits (1.9); conference with V&E team regarding evidence needed for confirmation hearing (.4). | 4.90 |
| 05/20/22 | ESST | Conference with V&E team regarding confirmation hearing (.4); review and revise declarations to be filed for confirmation hearing (4.9). | 5.30 |
| 05/20/22 | GRHO | Correspond with V&E team regarding Steel Reef issues (.5); conference with Kristian Gluck (Norton Rose) regarding same (.2). | 0.70 |
| 05/21/22 | MWMO | Review and revise evidentiary chart for confirmation hearing (.7); correspond with V&E team regarding evidentiary presentation (.3); review revisions to Tempke sale declaration (.4); review revisions to Pinsonnault confirmation declaration (.3). | 1.70 |
| 05/21/22 | RLPE | Correspond with V&E litigation team regarding witness preparation for confirmation hearing (.9); correspond with V&E team regarding witness & exhibit list (.3); correspond with | 4.40 |

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701991
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | V&E team and Kristian Gluck regarding Steel Reef issues (.4); review and revise confirmation brief (.7); correspond with Matt Pyeatt and Eli Medina regarding same (.2); correspond with V&E team regarding Talco issues (.3); review updated confirmation objection tracker (.3); review additional revisions and comments to Liquidation Analysis (.3); review and revise Pinsonnault and Tempke declarations (.6); correspond with Weil team regarding Transier confirmation declaration (.2); correspond with Kristian Gluck regarding David Mirkin deposition and update client and V&E team on same (.2). | |
| 05/21/22 | ERHI | Correspond with V&E team regarding witness & exhibit list. | 0.30 |
| 05/21/22 | ESST | Review and revise confirmation declarations. | 1.40 |
| 05/22/22 | MWMO | Revise evidence chart (.4); correspond with V&E team regarding same (.1); review revisions to confirmation declarations (.6); conference with V&E team regarding confirmation hearing preparation (.8); review liquidation analysis (.2); revise same (.4). | 2.50 |
| 05/22/22 | RLPE | Correspond with Eli Sterbcow regarding witness and hearing preparation (.6); revise confirmation declarations (.8); correspond with Weil team regarding hearing preparation (.3); correspond with V&E team and counsel to Steel Reef regarding related sale/confirmation issues (.2); correspond with V&E team regarding research related to hearing (.2); revise confirmation brief (.4); outline additional points for witness preparation (.4); correspond with Eli Sterbcow and Matt Moran regarding hearing preparations (.2). | 3.10 |
| 05/22/22 | JRGO | Confer with V&E litigation and restructuring teams regarding hearing preparation. | 0.80 |
| 05/22/22 | ERHI | Conference with V&E team regarding workstreams for hearing (.8); correspond with V&E team regarding confirmation and sale declarations, witness and exhibit list, and witness preparation (.5). | 1.30 |
| 05/22/22 | ESST | Review and revise sale and confirmation declarations (1.8); conference with V&E team regarding works in progress and hearing preparation (.8); conduct research regarding confirmation objection (4.3). | 6.90 |
| 05/22/22 | GRHO | Correspond with Kristian Gluck (Norton Rose) regarding resolution of Steel Reef objections (.2); correspond V&E team regarding same (.3). | 0.50 |
| 05/23/22 | MWMO | Review and revise Tempke sale declaration (.4); correspond with V&E team regarding same (.2); review correspondence regarding objections (.2); correspond with Becky Matthews regarding confirmation hearing preparation (.3); review and analyze changes to liquidation analysis (.6); review chart | 5.30 |

| | | | |
|---|---|---|---|
| | | tracking confirmation and sale objections (.3); analyze issues related to bonding obligations (.4); review revisions to Tempke sale declaration (.2); review USSIC objection to disclosure statement and confirmation (.4); correspond with V&E team regarding same (.4); review related documents (.4); review documents related to Talco transaction (.7); prepare witness preparation outlines (.8). | |
| 05/23/22 | RLPE | Correspond with V&E team regarding hearing preparations (.6); review and revise language addressing Steel Reef's objection (.7); correspond with V&E team and Steel Reefs counsel regarding same (.5); review and revise Tempke sale declaration (.8); correspond with V&E team and Lazard regarding same (.6); conference with same regarding same (.8); review Pinsonnault confirmation declaration (.5); revise witness outlines (.4); correspond with V&E team regarding US Specialty issues (.7); conference with V&E team regarding same (.4); review US Specialty objections and related documents (.6); correspond with V&E team regarding same (.4); review and analyze confirmation brief (.3); correspond with V&E team regarding sale and confirmation objections (.4); review and revise witness and exhibit list (.3). | 8.00 |
| 05/23/22 | JRGO | Analyze confirmation brief in furtherance of witness prep (1.2); correspond with V&E litigation team regarding same (.4); analyze confirmation declarations (.6); draft witness preparation outline (2.1). | 4.30 |
| 05/23/22 | ERHI | Review Tempke sale declaration and draft hearing preparation outline (2.4); revise evidence tracker (1.7); correspond with V&E team regarding same (.8); revise witness and exhibit list (.7); revise Tempke hearing preparation outline (.4). | 6.00 |
| 05/23/22 | ESST | Conduct research related to confirmation objections (2.1); correspond with V&E team regarding same (.8); draft reply to an objection to confirmation (3.7). | 6.60 |
| 05/24/22 | MWMO | Prepare for confirmation hearing (.9); review objections and confirmation order (1.5); review amended witness and exhibit list (.3); revise witness preparation outlines (1.2); confer with Scott Pinsonnault in preparation for confirmation hearing (2.0); conference with Bill Transier regarding preparation for confirmation hearing (.7); review and analyze issues related to North Dakota claims (.3); conference with V&E team regarding same (.7). | 7.60 |
| 05/24/22 | RLPE | Revise witness and exhibit list (.7); revise Tempke and Pinsonnault sale and confirmation declarations (.5); conference with V&E team regarding North Dakota issues (.7); review and revise proposed language to resolve Steel Reef and USSIC objections and comment on same (.7); confer with Eli Sterbcow on witness preparation (.6); meeting | 8.50 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701991
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | with Scott Pinsonnault to prepare for confirmation hearing (2.0); conference with Christian Tempke to prepare for confirmation hearing (1.5); confer with V&E team regarding logistics and outstanding preparation items for confirmation and sale hearing (.4); review and revise witness cross-examination outlines (1.2); correspond with V&E team regarding hearing logistics (.2). | |
| 05/24/22 | LRKA | Correspond with V&E team regarding witness and exhibit list (.5); correspond with V&E team regarding Pinsonnault confirmation declaration (.2); attend witness preparation with Bill Transier (.7). | 1.40 |
| 05/24/22 | MJPY | Conference with Lazard and V&E litigation teams regarding witness preparation for sale hearing (1.4). | 1.40 |
| 05/24/22 | JRGO | Correspond with V&E litigation and restructuring teams regarding sale objections (.4); analyze and collect documents in furtherance of preparing witnesses for sale and confirmation hearing (1.4); prepare for witness preparation meetings (.1); conference with Scott Pinsonnault regarding confirmation hearing preparation (2.0); conference with Christian Tempke regarding confirmation hearing preparation (1.5); conference with William Transier regarding confirmation hearing preparation (.5); confer with V&E litigation team regarding next steps (.3). | 6.20 |
| 05/24/22 | ERHI | Conference with V&E team regarding confirmation objection (.5); revise amended witness and exhibit list (2.3); coordinate hearing logistics (.4); coordinate filing of witness and exhibit list (.5); coordinate hearing binder preparation (.4); revise witness and exhibit list (.4); create virtual data room for witness and exhibit list exhibits (.8). | 5.30 |
| 05/24/22 | SAZO | Prepare objection summary chart regarding sale objections for agenda exhibit (1.5); confer with V&E team regarding same (.3); revise same (.7). | 2.50 |
| 05/24/22 | ESST | Revise draft confirmation objection reply (1.7); draft witness prep materials (1.0); conference with V&E team regarding sale and confirmation objections (.5); draft cross examination outline for witness prep (2.0); coordinate logistics related to confirmation hearing attendance (.9); compile related materials (1.5). | 7.60 |
| 05/25/22 | MWMO | Prepare for confirmation hearing (1.5); review updates and summaries of objections (.5); negotiations, calls, research and analysis related to North Dakota DEQ claim and potential resolution of same (2.6); confer with V&E team regarding additional research related to DEQ dispute (.1). | 4.70 |
| 05/25/22 | RLPE | Revise language resolving Steel Reef objection (.7); negotiations and analysis regarding outstanding objections | 5.40 |

V&E Invoice

Rockall Energy Holdings, LLC August 9, 2022 

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701991
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | (.9); confer with V&E team regarding witness and exhibit list (.4); review evidentiary presentation for hearing (.3); confer with Scott Pinsonnault and Ankura team regarding hearing preparation (.9); revise witness outlines (.7); conferences with various parties regarding potential hearing continuation (.5); conference with Scott Pinsonnault regarding hearing (.3); correspond with V&E litigation team regarding continued hearing and next steps (.4); correspond with Weil team regarding continued hearing and witness preparation (.3). | |
| 05/25/22 | LRKA | Review correspondence regarding objections (.7); correspond and conference with V&E team regarding same and next steps (.5). | 1.20 |
| 05/25/22 | JRGO | Research various issues in furtherance of responding to objections to confirmation of chapter 11 plan (1.6); compile and draft summary of research (.6); confer and correspond with litigation and restructuring teams in preparation for hearing on confirmation of chapter 11 plan (.5); analyze summaries of objections to confirmation and related research questions (.4); confer and correspond with litigation team regarding case developments and next steps (.4). | 3.50 |
| 05/25/22 | ERHI | Revise second amended witness and exhibit list and coordinate filing (2.2); draft notice of additional exhibits (.6); print additional exhibits and update hearing binders (1.2); file notice and additional exhibits prior to hearing (.7); set up for and begin to attend hearing (.7). | 5.40 |
| 05/25/22 | SAZO | Revise sale reply to objections (.4); confer with V&E team regarding same (.2); revise same based on discussions (.2); prepare same for filing (.2); update objection tracker (.7); revise sale approval order with language resolving objections (1.3); correspond with V&E team regarding same (.6); update exhibit to agenda tracking objections to sale (.4); compile P&A materials for hearing preparation and potential argument (.3); correspond with V&E team regarding same (.1). | 4.40 |
| 05/26/22 | MWMO | Work on issues related to North Dakota DEQ dispute, including amendments to witness and exhibit list and review of incident reports and briefing related to alleged environmental remediation issues (1.8); draft requests for production to ND DEQ and confer with V&E team regarding same (.5); confer with V&E team regarding witness and exhibit list (.2). | 2.50 |
| 05/26/22 | RLPE | Correspond with V&E team regarding outstanding North Dakota DEQ issues and analyze next steps with respect to discovery and witnesses (.3); conference with V&E team to discuss supplemental briefing and documents to request in connection with same (.3); review further revised Steel Reef language to resolve objection, and e-mail correspondence with Steel Reef on same (.3); review and revise draft DEQ | 2.30 |

# V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701991 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | document/information requests and confer with team on same (.5); confer with V&E team on revisions and additions to witness and exhibit list (.4); correspond to opposing counsel on DEQ issues (.3); correspond with V&E team regarding evidentiary issues (.2). | |
| 05/26/22 | JRGO | Conduct research in furtherance of responding to confirmation objections (3.2); draft summary of same (.4); analyze documents produced in support of objections (.6); correspond with litigation team regarding preparation for confirmation hearing (.5); draft witness preparation outline (1.8). | 6.50 |
| 05/26/22 | ERHI | Draft third amended witness & exhibit list (.8); correspond with V&E team regarding same (.6). | 1.40 |
| 05/26/22 | ESST | Correspond with V&E team on strategy for handling outstanding objections to confirmation/sale (.7); participate in internal V&E call on potential discovery issues (.4); conduct research in connection with Debtors' responses to confirmation objections (2.0); correspond on drafting amended witness and exhibit list (.4). | 3.50 |
| 05/27/22 | MWMO | Prepare for and participate in call with Bill Bender and Joe Schimelpfening regarding remediation issues (1.5); analysis related to ND DEQ objection (2.1). | 3.60 |
| 05/27/22 | RLPE | Review correspondence from opposing counsel regarding North Dakota DEQ issues and update on discussions concerning same (.5); confer with V&E team regarding next steps and further evidentiary preparation to address DEQ issues (.2); correspond with Eric Van Horn on DEQ issues and begin to review provided documents (.4); confer with V&E team on evidence for and revisions to third amended witness and exhibit list (.3); update from V&E team on as-filed Baucum motion to lift stay (.2); correspond with V&E team regarding issues with respect to same (.5). | 2.10 |
| 05/27/22 | JRGO | Analyze research regarding confirmation objections (.3); draft, analyze, and edit witness outline in preparation for confirmation hearing (1.8); edit witness outline (.6); analyze and edit witness and exhibit list in preparation for filing same (.7); confer and correspond with litigation and restructuring teams regarding hearing preparation and witness and exhibit list (.4); confer with V&E team regarding same and research question (.1); finalize witness and exhibit list for filing (.3). | 4.20 |
| 05/27/22 | ESST | Conference with potential expert witness in connection with North Dakotas objections (1.3); conference with V&E team regarding strategy related to same (.5); conference with North Dakotas counsel related to same (1.5); conference with V&E team regarding same (.4); review and revise witness and exhibit list for upcoming hearing and assist in compiling documents to be filed (1.0). | 4.70 |

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701991
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 05/28/22 | MWMO | Work on issues related to North Dakota DEQ claim (1.3); prepare for conference with Bill Seuss, including review of documents from ND DEQ (.9). | 2.20 |
| 05/28/22 | RLPE | Correspond with V&E team and buyer's counsel regarding further revised language to resolve objections and review same (.3); correspond with V&E team regarding informal discovery on DEQ issues and initial review of incomplete documentation provided (.5); review and analyze draft response to opposing counsel concerning same, as well as proposed revisions to be made (.4); follow-up with Bill Bender regarding conference with opposing counsel on Monday (.1); correspond with opposing counsel regarding conference with Bill Suess tomorrow morning to discuss DEQ issues (.2); review settlement communication to opposing counsel regarding DEQ issues (.2). | 1.70 |
| 05/29/22 | MWMO | Conference with Bill Seuss to understand cost estimate (1.1); conference with V&E team regarding settlement (.4); follow up call with Eric Van Horn and ND DEQ regarding settlement (.4); prepare for and participate in further conference with Eric Van Horn regarding settlement offer (.7); correspond with V&E team regarding same (.1). | 2.70 |
| 05/29/22 | RLPE | Review correspondence from V&E and Cleary teams related to DEQ issues and updates (.2); correspond with V&E team regarding Baucum motion to lift stay (.2); correspond with Steel Reef and buyer team regarding language to address potential objection, similar follow-up on CLM language (.2). | 0.60 |
| 05/29/22 | JRGO | Conferences with opposing counsel regarding confirmation objection (1.1); confer with litigation team regarding same (.4); analyze correspondence regarding potential settlement (.3). | 1.80 |
| 05/29/22 | ESST | Conference with North Dakota's counsel and expert witness in connection with its confirmation objection (1.1); follow-up conference with V&E team (.4). | 1.50 |
| 05/30/22 | MWMO | Review settlement language for confirmation order to address North Dakota objections and related email correspondence (.4); prepare for confirmation hearing (.2). | 0.60 |
| 05/30/22 | RLPE | Correspond with Emily Rhine and Lauren Kanzer regarding amended witness and exhibit list and review additional revisions to finalize same (.4); correspond with lender's and buyer's counsel regarding resolution of various objections (.2); correspond with Weil concerning hearing logistics (.1); update witnesses regarding hearing details (.2); correspond with Matt Pyeatt regarding DEQ issues and review related language to resolve objection (.8); further analyze Baucum motion to lift stay and correspond with V&E team regarding same (.4); analyze Steel Reef settlement language in efforts to resolve | 2.20 |

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701991
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | objection (.1). | |
| 05/30/22 | ERHI | Revise and file fourth amended witness and exhibit list for 5/31 hearing. | 0.90 |
| 05/30/22 | SAZO | Correspond with V&E team regarding status of sale objections (.4); revise sale approval order with updated language resolving objections (.8); correspond with Pachulski, Cleary, and Kirkland teams regarding revised sale approval order and confirmation order and status of objections (.2); revise sale objection summary chart exhibit for agenda (.3); correspond with V&E team regarding same (.1). | 1.80 |
| 05/31/22 | MWMO | Review correspondence regarding finalizing language with ND DEQ (.3); confer with V&E team regarding claims channeled to liquidating trust (.1); correspond with witnesses regarding hearing (.2); prepare for final prep session with Scott Pinsonnault including review of UST objections (.8); meeting with Scott Pinsonnault and V&E team regarding confirmation hearing (.8); prepare for confirmation hearing (.6). | 2.80 |
| 05/31/22 | RLPE | Correspond with V&E team regarding hearing and witness preparation for hearing today (.3); correspond with counsel regarding revisions to Steel Reef and DEQ language (.4); update from taxing authorities regarding position on resolving objection (.2); review reservation of rights from Cleary (.1); correspond with V&E team regarding update on hearing (.2). | 1.20 |
| 05/31/22 | JRGO | Analyze and collect documents in preparation for hearing on confirmation of chapter 11 plan (.6); confer with litigation team regarding same (.2); prepare for confirmation hearing (3.0). | 3.80 |
| 05/31/22 | ERHI | Prepare for confirmation hearing. | 2.10 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 62

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701991 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

**Summary of services - Litigation (Contested Matters and Adversary Proceedings)**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| JRGO | Jeremy R. Gonzalez | 36.50 | 705.00 | 25,732.50 |
| GRHO | George R. Howard | 13.60 | 1285.00 | 17,476.00 |
| LRKA | Lauren R. Kanzer | 3.50 | 975.00 | 3,412.50 |
| RLPE | Rebecca L. Matthews | 93.70 | 1155.00 | 108,223.50 |
| EMME | Elias M. Medina | 0.40 | 590.00 | 236.00 |
| MWMO | Matthew W. Moran | 46.60 | 1285.00 | 59,881.00 |
| MJPY | Matthew J. Pyeatt | 1.90 | 910.00 | 1,729.00 |
| ERHI | Emily Rhine | 34.60 | 590.00 | 20,414.00 |
| ESST | Eli S. Sterbcow | 95.90 | 590.00 | 56,581.00 |
| SAZO | Sara Zoglman | 8.70 | 590.00 | 5,133.00 |
| **Total** | | **335.40** | | **298,818.50** |

**Disbursements and other charges posted through May 31, 2022:**

**Fees for services posted through May 31, 2022:**

**Re: Meetings and Communications with Creditors**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 05/01/22 | LRKA | Conference call with UCC regarding sale process. | 0.50 |
| 05/02/22 | MJPY | Conferences with Committee advisors regarding plan comments. | 0.90 |
| 05/02/22 | MAGA | Conference with V&E, Pachulski, and Cleary teams regarding plan issues. | 0.70 |
| 05/05/22 | MAGA | Participate on calls with creditors' counsel regarding case updates and related issues (.4); correspond with V&E restructuring team regarding same (.1). | 0.50 |
| 05/11/22 | LRKA | Participate on conference call with Committee, V&E team, and Lazard regarding sale process. | 0.50 |
| 05/11/22 | MJPY | Participate on call with taxing authority counsel regarding confirmation objection (.3); correspond with counsel to seismic agreements regarding cure objection (.2); participate on call with counsel regarding same (.2); participate on call with Committee advisors regarding sale process update (.5); correspond with lender counsel regarding Formentera PSA (.2). | 1.40 |
| 05/11/22 | MAGA | Confer with and participate on calls with creditor parties regarding objections (.4); call with Debtors' and Committee's professionals regarding matter updates and related issues | 0.90 |

V&E **Invoice**

**Rockall Energy Holdings, LLC** August 9, 2022 Page 63

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701991 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | (.5). | |
| 05/12/22 | RLPE | Participate on telephonic meet and confer with counsel for Steel Reef and discuss requests for production (.8); correspond with Steel Reef regarding discovery issues (.2). | 1.00 |
| 05/12/22 | MJPY | Correspond with lender counsel regarding diligence issues on remediation obligations. | 0.20 |
| 05/12/22 | ESST | Conduct meet and confer with opposing counsel. | 0.80 |
| 05/12/22 | GRHO | Conference with Steel Reef counsel and V&E litigation team regarding Steel Reef requests for production. | 0.80 |
| 05/16/22 | LRKA | Conference with Lazard, V&E team, Pachulski, Riveron, Ankura regarding sale process, updates (.5); conference call with Cleary, V&E team regarding same (.8). | 1.30 |
| 05/16/22 | MJPY | Conference with Committee advisors regarding sale process update (.5); participate on call with lender advisors regarding same (.8). | 1.30 |
| 05/17/22 | MJPY | Correspond with Committee advisors regarding chapter 11 updates (.3); correspond with Shell counsel regarding auction (.2); correspond with DEQ counsel regarding sale process (.2). | 0.70 |
| 05/18/22 | DSME | Correspond with Jeff Pomerantz regarding sale process (.2); review correspondence related to same (.3); conference with Pachulski regarding sale (.3). | 0.80 |
| 05/18/22 | MJPY | Participate on call with Committee advisors regarding chapter 11 update (.3); prepare for same (.1). | 0.40 |
| 05/18/22 | MAGA | Conference with Debtor and Committee professionals regarding matter updates and related issues. | 1.30 |

V&E **Invoice** **Rockall Energy Holdings, LLC** August 9, 2022 Page 64

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701991 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

**Summary of services - Meetings and Communications with Creditors**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| MAGA | Michael A. Garza | 3.40 | 860.00 | 2,924.00 |
| GRHO | George R. Howard | 0.80 | 1285.00 | 1,028.00 |
| LRKA | Lauren R. Kanzer | 2.30 | 975.00 | 2,242.50 |
| RLPE | Rebecca L. Matthews | 1.00 | 1155.00 | 1,155.00 |
| DSME | David S. Meyer | 0.80 | 1325.00 | 1,060.00 |
| MJPY | Matthew J. Pyeatt | 4.90 | 910.00 | 4,459.00 |
| ESST | Eli S. Sterbcow | 0.80 | 590.00 | 472.00 |
| **Total** | | **14.00** | | **13,340.50** |

**Disbursements and other charges posted through May 31, 2022:**

**Fees for services posted through May 31, 2022:**

**Re: Plan, Disclosure Statement, and Confirmation**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 05/01/22 | LRKA | Review and comment on disclosure statement supplement (.3); correspond with V&E team regarding same (.1); review amended plan (.5); correspond with V&E team regarding same (.1); review analysis regarding GUC recoveries (.3); correspond with Bryan Gaston regarding same (.1). | 1.40 |
| 05/01/22 | EMME | Correspond with V&E, Ankura teams regarding notices of filing reports (.2); correspond with V&E team regarding cure objection tracker (.1); conference with same regarding same (.4); conference with same regarding same (.1); draft emergency motion to consider DS supplement motion (.5); review Pachulski comments to DS supplement motion (.2); correspond with V&E team regarding same (.3). | 1.80 |
| 05/01/22 | TGSP | Correspond with V&E team regarding disclosure statement supplement motion and plan (.2); research regarding Committee comments to Plan (.5); correspond with V&E team regarding same (.4); draft revisions to Plan (.7). | 1.80 |
| 05/02/22 | DSME | Correspond with Lauren Kanzer regarding disclosure statement supplement (.3); review same (.3). | 0.60 |
| 05/02/22 | LRKA | Review and comment on supplement to disclosure statement (.8); correspond with V&E team regarding same (.5); review and comment on amended plan (.7); conference and correspond with V&E team regarding same (.7); correspond with V&E team regarding supplemental disclosure statement motion, solicitation (.6); conference call with Pachulski, Cleary, V&E teams regarding disclosure statement | 4.70 |

V&E Invoice **Rockall Energy Holdings, LLC** August 9, 2022 Page 65

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701991 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | supplement, plan (.5); conduct follow-up conference with V&E team regarding same (.5); correspond with Pachulski, Cleary regarding same (.4). | |
| 05/02/22 | SAZO | Review and respond to correspondence with V&E team regarding amended plan, supplemental DS, and supplemental DS motion (.2); revise supplemental DS (.9); conference with V&E team regarding same (.5); correspond with Ankura team regarding same (.2); correspond with V&E team regarding changes to supplemental DS (.3). | 2.10 |
| 05/02/22 | EMME | Review precedent liquidation trust language (.3); review and revise disclosure statement supplement (1.8); conference with V&E team regarding same (.5). | 2.60 |
| 05/02/22 | TGSP | Draft revisions to Plan based on same and comments from V&E team regarding same (1.8); correspond with V&E team regarding same (.6). | 2.40 |
| 05/02/22 | IDAY | Draft notice of agenda (.8); correspond with V&E team regarding same (.4); review and revise same (.6); draft notice of filing insurance motion (.5); coordinate with V&E team regarding filings (.2). | 2.50 |
| 05/02/22 | GRHO | Conference with Pachulski, Cleary and V&E teams regarding plan and UCC settlement term sheet. | 0.50 |
| 05/03/22 | MAGA | Review and revise various documents related to global settlement (.9); confer with V&E team regarding same (.3). | 1.20 |
| 05/03/22 | SAZO | Correspond with V&E team regarding supplemental disclosure statement (.4); revise same (.8); prepare same for filing (.1); correspond with Lewis Gillies regarding amended plan and supplemental disclosure statement (.2). | 1.50 |
| 05/03/22 | EMME | Correspond with V&E team regarding DS supplement and DS supplement motion (.3); review and revise same (.6); research regarding solicitation (1.2); correspond with V&E team regarding same (.7); draft revised order (.6); correspond with V&E team regarding same (.4). | 3.80 |
| 05/03/22 | TGSP | Draft revisions to Plan based on comments received at hearing and comments from UCC (.8); correspond with V&E team regarding same (.6); draft revisions to Disclosure Statement Supplement and Plan for solicitation (.4); correspond with V&E team and Company regarding same (.2); correspond with Stretto regarding solicitation (.2). | 2.20 |
| 05/03/22 | IDAY | Revise notice of agenda for upcoming hearing regarding supplemental Disclosure Statement motion, Plan, and Insurance Motion. | 0.50 |
| 05/04/22 | LRKA | Review solicitation procedures (.4); correspond and | 1.80 |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | conferences with V&E team, Stretto regarding same (.8); consider strategy issues, timeline (.6). | |
| 05/04/22 | EMME | Research regarding tabulation procedures (1.7); correspond with V&E team regarding same (.2); draft confirmation brief (3.9). | 5.80 |
| 05/05/22 | LRKA | Participate on conference call with V&E team regarding declarations in support of confirmation. | 0.60 |
| 05/05/22 | MJPY | Call with V&E restructuring team regarding evidence for confirmation hearing and declarations in support of same. | 0.60 |
| 05/05/22 | MAGA | Review and revise confirmation brief (.8); confer with V&E team regarding declarations in support of confirmation (.6). | 1.40 |
| 05/05/22 | EMME | Draft confirmation brief (2.4); correspond with V&E team regarding same (.3); draft confirmation order (3.6). | 6.30 |
| 05/06/22 | MAGA | Draft brief in support of confirmation (2.2); correspond with V&E team regarding confirmation work streams (.4). | 2.60 |
| 05/06/22 | EMME | Correspond with V&E team regarding confirmation brief research (.3); research regarding confirmation brief (1.4). | 1.70 |
| 05/06/22 | IDAY | Research third-party releases (.6); draft summary of same (.9). | 1.50 |
| 05/09/22 | LRKA | Confer with Eli Medina regarding plan solicitation (.3); conference with Ida Ayalew regarding Pinsonnault declaration in support of confirmation (.4). | 0.70 |
| 05/09/22 | MAGA | Review and analyze confirmation order (.4); draft confirmation brief (1.7). | 2.10 |
| 05/09/22 | EMME | Conference with Lauren Kanzer regarding soliciation (.3); review proposed confirmation order language from United States Attorney's Office (.8); review confirmation brief research (.3); review and revise confirmation order (1.6); correspond with V&E team regarding same (.1). | 3.10 |
| 05/09/22 | IDAY | Research regarding confirmation brief (2.5); correspond with V&E team regarding same (.3); conference with Lauren Kanzer regarding Pinsonnault declaration (.4). | 3.20 |
| 05/10/22 | MAGA | Review and revise confirmation order (2.5); correspond with V&E team regarding same (.3); draft brief in support of confirmation (1.7). | 4.50 |
| 05/10/22 | SAZO | Review precedent plan supplement schedules (.5); draft schedule of trust assets for plan supplement (1.8); confer with V&E team regarding same (.1). | 2.40 |

V&E Invoice

Rockall Energy Holdings, LLC August 9, 2022 Page 67

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701991
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 05/10/22 | EMME | Correspond with V&E team regarding confirmation order (.3); review DOI, BLM, and EPA language for confirmation order (.6); correspond with V&E team regarding same (.2); conduct research in furtherance of confirmation brief (.6); review and revise confirmation order (1.1). | 2.80 |
| 05/10/22 | IDAY | Research and review precedent declarations in support of plan confirmation (.7); draft declaration regarding same (2.1). | 2.80 |
| 05/11/22 | LRKA | Review confirmation order (.2); correspond with V&E team regarding same (.3); conferences with Ankura regarding liquidation analysis (.7); conduct initial review of filed confirmation objections (.4). | 1.60 |
| 05/11/22 | MJPY | Correspond with V&E team regarding confirmation objections (.2); evaluate confirmation objections (.4); participate on call with Ankura regarding liquidation analysis (.7). | 1.30 |
| 05/11/22 | MAGA | Review and revise confirmation order (.8); confer with V&E team regarding same (.3); review and revise plan supplement documents (.7); confer with V&E and Ankura teams regarding same (.4); draft brief in support of confirmation (1.8); review and analyze objections to confirmation (.6). | 4.60 |
| 05/11/22 | EMME | Review and revise confirmation order (1.5); research in furtherance of confirmation brief (.8); conference with V&E team regarding same (.1); review informal comments/objections to confirmation (.5); draft tracking chart for objections (.3). | 3.20 |
| 05/11/22 | IDAY | Draft declaration in support of plan confirmation (1.2); conduct research regarding confirmation brief (.9); correspond with V&E team regarding same (.3). | 2.40 |
| 05/12/22 | LRKA | Conference calls with Ankura, V&E team regarding liquidation analysis (1.3); review same (.3); correspond with V&E team regarding confirmation issues (.3); correspond with Eric English regarding Krewe objection (.2). | 2.10 |
| 05/12/22 | MJPY | Correspond with V&E team regarding liquidation analysis (.2); correspond with V&E team regarding confirmation brief inquiry (.2); participate on call with Ankura regarding liquidation analysis (1.3); evaluate confirmation objections (.4). | 2.10 |
| 05/12/22 | MAGA | Draft brief in support of confirmation (2.3); participate on various calls with V&E and Ankura teams regarding same (1.3). | 3.60 |
| 05/12/22 | EMME | Review and analyze UST confirmation objection (.6); conduct research regarding same (.9); update tracking chart including summarizing objections and informal comments (1.5); draft responses to UST objections (2.2). | 5.20 |

# V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 68

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701991
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 05/12/22 | IDAY | Draft declaration in support of confirmation (1.2); conduct research in furtherance of same (.7). | 1.90 |
| 05/13/22 | LRKA | Conference call with V&E team regarding objections (.6); correspond with V&E team, Cleary regarding same (.2); review voting report (.2); review and comment on confirmation order (1.0); review materials regarding same (.5); correspond with V&E team regarding same (.2). | 2.70 |
| 05/13/22 | MAGA | Draft brief in support of confirmation (2.3); review and analyze objections to confirmation of plan (.4); participate on calls and confer with V&E team regarding same (.6). | 3.30 |
| 05/13/22 | EMME | Review and revise confirmation order (.7); correspond with V&E team regarding same (.4); draft responses to confirmation objections (.7); prepare for and attend conference with V&E team regarding UST objections (.9). | 2.70 |
| 05/13/22 | IDAY | Draft declaration in support of plan confirmation (1.0); confer with V&E team regarding draft declaration (.3). | 1.30 |
| 05/14/22 | LRKA | Review and comment on Pinsonnault declaration (.6); correspond with V&E team regarding same (.2); review and comment on confirmation order (1.2); correspond with Eli Medina regarding same (.3); review research regarding abandonment (.7); correspond with V&E team, Lazard regarding same (.4). | 3.40 |
| 05/14/22 | EMME | Review and revise confirmation order (2.4); correspond with V&E team regarding same (.3); correspond with same regarding plan strategy (.2); research regarding same (.2). | 3.10 |
| 05/14/22 | IDAY | Draft revisions to declaration in support of plan confirmation based on comments from V&E team (1.2); correspond with V&E team regarding same (.2). | 1.40 |
| 05/15/22 | LRKA | Conference call with Company, Matt Pyeatt regarding ND DEQ and NDIC (.7); review materials regarding same (.2); consider issues regarding plan alternatives (.4). | 1.30 |
| 05/15/22 | MJPY | Participate on call with client regarding NDIC confirmation objection (.7); correspond with local counsel regarding same (.2); correspond with V&E team regarding same (.2). | 1.10 |
| 05/15/22 | EMME | Draft Transier declaration in support of confirmation (2.5); correspond with V&E team regarding same (.3); correspond with V&E team regarding confirmation order and sale approval order (.1). | 2.90 |
| 05/16/22 | LRKA | Review Talco settlement agreement (.3); correspond with V&E team regarding same (.2); review correspondence regarding same (.3); review and comment on Transier declaration in support of confirmation (.8); correspond with | 3.20 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 69

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701991
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | V&E team regarding same (.2); evaluate confirmation objections and potential issues (.6); draft confirmation checklist (.6); correspond with V&E team regarding same (.2). | |
| 05/16/22 | MAGA | Draft brief in support of confirmation (1.4); correspond with V&E team regarding confirmation objections and related matters (.7); analysis regarding same (.9). | 3.00 |
| 05/16/22 | EMME | Review and revise Transier declaration in support of confirmation (1.7); correspond with V&E team regarding same (.3); correspond with V&E team regarding confirmation brief (.4); review and revise confirmation brief (1.5). | 3.90 |
| 05/16/22 | IDAY | Review and revise declaration in support of plan confirmation based on comments received (1.3); correspond with V&E team regarding same (.4). | 1.70 |
| 05/17/22 | LRKA | Review and comment on Transier declaration in support of confirmation (.9); correspond with V&E team regarding same (.3); review and comment on Tempke declaration in support of sale (1.0); correspond with V&E team regarding same (.3); review revised Tempke declaration (.2); revise Pinsonnault declaration in support of confirmation (.7); correspond with V&E team regarding same (.1). | 3.50 |
| 05/17/22 | MAGA | Draft brief in support of confirmation (2.3); conferences and correspondence with V&E team regarding confirmation objections and progress on same (1.4). | 3.70 |
| 05/17/22 | EMME | Correspond with V&E, Ankura teams regarding setoff issues (.3); conference with V&E team regarding confirmation brief (.4); review and revise confirmation brief (1.7); conduct research in support of same (2.4); review and revise objection tracker chart (.8). | 5.60 |
| 05/17/22 | IDAY | Research regarding recently confirmed plans in the NDTX (1.2); draft summary regarding same (.9); correspond with V&E team regarding same (.3); correspond with Lauren Kanzer regarding declaration (.2). | 2.60 |
| 05/18/22 | DSME | Review Transier declaration in support of confirmation (.8); correspond with V&E team regarding same (.5). | 1.30 |
| 05/18/22 | LRKA | Evaluate issues regarding confirmation workstreams (.8); review and comment on Pinsonnault declaration in support of plan confirmation (.6); confer with V&E team regarding same (.4). | 1.80 |
| 05/18/22 | MAGA | Review and revise brief in support of confirmation (.9); review and revise plan supplement documents (.6). | 1.50 |
| 05/18/22 | EMME | Review and evaluate voting tabulation procedures (.5); correspond with V&E team regarding same (.3); research | 3.20 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701991
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | related to confirmation objection responses (.9); review and revise Transier declaration in support of confirmation (.8); correspond with V&E team regarding same (.3); review and revise chart summarizing and tracking confirmation objections (.4). | |
| 05/18/22 | IDAY | Review and revise declaration in support of confirmation following comments received. | 1.30 |
| 05/19/22 | MWMO | Review and revise Transier declaration in support of confirmation (1.0); review V&E comments regarding same (.4); review and revise Pinsonnault declaration in support of confirmation (.6). | 2.00 |
| 05/19/22 | LRKA | Correspond with V&E team regarding plan releases (.4); review and revise Pinsonnault declaration (1.0); correspond with Ida Ayalew regarding same (.2); review and comment on secured claims schedule (.3); correspond with Mike Garza regarding same (.1); review and comment on confirmation brief (1.1); correspond with V&E team regarding same (.3); correspond with V&E team regarding plan supplement documents (.5); review same (.3). | 4.20 |
| 05/19/22 | MAGA | Review and revise plan supplement documents (1.2); confer and participate on calls with V&E and Ankura teams regarding same (.8); draft confirmation order inserts to resolve objections (1.3); participate on calls with creditors regarding same (.4). | 3.70 |
| 05/19/22 | SAZO | Review comments to plan supplement exhibits (.1); revise same (.6); correspond with V&E team regarding notice of filing plan supplement (.2); review and revise same (.5). | 1.40 |
| 05/19/22 | EMME | Correspond with Stretto, Ankura, Company, V&E, Cleary, and Pachulski teams regarding voting tabulation results (.6); correspond with V&E LIT team regarding Transier declaration (.4); correspond with V&E team regarding plan modifications (.2); review and revise sale/confirmation objection tracker chart (.3); review and revise Transier declaration (.4); correspond with V&E team regarding same (.3); correspond with Bill Transier regarding same (.1); correspond with Stretto team regarding service (.1); review Cleary comments to confirmation order (.9); correspond with V&E team regarding same (.3). | 3.60 |
| 05/19/22 | IDAY | Review and revise Pinsonnault confirmation declaration (.7); correspond with Lauren Kanzer regarding same (.2). | 0.90 |
| 05/20/22 | DSME | Review liquidation analysis (.2); correspond with V&E team regarding same (.2); review confirmation workstreams and related strategy (.4); conference with V&E team regarding plan revisions and status (.3); review GUC trust agreement (.5). | 1.60 |

V&E **Invoice**

**Rockall Energy Holdings, LLC** August 9, 2022 Page 71

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701991 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 05/20/22 | LRKA | Review and revise Pinsonnault confirmation declaration (.6); correspond with Ida Ayalew regarding same (.2); correspond with Ankura regarding contract schedule, winddown budget (.3); review liquidation analysis (.5); correspond with V&E team regarding same (.2); review and revise plan supplement documents (1.0); correspond with V&E team regarding same (.3); review and comment on confirmation brief (.8); correspond with V&E team regarding same (.2). | 4.10 |
| 05/20/22 | MJPY | Conferences with lender counsel regarding plan objections (1.4); conference with V&E team regarding plan supplement documents (.7); review and revise schedule of other secured claims (.4); evaluate confirmation objections and tracker chart (.6). | 3.10 |
| 05/20/22 | MAGA | Review and revise plan supplement documents (.7); conference with V&E and Ankura teams regarding same (.7); conference with V&E and Cleary teams regarding objections to confirmation and related issues (1.4); draft emails to objecting parties regarding confirmation objections (.8); confer with V&E team regarding same (.4). | 4.00 |
| 05/20/22 | SAZO | Revise liquidation trust agreement (1.3); correspond with V&E team regarding same (.3); evaluate precedent liquidation trust agreements (.5). | 2.10 |
| 05/20/22 | EMME | Correspond with V&E team regarding plan modifications (.3); draft modifications to plan (.4); update confirmation objection tracker (.7); correspond with V&E LIT team regarding hearing exhibits (.3); review and revise confirmation order (1.4); correspond with V&E LIT team regarding Talco documents (.3); review and revise confirmation brief (.8); correspond with V&E team regarding confirmation objection tracker (.4); review and revise confirmation objection tracker (.8). | 5.40 |
| 05/20/22 | IDAY | Revise Pinsonnault confirmation declaration (1.4); correspond with V&E team and Scott Pinsonnault regarding same (.4). | 1.80 |
| 05/20/22 | GRHO | Review and revise confirmation brief (.8); correspond with V&E team regarding status of liquidation analysis (.4); review and revise liquidation trust agreement (.3); conference with Ankura and V&E teams regarding liquidation analysis (.7); review and revise plan supplement documents (.8). | 3.00 |
| 05/21/22 | LRKA | Correspond with V&E team regarding confirmation matters (.5); review revised confirmation brief (.6); correspond with Eli Medina regarding same (.2); review and comment on GUC trust agreement (.9); correspond with Mike Garza regarding same (.2); review and comment on Plan (1.6); correspond with Eli Medina regarding same (.3); correspond with Mike Garza regarding document status (.2); correspond with Ida Ayalew regarding open work streams (.1). | 4.60 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 72

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701991 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 05/21/22 | MAGA | Review and revise plan supplement documents (1.3); draft emails to objecting parties regarding confirmation objections (.7). | 2.00 |
| 05/21/22 | SAZO | Revise liquidation trust agreement (.3); correspond with V&E team regarding same (.5); review and evaluate precedent trust agreements (.9); review amended plan (.2); prepare outline of revisions to liquidation trust agreement and plan (.6); confer with V&E team regarding same (.3); revise lists of trust assets (.2); correspond with V&E team regarding liquidation trust agreement revisions (.2); correspond with V&E tax team regarding same (.2). | 3.40 |
| 05/21/22 | EMME | Review and revise confirmation brief (.8); correspond with V&E team regarding same and amended plan (.2); correspond with V&E team regarding objections (.1); review and revise objection tracker chart (.4); correspond with Cleary and Pachulski teams regarding confirmation brief (.1); revise modified plan (.8); correspond with V&E teams regarding same (.2); review and revise GUC Trust Agreement (.3); review and revise confirmation brief (.6); review and revise objection tracker chart (.7). | 4.20 |
| 05/22/22 | LRKA | Correspond with Cleary regarding liquidation trust agreement, plan changes (.2); review and comment on confirmation order (.7); correspond with V&E team regarding same (.3); review and comment on Pinsonnault declaration (.5); correspond with Ida Ayalew regarding same (.1); conference with Mike Weinberg regarding settlement, LOE payments (.5); review and comment on plan, liquidation trust agreement, confirmation order, confirmation brief (2.5). | 4.80 |
| 05/22/22 | MAGA | Review and revise plan supplement documents (.7); correspond with V&E and Ankura team regarding same (.5); review and analyze objections to confirmation (.7). | 1.90 |
| 05/22/22 | SAZO | Conference with V&E team regarding tax matters related to the liquidation trust agreement (.4); review comments to liquidation trust agreement (.5); revise same (.5); correspond with V&E team regarding same (.2); correspond with Cleary team regarding same (.2). | 1.80 |
| 05/22/22 | EMME | Review and revise confirmation order (.9); correspond with V&E team regarding GUC Trust Agreement (.3); review and revise modified plan (.8); correspond with V&E team regarding same (.4); review and revise Transier confirmation declaration (.4); correspond with V&E, Weil teams, Transier regarding same (.8); correspond with Cleary/Pachulski teams regarding modified plan (.1); correspond with Cleary/Pachulski teams regarding confirmation order (.1); review and revise confirmation brief (.9); correspond with V&E team regarding same (.2); correspond with V&E ETP team | 5.50 |

Case 22-90000-mxm Doc 711 Filed 09/20/22 Entered 09/20/22 23:21:15 Desc
Main Document Page 46 of 399

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 73

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701991 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | regarding confirmation order (.1); draft filing version of confirmation objection tracker (.3); correspond with V&E team regarding same (.2). | |
| 05/22/22 | IDAY | Draft revisions to declaration (.9); correspond with V&E team regarding same (.3). | 1.20 |
| 05/22/22 | GRHO | Review and revise GUC Trust Agreement (1.1); conference with V&E tax team regarding GUC Trust Agreement and Liquidating Trust Agreement (.5); review and revise modified plan (.8). | 2.40 |
| 05/23/22 | DSME | Prepare for confirmation hearing (1.6); correspond with V&E team regarding same (.5); conference with Scott Pinsonnault regarding confirmation issues (.1). | 2.20 |
| 05/23/22 | LRKA | Review and comment on Pinsonnault confirmation declaration (.9); review and revise confirmation brief (.8); conferences and correspond with V&E team regarding same (.9); review and revise GUC trust agreement (.7); correspond with Cleary regarding same (.2); conference with Cleary regarding confirmation matters (1.0); review and comment on confirmation order (1.2); correspond with V&E team regarding same (.5). | 6.20 |
| 05/23/22 | MAGA | Review and revise plan supplement documents (1.9); coordinate filing of same (.5); correspond with V&E and Ankura teams regarding same (1.2); conferences with V&E team regarding confirmation and related strategy (.9); review and revise confirmation order (1.7); review and revise objection tracker (.8); review and revise confirmation brief (.9); conferences with parties objecting to confirmation of plan regarding same (2.0). | 9.90 |
| 05/23/22 | SAZO | Draft notice of second plan supplement (.3); correspond with V&E team regarding same (.1); revise same (.2); review Committee comments to liquidation trust agreement (.4); confer with V&E team regarding same (.2); revise liquidation trust agreement (.3); correspond with Cleary team regarding same (.2); revise notice of second plan supplement (.1); compile exhibits to plan supplement (.1); prepare same for filing (.1); compile exhibits to confirmation order to be filed (.2); correspond with V&E team regarding same (.1). | 2.30 |
| 05/23/22 | EMME | Correspond with V&E team regarding confirmation and sale declarations (.3); correspond with Cleary regarding same (.1); review and revise confirmation and sale objection tracker (.6); correspond with V&E, Ankura teams regarding same (.2); review and revise plan modification language (.8); correspond with V&E team regarding same (.1); review and revise GUC Trust Agreement (.8); correspond with V&E team regarding same (.3); review and revise confirmation brief (.9); revise confirmation order (1.1); correspond with Cleary team | 6.20 |

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701991
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | regarding same (.1); review and revise confirmation and sale objection tracker (.9). | |
| 05/23/22 | IDAY | Correspond with Ankura regarding Pinsonnault confirmation declaration (.4); correspond with V&E team regarding hearing logistics (.3); prepare confirmation hearing materials (1.6); revise Pinsonnault confirmation declaration (.5). | 2.80 |
| 05/23/22 | GRHO | Confer and correspond with V&E team regarding USSIC objection to plan confirmation and related responses (.9); review and revise proposed language from various parties to resolve confirmation and sale objections (1.5); correspond with opposing counsel regarding same (.7); conference with Phil Eisenberg regarding USSIC objection (.5); review and revise supplement briefing in support of confirmation and sale (.5). | 4.10 |
| 05/24/22 | LRKA | Review and comment on proposed objection resolutions (.7); correspond with Cleary regarding same (.2); conference with UST, Matt Pyeatt regarding objection (.5); correspond with V&E team, Cleary, Pachulski regarding plan (.3); correspond and conference with Cleary regarding GUC trust agreement (.5); correspond with Ankura regarding assumed contract schedule (.3); correspond with V&E team regarding same (.2); review liquidation trust agreement (.3); correspond with Cleary, Pachulski regarding same (.2); draft talking points and outline in preparation for confirmation hearing (1.5); correspond with V&E team regarding research questions in preparation for confirmation hearing (.3); review and comment on agenda for confirmation hearing (.3); correspond with V&E regarding same (.1). | 5.40 |
| 05/24/22 | MJPY | Conference with UST regarding confirmation objection. | 0.50 |
| 05/24/22 | MAGA | Confer and participate on calls with parties regarding objections to confirmation (1.6); correspond with same (.9); draft inserts for confirmation order regarding same (1.0); review and revise objection tracker (.4); review and revise plan supplement documents (.4). | 4.30 |
| 05/24/22 | SAZO | Review liquidation trust agreement draft (.2); confer with V&E team regarding same (.1); revise same (.2); correspond with Cleary and Pachulski regarding same (.1). | 0.60 |
| 05/24/22 | EMME | Review and revise confirmation and sale objection tracker (.7); review and revise confirmation order (.9); revise confirmation objection tracker (.3); draft talking points for UST objection (1.3); revise confirmation order, plan (.9); review and revise liquidation trust agreement (.3); draft proposed plan and confirmation order modification language (.7); correspond with Cleary, Pachulski, V&E teams regarding amended plan and confirmation order (.4); review revise and compile plan supplement (.4). | 5.90 |

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701991
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 05/24/22 | TGSP | Research regarding UST fees related to objection (1.7); draft summary and talking points of same (.6); correspond with V&E team regarding same (.3). | 2.60 |
| 05/24/22 | GRHO | Conference with V&E team regarding North Dakota confirmation objections (.5); conference with same regarding confirmation and sale objections and potential resolutions of same (.5); correspond with opposing counsel regarding same (.8); review and revise supplemental briefing in support of confirmation sale (2.3); review and revise related confirmation and sale declarations (.7). | 4.80 |
| 05/25/22 | DSME | Prepare for confirmation hearing. | 1.30 |
| 05/25/22 | LRKA | Prepare for confirmation hearing (1.5); revise talking points in preparation for confirmation hearing (.7); conferences with V&E team regarding confirmation hearing preparation (.5); review and comment on notice of adjournment regarding confirmation hearing (.3); correspond with V&E team regarding same (.2); conferences with Chambers, US Trustee, Cleary, Pachulski, Kirkland regarding confirmation hearing (.3). | 3.50 |
| 05/25/22 | MAGA | Confer and participate on calls with parties regarding objections to confirmation (2.6); draft inserts for confirmation order regarding same (1.5). | 4.10 |
| 05/25/22 | EMME | Review and revise objection tracker as objections are resolved (1.2); review and revise confirmation order (1.0); follow up with various parties in interest related to confirmation objections and language (1.5). | 3.70 |
| 05/25/22 | IDAY | Coordinate hearing logistics with V&E team. | 0.90 |
| 05/26/22 | DSME | Telephone conference with Lauren Kanzer regarding status. | 0.30 |
| 05/26/22 | LRKA | Conference call with Matt Pyeatt and Mike Garza regarding objections (.5); review CLM order language (.3); review and comment on LA taxing authority language (.9); conference with David Meyer regarding open issues (.3); review and comment on voting declaration (.3). | 2.30 |
| 05/26/22 | MJPY | Call with V&E restructuring team regarding open confirmation objections and resolutions. | 0.50 |
| 05/26/22 | MAGA | Confer and participate on calls with parties regarding objections to confirmation (.7); draft inserts for confirmation order regarding same (.9); participate on call with V&E team regarding next steps and confirmation (.5). | 2.10 |
| 05/26/22 | EMME | Revise amended Stretto declaration (.3); correspond with V&E, Stretto regarding same (.2); research regarding | 2.90 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701991
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | governmental unit treatment (1.2); correspond with V&E team regarding same (.2); research regarding administrative claims (.8); correspond with V&E team regarding same (.2). | |
| 05/26/22 | GRHO | Review/analyze and comment on tracking chart of sale/confirmation objections (.4); correspond with Matt Pyeatt and Sara Zoglman regarding same (.3); review/analyze related diligence information (.8); draft/revise summary of legal research and diligence and share with Cleary (1.1). | 2.60 |
| 05/27/22 | DSME | Telephone conference with Lauren Kanzer regarding confirmation matters and open issues (.5); telephone conference with V&E team and Jane VanLare regarding same (.6). | 1.10 |
| 05/27/22 | LRKA | Correspond with Committee regarding sale, confirmation order (.2); correspond with V&E team regarding DOJ objections, order language (.5); review materials regarding same (.3); review and comment on proposed language to resolve same (.7); conferences with Jane VanLare regarding confirmation matters (.6); conference with David Meyer regarding same (.5). | 2.80 |
| 05/27/22 | MAGA | Confer and participate on calls with parties regarding objections to confirmation (1.1); draft inserts for confirmation order regarding same (.5); correspond with V&E team regarding next steps and confirmation issues (.8). | 2.40 |
| 05/27/22 | EMME | Research related to governmental discharge exemption (1.3); correspond with V&E team related to same (.6); correspond with Cleary team regarding same (.2); review Cleary markup on DOI language and confer with V&E team regarding same (.4); correspond with V&E team regarding confirmation workstreams (.7). | 3.20 |
| 05/27/22 | GRHO | Call with Bill Bender and Joe Schimelpfenig regarding North Dakota confirmation objections and related issues (1.0); call with North Dakota and Eric Van Horn (Spencer Fane) regarding same (1.0); review/analyze North Dakota diligence materials (1.3); review/analyze and respond to email correspondence regarding confirmation / sale objections (.8). | 4.10 |
| 05/28/22 | DSME | Correspond with V&E team regarding strategy and hearing. | 0.30 |
| 05/28/22 | LRKA | Revise LA Dept. of Revenue settlement language (.6); correspond with V&E team regarding objections (.5). | 1.10 |
| 05/29/22 | LRKA | Review correspondence regarding ND, Steel Reef objections (.3); correspond with Ankura regarding GUC estimates (.2); correspond with V&E team regarding proposed orders, objections (.8); correspond with V&E team regarding plan supplement (.3); review same (.6). | 2.20 |

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701991
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 05/29/22 | MJPY | Analyze DOI confirmation order language (.2); evaluate research regarding same (.3); correspond with V&E team regarding same (.2). | 0.70 |
| 05/29/22 | GRHO | Telephonic interview with Bill Seuss (North Dakota) regarding North Dakota DEQ issues (1.1); follow-up calls with Eric Van Horn (Spencer Fane) regarding same and next steps on potential settlement (1.5); review/analyze proposed North Dakota settlement (.4); correspond with Jane Van Lare (Cleary Gottlieb) regarding same (.2); correspond with Matt Pyeatt and Matt Moran regarding North Dakota settlement terms (.3). | 3.50 |
| 05/30/22 | DSME | Prepare for confirmation hearing (.3); telephone conference with V&E team regarding same (.2). | 0.50 |
| 05/30/22 | LRKA | Review and comment on revised confirmation order, sale order, objection chart (.4); correspond and conferences with V&E team regarding same (.6); correspond with Eli Medina regarding plan supplement (.2); correspond with V&E team regarding objections (.8); correspond with objecting parties (.4); correspond with Cleary, Pachulski, K&E, client regarding confirmation order, sale order (.3). | 2.70 |
| 05/30/22 | MAGA | Confer with V&E team and other parties regarding objections to confirmation. | 1.50 |
| 05/30/22 | EMME | Review and revise confirmation order (1.5); review and revise confirmation order tracker (.9). | 2.40 |
| 05/31/22 | DSME | Telephone conference with Scott Pinsonnault and V&E team regarding confirmation hearing. | 0.60 |
| 05/31/22 | LRKA | Conference call with Cleary, V&E team regarding sale order, confirmation order (.5); correspond and conferences with V&E team regarding same (.8); consider issues regarding same (.4); conferences with David Meyer and Matt Pyeatt regarding same (.5); correspond with counsel regarding objections (.6); correspond with UST, Pachulski, Cleary regarding confirmation order (.6); correspond with board regarding confirmation (.2). | 3.60 |
| 05/31/22 | MJPY | Call with Ankura regarding witness preparation for confirmation hearing (.9); call with Lauren Kanzer regarding open confirmation order issues (.2). | 1.10 |
| 05/31/22 | MAGA | Confer and participate on calls with parties regarding objections to confirmation (1.5); review and revise confirmation order addressing same (.8). | 2.30 |
| 05/31/22 | EMME | Correspond with V&E team regarding leases (.2); correspond with V&E team regarding DOI language (.3); update objection tracker (.4); revise confirmation order (.6); review precedent | 2.70 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 78

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701991 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

related to same (.4); correspond with counsel for all parties with outstanding objections (.8).

# V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701991 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

**Summary of services - Plan, Disclosure Statement, and Confirmation**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| IDAY | Ida Ayalew | 30.70 | 540.00 | 16,578.00 |
| MAGA | Michael A. Garza | 69.70 | 860.00 | 59,942.00 |
| GRHO | George R. Howard | 25.00 | 1285.00 | 32,125.00 |
| LRKA | Lauren R. Kanzer | 76.30 | 975.00 | 74,392.50 |
| EMME | Elias M. Medina | 103.40 | 590.00 | 61,006.00 |
| DSME | David S. Meyer | 9.80 | 1325.00 | 12,985.00 |
| MWMO | Matthew W. Moran | 2.00 | 1285.00 | 2,570.00 |
| MJPY | Matthew J. Pyeatt | 11.00 | 910.00 | 10,010.00 |
| TGSP | Trevor G. Spears | 9.00 | 790.00 | 7,110.00 |
| SAZO | Sara Zoglman | 17.60 | 590.00 | 10,384.00 |
| **Total** | | **354.50** | | **287,102.50** |

## Disbursements and other charges posted through May 31, 2022:

## Fees for services posted through May 31, 2022:

**Re: Relief from Stay and Adequate Protection**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 05/02/22 | TGSP | Correspond with Baucum counsel regarding agreed order (.1); correspond with V&E team regarding same (.2). | 0.30 |
| 05/03/22 | TGSP | Research regarding agreed order (.6); draft agreed order (1.1); correspond with V&E team regarding same (.2). | 1.90 |
| 05/04/22 | LRKA | Review and comment on agreed order (.6); correspond with Trevor Spears and Becky Matthews regarding same (.2). | 0.80 |
| 05/04/22 | TGSP | Correspond with Baucum counsel regarding agreed order (.3); draft revision to agreed order (.5); correspond with Company regarding same (.6); correspond with defense counsel regarding same (.2). | 1.60 |
| 05/05/22 | LRKA | Prepare for and participate on conference call with company and Brunini firm regarding Baucum litigation (.7); review and revise draft agreed order lifting automatic stay (.3); correspond with Trevor Spears regarding same (.3). | 1.30 |
| 05/05/22 | TGSP | Call with Company and defense counsel regarding Baucum litigation (.6); conference call with V&E team regarding same (.4); calls with Lauren Kanzer regarding same (.6); call with Emily Rhine regarding same (.2); draft revisions to agreed order and correspondence to Baucum counsel regarding same (.7); correspond with V&E team regarding same (.2). | 2.70 |

V&E **Invoice** **Rockall Energy Holdings, LLC** August 9, 2022 Page 80

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701991 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 05/27/22 | TGSP | Review Baucum lift stay motion (.2); correspond with V&E team regarding same (.3); research regarding same (.6); correspond with V&E team regarding same (.2). | 1.30 |

V&E **Invoice**

**Rockall Energy Holdings, LLC** August 9, 2022 Page 81

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701991 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

**Summary of services - Relief from Stay and Adequate Protection**

| | Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|---|
| | LRKA | Lauren R. Kanzer | 2.10 | 975.00 | 2,047.50 |
| | TGSP | Trevor G. Spears | 7.80 | 790.00 | 6,162.00 |
| **Total** | | | **9.90** | | **8,209.50** |

**Disbursements and other charges posted through May 31, 2022:**

**Fees for services posted through May 31, 2022:**

**Re: Reporting**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 05/02/22 | MAGA | Review and revise monthly operating reports (1.3); confer with V&E team regarding same (.7); conference with V&E and Ankura teams regarding same (.8). | 2.80 |
| 05/04/22 | MJPY | Correspond with Committee regarding DIP reporting (.2); correspond with client regarding same (.2). | 0.40 |
| 05/13/22 | MJPY | Evaluate DIP reporting issues (.4); correspond with V&E team regarding same (.2); correspond with Ankura regarding same (.1). | 0.70 |

# V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701991 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

**Summary of services - Reporting**

| | Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|---|
| | MAGA | Michael A. Garza | 2.80 | 860.00 | 2,408.00 |
| | MJPY | Matthew J. Pyeatt | 1.10 | 910.00 | 1,001.00 |
| **Total** | | | **3.90** | | **3,409.00** |

### Disbursements and other charges posted through May 31, 2022:

### Fees for services posted through May 31, 2022:

**Re: Tax**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 05/01/22 | JCWI | Review purchase and sale agreement markup submitted by Formentera (1.1); correspond with Matt Pyeatt regarding same (.4). | 1.50 |
| 05/02/22 | JL | Review tax matters relating to potential sale transaction. | 0.80 |
| 05/02/22 | WTS | Review Formentera purchase and sale agreement. | 0.80 |
| 05/02/22 | JCWI | Review and provide tax comments to purchase agreement (.7); discuss with George Howard regarding same (.3). | 1.00 |
| 05/03/22 | JL | Review and revise purchase and sale agreement (1.0); conference with V&E team regarding tax issues (.3). | 1.30 |
| 05/03/22 | WTS | Review and revise purchase and sale agreement regarding tax issues (1.3); correspond with Curt Wimberly regarding same (.2); conferences with John Lynch and Curt Wimberly regarding same (.9). | 2.40 |
| 05/03/22 | JCWI | Review and provide tax comments to PSA (1.1); conference with V&E team regarding same (.9). | 2.00 |
| 05/04/22 | WTS | Review trust structure and analyze tax issues regarding same. | 1.00 |
| 05/05/22 | JL | Review tax matters associated with potential sale transactions. | 0.80 |
| 05/06/22 | JL | Respond to questions relating to tax issues associated with potential sale transaction. | 0.80 |
| 05/06/22 | WTS | Confer with V&E working group regarding tax issues for restructuring (.5); analyze tax issues regarding same (.3). | 0.80 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701991 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 05/06/22 | LRKA | Conference call with V&E team regarding tax matters. | 0.50 |
| 05/06/22 | JCWI | Prepare for and conference with V&E team regarding tax considerations (.6); correspond with Deloitte regarding tax analysis (.2). | 0.80 |
| 05/06/22 | MAGA | Prepare for and participate on call with V&E teams regarding tax issues. | 0.50 |
| 05/07/22 | JCWI | Review tax basis information and draft email to Deloitte regarding same. | 0.40 |
| 05/11/22 | JL | Review potential sale transaction structure (.8); review tax basis issues and gain calculations for alternative structures (1.7). | 2.50 |
| 05/11/22 | WTS | Review and revise correspondence to Deloitte regarding tax issues for restructuring (.2); confer with Curt Wimberly regarding same (.3). | 0.50 |
| 05/11/22 | JCWI | Review and analysis tax basis information and draft email to Deloitte regarding same (.3); conference with Wendy Salinas regarding same (.2). | 0.50 |
| 05/12/22 | JL | Review and analyze tax basis issues (.8); review and evaluate escrow issues regarding same (.3); conference with V&E team regarding same (.2). | 1.30 |
| 05/12/22 | WTS | Review and revise escrow agreement (.3); confer with V&E tax team regarding same (.2). | 0.50 |
| 05/12/22 | JCWI | Confer with V&E team regarding tax compliance (.2); draft correspondence regarding same (.6). | 0.80 |
| 05/13/22 | JL | Review proposed transaction bids and related tax issues. | 0.70 |
| 05/13/22 | WTS | Review revised escrow agreement (.2); review revised purchase and sale agreements (1.1). | 1.30 |
| 05/13/22 | JCWI | Review and provide tax comments to escrow agreement (1.5); review and analyze bid drafts of purchase and sale agreement (.7). | 2.20 |
| 05/15/22 | JL | Review alternative acquisition proposals and related tax and structuring issues (1.6); correspond with V&E team regarding same (.4). | 2.00 |
| 05/15/22 | WTS | Review revised purchase agreement (.6); correspond with V&E working group regarding same (.4); analyze tax issues regarding restructuring (.6). | 1.60 |
| 05/15/22 | JCWI | Review and analyze tax inquires related to bid draft purchase and sale agreement. | 0.80 |

# V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701991 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 05/16/22 | JL | Draft and revise changes to purchase and sale agreement (.9); review and evaluate tax and structuring issues in connection with same (.7); review gain calculation issues and cancellation of indebtedness issues (.6). | 2.20 |
| 05/16/22 | WTS | Review and revise tax related provisions of purchase and sale agreement (1.9); confer with V&E working group regarding same (.6). | 2.50 |
| 05/16/22 | JCWI | Review and provide tax comments to purchase and sale agreement. | 1.80 |
| 05/17/22 | JL | Draft and revise Formentera purchase and sale agreement (.6); review trust agreement (.5); review basis issues and allocation of purchase price issues (.5); telephone conferences with V&E team regarding tax issues (.4). | 2.00 |
| 05/17/22 | WTS | Review and revise tax provisions in transition services agreement and purchase and sale agreement (1.1); confer with V&E working group regarding same (.4). | 1.50 |
| 05/17/22 | JCWI | Review and provide tax comments to transition services agreement (1.3); discuss same with V&E team (.4). | 1.70 |
| 05/18/22 | JL | Review and analyze basis issues and purchase price allocation issues (.8); review tax model and impact on Rockall equity owners (.7). | 1.50 |
| 05/18/22 | WTS | Review and revise purchase and sale agreement (.9); confer with V&E working group regarding same (.6); correspond with Deloitte regarding tax issues for restructuring (.5); conference call with Deloitte and V&E tax working group regarding same (.5); review and revise GUC trust agreement (.8); confer with V&E tax team regarding same (.4). | 3.70 |
| 05/18/22 | JCWI | Review and analyze markup of purchase and sale agreement (.8); discuss markup of purchase and sale agreement with V&E team (.6); discuss markup of purchase and sale agreement with Formentera counsel (.9); review and provide tax comments to GUC trust agreement (1.5). | 3.80 |
| 05/19/22 | JL | Review and revise Formentera Purchase and sale Agreement (.6); review tax and structuring issues regarding same (.4); telephone conferences with V&E team regarding same (.6). | 1.60 |
| 05/19/22 | WTS | Review revised purchase and sale agreement (.7); confer with V&E tax working group regarding same (.6). | 1.30 |
| 05/20/22 | WTS | Conference with Deloitte and V&E working group regarding tax partnership issues (.5); review and revise liquidation trust agreement (1.3). | 1.80 |

# V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701991 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 05/20/22 | JCWI | Review and comment on liquidation trust agreement (1.2); conference with Deloitte and V&E teams regarding tax issues (.5); prepare for same (.3). | 2.00 |
| 05/21/22 | JCWI | Review and analyze liquidation trust tax considerations. | 0.80 |
| 05/22/22 | JL | Review changes to transaction documents and related tax issues. | 0.80 |
| 05/22/22 | WTS | Analyze tax issues related to liquidation trust agreement (.5); conference with Curt Wimberly regarding same (.5); review and revise same (.6); review and revise confirmation order (.4); correspond with V&E team regarding same (.5). | 2.50 |
| 05/22/22 | JCWI | Review and analyze liquidation trust tax considerations (1.0); conference with Wendy Salinas regarding same (.5). | 1.50 |
| 05/24/22 | JCWI | Draft and review tax partnership termination agreement. | 1.00 |
| 05/25/22 | WTS | Review and revise amendment to conveyance and analyze related tax issues (1.3); confer with Curt Wimberly regarding same (.2). | 1.50 |
| 05/25/22 | JCWI | Draft and review tax partnership termination agreement (.6); confer with Wendy Salinas regarding same (.2). | 0.80 |
| 05/27/22 | JL | Review and revise NPI amendment. | 0.70 |
| 05/27/22 | JCWI | Review and revise net profits interest amendment and discuss same with V&E team (.8); draft correspondence related to same (.5). | 1.30 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 86

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701991 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

**Summary of services - Tax**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| MAGA | Michael A. Garza | 0.50 | 860.00 | 430.00 |
| LRKA | Lauren R. Kanzer | 0.50 | 975.00 | 487.50 |
| JL | John E. Lynch | 19.00 | 1465.00 | 27,835.00 |
| WTS | Wendy T. Salinas | 23.70 | 1325.00 | 31,402.50 |
| JCWI | John C. Wimberly | 24.70 | 890.00 | 21,983.00 |
| **Total** | | **68.40** | | **82,138.00** |

**Disbursements and other charges posted through May 31, 2022:**

**Disbursements and other charges posted through May 31, 2022:**

**Travel**

| | | | |
|---|---|---|---|
| 05/02/22 | MAGA | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051836845 DATE: 5/25/2022 05/02/2022 Baggage Fee UNITED AIRLINES HOUSTON TX - Reimbursement of baggage fee for canceled tickets. See Report # 0100-5126-4673 for receipts. for GARZA /OTHER | -27.00 |
| 05/02/22 | MAGA | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051836845 DATE: 5/25/2022 05/02/2022 Airfare United Airlines - Reimbursement for canceled tickets. See Report # 0100-5126-4673 for receipts. for GARZA/MICHAEL ANGEL Route: IAH/DFW IAH on 05/03/2022 - 05/06/2022 | -292.83 |
| 05/03/22 | MAGA | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051743670 DATE: 5/21/2022 05/03/2022 Airfare American Airlines - Refund for canceled ticket. for GARZA/MICHAEL ANGEL Route: DFW PHL on 05/13/2022 - 05/13/2022 | -326.20 |
| 05/03/22 | MAGA | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051743670 DATE: 5/21/2022 05/03/2022 Airfare United Airlines - Refund for canceled ticket. for GARZA/MICHAEL ANGEL Route: IAH DFW on 05/11/2022 - 05/11/2022 | -136.12 |
| 05/12/22 | LRKA | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051826453 DATE: 5/25/2022 05/12/2022 Airfare Delta Airlines - Attending hearing in Dallas. Trip canceled. for KANZER/LAUREN RISTAU Route: LGA/DFW LGA on 05/17/2022 - 05/19/2022 | 578.72 |
| 05/17/22 | LRKA | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051826453 DATE: 5/25/2022 05/17/2022 Airfare Delta Airlines - Attending hearing in Dallas. Trip canceled. for KANZER/LAUREN RISTAU Route: LGA/DFW/LGA on 05/17/2022 - 05/19/2022 | -578.72 |
| 05/23/22 | DSME | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051959176 DATE: 6/1/2022 05/23/2022 Airfare Delta Airlines - Hearing was canceled. for MEYER/DAVID S Route: LGA/DFW LGA on 05/24/2022 - 05/25/2022 | -1,055.52 |
| 05/23/22 | DSME | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051959176 DATE: 6/1/2022 05/23/2022 Airfare Delta Airlines - Hearing was canceled. for MEYER/DAVID S Route: LGA/DFW LGA on 05/24/2022 - 06/25/2022 | 1,055.52 |
| 05/23/22 | DSME | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051959176 DATE: | -574.88 |

V&E **Invoice** **Rockall Energy Holdings, LLC** August 9, 2022 Page 87

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701991 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | 6/1/2022 05/23/2022 Airfare American Airlines - Hearing was canceled. for MEYER/DAVID S Route: DFW LGA on 05/25/2022 - 05/25/2022 | |
| 05/23/22 | DSME | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051959176 DATE: 6/1/2022 05/23/2022 Airfare American Airlines - Hearing was canceled. for MEYER/DAVID S Route: DFW LGA on 05/25/2022 - 05/25/2022 | 574.88 |
| 05/25/22 | ESST | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051863029 DATE: 5/26/2022 05/25/2022 Sedan Services S1 GLOBAL, LLC DALLAS TX - Two SUVs reserved to transport attorneys and witnesses to Fort Worth bankruptcy court to attend hearing - judge rescheduled hearing to virtual so car service was cancelled but a penalty was assessed due to cancellation time frame | 466.20 |
| | Travel | | $-315.95 |

**Business Meals**

| | | | |
|---|---|---|---|
| 04/27/22 | MWMO | VENDOR: Lush Catering Co.; INVOICE#: 7628; DATE: 4/27/2022 - Lunch on 4/27 for Depo. of D.Meyer (5 ppl) | 130.39 |
| 05/24/22 | ESST | VENDOR: East Hampton Sandwich Co; INVOICE#: 10062722567208962; DATE: 5/24/2022 - ROC client meeting lunch on 5/25/22 - 8 people | 137.85 |
| 05/25/22 | ESST | VENDOR: Taco Joint; INVOICE#: 13; DATE: 5/25/2022 - ROC client meeting breakfast on 5/25/22 - 7 people | 65.01 |
| 05/25/22 | ESST | VENDOR: Lush Catering Co.; INVOICE#: 7688; DATE: 5/25/2022 - ROC client meeting breakfast on 5/25/22 - 10 people | 150.57 |
| 05/26/22 | | VENDOR: JP Morgan Chase - Petty Cash; INVOICE#: JPMCPC052622; DATE: 5/26/2022 - Petty Cash Reimbursement - fruit for M. Morgan meeting | 20.00 |
| 05/26/22 | | VENDOR: JP Morgan Chase - Petty Cash; INVOICE#: JPMCPC052622; DATE: 5/26/2022 - Petty Cash Reimbursement - Danish for E. Sterbcow meeting | 12.94 |
| | Business Meals | | $516.76 |

**Courier Services**

| | | | |
|---|---|---|---|
| 05/18/22 | LRKA | VENDOR: FedEx INVOICE#: 776411878 DATE: 5/23/2022 RCL Consultants LLC BATON ROUGE LA US - Tracking#: 776897534066 | 20.55 |
| 05/28/22 | ESST | VENDOR: Special Delivery Service, Inc; INVOICE#: 667047; DATE: 5/28/2022; Courier Services - ROC Client Meeting - 5/25/22 | 24.62 |
| | Courier Services | | $45.17 |

**Filing Fees**

| | | | |
|---|---|---|---|
| 05/03/22 | MAGA | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051731070 DATE: 5/20/2022 05/03/2022 Fees IN *LAWRENCE COURT T PORT ORANGE FL - Transcrier fees for the 5/3/2022 transcript by Kelli at Lawrence Court Transcription. | 302.50 |
| 05/31/22 | MAGA | VENDOR: AMEX - ChromeRiver INVOICE#: CE010052092572 DATE: 6/7/2022 05/31/2022 Fees IN *LAWRENCE COURT T PORT ORANGE FL - Fee deposit for transcript of 5/31/2022 hearing. | 453.75 |
| | Filing Fees | | $756.25 |

| | |
|---|---|
| **Total** | **$1,002.23** |
| **Total disbursements and other charges** | **$1,002.23** |

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX 75303-1019 **Tel** +1.713.758.2222 **Fax** +1.713.758.2346 **www.velaw.com**

# V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 88

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701991 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | |
|---|---|
| **Total fees, all matters** | **$1,288,950.00** |
| **Total disbursements and other charges, all matters** | **$1,002.23** |
| **Total Amount Due** | **$1,289,952.23** |

V&E **Invoice**

**Rockall Energy Holdings, LLC** August 9, 2022 Page 89

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701991
**Billing Attorney** William C. Smith

Re: Restructuring Advice

## Summary of Services

| Initials | Name | Rank | Hours | Eff. Rate | Amount |
|---|---|---|---|---|---|
| MTDO | Matthew T. Dobbins | Partner | 11.30 | 1055.00 | 11,921.50 |
| GRHO | George R. Howard | Partner | 56.00 | 1285.00 | 71,960.00 |
| LRKA | Lauren R. Kanzer | Partner | 125.60 | 975.00 | 122,460.00 |
| BELO | Bryan E. Loocke | Partner | 56.00 | 1285.00 | 71,960.00 |
| JL | John E. Lynch | Partner | 19.00 | 1465.00 | 27,835.00 |
| RLPE | Rebecca L. Matthews | Partner | 94.70 | 1155.00 | 109,378.50 |
| DSME | David S. Meyer | Partner | 23.70 | 1325.00 | 31,402.50 |
| MWMO | Matthew W. Moran | Partner | 52.10 | 1285.00 | 66,948.50 |
| WTS | Wendy T. Salinas | Partner | 24.00 | 1325.00 | 31,800.00 |
| JETO | Joclynn E. Townsend | Counsel | 76.20 | 945.00 | 72,009.00 |
| BGBR | Brian G. Broussard | Associate | 10.40 | 685.00 | 7,124.00 |
| MAGA | Michael A. Garza | Associate | 89.90 | 860.00 | 77,314.00 |
| JRGO | Jeremy R. Gonzalez | Associate | 37.90 | 705.00 | 26,719.50 |
| JOLA | John Larbalestier | Associate | 39.50 | 830.00 | 32,785.00 |
| CELE | Cesar Leyva | Associate | 12.50 | 860.00 | 10,750.00 |
| EMME | Elias M. Medina | Associate | 112.10 | 590.00 | 66,139.00 |
| ZPAR | Zachary J. Parker | Associate | 16.60 | 685.00 | 11,371.00 |
| MJPY | Matthew J. Pyeatt | Associate | 183.50 | 910.00 | 166,985.00 |
| ERHI | Emily Rhine | Associate | 35.10 | 590.00 | 20,709.00 |
| TGSP | Trevor G. Spears | Associate | 21.50 | 790.00 | 16,985.00 |
| ESST | Eli S. Sterbcow | Associate | 96.90 | 590.00 | 57,171.00 |
| KIVA | Kiran Vakamudi | Associate | 0.50 | 790.00 | 395.00 |
| JCWI | John C. Wimberly | Associate | 24.70 | 890.00 | 21,983.00 |
| BEZE | Benjamin Zeter | Associate | 44.30 | 685.00 | 30,345.50 |
| SAZO | Sara Zoglman | Associate | 120.00 | 590.00 | 70,800.00 |
| EENE | Elizabeth E. Neuman | Paralegal | 80.90 | 310.00 | 25,079.00 |
| IDAY | Ida Ayalew | Law School Graduate/Law Clerk | 53.00 | 540.00 | 28,620.00 |
| **Total** | | | **1,517.90** | | **$1,288,950.00** |

Vinson&Elkins

# Invoice

August 9, 2022

**Rockall Energy Holdings, LLC**
5851 Legacy Circle, Suite 500
Plano, TX 75024

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701992 |
| **Billing Attorney** | William C. Smith |

**This invoice has been forwarded via e-mail to:**
accountspayable@rockallenergy.com

## Re: Restructuring Advice

**Fees for services posted from June 1, 2022 through June 10, 2022:**

**Re: Asset Sales**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 06/01/22 | MTDO | Prepare for call with Formentera to discuss environmental issues (.2); participate in call with V&E team regarding same (.5). | 0.70 |
| 06/01/22 | LRKA | Conference call with Ankura re sale closing matters (.5); follow-up correspondence with V&E team re same (.3). | 0.80 |
| 06/01/22 | JETO | Review and provide comments on closing checklist (.5); prepare for and participate in telephone conference discussing closing checklist with V&E ETP team (.5); review NPIs amendments and provide comments thereto (.2). | 1.20 |
| 06/01/22 | MJPY | Participate on calls with North Dakota counsel regarding sale order (.6); correspond with V&E team regarding same (.3); prepare and revise sale order language to address same (.3); correspond with Formentera counsel regarding same (.2). | 1.40 |
| 06/01/22 | BEZE | Review sale closing checklist (.2); correspond with V&E team regarding same (.4); evaluate and address closing tasks in connection with same (1.6). | 2.20 |
| 06/01/22 | JOLA | Correspondence and conferences with V&E team throughout day regarding closing tasks (.3); address same (1.1); participate on call with Kirkland & Ellis team regarding sale closing matters (.5). | 1.90 |
| 06/02/22 | LRKA | Correspond with V&E team regarding sale matters, funds flow (.8); conference call with Mike Warner regarding open issues regarding same (.3); evaluate issues regarding funds flow (.6); prepare for and participate on conference call with V&E team, Ankura regarding funds flow, effective date (.8); follow-up correspondence with V&E team regarding same (.2). | 2.70 |
| 06/02/22 | JETO | Prepare for and participate in telephone conference discussing open sale closing items with Rockall (.5); review and provide comments to the exhibits to the conveyance documents (.6); correspondence with V&E finance team regarding lien releases in relation to sale closing (.4); correspondence regarding status of sale closing deliverables with Rockall and V&E teams (.4). | 1.90 |
| 06/02/22 | MJPY | Correspond with Formentera counsel regarding sale closing issues (.2); evaluate sources and uses analysis draft (.3); | 1.20 |

V&E **Invoice** **Rockall Energy Holdings, LLC** August 9, 2022 Page 2

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701992 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | review and provide comments to TGS agreement (.4); evaluate preliminary settlement statement from K&E regarding environmental matters related to sale closing (.3). | |
| 06/02/22 | TGSP | Prepare for and participate in conference call with Ankura regarding funds flow. | 0.80 |
| 06/02/22 | BEZE | Correspond with V&E team regarding sale closing matters (.4); prepare for same, including review of closing deliverables and checklist (1.9). | 2.30 |
| 06/02/22 | JOLA | Correspondence and conferences with V&E team throughout day regarding sale closing tasks (.8); evaluate and address same (2.3). | 3.10 |
| 06/03/22 | MTDO | Review environmental matters in connection with sale closing (.3); review and evaluate purchase agreement in support of same (.3); discuss assessment of same with V&E team (.2). | 0.80 |
| 06/03/22 | LRKA | Correspond and conferences with V&E team regarding sale closing items, liquidation trust (.6); conference with Jane VanLare regarding same (.2); review Committee letter regarding settlement (.2); correspond with V&E team, Scott Pinsonnault regarding same (.1). | 1.10 |
| 06/03/22 | JETO | Prepare for and participate in telephone conferences with V&E team regarding environmental matters related to sale closing (.5); review materials related to same (.4); correspondence with V&E team regarding same (.2); correspondence regarding lien releases and other closing items with V&E teams (.6). | 1.70 |
| 06/03/22 | MJPY | Participate on call with client regarding closing matters (.5); address office lease issues in support of same (.4); address lien release issues in support of same (.5); evaluate environmental matters and related materials in connection with sale closing (.5); correspond with V&E team regarding same (.2). | 2.10 |
| 06/03/22 | BEZE | Correspond and conferences with V&E team regarding sale closing matter preparation (.6); prepare sale closing deliverables (1.5). | 2.10 |
| 06/03/22 | JOLA | Correspond and conferences with V&E team throughout day regarding sale closing tasks (.8); evaluate and address sale closing tasks (2.1); follow-up assessment of sale closing tasks in furtherance of same (.9). | 3.80 |
| 06/04/22 | MTDO | Participate in call with Rockall team regarding environmental matters related to sale closing (.5); analyze documents in connection with same (.8); draft comments to same (.4). | 1.70 |
| 06/04/22 | JETO | Review backup support related to environmental matters in | 4.00 |

V&E **Invoice** **Rockall Energy Holdings, LLC** August 9, 2022 

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701992
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | connection with sale closing (.5); prepare for and participate in telephone conference with V&E ETP team regarding outstanding sale closing items (.6); prepare for and participate in telephone conference with Rockall regarding environmental matters related to sale closing (.5); draft response letter in connection with same (1.1); correspondence with V&E ETP team regarding closing deliverables (.5); review and revise closing deliverables (.8). | |
| 06/04/22 | SAZO | Correspond with V&E team regarding PSA and closing matters (.2); review sale order regarding same (.1). | 0.30 |
| 06/04/22 | BEZE | Prepare conveyance documents in connection with sale closing (2.2); correspond and coordinate with V&E team regarding same (.6). | 2.80 |
| 06/04/22 | JOLA | Evaluate and address sale closing tasks, including review of conveyance documents (2.8); correspondence with V&E team regarding same (.4). | 3.20 |
| 06/05/22 | MTDO | Correspond with V&E team regarding environmental matters relating to closing (.2); review revised response letter in connection with same (.2). | 0.40 |
| 06/05/22 | LRKA | Correspond with V&E team, Ankura, Lazard, and Cleary teams regarding environmental matters related to sale closing (.2); review draft letter regarding same (.2); correspond with V&E team regarding funds flow (.1). | 0.50 |
| 06/05/22 | JETO | Review and revise response letter related to environmental matters in connection with sale closing (.3); correspondence with V&E ETP team regarding sale closing deliverables (.3). | 0.60 |
| 06/05/22 | MJPY | Evaluate response letter related to environmental matters in connection with sale closing (.2); correspond with V&E team regarding same (.2); evaluate sources and uses spreadsheet (.2); correspond with V&E team regarding same (.1). | 0.70 |
| 06/05/22 | BEZE | Correspond and conference with V&E team regarding sale closing matters (.7); prepare sale closing documents in furtherance of same (1.6). | 2.30 |
| 06/05/22 | JOLA | Address sale closing tasks including review of closing documents (2.4); correspond with V&E team regarding same (.4). | 2.80 |
| 06/06/22 | MTDO | Assess environmental matters and related documents in connection with sale closing (.7); participate in call with Rockall Ops and HSE team to discuss responses related to same (.5). | 1.20 |
| 06/06/22 | LRKA | Correspond with V&E team regarding sales process (.3); correspond with Ankura, Stretto re professional fee account | 0.90 |

V&E Invoice **Rockall Energy Holdings, LLC** August 9, 2022 Page 4

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701992
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | (.1); conference call with Ankura, V&E, Company re sale closing (.5). | |
| 06/06/22 | JETO | Prepare for and participate in telephone conference with V&E team and advisors regarding status update of Rockall closing (.6); participate on call with K&E regarding outstanding closing checklist items (.5); participate on call with V&E team regarding same (.5); prepare for and participate on call with V&E team and Rockall regarding environmental matters in connection with sale closing (.5); correspondence with V&E finance and restructuring teams regarding lien searches and releases in connection with same (.4); correspondence with K&E regarding outstanding sale closing items (.8); correspondence with the escrow agent regarding payment of fees (.6); review closing deliverables (.7); review updated sale closing checklist (.4). | 5.00 |
| 06/06/22 | MJPY | Participate on call with advisors and client regarding sale closing issues (.5); correspond with Formentera counsel regarding same (.2); correspond with V&E ETP team regarding same (.2). | 0.90 |
| 06/06/22 | BEZE | Review and address sale closing matters (.8); conferences and correspondence with V&E team throughout day regarding same (.8); prepare sale closing deliverables in support of same (1.7). | 3.30 |
| 06/06/22 | JOLA | Participate on call with client regarding sale closing matters (.5); follow up correspondence with V&E team regarding same (.2); review and revise sale closing deliverables (2.0); correspond and confer with V&E team regarding same (.7). | 3.40 |
| 06/07/22 | MTDO | Review updated environmental information from Rockall (.3); participate in call with K&E and Formentera to discuss environmental issues (.5); analyze purchase agreement arbitration provisions (.3); review and evaluate response from Formentera related to environmental matters (.3); participate in call with Rockall team to discuss environmental matters in connection with sale closing (.5); participate in call with Lender's counsel to discuss same (.3). | 2.20 |
| 06/07/22 | LRKA | Conference call with Kirkland, V&E team, Ankura, Lazard regarding sale closing matters (.5); follow-up correspondence with V&E team regarding same (.3); evaluate issues regarding same (.7); conferences and correspondence with V&E team regarding sale closing matters (.6); prepare for and attend conference call with V&E team, Cleary regarding same (.9); correspond with Ankura re funds flow, bank accounts (.8); correspond with V&E team re PSA amendment (.3). | 4.10 |
| 06/07/22 | JETO | Prepare for and participate in all hands-call regarding environmental matters in connection with sale closing (.5); follow-up call with Rockall related to the same (.5); participate | 7.00 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701992
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | on call with K&E regarding sale closing checklist (.5); participate on call with Rockall regarding status of sale closing matters (.5); prepare for and participate on call with Cleary regarding environmental matters in connection with sale closing (1.0); review and revise comments regarding environmental matters in connection with sale closing (.4); correspond with K&E regarding same (.1); conferences and correspondence with K&E throughout day regarding sale closing items and related environmental matters (1.6); correspondence with Cleary regarding environmental matters in connection with sale closing (.4); correspondence with V&E ETP team and RR team throughout day regarding sale closing items (.8); correspondence with Rockall and K&E regarding offer letters in connection with sale closing (.7). | |
| 06/07/22 | MJPY | Correspond with client regarding closing (.2); evaluate sources and uses analysis (.3); evaluate and address sale closing issues (.6). | 1.10 |
| 06/07/22 | BEZE | Correspond and conference with V&E team throughout day regarding sale closing matters (.8); prepare for sale closing, including review of closing deliverables and checklist (2.1). | 2.90 |
| 06/07/22 | JOLA | Prepare for and participate on call with Kirkland & Ellis regarding sale closing checklist (.5); prepare for and participate on all parties call regarding sale closing update and related matters (1.1); conference and correspondwith V&E team throughout day regarding sale closing tasks (.7); review closing documentation regarding same (1.8). | 4.10 |
| 06/08/22 | MTDO | Review documents in connection with environmental matters relating to sale closing (.2); draft revisions to purchase agreement regarding same (.2). | 0.40 |
| 06/08/22 | LRKA | Conference call with company, V&E team, Ankura re sale closing (.7); correspond and conferences with V&E team re same (.8). | 1.50 |
| 06/08/22 | JETO | Telephone conferences with K&E regarding outstanding sale closing items (.5); review and revise Amendment to PSA (.8); correspond with Rockall, Cleary, and K&E throughout day regarding environmental matters in connection with sale closing (1.1); correspond with K&E throughout day regarding closing items (.7); correspond and conferences with V&E RR team and V&E ETP team throughout day regarding sale closing items (.6); review and revise closing deliverables (1.1). | 4.80 |
| 06/08/22 | BEZE | Review and address sale closing matters (1.3); conferences and correspondence with V&E team throughout day regarding same (2.6). | 3.90 |
| 06/08/22 | JOLA | Conference and correspond with V&E team regarding sale closing deliverables (2.9); review and revise documents in | 4.80 |

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701992
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | furtherance of same (1.9). | |
| 06/09/22 | LRKA | Conference call with Company, Ankura, Lazard, V&E team regarding funds flow, environmental matters related to sale closing (.7); conference call with V&E team, Company, Ankura re sale closing (.6); conference with Jane VanLare re closing matters, timing (.3). | 1.60 |
| 06/09/22 | JETO | Prepare for and participate in telephone conferences with Rockall and advisors regarding flow of funds (.9); prepare for and participate on call with K&E regarding office lease matters (.5); correspond with Rockall regarding sale Closing/Effective Date (.4); correspond with K&E and Rockall regarding outstanding sale closing items (.4); correspondence with V&E RR team regarding office lease rejection (.4); review and draft revisions to office lease (.4); conference with V&E ETP team regarding sale closing items (.5); review and revise amendment to PSA (.8); review and revise closing deliverables (1.1); evaluate and address closing items (.8). | 6.20 |
| 06/09/22 | BEZE | Address sale closing matters for Rockall-Formentera. | 0.80 |
| 06/09/22 | JOLA | Participate on call with lenders regarding closing matters (.3); participate on call with client and advisors regarding sale closing matters (.6); evaluate and address sale closing tasks (.6); correspond with V&E team regarding same (.4). | 1.90 |
| 06/10/22 | LRKA | Correspond with V&E team, client, Cleary, Pachulski throughout day regarding sale closing matters. | 1.90 |
| 06/10/22 | JETO | Correspondence with Rockall and K&E regarding TSA matters (.2); correspondence and conferences with K&E and Rockall throughout day regarding delivery of wires, lien releases and other sale closing items (2.2). | 2.40 |
| 06/10/22 | BEZE | Correspond with V&E team regarding sale closing matters. | 0.70 |
| 06/10/22 | JOLA | Correspondence with V&E team regarding sale closing matters (.4); address tasks in furtherance of same (.8). | 1.20 |

V&E **Invoice**

**Rockall Energy Holdings, LLC** August 9, 2022 Page 7

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701992 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

**Summary of services - Asset Sales**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| MTDO | Matthew T. Dobbins | 7.40 | 1055.00 | 7,807.00 |
| LRKA | Lauren R. Kanzer | 15.10 | 975.00 | 14,722.50 |
| JOLA | John Larbalestier | 30.20 | 830.00 | 25,066.00 |
| MJPY | Matthew J. Pyeatt | 7.40 | 910.00 | 6,734.00 |
| TGSP | Trevor G. Spears | 0.80 | 790.00 | 632.00 |
| JETO | Joclynn E. Townsend | 34.80 | 945.00 | 32,886.00 |
| BEZE | Benjamin Zeter | 23.30 | 685.00 | 15,960.50 |
| SAZO | Sara Zoglman | 0.30 | 590.00 | 177.00 |
| **Total** | | **119.30** | | **103,985.00** |

**Disbursements and other charges posted from June 1, 2022 through June 10, 2022:**

**Fees for services posted from June 1, 2022 through June 10, 2022:**

**Re: Assumption and Rejection of Leases and Contracts**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 06/02/22 | MJPY | Evaluate TGS assumption issues (.2); correspond with Ankura regarding same (.1). | 0.30 |
| 06/03/22 | MJPY | Evaluate notice of assumption regarding TGS agreement (.1); correspond with Ankura regarding cure costs (.1); correspond with V&E team regarding same (.1). | 0.30 |
| 06/03/22 | SAZO | Prepare notice of assumption and assignment for TGS agreement (.9); correspond with V&E team regarding same (.3); revise same (.1). | 1.30 |
| 06/07/22 | LRKA | Correspond with V&E team, Kirkland regarding office lease. | 0.30 |
| 06/09/22 | LRKA | Conference and correspond with V&E team, client, K&E, Munsch regarding office lease (2.1); conference and correspond with V&E team regarding notice of extension in connection with office lease (.5). | 2.60 |
| 06/09/22 | SAZO | Prepare draft notice of assumption and rejection for office lease (1.1); confer with V&E team regarding same (.2); revise same (.3). | 1.60 |
| 06/09/22 | EMME | Correspond with V&E team regarding notice of withdrawal of Steel Reef rejection motion (.2); conference with same regarding same (.3); draft and revise same (.4); review leases to be rejected (.1); correspond with V&E team regarding same (.1). | 1.10 |

V&E **Invoice** **Rockall Energy Holdings, LLC** August 9, 2022 Page 8

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701992 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 06/10/22 | LRKA | Correspond with Ankura, V&E team, Company re office lease (.4); review notice of extension in connection with same (.2). | 0.60 |
| 06/10/22 | SAZO | Review and revise notice of assumption of TGS contracts (.2); correspond with V&E team re same (.1); prepare same for filing (.2). | 0.50 |
| 06/10/22 | EMME | Review and revise notice of withdrawal of steel reef motion (.2); coordinate filing of same (.1); review notice of assumption/rejection extension (.2); correspond with V&E team regarding same (.2). | 0.70 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 9

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701992 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

**Summary of services - Assumption and Rejection of Leases and Contracts**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| LRKA | Lauren R. Kanzer | 3.50 | 975.00 | 3,412.50 |
| EMME | Elias M. Medina | 1.80 | 590.00 | 1,062.00 |
| MJPY | Matthew J. Pyeatt | 0.60 | 910.00 | 546.00 |
| SAZO | Sara Zoglman | 3.40 | 590.00 | 2,006.00 |
| **Total** | | **9.30** | | **7,026.50** |

## Disbursements and other charges posted from June 1, 2022 through June 10, 2022:

## Fees for services posted from June 1, 2022 through June 10, 2022:

**Re: Business Operations**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 06/05/22 | LRKA | Conference with Scott Pinsonnault, V&E team, Bill Transier regarding LOE payments (.4); correspond with V&E team regarding same (.2); revise draft correspondence regarding same (.2). | 0.80 |
| 06/06/22 | LRKA | Conference call with management, V&E team, Ankura regarding matter status, next steps. | 0.40 |
| 06/06/22 | MAGA | Prepare for and participate on call with V&E, Ankura, and management teams regarding operations and related issues and strategy. | 0.40 |
| 06/07/22 | LRKA | Conference call with V&E team, Ankura, Company re open issues. | 0.50 |
| 06/07/22 | MAGA | Prepare for and participate on call with V&E, Ankura, and management teams regarding operations and related issues and strategy. | 0.50 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 10

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701992 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

**Summary of services - Business Operations**

| | Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|---|
| | MAGA | Michael A. Garza | 0.90 | 860.00 | 774.00 |
| | LRKA | Lauren R. Kanzer | 1.70 | 975.00 | 1,657.50 |
| **Total** | | | **2.60** | | **2,431.50** |

**Disbursements and other charges posted from June 1, 2022 through June 10, 2022:**

**Fees for services posted from June 1, 2022 through June 10, 2022:**

**Re: Case Administration**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 06/01/22 | EENE | Obtain, review, and calendar updated docket report for attorneys and other groups (.1); correspond with staff regarding processing of paid invoice for 5/31 court hearing transcript (.1); correspond with attorneys regarding court documents to be drafted and filing plans (.2); draft Notice of Filing Revised Proposed Confirmation Order (.5); correspond with transcriber regarding 5/31 court hearing transcript status (.2); complete online submission of proposed Confirmation Order to court (.2); organize 5/31 court hearing transcript into files and provide copy to attorneys (.2); review filing preparation details and file Notice of Filing Second Revised Form of Proposed Confirmation Order (.5); correspond with attorneys regarding filing status (.1); correspond with attorneys regarding night filing plans for Monthly Operating Reports for all debtors (.3); prepare to file same, including review of filing method (.9). | 3.30 |
| 06/01/22 | MAGA | Draft press release announcing plan confirmation (.8); review and revise work streams checklist (.7); confer with V&E team regarding same (.2). | 1.70 |
| 06/02/22 | LRKA | Review and comment on WIP checklist (.3); correspond with V&E team regarding same (.1); conference call with V&E team regarding works in process (.4). | 0.80 |
| 06/02/22 | EENE | Correspond with attorneys regarding submission of revised Confirmation Order (.4); obtain, review, and calendar updated docket report for attorneys and other groups (.4); correspond with attorneys regarding court document filing plans (.1); file [Amended] Declaration of Disinterestedness of Burton Oil & Gas Reporting Service, LLC (.2); correspond with attorneys regarding filing status of, Monthly Operating Reports for April 2022 for all debtors (.3); file same (.2). | 1.60 |

V&E **Invoice** **Rockall Energy Holdings, LLC** August 9, 2022 Page 11

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701992
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 06/02/22 | MAGA | Prepare for and participate on call with V&E teams regarding matter updates, work streams, and related strategy (.7); review and revise workstreams checklist (.2). | 0.90 |
| 06/02/22 | SAZO | Attend call with V&E team re workstream updates. | 0.50 |
| 06/02/22 | EMME | Conference with V&E team regarding works in process. | 0.40 |
| 06/02/22 | TGSP | Conference call with V&E team regarding workstreams and updates. | 0.40 |
| 06/03/22 | EENE | Obtain updated docket report for attorneys and other groups (.1); court file Notice of Filing Debtors' Revised Master Service List (.1); draft Certificate of No Objections to Debtors' Application to Retain Brown Fox PLLC, and correspond with attorneys regarding details (.5); correspond with transcriber regarding 5/31 court hearing transcript, and correspond with staff for processing (.2); correspond with attorneys regarding court document filing status (.1). | 1.00 |
| 06/06/22 | EENE | Obtain updated docket report for attorneys and other groups (.1); review and court file Certificate of No Objections to Debtors' Amended Application to Retain Brown Fox PLLC (.2); file Debtors' Application to Retain Deloitte Tax LLP (.2). | 0.50 |
| 06/06/22 | MAGA | Prepare for and participate on call with V&E team regarding workstreams and related issues and strategy. | 0.40 |
| 06/06/22 | SAZO | Attend call with V&E team regarding works in progress. | 0.40 |
| 06/06/22 | EMME | Conference with V&E team regarding case updates and works in process. | 0.40 |
| 06/06/22 | TGSP | Prepare for and participate in conference call with V&E team regarding workstreams and updates (.4); update WIP checklist (.5). | 0.90 |
| 06/07/22 | EENE | Obtain, review, and calendar updated docket report for attorneys and other groups (.1); communicate with attorneys regarding submission of proposed order to court for Brown Fox Amended Retention Application, and complete submission (.3). | 0.40 |
| 06/08/22 | LRKA | Conference call with V&E team re chapter 11 case works in process (.5); follow-up correspondence with same regarding same (.2). | 0.70 |
| 06/08/22 | EENE | Obtain updated docket report for attorneys and other groups (.1); court file Notice of Formentera Partners Fund I, LP's Election for Assumption and Assignment of TGS Agreements (.2); communicate with attorneys regarding Steel Reef select court documents, review docket for same, and discuss findings (.7). | 1.00 |

V&E **Invoice** **Rockall Energy Holdings, LLC** August 9, 2022 Page 12

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701992 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 06/08/22 | MAGA | Prepare for and participate on call with V&E team regarding work streams and related strategy and issues. | 0.70 |
| 06/08/22 | SAZO | Attend call with V&E team regarding chapter 11 case works in progress. | 0.50 |
| 06/08/22 | TGSP | Conference call with V&E team regarding workstreams. | 0.50 |
| 06/09/22 | EENE | Obtain, review, and calendar updated docket report for attorneys and other groups (.1); communicate with attorneys regarding board meeting materials to be organized into files, and complete same (.4); review filing details for Notice of Effective Date for court filing preparation, and communicate with court clerk regarding same (.4). | 0.90 |
| 06/10/22 | EENE | Obtain, review, and calendar updated docket report for attorneys and other groups (.2); communicate with attorneys regarding filing plans and court file Notice of Extension of Time to Assume, Assume and Assign, or Reject Office Lease (.3); review Notice and complete calendaring (.2); review filing method for Notice of Withdrawal and communicate with court clerk to confirm same (.2); communicate with attorneys regarding upcoming filing (.2); file (i) Notice of Effective Date, and (ii) Notice of Withdrawal of Motion Authorizing Debtors to Reject Steel Reef Contracts (.4). | 1.50 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701992 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

**Summary of services - Case Administration**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| MAGA | Michael A. Garza | 3.70 | 860.00 | 3,182.00 |
| LRKA | Lauren R. Kanzer | 1.50 | 975.00 | 1,462.50 |
| EMME | Elias M. Medina | 0.80 | 590.00 | 472.00 |
| EENE | Elizabeth E. Neuman | 10.20 | 310.00 | 3,162.00 |
| TGSP | Trevor G. Spears | 1.80 | 790.00 | 1,422.00 |
| SAZO | Sara Zoglman | 1.40 | 590.00 | 826.00 |
| **Total** | | **19.40** | | **10,526.50** |

**Disbursements and other charges posted from June 1, 2022 through June 10, 2022:**

**Fees for services posted from June 1, 2022 through June 10, 2022:**

**Re: Corporate Governance and Board Matters**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 06/01/22 | EMME | Correspond with V&E team regarding corporate structure matters. | 0.60 |
| 06/02/22 | LRKA | Review board meeting agenda (.1); correspond with V&E team regarding same (.1). | 0.20 |
| 06/02/22 | MAGA | Confer with V&E and other Debtor professionals regarding board meeting and related issues (.3); confer with V&E team regarding corporate governance issues (.6). | 0.90 |
| 06/02/22 | EMME | Draft, review, revise April, May board minutes (2.1); correspond with V&E team regarding same (.8). | 2.90 |
| 06/02/22 | TGSP | Correspond with V&E team regarding Board minutes and Board meeting. | 0.30 |
| 06/03/22 | LRKA | Review draft board meeting materials (.4); correspond with Lazard, Ankura, V&E teams regarding same (.2); prepare for and attend board meeting (.6); correspond with V&E team regarding board minutes (.1). | 1.30 |
| 06/03/22 | JETO | Prepare for and participate in telephone conferences with V&E team regarding Board discussion. | 1.00 |
| 06/03/22 | MAGA | Confer with V&E team regarding corporate governance issues (.5); review and revise board minutes (1.2); prepare for and attend board meeting (.6). | 2.30 |
| 06/03/22 | EMME | Compile board minutes for April, May, June (.2); correspond with V&E team regarding same (.3). | 0.50 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 14

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701992 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 06/03/22 | TGSP | Attend Board meeting (.5); correspond with V&E team regarding board minutes (.3). | 0.80 |
| 06/03/22 | JOLA | Prepare for and participate on board call regarding sale closing tasks. | 1.10 |
| 06/05/22 | LRKA | Review and revise draft board minutes (.4); correspond with V&E team regarding same (.1). | 0.50 |
| 06/06/22 | LRKA | Review board consents (.4); correspond with V&E team regarding same (.1); review May board minutes (.6); correspond and conferences with V&E team regarding D&O insurance (.3). | 1.40 |
| 06/06/22 | SAZO | Confer with V&E team regarding May board meeting minutes. | 0.40 |
| 06/06/22 | EMME | Revise board minutes (.3); draft board consents (.9); correspond with V&E team regarding same (.8). | 2.00 |
| 06/06/22 | TGSP | Correspond with V&E team regarding board minutes and materials. | 0.30 |
| 06/07/22 | EMME | Correspond with board members regarding board minutes and consents. | 0.30 |
| 06/08/22 | EMME | Correspond with board members regarding written consents. | 0.20 |
| 06/09/22 | EMME | Correspond with V&E team and board members regarding board consents. | 0.40 |
| 06/09/22 | TGSP | Correspond with V&E team regarding Board consents. | 0.20 |
| 06/10/22 | EMME | Correspond with V&E team and board members regarding board consents. | 0.30 |

V&E Invoice

Rockall Energy Holdings, LLC August 9, 2022 

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701992
**Billing Attorney** William C. Smith

Re: Restructuring Advice

**Summary of services - Corporate Governance and Board Matters**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| MAGA | Michael A. Garza | 3.20 | 860.00 | 2,752.00 |
| LRKA | Lauren R. Kanzer | 3.40 | 975.00 | 3,315.00 |
| JOLA | John Larbalestier | 1.10 | 830.00 | 913.00 |
| EMME | Elias M. Medina | 7.20 | 590.00 | 4,248.00 |
| TGSP | Trevor G. Spears | 1.60 | 790.00 | 1,264.00 |
| JETO | Joclynn E. Townsend | 1.00 | 945.00 | 945.00 |
| SAZO | Sara Zoglman | 0.40 | 590.00 | 236.00 |
| **Total** | | **17.90** | | **13,673.00** |

**Disbursements and other charges posted from June 1, 2022 through June 10, 2022:**

**Fees for services posted from June 1, 2022 through June 10, 2022:**

**Re: Employee Benefits and Compensation**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 06/03/22 | MAGA | Confer with V&E team regarding employee compensation issues (.3); conduct research regarding same (.8). | 1.10 |
| 06/03/22 | SAZO | Correspond with V&E and Ankura teams regarding employee compensation obligations (.1); review and evaluate materials related to same (.2). | 0.30 |
| 06/04/22 | SAZO | Conduct research regarding employee compensation matters (1.4); correspond with V&E team regarding same (.2). | 1.60 |
| 06/05/22 | SAZO | Conduct research regarding employee compensation matters (.4); draft analysis regarding same (1.4); correspond with V&E team regarding same (.4). | 2.20 |
| 06/06/22 | MAGA | Confer with V&E team regarding employee compensation issues (.2); conduct research regarding same (.7). | 0.90 |
| 06/07/22 | LRKA | Conference calls with V&E team regarding employee compensation matters (.7); review materials regarding same (.3); correspond with V&E team regarding same (.2). | 1.20 |
| 06/07/22 | MAGA | Prepare for and participate on calls with V&E and Ankura teams regarding employee benefit and compensation issues. | 0.70 |
| 06/07/22 | SAZO | Review and analyze plan, confirmation order, and related filings in connection with employee compensation matters and related claims (1.3); review services agreement in connection with same (.7); correspond with V&E team regarding same (.3). | 2.30 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701992 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 06/08/22 | LRKA | Correspond with V&E team regarding employee matters (.2); review materials regarding same (.2). | 0.40 |

V&E **Invoice** **Rockall Energy Holdings, LLC** August 9, 2022 

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701992 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

**Summary of services - Employee Benefits and Compensation**

| | Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|---|
| | MAGA | Michael A. Garza | 2.70 | 860.00 | 2,322.00 |
| | LRKA | Lauren R. Kanzer | 1.60 | 975.00 | 1,560.00 |
| | SAZO | Sara Zoglman | 6.40 | 590.00 | 3,776.00 |
| **Total** | | | **10.70** | | **7,658.00** |

**Disbursements and other charges posted from June 1, 2022 through June 10, 2022:**

**Fees for services posted from June 1, 2022 through June 10, 2022:**

**Re: Employment and Fee Applications**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 06/02/22 | LRKA | Review and comment on Deloitte application (.4); correspond with V&E team regarding same (.1). | 0.50 |
| 06/02/22 | MAGA | Correspond with V&E and Ankura teams regarding ordinary course professionals retention issues (.4). | 0.40 |
| 06/02/22 | EMME | Draft OCP declaration of disinterestedness (.2); correspond with V&E, Ankura teams regarding same (.3); conference with Ankura regarding same (.1). | 0.60 |
| 06/03/22 | LRKA | Review and comment on Deloitte application (.4); correspond with V&E team regarding same (.2). | 0.60 |
| 06/06/22 | EMME | Correspond with V&E team regarding Brown Fox CNO (.2); review and revise same (.6); coordinate filing same (.1); conference and correspond with Ankura team regarding OCP issues (.1). | 1.00 |
| 06/06/22 | TGSP | Correspond with V&E team and other professions regarding monthly fee statements for professionals. | 0.20 |
| 06/07/22 | EMME | Coordinate uploading of Brown Fox CNO (.2); correspond with court regarding same (.1). | 0.30 |
| 06/08/22 | EMME | Correspond with V&E team regarding Brown Fox retention (.2); correspond with Brown Fox regarding entry of retention order (.1). | 0.30 |

V&E Invoice

Rockall Energy Holdings, LLC August 9, 2022 Page 18

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701992
**Billing Attorney** William C. Smith

Re: Restructuring Advice

**Summary of services - Employment and Fee Applications**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| MAGA | Michael A. Garza | 0.40 | 860.00 | 344.00 |
| LRKA | Lauren R. Kanzer | 1.10 | 975.00 | 1,072.50 |
| EMME | Elias M. Medina | 2.20 | 590.00 | 1,298.00 |
| TGSP | Trevor G. Spears | 0.20 | 790.00 | 158.00 |
| **Total** | | **3.90** | | **2,872.50** |

**Disbursements and other charges posted from June 1, 2022 through June 10, 2022:**

**Fees for services posted from June 1, 2022 through June 10, 2022:**

**Re: Financing and Cash Collateral**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 06/01/22 | ARMU | Correspond and conference with V&E team regarding lien release and related matters (.4); review relevant documents related to same (.3). | 0.70 |
| 06/01/22 | TDAI | Evaluate and address lien release and related matters (.4); correspond with V&E and Cleary teams regarding same (.5). | 0.90 |
| 06/02/22 | ARMU | Review PSA in connection with lien release matters (.7); correspond with V&E team regarding same (.5). | 1.20 |
| 06/02/22 | TDAI | Evaluate and address lien release and DIP /payoff matters (.7); correspond with V&E and Cleary teams regarding same (.3). | 1.00 |
| 06/03/22 | ARMU | Correspond and conference with V&E team regarding lien release and DIP payoff. | 0.90 |
| 06/03/22 | TDAI | Evaluate and address lien release and DIP payoff matters (.7); review relevant filings to support same (.2); correspond with V&E and Cleary teams regarding same (.4). | 1.30 |
| 06/04/22 | ARMU | Evaluate Payoff of DIP and lien releases matters (.4); correspond with V&E team regarding same (.2). | 0.60 |
| 06/04/22 | TDAI | Evaluate lien release and DIP payoff matters (.7); draft and revise mortgage lien releases (1.4); review and revise DIP payoff letter (.8); correspond and discuss lien release and DIP payoff matters with V&E team (.4); correspond with Cleary team regarding mortgage lien releases (.3). | 3.60 |
| 06/05/22 | ARMU | Correspond with V&E team regarding lien releases and DIP payoff matters. | 0.40 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701992 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 06/05/22 | TDAI | Evaluate lien release and payoff matters (.7); review and revise UCC termination statements (1.1); correspond with V&E and Cleary team regarding lien release and payoff matters (.5). | 2.30 |
| 06/06/22 | ARMU | Correspond with V&E team regarding lien release and related matters (.4); review relevant materials regarding same (.3). | 0.70 |
| 06/06/22 | TDAI | Evaluate lien release and DIP payoff matters (.6); draft, review and revise UCC-3 termination statements and mortgage lien releases (1.2); correspond and discuss same with V&E and Cleary teams (.6). | 2.40 |
| 06/07/22 | ARMU | Correspond with V&E team regarding lien releases and related matters (.7); conference with K&E team regarding same (.5); review documents in connection with same (.2). | 1.40 |
| 06/07/22 | TDAI | Draft, review and revise UCC-3 termination statements and mortgage lien releases (2.9); correspondence and conferences with V&E, company and Cleary teams throughout day regarding same (1.4); attend call with V&E and K&E teams regarding sale closing in connection with same (.5). | 4.80 |
| 06/08/22 | ARMU | Review lien release and DIP payoff (1.1); correspond with V&E, company, and Cleary regarding same (.4). | 1.50 |
| 06/08/22 | TDAI | Review and revise lien release and DIP payoff documentation (1.2); correspond with V&E team regarding same (.4); evaluate and address related credit agreement closing matters (.7); correspondence and conferences with V&E, company and Cleary teams throughout day regarding same (.8). | 3.10 |
| 06/09/22 | ARMU | Correspond with V&E team, company, and Cleary regarding closing of credit agreement. | 0.60 |
| 06/09/22 | TDAI | Address credit agreement closing matters (.6); correspondence and conferences with V&E, company and Cleary teams throughout day regarding closing and lien release matters (.6). | 1.20 |
| 06/10/22 | ARMU | Review final documentation regarding closing (.6); correspond with V&E team regarding same (.2). | 0.80 |
| 06/10/22 | TDAI | Correspond with V&E and Cleary teams regarding lien release and closing matters (.8). | 0.80 |
| 06/10/22 | EMME | Correspond with V&E FIN team regarding DIP payoff letter. | 0.10 |

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX 75303-1019 **Tel** +1.713.758.2222 **Fax** +1.713.758.2346 **www.velaw.com**

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 20

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701992 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

**Summary of services - Financing and Cash Collateral**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| TDAI | Taylor Daily | 21.40 | 590.00 | 12,626.00 |
| EMME | Elias M. Medina | 0.10 | 590.00 | 59.00 |
| ARMU | Arthur Munoz | 8.80 | 705.00 | 6,204.00 |
| **Total** | | **30.30** | | **18,889.00** |

**Disbursements and other charges posted from June 1, 2022 through June 10, 2022:**

**Fees for services posted from June 1, 2022 through June 10, 2022:**

**Re: Litigation (Contested Matters and Adversary Proceedings)**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 06/01/22 | LRKA | Conference with Paul Labov regarding LOE payments (.2); follow-up correspondence with V&E team regarding same (.2). | 0.40 |
| 06/08/22 | EMME | Draft notice of withdrawal of Steel Reef rejection motion (.7); correspond with V&E team regarding same (.3); correspond with Mike Garza regarding same (.1). | 1.10 |

V&E **Invoice**

**Rockall Energy Holdings, LLC** August 9, 2022 Page 21

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701992 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

**Summary of services - Litigation (Contested Matters and Adversary Proceedings)**

| | Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|---|
| | LRKA | Lauren R. Kanzer | 0.40 | 975.00 | 390.00 |
| | EMME | Elias M. Medina | 1.10 | 590.00 | 649.00 |
| **Total** | | | **1.50** | | **1,039.00** |

**Disbursements and other charges posted from June 1, 2022 through June 10, 2022:**

**Fees for services posted from June 1, 2022 through June 10, 2022:**

**Re: Plan, Disclosure Statement, and Confirmation**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 06/01/22 | LRKA | Review and comment on NPI amendment (.6); correspond with V&E team and company regarding same (.3). | 0.90 |
| 06/01/22 | MAGA | Confer with V&E team and objecting parties regarding confirmation order. | 0.50 |
| 06/01/22 | SAZO | Review and respond to correspondence with V&E team regarding sale approval/confirmation order language (.1); revise sale approval/confirmation order language with updated steel reef language to resolve objection (.4); correspond with V&E team regarding same (.3). | 0.80 |
| 06/01/22 | EMME | Confer with V&E FIN team regarding sale status (.3); correspond with V&E ETP team regarding same (.1); revise confirmation order (.6); correspond with V&E and Cleary teams regarding same (.3); correspond with V&E team regarding notice of amended confirmation order (.2); finalize and compile confirmation order for filing (.6); coordinate filing and uploading of same (.2); correspond with court regarding filing (.2); revise notice of filing amended plan (.7); coordinate filing of same (.1). | 3.30 |
| 06/01/22 | TGSP | Review Confirmation Order, Plan, Liquidation Trust, GUC Trust and draft summary regarding effective date requirements (1.1); correspond with V&E team regarding same (.3). | 1.40 |
| 06/02/22 | LRKA | Review and comment on effective date checklist (.4); correspond with V&E team regarding same (.2). | 0.60 |
| 06/02/22 | MAGA | Correspond with V&E and Ankura team regarding effective date and wind down. | 0.70 |
| 06/02/22 | TGSP | Correspond with V&E team regarding effective date (.6); | 0.90 |

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701992
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | correspond with Ankura team regarding same (.3). | |
| 06/03/22 | LRKA | Correspond with V&E team regarding NPI amendments (.2); correspond with same regarding effective date (.2). | 0.40 |
| 06/03/22 | SAZO | Correspond with V&E team regarding liquidation trust agreement. | 0.20 |
| 06/03/22 | TGSP | Draft revisions and updates to effective date checklist (.5); correspond with V&E team regarding same (.2); correspond with V&E team regarding NPI amendements (.2). | 0.90 |
| 06/05/22 | TGSP | Research regarding statutory fees and plan effective dates. | 1.20 |
| 06/06/22 | LRKA | Correspond with V&E team, Scott Pinsonnault regarding issues related to wind down and closing (.3); conference call with V&E team, Paul Labov, Mike Warner regarding same (.4); correspond with same re same (.2). | 0.90 |
| 06/06/22 | MAGA | Confer with V&E team regarding issues related to confirmation (.3); correspond with V&E and Ankura team regarding issues related to wind down process (.5). | 0.80 |
| 06/06/22 | EMME | Conference with V&E team regarding confirmation order/plan requirements (.3); review plan/confirmation order regarding same (.4); research related to same (.7). | 1.40 |
| 06/07/22 | LRKA | Review comments to GUC trust agreement (.3); correspond with V&E team regarding same (.2); correspond with Riveron regarding same (.2); review and comment on notice of effective date (.3); correspond with V&E team re same (.1); correspond with Dave Mirkin, Ankura regarding liquidation trust agreement (.4). | 1.50 |
| 06/07/22 | EMME | Draft notice of effective date (.9); correspond with V&E team regarding same (.3); correspond with Cleary regarding same (.1). | 1.30 |
| 06/07/22 | TGSP | Review sources and uses analysis (.2); correspond with V&E team regarding same (.1); draft revisions to trust agreements for execution (.4); correspond and confer with V&E team regarding same (.2); correspond with V&E team regarding plan and statutory fees (.2); correspond with V&E team regarding professional fee escrow account and plan (.2); correspond with V&E team regarding claims reserves (.3); confer and correspond with V&E team regarding notice of effective date (.2); correspond with GUC Trustee and Liquidation Trustee agreements (.2); review GUC trust comments (.2); correspond with V&E team regarding same (.2); correspond with V&E team regarding TSA and effective date issue (.2). | 2.60 |
| 06/08/22 | LRKA | Conference call with Ankura, V&E team regarding claims | 1.40 |

V&E Invoice **Rockall Energy Holdings, LLC** August 9, 2022 Page 23

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701992
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | reserve (.3); review materials regarding same (.2); correspond with Cleary, Riveron, Pachulski regarding trust agreements, closing (.2); correspond with V&E team regarding same (.2); review Stretto services agreement (.3); correspond with V&E team re insurance matters (.2). | |
| 06/08/22 | EMME | Correspond with V&E team regarding GUC Trust Agreement (.2); review materials related to the same (.4). | 0.60 |
| 06/08/22 | TGSP | Conference call with Ankura regarding claims reserve (.3); correspond with V&E team regarding same (.2); correspond with V&E team regarding effective date (.4); review GUC trust regarding comments from Pachulski (.3); correspond and confer with V&E team regarding same (.4); revise NPI agreements and correspond with V&E team regarding same (.2); review comments from Liquidation Trustee to Liquidation trust agreement (.2); correspond with same, Cleary, and V&E teams regarding same (.2); review and revise Stretto services agreement (.5); correspond with V&E team regarding same (.2); correspond with Company and V&E team regarding trust agreements (.3). | 3.20 |
| 06/09/22 | LRKA | Correspond with V&E team regarding notice of effective date (.3); correspond and conferences with Pachulski regarding settlement, closing (.3); follow-up correspondence with V&E team, Ankura regarding same (.2). | 0.80 |
| 06/09/22 | EMME | Revise notice of effective date (.3); correspond with same regarding same (.3). | 0.60 |
| 06/09/22 | TGSP | Review trust agreement and plan regarding deposit services agreement (.4); correspond with V&E team regarding same (.1); correspond with Liquidation Trust regarding closing (.2); correspond with V&E team regarding office lease for plan effective date (.2); review and revise trustee engagement letter (.9); correspond with V&E team, Company, Ankura, and Liquidation Trust regarding same (.3); correspond with V&E team regarding closing and effective date (.3). | 2.40 |
| 06/10/22 | LRKA | Review notice of effective date (.2); correspond with V&E team regarding same (.2); evaluate and address effective date matters (.3). | 0.70 |
| 06/10/22 | EMME | Review and revise notice of effective date (.4); correspond with V&E team regarding same (.2); coordinate filing of same (.1). | 0.70 |
| 06/10/22 | TGSP | Revise trust agreements for execution (.3); correspond with V&E team regarding same (.2); review trustee engagement letter (.2); correspond with V&E team, Company, Ankura, Liquidation Trustee regarding same (.2); correspond with V&E team regarding effective date (.4); review notice of effective date (.2); correspond with all parties regarding effective date | 2.20 |

V&E **Invoice** **Rockall Energy Holdings, LLC** August 9, 2022 Page 24

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701992 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

and closing matters (.6); correspond with Stretto regarding notice of effective date (.1).

# V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 25

**Client/Matter Number** ROC447 64001
**Invoice Number** 25701992
**Billing Attorney** William C. Smith

Re: Restructuring Advice

**Summary of services - Plan, Disclosure Statement, and Confirmation**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| MAGA | Michael A. Garza | 2.00 | 860.00 | 1,720.00 |
| LRKA | Lauren R. Kanzer | 7.20 | 975.00 | 7,020.00 |
| EMME | Elias M. Medina | 7.90 | 590.00 | 4,661.00 |
| TGSP | Trevor G. Spears | 14.80 | 790.00 | 11,692.00 |
| SAZO | Sara Zoglman | 1.00 | 590.00 | 590.00 |
| **Total** | | **32.90** | | **25,683.00** |

**Disbursements and other charges posted from June 1, 2022 through June 10, 2022:**

**Fees for services posted from June 1, 2022 through June 10, 2022:**

**Re: Relief from Stay and Adequate Protection**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 06/06/22 | LRKA | Correspond with Company re Baucum litigation. | 0.20 |
| 06/06/22 | TGSP | Correspond with V&E team regarding Baucum lift stay. | 0.20 |
| 06/07/22 | LRKA | Prepare for and attend conference with Baucum counsel regarding motion for relief from stay. | 0.40 |
| 06/07/22 | TGSP | Correspond with Baucum counsel regarding lift stay (.2); conference call with same and V&E team regarding same (.3); correspond with V&E team regarding same (.2). | 0.70 |

# V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701992 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

**Summary of services - Relief from Stay and Adequate Protection**

| | Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|---|
| | LRKA | Lauren R. Kanzer | 0.60 | 975.00 | 585.00 |
| | TGSP | Trevor G. Spears | 0.90 | 790.00 | 711.00 |
| **Total** | | | **1.50** | | **1,296.00** |

**Disbursements and other charges posted from June 1, 2022 through June 10, 2022:**

**Fees for services posted from June 1, 2022 through June 10, 2022:**

**Re: Reporting**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 06/01/22 | LRKA | Review April MOR (.4); correspond with V&E team regarding same (.2). | 0.60 |
| 06/01/22 | MAGA | Review and revise monthly operating reports (1.6); correspond with V&E and Ankura teams regarding same (.2). | 1.80 |
| 06/02/22 | MAGA | Confer with V&E and Ankura teams regarding monthly operating reports and UST fees. | 0.50 |
| 06/03/22 | EMME | Correspond with Stretto team regarding same (.2); review draft notice of revised MSL (.4); coordinate filing of same (.1). | 0.70 |

V&E **Invoice**

**Rockall Energy Holdings, LLC** August 9, 2022 Page 27

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701992 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

**Summary of services - Reporting**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| MAGA | Michael A. Garza | 2.30 | 860.00 | 1,978.00 |
| LRKA | Lauren R. Kanzer | 0.60 | 975.00 | 585.00 |
| EMME | Elias M. Medina | 0.70 | 590.00 | 413.00 |
| **Total** | | **3.60** | | **2,976.00** |

**Disbursements and other charges posted from June 1, 2022 through June 10, 2022:**

**Disbursements and other charges posted from June 1, 2022 through June 10, 2022:**

| **Travel** | | | |
|---|---|---|---|
| 06/02/22 | MWMO | VENDOR: AMEX - ChromeRiver INVOICE#: CE010052120514 DATE: 6/8/2022 06/02/2022 Sedan Services S1 GLOBAL, LLC DALLAS TX - Roundtrip transport of attorneys and witnesses to Fort Worth bankruptcy court to attend hearing. | 466.20 |
| | Travel | | $466.20 |
| **Total** | | | **$466.20** |
| **Total disbursements and other charges** | | | **$466.20** |

| | |
|---|---|
| **Total fees, all matters** | **$198,056.00** |
| **Total disbursements and other charges, all matters** | **$466.20** |
| **Total Amount Due** | **$198,522.20** |

V&E **Invoice**

**Rockall Energy Holdings, LLC** August 9, 2022 

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701992 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

**Summary of Services**

| Initials | Name | Rank | Hours | Eff. Rate | Amount |
|---|---|---|---|---|---|
| MTDO | Matthew T. Dobbins | Partner | 7.40 | 1055.00 | 7,807.00 |
| LRKA | Lauren R. Kanzer | Partner | 36.70 | 975.00 | 35,782.50 |
| JETO | Joclynn E. Townsend | Counsel | 35.80 | 945.00 | 33,831.00 |
| TDAI | Taylor Daily | Associate | 21.40 | 590.00 | 12,626.00 |
| MAGA | Michael A. Garza | Associate | 15.20 | 860.00 | 13,072.00 |
| JOLA | John Larbalestier | Associate | 31.30 | 830.00 | 25,979.00 |
| EMME | Elias M. Medina | Associate | 21.80 | 590.00 | 12,862.00 |
| ARMU | Arthur Munoz | Associate | 8.80 | 705.00 | 6,204.00 |
| MJPY | Matthew J. Pyeatt | Associate | 8.00 | 910.00 | 7,280.00 |
| TGSP | Trevor G. Spears | Associate | 20.10 | 790.00 | 15,879.00 |
| BEZE | Benjamin Zeter | Associate | 23.30 | 685.00 | 15,960.50 |
| SAZO | Sara Zoglman | Associate | 12.90 | 590.00 | 7,611.00 |
| EENE | Elizabeth E. Neuman | Paralegal | 10.20 | 310.00 | 3,162.00 |
| **Total** | | | **252.90** | | **$198,056.00** |

# Exhibit I

## Detailed Description of Expenses and Disbursements

V&E **Invoice** **Rockall Energy Holdings, LLC** August 9, 2022 Page 78

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25695303 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

**Disbursements and other charges posted through March 31, 2022:**

| | | | |
|---|---|---|---|
| **Business Meals** | | | |
| 03/09/22 | SAZO | VENDOR: AMEX - ChromeRiver INVOICE#: CE010050681209 DATE: 3/29/2022 03/09/2022 UBER POSTMATES SAN FRANCISCO CA - In office client meeting dinner to discuss client business matters. # of attendees 3 | 86.43 |
| 03/09/22 | SAZO | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051306084 DATE: 5/12/2022 03/09/2022 UBER POSTMATES SAN FRANCISCO CA - In office client meeting dinner. The $13.67 was the tip that was charged separately, and the receipt was not provided. # of attendees 3 | 13.67 |
| 03/10/22 | MAGA | VENDOR: Mendocino Farms; INVOICE#: 271719; DATE: 3/10/2022 - Rockall lunch on 3/9/22 - 4 people | 73.18 |
| | Business Meals | | $173.28 |
| **Courier Services** | | | |
| 03/14/22 | TDAI | VENDOR: FedEx INVOICE#: 769746730 DATE: 3/21/2022 Cleary Gottlieb Steen & Hamilton NEW YORK NY US - Tracking#: 776285715114 | 37.68 |
| 03/14/22 | TDAI | VENDOR: FedEx INVOICE#: 769746730 DATE: 3/21/2022 Cleary Gottlieb Steen & Hamilton NEW YORK NY US - Tracking#: 776287966330 | 30.06 |
| | Courier Services | | $67.74 |
| **Filing Fees** | | | |
| 03/09/22 | LRKA | VENDOR: AMEX - ChromeRiver INVOICE#: CE010050400547 DATE: 3/14/2022 03/09/2022 Fees COURTS/USBC-TX-N-D2 DALLAS TX - Rockall filing petitions. | 24,332.00 |
| 03/09/22 | MAGA | VENDOR: AMEX - ChromeRiver INVOICE#: CE010050419198 DATE: 3/14/2022 03/09/2022 Fees COURTS/USBC-TX-N-D2 DALLAS TX - Rockall filing petitions. | 3,476.00 |
| 03/10/22 | MAGA | VENDOR: AMEX - ChromeRiver INVOICE#: CE010050443037 DATE: 3/15/2022 03/10/2022 Fees COURTS/USBC-TX-N-D2 DALLAS TX - Filing fee payment to USBC NDTX for four (4) pro hac vice motions (David Meyer, George Howard, Lauren Kanzer, Eli Medina) at $100 each. | 400.00 |
| 03/14/22 | MAGA | VENDOR: AMEX - ChromeRiver INVOICE#: CE010050439882 DATE: 3/15/2022 03/14/2022 Fees IN *LAWRENCE COURT T PORT ORANGE FL - Transcript for hearing on 3/11/2022. | 122.85 |
| | Filing Fees | | $28,330.85 |
| **Outside Professional Services** | | | |
| 03/17/22 | MAGA | VENDOR: Restructuring Concepts LLC; INVOICE#: 120836; DATE: 3/17/2022. Chapter 11 Dockets document downloads for the month of February 2022. (3.50 @ 80%) | 3.73 |
| 03/17/22 | SAZO | VENDOR: Restructuring Concepts LLC; INVOICE#: 120836; DATE: 3/17/2022. Chapter 11 Dockets document downloads for the month of February 2022. (10.50 @ 80%) | 11.19 |
| 03/25/22 | EENE | VENDOR: Kathy Rehling; INVOICE#: 8980; DATE: 3/25/2022 - Payment for precedent case transcript | 565.50 |
| 03/25/22 | EENE | VENDOR: Kathy Rehling; INVOICE#: 8981; DATE: 3/25/2022 - Payment for precedent case transcript | 717.75 |

V&E **Invoice**

**Rockall Energy Holdings, LLC** August 9, 2022 

**Client/Matter Number** ROC447 64001
**Invoice Number** 25695303
**Billing Attorney** William C. Smith

Re: Restructuring Advice

| | |
|---|---|
| Outside Professional Services | $1,298.17 |
| **Total** | **$29,870.04** |
| **Total disbursements and other charges** | **$29,870.04** |
| **Total fees, all matters** | **$996,581.50** |
| **Total disbursements and other charges, all matters** | **$29,870.04** |
| **Total Amount Due** | **$1,026,451.54** |

V&E **Invoice**

**Rockall Energy Holdings, LLC** August 9, 2022 

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

**Disbursements and other charges posted through April 30, 2022:**

**Travel**

| | | | |
|---|---|---|---|
| 04/06/22 | MAGA | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051264673 DATE: 4/27/2022 04/06/2022 Airfare United Airlines - Airfare for travel to/from Dallas, TX on May 3-6, 2022 in connection with Rockall - Hearing on Supplemental DS. for GARZA/MICHAEL ANGEL Route: IAH/DFW IAH on 05/03/2022 - 05/06/2022 | 292.83 |
| 04/06/22 | MAGA | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051264673 DATE: 4/27/2022 04/06/2022 Agency Fees - Other UNITED AIRLINES HOT SPRINGS VA - Airfare for travel to/from Dallas, TX on May 3-6, 2022 in connection with Rockall - Hearing on Supplemental DS. for GARZA /ECONOMY P | 27.00 |
| 04/06/22 | MAGA | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051264673 DATE: 4/27/2022 04/06/2022 Agency Fees - Other UNITED AIRLINES HOT SPRINGS VA - Airfare for travel to/from Dallas, TX on May 3-6, 2022 in connection with Rockall - Hearing on Supplemental DS. for GARZA /ECONOMY P | 27.00 |
| 04/07/22 | MJPY | VENDOR: AMEX - ChromeRiver INVOICE#: CE010050917538 DATE: 4/8/2022 04/07/2022 Internet Services HTTP://WWW.GOGOAIR.C 877-350-0038 IL - Correspondence with client and advisors; evaluate and revise documents for client on 4/7, during travel. | 17.00 |
| 04/07/22 | MJPY | VENDOR: AMEX - ChromeRiver INVOICE#: CE010050917538 DATE: 4/8/2022 04/07/2022 Internet Services HTTP://WWW.GOGOAIR.C 877-350-0038 IL - Correspondence with client and advisors; evaluate and revise documents for client on 4/7, during travel. | 9.95 |
| 04/10/22 | MJPY | VENDOR: AMEX - ChromeRiver INVOICE#: CE010050991068 DATE: 4/13/2022 04/10/2022 Internet Services HTTP://WWW.GOGOAIR.C 877-350-0038 IL - Correspondence with client and advisors; evaluate and revise documents for client during travel. | 10.00 |
| 04/21/22 | MAGA | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051740529 DATE: 5/20/2022 04/21/2022 Airfare United Airlines - Refund for ticket issued for trip to Dallas in connection with Rockall case April 25-27. for GARZA/MICHAEL ANGEL Route: IAH/DFW IAH on 04/25/2022 - 04/27/2022 | -564.07 |
| 04/21/22 | MAGA | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051740529 DATE: 5/20/2022 04/21/2022 Airfare United Airlines - Ticket issued for trip to Dallas in connection with Rockall case April 25-27. (Ticket was canceled) for GARZA/MICHAEL ANGEL Route: IAH/DFW IAH on 04/25/2022 - 04/27/2022 | 564.07 |
| 04/22/22 | MAGA | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051740529 DATE: 5/20/2022 04/22/2022 Airfare United Airlines - Replacement ticket issued for trip to Dallas in connection with Rockall case April 25-27. for GARZA/MICHAEL ANGEL Route: IAH/DFW IAH on 04/24/2022 - 04/27/2022 | 529.29 |
| 04/24/22 | DSME | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051408569 DATE: 5/5/2022 04/24/2022 Airfare American Airlines - Travel to Dallas for deposition hearing. for MEYER/DAVID S Route: LGA/DFW LGA on 04/25/2022 - 04/27/2022 (Coach Fair) | 1,038.27 |
| 04/25/22 | DSME | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051408569 DATE: 5/5/2022 04/25/2022 Hotel - Lodging MANSIONONTURTLECREEK DALLAS TX Attend deposition hearing. arrival: 04/25/2022 # of nights 1.00 | 350.00 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 Page 129

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | Dallas, Texas | |
| 04/25/22 | DSME | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051408569 DATE: 5/5/2022 04/25/2022 Taxi ALL TOWNS LIVERY 030 STAMFORD CT - Attend deposition hearing. Taxi from home to LGA airport. | 154.50 |
| 04/25/22 | MAGA | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051740529 DATE: 5/20/2022 04/25/2022 Taxi S1 GLOBAL, LLC DALLAS TX - Transportation in connection with trip. | 98.10 |
| 04/25/22 | MAGA | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051740529 DATE: 5/20/2022 04/25/2022 Taxi EXCELSIOR TRANSPORTA 1142381-1 TX - Transportation in connection with trip. | 110.50 |
| 04/26/22 | DSME | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051408569 DATE: 5/5/2022 04/26/2022 Airfare Delta Airlines - Attend deposition hearing. Delta credit. for MEYER/DAVID S Route: DFW LGA on 04/28/2022 - 04/28/2022 | -513.21 |
| 04/26/22 | DSME | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051408569 DATE: 5/5/2022 04/26/2022 Airfare Delta Airlines - Attend deposition hearing. for MEYER/DAVID S Route: DFW LGA on 04/28/2022 - 04/28/2022 | 513.21 |
| 04/26/22 | DSME | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051408569 DATE: 5/5/2022 04/26/2022 Taxi UBER TRIP SAN FRANCISCO CA - Attend deposition hearing. Taxi from hotel to Dallas office. | 10.33 |
| 04/26/22 | DSME | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051408569 DATE: 5/5/2022 04/26/2022 Taxi S1 GLOBAL, LLC DALLAS TX - Attend deposition hearing. Taxi from DFW airport to hotel on 4/25. | 98.10 |
| 04/26/22 | DSME | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051230567 DATE: 4/26/2022 04/26/2022 Internet Services VIASAT IN-FLIGHT WI-CARLSBAD US - Prepared for deposition. | 19.00 |
| 04/27/22 | DSME | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051408569 DATE: 5/5/2022 04/27/2022 Internet Services HTTP://WWW.GOGOAIR.C 877-350-0038 IL - Attend deposition hearing. Prepare for deposition. | 19.95 |
| 04/27/22 | DSME | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051408569 DATE: 5/5/2022 04/27/2022 Taxi UBER TRIP SAN FRANCISCO CA - Attend deposition hearing. Taxi from hotel to Dallas office on 4/26. | 23.60 |
| 04/27/22 | DSME | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051408569 DATE: 5/5/2022 04/27/2022 Taxi UBER TRIP SAN FRANCISCO CA - Attend deposition hearing. Taxi from Dallas office to hotel on 4/26. | 20.83 |
| 04/27/22 | MWMO | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051314206 DATE: 4/29/2022 04/27/2022 Taxi UBER TRIP SAN FRANCISCO CA - Attend Rockall hearing | 15.95 |
| 04/28/22 | MWMO | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051314206 DATE: 4/29/2022 04/28/2022 Taxi UBER TRIP SAN FRANCISCO CA - Attend Rockall hearing | 66.65 |
| 04/28/22 | DSME | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051408569 DATE: 5/5/2022 04/28/2022 Internet Services VIASAT IN-FLIGHT WI-CARLSBAD US - Attend deposition hearing. Worked on documents for client. | 19.00 |
| 04/28/22 | DSME | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051408569 DATE: 5/5/2022 04/28/2022 Taxi ALL TOWNS LIVERY 030 STAMFORD CT - Attend deposition hearing. Taxi from LGA/home. | 189.50 |
| 04/28/22 | DSME | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051408569 DATE: 5/5/2022 04/28/2022 Taxi S1 GLOBAL, LLC DALLAS TX - Attend deposition hearing. Taxi from Dallas office to court and then from court to airport. | 250.00 |
| 04/28/22 | MAGA | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051740529 DATE: | 1,062.78 |

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| | | 5/20/2022 04/28/2022 Hotel - Lodging THE FAIRMONT DALLAS DALLAS TX Hotel in connection with Rockall trip to Dallas for meetings and contested bankruptcy hearing. arrival: 04/24/2022 # of nights 3.00 Dallas, Texas | |
| | Travel | | $4,460.13 |

**Business Meals**

| | | | |
|---|---|---|---|
| 04/25/22 | DSME | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051408569 DATE: 5/5/2022 04/25/2022 MANSIONONTURTLECREEK DALLAS TX - Attend deposition hearing. # of attendees 1 | 45.00 |
| 04/25/22 | DSME | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051408569 DATE: 5/5/2022 04/25/2022 6332115 - BAR VELOCE QUEENS NY - Attend deposition hearing. Food at the airport. # of attendees 1 | 45.00 |
| 04/26/22 | DSME | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051408569 DATE: 5/5/2022 04/26/2022 MANSIONONTURTLECREEK DALLAS TX - Attend deposition hearing. # of attendees 1 | 45.00 |
| 04/26/22 | DSME | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051408569 DATE: 5/5/2022 04/26/2022 MANSIONONTURTLECREEK DALLAS TX - Attend deposition hearing. # of attendees 1 | 45.00 |
| 04/26/22 | MWMO | VENDOR: Taco Joint; INVOICE#: TJ042622; DATE: 4/26/2022 - Depo of D Meyer breakfast on 4/27/22- 7 people | 43.84 |
| 04/27/22 | MWMO | VENDOR: Taco Joint; INVOICE#: 16; DATE: 4/27/2022 - Depo of D Meyer breakfast on 4/27/22- 7 people | 36.86 |
| 04/27/22 | DSME | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051408569 DATE: 5/5/2022 04/27/2022 MANSIONONTURTLECREEK DALLAS TX - Attend deposition hearing. # of attendees 1 | 18.49 |
| 04/27/22 | DSME | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051408569 DATE: 5/5/2022 04/27/2022 Cowboys Club A DFW 1 Dallas TX - Attend deposition hearing. Food at the airport. # of attendees 1 | 19.34 |
| 04/30/22 | MWMO | VENDOR: Special Delivery Service, Inc; INVOICE#: 665028; DATE: 4/30/2022; Depo of David Meyer Breakfast and Lunch on 4/27/2022 | 168.16 |
| | Business Meals | | $466.69 |

**Filing Fees**

| | | | |
|---|---|---|---|
| 04/14/22 | ARMU | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051118797 DATE: 4/20/2022 04/14/2022 Fees PAYPAL *EVANG CLERK 3373635671 LA - Subscription Fee to Evangeline Parish Clerk of Court (processed through PayPal - see attached receipt) | 20.00 |
| 04/28/22 | MAGA | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051731070 DATE: 5/20/2022 04/28/2022 Fees IN *DIPTI PATEL AUSTIN TX - Transcriber fees for Dipti Patel in connection with the 4/27/2022 court hearing transcript. | 498.52 |
| | Filing Fees | | $518.52 |

**Outside Professional Services**

| | | | |
|---|---|---|---|
| 04/15/22 | EENE | VENDOR: Restructuring Concepts LLC; INVOICE#: 121381; DATE: 4/15/2022; Chapter 11 Dockets document downloads for the month of March 2022 ($7.00@100%) | 7.62 |
| 04/15/22 | SAZO | VENDOR: Restructuring Concepts LLC; INVOICE#: 121381; DATE: 4/15/2022; Chapter 11 Dockets document downloads for the month of March 2022 ($14.00@80%) | 14.93 |

V&E **Invoice**

**Rockall Energy Holdings, LLC** August 9, 2022 

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701990 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | |
|---|---|
| Outside Professional Services | $22.55 |
| **Total** | **$5,467.89** |
| **Total disbursements and other charges** | **$5,467.89** |
| **Total fees, all matters** | **$1,995,705.50** |
| **Total disbursements and other charges, all matters** | **$5,467.89** |
| **Total Amount Due** | **$2,001,173.39** |

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX 75303-1019 **Tel** +1.713.758.2222 **Fax** +1.713.758.2346 **www.velaw.com**

V&E Invoice **Rockall Energy Holdings, LLC** August 9, 2022 

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701991 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

**Disbursements and other charges posted through May 31, 2022:**

| **Travel** | | | |
|---|---|---|---|
| 05/02/22 | MAGA | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051836845 DATE: 5/25/2022 05/02/2022 Baggage Fee UNITED AIRLINES HOUSTON TX - Reimbursement of baggage fee for canceled tickets. See Report # 0100-5126-4673 for receipts. for GARZA /OTHER | -27.00 |
| 05/02/22 | MAGA | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051836845 DATE: 5/25/2022 05/02/2022 Airfare United Airlines - Reimbursement for canceled tickets. See Report # 0100-5126-4673 for receipts. for GARZA/MICHAEL ANGEL Route: IAH/DFW IAH on 05/03/2022 - 05/06/2022 | -292.83 |
| 05/03/22 | MAGA | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051743670 DATE: 5/21/2022 05/03/2022 Airfare American Airlines - Refund for canceled ticket. for GARZA/MICHAEL ANGEL Route: DFW PHL on 05/13/2022 - 05/13/2022 | -326.20 |
| 05/03/22 | MAGA | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051743670 DATE: 5/21/2022 05/03/2022 Airfare United Airlines - Refund for canceled ticket. for GARZA/MICHAEL ANGEL Route: IAH DFW on 05/11/2022 - 05/11/2022 | -136.12 |
| 05/12/22 | LRKA | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051826453 DATE: 5/25/2022 05/12/2022 Airfare Delta Airlines - Attending hearing in Dallas. Trip canceled. for KANZER/LAUREN RISTAU Route: LGA/DFW LGA on 05/17/2022 - 05/19/2022 | 578.72 |
| 05/17/22 | LRKA | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051826453 DATE: 5/25/2022 05/17/2022 Airfare Delta Airlines - Attending hearing in Dallas. Trip canceled. for KANZER/LAUREN RISTAU Route: LGA/DFW/LGA on 05/17/2022 - 05/19/2022 | -578.72 |
| 05/23/22 | DSME | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051959176 DATE: 6/1/2022 05/23/2022 Airfare Delta Airlines - Hearing was canceled. for MEYER/DAVID S Route: LGA/DFW LGA on 05/24/2022 - 05/25/2022 | -1,055.52 |
| 05/23/22 | DSME | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051959176 DATE: 6/1/2022 05/23/2022 Airfare Delta Airlines - Hearing was canceled. for MEYER/DAVID S Route: LGA/DFW LGA on 05/24/2022 - 06/25/2022 | 1,055.52 |
| 05/23/22 | DSME | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051959176 DATE: 6/1/2022 05/23/2022 Airfare American Airlines - Hearing was canceled. for MEYER/DAVID S Route: DFW LGA on 05/25/2022 - 05/25/2022 | -574.88 |
| 05/23/22 | DSME | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051959176 DATE: 6/1/2022 05/23/2022 Airfare American Airlines - Hearing was canceled. for MEYER/DAVID S Route: DFW LGA on 05/25/2022 - 05/25/2022 | 574.88 |
| 05/25/22 | ESST | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051863029 DATE: 5/26/2022 05/25/2022 Sedan Services S1 GLOBAL, LLC DALLAS TX - Two SUVs reserved to transport attorneys and witnesses to Fort Worth bankruptcy court to attend hearing - judge rescheduled hearing to virtual so car service was cancelled but a penalty was assessed due to cancellation time frame | 466.20 |
| | Travel | | $-315.95 |

| **Business Meals** | | | |
|---|---|---|---|
| 04/27/22 | MWMO | VENDOR: Lush Catering Co.; INVOICE#: 7628; DATE: 4/27/2022 - Lunch on 4/27 for Depo. of D.Meyer (5 ppl) | 130.39 |

V&E **Invoice** **Rockall Energy Holdings, LLC** August 9, 2022 Page 88

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701991 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

| | | | |
|---|---|---|---|
| 05/24/22 | ESST | VENDOR: East Hampton Sandwich Co; INVOICE#: 10062722567208962; DATE: 5/24/2022 - ROC client meeting lunch on 5/25/22 - 8 people | 137.85 |
| 05/25/22 | ESST | VENDOR: Taco Joint; INVOICE#: 13; DATE: 5/25/2022 - ROC client meeting breakfast on 5/25/22 - 7 people | 65.01 |
| 05/25/22 | ESST | VENDOR: Lush Catering Co.; INVOICE#: 7688; DATE: 5/25/2022 - ROC client meeting breakfast on 5/25/22 - 10 people | 150.57 |
| 05/26/22 | | VENDOR: JP Morgan Chase - Petty Cash; INVOICE#: JPMCPC052622; DATE: 5/26/2022 - Petty Cash Reimbursement - fruit for M. Morgan meeting | 20.00 |
| 05/26/22 | | VENDOR: JP Morgan Chase - Petty Cash; INVOICE#: JPMCPC052622; DATE: 5/26/2022 - Petty Cash Reimbursement - Danish for E. Sterbcow meeting | 12.94 |
| | Business Meals | | $516.76 |

**Courier Services**

| | | | |
|---|---|---|---|
| 05/18/22 | LRKA | VENDOR: FedEx INVOICE#: 776411878 DATE: 5/23/2022 RCL Consultants LLC BATON ROUGE LA US - Tracking#: 776897534066 | 20.55 |
| 05/28/22 | ESST | VENDOR: Special Delivery Service, Inc; INVOICE#: 667047; DATE: 5/28/2022; Courier Services - ROC Client Meeting - 5/25/22 | 24.62 |
| | Courier Services | | $45.17 |

**Filing Fees**

| | | | |
|---|---|---|---|
| 05/03/22 | MAGA | VENDOR: AMEX - ChromeRiver INVOICE#: CE010051731070 DATE: 5/20/2022 05/03/2022 Fees IN *LAWRENCE COURT T PORT ORANGE FL - Transcrier fees for the 5/3/2022 transcript by Kelli at Lawrence Court Transcription. | 302.50 |
| 05/31/22 | MAGA | VENDOR: AMEX - ChromeRiver INVOICE#: CE010052092572 DATE: 6/7/2022 05/31/2022 Fees IN *LAWRENCE COURT T PORT ORANGE FL - Fee deposit for transcript of 5/31/2022 hearing. | 453.75 |
| | Filing Fees | | $756.25 |

| | |
|---|---|
| **Total** | **$1,002.23** |
| **Total disbursements and other charges** | **$1,002.23** |
| **Total fees, all matters** | **$1,288,950.00** |
| **Total disbursements and other charges, all matters** | **$1,002.23** |
| **Total Amount Due** | **$1,289,952.23** |

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX 75303-1019 **Tel** +1.713.758.2222 **Fax** +1.713.758.2346 **www.velaw.com**

V&E Invoice

**Rockall Energy Holdings, LLC** August 9, 2022 

| | |
|---|---|
| **Client/Matter Number** | ROC447 64001 |
| **Invoice Number** | 25701992 |
| **Billing Attorney** | William C. Smith |

Re: Restructuring Advice

**Disbursements and other charges posted from June 1, 2022 through June 10, 2022:**

| **Travel** | | | |
|---|---|---|---|
| 06/02/22 | MWMO | VENDOR: AMEX - ChromeRiver INVOICE#: CE010052120514 DATE: 6/8/2022 06/02/2022 Sedan Services S1 GLOBAL, LLC DALLAS TX - Roundtrip transport of attorneys and witnesses to Fort Worth bankruptcy court to attend hearing. | 466.20 |
| | Travel | | $466.20 |
| **Total** | | | **$466.20** |
| **Total disbursements and other charges** | | | **$466.20** |

| | |
|---|---|
| **Total fees, all matters** | **$198,056.00** |
| **Total disbursements and other charges, all matters** | **$466.20** |
| **Total Amount Due** | **$198,522.20** |

Case 22-30500-swe7 Doc 250 Filed 08/14/24 Entered 08/14/24 13:11:13 Desc
Exhibit F Page 396 of 399

## Exhibit J

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 22-90000 (MXM)** |
| | § | |
| **ROCKALL ENERGY HOLDINGS, LLC, *et al.*,** | § | **(Chapter 11)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

**ORDER GRANTING THE FINAL FEE APPLICATION OF VINSON & ELKINS LLP, ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD FROM MARCH 9, 2022 THROUGH JUNE 10, 2022**

Upon the *Final Fee Application of Vinson & Elkins LLP, Attorneys for the Debtors and Debtors in Possession, for the Period From March 9, 2022 Through June 10, 2022* (the "***Final Fee Application***"); and the Court having jurisdiction over the matters raised in the Final Fee Application pursuant to 28 U.S.C. § 1334; and the Court having found that this is a core proceeding

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: Arrow Rock Energy, LLC (7549), Petro Harvester Operating Company, LLC (2136), Rockall Agent Corp. (1653), Rockall Energy Holdings, LLC (5784), Rockall Energy, LLC (6340), Rockall EOR, LLC (4136), Rockall Exploration Company, LLC (0547), Rockall Intermediate, Inc. (9759), Rockall LA, LLC (4270), Rockall Laurel, LLC (1178), Rockall Midstream, LLC (0917), Rockall MS, LLC (0740), Rockall ND, LLC (9311), Rockall Pine Prairie, LLC (5799), White Marlin Investment Company, LLC (9987), and White Marlin Midstream, LLC (1466). The location of the Debtors' U.S. corporate headquarters and the Debtors' service address is: 5005 LBJ Freeway, Suite 700, Dallas, TX 75244.

pursuant to 28 U.S.C. § 157(b)(2) and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that proper and adequate notice of the Fee Application and hearing thereon has been given and that no other or further notice is necessary; and the Court having found that good and sufficient cause exists for the granting of the relief requested in the Fee Application after having given due deliberation upon the Fee Application and all of the proceedings had before the Court in connection with the Motion, it is HEREBY ORDERED THAT:[2]

1. Compensation of fees to V&E for professional and paraprofessional services rendered during the Fee Period is allowed on a final basis in the amount of $4,479,293.00.

2. Reimbursement to V&E for expenses incurred during the Fee Period is allowed on a final basis in the amount of $36,806.36.

3. The Liquidation Trust is authorized and directed to pay V&E all unpaid fees and expenses allowed pursuant to this Order within five business days of entry of this Order.

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**# # # END OF ORDER # # #**

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Final Fee Application.

Case 22-30500-swe7 Doc 250-7 Filed 08/20/24 Entered 08/20/24 13:27:17 Desc
Exhibit G Page 1 of 71

# Exhibit G

Paul R. Genender (TX 00790758)
**WEIL, GOTSHAL & MANGES LLP**
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-7700
Facsimile: (214) 746-7777
Email: Paul.Genender@weil.com

Jessica Liou
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: Jessica.Liou@weil.com

**SPECIAL COUNSEL TO THE SPECIAL LITIGATION COMMITTEE OF THE BOARD OF DIRECTORS OF ROCKALL ENERGY HOLDINGS, LLC**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| ***In re:*** | : | **Chapter 11** |
| **ROCKALL ENERGY HOLDINGS, LLC, *et al.*,** | : | **Case No. 22–90000 (MXM)** |
| **Debtors.**[1] | : | **(Jointly Administered)** |

**SUMMARY OF FIRST INTERIM AND FINAL FEE APPLICATION OF WEIL, GOTSHAL & MANGES LLP AS SPECIAL COUNSEL TO THE SPECIAL LITIGATION COMMITTEE OF THE BOARD OF DIRECTORS OF ROCKALL ENERGY HOLDINGS, LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**<u>FOR THE PERIOD OF MARCH 9, 2022 THROUGH AND INCLUDING JUNE 10, 2022</u>**

| | |
|---|---|
| Name of Applicant: | Weil, Gotshal & Manges LLP (“**Weil**”) |
| Name of Client: | Special Counsel to the Special Litigation Committee of the Board |

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: Arrow Rock Energy, LLC (7549), Petro Harvester Operating Company, LLC (2136), Rockall Agent Corp. (1653), Rockall Energy Holdings, LLC (5784), Rockall Energy, LLC (6340), Rockall EOR, LLC (4136), Rockall Exploration Company, LLC (0547), Rockall Intermediate, Inc. (9759), Rockall LA, LLC (4270), Rockall Laurel, LLC (1178), Rockall Midstream, LLC (0917), Rockall MS, LLC (0740), Rockall ND, LLC (9311), Rockall Pine Prairie, LLC (5799), White Marlin Investment Company, LLC (9987), and White Marlin Midstream, LLC (1466). The location of the Debtors’ U.S. corporate headquarters and the Debtors’ service address is: 5005 LBJ Freeway, Suite 700, Dallas, TX 75244.

| | |
|---|---|
| | of Directors of Rockall Energy Holdings, LLC[2] |
| Petition Date: | March 9, 2022 |
| Retention Date: | Effective as of the Petition Date [Docket No. 589] |
| Date of Order Approving Employment: | May 31, 2022 |
| Prior Interim Applications: | None |
| Period for Which Compensation and Reimbursement is Sought on a Final Basis: | March 9, 2022 through and including June 10, 2022 (the "**Fee Period**") |
| ***Summary of Fees and Expenses Sought in This Application*** | |
| Time Period Covered by This Application Not Previously Covered by Prior Interim Applications: | March 9, 2022 through and including June 10, 2022 (the "**Fee Period**") |
| Total Compensation Sought this Period: | $459,602.00 |
| Total Expenses Sought this Period: | $652.15 |
| Total Compensation and Expenses Requested for this Period: | $460,254.15 |
| Total Compensation Approved by Interim Orders to Date: | N/A |
| Total Expenses Approved by Interim Orders to Date: | N/A |
| Total Compensation Paid to Date: | $0.00 |
| Total Expenses Paid to Date: | $0.00 |
| Blended Rate for this Period for All Attorneys: | $1,157.93 |
| Blended Rate for this Period for All Timekeepers: | $1,083.97 |
| Compensation sought for this Period already paid pursuant to a monthly compensation order but not yet allowed: (80%) | N/A |
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed: (100%) | N/A |

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed in the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Weil, Gotshal & Manges LLP, as Special Counsel to the Special Litigation Committee of the Board of Directors of Rockall Holdings, LLC, Effective as of the Petition Date* [Docket No. 366] (the "**Retention Application**").

| | |
|---|---|
| Number of professionals included for this Period: | 15[3] |
| If applicable, number of professionals for this Period not included in the staffing plan approved by the client: | N/A[4] |
| If applicable, difference between fees budgeted and compensation sought for this Period: | N/A |
| Number of professionals billing fewer than 15 hours to the case during this Period: | 8 |
| ***Summary of Fees and Expenses Sought in This Application for the Fee Period*** | |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Entire Fee Period: | $459,602.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the Entire Fee Period: | $652.15 |
| Total Compensation and Expenses Requested for the Entire Fee Period: | $460,254.15[5] |

This is a(n): ___ monthly _X_ interim _X_ final application.

## I. Attorney/Other Professional Summary for the Fee Period:

| NAME OF PROFESSIONAL | POSITION | DEPARTMENT[6] | YEAR ADMITTED | HOURLY BILLING RATE | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Genender, Paul R. | Partner | LIT | 1994 | $1,475.00 | 36.30 | $53,542.50 |
| Liou, Jessica | Partner | RES | 2009 | $1,495.00 | 41.80 | $62,491.00 |
| Prugh, Amanda Pennington | Counsel | LIT | 2012 | $1,250.00 | 53.10 | $66,375.00 |

3 Nine (8) attorneys; six (6) paraprofessionals and one (1) other non-legal staff.

4 As set forth in Weil's Retention Application, Weil had regular meetings with the Special Litigation Committee to provide updates regarding the ongoing workstreams, developments, and material facts discovered in the course of the Investigation, and other strategic considerations during the Fee Period and did not otherwise develop a formal budget and staffing plan. Retention Application ¶ 15.

5 The amounts sought in this Fee Application reflect voluntary reductions made by Weil totaling $68,440.97 ($68,374.50 in fees and $66.47 in expenses).

6 RES – Restructuring; LIT – Litigation

| NAME OF PROFESSIONAL | POSITION | DEPARTMENT[6] | YEAR ADMITTED | HOURLY BILLING RATE | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Friedman, Julie T. | Associate | RES | 2003 | $695.00 | 7.50 | $5,212.50 |
| Bunch, Brittany Nicole | Associate | LIT | 2017 | $1,130.00 | 102.70 | $116,051.00 |
| Ha, Frances R. | Associate | RES | 2018 | $980.00 | 46.20 | $45,276.00 |
| De Santis, Elena | Associate | LIT | 2019 | $1,075.00 | 57.10 | $61,382.50 |
| Momplaisir, Krystel | Associate | LIT | 2020 | $840.00 | 35.20 | $29,568.00 |
| **Total Attorney Hours and Fees** | | | | | **379.90** | **$439,898.50** |

The paraprofessionals and other non-legal staff who rendered professional services in these chapter 11 cases during the Fee Period are:

| NAME OF PARAPROFESSIONALS AND OTHER NON-LEGAL STAFF | POSITION | DEPARTMENT[7] | HOURLY BILLING RATE | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Lee, Kathleen Anne | Paralegal | RES | $495.00 | 14.60 | $7,227.00 |
| Fabsik, Paul | Paralegal | RES | $430.00 | 11.60 | $4,988.00 |
| Lawless, Martha M. | Paralegal | RES | $430.00 | 0.40 | $172.00 |
| Morris, Sharron | Paralegal | LIT | $430.00 | 13.90 | $5,977.00 |
| Olvera, Rene A. | Paralegal | RES | $430.00 | 0.70 | $301.00 |
| Jewett, Laura | Litigation Support | LSS | $415.00 | 0.70 | $290.50 |
| Jalomo, Chris | Paralegal | RES | $340.00 | 2.20 | $748.00 |
| **Total Hours and Fees for Paraprofessionals and Other Non-Legal Staff** | | | | **44.10** | **$19,703.50** |

---

7 RES – Restructuring; LIT – Litigation; LSS – Litigation Support Services

## II. Total Fees for the Fee Period by Position are:

| PROFESSIONALS | BLENDED RATE | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|
| **Partners and Counsel** | $1,390.31 | 131.20 | $182,408.50 |
| **Associates** | $1,035.34 | 248.70 | $257,490.00 |
| **Paraprofessionals and Other Non-Legal Staff** | $446.79 | 44.10 | $19,703.50 |
| **Blended Attorney Rate** | $1,157.93 | | |
| **Total Fees Incurred** (15 professionals, paraprofessionals, and other non-legal staff): | | **424.00** | **$459,602.00** |

## III. Compensation by Project Category for the Fee Period:

| TASK CODE | PROJECT CATEGORY | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|
| 001 | Case Administration | 3.80 | $2,144.00 |
| 002 | Communications with Special Litigation Committee | 9.00 | $12,032.00 |
| 003 | Communications with UCC | 26.60 | $34,017.00 |
| 004 | General Case Strategy (Including Team Calls) | 7.80 | $9,445.50 |
| 005 | Hearings and Court Matters | 10.10 | $12,444.00 |
| 006 | Investigation | 265.40 | $292,067.50 |
| 007 | Retention/Fee Applications: Weil | 101.30 | $97,452.00 |
| **TOTAL** | | **424.00** | **$459,602.00** |

## IV. Expense Summary for the Fee Period:

| EXPENSE CATEGORY | AMOUNT |
|---|---|
| Duplicating | $148.50 |
| Electronic Research | $453.62 |
| Transportation | $50.03 |
| **TOTAL** | **$652.15** |

Paul R. Genender (TX 00790758)
**WEIL, GOTSHAL & MANGES LLP**
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-7700
Facsimile: (214) 746-7777
Email: Paul.Genender@weil.com

Jessica Liou
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: Jessica.Liou@weil.com

**SPECIAL COUNSEL TO THE SPECIAL LITIGATION COMMITTEE OF THE BOARD OF DIRECTORS OF ROCKALL ENERGY HOLDINGS, LLC**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| ***In re:*** | : | **Chapter 11** |
| **ROCKALL ENERGY HOLDINGS, LLC, *et al.*,** | : | **Case No. 22–90000 (MXM)** |
| **Debtors.**[1] | : | **(Jointly Administered)** |

**FIRST INTERIM AND FINAL FEE APPLICATION OF WEIL, GOTSHAL & MANGES LLP AS SPECIAL COUNSEL TO THE SPECIAL LITIGATION COMMITTEE OF THE BOARD OF DIRECTORS OF ROCKALL ENERGY HOLDINGS, LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 9, 2022 THROUGH AND INCLUDING JUNE 10, 2022**

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 501 W. 10TH STREET, ROOM 147, FORT WORTH, TX 706102-3643, BEFORE CLOSE OF BUSINESS ON AUGUST 30, 2022, WHICH IS AT LEAST 21 DAYS FROM THE DATE OF SERVICE HEREOF.**

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: Arrow Rock Energy, LLC (7549), Petro Harvester Operating Company, LLC (2136), Rockall Agent Corp. (1653), Rockall Energy Holdings, LLC (5784), Rockall Energy, LLC (6340), Rockall EOR, LLC (4136), Rockall Exploration Company, LLC (0547), Rockall Intermediate, Inc. (9759), Rockall LA, LLC (4270), Rockall Laurel, LLC (1178), Rockall Midstream, LLC (0917), Rockall MS, LLC (0740), Rockall ND, LLC (9311), Rockall Pine Prairie, LLC (5799), White Marlin Investment Company, LLC (9987), and White Marlin Midstream, LLC (1466). The location of the Debtors' U.S. corporate headquarters and the Debtors' service address is: 5005 LBJ Freeway, Suite 700, Dallas, TX 75244.

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE**:

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules (the "**Local Rules**") of the United States Bankruptcy Court for the Northern District of Texas (the "**Court**"), the G*eneral Order 2006-02 Regarding Procedures for Complex Chapter 11 Cases* (the "**Complex Case Procedures**") from this Court, the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, entered on April 27, 2022 [Docket No. 322] (the "**Interim Compensation Procedures Order**"), Weil, Gotshal & Manges LLP ("**Weil**"), as special counsel for the Special Litigation Committee for the above-captioned debtors and debtors-in-possession (the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), hereby files its first interim and final fee application (the "**Fee Application**") for entry of an order, substantially in the form attached to this Fee Application as **Exhibit A** (the "**Proposed Order**"), (i) granting final allowance of (a) payment of compensation for professional services to the Special Litigation Committee during the period from March 9, 2022 through and including June 10, 2022 (the "**Fee Period**") in the amount of $459,602.00, representing 100% of fees owed to Weil for professional services to the Special Litigation Committee during the Fee Period and reimbursement of 100% of the actual and necessary expenses incurred by Weil during the Fee

Period in connection with such services in the amount of $652.15. In support of this Fee Application, Weil submits the declaration of Jessica Liou, a partner of Weil (the "**Liou Declaration**"), which is attached hereto as **<u>Exhibit B</u>**. In further support of the Fee Application, Weil respectfully represents as follows:

## <u>Jurisdiction and Venue</u>

1. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## <u>Background</u>

2. On March 9, 2022, (the "**Petition Date**") the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in this Court. The Debtors' Chapter 11 Cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1.

3. On February 25, 2022, the Board established a Special Litigation Committee (the "**Special Litigation Committee**") and appointed William Transier, an experienced independent director, as its sole member to (i) investigate and determine whether the Debtors hold any causes of action that are worth pursuing (the "**Investigation**"); and (ii) present to the Board the conclusions of the Investigation and recommendations for consideration (collectively, the "**Mandate**").

4. In connection with the Investigation, the Board delegated to the Special Litigation Committee the power and authority to (i) conduct the Investigation, (ii) engage counsel on behalf of the Debtors to assist in the Investigation, and (iii) take all such other actions that it may determine are necessary, advisable, or appropriate to fulfill its duties and responsibilities with respect to its review and evaluation of any potential claims or causes of action the Debtors may

Case 22-90000-mxm11 Doc 2507 Filed 09/09/24 Entered 09/09/24 23:37:47 Desc Exhibit 8 Page 533 of 1651

have. On February 26, 2022, the Special Litigation Committee retained Weil to serve as legal counsel and assist in discharging its Mandate. Subsequently, the Debtors retained Weil as special counsel to the Special Litigation Committee effective as of the Petition Date pursuant to the *Order Authorizing the Retention and Employment of Weil, Gotshal & Manges LLP as Special Counsel to the Special Litigation Committee of the Board of Directors of Rockall Holdings, LLC, Effective as of the Petition Date* [Docket No. 589] (the "**Retention Order**"). The Retention Order authorizes the Debtors to compensate and reimburse Weil subject to allowance of such compensation and reimbursement by the Court.

5. On May 25, 2022, the Debtors filed the *Amended Joint Chapter 11 Plan* [Docket No. 548] (the "**Plan**"). On June 2, 2022, the Court entered an order confirming the Debtors' Plan and authorizing the sale of the Debtors' assets [Docket No. 600] (the "**Confirmation Order**").[2] The Debtors' Plan became effective on June 10, 2022 (the "**Effective Date**"). *See* Docket No. 641. Pursuant to the Confirmation Order, all professionals seeking payment of fees are required to file, no later than sixty (60) days after the Effective Date, their respective applications for final allowance of compensation for services rendered and reimbursement of expenses incurred.

**Summary of Professional Compensation**
**<u>and Reimbursement of Expenses Requested</u>**

6. By this Fee Application, Weil requests final allowance of $459,602.00 as compensation for professional services rendered during the Fee Period, as well as allowance of $652.15 as reimbursement for actual and necessary expenses incurred by Weil during the Fee Period. Weil's aggregate fees and expenses incurred prepetition through the Fee Period in

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Confirmation Order.

connection with its representation of the Special Litigation Committee, including the prepetition work performed in connection with the investigation, totals approximately $700,000.

7. Weil attorneys and paraprofessionals expended a total of 424.00 hours during the Fee Period. All services for which compensation is requested by Weil were performed for or on behalf of the Debtors.

8. The amounts sought in this Fee Application reflect voluntary reductions made by Weil totaling $68,440.97 ($68,374.50 in fees and $66.47 in expenses).

9. Weil has received no payment and no promises of payment from any source other than the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Fee Application. There is no agreement or understanding between Weil and any other person, other than members of the firm, for the sharing of compensation to be received for services rendered in these cases.

10. The fees charged by Weil in these cases are billed in accordance with Weil's normal hourly rates and procedures in effect during the Fee Period, and in accordance with the Retention Order. Weil did not agree to any variations from, or alternatives to, its standard or customary billing arrangements in connection with the services rendered during the Fee Period. Weil's fees are reasonable based on the customary compensation charged by comparably skilled practitioners in comparable non-bankruptcy cases in a competitive national legal market.

**Summary of Services and Compensation**
**by Project Category During the Fee Period**

11. Weil maintains computerized records of the time spent by all Weil attorneys and paraprofessionals in connection with its representation of the Debtors and non-debtor affiliates. Pursuant to, and in compliance with, the Local Rules and the *Department of Justice Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of*

*Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases* (the "**Guidelines**"), attached hereto are (i) **Exhibit C**, the customary and comparable compensation disclosures required pursuant to section C.3 of the Guidelines, (ii) **Exhibit D**, a schedule setting forth all Weil professionals and paraprofessionals who have performed services in these Chapter 11 Cases during the Fee Period, the capacity in which each such individual is employed by Weil, the hourly billing rate charged by Weil for the services performed by such individual, the aggregate number of hours expended in these cases during the Fee Period and fees billed therefor, and the year in which each professional was first licensed to practice law, (iii) **Exhibit E**, a schedule setting forth the actual and necessary disbursements that Weil incurred during the Fee Period in connection with performance of professional service for the Debtors and for which Weil seeks reimbursement by category, and (vii) **Exhibit F**, a summary cover sheet of this Fee Application.

12. Weil's itemized time records for professionals and paraprofessionals performing services for the Debtors during the Fee Period and Weil's itemized records detailing expenses incurred on behalf of the Debtors during the Fee Period are set forth in **Exhibit G** and **Exhibit H**, respectively. All itemized expenses comply with the requirements of the Local Rules and the Guidelines.

13. The professional services performed by Weil during the Fee Period were necessary and appropriate to the administration of the Debtors' chapter 11 cases. These services were in the best interests of the Debtors. The compensation requested is commensurate with the complexity and nature of the issues and tasks involved.

14. The following is a summary of the significant professional services rendered by Weil during the Fee Period. This summary is organized in accordance with the

internal system of work codes set up by Weil at the outset of these Chapter 11 Cases. If a work code does not appear below, then Weil did not bill significant time for that work code during the Fee Period.

15. **<u>Case Administration</u>**
**Task Code 001: Fees: $2,144.00; Total Hours: 3.80**

This category includes, without limitation, time spent reviewing and monitoring the court docket of these Chapter 11 Cases and preparing and circulating updates regarding upcoming deadlines and hearings.

16. **<u>Communications with Special Litigation Committee</u>**
**Task Code 002: Fees: $12,032.00; Total Hours: 9.00**

This category includes, without limitation, time spent corresponding with the independent director of the Special Litigation Committee to review and discuss the findings of the Investigation and other matters relevant to the Investigation.

17. **<u>Communication with UCC</u>**
**Task Code 003: Fees: $34,017.00; Total Hours: 26.60**

This category includes, without limitation, time spent reviewing, analyzing, and responding to the requests for discovery by the Official Committee of Unsecured Creditors (the "**Creditors' Committee**"). It also includes time spent participating in conference calls with Creditors' Committee professionals and internal conferences discussing issues related to the Creditors' Committee requests for production.

18. **<u>General Case Strategy</u>**
**Task Code 004: Fees: $9,445.50; Total Hours: 7.80**

This category includes, without limitation, time spent reviewing pleadings filed in these Chapter 11 Cases to assess any potential impact on the Investigation and preparing updates to the Special Litigation Committee. It also includes time spent participating in internal

team conferences to discuss and analyze strategies regarding the Investigation and other relevant issues.

19. **<u>Hearings and Court Matters</u>**
**Task Code 005: Fees: $12,444.00; Total Hours: 10.10**

This category includes, without limitation, time spent preparing for and monitoring hearings in these Chapter 11 Cases to determine the potential impact on the Investigation. It also includes time spent preparing potential witnesses for the hearings.

20. **<u>Investigation</u>**
**Task Code 006: Fees: $292,067.50; Total Hours: 265.40**

This category includes, without limitation, the time spent coordinating and communicating with the Special Litigation Committee or the Debtors and their advisors, regarding the Investigation, including reviewing and analyzing various documents and relevant pleadings filed in these Chapter 11 Cases with respect to the Investigation. It also includes time spent participating in internal conferences, discussing issues related to the Investigation and drafting materials, including the investigation report, and presenting to the Board the findings of the Investigation and recommendations for consideration.

21. **<u>Retention/Fee Applications: Weil</u>**
**Task Code 007: Fees: $97,452.00; Total Hours: 101.30**

This category includes, without limitation, the time spent reviewing and analyzing connections to parties in interest for conflicts disclosures, drafting, reviewing, and revising Weil's Retention Fee Application in accordance with Bankruptcy Code, Bankruptcy Rules, orders of this Court and applicable guidelines, and reviewing invoices for compliance with the Local Rules, the Interim Compensation Procedures Order, and the U.S. Trustee fee guidelines.

22. All of the foregoing professional services performed by Weil were necessary and appropriate for the Debtors' Chapter 11 Cases. Compensation for the foregoing

services as requested is commensurate with the complexity, importance, and nature of the problems, issues, or tasks involved. The professional services were performed without duplication of work performed by the Debtors' other advisors.

**<u>Actual and Necessary Disbursements</u>**

23. Section 330 of the Bankruptcy Code authorizes "reimbursement for actual, necessary expenses" incurred by professionals employed in a chapter 11 case. Accordingly, Weil requests allowance of actual and necessary expenses incurred during the Fee Period in the amount of $652.15. A detailed statement of Weil's out-of-pocket expenses incurred during the Fee Period is attached as **<u>Exhibit E</u>**.

24. Weil's disbursement policies pass through all out-of-pocket expenses at actual cost or an estimated actual cost when the actual cost is difficult to determine. For example, with respect to duplication charges, Weil will charge $0.10 per black and white page and $0.50 per color page because the actual cost is difficult to determine. Similarly, as it relates to computerized research, Weil believes that it does not make a profit on that service as a whole, although the cost of any particular search is difficult to ascertain. Other reimbursable expenses (whether the service is performed by Weil in house or through a third-party vendor) include, but are not limited to, facsimiles, toll calls, overtime, deliveries, court costs, cost of food at meetings, transcript fees, travel, and clerk fees.

**The Compensation and Out-of-Pocket Expenses Sought by Weil With Respect to the Final Fee Period Are Actual, Necessary, and Reasonable under the Standards Established in the Bankruptcy Code and <u>in the Fifth Circuit and Should Be Allowed as Requested</u>**

25. Section 330 of the Bankruptcy Code provides that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for

actual, necessary services rendered and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1).

26. The Fifth Circuit had held that the six factors found in section 330(a)(3) of the Bankruptcy Code are to be considered when awarding compensation to professionals. *See In re Crager*, 691 F.3d 671, 676 (5th Cir. 2012). Specifically, under section 330 of the Bankruptcy Code, courts "shall consider the nature, the extent, and the value of such services, taking into account all relevant factors," including –

a. the time spent on such services;

b. the rates charged for such services;

c. whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

d. whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

e. with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

f. whether the compensation is reasonably based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

27. Compensation for the foregoing services as requested is commensurate with the complexity, importance, and nature of the issues and tasks involved. Not only were Weil's professional services performed skillfully and efficiently, but whenever possible, Weil sought to minimize the cost of its services to the Debtors by utilizing talented junior attorneys and paraprofessionals to handle the more routine tasks.

28. In sum, the services rendered by Weil were necessary and beneficial to the Debtors' estates and were consistently performed in a timely manner commensurate with the types of issues involved in these Chapter 11 Cases. Accordingly, approval of the compensation for professional services and reimbursement of expenses sought in this Fee Application is warranted.

**Fee Advance**

29. As of the date of this filing, Weil has a remaining credit balance in favor of the Debtors for services to be rendered and expenses to be incurred by Weil pursuant to the terms of the engagement of approximately $150,082.00 (the "**Remaining Fee Advance**").

30. Pursuant to Local Rule 2016-1(b), Weil requests that the Court allow withdrawal of the Remaining Fee Advance upon entry of the Court's order approving this Fee Application.

**Certification**

31. Pursuant to the Local Rules attached hereto, and incorporated herein by reference, is the Declaration of Jessica Liou, certifying that this Fee Application complies with the Local Rules.

**Notice**

32. Notice of this Fee Application shall be provided in accordance with the Interim Compensation Procedures Order. Weil respectfully submits that such notice is sufficient under the circumstances.

*[Remainder of page intentionally left blank.]*

WHERFORE Weil requests (a) final allowance and payment of compensation for professional services rendered to the Special Litigation Committee during the Fee Period in the amount of $459,602.00, representing 100% of the fees owed to Weil and (b) reimbursement of 100% of the actual and necessary expenses incurred by Weil during the Fee Period in connection with such services in the amount of $652.15, for a total award of $460,254.15.

Dated: August 9, 2022
Dallas, Texas

*/s/ Paul R. Genender*
WEIL, GOTSHAL & MANGES LLP
Paul R. Genender (TX 00790758)
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-7700
Facsimile: (214) 746-7777
Email: Paul.Genender@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Jessica Liou
Frances R. Ha
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: Jessica.Liou@weil.com
Frances.Ha@weil.com

*Special Counsel to Special Litigation Committee of the Board of Directors of Rockall Energy Holdings, LLC*

Case 22-90341 Doc 1728 Filed 01/24/24 Entered 01/24/24 13:31:17 Desc
Main Document Page 26 of 70

# <u>Exhibit A</u>

## Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **ROCKALL ENERGY HOLDINGS, LLC, *et al.*,** | : | **Case No. 22–90000 (MXM)** |
| **Debtors.[1]** | : | **(Jointly Administered)** |

**ORDER APPROVING FIRST INTERIM AND FINAL FEE APPLICATION OF WEIL, GOTSHAL & MANGES LLP AS SPECIAL COUNSEL TO THE SPECIAL LITIGATION COMMITTEE OF THE BOARD OF DIRECTORS OF ROCKALL ENERGY HOLDINGS, LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 9, 2022 THROUGH JUNE 10, 2022**

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: Arrow Rock Energy, LLC (7549), Petro Harvester Operating Company, LLC (2136), Rockall Agent Corp. (1653), Rockall Energy Holdings, LLC (5784), Rockall Energy, LLC (6340), Rockall EOR, LLC (4136), Rockall Exploration Company, LLC (0547), Rockall Intermediate, Inc. (9759), Rockall LA, LLC (4270), Rockall Laurel, LLC (1178), Rockall Midstream, LLC (0917), Rockall MS, LLC (0740), Rockall ND, LLC (9311), Rockall Pine Prairie, LLC (5799), White Marlin Investment Company, LLC (9987), and White Marlin Midstream, LLC (1466). The location of the Debtors' U.S. corporate headquarters and the Debtors' service address is: 5005 LBJ Freeway, Suite 700, Dallas, TX 75244.

Upon the application (the "**Fee Application**")[2] of Weil, Gotshal & Manges LLP ("**Weil**"), as special counsel to the Special Litigation Committee, for the entry of an order (the "**Order**") allowing the compensation for professional services rendered and reimbursement of actual and necessary expenses incurred from March 9, 2022 through and including June 10, 2022 (the "**Fee Period**"), all as more fully set forth in the Fee Application; and upon consideration of the Liou Certification; and the Court having jurisdiction to consider the Fee Application and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Fee Application and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Fee Application having been provided to the Notice Parties, and it appearing that no other or further notice need be provided; and the Court having reviewed the Fee Application and the supporting documents; and the Court having held a hearing on the Fee Application; and the Court having determined that the legal and factual bases set forth in the Fee Application establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. Compensation to Weil for professional services rendered during the Fee Period is allowed on a final basis in the amount of $459,602.00.

2. Reimbursement to Weil for expenses incurred during the Fee Period is allowed on a final basis in the amount of $652.15.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meaning set forth in the Fee Application.

3. Upon entry of this Order, Weil is authorized to withdraw the Remaining Fee Advance and to apply any portion of the Remaining Fee Advance to payment of fees and expenses allowed by the Court.

4. The Liquidation Trust is authorized and directed to pay Weil all fees and expenses allowed pursuant to this Order, less any amounts that may be paid from the Remaining Fee Advance.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**# # # END OF ORDER # # #**

# <u>Exhibit B</u>

## Liou Declaration

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| *In re:* | : | **Chapter 11** |
| **ROCKALL ENERGY HOLDINGS, LLC, *et al.*,** | : | **Case No. 22–90000 (MXM)** |
| **Debtors.**[1] | : | **(Jointly Administered)** |

**DECLARATION OF JESSICA LIOU IN SUPPORT OF THE FIRST INTERIM AND FINAL FEE APPLICATION OF WEIL, GOTSHAL & MANGES LLP AS SPECIAL COUNSEL TO THE SPECIAL LITIGATION COMMITTEE OF THE BOARD OF DIRECTORS OF ROCKALL ENERGY HOLDINGS, LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 9, 2022 THROUGH JUNE 10, 2022**

I, Jessica Liou, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1. I am a partner of the applicant firm, Weil, Gotshal & Manges LLP ("**Weil**"). I make this declaration in accordance with Exhibit H of the *General Order Regarding Procedures for Complex Chapter 11 Cases* ("**Exhibit H**") regarding the contents of applications for compensation and expenses.

2. I have read the *First Interim and Final Fee Application of Weil, Gotshal & Manges LLP As Special Counsel to the Special Litigation Committee of the Board of Directors of Rockall*

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: Arrow Rock Energy, LLC (7549), Petro Harvester Operating Company, LLC (2136), Rockall Agent Corp. (1653), Rockall Energy Holdings, LLC (5784), Rockall Energy, LLC (6340), Rockall EOR, LLC (4136), Rockall Exploration Company, LLC (0547), Rockall Intermediate, Inc. (9759), Rockall LA, LLC (4270), Rockall Laurel, LLC (1178), Rockall Midstream, LLC (0917), Rockall MS, LLC (0740), Rockall ND, LLC (9311), Rockall Pine Prairie, LLC (5799), White Marlin Investment Company, LLC (9987), and White Marlin Midstream, LLC (1466). The location of the Debtors' U.S. corporate headquarters and the Debtors' service address is: 5005 LBJ Freeway, Suite 700, Dallas, TX 75244.

*Energy Holdings, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period of March 9, 2022 Through June 10, 2022* (the "**Application**").[2]

3. I hereby certify to the best of my knowledge, information and belief, formed after reasonable inquiry, that (a) the compensation and expense reimbursement sought by Weil is in conformity with **Exhibit H**, except as specifically noted in the Application, and (b) the compensation and expense reimbursement requested by Weil are billed at rates in accordance with practices no less favorable than those customarily employed by the applicant and generally accepted by the applicant's clients.

4. I have reviewed the requirements of the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses by Attorneys in Large Chapter 11 Cases, effective November 1, 2013* (the "**Guidelines**") and I believe that the Application complies with the Guidelines.

5. In accordance with the Guidelines, Weil responds to the questions identified therein as follows:

**A. Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain.**

No; Weil did not agree to any variations from, or alternatives to, our standard or customary billing rates, fees or terms for services that were provided during the Fee Period.

**B. If the fees sought in this interim fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client?**

---

2 Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

N/A. As set forth above and in Weil's Retention Application, given the nature of the engagement, Weil did not develop a formal budget and staffing plan in addition to the regular meetings with the Special Litigation Committee to provide updates regarding the Investigation.

C. **Have any of the professionals included in this interim fee application varied their hourly rate based on the geographic location of the bankruptcy case?**

No; none of the professionals included in this Fee Application have varied their hourly rate based on the geographic location of these bankruptcy cases.

D. **Does the interim fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.). If so, please quantify by hours and fees.**

The total time expended for such matters during the Fee Period is included within Task Code 007.

E. **Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees.**

The total time expended for such matters during the Fee Period is included within Task Code 007.

F. **If the fee application includes any rate increases since retention: (i) Did your client review and approve those rate increases in advance? (ii) Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11–458?**

The Application does not include rate increases since the date of Weil's retention in these Chapter 11 Cases.

6. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge and belief.

Executed on this 9th day of August.

*/s/ Jessica Liou*
Jessica Liou

## <u>Exhibit C</u>

### Customary and Comparable Compensation Disclosures with Fee Applications

| CATEGORY OF TIMEKEEPER | BLENDED HOURLY RATE | |
|---|---|---|
| | BILLED BY TIMEKEEPERS IN NEW YORK AND DALLAS, EXCLUDING BANKRUPTCY[1] | BILLED IN THIS FEE APPLICATION |
| Partner | $1,398.00 | $1,488.00 |
| Counsel | $1,105.00 | $1,250.00 |
| Senior Associate (7 years or more since first admission) | $1,062.00 | $695.00 |
| Mid-level Associate (4-6 years since first admission) | $983.00 | $1,110.00 |
| Junior Associate (0-3 years since first admission) | $731.00 | $939.00 |
| Contract Attorney | $0.00 | $0.00 |
| Staff Attorney | $379.00 | $0.00 |
| Paralegal | $358.00 | $447.00 |
| Other | $345.00 | $415.00 |
| **All Timekeepers Aggregated** | **$967.00** | **$1,076.00** |

[1] In accordance with the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013, preceding year is a rolling 12 months year ending July 31, 2022; blended rates reflect work performed in preceding year in each of the domestic offices in which timekeepers collectively billed at least 10% of the hours to the case during the application period, excluding all data from bankruptcy law matters.

# Exhibit D

## Summary of Timekeepers Included in this Fee Application

| NAME OF PROFESSIONAL | POSITION | DEPARTMENT | YEAR ADMITTED | HOURLY BILLING RATE | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Genender, Paul R. | Partner | LIT | 1994 | $1,475.00 | 36.30 | $53,542.50 |
| Liou, Jessica | Partner | RES | 2009 | $1,495.00 | 41.80 | $62,491.00 |
| Prugh, Amanda Pennington | Counsel | LIT | 2012 | $1,250.00 | 53.10 | $66,375.00 |
| Friedman, Julie T. | Associate | RES | 2003 | $695.00 | 7.50 | $5,212.50 |
| Bunch, Brittany Nicole | Associate | LIT | 2017 | $1,130.00 | 102.70 | $116,051.00 |
| Ha, Frances R. | Associate | RES | 2018 | $980.00 | 46.20 | $45,276.00 |
| De Santis, Elena | Associate | LIT | 2019 | $1,075.00 | 57.10 | $61,382.50 |
| Momplaisir, Krystel | Associate | LIT | 2020 | $840.00 | 35.20 | $29,568.00 |
| **Total Attorney Hours and Fees** | | | | | **379.90** | **$439,898.50** |

| NAME OF PARAPROFESSIONALS AND OTHER NON-LEGAL STAFF | POSITION | DEPARTMENT[1] | HOURLY BILLING RATE | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Lee, Kathleen Anne | Paralegal | RES | $495.00 | 14.60 | $7,227.00 |
| Fabsik, Paul | Paralegal | RES | $430.00 | 11.60 | $4,988.00 |
| Lawless, Martha M. | Paralegal | RES | $430.00 | 0.40 | $172.00 |
| Morris, Sharron | Paralegal | LIT | $430.00 | 13.90 | $5,977.00 |
| Olvera, Rene A. | Paralegal | RES | $430.00 | 0.70 | $301.00 |
| Jewett, Laura | Litigation Support | LSS | $415.00 | 0.70 | $290.50 |

[1] RES – Restructuring; LIT – Litigation; LSS – Litigation Support Services

| NAME OF PARAPROFESSIONALS AND OTHER NON-LEGAL STAFF | POSITION | DEPARTMENT[1] | HOURLY BILLING RATE | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Jalomo, Chris | Paralegal | RES | $340.00 | 2.20 | $748.00 |
| **Total Hours and Fees for Paraprofessionals and Other Non-Legal Staff** | | | | **44.10** | **$19,703.50** |

# Exhibit E

## Summary of Expense Reimbursement Requested by Category

| EXPENSE CATEGORY | AMOUNT |
|---|---|
| Duplicating | $148.50 |
| Electronic Research | $453.62 |
| Transportation | $50.03 |
| **TOTAL** | **$652.15** |

# Exhibit F

## Summary of Cover Sheet of First Interim and Final Fee Application

| | |
|---|---|
| Name of Applicant: | Weil, Gotshal & Manges LLP (“**Weil**”) |
| Name of Client: | Special Counsel to the Special Litigation Committee of the Board of Directors of Rockall Energy Holdings, LLC[1] |
| Petition Date: | March 9, 2022 |
| Retention Date: | Effective as of the Petition Date [Docket No. 589] |
| Date of Order Approving Employment: | May 31, 2022 |
| Prior Interim Applications: | None |
| Period for Which Compensation and Reimbursement is Sought on a Final Basis: | March 9, 2022 through and including June 10, 2022 (the “**Fee Period**”) |
| ***Summary of Fees and Expenses Sought in This Application*** | |
| Time Period Covered by This Application Not Previously Covered by Prior Interim Applications: | March 9, 2022 through and including June 10, 2022 (the “**Fee Period**”) |
| Total Compensation Sought this Period: | $459,602.00 |
| Total Expenses Sought this Period: | $652.15 |
| Total Compensation and Expenses Requested for this Period: | $460,254.15 |
| Total Compensation Approved by Interim Orders to Date: | N/A |
| Total Expenses Approved by Interim Orders to Date: | N/A |
| Total Compensation Paid to Date: | $0.00 |
| Total Expenses Paid to Date: | $0.00 |

1 Capitalized terms used but not otherwise defined herein shall have the meanings ascribed in the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Weil, Gotshal & Manges LLP, as Special Counsel to the Special Litigation Committee of the Board of Directors of Rockall Holdings, LLC, Effective as of the Petition Date* [Docket No. 366] (the “**Retention Application**”).

| | |
|---|---|
| Blended Rate for this Period for All Attorneys: | $1,157.93 |
| Blended Rate for this Period for All Timekeepers: | $1,083.97 |
| Compensation sought for this Period already paid pursuant to a monthly compensation order but not yet allowed: (80%) | N/A |
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed: (100%) | N/A |
| Number of professionals included for this Period: | 15[2] |
| If applicable, number of professionals for this Period not included in the staffing plan approved by the client: | N/A[3] |
| If applicable, difference between fees budgeted and compensation sought for this Period: | N/A |
| Number of professionals billing fewer than 15 hours to the case during this Period: | 8 |
| ***Summary of Fees and Expenses Sought in This Application for the Fee Period*** | |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Entire Fee Period: | $459,602.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the Entire Fee Period: | $652.15 |
| Total Compensation and Expenses Requested for the Entire Fee Period: | $460,254.15[4] |

2 Nine (8) attorneys; six (6) paraprofessionals and one (1) other non-legal staff.

3 As set forth in Weil's Retention Application, Weil had regular meetings with the Special Litigation Committee to provide updates regarding the ongoing workstreams, developments, and material facts discovered in the course of the Investigation, and other strategic considerations during the Fee Period and did not otherwise develop a formal budget and staffing plan. Retention Application ¶ 15.

4 The amounts sought in this Fee Application reflect voluntary reductions made by Weil totaling $68,440.97 ($68,374.50 in fees and $66.47 in expenses).

# <u>Exhibit G</u>

## Fee Detail

Special Committee of the Board of Rockall Energy Holdings, LLC - Rockall Energy Holdings, LLC
70157.0003
2022008909

**ITEMIZED SERVICES - 70157.0003 - Rockall Energy Holdings, LLC**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| 03/21/22 | Liou, Jessica | 0.20 | 299.00 | 001 | 64240180 |
| | EMAIL WITH C. JALOMO REGARDING UPCOMING DEADLINES AND HEARINGS. | | | | |
| 03/21/22 | Jalomo, Chris | 1.20 | 408.00 | 001 | 64308349 |
| | REVIEW AND CALENDAR UPCOMING DEADLINES AND HEARING DATES. | | | | |
| 03/29/22 | Jalomo, Chris | 0.40 | 136.00 | 001 | 64325192 |
| | REVIEW AND UPDATE CALENDAR DEADLINES AND HEARING DATES. | | | | |
| 03/29/22 | Olvera, Rene A. | 0.20 | 86.00 | 001 | 64324972 |
| | PREPARE AND REVISE CALENDAR INVITES IN CONNECTION WITH UPCOMING HEARINGS AND DEADLINES. | | | | |
| 04/06/22 | Ha, Frances R. | 0.90 | 882.00 | 001 | 64390296 |
| | CHECK COURT DOCKET RE VARIOUS HEARING DATES/ADJOURNMENTS AND CORRESPOND WITH J. LIOU REGARDING SAME. | | | | |
| 04/07/22 | Jalomo, Chris | 0.40 | 136.00 | 001 | 64459439 |
| | PREPARE CALENDAR INVITES TO TEAM REGARDING DEADLINES AND HEARING DATES. | | | | |
| 04/15/22 | Olvera, Rene A. | 0.30 | 129.00 | 001 | 64553195 |
| | PREPARE CALENDAR INVITES IN CONNECTION WITH UPCOMING HEARINGS AND DEADLINES (.2); EMAILS IN CONNECTION WITH SAME (.1). | | | | |
| 04/22/22 | Jalomo, Chris | 0.20 | 68.00 | 001 | 64550202 |
| | UPDATE CALENDAR INVITES FOR TEAM REGARDING HEARINGS. | | | | |
| **SUBTOTAL TASK 001 - Case Administration:** | | **3.80** | **$2,144.00** | | |
| 03/19/22 | Genender, Paul R. | 0.70 | 1,032.50 | 002 | 64233883 |
| | UPDATE CALL WITH B. TRANSIER, A. PRUGH, B. BUNCH (.6); FOLLOW UP ON INVESTIGATION (.1). | | | | |

Special Committee of the Board of Rockall Energy Holdings, LLC - Rockall Energy Holdings, LLC
70157.0003
2022008909

**ITEMIZED SERVICES - 70157.0003 - Rockall Energy Holdings, LLC**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| 03/19/22 | Prugh, Amanda Pennington | 0.60 | 750.00 | 002 | 64232477 |
| | ATTEND CLIENT UPDATE WITH B. TRANSIER, P. GENENDER AND B. BUNCH (.6). | | | | |
| 03/19/22 | Bunch, Brittany Nicole | 0.50 | 565.00 | 002 | 64236197 |
| | UPDATE CALL WITH B. TRANSIER, P. GENENDER, A. PRUGH REGARDING UPDATES AFTER MACDOUGALL AND HOWIE INTERVIEWS (.5). | | | | |
| 03/20/22 | Genender, Paul R. | 0.10 | 147.50 | 002 | 64836359 |
| | UPDATE EMAIL TO B. TRANSIER (.1). | | | | |
| 03/25/22 | Liou, Jessica | 0.40 | 598.00 | 002 | 64285177 |
| | UPDATE CALL WITH B. TRANSIER, P. GENENDER AND A. PRUGH. | | | | |
| 03/25/22 | Genender, Paul R. | 1.60 | 2,360.00 | 002 | 64286797 |
| | UPDATE CALL WITH B. TRANSIER, J. LIOU AND A. PRUGH (.4); REVIEW DRAFT REPORT (1.2). | | | | |
| 03/25/22 | Prugh, Amanda Pennington | 0.60 | 750.00 | 002 | 64286417 |
| | ATTEND CLIENT UPDATE CALL WITH B. TRANSIER, P. GENENDER, AND J. LIOU (.4); ATTEND FOLLOW-UP CALL WITH P. GENENDER (.2). | | | | |
| 03/27/22 | Genender, Paul R. | 0.10 | 147.50 | 002 | 64836501 |
| | EMAILS WITH B. TRANSIER ABOUT STATUS AND DRAFT REPORT (.1). | | | | |
| 03/28/22 | Prugh, Amanda Pennington | 1.10 | 1,375.00 | 002 | 64298389 |
| | PREPARE FOR CLIENT CALL (.2); CALL WITH B. TRANSIER, B. BUNCH REGARDING INVESTIGATION SUMMARIES (.9). | | | | |
| 03/28/22 | Bunch, Brittany Nicole | 0.80 | 904.00 | 002 | 64837867 |
| | CALL WITH B. TRANSIER, A. PRUGH DISCUSSING REPORT AND INVESTIGATION (.8). | | | | |
| 03/31/22 | Prugh, Amanda Pennington | 0.50 | 625.00 | 002 | 64320376 |

Special Committee of the Board of Rockall Energy Holdings, LLC - Rockall Energy Holdings, LLC
70157.0003
2022008909

**ITEMIZED SERVICES - 70157.0003 - Rockall Energy Holdings, LLC**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| | ATTEND CALL WITH B. TRANSIER AND WEIL TEAM REGARDING DRAFT REPORT (.5). | | | | |
| 04/22/22 | Genender, Paul R. | 0.10 | 147.50 | 002 | 64496286 |
| | UPDATE CALL WITH B. TRANSIER. | | | | |
| 04/26/22 | Genender, Paul R. | 0.20 | 295.00 | 002 | 64511625 |
| | CALL WITH B. TRANSIER ABOUT STATUS, PENDING OBJECTIONS AND NEXT STEPS. | | | | |
| 05/16/22 | Genender, Paul R. | 0.10 | 147.50 | 002 | 64667558 |
| | EMAILS WITH B. TRANSIER ABOUT DEVELOPMENTS, STATUS, OBJECTION TO PLAN, DECLARATION ABOUT SAME. | | | | |
| 05/22/22 | Genender, Paul R. | 1.10 | 1,622.50 | 002 | 64713112 |
| | REVIEW DRAFT DECLARATION OF B. TRANSIER IN CONNECTION WITH SETTLEMENT MOTION (.4); CALL WITH B. TRANSIER ABOUT SAME; (.4); WORK AND COMMENT ON SAME (.2); EMAIL TO V&E ABOUT SAME (.1). | | | | |
| 05/24/22 | Bunch, Brittany Nicole | 0.50 | 565.00 | 002 | 64745134 |
| | CALL WITH B. TRANSIER IN PREPARATION FOR CONFIRMATION HEARING. | | | | |
| **SUBTOTAL TASK 002 - Communications with Special Litigation Committee:** | | **9.00** | **$12,032.00** | | |
| 03/23/22 | Genender, Paul R. | 0.20 | 295.00 | 003 | 64266194 |
| | EMAIL FROM P. LUBOV ABOUT APPOINTMENT AS UCC COUNSEL AND COORDINATION CALL (.1); EMAILS WITH CLIENT AND VE TEAM ABOUT SAME (.1). | | | | |
| 03/24/22 | Genender, Paul R. | 0.80 | 1,180.00 | 003 | 64275393 |
| | CALL WITH VE TEAM ABOUT UCC'S COUNSEL OUTREACH (.2); KICKOFF CALL WITH UCC'S COUNSEL (.5); FOLLOW UP FROM SAME (.1). | | | | |
| 03/25/22 | Genender, Paul R. | 0.10 | 147.50 | 003 | 64836487 |

Special Committee of the Board of Rockall Energy Holdings, LLC - Rockall Energy Holdings, LLC
70157.0003
2022008909

**ITEMIZED SERVICES - 70157.0003 - Rockall Energy Holdings, LLC**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| | EMAIL WITH UCC COUNSEL WITH INFORMAL INFORMATION REQUESTS. | | | | |
| 03/26/22 | Genender, Paul R. | 1.30 | 1,917.50 | 003 | 64286948 |
| | CALL WITH V&E ABOUT OUTREACH BY UCC, COORDINATION, NEXT STEPS (.5); DRAFT RESPONSE TO INFORMAL INFORMATION REQUESTS FROM UCC (.3); EMAILS TO AND FROM B. TRANSIER RE SAME (.4); CALL WITH B. TRANSIER RE SAME(.1). | | | | |
| 03/26/22 | Prugh, Amanda Pennington | 0.90 | 1,125.00 | 003 | 64286179 |
| | ATTEND COORDINATION CALL WITH WEIL AND V&E TEAMS (.5); REVIEW AND ANALYZE DOCUMENT REQUESTS FROM UCC'S COUNSEL (.3); EXCHANGE INTERNAL EMAILS WITH P. GENENDER AND J. LIOU RELATED TO SAME (.1). | | | | |
| 03/26/22 | Bunch, Brittany Nicole | 0.20 | 226.00 | 003 | 64289022 |
| | EMAILS WITH A. PRUGH, E. DE SANTIS REGARDING UCC DOCUMENT REQUESTS. | | | | |
| 03/27/22 | Genender, Paul R. | 1.60 | 2,360.00 | 003 | 64286720 |
| | DRAFT RESPONSE TO INFORMAL DISCOVERY REQUEST FROM COUNSEL FOR UCC (1.2); DETAILED EMAIL TO COUNSEL FOR UCC (.4). | | | | |
| 03/27/22 | Prugh, Amanda Pennington | 1.90 | 2,375.00 | 003 | 64286222 |
| | REVIEW CLIENT DOCUMENTS (.2); EXCHANGE EMAILS WITH S. MORRIS, E. DE SANTIS, AND B. BUNCH REGARDING REVIEW, REDACTION, AND PRODUCTION OF RESPONSIVE INFORMATION (.5); DRAFT COMPREHENSIVE RESPONSE TO UCC'S DILIGENCE REQUESTS (1.0); EXCHANGE INTERNAL EMAILS WITH E. DE SANTIS, B. BUNCH RELATED TO SAME (.2). | | | | |
| 03/27/22 | De Santis, Elena | 1.60 | 1,720.00 | 003 | 64288713 |
| | REVIEW AND ANYALZE DOCUMENTS AND DILIGENCE REQUESTS IN CONNECTION WITH UCC INFORMATION REQUEST. | | | | |
| 03/27/22 | Bunch, Brittany Nicole | 1.60 | 1,808.00 | 003 | 64289043 |
| | REVIEW COLLECTION AND RESPONSES TO UCC DOCUMENT REQUESTS. | | | | |
| 03/28/22 | Liou, Jessica | 0.30 | 448.50 | 003 | 64836611 |

Special Committee of the Board of Rockall Energy Holdings, LLC - Rockall Energy Holdings, LLC
70157.0003
2022008909

**ITEMIZED SERVICES - 70157.0003 - Rockall Energy Holdings, LLC**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| | REVIEW AND RESPOND TO EMAILS FROM A. PRUGH REGARDING PRODUCTION TO UCC COUNSEL (.3). | | | | |
| 03/28/22 | Prugh, Amanda Pennington | 1.20 | 1,500.00 | 003 | 64837702 |
| | ATTEND CALL L. KANZER REGARDING UCC DILIGENCE REQUESTS (.4); ATTEND WORKING SESSION WITH B. BUNCH AND E. DE SANTIS (.5); EXCHANGE INTERNAL EMAILS WITH P. GENENDER AND J. LIOU REGARDING DOCUMENTS RESPONSIVE TO UCC REQUESTS (.3). | | | | |
| 03/28/22 | De Santis, Elena | 0.90 | 967.50 | 003 | 64837707 |
| | ANALYZE AND PROVIDE FEEDBACK REGARDING PRODUCTION IN RESPONSE TO UCC REQUEST (0.9). | | | | |
| 03/28/22 | Bunch, Brittany Nicole | 1.90 | 2,147.00 | 003 | 64837869 |
| | REVIEW AND FINALIZE DOCUMENTS FOR PRODUCTION TO UCC (1.9). | | | | |
| 03/29/22 | Genender, Paul R. | 0.20 | 295.00 | 003 | 64305074 |
| | REVISE DISCOVERY REQUESTS FROM UCC (.2). | | | | |
| 03/29/22 | De Santis, Elena | 0.60 | 645.00 | 003 | 64305557 |
| | ANALYZE AND PROVIDE FEEDBACK REGARDING POTENTIAL PRODUCTION TO UCC (0.6). | | | | |
| 03/31/22 | De Santis, Elena | 0.30 | 322.50 | 003 | 64346079 |
| | REVIEW AND FINALIZE PRODUCTION OF DOCUMENTS TO UCC (0.3). | | | | |
| 04/01/22 | Prugh, Amanda Pennington | 0.20 | 250.00 | 003 | 64335850 |
| | EXCHANGE INTERNAL EMAILS RELATED TO UCC DOCUMENT PRODUCTIONS. | | | | |
| 04/06/22 | Genender, Paul R. | 0.80 | 1,180.00 | 003 | 64375808 |
| | REVIEW EMAIL FROM P. LABOV WITH UCC'S DISCOVERY REQUESTS TO BILL TRANSIER (.2); PREPARE RESPONSE TO SAME (.5); EMAILS FROM AND TO PACHULSKI ON DISCOVERY REQUESTS (.1). | | | | |
| 04/06/22 | Prugh, Amanda Pennington | 0.30 | 375.00 | 003 | 64375435 |
| | REVIEW, ANALYZE, AND RESPOND TO UCC DISCOVERY REQUESTS. | | | | |

Special Committee of the Board of Rockall Energy Holdings, LLC - Rockall Energy Holdings, LLC
70157.0003
2022008909

**ITEMIZED SERVICES - 70157.0003 - Rockall Energy Holdings, LLC**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| 04/07/22 | Bunch, Brittany Nicole | 0.30 | 339.00 | 003 | 64397784 |
| | REVIEW AND FINALIZE DOCUMENTS REGARDING UCC DOCUMENT REQUESTS. | | | | |
| 04/19/22 | Genender, Paul R. | 1.70 | 2,507.50 | 003 | 64464613 |
| | PREPARE FOR CALL WITH UCC COUNSEL ABOUT INVESTIGATION (.5); CALL WITH UCC'S COUNSEL ABOUT INVESTIGATION (.8); EMAILS WITH UCC COUNSEL ABOUT REPORT (.2); CALLS WITH L. KANZER ABOUT STATUS OF NEGOTIATIONS WITH UCC (.2). | | | | |
| 04/19/22 | Prugh, Amanda Pennington | 1.10 | 1,375.00 | 003 | 64464340 |
| | PREPARE FOR CALL WITH UCC (.2); CALL WITH WEIL AND UCC TEAM REGARDING INVESTIGATION REPORT (.9). | | | | |
| 04/19/22 | Bunch, Brittany Nicole | 0.80 | 904.00 | 003 | 64469714 |
| | CALL WITH UCC REGARDING INDEPENDENT INVESTIGATION. | | | | |
| 04/21/22 | Genender, Paul R. | 2.30 | 3,392.50 | 003 | 64481163 |
| | CALL WITH UCC'S COUNSEL TO REVIEW INVESTIGATIVE REPORT IN DETAIL (1.1); FOLLOW UP EMAIL TO UCC COUNSEL ON SAME (.2); REVIEW UCC'S OBJECTION TO RETENTION OF V&E (.4); CALL WITH B. TRANSIER ABOUT SAME (.3); FOLLOW UP CALL WITH J. LIOU (.3). | | | | |
| 04/21/22 | Prugh, Amanda Pennington | 1.30 | 1,625.00 | 003 | 64482639 |
| | CALL WITH UCC COUNSEL AND WEIL REGARDING PRESENTATION (1.1); DRAFT FOLLOW-UP EMAILS RELATED TO SAME (.2). | | | | |
| 04/21/22 | Bunch, Brittany Nicole | 1.90 | 2,147.00 | 003 | 64494636 |
| | CALL WITH UCC TO DISCUSS PRESENTATION (1); DRAFT PRESENTATION SLIDES AND ANALYZE UNDERLYING DOCUMENTS IN PREPARATION FOR CALL (.9). | | | | |
| 04/22/22 | Genender, Paul R. | 0.20 | 295.00 | 003 | 64838150 |
| | FOLLOW UP ON UCC ISSUES. | | | | |
| 04/25/22 | Genender, Paul R. | 0.10 | 147.50 | 003 | 64838151 |

Case 22-90000-mxm11 Doc 2027 Filed 09/09/24 Entered 09/09/24 21:37:37 Desc
Exhibit Exhibit Page 64 of 70
Weil, Gotshal & Manges LLP

Special Committee of the Board of Rockall Energy Holdings, LLC - Rockall Energy Holdings, LLC
70157.0003
2022008909

**ITEMIZED SERVICES - 70157.0003 - Rockall Energy Holdings, LLC**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| | REVIEW UCC'S DEPOSITION NOTICE OF D. MEYER. | | | | |
| **SUBTOTAL TASK 003 - Communications with** | | **26.60** | **$34,017.00** | | |
| 03/09/22 | Liou, Jessica | 0.30 | 448.50 | 004 | 64166381 |
| | REVIEW AND RESPOND TO EMAILS FROM A. PRUGH REGARDING STATUS (.2); REVIEW FILING EMAILS (.1). | | | | |
| 03/09/22 | Genender, Paul R. | 0.10 | 147.50 | 004 | 64828063 |
| | EMAILS ABOUT FIRST DAY FILINGS (.1). | | | | |
| 03/09/22 | Morris, Sharron | 0.60 | 258.00 | 004 | 64173593 |
| | EMAILS WITH A. PRUGH AND B. BUNCH REGARDING ROCKALL FILING FOR BANKRUPTCY (.3); RESEARCH REGARDING SAME (.3). | | | | |
| 03/10/22 | Prugh, Amanda Pennington | 0.50 | 625.00 | 004 | 64828434 |
| | REVIEW FILINGS IN BANKRUPTCY CASE (.3); DISCUSS REPORT DELIVERABLES WITH P. GENENDER, J. LIOU, AND K. SIMMONS (.2). | | | | |
| 03/10/22 | De Santis, Elena | 1.60 | 1,720.00 | 004 | 64828440 |
| | REVIEW AND ANALYZE FIRST DAY FILINGS IN ROCKALL CHAPTER 11 CASE (1.6). | | | | |
| 03/20/22 | Liou, Jessica | 0.20 | 299.00 | 004 | 64232776 |
| | CONFER WITH P. GENENDER, A. PRUGH, L. KANZER, AND D. MEYER REGARDING STATUS. | | | | |
| 03/20/22 | Genender, Paul R. | 0.20 | 295.00 | 004 | 64233828 |
| | UPDATE CALL WITH V&E TEAM (L. KANZER AND D. MEYER) AND J. LIOU, A. PRUGH RE: STATUS OF INVESTIGATION (.2). | | | | |
| 03/20/22 | Prugh, Amanda Pennington | 0.20 | 250.00 | 004 | 64232352 |
| | ATTEND UPDATE CALL WITH WEIL (P. GENENDER, J. LIOU) AND V&E TEAMS (L. KANZER, D. MEYER). | | | | |

Special Committee of the Board of Rockall Energy Holdings, LLC - Rockall Energy Holdings, LLC
70157.0003
2022008909

**ITEMIZED SERVICES - 70157.0003 - Rockall Energy Holdings, LLC**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| 03/28/22 | Liou, Jessica | 0.20 | 299.00 | 004 | 64295997 |
| | REVIEW DOCKET FILINGS. | | | | |
| 03/29/22 | Liou, Jessica | 0.10 | 149.50 | 004 | 64306159 |
| | REVIEW DOCKET AND FILED PLEADINGS. | | | | |
| 04/08/22 | Liou, Jessica | 0.10 | 149.50 | 004 | 64400029 |
| | CONFER WITH A. PRUGH REGARDING UPDATE CALL WITH CLEARY AND V&E. | | | | |
| 04/08/22 | Genender, Paul R. | 0.30 | 442.50 | 004 | 64397983 |
| | CALL WITH CLEARY TEAM ABOUT STATUS, NEXT STEPS. | | | | |
| 04/21/22 | Liou, Jessica | 0.20 | 299.00 | 004 | 64838146 |
| | CONFER WITH L. KANZER REGARDING UPCOMING HEARINGS. | | | | |
| 04/21/22 | Liou, Jessica | 0.50 | 747.50 | 004 | 65314796 |
| | REVIEW PLEADINGS FILED (.5);. | | | | |
| 04/21/22 | Ha, Frances R. | 1.00 | 980.00 | 004 | 64838149 |
| | REVIEW UCC AND UST'S OBJECTIONS TO DEBTORS' VARIOUS MOTIONS INCLUDING RETENTION APPLICATIONS. | | | | |
| 04/25/22 | Genender, Paul R. | 0.20 | 295.00 | 004 | 64504922 |
| | REVIEW UST'S OBJECTION TO V&E'S RETENTION. | | | | |
| 04/26/22 | Liou, Jessica | 0.90 | 1,345.50 | 004 | 64838156 |
| | REVIEW PLEADINGS FILED IN CHAPTER 11 CASES REGARDING RETENTION AND DIP ISSUES. | | | | |
| 04/27/22 | Liou, Jessica | 0.30 | 448.50 | 004 | 64523284 |
| | CONFER WITH L. KANZER REGARDING CASE STATUS (.2); EMAIL B. TRANSIER REGARDING SAME (.1). | | | | |

Special Committee of the Board of Rockall Energy Holdings, LLC - Rockall Energy Holdings, LLC
70157.0003
2022008909

**ITEMIZED SERVICES - 70157.0003 - Rockall Energy Holdings, LLC**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| 04/27/22 | Genender, Paul R. | 0.10 | 147.50 | 004 | 64523632 |
| | EMAILS ABOUT SETTLEMENT BETWEEN COMPANY AND UCC. | | | | |
| 05/26/22 | Lee, Kathleen Anne | 0.20 | 99.00 | 004 | 64778139 |
| | OBTAIN SALE AND CONFIRMATION OBJECTIONS. | | | | |
| **SUBTOTAL TASK 004 - General Case Strategy (Including Team Calls):** | | **7.80** | **$9,445.50** | | |
| 03/11/22 | Liou, Jessica | 2.40 | 3,588.00 | 005 | 64828694 |
| | ATTEND FIRST DAY HEARING (2.4). | | | | |
| 03/11/22 | Genender, Paul R. | 0.10 | 147.50 | 005 | 64828716 |
| | UPDATES ON FIRST DAY HEARINGS (.1). | | | | |
| 03/11/22 | Morris, Sharron | 0.30 | 129.00 | 005 | 64197899 |
| | EMAILS WITH A. PRUGH AND B. BUNCH REGARDING FIRST DAY HEARING (.1); PULL ADDITIONAL DOCUMENTS FOR ATTORNEY REVIEW (.2). | | | | |
| 03/15/22 | Olvera, Rene A. | 0.20 | 86.00 | 005 | 64324779 |
| | PREPARE CALENDAR INVITE IN CONNECTION WITH UPCOMING HEARINGS AND DEADLINES. | | | | |
| 04/27/22 | Ha, Frances R. | 1.00 | 980.00 | 005 | 64569334 |
| | ATTEND HEARING ON DIP MOTION, RETENTION APPLICATION (.5); DRAFT AND CIRCULATE SUMMARY OF THE HEARING (.5). | | | | |
| 05/16/22 | Lee, Kathleen Anne | 0.20 | 99.00 | 005 | 64712259 |
| | OBTAIN CONFIRMATION OBJECTIONS. | | | | |
| 05/17/22 | Lee, Kathleen Anne | 0.20 | 99.00 | 005 | 64712167 |
| | OBTAIN CONFIRMATION OBJECTIONS AND RECENT PLEADINGS. | | | | |

Special Committee of the Board of Rockall Energy Holdings, LLC - Rockall Energy Holdings, LLC
70157.0003
2022008909

**ITEMIZED SERVICES - 70157.0003 - Rockall Energy Holdings, LLC**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| 05/18/22 | Lee, Kathleen Anne | 0.20 | 99.00 | 005 | 64778938 |
| | OBTAIN CONFIRMATION OBJECTIONS. | | | | |
| 05/19/22 | Lee, Kathleen Anne | 0.20 | 99.00 | 005 | 64711922 |
| | OBTAIN ADDITIONAL PLEADINGS INCLUDING CONFIRMATION OBJECTIONS. | | | | |
| 05/22/22 | Genender, Paul R. | 0.20 | 295.00 | 005 | 64953432 |
| | EMAILS WITH V&E TEAM ABOUT WITNESS PREPARATION AND CONFIRMATION HEARING (.2). | | | | |
| 05/23/22 | Genender, Paul R. | 0.30 | 442.50 | 005 | 64722533 |
| | PREPARE FOR CONFIRMATION EVIDENCE. | | | | |
| 05/24/22 | Genender, Paul R. | 1.60 | 2,360.00 | 005 | 64732293 |
| | CALL WITH V&E AND B. TRANSIER TO PREPARE FOR CONFIRMATION TRIAL (.5); REVIEW DECLARATIONS IN CONNECTION WITH CONFIRMATION AND PREPARE FOR HEARING (1.1). | | | | |
| 05/24/22 | Lawless, Martha Mary | 0.40 | 172.00 | 005 | 64741006 |
| | PREPARE HEARING MATERIAL FOR P. GENENDER. | | | | |
| 05/25/22 | Liou, Jessica | 0.40 | 598.00 | 005 | 64953659 |
| | PARTICIPATE IN ROCKALL HEARING. | | | | |
| 05/25/22 | Genender, Paul R. | 0.50 | 737.50 | 005 | 64745700 |
| | PREPARE FOR AND PARTICIPATE IN CONFIRMATION HEARING (CONTINUED TO 5/31) (.3); EMAILS ON STATUS AND RELEASE LANGUAGE (.1); EMAIL UPDATES WITH B. TRANSIER (.1). | | | | |
| 05/27/22 | Lee, Kathleen Anne | 0.30 | 148.50 | 005 | 64772413 |
| | OBTAIN CONFIRMATION PLEADINGS FOR HEARING ON MAY 31. | | | | |
| 05/31/22 | Liou, Jessica | 0.20 | 299.00 | 005 | 64953927 |
| | PARTICIPATE IN CONFIRMATION HEARING (.2). | | | | |

Special Committee of the Board of Rockall Energy Holdings, LLC - Rockall Energy Holdings, LLC
70157.0003
2022008909

**ITEMIZED SERVICES - 70157.0003 - Rockall Energy Holdings, LLC**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| 05/31/22 | Genender, Paul R. | 1.40 | 2,065.00 | 005 | 64783212 |
| | PREPARE FOR CONFIRMATION HEARING (.2); ATTEND CONFIRMATION HEARING (1.2). | | | | |
| | **SUBTOTAL TASK 005 - Hearings and Court Matters:** | **10.10** | **$12,444.00** | | |
| 03/09/22 | Genender, Paul R. | 0.30 | 442.50 | 006 | 64166159 |
| | PREPARE FOR UPCOMING INTERVIEWS (.3). | | | | |
| 03/09/22 | Prugh, Amanda Pennington | 0.70 | 875.00 | 006 | 64828069 |
| | TEAM STRATEGY CALL WITH B. BUNCH REGARDING INTERVIEWS (.7). | | | | |
| 03/09/22 | De Santis, Elena | 6.10 | 6,557.50 | 006 | 64166108 |
| | PARTICIPATE IN STRATEGY ZOOM REGARDING ROCKALL INVESTIGATION WITH A. PENNINGTON PRUGH, B. BUNCH, AND K. MOMPLAISIR (0.5); REVIEW AND ANALYZE ROCKALL CHAPTER 11 DISCLOSURE STATEMENT (0.8); REVIEW AND ANALYZE DILIGENCE DOCUMENTS (3.0); AND INVESTIGATION ANALYSES (1.0); AND DRAFT POWERPOINT PRESENTATION REGARDING WEIL'S INVESTIGATION OF POTENTIAL CLAIMS (.8). | | | | |
| 03/09/22 | Momplaisir, Krystel | 4.10 | 3,444.00 | 006 | 64169598 |
| | REVISE DRAFT OF CFO INTERVIEW OUTLINE, INCORPORATING COMMENTS FROM A. PRUGH (1.3); UPDATE/DRAFT APPENDIX TO BE INCLUDED IN FINAL PRESENTATION (1.2); REVIEW IMPORTANT DOCUMENTS TO BE INCORPORATED IN CFO INTERVIEW OUTLINE (1.6). | | | | |
| 03/09/22 | Momplaisir, Krystel | 0.50 | 420.00 | 006 | 64828072 |
| | PARTICIPATE IN TEAM MEETING TO DISCUSS INTERVIEW OUTLINE (.5). | | | | |
| 03/09/22 | Bunch, Brittany Nicole | 5.50 | 6,215.00 | 006 | 64172374 |
| | CALL WITH A. PRUGH, K. MOMPLAISIR, AND E. DESANTIS DISCUSSING INVESTIGATION STATUS (.5); DRAFT D. MIRKIN INTERVIEW OUTLINE AND INCORPORATE REVISIONS BASED ON NEW DOCUMENTS (3.4); REVIEW DILIGENCE DOCUMENTS TO DETERMINE ADDITIONAL DOCUMENT REQUESTS AND MISSING ITEMS (1.6). | | | | |

Special Committee of the Board of Rockall Energy Holdings, LLC - Rockall Energy Holdings, LLC
70157.0003
2022008909

**ITEMIZED SERVICES - 70157.0003 - Rockall Energy Holdings, LLC**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| 03/09/22 | Morris, Sharron | 0.50 | 215.00 | 006 | 64828066 |
| | GATHER RELEVANT DOCUMENTS FOR ATTORNEY REVIEW IN CONNECTION WITH INVESTIGATION (.5). | | | | |
| 03/10/22 | Prugh, Amanda Pennington | 1.50 | 1,875.00 | 006 | 64172982 |
| | REVIEW AND ANALYZE DRAFT POWERPOINT (.8); MEET WITH E. DE SANTIS, B. BUNCH AND K. MOMPLASIR REGARDING SAME (.6); EXCHANGE EMAILS WITH V&E REGARDING INTERVIEW SCHEDULING (.1). | | | | |
| 03/10/22 | De Santis, Elena | 0.50 | 537.50 | 006 | 64173414 |
| | CONFER WITH A. PENNINGTON PRUGH, B. BUNCH, AND K. MOMPLASIR REGARDING ROCKALL INVESTIGATION (0.5). | | | | |
| 03/10/22 | Momplaisir, Krystel | 0.50 | 420.00 | 006 | 64187345 |
| | PARTICIPATE IN TEAM MEETING TO DISCUSS POWER POINT PRESENTATION DRAFT, INVESTIGATION STATUS UPDATES, AND WORK STREAMS. | | | | |
| 03/10/22 | Bunch, Brittany Nicole | 2.90 | 3,277.00 | 006 | 64178018 |
| | REVIEW D. MIRKIN INTERVIEW OUTLINE AND ASSOCIATED DILIGENCE DOCUMENTS (2.4); CALL WITH A. PRUGH, E. DE SANTIS AND K. MOMPLAISIR CALL DISCUSSING STATUS OF INVESTIGATION MATERIALS (.5). | | | | |
| 03/11/22 | Liou, Jessica | 0.70 | 1,046.50 | 006 | 64189132 |
| | PARTICIPATE IN MIRKIN INTERVIEW (.7). | | | | |
| 03/11/22 | Genender, Paul R. | 1.20 | 1,770.00 | 006 | 64188209 |
| | PREPARE FOR AND PARTICIPATE IN INTERVIEW OF D. MIRKIN (1.2). | | | | |
| 03/11/22 | Prugh, Amanda Pennington | 1.50 | 1,875.00 | 006 | 64188486 |
| | EXCHANGE INTERNAL EMAILS REGARDING CLIENT DELIVERABLES AND TIMELINE (.1); ATTEND D. MIRKIN INTERVIEW (1.2); EXCHANGE EMAILS WITH B. BUNCH TO FOLLOW UP ON SAME (.2). | | | | |
| 03/11/22 | De Santis, Elena | 3.60 | 3,870.00 | 006 | 64189397 |

Special Committee of the Board of Rockall Energy Holdings, LLC - Rockall Energy Holdings, LLC
70157.0003
2022008909

**ITEMIZED SERVICES - 70157.0003 - Rockall Energy Holdings, LLC**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| | REVIEW AND ANALYZE DECLARATIONS OF D. MIRKIN AND S. PINSONNAULT (.4); DISCLOSURE STATEMENT (.7); AND MOTION TO REJECT STEEL REEF CONTRACTS (.6); REVIEW AND REVISE POWERPOINT DECK REGARDING INVESTIGATION (1.9). | | | | |
| 03/11/22 | Momplaisir, Krystel | 3.90 | 3,276.00 | 006 | 64192645 |
| | REVIEW INTERVIEW MEMO AND ORGANIZE FILES FOR INTERVIEW OF D. MIRKIN, CFO OF ROCKALL ENERGY HOLDINGS (1.0); PARTICIPATE IN INTERVIEW OF D. MIRKIN, CFO OF ROCKALL ENERGY HOLDINGS (1.3); REVIEW AND REVISE NOTES FROM INTERVIEW OF D. MIRKIN (1.6). | | | | |
| 03/11/22 | Bunch, Brittany Nicole | 3.50 | 3,955.00 | 006 | 64193189 |
| | ATTEND INTERVIEW OF D. MIRKIN AS PART OF INVESTIGATION (1.7); PREPARE FOR D. MIRKIN INTERVIEW (1.8). | | | | |
| 03/12/22 | Prugh, Amanda Pennington | 0.50 | 625.00 | 006 | 64188415 |
| | EXCHANGE INTERNAL EMAILS WITH LITIGATION ASSOCIATE TEAM REGARDING DELIVERABLES, APPROACH FOR INVESTIGATION REPORT, AND NEXT STEPS IN LIGHT OF D. MIRKIN INTERVIEW. | | | | |
| 03/12/22 | De Santis, Elena | 1.20 | 1,290.00 | 006 | 64189273 |
| | REVIEW AND ANALYZE NOTES FROM D. MIRKIN INTERVIEW (0.3); REVIEW AND REVISE POWERPOINT DECK REGARDING INVESTIGATION (0.9). | | | | |
| 03/12/22 | Bunch, Brittany Nicole | 2.60 | 2,938.00 | 006 | 64193118 |
| | DRAFT SUMMARY UPDATE FOLLOWING D. MIRKIN INTERVIEW (2); DRAFT UPDATED DUE DILIGENCE REQUESTS (.6). | | | | |
| 03/14/22 | Genender, Paul R. | 0.50 | 737.50 | 006 | 64197073 |
| | REVIEW A. PRUGH UPDATES ON STATUS OF INVESTIGATION (.1); REVIEW DETAILED EMAIL TO CLIENT (.1); REVIEW DRAFT REPORT (.3). | | | | |
| 03/14/22 | Prugh, Amanda Pennington | 1.10 | 1,375.00 | 006 | 64197130 |
| | DRAFT UPDATE FOR P. GENENDER J. LIOU, AND B. TRANSIER ON STATUS (.3); EXCHANGE EMAILS WITH B. BUNCH RELATED TO SAME (.1); REVISE DILIGENCE REQUESTS TO V&E TEAM (.2); REVIEW POWERPOINT (.5). | | | | |

Special Committee of the Board of Rockall Energy Holdings, LLC - Rockall Energy Holdings, LLC
70157.0003
2022008909

**ITEMIZED SERVICES - 70157.0003 - Rockall Energy Holdings, LLC**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| 03/14/22 | De Santis, Elena | 3.60 | 3,870.00 | 006 | 64198238 |
| | REVIEW RESPONSES TO DILIGENCE REQUESTS FROM V&E AND DRAFT UPDATED REQUESTS REGARDING SAME (0.4); DRAFT TPG/PETRO HARVESTER SPONSOR OUTLINE (2.8); REVIEW POWERPOINT REGARDING INVESTIGATION (0.1); CONFER WITH K. MOMPLAISIR REGARDING STRATEGY FOR SPONSOR OUTLINES (0.1); REVIEW AND ANALYZE WHITE MARLIN SPONSOR OUTLINE (0.2). | | | | |
| 03/14/22 | Momplaisir, Krystel | 3.10 | 2,604.00 | 006 | 64197146 |
| | DRAFT INTERVIEW OUTLINE FOR WHITE MARLIN SPONSOR INTERVIEW (2.2); REVIEW REVISED POWER POINT PRESENTATION (.9). | | | | |
| 03/14/22 | Bunch, Brittany Nicole | 4.70 | 5,311.00 | 006 | 64198162 |
| | DRAFT DUE DILIGENCE REQUESTS (.6); ANALYZE NEW DOCUMENTS PROVIDED BY V&E (1.3); DRAFT, AND REVISE POWERPOINT (2.8). | | | | |
| 03/15/22 | Prugh, Amanda Pennington | 3.70 | 4,625.00 | 006 | 64204456 |
| | REVISE AND SUPPLEMENT DRAFT TPG SPONSOR INTERVIEW OUTLINE (.7); COMMENT ON AND SUPPLEMENT DRAFT INVESTIGATION REPORT (3.0). | | | | |
| 03/15/22 | De Santis, Elena | 3.60 | 3,870.00 | 006 | 64205277 |
| | REVISE TPG/PETRO HARVESTER SPONSOR OUTLINE (2.1); REVIEW AND REVISE POWERPOINT DECK REGARDING INVESTIGATION (1.5). | | | | |
| 03/15/22 | Momplaisir, Krystel | 2.30 | 1,932.00 | 006 | 64208883 |
| | REVIEW AND REVISE INTERVIEW OUTLINE FOR WHITE MARLIN INTERVIEW. | | | | |
| 03/15/22 | Bunch, Brittany Nicole | 2.80 | 3,164.00 | 006 | 64211321 |
| | REVISE INTERVIEW OUTLINES FOR WHITE MARLIN AND PETRO HARVESTER (1.3); REVIEW DILIGENCE REQUESTS AND RECEIPT OF DOCUMENTS ASSOCIATED WITH THOSE REQUESTS (1.1); COMMUNICATE WITH TEAM REGARDING INTERVIEW OUTLINES AND STATUS (.4). | | | | |
| 03/15/22 | Jewett, Laura | 0.70 | 290.50 | 006 | 64201310 |

Special Committee of the Board of Rockall Energy Holdings, LLC - Rockall Energy Holdings, LLC
70157.0003
2022008909

**ITEMIZED SERVICES - 70157.0003 - Rockall Energy Holdings, LLC**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| | PROCESS DOCUMENTS FOR ATTORNEY REQUEST (0.5); QUALITY CHECK RECORDS LOADED INTO DATABASE AND RELEASE TO CASE TEAM FOR REVIEW (0.2). | | | | |
| 03/16/22 | Genender, Paul R. | 0.30 | 442.50 | 006 | 64216324 |
| | WORK SESSION ON INVESTIGATION AND NEXT STEPS. | | | | |
| 03/16/22 | Prugh, Amanda Pennington | 2.00 | 2,500.00 | 006 | 64215916 |
| | WORKING SESSIONS WITH LITIGATION ASSOCIATES REGARDING REPORT AND ANALYSES (1.5); DRAFT COMPREHENSIVE BUDGET AND ANTICIPATED NEXT STEPS (.3); EXCHANGE EMAILS INTERNALLY REGARDING STATUS OF INVESTIGATION (.2). | | | | |
| 03/16/22 | De Santis, Elena | 1.80 | 1,935.00 | 006 | 64217218 |
| | PREPARE FOR AND PARTICIPATE IN STRATEGY ZOOM REGARDING ROCKALL INVESTIGATION DECK (1.3); REVIEW FEEDBACK TO INVESTIGATION DECK (0.3); REVIEW AND REVISE TPG/PETRO HARVESTER OUTLINE FOR M. MACDOUGALL (0.2). | | | | |
| 03/16/22 | Momplaisir, Krystel | 2.60 | 2,184.00 | 006 | 64222296 |
| | PARTICIPATE ON TEAM CALL TO DISCUSS REVISIONS TO POWER POINT PRESENTATION (1.0); REVISE WHITE MARLIN INTERVIEW MEMO (.3); REVIEW NEW DRAFT OF POWER POINT PRESENTATION (1.3). | | | | |
| 03/16/22 | Bunch, Brittany Nicole | 2.30 | 2,599.00 | 006 | 64219918 |
| | TEAM CALL REGARDING INVESTIGATION STATUS (1.2); REVIEW DILIGENCE REQUESTS (.6); REVIEW AND ANALYZE DILIGENCE DOCUMENTS, INCLUDING BOARD MEETING MINUTES (.5). | | | | |
| 03/17/22 | Genender, Paul R. | 1.00 | 1,475.00 | 006 | 64224073 |
| | ATTEND J. HOWIE INTERVIEW. | | | | |
| 03/17/22 | Prugh, Amanda Pennington | 1.50 | 1,875.00 | 006 | 64222208 |
| | EXCHANGE EMAILS WITH V&E AND INTERNALLY REGARDING UPCOMING INTERVIEWS (.1); EXCHANGE EMAILS WITH B. BUNCH REGARDING J. HOWIE INTERVIEW (.2); ATTEND J. HOWIE INTERVIEW (1.0); DISCUSS REPORT WITH B. BUNCH AND E. DE SANTIS (.2). | | | | |
| 03/17/22 | Momplaisir, Krystel | 9.90 | 8,316.00 | 006 | 64222325 |

Special Committee of the Board of Rockall Energy Holdings, LLC - Rockall Energy Holdings, LLC
70157.0003
2022008909

**ITEMIZED SERVICES - 70157.0003 - Rockall Energy Holdings, LLC**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| | REVIEW VARIOUS AGREEMENTS FOR KEY PROVISIONS TO BE INCLUDED IN POWER POINT PRESENTATION (3.2); REVIEW VARIOUS AGREEMENTS FOR KEY PROVISIONS (1.3); DRAFT AND CIRCULATE NOTES OF INTERVIEW OF J. HOWIE, ROCKALL BOARD MEMBER, AND WHITE MARLIN BOARD MEMBER (1.2); CONDUCT RESEARCH ON CONTRACT ISSUES (3.2); PARTICIPATE IN INTERVIEW OF J. HOWIE, ROCKALL BOARD MEMBER, AND WHITE MARLIN BOARD MEMBER (1.0). | | | | |
| 03/17/22 | Bunch, Brittany Nicole | 9.40 | 10,622.00 | 006 | 64221734 |
| | ATTEND INTERVIEW OF J. HOWIE (1); ANALYZE DILIGENCE DOCUMENTS (3); DRAFT POWERPOINT SLIDES REFLECTING INVESTIGATION OUTCOMES (5.4). | | | | |
| 03/18/22 | Liou, Jessica | 0.50 | 747.50 | 006 | 64236532 |
| | ATTEND M. MACDOUGALL INTERVIEW. | | | | |
| 03/18/22 | Genender, Paul R. | 0.40 | 590.00 | 006 | 64233673 |
| | WORK SESSION ON REPORT (.2); CALL WITH A. PRUGH ABOUT MCDOUGALL INTERVIEW AND NEXT STEPS (.1); EMAILS WITH B. TRANSIER ABOUT STATUS (.1). | | | | |
| 03/18/22 | Prugh, Amanda Pennington | 4.20 | 5,250.00 | 006 | 64232297 |
| | REVISE M. MACDOUGALL INTERVIEW OUTLINE (.3); DRAFT INVESTIGATION POWERPOINT (2.5); WORK SESSION WITH B. BUNCH REGARDING INVESTIGATION AND RELATED ANALYSES (.7); LEAD M. MACDOUGALL INTERVIEW (.5); DISCUSS FOLLOW UPS WITH P. GENENDER AND B. BUNCH REGARDING SAME (.2). | | | | |
| 03/18/22 | De Santis, Elena | 4.20 | 4,515.00 | 006 | 64237604 |
| | PREPARE FOR AND PARTICIPATE IN INTERVIEW OF M. MACDOUGALL (0.5); DRAFT ANALYSIS OF M. MACDOUGALL INTERVIEW AND NEXT STEPS FOR DILIGENCE (0.4); REVIEW AND ANALYZE BOARD MINUTES FOR INFORMATION REGARDING TRANSACTIONS (1.9); REVIEW AND ANALYZE CHAPTER 11 FILINGS AND BOARD MINUTES REGARDING VARIOUS THIRD PARTY TRANSACTIONS (1.4). | | | | |
| 03/18/22 | Momplaisir, Krystel | 5.10 | 4,284.00 | 006 | 64244736 |
| | REVIEW LATEST VERSION OF POWER POINT PRESENTATION, INCORPORATING IMPORTANT INFORMATION FROM REVIEWED DOCUMENTS (2.8); REVIEW AND ORGANIZE IMPORTANT DOCUMENTS TO BE INCLUDED IN POWER POINT PRESENTATION (2.3). | | | | |

Special Committee of the Board of Rockall Energy Holdings, LLC - Rockall Energy Holdings, LLC
70157.0003
2022008909

**ITEMIZED SERVICES - 70157.0003 - Rockall Energy Holdings, LLC**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| 03/18/22 | Bunch, Brittany Nicole | 8.20 | 9,266.00 | 006 | 64236220 |
| | ATTEND INTERVIEW OF M. MACDOUGALL (.5); DRAFT BACKGROUND SLIDES, INCLUDING SLIDES REGARDING THE COMPANY AND SIGNIFICANT TRANSACTIONS (5.5); ANALYZE BOARD MEETING MINUTES AND MATERIALS (1.2); ANALYZE DILIGENCE DOCUMENTS REGARDING VARIOUS TRANSACTIONS (1). | | | | |
| 03/19/22 | Prugh, Amanda Pennington | 1.00 | 1,250.00 | 006 | 64836353 |
| | ATTEND FOLLOW-UP CALL WITH B. BUNCH REGARDING INVESTIGATION REPORT (.3); REVIEW, ANALYZE AND RESPOND TO BOARD MEETING MINUTE SUMMARIES (.4); DRAFT COMPREHENSIVE SUMMARY OF MISSING DILIGENCE FOR LITIGATION TEAM (.3). | | | | |
| 03/19/22 | De Santis, Elena | 3.80 | 4,085.00 | 006 | 64238388 |
| | REVIEW AND REVISE POWERPOINT ANALYSIS REGARDING INVESTIGATION OF POTENTIAL CLAIMS. | | | | |
| 03/19/22 | Bunch, Brittany Nicole | 1.40 | 1,582.00 | 006 | 64836356 |
| | REVIEW DILIGENCE REQUESTS REGARDING BOARD MEETING MINUTES (.6); CALL WITH A. PRUGH TO DISCUSS WORK STREAM PRIORITIES (.3); EMAILS WITH A. PRUGH AND E. DESANTIS REGARDING WORK STREAMS (.5). | | | | |
| 03/20/22 | Bunch, Brittany Nicole | 8.80 | 9,944.00 | 006 | 64236230 |
| | DRAFT SUMMARY FINDINGS FOR PPT SLIDE DECK REGARDING INVESTIGATION (6); ANALYZE UNDERLYING DOCUMENTS REGARDING SAME (2.8). | | | | |
| 03/21/22 | Prugh, Amanda Pennington | 6.30 | 7,875.00 | 006 | 64242734 |
| | DRAFT AND SUPPLEMENT INVESTIGATION REPORT (5.0); WORK SESSION WITH B. BUNCH AND E. DE SANTIS REGARDING SAME (1.3). | | | | |
| 03/21/22 | De Santis, Elena | 5.70 | 6,127.50 | 006 | 64243003 |
| | PARTICIPATE IN STRATEGY ZOOM REGARDING INVESTIGATION ANALYSIS AND PRESENTATION WITH A. PENNINGTON PRUGH AND B. BUNCH (1.5); REVIEW UPDATED DILIGENCE MATERIALS AND REVISE POWERPOINT REGARDING INVESTIGATION (4.2). | | | | |
| 03/21/22 | Momplaisir, Krystel | 2.00 | 1,680.00 | 006 | 64244668 |

Special Committee of the Board of Rockall Energy Holdings, LLC - Rockall Energy Holdings, LLC
70157.0003
2022008909

**ITEMIZED SERVICES - 70157.0003 - Rockall Energy Holdings, LLC**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| | DRAFT AND ORGANIZE APPENDIX OF REVIEWED DOCUMENTS TO BE INCLUDED IN POWER POINT PRESENTATION. | | | | |
| 03/21/22 | Bunch, Brittany Nicole | 7.40 | 8,362.00 | 006 | 64243841 |
| | CALL WITH A. PRUGH, K. MOMPLAISIR, AND E. DESANTIS DISCUSSING INVESTIGATION SLIDE DECK (1.3); DRAFT INVESTIGATION SLIDE DECK (5); REVIEW DILIGENCE REQUESTS (.5); ANALYZE DILIGENCE DOCUMENTS (.6). | | | | |
| 03/22/22 | Genender, Paul R. | 1.10 | 1,622.50 | 006 | 64252305 |
| | REVIEW DRAFT REPORT. | | | | |
| 03/22/22 | Prugh, Amanda Pennington | 4.00 | 5,000.00 | 006 | 64252466 |
| | DRAFT AND SUPPLEMENT REPORT. | | | | |
| 03/22/22 | Bunch, Brittany Nicole | 5.20 | 5,876.00 | 006 | 64253749 |
| | DRAFT SLIDE DECK REGARDING INVESTIGATION FINDINGS (3.5); ANALYZE BOARD MEETING MINUTES AND MATERIALS (1.0); MEET WITH A. PRUGH REGARDING ANALYSIS (.7). | | | | |
| 03/22/22 | Morris, Sharron | 0.50 | 215.00 | 006 | 64275354 |
| | EMAILS WITH A. PRUGH, B. BUNCH REGARDING UPDATED POWERPOINT SLIDES (.2); CONTINUE UPDATING SAME (.3). | | | | |
| 03/23/22 | De Santis, Elena | 2.10 | 2,257.50 | 006 | 64265591 |
| | REVIEW AND ANALYZE UPDATED DILIGENCE AND MATERIALS FROM VINSON & ELKINS (1.2); REVIEW AND REVISE POWERPOINT REGARDING INVESTIGATION (0.9). | | | | |
| 03/24/22 | Liou, Jessica | 0.60 | 897.00 | 006 | 64836364 |
| | CONFER WITH PACHULSKI AND P. GENENDER REGARDING STATUS OF CLAIMS INVESTIGATION (.6). | | | | |
| 03/24/22 | Genender, Paul R. | 0.30 | 442.50 | 006 | 64907364 |
| | REVIEW DRAFT REPORT (.3). | | | | |

Special Committee of the Board of Rockall Energy Holdings, LLC - Rockall Energy Holdings, LLC
70157.0003
2022008909

**ITEMIZED SERVICES - 70157.0003 - Rockall Energy Holdings, LLC**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| 03/24/22 | Prugh, Amanda Pennington | 0.40 | 500.00 | 006 | 64275121 |
| | REVIEW AND REVISE DRAFT REPORT. | | | | |
| 03/24/22 | De Santis, Elena | 0.50 | 537.50 | 006 | 64275407 |
| | REVIEW AND REVISE POWERPOINT DECK REGARDING INVESTIGATION (0.2); REVIEW AND ANALYZE BOARD MINUTES AND MATERIALS (0.3). | | | | |
| 03/24/22 | Bunch, Brittany Nicole | 3.60 | 4,068.00 | 006 | 64277056 |
| | ANALYZE ADDITIONAL DILIGENCE DOCUMENTS RECEIVED FROM V&E (1.5); REVISE REPORT SLIDE DECK REGARDING FINDINGS AND RECOMMENDATIONS (2.1). | | | | |
| 03/25/22 | Genender, Paul R. | 0.10 | 147.50 | 006 | 64836486 |
| | EMAIL B. TRANSIER ABOUT STATUS OF INVESTIGATION (.1). | | | | |
| 03/25/22 | Prugh, Amanda Pennington | 2.00 | 2,500.00 | 006 | 64836498 |
| | DRAFT AND SUPPLEMENT INVESTIGATION REPORT (1.3); ATTEND WORKING SESSION WITH B. BUNCH (.3); DRAFT SUMMARY POWERPOINT FOR B. TRANSIER'S UPCOMING BOARD MEETING (.4). | | | | |
| 03/25/22 | De Santis, Elena | 0.60 | 645.00 | 006 | 64288684 |
| | REVIEW AND ANALYZE ROCKALL BOARD OF DIRECTORS MEETING MINUTES (0.1); REVIEW AND DRAFT ANALYSIS OF CONTRACTS (0.5). | | | | |
| 03/25/22 | Momplaisir, Krystel | 1.20 | 1,008.00 | 006 | 64289113 |
| | REVISE DILIGENCE TRACKER. | | | | |
| 03/25/22 | Bunch, Brittany Nicole | 1.30 | 1,469.00 | 006 | 64289038 |
| | REVIEW DILIGENCE, INCLUDING DOCUMENTS RELATED TO MEETING MINUTES. | | | | |
| 03/26/22 | Liou, Jessica | 0.50 | 747.50 | 006 | 64288529 |
| | UPDATE CALL WITH V&E REGARDING ROCKALL STATUS. | | | | |
| 03/26/22 | De Santis, Elena | 1.90 | 2,042.50 | 006 | 64288657 |

Special Committee of the Board of Rockall Energy Holdings, LLC - Rockall Energy Holdings, LLC
70157.0003
2022008909

**ITEMIZED SERVICES - 70157.0003 - Rockall Energy Holdings, LLC**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| | ANALYZE KEY DOCUMENTS REVIEWED BY WEIL REGARDING INVESTIGATION AND DRAFT APPENDIX REGARDING SAME. | | | | |
| 03/27/22 | Morris, Sharron | 1.10 | 473.00 | 006 | 64300243 |
| | EMAILS WITH A. PRUGH AND B. BUNCH REGARDING PRODUCTION DOCUMENTS (.4); UPDATE SAME (.7). | | | | |
| 03/28/22 | Liou, Jessica | 2.50 | 3,737.50 | 006 | 64907525 |
| | REVIEW AND RESPOND TO EMAILS FROM A. PRUGH REGARDING QUESTIONS REGARDING PRODUCTION (.3); REVIEW DRAFT INVESTIGATION REPORT AND COMMENT ON SAME (2.2). | | | | |
| 03/28/22 | Genender, Paul R. | 2.40 | 3,540.00 | 006 | 64298435 |
| | CALL WITH B. TRANSIER ON DRAFT REPORT (.9); WORK SESSION FOLLOWING SAME (.5); FOLLOW UP INTERVIEW WITH L. GILLIES AND D. MIRKIN (.4); REVIEW UPDATED REPORT AND DILIGENCE LIST (.4); REVIEW AND REVISE REPORT TO BE SHARED WITH BOARD (.2). | | | | |
| 03/28/22 | Prugh, Amanda Pennington | 2.90 | 3,625.00 | 006 | 64837701 |
| | INTERVIEW WITH L. GILLIES AND D. MIRKIN REGARDING INVESTIGATION INQUIRIES (.4); ATTEND FOLLOW-UP CALL WITH B. BUNCH REGARDING SAME (.2); STRATEGY CALLS WITH J. LIOU AND B. BUNCH REGARDING ANALYSES IN INVESTIGATION REPORT (1.5); DRAFT COMPREHENSIVE UPDATE FOR P. GENENDER AND J. LIOU (.3); REVISE INVESTIGATION REPORT (.5). | | | | |
| 03/28/22 | De Santis, Elena | 3.50 | 3,762.50 | 006 | 64297853 |
| | REVIEW AND REVISE APPENDIX OF KEY DOCUMENTS REVIEWED BY WEIL (0.1); CONFER WITH A. PENNINGTON PRUGH AND B. BUNCH REGARDING STRATEGY FOR INVESTIGATION ANALYSIS POWERPOINT (0.5); PREPARE FOR AND PARTICIPATE ON ZOOM WITH L. GILLIES, D. MIRKIN, P. GENENDER, J. LIOU, A. PENNINGTON PRUGH, AND B. BUNCH REGARDING INVESTIGATED TRANSACTIONS (0.5); ANALYZE DILIGENCE DOCUMENTS AND REVISE POWERPOINT REGARDING INVESTIGATION ANALYSIS (2.4). | | | | |
| 03/28/22 | Bunch, Brittany Nicole | 1.00 | 1,130.00 | 006 | 64837868 |
| | CALL WITH J. LIOU AND A. PRUGH DISCUSSING THIRD PARTY TRANSACTIONS (1). | | | | |
| 03/28/22 | Morris, Sharron | 2.90 | 1,247.00 | 006 | 64300282 |

Special Committee of the Board of Rockall Energy Holdings, LLC - Rockall Energy Holdings, LLC
70157.0003
2022008909

**ITEMIZED SERVICES - 70157.0003 - Rockall Energy Holdings, LLC**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| | EMAILS WITH A. PRUGH AND B. BUNCH REGARDING DRAFT AGREED PROTECTIVE ORDER (.4); PREPARE SAME FOR ATTORNEY REVIEW (.5); ADDITIONAL EMAILS WITH A. PRUGH AND B. BUNCH REGARDING DOCUMENT PRODUCTION (.3); REVIEW DOCUMENT PRODUCTION AND BATES LABEL SAME (1.7). | | | | |
| 03/29/22 | Genender, Paul R. | 0.50 | 737.50 | 006 | 64837874 |
| | REVIEW UPDATES TO REPORT (.5). | | | | |
| 03/29/22 | De Santis, Elena | 6.10 | 6,557.50 | 006 | 64837994 |
| | CONFER WITH A. PRUGH AND B. BUNCH REGARDING STRATEGY FOR INVESTIGATION ANALYSIS (0.5); CONFER WITH A. PRUGH REGARDING REVISIONS TO INVESTIGATION POWERPOINT AND REVISIONS REGARDING SAME (1.2); PARTICIPATE ON STRATEGY CALL WITH L. KANZER, A. PRUGH, AND B. BUNCH REGARDING OUTSTANDING DILIGENCE QUESTIONS (1.0); CONFER WITH A. PRUGH REGARDING ANALYSIS (0.2); REVIEW DILIGENCE DOCUMENTS AND REVISE POWERPOINT REGARDING INVESTIGATION ANALYSIS (3.2). | | | | |
| 03/29/22 | Bunch, Brittany Nicole | 6.20 | 7,006.00 | 006 | 64303609 |
| | CALL WITH A. PRUGH AND E. DE SANTIS DISCUSSING REPORT AND ANALYSIS (.7); CALL WITH V&E TO DISCUSS OUTSTANDING DILIGENCE ITEMS (1); REVISE REPORT (3.1); ANALYZE UNDERLYING DILIGENCE DOCUMENTS (.6); PREPARE REQUEST FOR ADDITIONAL DILIGENCE ITEMS (.5); PREPARE DOCUMENTS FOR PRODUCTION FOR V&E REVIEW (.3). | | | | |
| 03/29/22 | Morris, Sharron | 1.60 | 688.00 | 006 | 64305522 |
| | ADDITIONAL EMAILS WITH A. PRUGH AND B. BUNCH REGARDING DOCUMENT PRODUCTION (.4); CONTINUE TO PREPARE AND FINALIZE DOCUMENT PRODUCTION (1.2). | | | | |
| 03/30/22 | Liou, Jessica | 1.70 | 2,541.50 | 006 | 64313073 |
| | REVIEW AND COMMENT ON REVISED INVESTIGATION LONG AND SHORT DECK (.2), REVIEW CASES (.2); REVIEW AND COMMENT ON REVISED INVESTIGATION LONG AND SHORT DECK (1.1), EMAILS WITH A. PRUGH AND B. BUNCH REGARDING SAME (.2). | | | | |
| 03/30/22 | Genender, Paul R. | 2.00 | 2,950.00 | 006 | 64312543 |
| | REVIEW AND COMMENT ON INVESTIGATIVE REPORTS (LONG AND SHORT VERSIONS) (1.5); PREPARE FOR 4/1 BOARD MEETING (.4); EMAILS WITH B. TRANSIER (.1). | | | | |

Special Committee of the Board of Rockall Energy Holdings, LLC - Rockall Energy Holdings, LLC
70157.0003
2022008909

**ITEMIZED SERVICES - 70157.0003 - Rockall Energy Holdings, LLC**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| 03/30/22 | Prugh, Amanda Pennington | 5.50 | 6,875.00 | 006 | 64312586 |
| | ANALYZE ADDITIONAL DOCUMENTS PROVIDED BY V&E (.3); REVISE REPORT AND CONFER WITH E. DE SANTIS REGARDING UPDATES (2.9); EXCHANGE INTERNAL EMAILS RELATED TO SAME (.4); DRAFT TALKING POINTS FOR BOARD MEETING (1.5); WORKING SESSION WITH B. BUNCH (.4). | | | | |
| 03/30/22 | De Santis, Elena | 2.70 | 2,902.50 | 006 | 64311941 |
| | REVIEW AND ANALYZE AGREEMENT BETWEEN ROCKALL AND THIRD PARTIES (0.3); CONFER WITH A. PRUGH AND B. BUNCH REGARDING STRATEGY FOR INVESTIGATION PRESENTATION (0.5); STRATEGY SESSION WITH A. PENNINGTON PRUGH REGARDING INVESTIGATION ANALYSIS AND REVISIONS TO POWERPOINT REGARDING SAME (1.7); REVIEW AND REVISE POWERPOINT PRESENTATION REGARDING INVESTIGATION ANALYSIS (0.2). | | | | |
| 03/30/22 | Bunch, Brittany Nicole | 6.40 | 7,232.00 | 006 | 64315079 |
| | DRAFT AND INCORPORATE EDITS INTO INVESTIGATION REPORT SLIDE DECK (4.3); ANALYZE UNDERLYING DILIGENCE DOCUMENTS AND AGREEMENTS (1.3); RESEARCH CASES RELATED TO SEVERANCE PAYMENTS (.8). | | | | |
| 03/30/22 | Morris, Sharron | 0.70 | 301.00 | 006 | 64321344 |
| | ADDITIONAL EMAILS WITH A. PRUGH AND B. BUNCH REGARDING DOCUMENT PRODUCTION (.3); REVIEW AND BATES STAMP ADDITIONAL DOCUMENTS (.4). | | | | |
| 03/31/22 | Liou, Jessica | 2.00 | 2,990.00 | 006 | 64324537 |
| | REVIEW EMAIL WITH B. BUNCH AND A. PRUGH REGARDING DILIGENCE (.3) AND COMMENTS TO REPORT (1.0) AND CALL WITH B. TRANSIER REGARDING SAME (.4); EMAILS WITH TEAM REGARDING EDITS TO INVESTIGATION REPORT (.3). | | | | |
| 03/31/22 | Genender, Paul R. | 3.10 | 4,572.50 | 006 | 64321371 |
| | WORK SESSIONS TO PREPARE FOR 4/1 BOARD MEETING ON SUMMARY OF INVESTIGATION (1.2); REVISE REPORTS (.8); CALL WITH B. TRANSIER (.4); FOLLOW UP FROM SAME (.4); EMAILS AND CALL WITH D. MEYER ON STATUS (.3). | | | | |
| 03/31/22 | Prugh, Amanda Pennington | 3.10 | 3,875.00 | 006 | 64837997 |

Special Committee of the Board of Rockall Energy Holdings, LLC - Rockall Energy Holdings, LLC
70157.0003
2022008909

**ITEMIZED SERVICES - 70157.0003 - Rockall Energy Holdings, LLC**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| | FINALIZE TALKING POINTS FOR BOARD MEETING (.5); ATTEND PREPARATION SESSION WITH P. GENENDER AND B. BUNCH IN ADVANCE OF BOARD MEETING (.7); REVISE REPORT BASED ON ADDITIONAL DILIGENCE (1.0); CALL WITH L. KANZER REGARDING OUTSTANDING DILIGENCE (.3); EXCHANGE INTERNAL EMAILS RELATED TO SAME (.2); ATTEND CALLS WITH B. BUNCH REGARDING INVESTIGATION APPROACH AND ANALYSES IN ADVANCE OF BOARD MEETING (.4). | | | | |
| 03/31/22 | De Santis, Elena | 0.20 | 215.00 | 006 | 64838010 |
| | REVIEW AND REVISE APPENDIX OF KEY DOCUMENTS RELIED ON IN INVESTIGATION (0.2). | | | | |
| 03/31/22 | Bunch, Brittany Nicole | 6.30 | 7,119.00 | 006 | 64321177 |
| | REVISE INVESTIGATION REPORT (2.2); CALL WITH B. TRANSIER AND TEAM REGARDING INVESTIGATION REPORT (.3); MEET WITH A. PRUGH AND P. GENENDER REGARDING BOARD MEETING AND INVESTIGATION REPORT (1.0); DRAFT TALKING POINTS FOR BOARD MEETING (1.7); REQUEST ADDITIONAL DILIGENCE ITEMS (.5); ANALYZE DILIGENCE ITEMS (.6). | | | | |
| 03/31/22 | Morris, Sharron | 0.60 | 258.00 | 006 | 64321399 |
| | ADDITIONAL EMAILS WITH A. PRUGH AND B. BUNCH REGARDING INVESTIGATION SLIDES (.2); CONTINUE UPDATING SAME (.4). | | | | |
| 04/01/22 | Liou, Jessica | 0.30 | 448.50 | 006 | 64336627 |
| | REVISE ROCKALL BOARD PRESENTATION. | | | | |
| 04/01/22 | Genender, Paul R. | 0.90 | 1,327.50 | 006 | 64341132 |
| | PREPARE FOR PRESENTATION TO COMPANY'S BOARD ABOUT SUMMARY OF INVESTIGATION FINDINGS AND RECOMMENDATIONS (.5); PRESENTATION TO COMPANY BOARD (.3); FOLLOW UP FROM SAME, INCLUDING TO FINALIZE REPORT (.1). | | | | |
| 04/01/22 | Prugh, Amanda Pennington | 0.30 | 375.00 | 006 | 64838143 |
| | ATTEND ROCKALL BOARD MEETING. | | | | |
| 04/01/22 | De Santis, Elena | 0.40 | 430.00 | 006 | 64337300 |
| | PREPARE FOR AND PARTICIPATE IN ROCKALL BOARD MEETING TO DISCUSS SPECIAL LITIGATION COMMITTEE INVESTIGATION. | | | | |

Special Committee of the Board of Rockall Energy Holdings, LLC - Rockall Energy Holdings, LLC
70157.0003
2022008909

**ITEMIZED SERVICES - 70157.0003 - Rockall Energy Holdings, LLC**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| 04/01/22 | Bunch, Brittany Nicole | 2.30 | 2,599.00 | 006 | 64337607 |
| | ATTORNEY BOARD MEETING DISCUSSING INVESTIGATION REPORT FINDINGS AND RECOMMENDATIONS (.5); FINALIZE INVESTIGATION REPORT (1.8). | | | | |
| 04/01/22 | Morris, Sharron | 4.20 | 1,806.00 | 006 | 64351183 |
| | ADDITIONAL EMAILS WITH A. PRUGH AND B. BUNCH REGARDING INVESTIGATION SLIDES (.9); CONTINUE EXTENSIVE REVIEW OF SAME (3.3). | | | | |
| 04/02/22 | Bunch, Brittany Nicole | 1.20 | 1,356.00 | 006 | 64337455 |
| | FINALIZE INVESTIGATION REPORT. | | | | |
| 04/03/22 | Liou, Jessica | 0.50 | 747.50 | 006 | 64336697 |
| | REVIEW AND COMMENT ON REVISED LONG AND SHORT DECK. | | | | |
| 04/03/22 | Genender, Paul R. | 0.70 | 1,032.50 | 006 | 64341150 |
| | FINALIZE REPORTS AND EMAIL B. TRANSIER ABOUT SAME (.6); EMAIL V&E ABOUT BOARD DECK (.1). | | | | |
| 04/03/22 | Bunch, Brittany Nicole | 0.40 | 452.00 | 006 | 64337448 |
| | FINALIZE SHORT DECK OF INVESTIGATION REPORT. | | | | |
| 04/05/22 | Prugh, Amanda Pennington | 0.30 | 375.00 | 006 | 64370071 |
| | ATTEND CALL WITH L. KANZER. | | | | |
| 04/07/22 | Genender, Paul R. | 0.50 | 737.50 | 006 | 64385407 |
| | FURTHER EMAIL FROM P. LABOV AND ATTENTION/RESPONSE TO SAME (.2); CALL WITH L. KANZER (.1); FOLLOW UP EMAILS WITH UCC (.1); EMAILS ABOUT CLEARY INQUIRIES (.1). | | | | |
| 04/08/22 | Prugh, Amanda Pennington | 0.20 | 250.00 | 006 | 64395654 |
| | ATTEND CALL WITH L. KANZER REGARDING MEET AND CONFERS (.1); ATTEND CALL WITH WEIL, CLEARY AND V&E TEAMS REGARDING INVESTIGATION (.1). | | | | |
| 04/08/22 | Bunch, Brittany Nicole | 0.30 | 339.00 | 006 | 64411607 |

Special Committee of the Board of Rockall Energy Holdings, LLC - Rockall Energy Holdings, LLC
70157.0003
2022008909

**ITEMIZED SERVICES - 70157.0003 - Rockall Energy Holdings, LLC**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| | CALL DISCUSSING ROCKALL INVESTIGATION. | | | | |
| 04/16/22 | Genender, Paul R. | 0.10 | 147.50 | 006 | 64448634 |
| | EMAILS WITH P. LABOV ABOUT INVESTIGATION FINDINGS. | | | | |
| 04/18/22 | Morris, Sharron | 0.90 | 387.00 | 006 | 64464956 |
| | EMAILS WITH A. PRUGH AND B. BUNCH REGARDING PRESENTATION (.2); REVIEW SAME (.7). | | | | |
| 04/19/22 | Liou, Jessica | 1.10 | 1,644.50 | 006 | 64462497 |
| | CONFER WITH P. GENENDER, A. PRUGH AND B. BUNCH REGARDING UCC CALL RE INVESTIGATION (.8); CONFER WITH P. GENENDER REGARDING NEXT STEPS (.3). | | | | |
| 04/20/22 | Genender, Paul R. | 0.70 | 1,032.50 | 006 | 64472593 |
| | EMAILS WITH UCC COUNSEL ABOUT FOLLOW UP CALL ON INVESTIGATION (.1); PREPARE FOR SAME (.5); UPDATE CALL WITH B. TRANSIER (.1). | | | | |
| 04/21/22 | Liou, Jessica | 1.00 | 1,495.00 | 006 | 64487671 |
| | CONFER WITH PACHULSKI, A. PRUGH AND B. BUNCH, P. GENENDER REGARDING WEIL INVESTIGATION. | | | | |
| 04/21/22 | Bunch, Brittany Nicole | 0.50 | 565.00 | 006 | 64838148 |
| | PREPARE INVESTIGATION SLIDES FOR THIRD PARTIES. | | | | |
| **SUBTOTAL TASK 006 - Investigation:** | | **265.40** | **$292,067.50** | | |
| 03/22/22 | Ha, Frances R. | 3.60 | 3,528.00 | 007 | 64239812 |
| | MEET WITH J. LIOU REGARDING WEIL'S RETENTION APPLICATION RESEARCH (.6); RESEARCH PRECEDENTS AND CASE LAW FOR SPECIAL COMMITTEES RETENTION (3.0). | | | | |
| 03/24/22 | Liou, Jessica | 0.60 | 897.00 | 007 | 64277018 |
| | REVIEW AND RESPOND TO EMAILS FROM F. HA, V&E AND P. GENENDER REGARDING WEIL RETENTION APPLICATION (.6). | | | | |

Special Committee of the Board of Rockall Energy Holdings, LLC - Rockall Energy Holdings, LLC
70157.0003
2022008909

**ITEMIZED SERVICES - 70157.0003 - Rockall Energy Holdings, LLC**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| 03/24/22 | Lee, Kathleen Anne | 5.50 | 2,722.50 | 007 | 64273905 |
| | RESEARCH RETENTION PRECEDENT IN NDTX FOR F. HA (1.2); DRAFT DISCLOSURE TABLE FOR WEIL'S RETENTION APPLICATION (4.1); OBTAIN RETENTION APPLICATIONS FILED IN ROCKALL ENERGY (.2). | | | | |
| 03/25/22 | Lee, Kathleen Anne | 5.60 | 2,772.00 | 007 | 64300921 |
| | ASSIST F. HA WITH WEIL RETENTION APPLICATION, AND FINALIZE DISCLOSURE SCHEDULE FOR WEIL RETENTION (5.4); CORRESPOND WITH F. HA REGARDING RETENTION APPLICATION (.2). | | | | |
| 03/28/22 | Ha, Frances R. | 1.00 | 980.00 | 007 | 64310297 |
| | DRAFT WEIL RETENTION APPLICATION. | | | | |
| 03/29/22 | Lee, Kathleen Anne | 1.20 | 594.00 | 007 | 64302874 |
| | ASSIST F. HA WITH WEIL RETENTION APPLICATION. | | | | |
| 04/04/22 | Liou, Jessica | 0.40 | 598.00 | 007 | 64358737 |
| | CONFER WITH F. HA REGARDING RETENTION APPLICATION AND QUESTIONS REGARDING DISCLOSURE SCHEDULES. | | | | |
| 04/04/22 | Ha, Frances R. | 3.50 | 3,430.00 | 007 | 64390291 |
| | REVIEW AND REVISE WEIL'S RETENTION APPLICATION (3.2); CORRESPOND WITH J. LIOU REGARDING EDITS TO SAME (.3). | | | | |
| 04/05/22 | Liou, Jessica | 0.60 | 897.00 | 007 | 64374852 |
| | REVIEW RETENTION APPLICATION (.3); CONFIRM WITH F. HA REGARDING QUESTIONS AND ISSUES RE SAME (.3). | | | | |
| 04/07/22 | Liou, Jessica | 0.50 | 747.50 | 007 | 64389828 |
| | REVIEW PROPOSED INTERIM COMPENSATION PROCEDURES (.2); EMAILS WITH P. GENENDER REGARDING QUESTIONS ON INTERIM COMPENSATION PROCEDURES (.3). | | | | |
| 04/07/22 | Ha, Frances R. | 3.50 | 3,430.00 | 007 | 64390380 |

Special Committee of the Board of Rockall Energy Holdings, LLC - Rockall Energy Holdings, LLC
70157.0003
2022008909

**ITEMIZED SERVICES - 70157.0003 - Rockall Energy Holdings, LLC**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| | REVIEW, DRAFT, AND REVISE WEIL RETENTION APPLICATION AND LIOU DECLARATION (1.5); FINALIZE CONFLICTS DISCLOSURE SCHEDULE (2). | | | | |
| 04/13/22 | Liou, Jessica | 0.50 | 747.50 | 007 | 64439707 |
| | CONFER WITH F. HA (.1); CONFER WITH P. GENENDER (.1); EMAILS WITH D. WARNER AND A. CHESSLER REGARDING WEIL RETENTION APPLICATION DISCLOSURE SCHEDULE (.3). | | | | |
| 04/13/22 | Ha, Frances R. | 1.20 | 1,176.00 | 007 | 64430317 |
| | REVIEW OCP MOTION (.5); AND DISCLOSURE SCHEDULE (.5); FOR WEIL RETENTION PURPOSES AND CORRESPOND WITH J. LIOU REGARDING SAME (.2). | | | | |
| 04/14/22 | Liou, Jessica | 1.60 | 2,392.00 | 007 | 64443947 |
| | REVIEW WEIL RETENTION APPLICATION (.4); AND CONFER WITH P. GENENDER AND D. WARNER REGARDING SAME (.4); CONFER WITH A. CHESSLER REGARDING SAME (.8). | | | | |
| 04/14/22 | Genender, Paul R. | 0.20 | 295.00 | 007 | 64442712 |
| | REVIEW RETENTION APPLICATION. | | | | |
| 04/14/22 | Ha, Frances R. | 0.60 | 588.00 | 007 | 64445676 |
| | REVIEW AND AND RESPOND TO EMAILS FROM J. LIOU REGARDING WEIL'S RETENTION APPLICATION. | | | | |
| 04/14/22 | Lee, Kathleen Anne | 0.60 | 297.00 | 007 | 64441555 |
| | PROVIDE P. FABSIK WITH INTERIM COMPENSATION MOTION AND SUMMARIZE POTENTIAL DEADLINES AND SERVICE REQUIREMENTS FOR SAME. | | | | |
| 04/15/22 | Liou, Jessica | 1.50 | 2,242.50 | 007 | 64448831 |
| | REVIEW AND REVISE WEIL RETENTION APPLICATION. | | | | |
| 04/16/22 | Ha, Frances R. | 4.20 | 4,116.00 | 007 | 64445804 |
| | REVIEW AND REVISE DRAFT WEIL'S RETENTION APPLICATION PER J. LIOU'S COMMENTS (2.7); AND CONDUCT LEGAL RESEARCH REGARDING SAME (1.5). | | | | |

Special Committee of the Board of Rockall Energy Holdings, LLC - Rockall Energy Holdings, LLC
70157.0003
2022008909

**ITEMIZED SERVICES - 70157.0003 - Rockall Energy Holdings, LLC**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| 04/17/22 | Ha, Frances R. | 2.00 | 1,960.00 | 007 | 64445749 |
| | REVIEW AND REVISE DRAFT WEIL'S RETENTION APPLICATION PER J. LIOU'S COMMENTS (.8); AND CONDUCT RELEVANT LEGAL RESEARCH REGARDING SAME (1.1); AND SEND TO J. LIOU FOR REVIEW (.1). | | | | |
| 04/18/22 | Liou, Jessica | 1.70 | 2,541.50 | 007 | 64457359 |
| | EMAIL P. GENENDER REGARDING RETENTION APPLICATION (.2); CONFER WITH L. KANZER REGARDING RETENTION ISSUES (.1); EMAIL P. GENENDER REGARDING SAME (.4); CONFER WITH P. GENENDER AND F. HA REGARDING WEIL RETENTION APPLICATION (.4); REVIEW AND COMMENT ON FURTHER REVISED WEIL RETENTION APPLICATION (.2); AND CONFER WITH F. HA REGARDING SAME (.1); CONFER WITH F. HA REGARDING WEIL RETENTION APPLICATION (.3). | | | | |
| 04/18/22 | Ha, Frances R. | 5.00 | 4,900.00 | 007 | 64452617 |
| | REVIEW AND REVISE DRAFT WEIL RETENTION APPLICATION PER J. LIOU'S COMMENTS AND CONDUCT RELEVANT LEGAL RESEARCH REGARDING RELEVANT LOCAL RULES (4.6) CORRESPOND WITH J. LIOU REGARDING SAME (.4). | | | | |
| 04/19/22 | Liou, Jessica | 0.20 | 299.00 | 007 | 64838145 |
| | REVIEW EMAIL TO F. HA REGARDING WEIL RETENTION APPLICATION. | | | | |
| 04/19/22 | Ha, Frances R. | 3.10 | 3,038.00 | 007 | 64569213 |
| | RESEARCH J. LIOU QUESTIONS REGARDING WEIL RETENTION APPLICATIONS (2.3); CORRESPOND WITH J. FRIEDMAN REGARDING SAME (.4); REVISE WEIL'S DRAFT RETENTION APPLICATION ACCORDINGLY AND BASED ON J. LIOU'S COMMENTS (.4). | | | | |
| 04/20/22 | Liou, Jessica | 0.70 | 1,046.50 | 007 | 64475357 |
| | REVIEW AND COMMENT ON WEIL RETENTION APPLICATION (.7). | | | | |
| 04/21/22 | Liou, Jessica | 2.20 | 3,289.00 | 007 | 64838147 |
| | CONFER WITH B. TRANSIER AND P. GENENDER REGARDING RETENTION ISSUES (.3); REVIEW AND COMMENT ON RETENTION APPLICATION (.3); REVIEW AND REVISE WEIL RETENTION APPLICATION AND CONFER WITH F. HA REGARDING QUESTIONS REGARDING SAME (1.3); CONFER WITH P. GENENDER REGARDING RETENTION ISSUES (.3). | | | | |

Special Committee of the Board of Rockall Energy Holdings, LLC - Rockall Energy Holdings, LLC
70157.0003
2022008909

**ITEMIZED SERVICES - 70157.0003 - Rockall Energy Holdings, LLC**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| 04/22/22 | Liou, Jessica | 0.60 | 897.00 | 007 | 64496303 |
| | REVIEW RETENTION APPLICATION AND RETENTION-RELATED ISSUES (.3); EMAIL P. GENENDER AND F. HA REGARDING STATUS OF RETENTION APPLICATION (.3). | | | | |
| 04/22/22 | Ha, Frances R. | 2.00 | 1,960.00 | 007 | 64569280 |
| | REVIEW AND REVISE WEIL'S RETENTION APPLICATION. | | | | |
| 04/23/22 | Liou, Jessica | 1.60 | 2,392.00 | 007 | 64495904 |
| | REVIEW AND FURTHER REVISE RETENTION APPLICATION. | | | | |
| 04/24/22 | Liou, Jessica | 0.80 | 1,196.00 | 007 | 64496142 |
| | REVIEW AND FURTHER REVISE RETENTION APPLICATION. | | | | |
| 04/24/22 | Ha, Frances R. | 6.80 | 6,664.00 | 007 | 64569445 |
| | CONDUCT RESEARCH AND REVIEW AND REVISE WEIL'S RETENTION APPLICATION AND DRAFT B. TRANSIER'S DECLARATION. | | | | |
| 04/25/22 | Liou, Jessica | 4.80 | 7,176.00 | 007 | 64506825 |
| | REVIEW REVISED RETENTION APPLICATION (.3); EMAIL F. HA REGARDING SAME (.3); CONFER WITH F. HA REGARDING FURTHER REVISIONS AND COMMENTS TO WEIL RETENTION APPLICATION (.9); REVIEW ISSUES RELATING TO ROCKALL RETENTION APPLICATION (.4); CONFER WITH F. HA REGARDING RETENTION ISSUES (.9); CONFER WITH F. HA REGARDING ROCKALL RETENTION APPLICATION (.8); FURTHER REVIEW AND REVISE RETENTION APPLICATION AND EMAILS TO F. HA REGARDING SAME (1.2). | | | | |
| 04/25/22 | Genender, Paul R. | 1.10 | 1,622.50 | 007 | 64838153 |
| | REVIEW WEIL RETENTION APPLICATION. | | | | |
| 04/25/22 | Ha, Frances R. | 5.50 | 5,390.00 | 007 | 64569251 |
| | CORRESPOND WITH J. LIOU REGARDING WEIL'S RETENTION APPLICATION (.7); REVIEW AND REVISE WEIL'S RETENTION APPLICATION (4.8). | | | | |
| 04/25/22 | Lee, Kathleen Anne | 0.40 | 198.00 | 007 | 64548139 |

Special Committee of the Board of Rockall Energy Holdings, LLC - Rockall Energy Holdings, LLC
70157.0003
2022008909

**ITEMIZED SERVICES - 70157.0003 - Rockall Energy Holdings, LLC**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| | ASSIST F. HA WITH WEIL RETENTION DISCLOSURE SCHEDULE. | | | | |
| 04/26/22 | Liou, Jessica | 1.50 | 2,242.50 | 007 | 64514061 |
| | CONFER WITH F. HA REGARDING RETENTION APPLICATION (.2); EMAIL V&E REGARDING SAME (.1); CONFER WITH A. CHESSLER REGARDING DISCLOSURES FOR WEIL RETENTION APPLICATION (.5); CONFER WITH A. CHESSLER REGARDING RETENTION APPLICATION (.2); CONFER WITH F. HA REGARDING SAME (.3); CONFER WITH F. HA REGARDING RETENTION APPLICATION (.2). | | | | |
| 04/26/22 | Genender, Paul R. | 0.20 | 295.00 | 007 | 64838302 |
| | FOLLOW UP ON RETENTION APPLICATION AND OBJECTIONS. | | | | |
| 04/27/22 | Genender, Paul R. | 0.10 | 147.50 | 007 | 64838303 |
| | ATTENTION TO RETENTION APPLICATION. | | | | |
| 04/29/22 | Liou, Jessica | 1.00 | 1,495.00 | 007 | 64546916 |
| | CONFER WITH L. KANZER REGARDING ROCKALL RETENTION ISSUES (.5); MULTIPLE EMAILS WITH F. HA REGARDING FILING AND FINALIZING WEIL RETENTION APPLICATION (.5). | | | | |
| 04/29/22 | Genender, Paul R. | 0.30 | 442.50 | 007 | 64548121 |
| | FINALIZE RETENTION APPLICATION. | | | | |
| 05/18/22 | Fabsik, Paul | 0.50 | 215.00 | 007 | 64688574 |
| | CONDUCT RESEARCH RE: FEE STATEMENTS IN THE NORTHERN DISTRICT OF TEXAS. | | | | |
| 05/19/22 | Friedman, Julie T. | 0.80 | 556.00 | 007 | 64698542 |
| | REVIEW INVOICE FOR COMPLIANCE WITH U.S. TRUSTEE GUIDELINES. | | | | |
| 05/19/22 | Ha, Frances R. | 0.30 | 294.00 | 007 | 64692718 |
| | MONITOR THE DOCKET FOR ANY ISSUES/OBJECTIONS RE WEIL'S RETENTION APPLICATION AND CORRESPOND WITH THE TEAM REGARDING THE SAME. | | | | |
| 05/23/22 | Liou, Jessica | 0.10 | 149.50 | 007 | 64734101 |

Special Committee of the Board of Rockall Energy Holdings, LLC - Rockall Energy Holdings, LLC
70157.0003
2022008909

**ITEMIZED SERVICES - 70157.0003 - Rockall Energy Holdings, LLC**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| | CONFER WITH F. HA RE STATUS OF WEIL RETENTION APPLICATION. | | | | |
| 05/24/22 | Liou, Jessica | 0.20 | 299.00 | 007 | 64737122 |
| | CONFER WITH F. HA RE FEE APPLICATIONS. | | | | |
| 05/24/22 | Fabsik, Paul | 1.50 | 645.00 | 007 | 64724839 |
| | ASSIST WITH RESEARCH RE: MONTHLY AND FINAL FEE APPLICATIONS FILED IN THE NORTHERN DISTRICT OF TEXAS. | | | | |
| 05/25/22 | Liou, Jessica | 0.40 | 598.00 | 007 | 64748489 |
| | EMAIL WITH V&E RE WEIL RETENTION APPLICATION; CONFER WITH F. HA RE PREPARATION OF FEE APPLICATION. | | | | |
| 05/25/22 | Friedman, Julie T. | 0.60 | 417.00 | 007 | 64769752 |
| | REVIEW INVOICE FOR COMPLIANCE WITH U. S. TRUSTEE GUIDELINES. | | | | |
| 05/25/22 | Fabsik, Paul | 2.80 | 1,204.00 | 007 | 64738628 |
| | REVIEW INVOICE FOR COMPLIANCE WITH U.S. TRUSTEES GUIDELINES. | | | | |
| 05/27/22 | Friedman, Julie T. | 0.50 | 347.50 | 007 | 64769858 |
| | REVIEW INVOICE FOR COMPLIANCE WITH U. S. TRUSTEE GUIDELINES. | | | | |
| 05/27/22 | Ha, Frances R. | 1.00 | 980.00 | 007 | 64932926 |
| | REVIEW INVOICE AND REDACT FOR PRIVILEGE AND TO COMPLY WITH THE UST GUIDELINES. | | | | |
| 05/27/22 | Fabsik, Paul | 0.40 | 172.00 | 007 | 64755435 |
| | PREPARE AND REVISE FIRST MONTHLY FEE STATEMENT. | | | | |
| 05/31/22 | Liou, Jessica | 1.90 | 2,840.50 | 007 | 64789334 |
| | REVIEW INVOICE AND REDACT FOR PRIVILEGE. | | | | |
| 06/01/22 | Liou, Jessica | 0.30 | 448.50 | 007 | 64806809 |

Special Committee of the Board of Rockall Energy Holdings, LLC - Rockall Energy Holdings, LLC
70157.0003
2022008909

**ITEMIZED SERVICES - 70157.0003 - Rockall Energy Holdings, LLC**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| | REVIEW AND REVISE WEIL FEE STATEMENT FOR COMPLIANCE WITH LOCAL RULES AND US TRUSTEE GUIDELINES. | | | | |
| 06/01/22 | Fabsik, Paul | 2.50 | 1,075.00 | 007 | 64801547 |
| | REVISE WEIL FEE STATEMENT FOR COMPLIANCE WITH LOCAL RULES AND US TRUSTEE GUIDELINES. | | | | |
| 06/02/22 | Friedman, Julie T. | 1.10 | 764.50 | 007 | 64828149 |
| | REVIEW FEE STATEMENT AND CONDUCT RESEARCH REGARDING SAME. | | | | |
| 06/02/22 | Friedman, Julie T. | 2.00 | 1,390.00 | 007 | 64828193 |
| | REVIEW INVOICE FOR COMPLIANCE WITH US TRUSTEE GUIDELINES. | | | | |
| 06/02/22 | Fabsik, Paul | 2.60 | 1,118.00 | 007 | 64807506 |
| | REVISE WEIL FEE STATEMENT FOR COMPLIANCE WITH LOCAL RULES AND US TRUSTEE GUIDELINES. | | | | |
| 06/03/22 | Friedman, Julie T. | 1.80 | 1,251.00 | 007 | 64828179 |
| | REVIEW INVOICE FOR COMPLIANCE WITH US TRUSTEE GUIDELINES. | | | | |
| 06/07/22 | Fabsik, Paul | 1.30 | 559.00 | 007 | 64839866 |
| | REVISE WEIL FEE STATEMENT FOR COMPLIANCE WITH LOCAL RULES AND US TRUSTEE GUIDELINES. | | | | |
| 06/08/22 | Friedman, Julie T. | 0.70 | 486.50 | 007 | 64855479 |
| | REVIEW FEE STATEMENT AND COMMENT ON SAME FOR COMPLIANCE WITH LOCAL RULES AND US TRUSTEE GUIDELINES. | | | | |
| **SUBTOTAL TASK 007 - Retention/Fee Applications: Weil:** | | **101.30** | **$97,452.00** | | |
| **Total Fees Due** | | **424.00** | **$459,602.00** | | |

# Exhibit H

## Expense Detail

Special Committee of the Board of Rockall Energy Holdings, LLC - Rockall Energy Holdings, LLC
70157.0003
2022008909

## ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 03/09/22 | WGM, Firm<br>DUPLICATING<br>256 COLOR PRINT(S) MADE IN NEW YORK BETWEEN 03/02/2022 TO 03/05/2022 | S011 | 40959710 | 128.00 |
| 03/09/22 | WGM, Firm<br>DUPLICATING<br>66 PRINT(S) MADE IN NEW YORK BETWEEN 03/02/2022 TO 03/05/2022 | S117 | 40959715 | 9.90 |
| 03/29/22 | WGM, Firm<br>DUPLICATING<br>8 PAGES SCANNED IN NEW YORK CITY BETWEEN 03/22/2022 TO 03/22/2022 | S016 | 40958973 | 0.80 |
| 03/31/22 | De Santis, Elena<br>TRANSPORTATION - LOCAL MEETING<br>INVOICE#: CREX5072240003311208; DATE: 3/31/2022 - LOCAL TAXI, MAR 29, 2022 - CAR HOME AFTER LATE NIGHT | H165 | 40957628 | 50.03 |
| 04/05/22 | De Santis, Elena<br>COMPUTERIZED RESEARCH<br>INVOICE#: 3.3.22.TEXAS SECRETARY.#112534887; DATE: 03/03/2022 - TEXAS SECRETARY DOCUMENTS REQUESTED. | H062 | 40962983 | 4.00 |
| 04/05/22 | De Santis, Elena<br>COMPUTERIZED RESEARCH<br>INVOICE#: 3.3.22.TEXAS SECRETARY; DATE: 03/03/2022 - TEXAS SECRETARY SERVICE BUREAU FEE | H062 | 40962985 | 0.11 |
| 04/12/22 | WGM, Firm<br>DUPLICATING<br>11 PAGES SCANNED IN NEW YORK CITY BETWEEN 04/06/2022 TO 04/06/2022 | S016 | 40971174 | 1.10 |

Special Committee of the Board of Rockall Energy Holdings, LLC - Rockall Energy Holdings, LLC
70157.0003
2022008909

## ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 04/19/22 | Bunch, Brittany Nicole<br>COMPUTERIZED RESEARCH<br>DALLAS WESTLAW - BUNCH,BRITTANY 03/18/2022 TRANSACTIONS: 7 | S061 | 40976241 | 41.82 |
| 04/19/22 | Bunch, Brittany Nicole<br>COMPUTERIZED RESEARCH<br>DALLAS WESTLAW - BUNCH,BRITTANY 03/30/2022 TRANSACTIONS: 3 | S061 | 40976203 | 20.91 |
| 04/20/22 | Houston Office, H<br>DUPLICATING<br>58 PRINT(S) MADE IN HOUSTON BETWEEN 04/18/2022 TO 04/18/2022 | S117 | 40990139 | 8.70 |
| 04/21/22 | De Santis, Elena<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - DE SANTIS,ELENA 03/09/2022 TRANSACTIONS: 12 | S061 | 40981947 | 109.45 |
| 04/21/22 | Momplaisir, Krystel<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - MOMPLAISIR,KRYSTEL 03/17/2022 TRANSACTIONS: 13 | S061 | 40981948 | 109.45 |
| 04/21/22 | De Santis, Elena<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - DE SANTIS,ELENA 03/19/2022 TRANSACTIONS: 1 | S061 | 40981921 | 21.89 |
| 04/21/22 | De Santis, Elena<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - DE SANTIS,ELENA 03/26/2022 TRANSACTIONS: 3 | S061 | 40981922 | 21.89 |
| 04/26/22 | Genender, Paul R.<br>COMPUTERIZED RESEARCH<br>PACER USAGE REPORT - NEW YORK OFFICE - MARCH 2022 | S061 | 40988749 | 7.80 |

Special Committee of the Board of Rockall Energy Holdings, LLC - Rockall Energy Holdings, LLC
70157.0003
2022008909

**ITEMIZED DISBURSEMENTS**

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 04/26/22 | Ha, Frances R.<br>COMPUTERIZED RESEARCH<br>PACER USAGE REPORT - NEW YORK OFFICE - MARCH 2022 | S061 | 40988614 | 27.40 |
| 04/26/22 | Genender, Paul R.<br>COMPUTERIZED RESEARCH<br>PACER USAGE REPORT - DALLAS OFFICE - MARCH 2022 | S061 | 40987021 | 8.80 |
| 05/20/22 | Lee, Kathleen Anne<br>COMPUTERIZED RESEARCH<br>PACER USAGE REPORT - NEW YORK OFFICE - APRIL 2022 | S061 | 41014550 | 4.60 |
| 05/20/22 | Ha, Frances R.<br>COMPUTERIZED RESEARCH<br>PACER USAGE REPORT - NEW YORK OFFICE - APRIL 2022 | S061 | 41014341 | 75.50 |
| | **TOTAL DISBURSEMENTS** | | | **$652.15** |

# Exhibit H

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| GWG Holdings, Inc., *et al.*,[1] | ) | Case No. 22-90032 (MI) |
| Debtors. | ) | (Jointly Administered) |

# SUMMARY COVER SHEET TO THE FIFTH INTERIM AND FINAL FEE APPLICATION OF KATTEN MUCHIN ROSENMAN LLP FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES AS ATTORNEYS TO DEBTOR GWG HOLDINGS, INC., ON BEHALF OF AND AT THE SOLE DIRECTION OF THE INDEPENDENT DIRECTORS, FOR THE (I) FIFTH FEE INTERIM PERIOD FROM MAY 1, 2023 THROUGH AND INCLUDING JUNE 20, 2023, AND (II) TOTAL FEE PERIOD FROM JUNE 20, 2022 THROUGH AND INCLUDING JUNE 20, 2023

| **Name of Applicant:** | Katten Muchin Rosenman LLP | |
|---|---|---|
| **Applicant's Role in Case:** | Attorneys to Debtor GWG Holdings, Inc., on Behalf of and at the Sole Direction of Jeffrey S. Stein and Anthony R. Horton,[2] as the Independent Directors of the board of directors of GWGH (the "Board"), and members of the Investigations Committee of the Board (the "Investigations Committee") and Special Committee of the Board (the "Special Committee") | |
| **Docket No. of Employment Order(s):** | 687 | |
| **Interim Application (X) No. 5th**<br>**Final Application (X)** | Fifth Interim and Final Application | |
| **Fifth Interim Fee Period** | | |
| | **Beginning Date** | **End of Period** |
| **Time period covered by this Application for which interim compensation has not previously been awarded:** | May 1, 2023 | June 20, 2023 |
| **Were the services provided necessary to the administration of or beneficial at the time** | | |

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: GWG Holdings, Inc. (2607); GWG Life, LLC (6955); GWG Life USA, LLC (5538); GWG DLP Funding IC, LLC (2589); GWG DLP Funding VI, LLC (6955); and GWG DLP Funding Holdings VI, LLC (6955). The location of Debtor GWG Holdings, Inc.'s principal place of business and the Debtors' service address is 325 N. St. Paul Street, Suite 2650 Dallas, Texas 75201. Further information regarding the Debtors and these Chapter 11 cases is available at the website of the Debtors' claims and noticing agent: https://donlinrecano.com/gwg.

[2] David F. Chavenson served as an Independent Director and member of the Special Committee until his resignation from the Board on November 16, 2022.

| |
|---|
| **rendered toward the completion of the case? (Y)** |
| **Were the services performed in a reasonable amount of time commensurate with the complexity, importance and nature of the issues addressed? (Y)** |
| **Is the requested compensation reasonable based on the customary compensation charged by comparably skilled practitioners in other non-bankruptcy cases? (Y)** |
| **Do expense reimbursements represent actual and necessary expenses incurred? (Y)** |

| **Compensation Breakdown for Fifth Interim Fee Period** | |
|---|---|
| **Total attorney fees requested in this Application:** | $892,445.50 |
| **Total attorney hours covered by this Application:** | 738.80 |
| **Average hourly rate for attorneys:** | $1,249.44 |
| **Total paraprofessional fees requested in this Application:** | $9,785 |
| **Total paraprofessional hours covered by this Application:** | 22.50 |
| **Average hourly rate for paraprofessionals:** | $460 |
| **Total fees requested in this Application:** | $902,230.50[3] |
| **Total expense reimbursements requested in this Application:** | $24,912.68[4] |
| **Total fees and expenses requested in this Application:** | **$927,143.18** |
| **Total fees and expenses awarded in all prior Applications:** | $8,640,423.09 |

**Plan Status:** On June 20, 2023, the Court entered an order approving the Plan. The Effective Date of the Plan was on August 1, 2023.

**Primary Benefits:**

On June 15, 2023, the Court confirmed the Plan at a fully consensual confirmation hearing. The Debtors, Katten, and other creditor constituents worked diligently for over a year to achieve such result. Katten's work on behalf of the Special Committee and Investigations Committee was integral to the post-emergence structure embodied in the Plan.

| **Total Fee Period** | | |
|---|---|---|
| | **Beginning Date** | **End of Period** |
| **Time period covered by this Application:** | June 20, 2022 | June 20, 2023 |

| |
|---|
| **Were the services provided necessary to the administration of or beneficial at the time rendered toward the completion of the case? (Y)** |
| **Were the services performed in a reasonable amount of time commensurate with the complexity, importance and nature of the issues addressed? (Y)** |
| **Is the requested compensation reasonable based on the customary compensation charged by** |

[3] Katten has voluntarily written off timekeepers billing under three hours during the Fifth Interim Fee Period in the total amount of $13,869.50 as a courtesy to the Debtors' estates.

[4] Katten has voluntarily written off Business Meals during the Fifth Interim Fee Period in the total amount of $14,441.66 as a courtesy to the Debtors' estates.

| | |
|---|---|
| **comparably skilled practitioners in other non-bankruptcy cases? (Y)** | |
| **Do expense reimbursements represent actual and necessary expenses incurred? (Y)** | |
| **Compensation Breakdown for Total Fee Period** | |
| **Total attorney fees requested in this Application:** | $16,823,049.50 |
| **Total attorney hours covered by this Application:** | 15,492.00 |
| **Average hourly rate for attorneys:** | $991.04 |
| **Total paraprofessional fees requested in this Application:** | $189,933.00 |
| **Total paraprofessional hours covered by this Application:** | 488.20 |
| **Average hourly rate for paraprofessionals:** | $408 |
| **Total fees requested in this Application:** | $17,012,982.50[5] |
| **Total expense reimbursements requested in this Application:** | $202,188.96[6] |
| **Total fees and expenses requested in this Application:** | **$17,215,171.46** |
| **Total fees and expenses awarded in all prior Applications:** | $8,640,423.09 |
| **Plan Status:** On June 20, 2023, the Court entered an order approving the Plan. The Effective Date of the Plan was on August 1, 2023. | |

**Primary Benefits:** As attorneys to Debtor GWG Holdings, Inc., on behalf of and at the sole direction of the Independent Directors Jeffrey S. Stein and Anthony R. Horton, Katten[7] diligently and effectively represented the Independent Directors during the period of June 20, 2022 through and including June 20, 2023 (the "Total Fee Period") on a wide variety of complex restructuring matters and issues during the chapter 11 cases (the "Chapter 11 Cases"), including (a) advising the Special Committee and Investigations Committee in matters concerning related parties, including all issues with The Beneficient Company Group, L.P.; (b) negotiating with the Debtors, the Bondholder Committee, L Bond Management, and the Ad Hoc Committee of Broker/Dealers regarding terms of the Plan; (c) assisting in drafting various Plan documents, including the Plan, the Disclosure Statement, the Bondholder Statement, the trust agreements and various other documents; (d) participating in mediation sessions before United States Bankruptcy Judge David R. Jones; (e) conducting an extensive, months long investigation into the Company's prepetition transactions with related parties, leading to the resignations of the Debtors' Chief Executive Officer and Chief Financial Officer and certain board members; (f) facilitating resolutions to contested matters throughout the Chapter 11 Cases, including related to the Bondholder Committee's Standing Motion and Insurance Comfort Motion; (g) preparing for and attending hearings throughout the Chapter 11 Cases, and preparing for Mr. Stein's testimony; (h) defending Mr. Stein's July 15, 2022 and October 10, 2022 depositions; and (i) coordinating with advisors for the Plan Proponents to facilitate a consensual confirmation hearing.

5 As a courtesy to the Debtors' estates, creditors, and other stakeholders, Katten voluntarily wrote off certain fees on each monthly fee statement during the Total Fee Period. Further, during this engagement, certain Katten attorneys did not bill all their time.

6 As a courtesy to the Debtors' estates, creditors, and other stakeholders, Katten voluntarily wrote off certain categories of expenses in each monthly fee statement during the Total Fee Period.

7 Capitalized terms used in the Summary Cover Sheet but not otherwise defined have the meaning ascribed to such terms in the Fee Application.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GWG Holdings, Inc., *et al.*,[1] | ) | Case No. 22-90032 (MI) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**FIFTH INTERIM AND FINAL FEE APPLICATION OF KATTEN MUCHIN ROSENMAN LLP FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES AS ATTORNEYS TO DEBTOR GWG HOLDINGS, INC., ON BEHALF OF AND AT THE SOLE DIRECTION OF THE INDEPENDENT DIRECTORS, FOR THE (I) FIFTH INTERIM FEE PERIOD FROM MAY 1, 2023 THROUGH AND INCLUDING JUNE 20, 2023, AND (II) TOTAL FEE PERIOD FROM JUNE 20, 2022 THROUGH AND INCLUDING JUNE 20, 2023**

**If you object to the relief requested, you must respond in writing. Unless otherwise directed by the Court, you must file your response electronically at https://ecf.txsb.uscourts.gov/ within twenty-one days from the date this motion was filed. If you do not have electronic filing privileges, you must file a written objection that is actually received by the clerk within twenty-one days from the date this motion was filed. Otherwise, the Court may treat the pleading as unopposed and grant the relief requested.**

Katten Muchin Rosenman LLP ("Katten"), attorneys for debtor GWG Holdings, Inc. (the "Debtor" or "GWGH" and, together with its debtor affiliates, collectively, the "Debtors" or "GWG"), on behalf of and at the sole direction of Jeffrey S. Stein and Anthony R. Horton[2] (each, an "Independent Director" and, together, the "Independent Directors"), as the Independent Directors of the board of directors of GWGH (the "Board"), and members of the Investigations

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: GWG Holdings, Inc. (2607); GWG Life, LLC (6955); GWG Life USA, LLC (5538); GWG DLP Funding IC, LLC (2589); GWG DLP Funding VI, LLC (6955); and GWG DLP Funding Holdings VI, LLC (6955). The location of Debtor GWG Holdings, Inc.'s principal place of business and the Debtors' service address is 325 N. St. Paul Street, Suite 2650 Dallas, Texas 75201. Further information regarding the Debtors and these Chapter 11 cases is available at the website of the Debtors' claims and noticing agent: https://donlinrecano.com/gwg.

[2] David F. Chavenson served as an Independent Director and member of the Special Committee until his resignation from the Board on November 16, 2022.

Committee of the Board (the "Investigations Committee") and the Special Committee of the Board (the "Special Committee"), hereby submits its *Fifth Interim and Final Fee Application of Katten Muchin Rosenman LLP for Allowance and Payment of Fees and Expenses as Attorneys to Debtor GWG Holdings, Inc., on Behalf of and At the Sole Direction of the Independent Directors, for the (I) Fifth Interim Fee Period from May 1, 2023 Through and Including June 20, 2023, and (II) Total Fee Period from June 20, 2022 Through and Including June 20, 2023* (the "Fee Application") for (i) allowance and approval of compensation in the amount of $902,230.50[3] and reimbursement of actual and necessary expenses in the amount of $24,912.68[4] that Katten incurred for the period from May 1, 2023 through and including June 20, 2023 (the "Fifth Interim Fee Period"), and (ii) allowance and approval on a final basis of compensation in the amount of $17,012,982.50[5] and reimbursement of actual and necessary expenses in the amount of $202,188.96[6] that Katten incurred for the period from June 20, 2022 through and including June 20, 2023 (the "Total Fee Period"). In support of this Fee Application, Katten submits the declaration of Steven J. Reisman, a partner at Katten (the "Reisman Declaration"), attached hereto as **Exhibit A** and incorporated herein by reference, and respectfully states as follows:

## Preliminary Statement

1. During the Total Fee Period, Katten diligently and efficiently represented the Independent Directors with respect to a variety of complex matters and issues in these chapter 11 cases (the "Chapter 11 Cases"), including, without limitation:

[3] Katten has voluntarily written off timekeepers billing under three hours during the Fifth Interim Fee Period in the total amount of $13,869.50 as a courtesy to the Debtors' estates.

[4] Katten has voluntarily written off Business Meals during the Fifth Interim Fee Period in the total amount of $14,441.66 as a courtesy to the Debtors' estates.

[5] As a courtesy to the Debtors' estates, creditors, and other stakeholders, Katten voluntarily wrote off certain fees on each monthly fee statement during the Total Fee Period. Further, during this engagement, certain Katten attorneys did not bill all their time.

[6] As a courtesy to the Debtors' estates, creditors, and other stakeholders, Katten voluntarily wrote off certain categories of expenses in each monthly fee statement during the Total Fee Period.

a. participating in negotiations on terms of the *Debtors' Further Modified Second Amended Joint Chapter 11 Plan, Submitted By the Debtors, the Bondholder Committee, and L Bond Management, LLC as Co-Proponents* [Docket No. 1678] (the "Plan")[7] on behalf of the Independent Directors, and reviewing, analyzing, and providing comments on various restructuring documents including the Plan, Disclosure Statement, Bondholder Statement, Litigation Trust Agreement, Wind Down Trust Agreement, the Schedule of Retained Causes of Action, and other Plan-related documents (collectively, the "Plan Documents"), as well as preparing materials for the Independent Directors in connection therewith;

b. working closely with the Debtors' primary restructuring counsel, Mayer Brown LLP ("Mayer Brown"), financial advisor, FTI Consulting, Inc., and investment banker, PJT Partners, Inc. ("PJT") throughout the Chapter 11 Cases regarding, among other things, the Debtors' potential restructuring frameworks, the Debtors' operations and management, discovery requests and other matters relating to the Investigations Committee's independent investigation into the Company's prepetition transactions with related parties (the "Investigation") and the parallel investigation by the Official Committee of Bondholders (the "Bondholder Committee"), the Vida DIP Facility, and the drafting of and negotiations over the Plan Documents and mediation;

c. conducting meetings with various creditor groups and their respective advisors, including the Bondholder Committee, L Bond Management, LLC, and the Ad Hoc Committee of Broker/Dealers (the "Ad Hoc Committee") to address key issues in the Chapter 11 Cases, including the Investigation, Plan Documents, and other matters mediated pursuant to the *Order (I) Appointing a Judicial Meditator, (II) Requiring Parties to Maintain Confidentiality of Mediation Communications, and (II) Granting Related Relief* (the "Mediation Order") [Docket No. 1323];

d. reviewing and analyzing various restructuring proposals and negotiating such proposals both before and during the mediations before United States Bankruptcy Judge David R. Jones on January 30, 2023, January 31, 2023, February 27, 2023, February 28, 2023, and June 8, 2023 on behalf of the Independent Directors;

e. coordinating extensively with the Independent Directors' independent financial advisor, Province, LLC ("Province"), in connection with the Investigation;

f. submitting over 100 document and information requests to the Debtors in connection with the Investigation, including documents relating to The Beneficient Company Group L.P. (together with its affiliates, "Beneficient") and documents produced by the Debtors in connection with the investigation by the U.S. Securities and Exchange Commission (the "SEC") and reviewing and analyzing documents provided by the Debtors in connection therewith;

g. submitting document and information requests to other key parties in the Chapter 11 Cases, including Beneficient, former GWG directors, the Bondholder

---

[7] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

Case 23-90020 Document 2143 Filed in TXSB on 09/20/24 Page 18 of 1829
Exhibit H Page 18 of 30

Committee, L Bond Management, and the Ad Hoc Committee, and reviewing and analyzing documents provided by such parties in connection therewith;

h. drafting and issuing the Investigations Committee's motions, pursuant to Federal Rule of Bankruptcy Procedure 2004 (the "2004 Requests") to former GWG directors and former GWG auditors, attending meet-and-confer sessions with opposing counsel, and reviewing documents produced by such parties in connection with the 2004 Requests;

i. preparing for and conducting the depositions of eight witnesses in connection with the Investigation: (1) Roy Bailey, former GWG director (November 1, 2022); (2) Daniel Fine, former GWG director (October 28, 2022, and November 2, 2022); (3) David Glaser, former GWG director (October 13, 2022); (4) Brad Heppner, former GWG Chairman and current CEO of Beneficient (December 15, 2022 and December 16, 2022); (5) Sheldon Stein, former GWG director (October 17, 2022); (6) Bruce Zimmerman, former GWG director (October 26, 2022); (7) Rina Parikh from Grant Thornton LLP, former GWG auditor (December 12, 2022); and (8) Matthew Reiter from Whitley Penn, former GWG auditor (December 21, 2022).

j. preparing for and conducting 33 interviews of former members of the Debtors' management team, former directors, and current and former legal and financial professionals, and other individuals involved with GWG and/or Beneficient in furtherance of the Investigation;

k. preparing, in coordination with Province, a comprehensive report for the Investigations Committee detailing Katten's findings from the Investigation;

l. performing legal research related to issues involving the prepetition historical transactions, confirmation-related requirements under the Bankruptcy Code, the SEC Investigation, the Insurance Comfort Motion, issues related to the Plan, including matters concerning the Investment Company Act of 1940, tax concerns, classification, and the Litigation Trust, FOXO's merger with Delwinds Insurance Acquisition Corp. (the "FOXO SPAC"), and Beneficient's merger with Avalon Acquisition Inc. (the "Beneficient SPAC");

m. reviewing and analyzing pleadings related to the *Motion of the Official Committee of Bondholders of GWG Holdings Inc., et al., for Standing to Prosecute Causes of Action on behalf of the Debtors' Estates* (the "Standing Motion") [Docket No. 1250], the *Debtors' Motion for (I) Entry of an Order Modifying the Automatic Stay and Authorizing Use of Estate Property, to the Extent Applicable, to Allow Payment, Reimbursement, and/or Advancement of Defense Costs Under Insurance Policies and (II) Granting Related Relief* (the "Insurance Comfort Motion") [Docket No. 639]; *Emergency Motion of the Official Committee of Bondholders to Compel the Debtors to Produce Documents in Response to the Committee's Second Request for the Production of Documents* [Docket No. 465] (the "Motion to Compel Documents"); *Debtors' Emergency Motion for Order (A) Approving Debtors' Entry Into Vida Option Agreement in Connection with Financing Transactions and (B) Granting Related Relief* (the "Vida Motion") [Docket No. 821], first day motions for the Chapter 11 filing of the DLP Entities, and various objections to the

Plan and the Disclosure Statement, and conducting meetings with advisors for the Debtors, the Bondholder Committee, and other relevant parties regarding the foregoing;

n. analyzing the Standing Motion and the Order on Motion to Seal (the "Order on Motion to Seal") [Docket No. 1386] and preparing the Independent Directors' response to the Motion to Seal [Docket No. 850];

o. negotiating and engaging in discussions among the Bondholder Committee and the Debtors to narrow the scope and resolve the Insurance Comfort Motion and the Motion to Compel;

p. preparing Mr. Stein for his deposition testimony taken by counsel to the Bondholder Committee related to the Vida DIP Facility and the *Debtors' Motion for Entry of an Order Authorizing (I) Designation of Jeffrey S. Stein as Chief Restructuring Officer, (II) the Appointment of Jeffrey S. Stein and Anthony R. Horton as New Independent Directors, and (III) Granting Related Relief* (the "Independent Director Motion") [Docket No. 430] and related objection by the Bondholder Committee [Docket No. 535], and defending Mr. Stein at the July 15, 2022 and October 10, 2022, depositions;

q. attending the depositions of each witness in connection with the Vida DIP Facility and the Independent Director Motion: (1) Jeffrey S. Stein (July 15, 2022 and October 10, 2022); (2) Peter Laurinaitis of PJT (October 10, 2022); (3) Murray Holland, former Chief Executive Officer (July 14, 2022 and October 22, 2022); and (4) Timothy Evans, former Chief Financial Officer (July 14, 2022), and analyzing issues addressed therein;

r. preparing numerous presentations and related materials for the Independent Directors throughout the Chapter 11 Cases, including with respect to the Shared Services Agreement, Vida DIP Facility, the Investigation, the resignation of GWG's Chief Executive Officer, Chief Financial Officer, and Board members, the SEC disclosure issues, the Disclosure Statement and Plan, the Standing Motion and Order on Motion to Seal, the Insurance Comfort Motion, matters related to the FOXO SPAC and Beneficient SPAC, and various issues mediated pursuant to the Mediation Order;

s. preparing for and attending numerous hearings throughout the Chapter 11 Cases, including with respect to the Independent Director Motion, Vida DIP Facility, the Insurance Comfort Motion, Company management and Board resignations and disclosures to the SEC, the Standing Motion, the Disclosure Statement, and Plan confirmation;

t. preparing the Independent Directors for potential in-court testimony in advance of the hearings on the Disclosure Statement (April 19, 2023 and April 21, 2023) and Plan confirmation (June 15, 2023);

u. conducting meetings on a consistent basis with the Investigations Committee and Special Committee to apprise the Independent Directors of the foregoing matters and issues, and preparing presentation materials and minutes to document same;

v. preparing retention applications for Katten and Province, as well as monthly fee statements and interim fee applications; and

w. attending to calls, correspondence, and other matters in respect of all of the foregoing.

2. With respect to each of these matters and issues, and as described in further detail below, the professional services Katten performed were reasonable, necessary, and appropriate. In light of the complexity of the issues involved in these Chapter 11 Cases, Katten maintained a leanly staffed team comprised of highly qualified attorneys that completed the tasks with which they were charged in an efficient and effective manner. Accordingly, Katten respectfully requests that the Court grant the relief requested herein.

## Jurisdiction and Venue

3. The United States Bankruptcy Court for the Southern District of Texas (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). The Debtor confirms its consent to the entry of a final order by the Court in connection with this Fee Application.

4. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

5. The bases for the relief requested herein are sections 327(a) and 330 of title 11 of the United States Code (the "Bankruptcy Code"), rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), rules 2014-1 and 2016-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "Bankruptcy Local Rules"), the *Order Granting the Application of Debtor GWG Holdings Inc., for Entry of an Order Authorizing Employment and Retention of Katten Muchin Rosenman LLP as Counsel to Debtor GWG Holdings, Inc., on Behalf of and at the Sole Direction of Its Independent Directors, Effective as of June 20, 2022* [Docket No. 687] (the "Retention Order"), and the *Corrected Order (I) Establishing Procedures*

Case 22-90032 Document 1143 Filed in TXSB on 08/11/22 Page 11 of 329

*for Interim Compensation and Reimbursement of Expenses for Professionals, and (II) Granting Related Relief* [Docket No. 378] (the "Interim Compensation Order").

## Background

### I. Commencement of the Chapter 11 Cases

6. On April 20, 2022, GWGH, GWG Life, LLC, and GWG Life USA, LLC (collectively, the "Initial Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code initiating the Initial Debtors' chapter 11 cases. On April 20, 2022, the Court entered an order authorizing the joint administration of the Initial Debtors' chapter 11 cases [Docket No. 18]. On October 31, 2022 (the "DLP Petition Date"), GWG DLP Funding IV, LLC, GWG DLP Funding Holdings VI, LLC, and GWG DLP Funding VI, LLC (collectively, the "DLP Entities" and together with the Initial Debtors, the "Debtors") filed their own voluntary petitions for relief under chapter 11 of the Bankruptcy Code. On the DLP Petition Date, the Court entered an order authorizing the joint administration of the Initial Debtors' and the DLP Entities' cases [Docket No. 970]. The Debtors have continued to operate and manage their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

7. On May 9, 2022, the Office of the United States Trustee for the Southern District of Texas appointed the Bondholder Committee solely with respect to the Initial Debtors [Docket No. 214]. No trustee or examiner has been appointed in the chapter 11 cases.

8. A description of the Debtors' businesses, the reasons for commencing the Chapter 11 Cases, and the relief sought from the Court to allow for a smooth transition into chapter 11 are set forth in the *Declaration of Timothy Evans, Chief Financial Officer of GWG Holdings, Inc., in Support of the Debtors' Chapter 11 Petitions and First Day Motions*, filed on April 20, 2022 [Docket No. 17] and incorporated herein by reference.

9. On June 9, 2022, the Court entered the Interim Compensation Order.

## II. Appointment of the Independent Directors

10. On June 19, 2022 (as subsequently amended and restated on July 13, 2022, and July 17, 2022) the Board unanimously adopted resolutions (a) designating Jeffrey S. Stein as Chief Restructuring Officer, effective June 1, 2022, (b) appointing Jeffrey S. Stein and Anthony R. Horton as Independent Directors of the Board, (c) forming the Investigations Committee and appointing Jeffrey S. Stein and Anthony R. Horton as the sole members thereof, (d) forming the Special Committee and appointing Jeffrey S. Stein, Anthony R. Horton, and David Chavenson as the sole members thereof, and (e) delegating specific authorities to the Investigations Committee and Special Committee, respectively (as subsequently amended and restated, the "Resolutions").

11. On June 20, 2022, the Debtors filed the Independent Director Motion. In support of the Independent Director Motion, the Debtors submitted the *Declaration of Jeffrey S. Stein, Managing Partner of Stein & Holly Advisors Inc., in Support of the Debtors' Motion for Entry of an Order Authorizing (I) Designation of Jeffrey S. Stein as Chief Restructuring Officer, (II) the Appointment of Jeffrey S. Stein and Anthony R. Horton as New Independent Directors, and (III) Granting Related Relief* [Docket No. 431] and the *Declaration of Anthony R. Horton, CEO and Managing Director of AR Horton Advisors, LLC, in Support of the Debtors' Motion for Entry of an Order Authorizing (I) Designation of Jeffrey S. Stein as Chief Restructuring Officer, (II) the Appointment of Jeffrey S. Stein and Anthony R. Horton as New Independent Directors, and (III) Granting Related Relief* [Docket No. 432], each filed on June 20, 2022, and incorporated herein by reference.

12. On July 18, 2022, the Court entered an order approving the Independent Director Motion and authorizing the Debtors to, among other things, (1) appoint the new Independent Directors on the terms set forth in the Resolutions and the Directors' respective engagement agreements, (2) compensate the Independent Directors pursuant to the terms of their respective

engagement agreements and the Resolutions, as applicable, and (3) retain Mr. Stein as Chief Restructuring Officer [Docket No. 594].

13. At the hearing on the Independent Director Motion on July 18, 2022, the Court stated that, as a result of the appointment of the Independent Directors and formation of the Investigations Committee, the Court had "extremely high confidence that the transactions that occurred prior to the petition and the events that have occurred in these cases will be fully scrutinized by completely independent people" and, moreover, "if there has been any wrongdoing by any party with respect to the handling of the affairs of [the Debtors], that can be independently prosecuted by counsel who is charged with doing that."[8]

14. As of June 20, 2022, the Independent Directors engaged Katten to assist the Independent Directors in connection with their duties on the Board and (a) with respect to Messrs. Stein, Horton and Chavenson, their duties as members of the Special Committee[9] and (b) with respect to Messrs. Stein and Horton, their duties as members of the Investigations Committee. Pursuant to that certain engagement letter between the Debtor and Katten, dated as of June 20, 2022 (the "Engagement Letter"), a copy of which is attached hereto as **Exhibit 1** to **Exhibit B** and incorporated herein by reference, Katten agreed to provide advice and legal services to the Independent Directors in connection with these Chapter 11 Cases and such other matters as the Independent Directors may direct the Debtors to request and Katten may agree to handle.

15. On July 29, 2023, Katten filed the *Application to Employ Katten Muchin Rosenman LLP as Counsel to Debtor GWG Holdings, Inc., on Behalf of and at the Sole Direction of the Independent Directors* [Docket No. 649] (the "Retention Application").

---

8 Hr'g Tr., 100:22-25, 101:17-20, July 18, 2022.

9 David F. Chavenson served as an Independent Director and member of the Special Committee until his resignation from the Board on November 16, 2022.

16. On August 23, 2023, the Court entered the Retention Order attached hereto as **Exhibit B**.

17. The Retention Order authorizes GWGH to compensate and reimburse Katten in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules, and the Interim Compensation Order. The Retention Order also authorizes GWGH to compensate Katten at Katten's hourly rates charged for services of this type and to reimburse Katten for Katten's actual and necessary out-of-pocket expenses incurred, subject to application to this Court. The particular terms of Katten's engagement are detailed in the Engagement Letter.

18. The Retention Order authorizes GWGH to retain Katten to provide certain legal services consistent with the Retention Application, Retention Order, and Engagement Letter.

## III. Plan Confirmation

19. On June 20, 2023, the Court entered the *Order (I) Confirming the Debtors' Further Modified Second Amended Joint Chapter 11 Plan, Submitted By the Debtors, the Bondholder Committee, and L Bond Management, LLC as Co Proponents, and (II) Granting Related Relief* [Docket No. 1952] (the "Confirmation Order") confirming the Plan. The Confirmation Order requires Katten, as a Professional asserting a Professional Fee Claim, to file a final fee application no later than 60 days after the entry of the Confirmation Order.

### No Adverse Interest

20. As disclosed in the *Declaration of Steven J. Reisman in Support of the Application of Debtor GWG Holdings, Inc., for Entry of an Order Authorizing Employment and Retention of Katten Muchin Rosenman LLP as Counsel to Debtor GWG Holdings, Inc., on Behalf of and At the Sole Direction of the Independent Directors, Effective as of June 20, 2022*, attached as Exhibit B to the Retention Application (collectively, with any supplemental declarations filed thereafter, the "Declarations"), Katten: (a) does not hold or represent an interest adverse to the Debtors or their

respective estates with respect to the matters on which Katten was retained, and (b) has no connection to the Debtors, their affiliates, their creditors, or other parties in interest, except as may be disclosed in the Declarations.

21. Katten may have represented, may currently represent, and may in the future represent parties in interest in connection with matters unrelated to these Chapter 11 Cases. In the Declarations, Katten disclosed its connections to parties in interest that it has been able to ascertain using its reasonable efforts.

22. Katten performed the services for which it is seeking compensation on behalf of and at the sole direction of the Independent Directors, and not on behalf of any committee, creditor, or other entity.

23. Except as set forth in the Declarations, Katten has received no payment and no promises for payment from any source other than the Debtors for services provided in any capacity whatsoever in connection with these Chapter 11 Cases.

24. Pursuant to Bankruptcy Rule 2016(b), Katten has not shared, nor has Katten agreed to share, (a) any compensation it has received or may receive with another party or person other than with the partners, counsel, and associates of Katten or (b) any compensation another person or party has received or may receive.

**<u>Summary of Compliance with Interim Compensation Order</u>**

25. This Fee Application has been prepared in accordance with the Interim Compensation Order.

26. Pursuant to the Interim Compensation Order, Katten has submitted thirteen monthly fee statements during the pendency of the Chapter 11 Cases. A summary of Katten's monthly fee statements, including any payments that Katten has received in accordance with the Interim Compensation Order, is set forth in the chart below:

| Monthly Fee Statement Period | Fees Incurred | Fees Paid (80%) | Expenses Incurred | Expenses Paid (100%) | Total Balance Owed |
|---|---|---|---|---|---|
| June 20, 2022 – June 30, 2022 (Docket No. 904) | $271,829.00 | $271,829.00 | $0.00 | $0.00 | $0.00 |
| July 1, 2022 – July 31, 2022 (Docket No. 954) | $1,239,256.00 | $1,239,256.00 | $4,693.60 | $4,693.60 | $0.00 |
| August 1, 2022 – August 31, 2022 (Docket No. 1125) | $2,138,783.00 | $2,138,783.00 | $3,284.03 | $3,284.03 | $0.00 |
| September 1, 2022 – September 30, 2022 (Docket No. 1286) | $2,247,350.00 | $2,247,350.00 | $13,361.91 | $13,361.91 | $0.00 |
| October 1, 2022 – October 31, 2022 (Docket No. 1491) | $2,704,578.00 | $2,704,578.00 | $17,287.55 | $17,287.55 | $0.00 |
| November 1, 2022 – November 30, 2022 (Docket No. 1684) | $2,588,743.50 | $2,070,994.80 | $52,991.65 | $52,991.65 | $517,748.70 |
| December 1, 2022 – December 31, 2022 (Docket No. 2121) | $1,440,802.50 | $0.00 | $22,252.04 | $0.00 | $1,463,054.54 |
| January 1, 2023 – January 31, 2023 (Docket No. 2124) | $1,039,241.00 | $0.00 | $22,790.93 | $0.00 | $1,062,031.93 |
| February 1, 2023 – February 28, 2023 (Docket No. 2129) | $794,260.00 | $0.00 | $5,473.03 | $0.00 | $799,733.03 |
| March 1, 2023 – March 31, 2023 (Docket No. 2138) | $893,009.00 | $0.00 | $21,006.48 | $0.00 | $914,015.48 |
| April 1, 2023 – April 31, 2023 (Docket No. 2139) | $752,900.00 | $0.00 | $14,135.06 | $0.00 | $767,035.06 |
| May 1, 2023 – May 31, 2023 (Docket No. 2141) | $483,428.00 | $0.00 | $8,533.04 | $0.00 | $491,961.04 |
| June 1, 2023 – June 20, 2023 (Docket No. 2142) | $418,802.50 | $0.00 | $16,379.64 | $0.00 | $435,182.14 |
| **Balance Owing** | | | | | **$6,450,761.92** |

27. Katten seeks (i) allowance and approval of compensation in the amount of $902,230.50[10] and reimbursement of actual and necessary expenses in the amount of $24,912.68[11] that Katten incurred during the Fifth Interim Period, and (ii) allowance and approval on a final

[10] Katten has voluntarily written off timekeepers billing under three hours during the Fifth Interim Fee Period in the total amount of $13,869.50 as a courtesy to the Debtors' estates.

[11] Katten has voluntarily written off Business Meals during the Fifth Interim Fee Period in the total amount of $14,441.66 as a courtesy to the Debtors' estates.

basis of compensation in the amount of $17,012,982.50 for professional services rendered on behalf of and at the sole direction of the Independent Directors, and reimbursement of actual and necessary expenses in the amount of $202,188.96 incurred during the Total Fee Period. During the pendency of these Chapter 11 Cases, Katten voluntarily wrote off certain fees and certain categories of expenses on each monthly fee statement. Further, as a courtesy to the Debtors' estates, creditors, and other stakeholders, during this engagement, certain Katten attorneys did not bill all their time.

28. During the Fifth Interim Fee Period, Katten attorneys and paraprofessionals expended a total of 761.30 hours for which compensation is requested. During the Total Fee Period, Katten attorneys and paraprofessionals expended a total of 15,980.20 hours for which compensation is requested.

29. In accordance with the Interim Compensation Order, as of the date hereof, Katten has received payments totaling $10,764,409.54 ($10,672,790.80 of which was for services provided and $91,618.74 of which was for reimbursement of expenses) for the Total Fee Period. Accordingly, by this Fee Application, and to the extent such amounts have not been paid by the time of the hearing on this Fee Application, Katten seeks payment of the remaining $6,450,761.92, which amount represents the entire amount of unpaid fees and expenses incurred between June 20, 2022, and June 20, 2023.[12]

## <u>Fees and Expenses Incurred During Total Fee Period</u>

### A. Customary Billing Disclosures

30. Katten's hourly rates are set at a level designed to compensate Katten fairly for the work of its attorneys and paraprofessionals and to cover fixed and routine expenses. The hourly

[12] This amount consists of: (i) 100 percent of fees and expenses for the period from December 1, 2022 through and including June 20, 2023 in the amount of $5,933,013.22; and (ii) the 20 percent holdback for fees for the period of November 1,2022 through and including November 30, 2022 in the amount of $517,748.70.

rates and corresponding rate structure utilized by Katten in these Chapter 11 Cases are equivalent to the hourly rates and corresponding rate structure used by Katten for other restructuring matters, as well as similar complex corporate, securities, and litigation matters whether in court or otherwise, regardless of whether a fee application is required. The rates and rate structure reflect that such restructuring and other complex matters typically are national in scope and typically involve great complexity, high stakes, and severe time pressures. For the convenience of the Court and all parties in interest, attached hereto as **Exhibit C** is Katten's budget and staffing plan for this Total Fee Period and attached hereto as **Exhibit D** is a summary of blended hourly rates for timekeepers who billed to non-bankruptcy matters and blended hourly rates for timekeepers who billed to the Debtor during the Total Fee Period.

**B. Fees Incurred During Total Fee Period**

31. In the ordinary course of Katten's practice, Katten maintains computerized records of the time expended to render the professional services required by GWGH and its estate, on behalf of and at the sole direction of the Independent Directors. For the convenience of the Court and all parties in interest, attached hereto as **Exhibit E** is a summary of fees incurred and hours expended during the Total Fee Period, setting forth the following information:

- the name of each attorney and paraprofessional for whose work on these Chapter 11 Cases compensation is sought;
- each attorney's year of bar admission and area of practice concentration;
- the aggregate time expended and fees billed by each attorney and each paraprofessional during the Total Fee Period;
- the hourly billing rate for each attorney and each paraprofessional at Katten's current billing rates; and
- the number of rate increases since the inception of the case.

**C. Expenses Incurred During the Total Fee Period.**

32. In the ordinary course of Katten's practice, Katten maintains a record of expenses incurred in the performance of the professional services required by GWGH and its estate, on behalf of and at the sole direction of the Independent Directors, and for which reimbursement is sought. Katten currently charges $0.10 per page for standard black and white duplication and $0.25 per page for color duplication in its offices in the United States. Katten does not charge its clients for incoming facsimile transmissions.

33. For the convenience of the Court and all parties in interest, attached hereto as **Exhibit F** is a summary setting forth the total amount of reimbursement sought with respect to each category of expenses for which Katten is seeking reimbursement for the Total Fee Period.

**Summary of Legal Services Rendered During the Total Fee Period**

34. As discussed above, during the Total Fee Period, Katten provided extensive and important professional services on behalf of and at the sole direction of the Independent Directors in connection with these Chapter 11 Cases. These services were necessary to address a multitude of critical issues in support of the Independent Directors' delegated authority.

35. To provide a meaningful summary of Katten's services provided on behalf of and at the sole direction of the Independent Directors, Katten has established, in accordance with its internal billing procedures, certain subject matters categories (each, a "Matter Category") in connection with these Chapter 11 Cases. The following is a summary of the fees and hours billed for each Matter Category in the Total Fee Period:

| Matter Number | Project Category Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed |
| 2 | Retention and Fee Applications | 470 | 464.80 | $ 350,000.00 | $ 301,110.00 |
| 4 | DIP | 250 | 223.50 | 257,000.00 | 263,984.50 |
| 5 | Employee Matters | 125 | 86.10 | 125,000.00 | 90,172.00 |
| 7 | Contested Matters, Adversary Proceedings | 1,250 | 907.90 | 1,400,000.00 | 1,068,174.00 |
| 10 | Business Operations and Governance | 3,600 | 3,278.40 | 4,000,000.00 | 3,700,430.00 |

| Matter Number | Project Category Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed |
| 11 | Case Administration | 70 | 46.00 | 60,000.00 | 41,458.50 |
| 12 | Claims Administration and Objections | 150 | 153.00 | 175,000.00 | 169,044.50 |
| 14 | Tax Matters | 85 | 76.00 | 75,000.00 | 64,933.00 |
| 19 | Hearings | 750 | 657.20 | 850,000.00 | 785,227.00 |
| 21 | Investigation | 8,400 | 8,354.40 | 8,500,000.00 | 8,388,116.50 |
| 22 | Plan/Disclosure Statement/Confirmation | 1,750 | 1,530.30 | 2,250,000.00 | 1,884,786.50 |
| 28 | Non-Working Travel | 250 | 202.60 | 315,000.00 | 255,546.00 |
| **Totals** | | | **15,980.20** | | **$ 17,012,982.50** |

36. The following is a summary, by Matter Category, of the most significant professional services provided by Katten during the Total Fee Period. This summary is organized in accordance with Katten's internal system of matter numbers. The detailed descriptions demonstrate that Katten was heavily involved in performing services on behalf of and at the sole direction of the Independent Directors, on a daily basis, often including night and weekend work, to meet the needs of the Independent Directors in these Chapter 11 Cases. A schedule setting forth a description of the Matter Categories utilized in this case, the number of hours expended by Katten partners, associates, and paraprofessionals by matter, and the aggregate fees associated with each matter is attached hereto as **Exhibit G**.

37. In addition, Katten's computerized records of time expended providing professional services and expenses to GWG and their estate, on behalf of and at the sole direction of the Independent Directors, are attached hereto as **Exhibit H**.

**(a) Retention and Fee Matters [Matter No. 2]**

Total Fees: $301,110.00
Total Hours: 464.80

38. This Matter Category includes time spent by Katten attorneys and paraprofessionals during the Total Fee Period with respect to preparing the Retention Application and Katten's monthly fee statements in accordance with the Interim Compensation Order. This preparation entailed, among other things, close review of time records during each month of the Total Fee

Period to limit disclosure of privileged and confidential information. Katten attorneys also spent time reviewing the potential parties in interest list received from the Debtors and information compiled from Katten professionals for purposes of preparing necessary disclosures in connection with Katten's retention.

**(b) <u>DIP Financing [Matter No. 4]</u>**

Total Fees: $263,984.50
Total Hours: 223.50

39. This Matter Category includes time spent by Katten attorneys during the Total Fee Period providing services related to reviewing and analyzing issues concerning the debtor-in-possession financing, including participating in calls with the Debtors' advisors, the Bondholder Committee, Quinn Emanuel Urquhart & Sullivan, LLP, counsel to Obra Capital, Inc., Cravath, Swaine & Moore LLP, counsel to Fifth Season Investments LLC ("<u>Fifth Season</u>"), and other parties regarding the Chapford DIP Facility, the Vida DIP Facility, and negotiations related to the foregoing. This Matter Category also includes time spent by Katten attorneys analyzing and providing comments to the *Final DIP Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief* [Docket No. 606] as well as to the *Emergency Motion for Order (A) Approving Debtors' Entry Into Vida Option Agreement in Connection with Financing Transactions and (B) Granting Related Relief* [Docket No. 821] and the related objection by the Bondholder Committee [Docket No. 852].

(c) **Adversary Proceedings, Contested Matters [Matter 7]**

Total Fees: $1,068,174.00
Total Hours: 907.90

40. This Matter Category includes time spent by Katten attorneys during the Total Fee Period providing services related to contested matters between the Debtors and certain of their creditor constituencies. Katten spent time analyzing the Standing Motion, drafting a response to the Standing Motion on behalf of the Investigations Committee, and attending various calls with the Bondholder Committee and Mayer Brown regarding the Standing Motion. Katten also provided comments to the Independent Director Motion and engaged in various discussions with the Bondholder Committee to resolve its objection to the Independent Director Motion. This Matter Category also includes time spent by Katten attorneys reviewing the Insurance Comfort Motion, conducting legal research and drafting memoranda on issues relating to the Insurance Comfort Motion, and conferring with the Debtors' advisors, the Bondholder Committee, and Willkie Farr & Gallagher LLP. In addition, Katten spent time reviewing and providing comments on the Debtors' *Complaint for Declaratory Relief* [Docket No. 1779] against Fifth Season and the related pleadings as well as conferring with the Debtors' and the Bondholder Committee's advisors.

(d) **Business Operations and Governance [Matter No. 10]**

Total Fees: $3,700,430.00
Total Hours: 3,278.40

41. This Matter Category includes time spent by Katten attorneys during the Total Fee Period advising the Independent Directors with respect to corporate governance matters as well as the business affairs of the Debtors and the Chapter 11 Cases generally. Katten spent time preparing for and attending regular meetings and calls, multiple times per week, with the Debtors' management, legal and financial advisors, and various creditor groups' legal and financial

advisors, and preparing summaries of the same for the Independent Directors. This Matter Category also includes Katten's review, on behalf of the Independent Directors, of the Shared Services Agreement and quarterly invoices, and analyses of the FOXO SPAC and the Beneficient SPAC. In addition, Katten conducted regular meetings with the Special Committee, generally on a weekly basis or more often as required by the circumstances of the Chapter 11 Cases, and prepared minutes documenting all such meetings. In connection with these meetings, Katten prepared detailed agendas and materials setting forth updates in connection with the Chapter 11 Cases.

**(e) <u>Case Administration [Matter No. 11]</u>**

Total Fees: $41,458.50
Total Hours: 46.00

42. This Matter Category includes time spent by Katten attorneys and paraprofessionals during the Total Fee Period on various administrative and logistical tasks in connection with these Chapter 11 Cases, such as creating and updating case calendars and work-in-progress reports to ensure that tasks were accomplished timely, efficiently and without duplication, as well as coordinating the filing and service of certain documents. This Matter Category also includes time spent by Katten attorneys reviewing Province's retention application and engagement letter and providing comments to monthly fee statements and fee applications for Province.

**(f) <u>Hearings [Matter No. 19]</u>**

Total Fees: $785,227.00
Total Hours: 657.20

43. This Matter Category includes time spent by Katten attorneys preparing for and attending Bankruptcy Court hearings during the Total Fee Period on behalf of the Independent Directors, and attending to matters arising out of such hearings. Specifically, Katten prepared for and attended hearings in the Chapter 11 Cases held on June 23, 2022, June 30, 2023, July 18, 2022,

July 19, 2022, August 29, 2022, September 29, 2022, October 11, 2022, October 27, 2022, November 2, 2022, November 14, 2022, December 1, 2022, December 16, 2022, March 20, 2023, March 23, 2023, March 28, 2023, March 31, 2023, April 19, 2023, May 1, 2023, May 24, 2023, June 13, 2023, and June 15, 2023 during the Total Fee Period.

**(g) Investigation [Matter 21]**

Total Fees: $8,388,116.50
Total Hours: 8,354.40

44. This Matter Category includes time spent by Katten attorneys and paraprofessionals during the Total Fee Period conducting the Investigation on behalf of the Investigations Committee. Specifically, in furtherance of the Investigation, Katten attorneys spent time: (a) collecting and reviewing documents responsive to Katten's document and information requests, the 2004 Requests, the Bondholder Committee's discovery requests, and documents produced as part of the SEC's investigation into GWG from, among other sources, the Debtors, the Debtors' advisors, Beneficient, and certain current and former directors and officers of GWGH; (b) preparing for and conducting 33 interviews and depositions of eight witnesses, including interviews and depositions of members of the Debtors' former management team, former directors, and current and former legal and financial professionals involved with GWG and Beneficient; (c) attending additional interviews conducted by the Bondholder Committee; (d) attending various meetings virtually and in person with Company management regarding GWG's history, business operations, and key historical transactions; (e) analyzing SEC filings and prepetition transaction documents; (f) communicating with the Debtors' advisors regarding diligence requests and institutional information for the Investigation; (g) conferring regularly with the Independent Directors to obtain their views and input and to provide them with regular updates on the Investigation; (h) collaborating regularly with the Bondholder Committee's advisors (including in weekly meetings between Katten and the Bondholder Committee's advisors) regarding potential

claims and matters of concern to the Investigation, and diligently pursuing avenues of inquiry suggested by the Bondholder Committee's advisors; and (j) attending in-person mediations pursuant to the Mediation Order relevant to the Investigation and potential estate claims and causes of action.

45. In the course of conducting the Investigation, and at the direction of the Independent Directors, Katten submitted 109 targeted diligence requests to the Debtors seeking documents and information relevant to the Investigation, including, among other requests, copies of board materials and minutes, corporate governance documents, agreements with related parties (e.g., Beneficient), fairness and valuation opinions, accounting information, and internal company communications. Katten received and reviewed more than 350,800 documents produced in response to the Independent Directors' requests and document requests from the Bondholder Committee.

46. Katten prepared detailed analyses and advised the Independent Directors regarding potential estate claims subject to the Investigation. Katten also conducted extensive legal research regarding each potential claim at issue.

47. Katten had frequent calls and meetings with Province regarding financial analyses and related work product, and coordinated with Province to produce various work product and analyses throughout the Total Fee Period for the Independent Directors' review. Katten, in coordination with Province, prepared a comprehensive report detailing Katten and Province's findings from the Investigation.

**(h) <u>Plan/Disclosure Statement/Confirmation</u>**

Total Fees: $1,884,786.50
Total Hours: 1,530.30

48. This Matter Category includes time spent by Katten attorneys providing services to the Independent Directors regarding the Plan, Disclosure Statement, and confirmation. Katten

carefully monitored and contributed to all Plan and Disclosure Statement developments. As part of this work, Katten reviewed and provided comments on drafts of various restructuring proposals, the Plan, Disclosure Statement, and Plan Supplement documents, including the Litigation Trust and Wind Down Trust Agreements and Schedule of Retained Causes of Action, and other Plan Documents. Katten analyzed various issues regarding implementation of the Plan, including regulatory and tax matters, and advised the Independent Directors accordingly. Further, Katten coordinated with the Debtors' various advisors, and apprised the Independent Directors of progress throughout these Chapter 11 Cases related to the foregoing. Katten also participated in several mediation sessions and helped broker the agreements memorialized in the Plan.

**Actual and Necessary Expenses Incurred by Katten**

49. As set forth in **Exhibit H** attached hereto, and as summarized in **Exhibit G** attached hereto, Katten seeks reimbursement of a total of $202,188.96 for expenses incurred on behalf of and at the sole direction of the Independent Directors during the Total Fee Period. These charges are intended to reimburse Katten's direct operating costs, which are not incorporated into the Katten hourly billing rates. Katten charges external copying and computer research at the provider's cost without markup. Only clients who actually use services of the types set forth in **Exhibit H** of this Fee Application are separately charged for such services.

**Reasonable and Necessary Services Provided by Katten**

**A. Reasonable and Necessary Fees Incurred in Providing Services to the Independent Directors**

50. The foregoing professional services provided by Katten on behalf of and at the sole direction of the Independent Directors during the Total Fee Period were reasonable, necessary, and appropriate.

51. Many of the services Katten partners and associates performed were provided by Katten's Insolvency and Restructuring Department. Katten has a prominent practice in this area

and enjoys a national reputation for its specialized expertise. The attorneys at Katten have extensive experience acting as estate professionals in many large chapter 11 cases.

52. In addition, due to the facts and circumstances of these chapter 11 cases, attorneys from Katten's Litigation Department and Katten's Corporate Department were heavily involved with Katten's representation of the Independent Directors. Both of these practice groups also enjoy a national reputation for their skill and knowledge advising and advocating for their clients, who operate across the globe in virtually all market sectors.

**B. Reasonable and Necessary Expenses Incurred in Providing Services to the Independent Directors**

53. The actual expenses incurred in providing professional services were necessary, reasonable, and justified under the circumstances to serve the needs of the Independent Directors. Due to the location of the Debtors' businesses, their counsel, and other parties in interest in relation to Katten's offices, frequent multiparty telephone conferences involving numerous parties were required as well as various in-person meetings, interviews, and depositions in New York and Texas, and multiple Bankruptcy Court hearings held in Houston, Texas. On many occasions, the exigencies and circumstances of these Chapter 11 Cases required overnight delivery of documents and other materials. Katten has made every effort to minimize its disbursements in these Chapter 11 Cases. The actual expenses incurred in providing professional services were necessary, reasonable, and justified under the circumstances to serve the needs of the Independent Directors in these Chapter 11 Cases.

54. Katten regularly reviews its bills to ensure that GWGH is only billed for services that were actual and necessary and, where appropriate, prorates expenses. In that regard, Katten will waive certain fees and reduce its expenses if necessary. As a courtesy to the Debtors' estates, creditors, and other stakeholders, Katten voluntarily wrote off certain fees and certain categories of expenses in each monthly fee statement during the Total Fee Period. Consequently, Katten does

not seek payment of any fees or reimbursement of any expenses that were waived or reduced, in connection with this Fee Application. Further, throughout the Chapter 11 Cases, certain Katten attorneys did not bill all their time.

**Katten's Requested Compensation and Reimbursement Should be Allowed**

55. Section 330 of the Bankruptcy Code provides that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1). Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded, the court should consider the nature, extent, and the value of such services, taking into account all relevant factors, including—
>
> (a) the time spent on such services;
>
> (b) the rates charged for such services;
>
> (c) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> (d) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>
> (e) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
>
> (f) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

56. Katten respectfully submits that the services for which it seeks compensation in this Fee Application were, at the time rendered, necessary for and beneficial to the Independent

Directors and were rendered to protect and preserve the GWGH estate. Katten further believes that it performed the services for the Independent Directors economically, effectively, and efficiently, and that Katten's work benefited GWGH and its estate and stakeholders. Katten further submits that the compensation requested herein is reasonable in light of the nature, extent, and value of such services to the Independent Directors.

57. During the Total Fee Period, Katten's hourly billing rates for attorneys ranged from $580 to $1,755. The hourly rates and corresponding rate structure utilized by Katten in these Chapter 11 Cases are equivalent to the hourly rates and corresponding rate structure used by Katten for restructuring, workout, bankruptcy, insolvency, and comparable matters, and similar complex corporate, securities, and litigation matters, whether in court or otherwise, regardless of whether a fee application is required. These rates and the rate structure reflect that such matters are typically national in scope and involve great complexity, high stakes, and severe time pressures—all of which were present in these Chapter 11 Cases.

58. Moreover, Katten's hourly rates are set at a level designed to compensate Katten fairly for the work of its attorneys and paraprofessionals and to cover certain fixed and routine overhead expenses. Hourly rates vary with the experience and seniority of the individuals assigned. These hourly rates are subject to periodic adjustments to reflect economic and other conditions and are consistent with the rates charged elsewhere.

59. In sum, Katten respectfully submits that the professional services provided by Katten on behalf of and at the sole direction of the Independent Directors during these chapter 11 cases were necessary and appropriate given the complexity of these Chapter 11 Cases, the time expended by Katten, the nature and extent of Katten's services provided, the value of Katten's services, and the cost of comparable services outside of bankruptcy, all of which are relevant

Case 23-90020 Document 1143 Filed in TXSB on 08/11/23 Page 33 of 329
Exhibit H Page 33 of 651

factors set forth in section 330 of the Bankruptcy Code. Accordingly, Katten respectfully submits that the compensation sought herein is warranted and should be approved.

**Reservation of Rights and Notice**

60. It is possible that some professional time expended or expenses incurred during the Total Fee Period are not reflected in the Fee Application. Katten reserves the right to include such amounts in future fee applications. Notice of this Fee Application will be provided in accordance with the Interim Compensation Order.

**No Prior Request**

61. No prior application for the relief requested herein has been made to this or any other court.

[*Remainder of page intentionally left blank*]

WHEREFORE, Katten respectfully requests that the Court enter an order, substantially in the form attached hereto (a) granting the Fee Application and awarding Katten final allowance and approval of compensation for professional and paraprofessional services rendered during the (i) Fifth Interim Fee Period in the amount of $902,230.50, and reimbursement of actual, reasonable, and necessary expenses incurred in the Fifth Interim Fee Period in the amount of $24,912.68, and (ii) Total Fee Period in the amount of $17,012,982.50, and reimbursement of actual, reasonable, and necessary expenses incurred in the Total Fee Period in the amount of $202,188.96; (b) authorizing and empowering the Debtors to remit payment to Katten for such fees and expenses; and (c) granting such other relief as is appropriate under the circumstances.

Dated: August 21, 2023
New York, New York

Respectfully submitted,

*/s/ Steven J. Reisman*

**KATTEN MUCHIN ROSENMAN LLP**
Steven J. Reisman (admitted *pro hac vice*)
Cindi M. Giglio (admitted *pro hac vice*)
Marc B. Roitman (admitted *pro hac vice*)
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone: (212) 940-8700
Email: sreisman@katten.com
cgiglio@katten.com
marc.roitman@katten.com

- and -

Daniel D. Barnowski (admitted *pro hac vice*)
2900 K Street, NW
North Tower, Suite 200
Washington, DC 20007-5118
Telephone: (202) 625-3661
Email: dan.barnowski@katten.com

*Counsel to Jeffrey S. Stein and Anthony R. Horton, the Independent Directors of GWG Holdings, Inc.*

**Certificate of Service**

I certify that on August 21, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Steven J. Reisman*
Steven J. Reisman

Case 23-00623 Document 143 Filed in TXSB on 08/11/23 Page 33 of 329

**Exhibit A**

**Reisman Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| GWG Holdings, Inc., *et al.*,[1] | ) | Case No. 22-90032 (MI) |
| Debtors. | ) | (Jointly Administered) |

**DECLARATION OF STEVEN J. REISMAN IN SUPPORT OF THE FIFTH INTERIM AND FINAL FEE APPLICATION OF KATTEN MUCHIN ROSENMAN LLP FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES AS ATTORNEYS TO DEBTOR GWG HOLDINGS, INC., ON BEHALF OF AND AT THE SOLE DIRECTION OF THE INDEPENDENT DIRECTORS, FOR THE (I) FIFTH FEE INTERIM PERIOD FROM MAY 1, 2023 THROUGH AND INCLUDING JUNE 20, 2023, AND (II) TOTAL FEE PERIOD FROM JUNE 20, 2022 THROUGH AND INCLUDING JUNE 20, 2023**

I, Steven J. Reisman, hereby declare the following under penalty of perjury:

1. I am a partner of the law firm of Katten Muchin Rosenman LLP, located at 50 Rockefeller Plaza, New York, New York 10020 ("Katten").[2] I submit this declaration in connection with the *Fifth Interim and Final Fee Application of Katten Muchin Rosenman LLP for Allowance and Payment of Fees and Expenses as Attorneys to Debtor GWG Holdings, Inc., on Behalf of and At the Sole Direction of the Independent Directors for the (I) Fifth Interim Fee Period from May 1, 2023 Through and Including June 20, 2023, and (II) Total Fee Period from June 20, 2022 Through and Including June 20, 2023* (the "Fee Application"). I am the lead attorney from Katten working on the above-captioned Chapter 11 Cases.

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: GWG Holdings, Inc. (2607); GWG Life, LLC (6955); GWG Life USA, LLC (5538); GWG DLP Funding IC, LLC (2589); GWG DLP Funding VI, LLC (6955); and GWG DLP Funding Holdings VI, LLC (6955). The location of Debtor GWG Holdings, Inc.'s principal place of business and the Debtors' service address is 325 N. St. Paul Street, Suite 2650 Dallas, Texas 75201. Further information regarding the Debtors and these Chapter 11 cases is available at the website of the Debtors' claims and noticing agent: https://donlinrecano.com/gwg.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Fee Application or the Plan, as applicable.

2. I am a member in good standing of the Bar of the State of New York, and I have been admitted to practice in the United States District Courts for the Southern District of New York, Eastern District of New York, District of New Jersey, District of Connecticut, Eastern District of Michigan, and Eastern District of Wisconsin, the United States Courts of Appeals for the Second Circuit and Third Circuit, and the United States Supreme Court. I have been admitted *pro hac vice* in these Chapter 11 Cases. There are no disciplinary proceedings pending against me.

3. I have personally performed legal services rendered by Katten as attorneys to the Debtor on behalf of and at the sole direction of the Independent Directors, and am familiar with the work performed on behalf of the Independent Directors by the lawyers and other personnel at Katten.

4. To the best of my knowledge, information, and belief, the statements contained in the Fee Application are true and correct. In addition, I believe that the Fee Application complies with Bankruptcy Local Rule 2016-1. In connection therewith, I hereby certify that:

a) to the best of my knowledge, information, and belief, formed after reasonable inquiry, the fees and disbursements sought in the Fee Application are permissible under the relevant rules, court orders, and Bankruptcy Code provisions, except as specifically set forth herein;

b) except to the extent disclosed in the Fee Application, the fees and disbursements sought in the Fee Application are billed at rates customarily employed by Katten and generally accepted by Katten's clients, and none of the professionals seeking compensation varied their hourly rate based on the geographic location of the Debtors' cases;

c) Katten is seeking compensation with respect to the approximately 273.80 hours and $121,457.50 in fees spent reviewing or revising time records for

Case 22-90032 Document 2143 Filed in TXSB on 08/21/23 Page 3 of 329

privilege or confidential information and preparing, reviewing, and revising invoices during the Total Fee Period;[3]

d) in providing a reimbursable expense, Katten does not make a profit on that expense, whether the service is performed by Katten in-house or through a third party;

e) in accordance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 504, no agreement or understanding exists between Katten and any other person for the sharing of compensation to be received in connection with the above cases except as authorized pursuant to the Bankruptcy Code, Bankruptcy Rules, and Bankruptcy Local Rules; and

f) all services for which compensation is sought were professional services to GWG, on behalf of and at the sole direction of the Independent Directors, and not on behalf of any other person.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

New York, New York
Dated: August 21, 2023

*/s/ Steven J. Reisman*
Steven J. Reisman
Partner
Katten Muchin Rosenman LLP

3 This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.

**Exhibit B**

**Retention Order**

United States Bankruptcy Court
Southern District of Texas

**ENTERED**
August 23, 2022
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GWG Holdings, Inc., *et al.*,[1] | ) | Case No. 22-90032 (MI) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**ORDER GRANTING THE APPLICATION OF DEBTOR GWG HOLDINGS INC., FOR ENTRY OF AN ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF KATTEN MUCHIN ROSENMAN LLP AS COUNSEL TO DEBTOR GWG HOLDINGS, INC., ON BEHALF OF AND AT THE SOLE DIRECTION OF ITS INDEPENDENT DIRECTORS, EFFECTIVE AS OF JUNE 20, 2022**

**[Related to Docket No. 649]**

Upon the application of GWG Holdings, Inc. (the "Debtor" and with its Debtor affiliates, the "Debtors"), pursuant to sections 327(a) and 330 of the Bankruptcy Code; Bankruptcy Rules 2014 and 2016; and Bankruptcy Local Rules 2014-1 and 2016-1, for the entry of an order (this "Order") authorizing the Debtor to retain and employ Katten Muchin Rosenman LLP ("Katten") as counsel to the Debtor, on behalf of and at the sole direction its Independent Directors, effective as of June 20, 2022 (the "Application")[2]; and the Court having reviewed the Application, the Reisman Declaration, and the Stein Declaration; and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and the Court having found that the Application is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Application in this district is proper pursuant to 28 U.S.C.

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: GWG Holdings, Inc. (2607); GWG Life, LLC (6955); and GWG Life USA, LLC (5538). The location of Debtor GWG Holdings, Inc.'s principal place of business and the Debtors' service address is 325 N. St. Paul Street, Suite 2650 Dallas, TX 75201. Further information regarding the Debtors and these Chapter 11 Cases is available at the website of the Debtors' claims and noticing agent: https://donlinrecano.com/gwg.

[2] Capitalized terms used in this Order but not immediately defined have the meanings given to such terms in the Application.

§§ 1408 and 1409; and the Court having found based on the representations made in the Application, in the Reisman Declaration, and in the Stein Declaration, that, (a) Katten does not hold or represent an interest adverse to the Debtors' estates; (b) Katten has no connection with the Debtors, their affiliates, their creditors, the U.S. Trustee, any person employed in the office of the U.S. Trustee, the United States Bankruptcy Judges in the Southern District of Texas, or any other entity with an actual or potential interest in these Chapter 11 Cases or their respective attorneys or accountants, except as set forth in the Reisman Declaration; (c) Katten is not a creditor, equity security holder, or insider of the Debtors; (d) none of Katten's attorneys are or were, within two years of the Petition Date, a director, officer, or employee of the Debtors; and (e) Katten neither holds nor represents an interest materially adverse to the Debtors or its estates by reason of any direct or indirect relationship to, connection with, or interest in the Debtors, or for any other reason, except as set forth in the Reisman Declaration; and the Court having found that the relief requested in the Application is in the best interests of the Debtors' estates, its creditors, and other parties in interest; and the Court having found that the Debtors provided adequate and appropriate notice of the Application under the circumstances and that no other or further notice is required; and the Court having reviewed the Application; and the Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and any objections to the relief requested herein having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Debtor is authorized to retain and employ Katten effective as of June 20, 2022 to render independent services, on behalf of and at the sole direction of the Independent Directors,

in accordance with the terms and conditions set forth in the Application and the Engagement Letter attached hereto as **Exhibit 1**, as modified by this Order, and in furtherance of the delegation of authority to the Independent Directors set forth in the Resolutions, as approved by Order of the Court on July 18, 2022 [Docket No. 594].

2. Katten shall apply for compensation for professional services rendered and reimbursement of expenses in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, applicable provisions of the Bankruptcy Rules, the Local Bankruptcy Rules, and any fee and expense guidelines of this Court. Katten also intends to comply with the U.S. Trustee's request for information and additional disclosures, both in connection with the Application and the interim and final fee applications to be filed by Katten in these Chapter 11 Cases.

3. Katten shall include in its fee applications, among other things, contemporaneous time records setting forth a description of the services rendered by each professional and the amount of time spent on each date by each such individual in rendering services on behalf of the Independent Directors in one-tenth (.1) hour increments.

4. Retention pursuant to section 327(a) of the Bankruptcy Code is appropriate given the specific scope of the retention.

5. Notwithstanding anything to the contrary in the Application, Katten shall not be entitled to reimbursement for fees and expenses incurred in connection with any objection to its fees absent further order of this Court.

6. Katten shall file a supplemental declaration with the Court and provide no less than ten days business days' notice to the Debtors, the U.S. Trustee, and any official committee that may be appointed in these Chapter 11 Cases prior to any increases in the rates set forth in the

Application. Any such supplemental declaration shall explain the basis for the requested rate increases in accordance with Bankruptcy Code Section 330(a)(3)(F) and state whether the Debtors and the Independent Directors have consented to the rate increase. The U.S. Trustee retains all rights to object to any hourly rate increases on all grounds, including the reasonableness standard set forth in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

7. Katten shall use its reasonable efforts to avoid any duplication of services provided by any of the Debtors' other retained professionals in these Chapter 11 Cases.

8. Katten will review its files periodically during the pendency of these Chapter 11 Cases to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new relevant facts or relationships are discovered or arise, Katten will use reasonable efforts to identify such further developments and will promptly file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

9. Katten shall not charge a markup with respect to fees billed by contract attorneys who are hired by Katten to provide services, and shall ensure that any such contract attorneys are subject to conflict checks and disclosures in accordance with the requirements of the Bankruptcy Code and Bankruptcy Rules.

10. To the extent the Application, the Reisman Declaration, or the Stein Declaration is inconsistent with this Order, the terms of this Order shall govern.

11. The Debtor is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Application.

12. The notice requirements of Bankruptcy Rule 6004(a) are deemed waived.

13. Notice of the Application as provided therein is deemed to be good and sufficient

notice of such Application, and the requirements of the Local Bankruptcy Rules are satisfied by the contents of the Application.

14. The terms and conditions of this Order are immediately effective and enforceable upon its entry.

15. The Court retains jurisdiction with respect to all matters arising from or relating to the interpretation, implementation, and enforcement of this Order.

Signed: August 23, 2022

Marvin Isgur
United States Bankruptcy Judge

# <u>Exhibit 1</u>

## Katten Engagement Letter

Katten

50 Rockefeller Plaza
New York, NY 10020-1605
212.940.8800 tel
www.katten.com

**Steven J. Reisman**
sreisman@katten.com
212.940.8700 direct

Dated as of June 20, 2022

***VIA EMAIL: jstein@steinadvisorsllc.com***

Jeffrey S. Stein
Independent Director of
GWG Holdings, Inc.
Stein & Holly Advisors Inc.
42 River Wind Road
New Canaan, CT 06840

***VIA EMAIL: tony.horton48@yahoo.com***

Anthony R. Horton
Independent Director of
GWG Holdings, Inc.
2612 Independence Road
Colleyville, TX 76034

***VIA EMAIL*: *dchavenson@outlook.com***

David F. Chavenson
Independent Director of
GWG Holdings, Inc.
325 N. St. Paul Street
Suite 2650
Dallas, TX 75201

**Re: Engagement Agreement**

Dear Jeff, Tony and David:

We are pleased to have the opportunity to represent you (the "Client") in your capacity as independent directors on the board of directors (the "Board") of GWG Holdings, Inc. (the "Company") and, as applicable to each of you, members of the Special Committee of the Board (the "Special Committee") and the Investigation Committee of the Board (the "Investigation Committee"), to provide advice and representation in connection with the chapter 11 cases of *In re GWG Holdings, Inc.* and its debtor affiliates (collectively, the "Chapter 11 Cases"), jointly administered at Bankruptcy Case No: 22-90032, pending before the Honorable Judge Marvin Isgur in the United States Bankruptcy Court for the Southern District of Texas (Houston Division) (the "Bankruptcy Court") and such other matters as the Client may request and Katten Muchin Rosenman LLP (the "Firm") may agree to handle from time to time (collectively, the "Matter"). This letter and the enclosed Terms of Engagement, which contains a provision on conflicts of interest, describe the basis on which the Firm will provide legal services to the Client.

Katten



The Company has agreed to be responsible to the Firm for all reasonable legal fees and expenses incurred in this Matter as described in this engagement agreement. This undertaking by the Company is made with the express understanding that the sole professional obligation of myself and the Firm is to the Client. The Firm is not required to disclose any legal strategy, theory, plan of action, or the like to the Company, and the payment of legal fees by the Company to the Firm in no way depends upon such disclosure. In essence, no professional relationship will arise between the Company and the Firm as a result of the rendering of legal services by us to the Client or by the payment of legal fees and expenses by the Company. In addition, the Client shall control any attorney-client, work product, or other privilege belonging to the Company in connection with the Firm's work or privileged communications on the Matter.

Nevertheless, certain confidential communications between the Firm and counsel for the Companies may, with your consent, occur. These confidential communications will be subject to any and all applicable privileges, to the extent provided under law and agreed upon by the Firm and counsel for the Companies. Once again, however, the payment of legal fees and expenses under this agreement is neither conditioned upon nor dependent upon the Firm's cooperation with counsel for the Companies or any other party.

On a monthly basis, the Firm will send a detailed invoice to the Client providing a fulsome description for all timekeeper entries and a summary of work performed during the billing period. The Firm will apply for compensation for professional services rendered and reimbursement of expenses incurred in this matter in compliance with 11 U.S.C. §§ 330 and 331 and applicable provisions of the Federal Rules of Bankruptcy Procedure, the local rules of the Bankruptcy Court, the Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals, and (II) Granting Related Relief [Docket No. 378], and any other applicable procedures and orders of the Bankruptcy Court.

I will be the lawyer at the firm with the primary responsibility for the Matter and understand that it is your expectation, as well as my own intention, that I be involved in managing all aspects of this engagement. I will be assisted by Cindi Giglio, Dan Barnowski, Geoffrey King, and such other partners, associates, and other members of the Firm as appropriate. As indicated in the Terms of Engagement, our fees are based upon our hourly rates unless otherwise noted herein.

Please review the Terms of Engagement (which immediately follow the signature page), with the assistance of independent counsel if you wish, and let me know if you have any questions about them. If all the terms are satisfactory, please indicate your consent by signing this letter and returning it to me. However, your continuing instructions in this matter will amount to your acceptance of the terms of this letter, including the Terms of Engagement (collectively, the "Terms"). All parties to this agreement agree that a digital signature shall be effective to prove each party's agreement to the Terms. Furthermore, the parties agree that the Terms may be proven

Katten



through an electronic copy in digital format, and that no "original" hard-copy document need be retained to prove the Terms.

Based on a review of the Firm's conflict database, the Firm currently represents a former employee in matters related to certain of the Company's accounting matters and investment products (the "Existing Client"). Out of an abundance of caution, any attorneys of the Firm who represent the Existing Client will not be involved in representing you in connection with this Matter, and the Firm will establish an ethical screen, including, without limitation, implementing appropriate information safeguards, to ensure compliance with the foregoing in connection with this Matter. You agree that the Firm may represent the Existing Client in matters related to the Company. You also confirm that your agreement to this waiver is voluntary and that you intend for it to be effective and enforceable and for the Firm to rely upon it.

A schedule of the Firm's standard hourly rates is attached as Exhibit A. The Firm's disbursements that are billed on a per-unit basis are attached as Exhibit B. The Firm's wiring instructions are attached as Exhibit C, and the Firm's W-9 Taxpayer Certification is attached as Exhibit D.

Thank you for allowing us the privilege of this representation. We value and appreciate the trust and confidence you have placed in us and we assure you we will do our best to see that your expectations are satisfied.

My best.

Sincerely,

[redacted]

w/attachments

cc: Thomas S. Kiriakos, Esq. (w/attachments, via email: tkiriakos@mayerbrown.com)
Louis S. Chiappetta, Esq. (w/attachments, via email: lchiappetta@mayerbrown.com)
(Mayer Brown LLP)
Cindi Giglio, Esq. (w/attachments, via email: cgiglio@katten.com)
Geoffrey M. King, Esq. (w/attachments, via email: geoff.king@katten.com)
Dan Barnowski, Esq. (w/attachments, via email: dan.barnowski@katten.com)
(Katten Muchin Rosenman LLP)

Case 22-90032 Document 2147 Filed in TXSB on 08/13/23 Page 43 of 329

Katten

Jeffrey S. Stein, Anthony Horton and David Chavenson
Dated as of June 20, 2022
Page 4

This letter and the Terms of Engagement are agreed to:

**JEFFREY S. STEIN,**
**INDEPENDENT DIRECTOR OF**
**GWG HOLDINGS, INC.**

DocuSigned by:
By: *Jeffrey S. Stein* ______________________
3B9A5C0F8498456...
Name: Jeffrey S. Stein
Title: Independent Director
Dated as of June 20, 2022

**ANTHONY R. HORTON,**
**INDEPENDENT DIRECTOR OF**
**GWG HOLDINGS, INC.**

DocuSigned by:
By: *[signature]* ______________________
367404809F6048E...
Name: Anthony Horton
Title: Independent Director
Dated as of June 20, 2022

**DAVID F. CHAVENSON,**
**INDEPENDENT DIRECTOR OF**
**GWG HOLDINGS, INC.**

DocuSigned by:
By: *David F. Chavenson* ______________________
D09DB3AC77D340A...
Name: David F. Chavenson
Title: Independent Director
Dated as of June 20, 2022

Katten

Jeffrey S. Stein, Anthony Horton and David Chavenson
Dated as of June 20, 2022
Page 5

Acknowledged and agreed to:

**GWG HOLDINGS, INC., a Delaware corporation**

By: DocuSigned by: Jeffrey S. Stein 3B9A5C0F8498456... ____________________

Name: Jeffrey S. Stein

Title: Chief Restructuring Officer

Dated as of June 20, 2022

Case 23-90055 Document 141 Filed in TXSB on 08/13/24 Page 437 of 829
Exhibit 8 Page 419 of 630

**KATTEN MUCHIN ROSENMAN LLP**
**TERMS OF ENGAGEMENT**

The information below describes the terms that apply to the legal services provided for you by Katten Muchin Rosenman LLP (the "Firm"). We encourage you to discuss any of these Terms with us at any time. If modifications to the Terms are needed, you should discuss that with us so that agreement on changes can be reached and reduced to writing. All references to "you" or "your" means only the client or clients identified in our engagement letter. **Individuals or entities that are related to or affiliated with you, such as partners, officers, directors, stockholders, parent companies, related companies, or family members, are not clients, unless we otherwise agree in writing.**

**I. Scope of Representation.** The scope of the work we will do for you is limited to the description stated in our engagement letter. Any changes or additions to the scope of our work, which we would be pleased to consider, must be agreed to and memorialized by letter or email. Unless that description states otherwise, **our engagement does not include responsibility for:** (1) review of your insurance policies to determine the possibility of coverage for our fees and costs or for the claim asserted against you, (2) notification of your insurance carriers about a matter, (3) advice to you about your disclosure obligations concerning a matter under the federal securities laws or any other applicable law, or (4) advice to you about tax issues that relate to a matter. If we agree to represent you in additional matters, we will do so in writing by letter or email, and the Terms of our engagement will remain the same for these additional matters unless changed by agreement in writing.

Additionally, if in response to your request or by requirement of lawful process we: testify; gather and/or produce documents; respond to document hold or production requests; or respond to any other requests in connection with possible, threatened or actual proceedings commenced by third parties that relate to our representation of you, you agree to pay us our reasonable fees and costs incurred.

**II. Staffing.** Steven J. Reisman will have the primary responsibility for our relationship. We assign additional lawyers and other personnel when needed based upon the type of work and the appropriate experience level required.

**III. Client Responsibilities.** You agree to provide us with all information that we believe is necessary or appropriate to fulfill our professional responsibilities in this matter and to cooperate with us in matters such as fact investigation, preparation of pleadings, discovery responses, settlement conferences, etc. You will designate one or more persons to give us instructions and authority to receive our requests and inquiries. You further agree that without our express written consent, you will not use our name or the fact of your engagement of us in any form of advertising or solicitation of business.

**IV. Financial Arrangements.**

A. Fees and Expenses. Our fees are based primarily upon the hourly rates of our lawyers and other personnel in effect when the services are performed. These rates change periodically based upon economic factors and the experience level of our personnel. We

Case 23-50005-rbk Doc #147 Filed 08/27/24 Entered 08/27/24 14:37:13 Page 137 of 329

are affiliated with Katten Muchin Rosenman UK LLP of London, England, and if we obtain advice or services on your behalf from that firm, we will include their time and expenses on our bill.

Expenses include items such as consultants, experts, filing fees, court reporting fees, travel costs, overnight or other special mail services, messenger services, photocopies, long distance telephone, outgoing faxes, research service charges (e.g., LEXIS), secretarial and other staff overtime charges (when required to meet the needs of the matter), and other special services such as document imaging. Certain of these charges are adjusted to include administrative and overhead expenses incurred by the Firm to provide the billed service. With respect to costs incurred and payable to third parties, such as court reporters or experts, it is our usual policy to forward those bills to you for payment directly to the third party, and you agree to pay those fees directly to the provider. As an accommodation to you, however, we may advance those costs on your behalf and include them in our monthly bills. Some large disbursements may be forwarded to you for direct payment. Some charges may not be in the system at the time of monthly billing and will appear on a later bill.

B. Fee Deposits. The amount of any fee deposit required in this engagement is set forth in the engagement letter, which is not an estimate of the total costs of the representation, nor is it a maximum fee. This fee deposit will be used to pay our fees and expenses when they come due to the extent not timely paid. We will pay our monthly invoices using the fee deposit when earned, unless you already have paid the invoice or dispute the amount of our invoice before that time. You agree that you will maintain the fee deposit balance at the amount agreed in the engagement letter. Accordingly, while we will pay our invoices from the fee deposit as set forth above, you agree to maintain the agreed balance by either paying each invoice within 20 days of mailing or by replenishing the fee deposit in a like amount. In the event our fees and expenses exceed the retainer deposited with us, we will bill you for the excess. We may also request, and you agree to provide, additional fee advances from time to time based on our estimates of future work to be undertaken. If you fail to maintain the balance of the fee deposit when requested or to pay promptly any additional fees requested, we reserve the right to cease performing further work and withdraw from the representation.

C. Billing and Payment. We generally forward our statements monthly; however, we may request payment more frequently, such as on a weekly or bi-weekly basis. The statements will include a brief description of the work performed, the date the work was performed, the time required to do the work, and the expenses incurred. Payment is due within 20 days of mailing of our invoice. We reserve the right to terminate our representation of clients who do not pay promptly. We do not and cannot guarantee the outcome of any matter, and payment of our fees and disbursements is not conditioned on any particular outcome.

V. **Electronic Communication.** The use of email can be an efficient means of communication, and we use it often in communicating with clients. Some clients also use instant messaging as a means of communication. However, these electronic communications can be delayed or blocked (for example, by anti-spam software) or otherwise not transmitted. You must

Case 23-34815 Document 147 Filed in TXSB on 08/13/24 Page 5 of 829

not assume that an email or instant message sent to us was actually opened and read by us unless you receive a non-automated reply message indicating that we have read your message.

**VI. <u>Responses to Auditors' Inquiries</u>.** We are frequently asked to provide information to auditing firms regarding client legal matters and we respond to those inquiries with the same level of care and professionalism used to handle the client's other legal work. We will accordingly charge for those services at the same rates. When you make a written request that we provide information to an auditing firm, we will deem your request to be your consent for us to disclose the requested information on your behalf. Additionally, when an auditing firm makes a written request for information on your behalf, that request will be deemed to be your consent for us to disclose that information to the auditing firm.

**VII. <u>Conflicts of Interest Issues</u>.** As you know, we are a large general services law firm with many clients and with offices located in Charlotte, North Carolina; Chicago, Illinois; Dallas, Texas; Los Angeles, California (Century City and Downtown); New York, New York; Orange County, California; Washington D.C.; and Shanghai, China, and we have an affiliate in London, England. It is possible that, during the course of our engagement, an existing or future client may seek to hire the Firm in connection with an actual or potential transaction or pending or potential litigation or other dispute resolution proceeding in which such other client's interests are or potentially may become adverse to your interests.

Because the duty of loyalty would otherwise prevent the Firm from being adverse to a current client, rules of professional conduct prevent the Firm from accepting such engagements during the Firm's representation of you absent informed consent by you and the waiver of the duty of loyalty. Notwithstanding any affirmative consent and waiver, the Firm will not undertake any such representation unless we first reasonably determine that we will be able to provide competent and diligent representation to both of the affected clients. We also will continue to maintain the confidentiality of the confidential information you provide to us in the course of the Firm's engagement by you, and will not use such information for any purpose except for the benefit of, and on behalf of, you without your written consent.

Potential adverse consequences may result from the Firm's representing parties that are adverse to you. These may include a perception that the Firm's loyalty and independence of judgment with respect to you are impaired. Also, the Firm's representation of parties adverse to you may come at a time when it would harm your interests to terminate the services of the Firm, or after expenditures of fees and costs to the Firm that might need to be replicated by new counsel. The Firm encourages you to have this conflicts waiver reviewed by independent counsel acting on your behalf before agreeing to these Terms of Engagement.

Further, in the course of our representation of you, it may be necessary for our lawyers to analyze or address their professional duties or responsibilities or those of the Firm, and to consult with the Firm's General Counsel, Deputy General Counsel, Conflicts Counsel, or other lawyers in doing so. To the extent we are addressing our duties, obligations or responsibilities to you in those consultations, it is possible that a conflict of interest might be deemed to exist as between our Firm and you. As a condition of this engagement, you waive any conflict of interest that might be deemed to arise out of any such consultations. You further agree that these consultations are protected from disclosure by the Firm's attorney-client privilege. Nothing in the foregoing shall

diminish or otherwise affect our obligation to keep you informed of material developments in your representation, including any conclusions arising out of such consultations to the extent that they affect your interests.

**VIII. Arbitration of Disputes.** At the prior request of the United States Trustee in other cases, this paragraph has been removed.

**IX. Conclusion of Representation.** Our representation of you will terminate when we send you our final statement for services rendered in this matter. We may also terminate our representation for any reason consistent with rules of professional responsibility, including conflicts of interest or your failure to pay our fees and expenses. Our representation may also be terminated upon your request. Following termination, any nonpublic information you have supplied to us which is retained by us will be kept confidential in accordance with applicable rules of professional responsibility. Once our representation is concluded, we will not be obligated to take any steps such as keeping track of deadlines, filing papers, pursuing appeals, or monitoring or advising you about changes in the law or circumstances that might bear upon the concluded matter.

**X. Disposition of Client Files.** Upon conclusion of your representation, we may return to you your original papers, documents and/or other property that you provided to the Firm during our engagement. You agree to accept the return of such documents and/or property. If you so request, we will also provide to you, at your expense, copies or originals of your complete file. We reserve the right to make, at our expense, copies of all documents generated or received by us in the course of our representation of you. The Firm will not provide copies or originals of the Firm Administrative or Matter Administration files pertaining to the matter, which will be retained by the Firm. All such documents retained by the Firm, including client files (including any original documents and/or property that we attempted unsuccessfully to return to you) and Firm Administrative or Matter Administration files, will be transferred to the person responsible for administering our records retention program. For various reasons, including the minimization of unnecessary storage expenses, we reserve the right to destroy or otherwise dispose of any documents or other materials retained by us within a reasonable time, but not less than seven (7) years after the matter is closed. We will not destroy, discard or otherwise dispose of any such documents without first providing you with thirty (30) days' prior written notice.

# Exhibit A

## Rates

| PROFESSIONALS | STANDARD RANGE |
|---|---|
| Partner | $835 - $1795 |
| Associate | $300 - $935 |
| Counsel and Special Staff | $460 - $1,230 |
| Of Counsel | $735 - $1,440 |
| Paralegal | $90 - $650 |

# EXHIBIT B

## PER UNIT EXPENSES

| Description | Cost per page |
|---|---|
| Fax | $1.60 |
| Photocopy Costs | $ .20 |
| Photocopy – Wide Format | $1.00 |
| Color Printing / Copies | $ .25 |

## <u>EXHIBIT C</u>

## <u>KATTEN MUCHIN ROSENMAN LLP</u>

## <u>WIRE INSTRUCTIONS</u>

| | |
|---|---|
| Bank: | JP Morgan Chase Bank<br>1211 Avenue of the Americas<br>New York, New York 10036<br>Attn: Mindy Drogos<br>Phone 1-847-398-4102 |
| Account Name: | Katten Muchin Rosenman LLP<br>Operating Account |
| Bank ABA#: | [redacted] |
| Account Number: | [redacted] |
| SWIFT Code: | [redacted] |
| Ref: | Jeffrey Stein, Anthony Horton and David Chavenson / GWG Holdings |

# <u>Exhibit B</u>

**Redline**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| GWG Holdings, Inc., *et al.*,[1] | ) | Case No. 22-90032 (MI) |
| Debtors. | ) | (Jointly Administered) |

**ORDER GRANTING THE APPLICATION OF DEBTOR GWG HOLDINGS INC., FOR ENTRY OF AN ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF KATTEN MUCHIN ROSENMAN LLP AS COUNSEL TO DEBTOR GWG HOLDINGS, INC., ON BEHALF OF AND AT THE SOLE DIRECTION OF ITS INDEPENDENT DIRECTORS, EFFECTIVE AS OF JUNE 20, 2022**

**[Related to Docket No. 649]**

Upon the application of GWG Holdings, Inc. (the "Debtor" and with its Debtor affiliates, the "Debtors"), pursuant to sections 327(a) and 330 of the Bankruptcy Code; Bankruptcy Rules 2014 and 2016; and Bankruptcy Local Rules 2014-1 and 2016-1, for the entry of an order (this "Order") authorizing the Debtor to retain and employ Katten Muchin Rosenman LLP ("Katten") as counsel to the Debtor, on behalf of and at the sole direction its Independent Directors, effective as of June 20, 2022 (the "Application")[2]; and the Court having reviewed the Application, the Reisman Declaration, and the Stein Declaration; and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and the Court having found that the Application is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Application in this district is proper

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: GWG Holdings, Inc. (2607); GWG Life, LLC (6955); and GWG Life USA, LLC (5538). The location of Debtor GWG Holdings, Inc.'s principal place of business and the Debtors' service address is 325 N. St. Paul Street, Suite 2650 Dallas, TX 75201. Further information regarding the Debtors and these Chapter 11 Cases is available at the website of the Debtors' claims and noticing agent: https://donlinrecano.com/gwg.

[2] Capitalized terms used in this Order but not immediately defined have the meanings given to such terms in the Application.

pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found based on the representations made in the Application, in the Reisman Declaration, and in the Stein Declaration, that, (a) Katten does not hold or represent an interest adverse to the Debtors' estates; (b) Katten has no connection with the Debtors, their affiliates, their creditors, the U.S. Trustee, any person employed in the office of the U.S. Trustee, the United States Bankruptcy Judges in the Southern District of Texas, or any other entity with an actual or potential interest in these Chapter 11 Cases or their respective attorneys or accountants, except as set forth in the Reisman Declaration; (c) Katten is not a creditor, equity security holder, or insider of the Debtors; (d) none of Katten's attorneys are or were, within two years of the Petition Date, a director, officer, or employee of the Debtors; and (e) Katten neither holds nor represents an interest materially adverse to the Debtors or its estates by reason of any direct or indirect relationship to, connection with, or interest in the Debtors, or for any other reason, except as set forth in the Reisman Declaration; and the Court having found that the relief requested in the Application is in the best interests of the Debtors' estates, its creditors, and other parties in interest; and the Court having found that the Debtors provided adequate and appropriate notice of the Application under the circumstances and that no other or further notice is required; and the Court having reviewed the Application and having heard statements in support of the Application at a hearing held before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Application and at the Hearing establish just cause for the relief granted herein; and any objections to the relief requested herein having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Debtor is authorized to retain and employ Katten effective as of June 20, 2022 to render independent services, on behalf of and at the sole direction of the Independent Directors, in accordance with the terms and conditions set forth in the Application and the Engagement Letter attached hereto as **Exhibit 1**, as modified by this Order, and in furtherance of the delegation of authority to the Independent Directors set forth in the Resolutions, as approved by Order of the Court on July 18, 2022 [Docket No. 594].

2. Katten shall apply for compensation for professional services rendered and reimbursement of expenses in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, applicable provisions of the Bankruptcy Rules, the Local Bankruptcy Rules, and any fee and expense guidelines of this Court. Katten also intends to comply with the U.S. Trustee's request for information and additional disclosures ~~as set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013 (the "Revised UST Guidelines")~~, both in connection with the Application and the interim and final fee applications to be filed by Katten in these Chapter 11 Cases.

3. Katten shall include in its fee applications, among other things, contemporaneous time records setting forth a description of the services rendered by each professional and the amount of time spent on each date by each such individual in rendering services on behalf of the Independent Directors in one-tenth (.1) hour increments.

4. Retention pursuant to section 327(a) of the Bankruptcy Code is appropriate given the specific scope of the retention.

5. Notwithstanding anything to the contrary in the Application, Katten shall not be entitled to reimbursement for fees and expenses incurred in connection with any objection to its fees absent further order of this Court.

6. Katten shall file a supplemental declaration with the Court and provide no less than ten days business days' notice to the Debtors, the U.S. Trustee, and any official committee that may be appointed in these Chapter 11 Cases prior to any increases in the rates set forth in the Application. Any such supplemental declaration shall explain the basis for the requested rate increases in accordance with Bankruptcy Code Section 330(a)(3)(F) and state whether the Debtors and the Independent Directors have consented to the rate increase. The U.S. Trustee retains all rights to object to any hourly rate increases on all grounds, including the reasonableness standard set forth in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

7. Katten shall use its reasonable efforts to avoid any duplication of services provided by any of the Debtors' other retained professionals in these Chapter 11 Cases.

8. Katten will review its files periodically during the pendency of these Chapter 11 Cases to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new relevant facts or relationships are discovered or arise, Katten will use reasonable efforts to identify such further developments and will promptly file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

9. Katten shall not charge a markup with respect to fees billed by contract attorneys who are hired by Katten to provide services, and shall ensure that any such contract attorneys are subject to conflict checks and disclosures in accordance with the requirements of the Bankruptcy Code and Bankruptcy Rules.

10. To the extent the Application, the Reisman Declaration, or the Stein Declaration is inconsistent with this Order, the terms of this Order shall govern.

11. The Debtor is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Application.

12. The notice requirements of Bankruptcy Rule 6004(a) are deemed waived.

13. Notice of the Application as provided therein is deemed to be good and sufficient notice of such Application, and the requirements of the Local Bankruptcy Rules are satisfied by the contents of the Application.

14. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

15. The Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation ~~or~~, implementation, and enforcement of this Order.

Dated: ___________, 2022
Houston, Texas

______________________________________
MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

# Exhibit C

## Budget and Staffing Plan

*In re GWG Holdings, Inc., et al.*
**Bankruptcy Case No. 22-90032 (MI) (Jointly Administered)**

**Budget and Staffing Plan**

**Budget for the Total Fee Period of June 20, 2022 Through June 20, 2023**

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| 2 | Retention and Fee Applications | 470 | $ 325,000.00 |
| 4 | DIP | 250 | 275,000.00 |
| 5 | Employee Matters | 125 | 125,000.00 |
| 7 | Contested Matters, Adversary Proceedings | 1,250 | 1,400,000.00 |
| 10 | Business Operations and Governance | 3,600 | 4,000,000.00 |
| 11 | Case Administration | 70 | 60,000.00 |
| 12 | Claims Administration and Objections | 150 | 175,000.00 |
| 14 | Tax Matters | 85 | 75,000.00 |
| 19 | Hearings | 750 | 850,000.00 |
| 21 | Investigation | 8,400 | 8,500,000.00 |
| 22 | Plan/Disclosure Statement/Confirmation | 1,750 | 2,250,000.00 |
| 28 | Non-Working Travel | 250 | 315,000.00 |
| **Total** | | **17,150** | **$ 18,350,000.00** |

**Staffing Plan for the Total Fee Period of June 20, 2022 Through June 20, 2023**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work Across All Matters During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 25 | $1,200 |
| Associate | 15 | $800 |
| Paraprofessional | 5 | $400 |
| **Total** | **45** | **$1,000** |

# Exhibit D

**Voluntary Rate Disclosures**

***In re GWG Holdings, Inc., et al.***
**Bankruptcy Case No. 22-90032 (MI) (Jointly Administered)**

**Voluntary Rate Disclosures**

- The blended hourly rate for timekeepers in the New York, Chicago, and Washington, D.C. offices of Katten Muchin Rosenman LLP ("Katten") (including both professionals and paraprofessionals) who billed to non-bankruptcy matters (collectively, the "Non-Bankruptcy Matters")[1] during the period beginning on July 1, 2022, and ending on June 30, 2023 (the "Comparable Period"), was, in the aggregate, approximately $957 per hour (the "Non-Bankruptcy Blended Hourly Rate").[2]

- The blended hourly rate for all Katten timekeepers (including both professionals and paraprofessionals) who billed to GWGH during the Total Fee Period was approximately $1,064.63 per hour (the "Debtor Blended Hourly Rate").[3]

- A detailed comparison of these rates is as follows:

| Position at Katten | Debtor Blended Hourly Rate for the Total Fee Period | Non-Bankruptcy Blended Hourly Rate |
|---|---|---|
| Partner | $ 1,279.94 | $ 1,195 |
| Associate | 757.16 | 776 |
| Paraprofessionals | 389.05 | 432 |
| **Total** | **$ 1,064.63** | **$ 957** |

1 It is the nature of Katten's practice that certain non-bankruptcy engagements require the advice and counsel of professionals and paraprofessionals who work primarily within Katten's Insolvency and Restructuring Practice. Accordingly, "Non-Bankruptcy Matters" consist of matters for which Katten's domestic timekeepers represented a client in a matter other than an in-court bankruptcy proceeding. Moreover, the Non-Bankruptcy Matters may include time billed by Katten domestic timekeepers who work primarily within Katten's Insolvency and Restructuring Practice.

2 Katten calculated the blended rate for Non-Bankruptcy Matters by dividing the *total dollar amount billed* by Katten timekeepers in the New York, Chicago, and Washington, D.C. offices to the Non-Bankruptcy Matters during the Comparable Period by the *total number of hours* billed by Katten timekeepers in the New York, Chicago, and Washington, D.C. offices to the Non-Bankruptcy Matters during the Comparable Period.

3 Katten calculated the blended rate for timekeepers who billed to GWGH by dividing the *total dollar amount billed* by such timekeepers during the Total Fee Period by the *total number of hours billed* by such timekeepers during the Total Fee Period.

# Exhibit E

**Summary of Total Fees Incurred and Hours Billed During the Total Fee Period of June 20, 2022 Through June 20, 2023**

***In re GWG Holdings, Inc., et al.***
**Bankruptcy Case No. 22-90032 (MI) (Jointly Administered)**

**<u>Summary of Timekeepers for the Total Fee Period of June 20, 2022 Through June 20, 2023</u>**

| Attorney Name | Position | Year Admitted | Department | Hourly Billing Rate | Hours Billed In this Application | Fees Billed In this Application | Number of Rate Increases |
|---|---|---|---|---|---|---|---|
| Steven Reisman | Partner (NYC) | NY - 1991 | Restructuring | 2022 – $1,585<br>2023 – 1,755 | 1,142.50<br>378.30 | $ 1,810,862.50<br>663,916.50 | 1 |
| Cindi Giglio | Partner (NYC) | NY - 2007 | Restructuring | 2022 – 1,350<br>2023 – 1,495 | 793.50<br>449.30 | 1,071,225.00<br>671,703.50 | 1 |
| Todd Hatcher | Partner (NYC) | NY - 2009 | Tax | 2022 – 1,250<br>2023 – 1,390 | 49.90<br>31.90 | 62,375.00<br>44,341.00 | 1 |
| Lawrence Levin | Partner (CHI) | IL - 1985 | Corporate | 2022 – 1,315<br>2023 – n/a | 3.40 | 4,471.00 | 0 |
| Jerry Hall | Partner (NYC) | VA - 1997<br>DC - 2007<br>NY - 2016 | Restructuring | 2022 – 1,285<br>2023 – 1,425 | 671.80<br>151.90 | 863,263.00<br>216,457.50 | 1 |
| Jeffrey Patt | Partner (CHI) | IL - 1987 | Corporate | 2022 – n/a<br>2023 – 1,395 | 16.70 | 23,296.50 | 0 |
| Evan Borenstein | Partner (NYC) | NY - 1999 | Corporate | 2022 – 1,255<br>2023 – n/a | 3.40 | 4,267.00 | 0 |
| Julia Winters | Partner (NYC) | NY - 2006 | Restructuring | 2022 – 1,180<br>2023 – n/a | 206.90 | 244,142.00 | 0 |
| Geoffrey King | Partner (Chi) | IL - 2009 | Restructuring | 2022 – 1,145<br>2023 – 1,270 | 1,176.90<br>63.00 | 1,347,550.50<br>80,010.00 | 1 |
| Marc Roitman | Partner (NYC) | NY - 2010 | Restructuring | 2022 – 1,145<br>2023 – 1,270 | 1,166.80<br>758.70 | 1,335,986.00<br>963,549.00 | 1 |
| Daniel Barnowski | Partner (DC) | DC - 1998 | Litigation | 2022 – 1,125<br>2023 – 1,245 | 889.70<br>581.30 | 1,000,912.50<br>723,718.50 | 1 |
| Michael Comerford | Partner NYC) | NY - 2003 | Restructuring | 2022 – 1,180<br>2023 – 1,310 | 507.70<br>51.60 | 599,086.00<br>67,596.00 | 1 |
| Vlad Bulkin | Partner (DC) | NY - 2009<br>DC - 2010 | Corporate | 2022 – 1,170<br>2023 – 1,295 | 60.70<br>3.50 | 71,019.00<br>4,532.50 | 1 |
| Brian Stern | Partner (LA) | CA - 2003 | Private Credit | 2022 – 1,140<br>2023 – n/a | 17.80 | 20,292.00 | 0 |
| Philip Nemecek | Partner (NYC) | NY - 1992 | Litigation | 2022 – 1,095<br>2023 – n/a | 26.00 | 28,470.00 | 0 |
| Bret Diskin | Partner (CHI) | IL - 2009 | Corporate | 2022 – n/a<br>2023 – 1,105 | 60.80 | 67,184.00 | 0 |

| Attorney Name | Position | Year Admitted | Department | Hourly Billing Rate | Hours Billed In this Application | Fees Billed In this Application | Number of Rate Increases |
|---|---|---|---|---|---|---|---|
| Julie Gottshall | Partner (CHI) | IL - 1991 | Litigation | 2022 – 1,180<br>2023 – n/a | 8.20 | 8,856.00 | 0 |
| John Mitchell | Partner (TX) | TX - 1996 | Restructuring | 2022 – 1,050<br>2023 – n/a | 11.30 | 11,865.00 | 0 |
| Timothy Kirby | Partner (NYC) | NY - 2012 | Corporate | 2022 – 1,035<br>2023 – 1,140 | 123.50<br>54.20 | 127,822.50<br>61,788.00 | 1 |
| Danette Edwards | Partner (DC) | MD - 2002<br>DC - 2004 | Litigation | 2022 – 1,020<br>2023 – n/a | 6.70 | 6,834.00 | 0 |
| Elliott Bacon | Partner (Chi) | IL - 2013 | Litigation | 2022 – 955<br>2023 – n/a | 7.60 | 7,258.00 | 0 |
| Eric Werlinger | Partner (DC) | TX - 2012<br>DC - 2014 | Litigation | 2022 – 955<br>2023 – n/a | 256.40 | 244,862.00 | 0 |
| Carrie Stickel | Partner (CHI) | IL - 2014 | Litigation | 2022 – 920<br>2023 – 1,020 | 5.50<br>5.00 | 5,060.00<br>5,100.00 | 1 |
| Ashley Chase | Associate (NYC) | NY - 2016 | Restructuring | 2022 – 910<br>2023 – 990 | 741.50<br>10.40 | 674,765.00<br>10,296.00 | 1 |
| Fabiola Valenzuela | Associate (CHI) | MA - 2017<br>IL - 2018<br>TX - 2023 | Corporate | 2022 – n/a<br>2023 – 920 | 4.00 | 3,680.00 | 0 |
| Yelena Archiyan | Associate (TX) | NY - 2013<br>IL - 2015<br>TX - 2020 | Restructuring | 2022 – 875<br>2023 – n/a | 257.80 | 225,575.00 | 0 |
| Jennifer Howard | Associate (DC) | DC - 2017 | Corporate | 2022 – 875<br>2023 – n/a | 4.60 | 4,025.00 | 0 |
| Michael Rosella | Associate (NYC) | NY - 2019 | Restructuring | 2022 – 800<br>2023 – n/a | 478.00 | 382,400.00 | 0 |
| Grace Thompson | Associate (NYC) | NY – 2019<br>NJ - 2022 | Restructuring | 2022 – 800<br>2023 – 895 | 1,211.80<br>201.40 | 969,440.00<br>180,253.00 | 1 |
| Andrew Pecoraro | Associate (DC) | VA - 2017<br>DC - 2020 | Litigation | 2022 – 775<br>2023 – 875 | 557.80<br>77.80 | 432,295.00<br>68,075.00 | 1 |
| Taryn Baker | Associate (CHI) | IL - 2014 | Tax | 2022 – 715<br>2023 – 755 | 79.60<br>33.90 | 56,914.00<br>25,594.50 | 1 |
| Ethan Trotz | Associate (CHI) | IL - 2018<br>WI - 2019 | Restructuring | 2022 – 715<br>2023 – n/a | 3.10 | 2,216.50 | 0 |
| Loredana Miranda | Associate (NYC) | NY - 2022 | Restructuring | 2022 – 580<br>2023 – 710 | 1,111.60<br>555.60 | 644,728.00<br>394,476.00 | 1 |
| Jesse Kitnick | Associate (NYC) | NY - 2021 | Restructuring | 2022 – 660<br>2023 – 775 | 221.70<br>29.80 | 146,322.00<br>23,095.00 | 1 |

| Attorney Name | Position | Year Admitted | Department | Hourly Billing Rate | Hours Billed In this Application | Fees Billed In this Application | Number of Rate Increases |
|---|---|---|---|---|---|---|---|
| Kenneth Hebeisen | Associate (CHI) | IL - 2021 | Restructuring | 2022 – 655<br>2023 – n/a | 36.20 | 23,711.00 | 0 |
| Bora Ndregjoni | Associate (CHI) | IL - 2021 | Litigation | 2022 – n/a<br>2023 – 695 | 35.00 | 24,325.00 | 0 |
| Ally Jordan | Associate (DC) | CT - 2021<br>DC - 2022 | Litigation | 2022 – 655<br>2023 – n/a | 52.90 | 34,649.50 | 0 |
| Alexis Zobeideh | Associate (NYC) | NY - 2023 | Restructuring | 2022 – 580<br>2023 – 640 | 38.70<br>6.40 | 22,446.00<br>4,096.00 | 1 |
| **Total for Professionals** | | | | | **15,492.00** | **$ 16,823,049.50** | |

| Paraprofessional Name | Position | Department | Hourly Billing Rate | Hours Billed In this Application | Fees Billed In this Application | Number of Rate Increases |
|---|---|---|---|---|---|---|
| Janice Brooks-Patton | Paralegal | Restructuring (TX) | 2022 - 410<br>2023 - n/a | 121.70 | 49,897.00 | 0 |
| John Murphy | Paralegal | Restructuring (NYC) | 2022 - n/a<br>2023 - 510 | 5.60 | 2,856.00 | 0 |
| Rick Brady | Litigation Support | IT (NYC) | 2022 - 330<br>2023 - n/a | 74.90 | 24,717.00 | 0 |
| Marie Siena | Paralegal | Restructuring (NYC) | 2022 - 380<br>2023 - 410 | 159.90<br>126.10 | 60,762.00<br>51,701.00 | 1 |
| **Total for Paraprofessionals** | | | | **488.20** | **$ 189,933.00** | |
| **Total for Attorneys and Paraprofessionals[1]** | | | | **15,980.20** | **$ 17,012,982.50** | |

1 As a courtesy to the Debtors' estates, creditors, and other stakeholders, Katten voluntarily wrote off certain fees on each monthly fee statement during the Total Fee Period. Further, during this engagement, certain Katten attorneys did not bill all their time.

Case 23-00327 Document 143 Filed in TXSB on 08/11/23 Page 670 of 829

# **Exhibit F**

**Summary of Actual and Necessary Expenses for the**
**Total Fee Period of June 20, 2022 Through June 20, 2023**

*In re GWG Holdings, Inc., et al.*
**Bankruptcy Case No. 22-90032 (MI) (Jointly Administered)**

**Summary of Actual and Necessary Expenses for the**
**<u>Total Fee Period of June 20, 2022 Through June 20, 2023</u>**

| Expense | Amount |
|---|---|
| Airfare | $37,086.00 |
| Binding / Color Printing | $1,161.05 |
| Business Meals | $1,426.37 |
| Filing Fees / Court Costs | $221.70 |
| Legal Research | $34,762.28 |
| Out of Town Travel | $34,560.31 |
| Postage and Courier | $518.98 |
| Service Fees | $91,785.75 |
| Telephone Conference Charges | $666.52 |
| **Total[1]** | **$202,188.96** |

[1] As a courtesy to the Debtors' estates, creditors, and other stakeholders, Katten voluntarily wrote off certain categories of expenses in each monthly fee statement during the Total Fee Period.

# Exhibit G

## Summary of Fees and Expenses by Matter for the
## Total Fee Period of June 20, 2022 Through June 20, 2023

*In re GWG Holdings, Inc., et al.*
**Bankruptcy Case No. 22-90032 (MI) (Jointly Administered)**

**Summary of Fees and Expenses by Matter for the**
**<u>Total Fee Period of June 20, 2022 Through June 20, 2023</u>**

| Matter Number | Project Category Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed |
| 2 | Retention and Fee Applications | 470 | 464.80 | $ 325,000.00 | $ 301,110.00 |
| 4 | DIP | 250 | 223.50 | 275,000.00 | 263,984.50 |
| 5 | Employee Matters | 125 | 86.10 | 275,000.00 | 90,172.00 |
| 7 | Contested Matters, Adversary Proceedings | 1,250 | 907.90 | 1,400,000.00 | 1,068,174.00 |
| 10 | Business Operations and Governance | 3,600 | 3,278.40 | 4,000,000.00 | 3,700,430.00 |
| 11 | Case Administration | 70 | 46.00 | 60,000.00 | 41,458.50 |
| 12 | Claims Administration and Objections | 150 | 153.00 | 175,000.00 | 169,044.50 |
| 14 | Tax Matters | 85 | 76.00 | 75,000.00 | 64,933.00 |
| 19 | Hearings | 750 | 657.20 | 850,000.00 | 785,227.00 |
| 21 | Investigation | 8,400 | 8,354.40 | 8,500,000.00 | 8,388,116.50 |
| 22 | Plan/Disclosure Statement/Confirmation | 1,750 | 1,530.30 | 2,250,000.00 | 1,884,786.50 |
| 28 | Non-Working Travel | 250 | 202.60 | 315,000.00 | 255,546.00 |
| **Totals** | | **17,150** | **15,980.20** | **$18,350,000.00** | **$ 17,012,982.50** |

# Exhibit H

## Detailed Description of Services Provided and Detailed Description of Expenses and Disbursements for the Total Fee Period of June 20, 2022 Through June 20, 2023

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GWG Holdings, Inc., *et al.*,[1] | ) | Case No. 22-90032 (MI) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Re: Docket No. _______** |

**ORDER GRANTING THE FIFTH INTERIM AND FINAL FEE APPLICATION OF KATTEN MUCHIN ROSENMAN LLP FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES AS ATTORNEYS TO DEBTOR GWG HOLDINGS, INC., ON BEHALF OF AND AT THE SOLE DIRECTION OF THE INDEPENDENT DIRECTORS, FOR THE (I) FIFTH FEE INTERIM PERIOD FROM MAY 1, 2023 THROUGH AND INCLUDING JUNE 20, 2023, AND (II) TOTAL FEE PERIOD FROM JUNE 20, 2022 THROUGH AND INCLUDING JUNE 20, 2023**

Upon the *Fifth Interim and Final Fee Application of Katten Muchin Rosenman LLP for Allowance and Payment of Fees and Expenses as Attorneys to Debtor GWG Holdings, Inc., on Behalf of and At the Sole Direction of the Independent Directors for the (I) Fifth Interim Fee Period from May 1, 2023 Through and Including June 20, 2023, and (II) Total Fee Period from June 20, 2022 Through and Including June 20, 2023* [Docket No. [●]] (the "Fee Application"),[2] filed by Katten Muchin Rosenman LLP ("Katten"); and the Court having reviewed the Fee Application, the matters contained therein and exhibits thereto and finding that the attorneys' fees and expenses incurred should be allowed and paid by the Debtors, the Court orders as follows:

---

1 The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: GWG Holdings, Inc. (2607); GWG Life, LLC (6955); GWG Life USA, LLC (5538); GWG DLP Funding IC, LLC (2589); GWG DLP Funding VI, LLC (6955); and GWG DLP Funding Holdings VI, LLC (6955). The location of Debtor GWG Holdings, Inc.'s principal place of business and the Debtors' service address is 325 N. St. Paul Street, Suite 2650 Dallas, Texas 75201. Further information regarding the Debtors and these Chapter 11 cases is available at the website of the Debtors' claims and noticing agent: https://donlinrecano.com/gwg.

2 Capitalized terms used but not otherwise defined herein shall have the meaning as set forth in the Fee Application.

1. Compensation to Katten for professional services rendered to GWG, on behalf of and at the sole direction of the Independent Directors, for the period of June 20, 2022 through and including June 20, 2023 (the "Total Fee Period"), is allowed on a final basis in the amount of $17,012,982.50.

2. Reimbursement to Katten for expenses incurred during the Total Fee Period is allowed on a final basis in the amount of $202,188.96.

3. The Debtors are authorized and directed to pay Katten all unpaid fees and expenses allowed pursuant to this Order.

Dated: ___________, 2023
Houston, Texas

______________________________________
MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

# Exhibit I

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| GWG Holdings, Inc., *et al.*,[1] | Case No. 22-90032 (MI) |
| Debtors. | (Jointly Administered) |

**THIRD INTERIM AND FINAL FEE APPLICATION OF PAUL HASTINGS LLP, COUNSEL TO SEAN CLEMENTS AND THE CONFLICTS COMMITTEE OF THE BOARD OF DIRECTORS OF GWG DLP FUNDING IV, LLC, FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES FOR THE PERIOD FROM MAY 1, 2023 THROUGH JUNE 19, 2023**

| | | |
|---|---|---|
| **Name of Applicant:** | Paul Hastings LLP | |
| **Applicant's Role in Case:** | Attorneys to Sean Clements and the Conflicts Committee of the board of directors of GWG DLP Funding IV, LLC ("DLP IV") | |
| **Docket No. of Employment Order(s):** | Docket No. 1325 | |
| **Interim Application (X) No. 3**<br>**Final Application (X)** | Interim and Final<br><br>Prior interim applications filed at Docket Nos. 1616 and 2033. | |
| | **Beginning Date** | **End Date** |
| **Time period covered by this Application for which interim compensation has not previously been awarded:** | 05/01/23 | 06/19/23 |

| |
|---|
| **Were the services provided necessary to the administration of or beneficial at the time rendered toward the completion of the case? Yes** |
| **Were the services performed in a reasonable amount of time commensurate with the complexity, importance and nature of the issues addressed? Yes** |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: GWG Holdings, Inc. (2607); GWG Life, LLC (6955); GWG Life USA, LLC (5538), GWG DLP Funding IV, LLC (2589); GWG DLP Funding VI, LLC (6955); and GWG DLP Funding Holdings VI, LLC (6955). The location of Debtor GWG Holdings, Inc.'s principal place of business and the Debtors' service address is 325 N. St. Paul Street, Suite 2650 Dallas, TX 75201. Further information regarding the Debtors and these chapter 11 cases is available at the website of the Debtors' claims and noticing agent: https://donlinrecano.com/gwg.

| | |
|---|---|
| **Is the requested compensation reasonable based on the customary compensation charged by comparably skilled practitioners in other non-bankruptcy cases? Yes** | |
| **Do expense reimbursements represent actual and necessary expenses incurred? Yes** | |
| **Compensation Breakdown for Time Period Covered by this Application** | |
| **Total professional fees requested in this Application:** | $139,366.00 |
| **Total professional hours covered by this Application:** | 100.30 |
| **Average hourly rate for professionals:** | $1,389 |
| **Total paraprofessional fees requested in this Application:** | $8,100.00 |
| **Total paraprofessional hours covered by this Application:** | 15.00 |
| **Average hourly rate for paraprofessionals:** | $540 |
| **Total fees requested in this Application:** | $147,466.00 |
| **Total expense reimbursements requested in this Application:** | $3,577.20 |
| **Total fees and expenses requested in this Application:** | $151,043.20 |
| **Total fees and expenses awarded in all prior Applications:** | $820,594.70 |
| **Plan Status:** On June 20, 2023, the Court entered the *Order (I) Confirming the Debtors' Further Modified Second Amended Joint Chapter 11 Plan, Submitted By the Debtors, the Bondholder Committee, and L Bond Management, LLC as Co-Proponents, and (II) Granting Related Relief* [Docket No. 1952]. The Effective Date of the Plan was on August 1, 2023 [Docket No. 2079]. | |
| **Primary Benefits:** During the Interim Period, Paul Hastings diligently and effectively represented the Conflicts Committee of DLP IV and Sean Clements in his capacity as a member of the Conflicts Committee, with respect to their fiduciary duties in connection with the chapter 11 cases and investigating certain prepetition transactions.<br><br>Specifically, Paul Hastings negotiated with the Debtors and other case parties, and advised the Conflicts Committee with respect to the Plan and related Disclosure Statement, and issues related to the releases and exculpation provisions contained therein. | |

Pursuant to sections 330 and 331 of Title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Bankruptcy Local Rules of the United States Bankruptcy Court for the Southern District of Texas, the Procedures for Complex Cases in the Southern District of Texas, and the Court's *Corrected Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 378], Paul

Hastings LLP ("Paul Hastings"), counsel to the Conflicts Committee of the DLP IV Board and Sean Clements as a member of the Conflicts Committee in the above-captioned chapter 11 cases, hereby requests (a) allowance and payment of $147,466.00 for reimbursement of actual and necessary expenses and for legal services rendered during the period from May 1, 2023 through and including June 19, 2023 (the "Interim Period"), which amounts have not been the subject of a previous fee application, and (b) final allowance and payment of the sums of $962,435.50 as compensation and $9,202.40 for reimbursement of actual and necessary expenses, for a total of $971,637.90 for legal services rendered during the period from October 31, 2022 through and including June 19, 2023 (the "Final Period"). In support of its request, Paul Hastings submits the following attached exhibits:

- Exhibit A contains the monthly statements for the Interim Period, which include an itemized list of expenses incurred during the Interim Period;
- Exhibit B contains the monthly statements for the Final Period, which include an itemized list of expenses incurred during the Final Period; and
- Exhibit C contains the Proposed Order.

## RESERVATION OF RIGHTS

1. To the extent that time or disbursement charges for services rendered or disbursements incurred relate to the Interim Period, but were not processed before the preparation of this Application, or Paul Hastings has for any other reason not sought compensation or reimbursement with respect to such services or expenses, Paul Hastings reserves the right to request additional compensation for such services, and reimbursement of such expenses, in a supplemental or future application. Paul Hastings does not waive, and expressly reserves, its right to respond to any objections regarding this Application and the amounts sought for Paul Hastings' work in the chapter 11 cases.

Dated: August 21, 2023
Houston, Texas

Respectfully submitted,

/s/ James T. Grogan III

**PAUL HASTINGS LLP**
James T. Grogan III (TX Bar No. 24027354)
600 Travis Street, 58th Floor
Houston, Texas 77002
Telephone: (713) 860-7300
Facsimile: (713) 353-3100
Email: jamesgrogan@paulhastings.com

-and-

Jayme T. Goldstein (admitted *pro hac vice*)
Daniel A. Fliman (admitted *pro hac vice*)
Allison Miller (admitted *pro hac vice*)
Jeremy D. Evans (admitted *pro hac vice*)
John F. Iaffaldano (admitted *pro hac vice*)
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Email: jaymegoldstein@paulhastings.com
Email: danfliman@paulhastings.com
Email: allisonmiller@paulhastings.com
Email: jeremyevans@paulhastings.com
Email: jackiaffaldano@paulhastings.com

*Counsel to the Conflicts Committee of the DLP IV Board and Sean Clements, Independent Director of the DLP IV Board*

# EXHIBIT A

## MONTHLY STATEMENTS FOR INTERIM PERIOD

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| GWG Holdings, Inc., *et al.*,[1] | ) | Case No. 22-90032 (MI) |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF SEVENTH MONTHLY FEE STATEMENT OF PAUL HASTINGS LLP, COUNSEL TO SEAN CLEMENTS AND THE CONFLICTS COMMITTEE OF THE BOARD OF DIRECTORS OF GWG DLP FUNDING IV, LLC FOR THE PERIOD FROM MAY 1, 2023 THROUGH MAY 31, 2023**

| | | |
|---|---|---|
| Name of applicant: | Paul Hastings LLP | |
| Applicant's Role in the Case: | Attorneys to Sean Clements and the Conflicts Committee of the board of directors of GWG DLP Funding IV, LLC ("DLP IV") | |
| Date Order of Employment Signed and Docket No.: | January 6, 2023 (effective as of October 31, 2022) [Docket No. 1325] | |
| | Beginning Date | End Date |
| Time period covered by this Statement: | 05/01/2023 | 05/31/2023 |
| Summary of Total Fees and Expenses Requested | | |
| Total fees requested in this Statement: | $57,089.60 (80% of $71,362.00) | |
| Total expenses requested in this Statement: | $1,614.84 | |
| Total fees and expenses requested in this Statement (excluding 20% holdback): | $72,976.84 | |
| Total fees and expenses requested in this Statement (including 20% holdback): | $58,704.44 | |
| Summary of Attorney Fees Requested | | |
| Total attorney fees requested in this Statement: | $65,746.00 | |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: GWG Holdings, Inc. (2607); GWG Life, LLC (6955); GWG Life USA, LLC (5538), GWG DLP Funding IV, LLC (2589); GWG DLP Funding VI, LLC (6955); and GWG DLP Funding Holdings VI, LLC (6955). The location of Debtor GWG Holdings, Inc.'s principal place of business and the Debtors' service address is 325 N. St. Paul Street, Suite 2650 Dallas, TX 75201. Further information regarding the Debtors and these chapter 11 cases is available at the website of the Debtors' claims and noticing agent: https://donlinrecano.com/gwg.

| | |
|---|---|
| Total actual attorney hours covered by this Statement: | 44.00 |
| Average hourly rate for attorneys: | $1,494 |
| Summary of Paraprofessional Fees Requested | |
| Total paraprofessional fees requested in this Statement: | $5,616.00 |
| Total actual paraprofessional hours covered by this Statement: | 10.40 |
| Average hourly rate for paraprofessionals: | $540 |

In accordance with the *Corrected Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and (II) Granting Related Relief* [Docket No. 378] (the "Interim Compensation Order"),[2] Paul Hastings LLP ("Paul Hastings") respectfully submits this seventh monthly statement (the "Monthly Statement") and requests payment for services rendered and reimbursement of expenses incurred as counsel to Sean Clements and the Conflicts Committee of the board of directors of DLP IV in the above-captioned chapter 11 cases for the period from May 1, 2023 through and including May 31, 2023 (the "Fee Period") in the amounts set forth above.

**SERVICES RENDERED AND EXPENSES INCURRED**

1. Attached hereto as **Exhibit A** is a timekeeper summary that includes the name, title, department, bar admission, hourly billing rate, aggregate hours, and amount of fees earned for each Paul Hastings individual who provided services during the Fee Period.

2. Attached hereto as **Exhibit B** is a summary of Paul Hastings' services rendered and compensation sought, by project category, for the Fee Period.

3. Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Fee Period.

4. Attached hereto as **Exhibit D** are the fee statements of Paul Hastings for services provided during the Fee Period.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

## NOTICE AND OBJECTION PROCEDURES

1. Notice of this Monthly Statement will be given to the following parties (collectively, the "Application Recipients"): (i) the Debtors c/o GWG Holdings, Inc., 325 N. St. Paul St., Suite 2650, Dallas, TX 75201, Attn: Timothy Evans; (ii) counsel to the Debtors, Mayer Brown LLP, 71 S. Wacker Drive, Chicago, IL 60606, Attn: Thomas S. Kiriakos; (iii) co-counsel to the Debtors, Jackson Walker LLP, 1401 McKinney Street, Suite 1900, Houston, TX 77010, Attn: Kristhy M. Peguero and Matthew D. Cavenaugh; (iv) counsel to the DIP Lender, Sidley Austin LLP, One South Dearborn, Chicago, IL 60603, Attn: Matthew A. Clemente; (v) counsel to Bank of Utah in its capacity as indenture trustee for the Bonds, Akin Gump Strauss Hauer & Feld LLP, 2001 K Street NW, Washington, D.C., 20006-1037, Attn: Scott Alberino; (vi) counsel to any statutory committee appointed in these cases; and (vii) the Office of the U.S. Trustee for the Southern District of Texas, 515 Rusk Street, Suite 3516, Houston, TX 77002, Attn: Hector Duran.

2. Objections to this Monthly Statement, if any, must be served upon the Application Recipients and the undersigned counsel by or before 4:00 p.m. (CT) on the fourteenth day after service of this Monthly Statement (the "Objection Deadline"), setting forth with specificity the objectionable fees or expenses, the amount of the disputed fees or expenses, and the basis for such objection. If no objections are received by the Objection Deadline, the Debtors shall promptly pay Paul Hastings 80 percent of the fees and 100 percent of the expenses identified in this Monthly Statement.

3. To the extent that an objection to this Monthly Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Monthly Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such objection is not resolved,

pursuant to the procedures set forth in the Interim Compensation Order, the objecting party shall file its objection with the Court and serve the objection on the Application Recipients and the undersigned counsel. Thereafter, Paul Hastings may either (a) file with the Court a response to the objection together with a request for payment of the appropriate portion of the disputed amount or (b) preserve and schedule the disputed amount for consideration at the next interim or final fee application hearing.

4. To the extent that time or disbursement charges for services rendered or disbursements incurred relate to the Fee Period, but were not processed before the preparation of this Monthly Statement, or Paul Hastings has for any other reason not sought compensation or reimbursement with respect to such services or expenses, Paul Hastings reserves the right to request additional compensation for such services, and reimbursement of such expenses, in a supplemental or future statement.

[*Remainder of page intentionally left blank*]

Dated: August 16, 2023
Houston, Texas

Respectfully submitted,

/s/ James T. Grogan III

**PAUL HASTINGS LLP**
James T. Grogan III (TX Bar No. 24027354)
600 Travis Street, 58th Floor
Houston, Texas 77002
Telephone: (713) 860-7300
Facsimile: (713) 353-3100
Email: jamesgrogan@paulhastings.com

-and-

Jayme T. Goldstein (admitted *pro hac vice*)
Daniel A Fliman (admitted *pro hac vice*)
Allison Miller (admitted *pro hac vice*)
Jeremy D. Evans (admitted *pro hac vice*)
John F. Iaffaldano (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: jaymegoldstein@paulhastings.com

*Counsel to Sean Clements and the Conflicts Committee of the board of directors of DLP IV*

## Exhibit A

### COMPENSATION BY PROFESSIONAL AND PARAPROFESSIONAL FOR FEE PERIOD

| | | | | Total for Fee Period | |
|---|---|---|---|---|---|
| **Name** | **Department or Group** | **Date of First Admission** | **Hourly Rate** | **Hours Billed** | **Amount** |
| Fliman, Dan | Corporate | 2003 | $1,725.00 | 2.70 | $4,657.50 |
| Goldstein, Jayme | Corporate | 2003 | $1,875.00 | 4.60 | $8,625.00 |
| Grogan, James | Corporate | 2000 | $1,700.00 | 16.30 | $27,710.00 |
| Miller, Allison | Corporate | 2004 | $1,725.00 | 1.70 | $2,932.50 |
| | | **Total Partner:** | | **25.30** | **$43,925.00** |
| Evans, Jeremy | Corporate | 2013 | $1,600.00 | 2.90 | $4,640.00 |
| | | **Total Counsel:** | | **2.90** | **$4,640.00** |
| Iaffaldano, Jack | Corporate | 2020 | $1,125.00 | 13.60 | $15,300.00 |
| Thomas, Schlea | Corporate | 2022 | $855.00 | 2.20 | $1,881.00 |
| | | **Total Associate:** | | **15.80** | **$17,181.00** |
| Laskowski, Mat | Paralegal | | $540.00 | 9.30 | $5,022.00 |
| Magzamen, Michel | Paralegal | | $540.00 | 1.10 | $594.00 |
| | | **Total Paraprofessional:** | | **10.40** | **$5,616.00** |
| | | **Total:** | | **54.40** | **$71,362.00** |

Case 23-90020 Document 2415 Filed in TXSB on 09/17/24 Page 13 of 14

## Exhibit B

### COMPENSATION BY PROJECT CATEGORY FOR FEE PERIOD

| | Total for Fee Period | |
|---|---|---|
| **U.S. Trustee Task Code and Project Category** | **Total Hours** | **Total Fees** |
| B110 Case Administration | 5.80 | $9,026.00 |
| B113 Pleadings Review | 18.70 | $22,159.00 |
| B155 Court Hearings | 4.10 | $5,618.50 |
| B160 Employment / Fee Applications (Paul Hastings) | 8.90 | $10,941.00 |
| B260 Board of Directors Matters | 3.20 | $4,755.00 |
| B320 Plan and Disclosure Statement | 13.70 | $18,862.50 |
| **TOTAL** | **54.40** | **$71,362.00** |

## Exhibit C

### EXPENSE SUMMARY FOR FEE PERIOD

| Category | Total for Fee Period |
|---|---:|
| Airfare | $577.80 |
| Lodging | $589.94 |
| Taxi/Ground Transportation | $407.10 |
| Meals | $40.00 |
| **TOTAL** | **$1,614.84** |

# <u>Exhibit D</u>

## FEE STATEMENTS FOR FEE PERIOD

**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Conflicts Committee of GWG DLP Funding IV, LLC
Suite 1200
220 South Sixth Street
Minneapolis, MN 55402

Attn: Sean Clements

July 28, 2023

Please Refer to
Invoice Number: 2366570

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Bankruptcy Case**
PH LLP Client/Matter # 51132-00002
Jayme Goldstein

| | |
|---|---|
| Legal fees for professional services for the period ending May 31, 2023 | $71,362.00 |
| Costs incurred and advanced | 1,614.84 |
| **Current Fees and Costs Due** | **$72,976.84** |
| **Total Balance Due - Due Upon Receipt** | **$72,976.84** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA 90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*

PAUL HASTINGS

**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Conflicts Committee of GWG DLP Funding IV, LLC
Suite 1200
220 South Sixth Street
Minneapolis, MN 55402

Attn: Sean Clements

July 28, 2023

Please Refer to
Invoice Number: 2366570

PH LLP Tax ID No. 95-2209675

---

**REMITTANCE COPY**

**Bankruptcy Case**
PH LLP Client/Matter # 51132-00002
Jayme Goldstein

| | |
|---|---|
| Legal fees for professional services for the period ending May 31, 2023 | $71,362.00 |
| Costs incurred and advanced | 1,614.84 |
| **Current Fees and Costs Due** | **$72,976.84** |
| **Total Balance Due - Due Upon Receipt** | **$72,976.84** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD****, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA 90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*

**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Conflicts Committee of GWG DLP Funding IV, LLC
Suite 1200
220 South Sixth Street
Minneapolis, MN 55402

Attn: Sean Clements

July 28, 2023

Please Refer to
Invoice Number: 2366570

PH LLP Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending May 31, 2023

**Bankruptcy Case** **$71,362.00**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B110** | **Case Administration** | | | | |
| 05/01/2023 | ML30 | Update case calendars (.2); update distribution lists for case notice and pleadings (.2); correspond with J. Iaffaldano re hearing needs (.1). | 0.50 | 540.00 | 270.00 |
| 05/01/2023 | MM57 | Correspond with J. Iaffaldano re: case calendar | 0.20 | 540.00 | 108.00 |
| 05/03/2023 | JTG4 | Emails with M. Laskowski re case updates | 0.20 | 1,700.00 | 340.00 |
| 05/04/2023 | JTG4 | Emails with M. Laskowski re case updates | 0.20 | 1,700.00 | 340.00 |
| 05/04/2023 | ML30 | Update case calendars | 0.10 | 540.00 | 54.00 |
| 05/05/2023 | JTG4 | Emails with M. Laskowski re case updates | 0.20 | 1,700.00 | 340.00 |
| 05/08/2023 | JTG4 | Emails with M. Laskowski re case updates | 0.10 | 1,700.00 | 170.00 |
| 05/09/2023 | JTG4 | Emails with M. Laskowski re case updates | 0.20 | 1,700.00 | 340.00 |
| 05/11/2023 | JTG4 | Emails with M. Laskowski re case updates | 0.20 | 1,700.00 | 340.00 |
| 05/12/2023 | JTG4 | Emails with M. Laskowski re case updates | 0.20 | 1,700.00 | 340.00 |
| 05/15/2023 | JTG4 | Emails with M. Laskowski re case updates | 0.20 | 1,700.00 | 340.00 |
| 05/16/2023 | JTG4 | Emails with M. Laskowski re case updates | 0.20 | 1,700.00 | 340.00 |
| 05/17/2023 | JTG4 | Emails with M. Laskowski re case updates | 0.20 | 1,700.00 | 340.00 |

---

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/17/2023 | ML30 | Correspond with J. Iaffaldano re 5.18.23 hearing needs | 0.10 | 540.00 | 54.00 |
| 05/18/2023 | JTG4 | Emails with M. Laskowski re case updates | 0.20 | 1,700.00 | 340.00 |
| 05/18/2023 | JG32 | Review and prepare notes re case updates and going forward plan (.6); telephone conference with client to discuss same (.6) | 1.20 | 1,875.00 | 2,250.00 |
| 05/19/2023 | JTG4 | Emails with M. Laskowski re case updates | 0.20 | 1,700.00 | 340.00 |
| 05/22/2023 | JTG4 | Emails with M. Laskowski re case updates | 0.20 | 1,700.00 | 340.00 |
| 05/23/2023 | JTG4 | Emails with M. Laskowski re case updates | 0.20 | 1,700.00 | 340.00 |
| 05/24/2023 | JTG4 | Emails with M. Laskowski re case updates | 0.20 | 1,700.00 | 340.00 |
| 05/25/2023 | JTG4 | Emails with M. Laskowski re case updates | 0.20 | 1,700.00 | 340.00 |
| 05/26/2023 | JTG4 | Emails with M. Laskowski re case updates | 0.20 | 1,700.00 | 340.00 |
| 05/30/2023 | JTG4 | Emails with M. Laskowski re case updates | 0.20 | 1,700.00 | 340.00 |
| 05/31/2023 | JTG4 | Emails with M. Laskowski re case updates | 0.20 | 1,700.00 | 340.00 |
| | **Subtotal:** | **B110 Case Administration** | **5.80** | | **9,026.00** |

**B113 Pleadings Review**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/01/2023 | AM50 | Review recent court filings regarding exclusivity (.3); review updates from J. Evans regarding same (.2) | 0.50 | 1,725.00 | 862.50 |
| 05/01/2023 | JTG4 | Review ECF notices | 0.30 | 1,700.00 | 510.00 |
| 05/01/2023 | ML30 | Review recent filings and update working group re same | 0.40 | 540.00 | 216.00 |
| 05/02/2023 | JTG4 | Review ECF notices | 0.30 | 1,700.00 | 510.00 |
| 05/02/2023 | ML30 | Review recent filings and update working group re same | 0.40 | 540.00 | 216.00 |
| 05/03/2023 | JTG4 | Review ECF notices | 0.20 | 1,700.00 | 340.00 |
| 05/03/2023 | ML30 | Review recent filings and update working group re same | 0.20 | 540.00 | 108.00 |
| 05/04/2023 | JTG4 | Review ECF notices | 0.20 | 1,700.00 | 340.00 |
| 05/04/2023 | ML30 | Review recent filings and update working group re same | 0.40 | 540.00 | 216.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/05/2023 | JTG4 | Review ECF notices | 0.20 | 1,700.00 | 340.00 |
| 05/05/2023 | ML30 | Review recent filings and update working group re same | 0.20 | 540.00 | 108.00 |
| 05/08/2023 | JTG4 | Review recent filings | 0.20 | 1,700.00 | 340.00 |
| 05/08/2023 | ML30 | Review recent filings and update working group re same | 0.20 | 540.00 | 108.00 |
| 05/09/2023 | JTG4 | Review ECF notices | 0.20 | 1,700.00 | 340.00 |
| 05/09/2023 | ML30 | Review recent filings and update working group re same | 0.20 | 540.00 | 108.00 |
| 05/10/2023 | ML30 | Review recent filings and update working group re same | 0.20 | 540.00 | 108.00 |
| 05/11/2023 | JTG4 | Review ECF notices | 0.20 | 1,700.00 | 340.00 |
| 05/11/2023 | ML30 | Review recent filings and update working group re same | 0.20 | 540.00 | 108.00 |
| 05/12/2023 | JTG4 | Review ECF notices | 0.20 | 1,700.00 | 340.00 |
| 05/12/2023 | ML30 | Review recent filings and update working group re same | 0.20 | 540.00 | 108.00 |
| 05/15/2023 | JTG4 | Review ECF notices | 0.40 | 1,700.00 | 680.00 |
| 05/15/2023 | ML30 | Review recent filings and update working group re same | 0.20 | 540.00 | 108.00 |
| 05/16/2023 | JTG4 | Review ECF notices (.2); review Beneficient motion (.3) | 0.50 | 1,700.00 | 850.00 |
| 05/16/2023 | ML30 | Review recent filings and update case calendars and working group re same | 0.60 | 540.00 | 324.00 |
| 05/17/2023 | JTG4 | Review ECF notices and related pleadings | 0.40 | 1,700.00 | 680.00 |
| 05/17/2023 | ML30 | Review recent filings and update working group re same | 0.50 | 540.00 | 270.00 |
| 05/18/2023 | JTG4 | Review ECF notices (.2); review complaint against Fifth Season (.4) | 0.60 | 1,700.00 | 1,020.00 |
| 05/18/2023 | JG32 | Review recently filed pleadings | 0.70 | 1,875.00 | 1,312.50 |
| 05/18/2023 | ML30 | Review recent filings and update case calendars and working group re same | 0.40 | 540.00 | 216.00 |
| 05/19/2023 | JTG4 | Review ECF notices | 0.20 | 1,700.00 | 340.00 |
| 05/19/2023 | ML30 | Review recent filings and update working group re same | 0.30 | 540.00 | 162.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/22/2023 | JTG4 | Review ECF notices (.2); review Heppner / Ben Rule 2004 motion (.4) | 0.60 | 1,700.00 | 1,020.00 |
| 05/22/2023 | ML30 | Review recent filings and update working group re same | 0.50 | 540.00 | 270.00 |
| 05/23/2023 | JTG4 | Review ECF notices (.2); review new docket entries and related documents (.3) | 0.50 | 1,700.00 | 850.00 |
| 05/23/2023 | ML30 | Review recent filings and update working group re same | 0.60 | 540.00 | 324.00 |
| 05/24/2023 | JTG4 | Review ECF notices (.2); review exit credit agreement pleadings (.6) | 0.80 | 1,700.00 | 1,360.00 |
| 05/24/2023 | ML30 | Review recent filings and update case calendars and working group re same | 0.60 | 540.00 | 324.00 |
| 05/25/2023 | JTG4 | Review ECF notices and related pleadings | 0.50 | 1,700.00 | 850.00 |
| 05/25/2023 | ML30 | Review recent filings and update case calendars and working group re same | 1.00 | 540.00 | 540.00 |
| 05/26/2023 | JTG4 | Review ECF notices (.2); review L Bond Management emergency motion (.3) | 0.50 | 1,700.00 | 850.00 |
| 05/26/2023 | ML30 | Review recent filings and update working group re same | 0.40 | 540.00 | 216.00 |
| 05/30/2023 | JTG4 | Review ECF notices (.2); review Fifth Season motion (.3) | 0.50 | 1,700.00 | 850.00 |
| 05/30/2023 | ML30 | Review recent filings and update working group re same | 0.40 | 540.00 | 216.00 |
| 05/31/2023 | JTG4 | Review ECF notices | 0.20 | 1,700.00 | 340.00 |
| 05/31/2023 | JG32 | Review recently filed pleadings regarding open case issues and next steps | 1.20 | 1,875.00 | 2,250.00 |
| 05/31/2023 | ML30 | Review recent filings and update working group and case calendars re same | 0.50 | 540.00 | 270.00 |
| | **Subtotal:** | **B113 Pleadings Review** | **18.70** | | **22,159.00** |

**B155 Court Hearings**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/01/2023 | JI2 | Monitor hearing on Benz objections to fee applications | 0.50 | 1,125.00 | 562.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/01/2023 | JTG4 | Attend hearing on Benz objections to fee applications (.5); emails with J. Evans and J. Iaffaldano re outcome of hearing (.3) | 0.80 | 1,700.00 | 1,360.00 |
| 05/01/2023 | JDE | Attend fee application hearing. | 0.50 | 1,600.00 | 800.00 |
| 05/01/2023 | SMT1 | Prepare outline for hearing regarding compensation application (.4); attend hearing regarding same (.5) | 0.90 | 855.00 | 769.50 |
| 05/23/2023 | JTG4 | Prepare outline for upcoming hearing | 0.40 | 1,700.00 | 680.00 |
| 05/24/2023 | JTG4 | Attend hearing on Beneficient lift stay motion and protective order issues | 0.70 | 1,700.00 | 1,190.00 |
| 05/24/2023 | SMT1 | Attend portion of hearing regarding Beneficient lift stay motion | 0.30 | 855.00 | 256.50 |
| | **Subtotal:** | **B155 Court Hearings** | **4.10** | | **5,618.50** |

**B160 Fee/Employment Applications**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/01/2023 | JI2 | Emails with M. Magzamen re fee statements and CNO re same (.3); review interim compensation order (.2); revise fee statement (.4) | 0.90 | 1,125.00 | 1,012.50 |
| 05/01/2023 | JTG4 | Emails with M. Magzamen re CNO on PH fee statement (.3); review CNO (.2) | 0.50 | 1,700.00 | 850.00 |
| 05/01/2023 | MM57 | Correspond with J. Grogan re: order on fee application (.2); revise and e-file related CNO (.2) | 0.40 | 540.00 | 216.00 |
| 05/01/2023 | SMT1 | Draft certificate of no objection regarding first interim fee application | 1.00 | 855.00 | 855.00 |
| 05/02/2023 | JTG4 | Email with M. Laskowski re fee order (.1); review same (.1) | 0.20 | 1,700.00 | 340.00 |
| 05/04/2023 | JTG4 | Emails with J. Iaffaldano about monthly fee application (.5); review same (.3) | 0.80 | 1,700.00 | 1,360.00 |
| 05/04/2023 | MM57 | Correspond with J. Iaffaldano re: fee statements | 0.10 | 540.00 | 54.00 |
| 05/09/2023 | JI2 | Revise fee statements (.8); correspond with J. Grogan re same (.1) | 0.90 | 1,125.00 | 1,012.50 |
| 05/09/2023 | JTG4 | Review and revise monthly fee statements | 0.70 | 1,700.00 | 1,190.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/11/2023 | JI2 | Revise February fee statement (.5); revise March fee statement (.4); emails with J. Grogan re same (.2) | 1.10 | 1,125.00 | 1,237.50 |
| 05/11/2023 | JTG4 | Correspond with J. Iaffaldano regarding updated fee statements (.2); review and comment on same (.3) | 0.50 | 1,700.00 | 850.00 |
| 05/16/2023 | JTG4 | Emails with M. Magzamen about monthly fee statements | 0.30 | 1,700.00 | 510.00 |
| 05/16/2023 | MM57 | Review fee statements and e-file same | 0.40 | 540.00 | 216.00 |
| 05/31/2023 | JI2 | Revise April fee statement (.4); draft interim fee application (.7). | 1.10 | 1,125.00 | 1,237.50 |
| | **Subtotal:** | **B160 Fee/Employment Applications** | **8.90** | | **10,941.00** |

**B260 Board of Directors Matters**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/01/2023 | JI2 | Prepare invoice for S. Clements | 0.40 | 1,125.00 | 450.00 |
| 05/03/2023 | JI2 | Attend board call re plan issues | 0.50 | 1,125.00 | 562.50 |
| 05/16/2023 | JDE | Correspond and conference with S. Clements regarding tail coverage | 0.50 | 1,600.00 | 800.00 |
| 05/17/2023 | JDE | Prepare for and attend bi-weekly board meeting. | 0.50 | 1,600.00 | 800.00 |
| 05/24/2023 | JDE | Prepare for and attend board call. | 0.30 | 1,600.00 | 480.00 |
| 05/31/2023 | AM50 | Review updates from DLP IV board meeting. | 0.50 | 1,725.00 | 862.50 |
| 05/31/2023 | JDE | Prepare for and attend board call. | 0.50 | 1,600.00 | 800.00 |
| | **Subtotal:** | **B260 Board of Directors Matters** | **3.20** | | **4,755.00** |

**B320 Plan and Disclosure Statement (including Business Plan)**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/03/2023 | DF9 | Correspond with J. Iaffaldano re plan exculpation provisions (.4); analysis re same (.7) | 1.10 | 1,725.00 | 1,897.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/03/2023 | JI2 | Correspond with S. Clements re plan issues (.2); analyze plan issues and related case law and statutory authority (2.8); correspond with D. Fliman regarding exculpation provisions (.4) | 3.40 | 1,125.00 | 3,825.00 |
| 05/04/2023 | AM50 | Correspond with D. Fliman and J. Evans on recent developments | 0.70 | 1,725.00 | 1,207.50 |
| 05/04/2023 | DF9 | Call with J. Evans and client re plan exculpation provisions (.3); review caselaw re same (.8) | 1.10 | 1,725.00 | 1,897.50 |
| 05/04/2023 | JI2 | Analyze exculpation issues and related authority (.8); call with S. Clements re same (.4). | 1.20 | 1,125.00 | 1,350.00 |
| 05/04/2023 | JDE | Call with client and D. Fliman regarding plan exculpation provisions | 0.30 | 1,600.00 | 480.00 |
| 05/16/2023 | JI2 | Emails with J. Evans re plan exculpation issues. | 0.70 | 1,125.00 | 787.50 |
| 05/27/2023 | DF9 | Correspond with J. Evans re plan revisions (.2); review same (.3) | 0.50 | 1,725.00 | 862.50 |
| 05/29/2023 | JI2 | Emails with J. Evans and D. Fliman re exculpation issues (.2); analyze same and related precedent (.6). | 0.80 | 1,125.00 | 900.00 |
| 05/30/2023 | JI2 | Review case law re exculpation issues (1.6); call with J. Evans and Mintz & Gold re same (.3); emails with J. Evans re same (.2). | 2.10 | 1,125.00 | 2,362.50 |
| 05/30/2023 | JDE | Call with Mintz & Gold and J. Iaffaldano to discuss exculpations. | 0.30 | 1,600.00 | 480.00 |
| 05/31/2023 | JG32 | Review case updates from J. Evans regarding exculpation (1.1); correspond with client regarding same (.4) | 1.50 | 1,875.00 | 2,812.50 |
| | **Subtotal:** | **B320 Plan and Disclosure Statement (including Business Plan)** | **13.70** | | **18,862.50** |
| | | | | | |
| **Total** | | | **54.40** | | **71,362.00** |

**Timekeeper Summary**

---

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|---|---|---|---|---|---|
| JG32 | Jayme Goldstein | Partner | 4.60 | 1,875.00 | 8,625.00 |
| AM50 | Allison Miller | Partner | 1.70 | 1,725.00 | 2,932.50 |
| DF9 | Dan Fliman | Partner | 2.70 | 1,725.00 | 4,657.50 |
| JTG4 | James T. Grogan | Partner | 16.30 | 1,700.00 | 27,710.00 |
| JDE | Jeremy D. Evans | Of Counsel | 2.90 | 1,600.00 | 4,640.00 |
| JI2 | Jack Iaffaldano | Associate | 13.60 | 1,125.00 | 15,300.00 |
| SMT1 | Schlea M. Thomas | Associate | 2.20 | 855.00 | 1,881.00 |
| ML30 | Mat Laskowski | Paralegal | 9.30 | 540.00 | 5,022.00 |
| MM57 | Michael Magzamen | Paralegal | 1.10 | 540.00 | 594.00 |

**Costs incurred and advanced**

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 05/03/2023 | Airfare - Jeremy Evans; 04/18/2023; From/To: LGA/IAH; Airfare Class: Economy; Trip to Houston for client matter | | | 577.80 |
| 05/03/2023 | Travel Expense - Meals - Jeremy Evans; 04/18/2023; Restaurant: Pizza Hut; City: Houston; Dinner; Number of people: 1; Trip to Houston for client matter | | | 40.00 |
| 05/03/2023 | Lodging - Jeremy Evans; 04/19/2023; Hotel: Marriott; Check-in date: 04/18/2023; Check-out date: 04/19/2023; Trip to Houston for client matter | | | 589.94 |
| 05/03/2023 | Taxi/Ground Transportation - Jeremy Evans; 04/18/2023; From/To: Airport/Hotel; Service Type: Uber; Time: 22:03; Trip to Houston for client matter | | | 106.93 |
| 05/03/2023 | Taxi/Ground Transportation - Jeremy Evans; 04/19/2023; From/To: Hotel/Airport ; Service Type: Uber; Time: 15:56; Trip to Houston for client matter | | | 110.88 |
| 05/03/2023 | Taxi/Ground Transportation - Jeremy Evans; 04/18/2023; From/To: Home/Airport ; Service Type: Uber; Time: 17:03; Trip to Houston for client matter | | | 114.90 |

| | | |
|---|---|---|
| 05/03/2023 | Taxi/Ground Transportation - Jeremy Evans; 04/19/2023; From/To: Airport/Home; Service Type: Uber; Time: 12:02; Trip to Houston for client matter | 74.39 |
| **Total Costs incurred and advanced** | | **$1,614.84** |

| | |
|---|---|
| **Current Fees and Costs** | **$72,976.84** |
| **Total Balance Due - Due Upon Receipt** | **$72,976.84** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| GWG Holdings, Inc., *et al.*,[1] | ) | Case No. 22-90032 (MI) |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF EIGHTH MONTHLY FEE STATEMENT OF PAUL HASTINGS LLP, COUNSEL TO SEAN CLEMENTS AND THE CONFLICTS COMMITTEE OF THE BOARD OF DIRECTORS OF GWG DLP FUNDING IV, LLC FOR THE PERIOD FROM JUNE 1, 2023 THROUGH JUNE 19, 2023**

| | | |
|---|---|---|
| Name of applicant: | Paul Hastings LLP | |
| Applicant's Role in the Case: | Attorneys to Sean Clements and the Conflicts Committee of the board of directors of GWG DLP Funding IV, LLC ("DLP IV") | |
| Date Order of Employment Signed and Docket No.: | January 6, 2023 (effective as of October 31, 2022) [Docket No. 1325] | |
| | Beginning Date | End Date |
| Time period covered by this Statement: | 06/01/2023 | 06/19/2023 |
| Summary of Total Fees and Expenses Requested | | |
| Total fees requested in this Statement: | $60,883.20 (80% of $76,104.00) | |
| Total expenses requested in this Statement: | $1,962.36 | |
| Total fees and expenses requested in this Statement (excluding 20% holdback): | $78,066.36 | |
| Total fees and expenses requested in this Statement (including 20% holdback): | $62,845.56 | |
| Summary of Attorney Fees Requested | | |
| Total attorney fees requested in this Statement: | $73,620.00 | |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: GWG Holdings, Inc. (2607); GWG Life, LLC (6955); GWG Life USA, LLC (5538), GWG DLP Funding IV, LLC (2589); GWG DLP Funding VI, LLC (6955); and GWG DLP Funding Holdings VI, LLC (6955). The location of Debtor GWG Holdings, Inc.'s principal place of business and the Debtors' service address is 325 N. St. Paul Street, Suite 2650 Dallas, TX 75201. Further information regarding the Debtors and these chapter 11 cases is available at the website of the Debtors' claims and noticing agent: https://donlinrecano.com/gwg.

| | |
|---|---|
| Total actual attorney hours covered by this Statement: | 56.30 |
| Average hourly rate for attorneys: | $1,308 |
| Summary of Paraprofessional Fees Requested | |
| Total paraprofessional fees requested in this Statement: | $2,484.00 |
| Total actual paraprofessional hours covered by this Statement: | 4.60 |
| Average hourly rate for paraprofessionals: | $540 |
| | |

In accordance with the *Corrected Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and (II) Granting Related Relief* [Docket No. 378] (the "Interim Compensation Order"),[2] Paul Hastings LLP ("Paul Hastings") respectfully submits this eighth monthly statement (the "Monthly Statement") and requests payment for services rendered and reimbursement of expenses incurred as counsel to Sean Clements and the Conflicts Committee of the board of directors of DLP IV in the above-captioned chapter 11 cases for the period from June 1, 2023 through and including June 19, 2023 (the "Fee Period") in the amounts set forth above.

## SERVICES RENDERED AND EXPENSES INCURRED

1. Attached hereto as **Exhibit A** is a timekeeper summary that includes the name, title, department, bar admission, hourly billing rate, aggregate hours, and amount of fees earned for each Paul Hastings individual who provided services during the Fee Period.

2. Attached hereto as **Exhibit B** is a summary of Paul Hastings' services rendered and compensation sought, by project category, for the Fee Period.

3. Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Fee Period.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

Case 22-90032 Document 2145 Filed in TXSB on 08/10/23 Page 28 of 284

4. Attached hereto as **Exhibit D** are the fee statements of Paul Hastings for services provided during the Fee Period.

**NOTICE AND OBJECTION PROCEDURES**

1. Notice of this Monthly Statement will be given to the following parties (collectively, the "Application Recipients"): (i) the Debtors c/o GWG Holdings, Inc., 325 N. St. Paul St., Suite 2650, Dallas, TX 75201, Attn: Timothy Evans; (ii) counsel to the Debtors, Mayer Brown LLP, 71 S. Wacker Drive, Chicago, IL 60606, Attn: Thomas S. Kiriakos; (iii) co-counsel to the Debtors, Jackson Walker LLP, 1401 McKinney Street, Suite 1900, Houston, TX 77010, Attn: Kristhy M. Peguero and Matthew D. Cavenaugh; (iv) counsel to the DIP Lender, Sidley Austin LLP, One South Dearborn, Chicago, IL 60603, Attn: Matthew A. Clemente; (v) counsel to Bank of Utah in its capacity as indenture trustee for the Bonds, Akin Gump Strauss Hauer & Feld LLP, 2001 K Street NW, Washington, D.C., 20006-1037, Attn: Scott Alberino; (vi) counsel to any statutory committee appointed in these cases; and (vii) the Office of the U.S. Trustee for the Southern District of Texas, 515 Rusk Street, Suite 3516, Houston, TX 77002, Attn: Hector Duran.

2. Objections to this Monthly Statement, if any, must be served upon the Application Recipients and the undersigned counsel by or before 4:00 p.m. (CT) on the fourteenth day after service of this Monthly Statement (the "Objection Deadline"), setting forth with specificity the objectionable fees or expenses, the amount of the disputed fees or expenses, and the basis for such objection. If no objections are received by the Objection Deadline, the Debtors shall promptly pay Paul Hastings 80 percent of the fees and 100 percent of the expenses identified in this Monthly Statement.

3. To the extent that an objection to this Monthly Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Monthly

Case 23-90020 Document 2145 Filed in TXSB on 06/18/24 Page 230 of 284
Ex. 8 Page 230 of 265

Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such objection is not resolved, pursuant to the procedures set forth in the Interim Compensation Order, the objecting party shall file its objection with the Court and serve the objection on the Application Recipients and the undersigned counsel. Thereafter, Paul Hastings may either (a) file with the Court a response to the objection together with a request for payment of the appropriate portion of the disputed amount or (b) preserve and schedule the disputed amount for consideration at the next interim or final fee application hearing.

4. To the extent that time or disbursement charges for services rendered or disbursements incurred relate to the Fee Period, but were not processed before the preparation of this Monthly Statement, or Paul Hastings has for any other reason not sought compensation or reimbursement with respect to such services or expenses, Paul Hastings reserves the right to request additional compensation for such services, and reimbursement of such expenses, in a supplemental or future statement.

[*Remainder of page intentionally left blank*]

Dated: August 16, 2023
Houston, Texas

Respectfully submitted,

/s/ James T. Grogan III

**PAUL HASTINGS LLP**
James T. Grogan III (TX Bar No. 24027354)
600 Travis Street, 58th Floor
Houston, Texas 77002
Telephone: (713) 860-7300
Facsimile: (713) 353-3100
Email: jamesgrogan@paulhastings.com

-and-

Jayme T. Goldstein (admitted *pro hac vice*)
Daniel A Fliman (admitted *pro hac vice*)
Allison Miller (admitted *pro hac vice*)
Jeremy D. Evans (admitted *pro hac vice*)
John F. Iaffaldano (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: jaymegoldstein@paulhastings.com

*Counsel to Sean Clements and the Conflicts Committee of the board of directors of DLP IV*

# <u>Exhibit A</u>

## COMPENSATION BY PROFESSIONAL AND PARAPROFESSIONAL FOR FEE PERIOD

| | | | | Total for Fee Period | |
|---|---|---|---|---|---|
| **Name** | **Department or Group** | **Date of First Admission** | **Hourly Rate** | **Hours Billed** | **Amount** |
| Fliman, Dan | Corporate | 2003 | $1,725.00 | 0.50 | $862.50 |
| Goldstein, Jayme | Corporate | 2003 | $1,875.00 | 5.50 | $10,312.50 |
| Grogan, James | Corporate | 2000 | $1,700.00 | 16.00 | $27,200.00 |
| Miller, Allison | Corporate | 2004 | $1,725.00 | 0.80 | $1,380.00 |
| | | **Total Partner:** | | **22.80** | **$39,755.00** |
| Evans, Jeremy | Corporate | 2013 | $1,600.00 | 6.80 | $10,880.00 |
| Evans, Jeremy (Travel) | Corporate | 2013 | $800.00 (Bill at ½ rate) | 16.30 | $13,040.00 |
| | | **Total Counsel:** | | **23.10** | **$23,920.00** |
| Iaffaldano, Jack | Corporate | 2020 | $1,125.00 | 3.90 | $4,387.50 |
| Thomas, Schlea | Corporate | 2022 | $855.00 | 6.50 | $5,557.50 |
| | | **Total Associate:** | | **10.40** | **$9,945.00** |
| Laskowski, Mat | Paralegal | | $540.00 | 4.00 | $2,160.00 |
| Magzamen, Michel | Paralegal | | $540.00 | 0.60 | $324.00 |
| | | **Total Paraprofessional:** | | **4.60** | **$2,484.00** |
| | | **Total:** | | **60.90** | **$76,104.00** |

# Exhibit B

## COMPENSATION BY PROJECT CATEGORY FOR FEE PERIOD

| | Total for Fee Period | |
|---|---|---|
| **U.S. Trustee Task Code and Project Category** | **Total Hours** | **Total Fees** |
| B110 Case Administration | 0.90 | $1,547.50 |
| B113 Pleadings Review | 7.40 | $8,520.00 |
| B155 Court Hearings | 17.90 | $24,235.00 |
| B160 Employment / Fee Applications (Paul Hastings) | 0.90 | $1,012.50 |
| B195 Non-Working Travel | 16.30 | $13,040.00 |
| B260 Board of Directors Matters | 2.10 | $2,995.00 |
| B320 Plan and Disclosure Statement | 15.40 | $24,754.00 |
| **TOTAL** | **60.90** | **$76,104.00** |

# Exhibit C

## EXPENSE SUMMARY FOR FEE PERIOD

| Category | Total for Fee Period |
|---|---:|
| Airfare | $567.80 |
| Lodging | $903.22 |
| Taxi/Ground Transportation | $451.34 |
| Meals | $40.00 |
| **TOTAL** | **$1,962.36** |

# Exhibit D

## FEE STATEMENTS FOR FEE PERIOD

**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Conflicts Committee of GWG DLP Funding IV, LLC
Suite 1200
220 South Sixth Street
Minneapolis, MN 55402

Attn: Sean Clements

August 8, 2023

Please Refer to
Invoice Number: 2367578

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Bankruptcy Case**
PH LLP Client/Matter # 51132-00002
Jayme Goldstein

| | |
|---|---|
| Legal fees for professional services for the period ending June 19, 2023 | $76,104.00 |
| Costs incurred and advanced | 1,962.36 |
| **Current Fees and Costs Due** | **$78,066.36** |
| **Total Balance Due - Due Upon Receipt** | **$78,066.36** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD****, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA 90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*

Case 23-90088 Document 2145 Filed in TXSB on 08/16/24 Page 37 of 184
Exhibit 8 Page 37 of 1651

**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Conflicts Committee of GWG DLP Funding IV, LLC
Suite 1200
220 South Sixth Street
Minneapolis, MN 55402

Attn: Sean Clements

August 8, 2023

Please Refer to
Invoice Number: 2367578

PH LLP Tax ID No. 95-2209675

---

**REMITTANCE COPY**

**Bankruptcy Case**
PH LLP Client/Matter # 51132-00002
Jayme Goldstein

| | |
|---|---|
| Legal fees for professional services for the period ending June 19, 2023 | $76,104.00 |
| Costs incurred and advanced | 1,962.36 |
| **Current Fees and Costs Due** | **$78,066.36** |
| **Total Balance Due - Due Upon Receipt** | **$78,066.36** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD****, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA 90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*

PAUL HASTINGS

**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Conflicts Committee of GWG DLP Funding IV, LLC
Suite 1200
220 South Sixth Street
Minneapolis, MN 55402

Attn: Sean Clements

August 8, 2023

Please Refer to
Invoice Number: 2367578

PH LLP Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending June 19, 2023

**Bankruptcy Case** **$76,104.00**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B110** | **Case Administration** | | | | |
| 06/05/2023 | JTG4 | Email with M. Laskowski re case update | 0.20 | 1,700.00 | 340.00 |
| 06/07/2023 | JTG4 | Email with M. Laskowski re case update | 0.20 | 1,700.00 | 340.00 |
| 06/08/2023 | JTG4 | Review and update case calendar (.2); emails with M. Laskowski about same and new pleadings (.2) | 0.40 | 1,700.00 | 680.00 |
| 06/14/2023 | JG32 | Review case updates | 0.10 | 1,875.00 | 187.50 |
| | **Subtotal:** | **B110 Case Administration** | **0.90** | | **1,547.50** |
| **B113** | **Pleadings Review** | | | | |
| 06/01/2023 | JTG4 | Review recent pleadings and docket update | 0.40 | 1,700.00 | 680.00 |
| 06/01/2023 | ML30 | Review recent filings and update case calendars and working group re same | 0.60 | 540.00 | 324.00 |
| 06/02/2023 | JTG4 | Review recent pleadings and docket update | 0.40 | 1,700.00 | 680.00 |
| 06/02/2023 | ML30 | Review recent filings and update working group re same | 0.30 | 540.00 | 162.00 |
| 06/03/2023 | JTG4 | Review ECF notices | 0.20 | 1,700.00 | 340.00 |

Case 23-90020 Document 2149 Filed in TXSB on 07/11/24 Page 332 of 2184



| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/05/2023 | JTG4 | Review ECF notices | 0.40 | 1,700.00 | 680.00 |
| 06/05/2023 | ML30 | Review recent filings and update case calendars and working group re same | 0.40 | 540.00 | 216.00 |
| 06/06/2023 | JTG4 | Review recent pleadings, ECF notices, mediation stipulation, and related docket update | 0.60 | 1,700.00 | 1,020.00 |
| 06/06/2023 | ML30 | Review recent filings and update working group re same | 0.40 | 540.00 | 216.00 |
| 06/07/2023 | JTG4 | Review Beneficient objection | 0.30 | 1,700.00 | 510.00 |
| 06/07/2023 | ML30 | Review recent filings and update working group re same | 0.40 | 540.00 | 216.00 |
| 06/08/2023 | JTG4 | Review ECF notices and motion to sell Beneficient shares | 0.50 | 1,700.00 | 850.00 |
| 06/08/2023 | ML30 | Review recent filings and update case calendars and working group re same | 0.60 | 540.00 | 324.00 |
| 06/09/2023 | JTG4 | Review docket update from M. Laskowski | 0.20 | 1,700.00 | 340.00 |
| 06/09/2023 | ML30 | Review recent filings and update working group re same | 0.40 | 540.00 | 216.00 |
| 06/12/2023 | JTG4 | Review docket update from M. Magzamen | 0.20 | 1,700.00 | 340.00 |
| 06/12/2023 | MM57 | Review recent docket/ECF filings and update calendars and working group re: same | 0.10 | 540.00 | 54.00 |
| 06/13/2023 | JTG4 | Review docket update from M. Magzamen (.2); review ECF notices (.5) | 0.70 | 1,700.00 | 1,190.00 |
| 06/13/2023 | MM57 | Review recent docket/ECF filings and update calendars and working group re: same | 0.10 | 540.00 | 54.00 |
| 06/14/2023 | MM57 | Review recent docket/ECF filings and update calendars and working group re: same | 0.10 | 540.00 | 54.00 |
| 06/15/2023 | MM57 | Review recent filings and update calendars and working group re: same | 0.10 | 540.00 | 54.00 |
| | **Subtotal:** | **B113 Pleadings Review** | **7.40** | | **8,520.00** |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B155** | | **Court Hearings** | | | |
| 06/02/2023 | JTG4 | Call with S. Thomas regarding upcoming hearing | 0.20 | 1,700.00 | 340.00 |
| 06/02/2023 | SMT1 | Telephone conference with J. Grogan regarding hearing on 6/5/23 | 0.20 | 855.00 | 171.00 |
| 06/12/2023 | JTG4 | Review agenda for June 13 hearing and prepare notes for same | 0.60 | 1,700.00 | 1,020.00 |
| 06/13/2023 | JI2 | Attend hearing on motion to allow claims for voting purposes and motion to sell Beneficient shares | 0.40 | 1,125.00 | 450.00 |
| 06/13/2023 | JTG4 | Correspond with S. Thomas and J. Evans regarding June 15, 2023 hearing (.3); review submissions in preparation for same (.9); attend hearing on motion to allow claims for voting purposes and motion to sell Beneficient shares (.4) | 1.60 | 1,700.00 | 2,720.00 |
| 06/13/2023 | SMT1 | Correspond with J. Grogan and J. Evans regarding confirmation hearing (.2); attend hearing regarding motion to allow claims for voting purposes and motion to sell Beneficient shares following de-SPAC transactions (.4) | 0.60 | 855.00 | 513.00 |
| 06/15/2023 | JI2 | Attend plan confirmation hearing | 1.60 | 1,125.00 | 1,800.00 |
| 06/15/2023 | JTG4 | Review additional confirmation pleadings and proposed order to prepare for confirmation hearing (3.1); attend confirmation hearing (1.6); correspond with J. Evans and S. Thomas regarding hearing prep and case updates (.6) | 5.30 | 1,700.00 | 9,010.00 |
| 06/15/2023 | JDE | Review submissions and supplement hearing notes for plan confirmation hearing (.9); attend plan confirmation hearing (1.6) | 2.50 | 1,600.00 | 4,000.00 |
| 06/15/2023 | MM57 | Submit electronic appearances for hearing | 0.20 | 540.00 | 108.00 |
| 06/15/2023 | SMT1 | Review submissions and cases in preparation for confirmation hearing (1.7); prepare reference documents for confirmation hearing (1.3); attend plan confirmation hearing (1.6) | 4.60 | 855.00 | 3,933.00 |

Case 22-90032 Document 2149 Filed in TXSB on 08/17/23 Page 45 of 184



| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/19/2023 | JTG4 | Review W&E list from Beneficent | 0.10 | 1,700.00 | 170.00 |
| | **Subtotal:** | **B155 Court Hearings** | **17.90** | | **24,235.00** |

**B160 Fee/Employment Applications**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/09/2023 | JI2 | Draft April fee statement (.2); draft interim fee application (.7) | 0.90 | 1,125.00 | 1,012.50 |
| | **Subtotal:** | **B160 Fee/Employment Applications** | **0.90** | | **1,012.50** |

**B195 Non-Working Travel**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/14/2023 | JDE | Travel from New York, NY to Houston, TX for confirmation hearing. (Bill at 1/2 rate) | 10.50 | 800.00 | 8,400.00 |
| 06/16/2023 | JDE | Travel from Houston, TX to New York, NY from confirmation hearing. (Bill at 1/2 rate) | 5.80 | 800.00 | 4,640.00 |
| | **Subtotal:** | **B195 Non-Working Travel** | **16.30** | | **13,040.00** |

**B260 Board of Directors Matters**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/03/2023 | JI2 | Prepare director invoice (.3); emails with S. Clements re same (.1); emails with L. Chiappetta (Mayer Brown) re same (.1) | 0.50 | 1,125.00 | 562.50 |
| 06/14/2023 | JI2 | Attend board meeting with J. Evans (.4); emails with D. Fliman and J. Evans re same (.1) | 0.50 | 1,125.00 | 562.50 |
| 06/14/2023 | JG32 | Correspond with J. Evans and client regarding case plan and next steps | 0.40 | 1,875.00 | 750.00 |
| 06/14/2023 | JDE | Review plan issues and prepare outline for board meeting (.3); attend board meeting with J. Iaffaldano (.4) | 0.70 | 1,600.00 | 1,120.00 |
| | **Subtotal:** | **B260 Board of Directors Matters** | **2.10** | | **2,995.00** |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B320** | | **Plan and Disclosure Statement (including Business Plan)** | | | |
| 06/05/2023 | JTG4 | Review and analyze plan objections | 0.70 | 1,700.00 | 1,190.00 |
| 06/05/2023 | JDE | Review and analyze plan, disclosure statement, and supporting documents | 1.50 | 1,600.00 | 2,400.00 |
| 06/05/2023 | ML30 | Correspond with J. Iaffaldano re plan objections and responses (.2); research regarding same (.6); follow up correspondence with J. Iaffaldano regarding same (.1) | 0.90 | 540.00 | 486.00 |
| 06/08/2023 | DF9 | Correspond with J. Evans re plan provisions and exculpations. | 0.50 | 1,725.00 | 862.50 |
| 06/09/2023 | JTG4 | Review updated plan documents and new plan objections | 0.80 | 1,700.00 | 1,360.00 |
| 06/09/2023 | JDE | Review and analyze plan modifications. | 0.80 | 1,600.00 | 1,280.00 |
| 06/12/2023 | AM50 | Review recent case updates regarding Plan releases for independent directors | 0.30 | 1,725.00 | 517.50 |
| 06/13/2023 | JDE | Review recent docket filings in anticipation of confirmation hearing. | 0.50 | 1,600.00 | 800.00 |
| 06/14/2023 | AM50 | Follow up correspondence with J. Evans regarding certain plan provisions | 0.50 | 1,725.00 | 862.50 |
| 06/14/2023 | JTG4 | Emails with S. Thomas and J. Evans re June 15 confirmation hearing (.6); prepare for same by reviewing amended plan and related confirmation documents (1.4) | 2.00 | 1,700.00 | 3,400.00 |
| 06/14/2023 | JG32 | Analyze submissions and issues regarding plan confirmation and hearing | 1.70 | 1,875.00 | 3,187.50 |
| 06/14/2023 | JG32 | Review certain recently filed pleadings regarding confirmation | 0.70 | 1,875.00 | 1,312.50 |
| 06/14/2023 | JDE | Analyze plan comments | 0.80 | 1,600.00 | 1,280.00 |
| 06/14/2023 | SMT1 | Review submissions in preparation for confirmation hearing on 6/15/23 | 1.10 | 855.00 | 940.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/15/2023 | JG32 | Analyze and comment on plan confirmation matters (1.4); telephone conference with client regarding same (.4); review submissions related to plan confirmation and hearing (.8) | 2.60 | 1,875.00 | 4,875.00 |
| | **Subtotal:** | **B320 Plan and Disclosure Statement (including Business Plan)** | **15.40** | | **24,754.00** |
| | **Total** | | **60.90** | | **76,104.00** |

**Timekeeper Summary**

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|---|---|---|---|---|---|
| JG32 | Jayme Goldstein | Partner | 5.50 | 1,875.00 | 10,312.50 |
| AM50 | Allison Miller | Partner | 0.80 | 1,725.00 | 1,380.00 |
| DF9 | Dan Fliman | Partner | 0.50 | 1,725.00 | 862.50 |
| JTG4 | James T. Grogan | Partner | 16.00 | 1,700.00 | 27,200.00 |
| JDE | Jeremy D. Evans | Of Counsel | 6.80 | 1,600.00 | 10,880.00 |
| JDE | Jeremy D. Evans | Of Counsel | 16.30 | 800.00 | 13,040.00 |
| JI2 | Jack Iaffaldano | Associate | 3.90 | 1,125.00 | 4,387.50 |
| SMT1 | Schlea M. Thomas | Associate | 6.50 | 855.00 | 5,557.50 |
| ML30 | Mat Laskowski | Paralegal | 4.00 | 540.00 | 2,160.00 |
| MM57 | Michael Magzamen | Paralegal | 0.60 | 540.00 | 324.00 |

**Costs incurred and advanced**

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 06/28/2023 | Airfare - Jeremy Evans; 06/14/2023; From/To: LGA/IAH; Airfare Class: Economy; trip to Houston, Texas regarding attending Confirmation hearing | | | 567.80 |

| | | |
|---|---|---|
| 06/28/2023 | Travel Expense - Meals - Jeremy Evans; 06/15/2023; Restaurant: Morton's ; City: Houston ; Dinner; Number of people: 1; trip to Houston, Texas regarding attending Confirmation hearing | 40.00 |
| 06/28/2023 | Lodging - Jeremy Evans; 06/16/2023; Hotel: Marriott; Check-in date: City: Houston; 06/14/2023; Check-out date: 06/16/2023; trip to Houston, Texas regarding attending Confirmation hearing | 903.22 |
| 06/28/2023 | Taxi/Ground Transportation - Jeremy Evans; 06/16/2023; From/To: Airport/Home ; Service Type: Uber; Time: 11:30; trip to Houston, Texas regarding attending Confirmation hearing | 102.74 |
| 06/28/2023 | Taxi/Ground Transportation - Jeremy Evans; 06/16/2023; From/To: Hotel/Airport ; Service Type: Uber; Time: 05:28; trip to Houston, Texas regarding attending Confirmation hearing | 117.57 |
| 06/28/2023 | Taxi/Ground Transportation - Jeremy Evans; 06/15/2023; From/To: Airport/Hotel ; Service Type: Uber; Time: 01:24; trip to Houston, Texas regarding attending Confirmation hearing | 145.73 |
| 06/28/2023 | Taxi/Ground Transportation - Jeremy Evans; 06/14/2023; From/To: Home/Airport ; Service Type: Uber; Time: 17:15; trip to Houston, Texas regarding attending Confirmation hearing | 85.30 |
| **Total Costs incurred and advanced** | | **$1,962.36** |

| | |
|---|---|
| **Current Fees and Costs** | **$78,066.36** |
| **Total Balance Due - Due Upon Receipt** | **$78,066.36** |

# <u>EXHIBIT B</u>

## MONTHLY STATEMENTS FOR FINAL PERIOD

Case 22-90032 Document 1341 Filed in TXSB on 01/19/23 Page 1 of 24

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| GWG Holdings, Inc., *et al.*,[1] | Case No. 22-90032 (MI) |
| Debtors. | (Jointly Administered) |

**NOTICE OF FIRST MONTHLY FEE STATEMENT OF PAUL HASTINGS LLP, COUNSEL TO SEAN CLEMENTS AND THE CONFLICTS COMMITTEE OF THE BOARD OF DIRECTORS OF GWG DLP FUNDING IV, LLC FOR THE PERIOD FROM OCTOBER 31, 2022 THROUGH NOVEMBER 30, 2022**

| | | |
|---|---|---|
| Name of applicant: | Paul Hastings LLP | |
| Applicant's Role in the Case: | Attorneys to Sean Clements and the Conflicts Committee of the board of directors of GWG DLP Funding IV, LLC ("DLP IV") | |
| Date Order of Employment Signed and Docket No.: | January 6, 2023 (effective as of October 31, 2022) [Docket No. 1325] | |
| | Beginning Date | End Date |
| Time period covered by this Statement: | 10/31/2022 | 11/30/2022 |
| Summary of Total Fees and Expenses Requested | | |
| Total fees requested in this Statement: | $318,068.00 (80% of $397,585.00) | |
| Total expenses requested in this Statement: | $3,260.16 | |
| Total fees and expenses requested in this Statement (excluding 20% holdback): | $400,845.16 | |
| Total fees and expenses requested in this Statement (including 20% holdback): | $321,328.16 | |
| Summary of Attorney Fees Requested | | |
| Total attorney fees requested in this Statement: | $386,592.00 | |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: GWG Holdings, Inc. (2607); GWG Life, LLC (6955); GWG Life USA, LLC (5538), GWG DLP Funding IV, LLC (2589); GWG DLP Funding VI, LLC (6955); and GWG DLP Funding Holdings VI, LLC (6955). The location of Debtor GWG Holdings, Inc.'s principal place of business and the Debtors' service address is 325 N. St. Paul Street, Suite 2650 Dallas, TX 75201. Further information regarding the Debtors and these chapter 11 cases is available at the website of the Debtors' claims and noticing agent: https://donlinrecano.com/gwg.

| | |
|---|---|
| Total actual attorney hours covered by this Statement: | 281.40 |
| Average hourly rate for attorneys: | $1,374 |
| Summary of Paraprofessional Fees Requested | |
| Total paraprofessional fees requested in this Statement: | $10,993.00 |
| Total actual paraprofessional hours covered by this Statement: | 21.20 |
| Average hourly rate for paraprofessionals: | $519 |

In accordance with the *Corrected Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and (II) Granting Related Relief* [Docket No. 378] (the "Interim Compensation Order"),[2] Paul Hastings LLP ("Paul Hastings") respectfully submits this first monthly statement (the "Monthly Statement") and requests payment for services rendered and reimbursement of expenses incurred as counsel to Sean Clements and the Conflicts Committee of the board of directors of DLP IV in the above-captioned chapter 11 cases for the period from October 31, 2022 through and including November 30, 2022 (the "Fee Period") in the amounts set forth above.

**SERVICES RENDERED AND EXPENSES INCURRED**

1. Attached hereto as **Exhibit A** is a timekeeper summary that includes the name, title, department, bar admission, hourly billing rate, aggregate hours, and amount of fees earned for each Paul Hastings individual who provided services during the Fee Period.

2. Attached hereto as **Exhibit B** is a summary of Paul Hastings' services rendered and compensation sought, by project category, for the Fee Period.

3. Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Fee Period.

4. Attached hereto as **Exhibit D** are the fee statements of Paul Hastings for services provided during the Fee Period.

---

2 Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

## NOTICE AND OBJECTION PROCEDURES

5. Notice of this Monthly Statement will be given to the following parties (collectively, the "Application Recipients"): (i) the Debtors c/o GWG Holdings, Inc., 325 N. St. Paul St., Suite 2650, Dallas, TX 75201, Attn: Timothy Evans; (ii) counsel to the Debtors, Mayer Brown LLP, 71 S. Wacker Drive, Chicago, IL 60606, Attn: Thomas S. Kiriakos; (iii) co-counsel to the Debtors, Jackson Walker LLP, 1401 McKinney Street, Suite 1900, Houston, TX 77010, Attn: Kristhy M. Peguero and Matthew D. Cavenaugh; (iv) counsel to the DIP Lender, Sidley Austin LLP, One South Dearborn, Chicago, IL 60603, Attn: Matthew A. Clemente; (v) counsel to Bank of Utah in its capacity as indenture trustee for the Bonds, Akin Gump Strauss Hauer & Feld LLP, 2001 K Street NW, Washington, D.C., 20006-1037, Attn: Scott Alberino; (vi) counsel to any statutory committee appointed in these cases; and (vii) the Office of the U.S. Trustee for the Southern District of Texas, 515 Rusk Street, Suite 3516, Houston, TX 77002, Attn: Hector Duran.

6. Objections to this Monthly Statement, if any, must be served upon the Application Recipients and the undersigned counsel by or before 4:00 p.m. (CT) on the fourteenth day after service of this Monthly Statement (the "Objection Deadline"), setting forth with specificity the objectionable fees or expenses, the amount of the disputed fees or expenses, and the basis for such objection. If no objections are received by the Objection Deadline, the Debtors shall promptly pay Paul Hastings 80 percent of the fees and 100 percent of the expenses identified in this Monthly Statement.

7. To the extent that an objection to this Monthly Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Monthly Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such objection is not resolved,

Case 23-90020 Document 1341 Filed in TXSB on 08/13/24 Page 43 of 214

pursuant to the procedures set forth in the Interim Compensation Order, the objecting party shall file its objection with the Court and serve the objection on the Application Recipients and the undersigned counsel. Thereafter, Paul Hastings may either (a) file with the Court a response to the objection together with a request for payment of the appropriate portion of the disputed amount or (b) preserve and schedule the disputed amount for consideration at the next interim or final fee application hearing.

8. To the extent that time or disbursement charges for services rendered or disbursements incurred relate to the Fee Period, but were not processed before the preparation of this Monthly Statement, or Paul Hastings has for any other reason not sought compensation or reimbursement with respect to such services or expenses, Paul Hastings reserves the right to request additional compensation for such services, and reimbursement of such expenses, in a supplemental or future statement.

[*Remainder of page intentionally left blank*]

Case 22-90032 Document 1344 Filed in TXSB on 01/13/23 Page 5 of 24

Dated: January 13, 2023
Houston, Texas

Respectfully submitted,

*/s/ James T. Grogan III*

**PAUL HASTINGS LLP**
James T. Grogan III (TX Bar No. 24027354)
600 Travis Street, 58th Floor
Houston, Texas 77002
Telephone: (713) 860-7300
Facsimile: (713) 353-3100
Email: jamesgrogan@paulhastings.com

-and-

Jayme T. Goldstein (admitted *pro hac vice*)
Daniel A Fliman (admitted *pro hac vice*)
Allison Miller (admitted *pro hac vice*)
Jeremy D. Evans (admitted *pro hac vice*)
John F. Iaffaldano (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: jaymegoldstein@paulhastings.com

*Counsel to Sean Clements and the Conflicts Committee of the board of directors of DLP IV*

**Exhibit A**

## COMPENSATION BY PROFESSIONAL AND PARAPROFESSIONAL FOR FEE PERIOD

| | | | | Total for Fee Period | |
|---|---|---|---|---|---|
| **Name** | **Department or Group** | **Date of First Admission** | **Hourly Rate** | **Hours Billed** | **Amount** |
| Fliman, Dan | Corporate | 2003 | 1,610.00 | 56.80 | $91,448.00 |
| Goldstein, Jayme | Corporate | 2003 | 1,735.00 | 27.90 | $48,406.50 |
| Grogan, James | Corporate | 2000 | 1,585.00 | 4.80 | $7,608.00 |
| Miller, Allison | Corporate | 2004 | 1,610.00 | 57.20 | $92,092.00 |
| **Total Partner:** | | | | **146.70** | **$239,554.50** |
| Begun, Marina | Corporate | 2009 | 1,410.00 | 6.50 | $9,165.00 |
| Evans, Jeremy | Corporate | 2013 | 1,485.00 | 38.50 | $57,172.50 |
| Traxler, Katherine | Corporate | 1990 | 920.00 | 3.10 | $2,852.00 |
| **Total Counsel:** | | | | **48.10** | **$69,189.50** |
| Grabis, Maria | Corporate | 2016 | 1,200.00 | 3.00 | $3,600.00 |
| Iaffaldano, Jack | Corporate | 2020 | 930.00 | 63.60 | $59,148.00 |
| Miliotes, Lanie | Corporate | Not yet admitted | 755.00 | 20.00 | $15,100.00 |
| **Total Associate:** | | | | **86.60** | **$77,848.00** |
| Laskowski, Mat | Paralegal | | 515.00 | 17.90 | $9,218.50 |
| Lee, Sandy | Paralegal | | 565.00 | 1.50 | $847.50 |
| Magzamen, Michel | Paralegal | | 515.00 | 1.80 | $927.00 |
| **Total Paraprofessional:** | | | | **21.20** | **$10,993.00** |
| **Total:** | | | | **302.60** | **$397,585.00** |

## Exhibit B

### COMPENSATION BY PROJECT CATEGORY FOR FEE PERIOD

| | Total for Fee Period | |
|---|---|---|
| **U.S. Trustee Task Code and Project Category** | **Total Hours** | **Total Fees** |
| B110 Case Administration | 6.10 | $7,092.50 |
| B113 Pleadings Review | 13.20 | $10,824.00 |
| B155 Court Hearings | 35.20 | $49,544.00 |
| B160 Employment / Fee Applications (Paul Hastings) | 48.00 | $49,580.50 |
| B230 Financing / Cash Collections | 11.90 | $16,784.50 |
| B260 Board of Directors Matters | 22.30 | $33,506.50 |
| B261 Investigations | 133.30 | $178,567.00 |
| B310 Claims Administration and Objections | 28.30 | $45,063.00 |
| B320 Plan and Disclosure Statement | 4.30 | $6,623.00 |
| TOTAL | **302.60** | **$397,585.00** |

# Exhibit C

## EXPENSE SUMMARY FOR FEE PERIOD

| Category | Total for Fee Period |
|---|---|
| Computer Search | $31.16 |
| CSC/LexisNexis Document Solutions | $2,774.80 |
| Meals | $132.64 |
| Taxi/Ground Transportation | $142.68 |
| Reproduction Charges | $178.88 |
| **TOTAL** | **$3,260.16** |

**<u>Exhibit D</u>**

**FEE STATEMENTS FOR FEE PERIOD**

PAUL
HASTINGS

**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Conflicts Committee of GWG DLP Funding IV, LLC
Suite 1200
220 South Sixth Street
Minneapolis, MN 55402

Attn: Sean Clements

January 12, 2023

Please Refer to
Invoice Number: 2344665

PH LLP Tax ID No. 95-2209675

---

**SUMMARY SHEET**

<u>**Bankruptcy Case**</u>
PH LLP Client/Matter # 51132-00002
Dan Fliman

| | | |
|---|---|---|
| Legal fees for professional services for the period ending November 30, 2022 | | $397,585.00 |
| | Costs incurred and advanced | 3,260.16 |
| | **Current Fees and Costs Due** | **$400,845.16** |
| | **Total Balance Due - Due Upon Receipt** | **$400,845.16** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

<u>**Wiring and ACH Instructions**</u>**:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

<u>**Remittance Address**</u>**:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA 90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*

PAUL HASTINGS

**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Conflicts Committee of GWG DLP Funding IV, LLC
Suite 1200
220 South Sixth Street
Minneapolis, MN 55402

Attn: Sean Clements

January 12, 2023

Please Refer to
Invoice Number: 2344665

PH LLP Tax ID No. 95-2209675

---

**REMITTANCE COPY**

**Bankruptcy Case**
PH LLP Client/Matter # 51132-00002
Dan Fliman

| | |
|---|---|
| Legal fees for professional services for the period ending November 30, 2022 | $397,585.00 |
| Costs incurred and advanced | 3,260.16 |
| **Current Fees and Costs Due** | **$400,845.16** |
| **Total Balance Due - Due Upon Receipt** | **$400,845.16** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA 90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*

PAUL HASTINGS

**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Conflicts Committee of GWG DLP Funding IV, LLC
Suite 1200
220 South Sixth Street
Minneapolis, MN 55402

Attn: Sean Clements

January 12, 2023

Please Refer to
Invoice Number: 2344665

PH LLP Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending November 30, 2022

**Bankruptcy Case** **$397,585.00**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B110** | **Case Administration** | | | | |
| 11/01/2022 | ML30 | Correspond with J. Iaffaldano re precedent needed (.1); research regarding same (.8); correspond with J. Iaffaldano regarding same (.1); prepare case calendars (.3) | 1.30 | 515.00 | 669.50 |
| 11/01/2022 | MM57 | Correspond with M. Laskowski regarding ECF (.1); correspond with M. Laskowski regarding initial case matters (.1) | 0.20 | 515.00 | 103.00 |
| 11/02/2022 | ML30 | Update case calendars | 0.10 | 515.00 | 51.50 |
| 11/02/2022 | MM57 | Correspond with Donlin re: service of process | 0.10 | 515.00 | 51.50 |
| 11/03/2022 | ML30 | Update case calendars | 0.20 | 515.00 | 103.00 |
| 11/04/2022 | JG32 | Review case status, filed orders (.7); correspond with client regarding same and next steps (.5) | 1.20 | 1,735.00 | 2,082.00 |
| 11/04/2022 | ML30 | Update case calendars | 0.20 | 515.00 | 103.00 |
| 11/07/2022 | ML30 | Update case calendars | 0.10 | 515.00 | 51.50 |
| 11/08/2022 | ML30 | Update case calendars | 0.10 | 515.00 | 51.50 |
| 11/10/2022 | JG32 | Main case monitoring | 1.10 | 1,735.00 | 1,908.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/14/2022 | JG32 | Review main case issues | 0.40 | 1,735.00 | 694.00 |
| 11/17/2022 | ML30 | Update PH team calendars | 0.10 | 515.00 | 51.50 |
| 11/18/2022 | ML30 | Update PH team calendars | 0.10 | 515.00 | 51.50 |
| 11/21/2022 | AM50 | Review recent case developments and court filings | 0.60 | 1,610.00 | 966.00 |
| 11/21/2022 | ML30 | Update PH team calendars | 0.10 | 515.00 | 51.50 |
| 11/22/2022 | ML30 | Update team calendars | 0.10 | 515.00 | 51.50 |
| 11/23/2022 | ML30 | Update team calendars | 0.10 | 515.00 | 51.50 |
| | **Subtotal:** | **B110 Case Administration** | **6.10** | | **7,092.50** |

**B113 Pleadings Review**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/01/2022 | ML30 | Monitor the docket (.1); prepare end of day update for working group re: same (.3); review first day pleadings for DLP debtors and update working group re: same (.5) | 0.90 | 515.00 | 463.50 |
| 11/02/2022 | ML30 | Monitor the docket (.4); prepare end of day update for working group re: same (.9) | 1.30 | 515.00 | 669.50 |
| 11/03/2022 | JG32 | Review and comment on case filings | 0.60 | 1,735.00 | 1,041.00 |
| 11/03/2022 | ML30 | Monitor the docket (.1); prepare end of day update for working group re: same (.4) | 0.50 | 515.00 | 257.50 |
| 11/04/2022 | ML30 | Monitor the docket (.1); prepare end of day update for working group re: same (.3) | 0.40 | 515.00 | 206.00 |
| 11/07/2022 | ML30 | Monitor the docket (.1); prepare end of day update for working group re: same (.5) | 0.60 | 515.00 | 309.00 |
| 11/08/2022 | ML30 | Monitor the docket (.1); prepare end of day update for working group re: same (.4) | 0.50 | 515.00 | 257.50 |
| 11/09/2022 | JG32 | Review main case pleadings | 0.80 | 1,735.00 | 1,388.00 |
| 11/09/2022 | ML30 | Monitor the docket (.1); prepare end of day update for working group re: same (.1) | 0.20 | 515.00 | 103.00 |
| 11/10/2022 | ML30 | Monitor the docket (.1); prepare end of day update for working group re: same (.2) | 0.30 | 515.00 | 154.50 |
| 11/11/2022 | JG32 | Review Chapter 11 filings and monitor case | 0.50 | 1,735.00 | 867.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/11/2022 | ML30 | Monitor the docket (.1); prepare end of day update for working group re: same (.1) | 0.20 | 515.00 | 103.00 |
| 11/14/2022 | ML30 | Monitor the docket (.2); prepare end of day update for working group re: same (.2) | 0.40 | 515.00 | 206.00 |
| 11/15/2022 | ML30 | Monitor the docket (.2); prepare end of day update for working group re: same (.3) | 0.50 | 515.00 | 257.50 |
| 11/16/2022 | ML30 | Monitor the docket; (.2) prepare end of day update for working group re: same (.2) | 0.40 | 515.00 | 206.00 |
| 11/17/2022 | ML30 | Monitor the docket (.1); prepare end of day update for working group re: same (.2) | 0.30 | 515.00 | 154.50 |
| 11/18/2022 | ML30 | Monitor the docket (.1); prepare update for working group re: same (.1) | 0.20 | 515.00 | 103.00 |
| 11/21/2022 | JG32 | Chapter 11 pleadings review and analysis | 0.80 | 1,735.00 | 1,388.00 |
| 11/21/2022 | ML30 | Prepare end of day update for working group re: docket | 0.10 | 515.00 | 51.50 |
| 11/22/2022 | JG32 | Review GWG proceeding matters and pleadings/filings | 0.60 | 1,735.00 | 1,041.00 |
| 11/22/2022 | ML30 | Monitor the docket (.1); prepare end of day update for working group re: same (.3) | 0.40 | 515.00 | 206.00 |
| 11/23/2022 | ML30 | Prepare end of day update for working group re: docket | 0.10 | 515.00 | 51.50 |
| 11/28/2022 | ML30 | Monitor the docket (.1); review recent filings and update calendars and working group re: same (.3); correspond with team re dataroom to be downloaded (.1); review voluminous dataroom (.9); correspond with PH team re: same (.2) | 1.60 | 515.00 | 824.00 |
| 11/29/2022 | ML30 | Monitor the docket (.1); review recent filings and update calendars and working group re: same (.1) | 0.20 | 515.00 | 103.00 |
| 11/30/2022 | ML30 | Monitor the docket (.1); review recent filings and update calendars and work group re: same (.7) | 0.80 | 515.00 | 412.00 |
| | **Subtotal:** | **B113 Pleadings Review** | **13.20** | | **10,824.00** |

---

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B155 Court Hearings** | | | | | |
| 11/01/2022 | AM50 | Participate on calls with S. Clements and D. Fliman related to first day hearing for DLP IV (1.0); follow up review of same (0.2) | 1.20 | 1,610.00 | 1,932.00 |
| 11/01/2022 | DF9 | Call with case parties re cash collateral hearing (1.1); review submissions to prepare for same (.6); correspond with client re same (.6); call with MB team re anticipated Akin objection (.4); outline response to same (.8) | 3.50 | 1,610.00 | 5,635.00 |
| 11/01/2022 | JI2 | Review first days for Nov. 2 hearing | 0.30 | 930.00 | 279.00 |
| 11/01/2022 | JTG4 | Call with D. Fliman and L. Chiappetta to discuss first day hearing prep. | 0.70 | 1,585.00 | 1,109.50 |
| 11/01/2022 | JDE | Review first day submissions in preparation for hearing (1.4); calls and conferences with PH team regarding same (1.1) | 2.50 | 1,485.00 | 3,712.50 |
| 11/02/2022 | AM50 | Participate in first day hearing | 2.00 | 1,610.00 | 3,220.00 |
| 11/02/2022 | DF9 | Participate in court hearings re cash collateral (2.0); review issues and notes to prepare for same (2.3); correspond with client re same (.4); correspond with PH team re same (.6) | 5.30 | 1,610.00 | 8,533.00 |
| 11/02/2022 | JI2 | Review issues and notes to prepare for first day hearing (1.6); attend DLP IV first day hearing (2.0); discussion with PH team re same (.4) | 4.00 | 930.00 | 3,720.00 |
| 11/02/2022 | JG32 | Attend DLP IV first day hearing | 2.10 | 1,735.00 | 3,643.50 |
| 11/02/2022 | JDE | Attend first day hearing (2.1); prepare for same (2.1) | 4.20 | 1,485.00 | 6,237.00 |
| 11/02/2022 | ML30 | Monitor the first day hearing | 1.90 | 515.00 | 978.50 |
| 11/14/2022 | AM50 | Review matters related to emergency conference with Bankruptcy Court (.3); listen to conference (.4); review order on same (.3) | 1.00 | 1,610.00 | 1,610.00 |
| 11/14/2022 | DF9 | Participate in hearing re governance issues (.6); correspond with PH team and clients re same (1.1) | 1.70 | 1,610.00 | 2,737.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/14/2022 | JI2 | Attend status conference (.9); review related order (.1); emails with PH team re same (.2) | 1.20 | 930.00 | 1,116.00 |
| 11/14/2022 | JG32 | Attend status conference | 0.80 | 1,735.00 | 1,388.00 |
| 11/14/2022 | JDE | Prepare for (1.0) and attend emergency status conference (0.8); correspond and conference with Paul Hastings team and S. Clements regarding same (0.3) | 2.10 | 1,485.00 | 3,118.50 |
| 11/14/2022 | MM57 | Observe hearing (.4); calendar subsequent hearing (.1) | 0.50 | 515.00 | 257.50 |
| 11/30/2022 | JTG4 | Review court calendar for upcoming hearings | 0.20 | 1,585.00 | 317.00 |
| | **Subtotal:** | **B155 Court Hearings** | **35.20** | | **49,544.00** |

**B160 Fee/Employment Applications**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/01/2022 | JI2 | Draft Paul Hastings retention application (3.4); review disclosures for supporting declaration (.4) | 3.80 | 930.00 | 3,534.00 |
| 11/03/2022 | DF9 | Review and comment on PH retention matters | 0.80 | 1,610.00 | 1,288.00 |
| 11/03/2022 | JI2 | Draft retention application (4.6); draft engagement letter (1.3); draft firm-wide email re retention disclosures (.9); emails with D. Hein re same (.3); analysis re same (.3) | 7.40 | 930.00 | 6,882.00 |
| 11/03/2022 | KAT2 | Review and mark up draft retention papers (2.1); correspond with J. Iaffaldano regarding same (.1) | 2.20 | 920.00 | 2,024.00 |
| 11/07/2022 | JI2 | Review research related to with retention application | 3.40 | 930.00 | 3,162.00 |
| 11/07/2022 | ML30 | Correspond with J. Iaffaldano re retention matter | 0.20 | 515.00 | 103.00 |
| 11/08/2022 | ML30 | Correspond with J. Iaffaldano re retention matter (.2); review additional information regarding same (2.6); correspond with J. Iaffaldano regarding same (.2) | 3.00 | 515.00 | 1,545.00 |

---

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/09/2022 | JI2 | Correspond with committee members regarding engagement letter | 1.10 | 930.00 | 1,023.00 |
| 11/10/2022 | JI2 | Revise retention application | 0.80 | 930.00 | 744.00 |
| 11/11/2022 | JI2 | Review and analyze conflicts research results in connection with retention application | 1.60 | 930.00 | 1,488.00 |
| 11/11/2022 | KAT2 | Correspond with D. Hein regarding engagement (.1); correspond with J. Iaffaldano and C. Edge regarding professional compensation (.1); review issues regarding same (.2) | 0.40 | 920.00 | 368.00 |
| 11/14/2022 | JI2 | Email client re engagement letter (.2); email J. Evans re retention application (.1) | 0.30 | 930.00 | 279.00 |
| 11/15/2022 | JI2 | Review conflicts research results in connection with retention application. | 1.10 | 930.00 | 1,023.00 |
| 11/15/2022 | JDE | Review and revise Paul Hastings retention application. | 2.20 | 1,485.00 | 3,267.00 |
| 11/15/2022 | KAT2 | Correspond with J. Iaffaldano regarding disclosures for retention application | 0.20 | 920.00 | 184.00 |
| 11/18/2022 | JI2 | Prepare schedules regarding interested parties for PH retention application | 0.90 | 930.00 | 837.00 |
| 11/21/2022 | JI2 | Draft parts of retention application. | 2.10 | 930.00 | 1,953.00 |
| 11/22/2022 | JI2 | Prepare retention application. | 3.70 | 930.00 | 3,441.00 |
| 11/23/2022 | JTG4 | Analyze issues related to retention application (.8); emails with J. Goldstein about same (.4) | 1.20 | 1,585.00 | 1,902.00 |
| 11/27/2022 | JI2 | Review professional fee matters | 0.70 | 930.00 | 651.00 |
| 11/28/2022 | AM50 | Review and comment on engagement letter | 0.30 | 1,610.00 | 483.00 |
| 11/28/2022 | JI2 | Review and revise PH retention application, supporting declarations, and proposed order | 3.10 | 930.00 | 2,883.00 |
| 11/29/2022 | JI2 | Prepare parts of retention application | 0.60 | 930.00 | 558.00 |
| 11/29/2022 | JTG4 | Review and revise PH retention application (1.4); emails with J. Iaffaldano about same (.4) | 1.80 | 1,585.00 | 2,853.00 |
| 11/30/2022 | AM50 | Review and comment on retention matters | 1.00 | 1,610.00 | 1,610.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/30/2022 | DF9 | Revise PH retention application (1.7); review and comment on filing of same (.4) | 2.10 | 1,610.00 | 3,381.00 |
| 11/30/2022 | JTG4 | Emails with J. Iaffaldano and D. Fliman about PH retention application | 0.90 | 1,585.00 | 1,426.50 |
| 11/30/2022 | KAT2 | Call with J. Iaffaldano regarding retention questions (.2); review local rules and complex case procedures related to same (.1) | 0.30 | 920.00 | 276.00 |
| 11/30/2022 | MM57 | Correspond with J. Iaffaldano re: PH retention application (.1); review same (.5); correspond with working group re: same (.1); e-file same (.1) | 0.80 | 515.00 | 412.00 |
| | **Subtotal:** | **B160 Fee/Employment Applications** | **48.00** | | **49,580.50** |

**B230 Financing/Cash Collections**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/02/2022 | DF9 | Review proposed language re use of cash collateral and correspond with case parties re same | 0.80 | 1,610.00 | 1,288.00 |
| 11/02/2022 | JI2 | Review objection to cash collateral order | 1.40 | 930.00 | 1,302.00 |
| 11/02/2022 | JG32 | Revise cash collateral order (.6); telephone conference with S. Clements regarding same (.5) | 1.10 | 1,735.00 | 1,908.50 |
| 11/02/2022 | JDE | Review and revise cash collateral order (1.6); correspond with PH team regarding same (.5); conference with PH team regarding same (.7) | 2.80 | 1,485.00 | 4,158.00 |
| 11/03/2022 | DF9 | Call with W&C re cash collateral. | 0.50 | 1,610.00 | 805.00 |
| 11/03/2022 | JG32 | Finalize cash collateral order | 0.80 | 1,735.00 | 1,388.00 |
| 11/19/2022 | DF9 | Call with W&C team re case developments, DIP (.6); correspond with PH team re same and outline related analysis (.4) | 1.00 | 1,610.00 | 1,610.00 |
| 11/19/2022 | JI2 | Call with S. Clements regarding DIP issues (1.2); emails with PH team regarding same (.6); email S. Clements re same (.2) | 2.00 | 930.00 | 1,860.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/21/2022 | DF9 | Correspond with W&C team re DIP matters (.3); analyze same (.6); correspond with PH team re related issues/tasks (.2) | 1.10 | 1,610.00 | 1,771.00 |
| 11/22/2022 | JG32 | Correspond with W&C regarding DIP matters | 0.40 | 1,735.00 | 694.00 |
| | **Subtotal:** | **B230 Financing/Cash Collections** | **11.90** | | **16,784.50** |

**B260 Board of Directors Matters**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/01/2022 | AM50 | Research and analysis regarding board matters (2.2); telephone call with S. Clements on same (0.4) | 2.60 | 1,610.00 | 4,186.00 |
| 11/02/2022 | AM50 | Update calls with Mintz & Gold and PH team regarding board matters (.5); review and comment on cash collateral order language related to fiduciary duties for DLP IV Board (.7) | 1.20 | 1,610.00 | 1,932.00 |
| 11/02/2022 | JI2 | Review board resolutions of GWG Life and GWG Holdings (.3); email D. Fliman re same (.1) | 0.40 | 930.00 | 372.00 |
| 11/08/2022 | JG32 | Review deck for S. Clements in preparation for conflicts committee meeting | 2.10 | 1,735.00 | 3,643.50 |
| 11/09/2022 | AM50 | Attend conflicts committee meeting (.5); follow up analysis regarding same (.5) | 1.00 | 1,610.00 | 1,610.00 |
| 11/09/2022 | DF9 | Attend conflicts committee meeting | 0.50 | 1,610.00 | 805.00 |
| 11/09/2022 | JI2 | Attend conflicts committee meeting (.5); prepare minutes for same (2.2); follow up analysis re same (.7) | 3.40 | 930.00 | 3,162.00 |
| 11/09/2022 | JG32 | Conflicts committee meeting attendance | 0.60 | 1,735.00 | 1,041.00 |
| 11/11/2022 | JG32 | Participate in conflicts committee telephone conference | 0.40 | 1,735.00 | 694.00 |
| 11/16/2022 | DF9 | Attend Board update call (.5); follow up review of related matters (.5) | 1.00 | 1,610.00 | 1,610.00 |
| 11/18/2022 | AM50 | Participate on update call with conflicts committee members and Mayer Brown | 0.50 | 1,610.00 | 805.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/18/2022 | JDE | Attend DLP IV Board call (1.0); correspond with Paul Hastings with respect to same (0.2) | 1.20 | 1,485.00 | 1,782.00 |
| 11/19/2022 | JDE | Call with S. Clements and Paul Hastings team regarding DLP IV board meeting. | 0.70 | 1,485.00 | 1,039.50 |
| 11/23/2022 | AM50 | Participate on conflicts committee call | 0.50 | 1,610.00 | 805.00 |
| 11/23/2022 | DF9 | Meeting with DLP IV board re updates (.5); meeting with DLP IV conflicts committee re same (.5); correspond with A. Miller and J. Evans re board meeting (.4); assess board tasks, approvals (.6) | 2.00 | 1,610.00 | 3,220.00 |
| 11/23/2022 | JG32 | Review and comment on GWG case and board issues | 0.70 | 1,735.00 | 1,214.50 |
| 11/23/2022 | JDE | Prepare for (.2) and attend board call (.5); attend call with conflicts committee (.5) | 1.20 | 1,485.00 | 1,782.00 |
| 11/29/2022 | JG32 | Review case status (.6); correspond with S. Clements regarding same (.7 ) | 1.30 | 1,735.00 | 2,255.50 |
| 11/30/2022 | DF9 | Participate in DLP IV board meeting. | 0.50 | 1,610.00 | 805.00 |
| 11/30/2022 | JDE | Prepare for and attend board call | 0.50 | 1,485.00 | 742.50 |
| | **Subtotal:** | **B260 Board of Directors Matters** | **22.30** | | **33,506.50** |

**B261 Investigations**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/01/2022 | DF9 | Outline investigation tasks, timing. | 0.80 | 1,610.00 | 1,288.00 |
| 11/02/2022 | AM50 | Follow up correspondence with PH team on work plan & next steps | 1.00 | 1,610.00 | 1,610.00 |
| 11/02/2022 | DF9 | Outline tasks re investigation with PH team. | 0.90 | 1,610.00 | 1,449.00 |
| 11/03/2022 | AM50 | Review and comment on conflicts committee engagement letter and work plan (1.5); participate on calls with W&C regarding conflicts committee (.7); correspond with PH team on work plan and analysis of case issues (1.3) | 3.50 | 1,610.00 | 5,635.00 |
| 11/03/2022 | DF9 | Outline investigation issues/tasks (.9); conference with PH team re investigation (.8) | 1.70 | 1,610.00 | 2,737.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/03/2022 | JDE | Review and comment on diligence list (1.1); meetings with PH team regarding same, next steps (.9) | 2.00 | 1,485.00 | 2,970.00 |
| 11/03/2022 | MG21 | Discussion with D. Fliman regarding Beal investigation (.7); review lender presentation regarding same (1.3); correspond with PH team regarding document request in connection with review (.3); correspond with M. Begun regarding review (.2) | 2.50 | 1,200.00 | 3,000.00 |
| 11/03/2022 | MIZ | Review DLP IV credit agreement, first day filings and additional information (2.8); correspond with M. Grabis and J. Iaffaldano regarding same (0.7) | 3.50 | 1,410.00 | 4,935.00 |
| 11/03/2022 | SL32 | Review and revise lien and IP search chart for GWG DLP Funding IV, LLC | 0.50 | 565.00 | 282.50 |
| 11/04/2022 | AM50 | Participate on introductory call with Katten (.6); review work plan and case issue analysis (1.0); correspond with PH team regarding same (.2) | 1.80 | 1,610.00 | 2,898.00 |
| 11/04/2022 | DF9 | Call with Katten team re investigation (.5); outline issues/tasks and strategy for same (.6); correspond with PH team re same (.4); review and comment on related issues (.5); review draft diligence list (.4) | 2.40 | 1,610.00 | 3,864.00 |
| 11/04/2022 | JI2 | Draft committee priority document requests (5.3); correspond with J. Evans re same (.8); correspond with M. Grabis and M. Begun re document requests related to finance issues (.7); revise document requests in connection with same (1.1); email Debtors' counsel re document requests (.1) | 8.00 | 930.00 | 7,440.00 |
| 11/04/2022 | JDE | Review and comment on diligence list (1.2); prepare for and attend W&C call regarding diligence and investigation (1.3) | 2.50 | 1,485.00 | 3,712.50 |
| 11/04/2022 | MG21 | Correspond with PH team regarding document request (.2); review related list of diligence requests (.3) | 0.50 | 1,200.00 | 600.00 |

Case 22-90032 Document 1344 Filed in TXSB on 03/13/23 Page 67 of 124

Conflicts Committee of GWG DLP Funding IV, LLC 
51132-00002
Invoice No. 2344665

---

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/04/2022 | MIZ | Review data room and revise priority request list (2.0); review and comment on letter regarding document request list (0.5); related correspondence with J. Iaffaldano and J. Evans (0.5) | 3.00 | 1,410.00 | 4,230.00 |
| 11/04/2022 | SL32 | Review and revise lien summary chart | 0.50 | 565.00 | 282.50 |
| 11/05/2022 | JI2 | Prepare action plan re conflicts committee investigation. | 3.70 | 930.00 | 3,441.00 |
| 11/06/2022 | JDE | Review and revise investigation work plan (.7); correspond with J. Iaffaldano regarding same (.3) | 1.00 | 1,485.00 | 1,485.00 |
| 11/07/2022 | AM50 | Participate on call with S. Clements regarding conflicts committee update (.5); up review of issues (.2); conduct analysis regarding Beal prepetition transactions (1.5) | 2.20 | 1,610.00 | 3,542.00 |
| 11/07/2022 | DF9 | Correspond with PH team re issues/task list for investigation. | 0.80 | 1,610.00 | 1,288.00 |
| 11/07/2022 | SL32 | Review lien searches for GWG DLP Funding IV, LLC | 0.50 | 565.00 | 282.50 |
| 11/08/2022 | AM50 | Review work plan for investigation (1.0); provide comments on same (.6); review issues and notes to prepare for meeting with S. Clements (1.2); review and comment on diligence requests (.8) | 3.60 | 1,610.00 | 5,796.00 |
| 11/08/2022 | DF9 | Evaluate investigation issues and related tasks. | 0.50 | 1,610.00 | 805.00 |
| 11/09/2022 | AM50 | Review submissions and notes to prepare for S. Clements meeting (1.0); participate in meeting with S. Clements regarding conflicts committee investigation (2.7); discussions with Mintz & Gold regarding diligence requests (.5) | 4.20 | 1,610.00 | 6,762.00 |
| 11/09/2022 | DF9 | Conference with S. Clements re investigation issues/tasks (1.0); outline same (.8); correspond with PH team re same (.8) | 2.60 | 1,610.00 | 4,186.00 |
| 11/09/2022 | JI2 | Correspond with Mayer Brown regarding document requests | 0.40 | 930.00 | 372.00 |

---

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/10/2022 | DF9 | Review and comment on documents needed and related tasks for investigation. | 0.90 | 1,610.00 | 1,449.00 |
| 11/10/2022 | JI2 | Emails with C. Herrera (Mayer Brown) re document requests and production (.7); follow up call with C. Herrera re same (.3); emails with PH team re same (.3) | 1.30 | 930.00 | 1,209.00 |
| 11/10/2022 | ML30 | Correspond with J. Iaffaldano re dataroom preparation (.1); monitor same for documents to be populated (.1) | 0.20 | 515.00 | 103.00 |
| 11/11/2022 | AM50 | Follow up conflicts committee investigation and analysis (2.0); participate on calls with S. Clements and D. Fliman regarding same (1.2) | 3.20 | 1,610.00 | 5,152.00 |
| 11/11/2022 | DF9 | Call with Akin team re investigation (.5); call with PH team re investigation issues/tasks, next steps (1.1); review and comment on interview and document needs (1.1) | 2.70 | 1,610.00 | 4,347.00 |
| 11/11/2022 | JG32 | Review and comment on discovery issues | 0.40 | 1,735.00 | 694.00 |
| 11/11/2022 | JDE | Attend telephone conference with Akin regarding investigation (.5); attend telephone conference with Paul Hastings team regarding next steps in investigation (1.1); review and analyze bondholder committee discovery requests (0.5) | 2.10 | 1,485.00 | 3,118.50 |
| 11/14/2022 | AM50 | Participate on call with W&C regarding DLP IV investigation (.5); analysis on same (1.0) | 1.50 | 1,610.00 | 2,415.00 |
| 11/14/2022 | DF9 | Call with W&C team re investigation of Beal. | 0.50 | 1,610.00 | 805.00 |
| 11/14/2022 | JI2 | Call with L. Miliotes and J. Evans re investigation issues (.5); follow up call with L. Miliotes re same (.2); review notes re investigation issues in preparation for same (.2); correspond with J. Evans re same (.4) | 1.40 | 930.00 | 1,302.00 |
| 11/14/2022 | JG32 | Correspond with client regarding case/investigation update | 0.40 | 1,735.00 | 694.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/14/2022 | JDE | Meetings with Paul Hastings team regarding investigation and next steps (0.5); telephone conference with Paul Hastings and White & Case teams regarding investigation (0.5) | 1.00 | 1,485.00 | 1,485.00 |
| 11/14/2022 | LM20 | Analyze investigation matters (.8); follow up call with J. Iaffaldano regarding same (.2); call with J. Iaffaldano and J. Evans re investigation issues (.5) | 1.50 | 755.00 | 1,132.50 |
| 11/15/2022 | AM50 | Review protective order as it relates to DLP IV conflicts committee (.7); discuss same with D. Fliman (.3); review issues and notes to prepare for meeting with Beal Bank (1.2) | 2.20 | 1,610.00 | 3,542.00 |
| 11/15/2022 | DF9 | Review and comment on Beal interview matters (.4); outline related issues and preparatory tasks (.6) | 1.00 | 1,610.00 | 1,610.00 |
| 11/15/2022 | JG32 | Correspond with Conflicts Committee regarding investigation (.4); review and comment on discovery issues (.3); review related documents (.4) | 1.10 | 1,735.00 | 1,908.50 |
| 11/15/2022 | LM20 | Meet with J. Evans and J. Iaffaldano regarding investigation matters(.3); draft memorandum regarding same (1.8); research and analysis regarding investigation matters (3.2) | 5.30 | 755.00 | 4,001.50 |
| 11/16/2022 | AM50 | Prepare outline for Beal Bank interview (1.3); review and comment on protective order (1.0); respond to emails from J. Evans on same (.3) | 2.60 | 1,610.00 | 4,186.00 |
| 11/16/2022 | DF9 | Review document needs and related tasks for investigation (.6); review and comment on confidentiality terms (.6) | 1.20 | 1,610.00 | 1,932.00 |
| 11/16/2022 | JI2 | Review sealed exhibits filed by UCC (5.3); correspond with A. Miller regarding same (.2) | 5.50 | 930.00 | 5,115.00 |
| 11/16/2022 | JG32 | Review status of court adjournment (.3); correspond with S. Clements regarding same (.4); review status of Committee and investigation (.4) | 1.10 | 1,735.00 | 1,908.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/16/2022 | LM20 | Research and analysis regarding investigation matters (2.8); draft memorandum regarding same (1.4) | 4.20 | 755.00 | 3,171.00 |
| 11/17/2022 | AM50 | Review issues and supplement outline for Beal Bank questions/interview (3.2); prepare internal documentation with respect to the same (2.8); research and analysis regarding investigation matters (.6) | 6.60 | 1,610.00 | 10,626.00 |
| 11/17/2022 | DF9 | Evaluate documents with respect to Beal interview (2.1); revise outline for same (1.4); correspond with PH team re same (.8) | 4.30 | 1,610.00 | 6,923.00 |
| 11/17/2022 | JG32 | Review and comment on discovery, DIP and main case issues (1.3) | 1.30 | 1,735.00 | 2,255.50 |
| 11/17/2022 | LM20 | Research and analysis regarding investigation matters (3.0); draft memorandum regarding same (2.8) | 5.80 | 755.00 | 4,379.00 |
| 11/18/2022 | AM50 | Review issues and outline to prepare for Beal Bank interview (2.2); participate in interview with Beal Bank (1.1); review and handle follow up matters related to Beal Bank interview (1.8) | 5.10 | 1,610.00 | 8,211.00 |
| 11/18/2022 | DF9 | Prepare for and conduct interview of Beal representative (1.4); discuss same with PH team and S. Clements (.8); outline follow up investigation issues/tasks (.5) | 2.70 | 1,610.00 | 4,347.00 |
| 11/18/2022 | JG32 | Discovery and case matter analysis (.7); telephone conference with S. Clements regarding updates on same (.5) | 1.20 | 1,735.00 | 2,082.00 |
| 11/18/2022 | JDE | Attend Beal Bank interview (0.8); attend Paul Hastings internal call post-Beal interview (0.6) | 1.40 | 1,485.00 | 2,079.00 |
| 11/18/2022 | LM20 | Draft memorandum regarding certain investigation matters (1.9); call with J. Iaffaldano and J. Evans re same (1.3) | 3.20 | 755.00 | 2,416.00 |
| 11/18/2022 | ML30 | Review notice re dataroom updates (.1); organize; correspond with J. Iaffaldano re: same (.1) | 0.20 | 515.00 | 103.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/19/2022 | AM50 | Follow up correspondence with S. Clements and D. Fliman regarding Beal Bank interview and related matters. | 1.00 | 1,610.00 | 1,610.00 |
| 11/21/2022 | AM50 | Follow up correspondence with PH team on outstanding diligence requests | 0.40 | 1,610.00 | 644.00 |
| 11/21/2022 | JG32 | Review and comment on discovery matters | 0.30 | 1,735.00 | 520.50 |
| 11/22/2022 | AM50 | Review and comment on ongoing diligence/discovery items | 1.00 | 1,610.00 | 1,610.00 |
| 11/22/2022 | DF9 | Outline issues and related tasks with respect to investigation. | 0.50 | 1,610.00 | 805.00 |
| 11/22/2022 | JG32 | Review and comment on investigation matters issues list (.3); correspond with PH team and S. Clements regarding same (.4) | 0.70 | 1,735.00 | 1,214.50 |
| 11/22/2022 | JDE | Correspond with PH and MB teams regarding document production. | 0.30 | 1,485.00 | 445.50 |
| 11/23/2022 | DF9 | Review and comment on investigation issues and related tasks. | 0.50 | 1,610.00 | 805.00 |
| 11/23/2022 | JG32 | Review and comment on discovery and settlement matters | 0.70 | 1,735.00 | 1,214.50 |
| 11/28/2022 | MM57 | Correspond with vendor re: discovery (.1); correspond w/ J. Iaffaldano and M. Laskowski re: same (.1) | 0.20 | 515.00 | 103.00 |
| | **Subtotal:** | **B261 Investigations** | **133.30** | | **178,567.00** |

**B310 Claims Administration and Objections**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/22/2022 | AM50 | Review and comment on recent developments related to potential settlement of Beal claims (1.0); discussions with D. Fliman on same (.3) | 1.30 | 1,610.00 | 2,093.00 |
| 11/22/2022 | DF9 | Call with L. Chiappetta and G. King re potential resolution of Beal claims (.4); call with Beal counsel re same (.4); correspond with PH team re same (1.2); correspond with client re same (.5); correspond with Mintz re same (.4); outline related issues, tasks, consideration (1.1) | 4.00 | 1,610.00 | 6,440.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/23/2022 | AM50 | Analyze matters related to proposed settlement | 0.90 | 1,610.00 | 1,449.00 |
| 11/23/2022 | DF9 | Review issues re settlement of Beal claims (.6); correspond with case parties re same (.8); correspond with PH team re same (.4) | 1.80 | 1,610.00 | 2,898.00 |
| 11/26/2022 | DF9 | Review and comment on pleadings re Beal settlement. | 0.60 | 1,610.00 | 966.00 |
| 11/26/2022 | JG32 | Review and comment on Beal settlement matters (.8 ); correspond with client regarding same (.9); review and comment on Rule 9019 motion and term sheet (.5) | 2.20 | 1,735.00 | 3,817.00 |
| 11/27/2022 | DF9 | Review comments re Beal settlement pleadings. | 0.40 | 1,610.00 | 644.00 |
| 11/28/2022 | AM50 | Review and comment on Beal settlement discussions | 0.40 | 1,610.00 | 644.00 |
| 11/28/2022 | DF9 | Review draft motion re resolution of Beal claims (.8); outline revisions to same (.5); correspond with case parties re same (.5); correspond with PH team re revisions to draft settlement motion (.8) | 2.60 | 1,610.00 | 4,186.00 |
| 11/28/2022 | JDE | Review and revise rule 9019 settlement motion (4.3); correspond and conference with PH team regarding same (0.5) | 4.80 | 1,485.00 | 7,128.00 |
| 11/29/2022 | AM50 | Review and revise Rule 9019 motion regarding comprehensive settlement | 1.40 | 1,610.00 | 2,254.00 |
| 11/29/2022 | DF9 | Review and revise Beal claims settlement (.9); correspond with PH team re same (.8) | 1.70 | 1,610.00 | 2,737.00 |
| 11/29/2022 | JG32 | Review and comment on settlement documents and discovery issues (.5) | 0.50 | 1,735.00 | 867.50 |
| 11/29/2022 | JDE | Review and comment on rule 9019 motion (1.6); correspond with PH team, other case professionals regarding same (0.5) | 2.10 | 1,485.00 | 3,118.50 |
| 11/30/2022 | DF9 | Review and comment on Beal claim settlement documents | 0.40 | 1,610.00 | 644.00 |
| 11/30/2022 | JG32 | Review and comment on Rule 9019 issues (.9); review and analyze settlement matters (.8) | 1.70 | 1,735.00 | 2,949.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/30/2022 | JDE | Review modifications to Rule 9019 motion (0.3); correspond and conference with PH team, other case professionals regarding same (1.2) | 1.50 | 1,485.00 | 2,227.50 |
| | **Subtotal:** | **B310 Claims Administration and Objections** | **28.30** | | **45,063.00** |

**B320 Plan and Disclosure Statement (including Business Plan)**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/30/2022 | AM50 | Review draft plan (.7); discussions with J. Evans on same (.7) | 1.40 | 1,610.00 | 2,254.00 |
| 11/30/2022 | DF9 | Review and comment on plan revisions with PH team. | 0.50 | 1,610.00 | 805.00 |
| 11/30/2022 | JDE | Review and comment on plan | 2.40 | 1,485.00 | 3,564.00 |
| | **Subtotal:** | **B320 Plan and Disclosure Statement (including Business Plan)** | **4.30** | | **6,623.00** |

| | | | |
|---|---|---|---|
| **Total** | **302.60** | | **397,585.00** |

**Timekeeper Summary**

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|---|---|---|---|---|---|
| JG32 | Jayme Goldstein | Partner | 27.90 | 1,735.00 | 48,406.50 |
| AM50 | Allison Miller | Partner | 57.20 | 1,610.00 | 92,092.00 |
| DF9 | Dan Fliman | Partner | 56.80 | 1,610.00 | 91,448.00 |
| JTG4 | James T. Grogan | Partner | 4.80 | 1,585.00 | 7,608.00 |
| JDE | Jeremy D. Evans | Of Counsel | 38.50 | 1,485.00 | 57,172.50 |
| MIZ | Marina I. Begun | Of Counsel | 6.50 | 1,410.00 | 9,165.00 |
| KAT2 | Katherine A. Traxler | Of Counsel | 3.10 | 920.00 | 2,852.00 |
| MG21 | Maria Grabis | Associate | 3.00 | 1,200.00 | 3,600.00 |
| JI2 | Jack Iaffaldano | Associate | 63.60 | 930.00 | 59,148.00 |
| LM20 | Lanie Miliotes | Associate | 20.00 | 755.00 | 15,100.00 |
| SL32 | Sandy Lee | Paralegal | 1.50 | 565.00 | 847.50 |

| | | | | | |
|---|---|---|---|---|---|
| ML30 | Mat Laskowski | Paralegal | 17.90 | 515.00 | 9,218.50 |
| MM57 | Michael Magzamen | Paralegal | 1.80 | 515.00 | 927.00 |

**Costs incurred and advanced**

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 11/09/2022 | Photocopy Charges | 376.00 | 0.08 | 30.08 |
| 11/16/2022 | Photocopy Charges | 1,860.00 | 0.08 | 148.80 |
| 11/02/2022 | Computer Search (Other) | | | 6.30 |
| 11/03/2022 | Local - Meals - Grubhub Holdings Inc. f/k/a Seamlessweb (USD) (JPMSUA); Invoice # SL-190-54 dated 11/6/2022; Jack laffaldano; Restaurant: House of Lasagna; Dinner; Number of people: 1; Location: Washington, D.C.; Work meal expense.; Order # 572020594888867 dated 11/03/2022 | | | 36.58 |
| 11/07/2022 | CSC/LexisNexis Document Solutions - Requested by Sandy Lee; Corporation Service Company (USD)(JPMSUA); Invoice # 86113426763 dated 2022-11-07; Gwg Dlp Funding IV, Llc Search TX Service Fee - Litigation Search | | | 127.20 |
| 11/07/2022 | CSC/LexisNexis Document Solutions - Requested by Sandy Lee; Corporation Service Company (USD)(JPMSUA); Invoice # 86113426763 dated 2022-11-07; Gwg Dlp Funding IV, Llc Search DE Service Fee - Litigation Search | | | 127.20 |
| 11/07/2022 | CSC/LexisNexis Document Solutions - Requested by Sandy Lee; Corporation Service Company (USD)(JPMSUA); Invoice # 86113426763 dated 2022-11-07; Gwg Dlp Funding IV, Llc Search DE Service Fee - Judgment Search | | | 127.20 |
| 11/07/2022 | CSC/LexisNexis Document Solutions - Requested by Sandy Lee; Corporation Service Company (USD)(JPMSUA); Invoice # 86113426763 dated 2022-11-07; Gwg Dlp Funding IV, Llc Search TX Service Fee - Judgment Search | | | 169.60 |

| | | |
|---|---|---|
| 11/07/2022 | CSC/LexisNexis Document Solutions - Requested by Sandy Lee; Corporation Service Company (USD)(JPMSUA); Invoice # 86113426763 dated 2022-11-07; Gwg Dlp Funding IV, Llc Search DE Disbursement/cost | 173.00 |
| 11/07/2022 | CSC/LexisNexis Document Solutions - Requested by Sandy Lee; Corporation Service Company (USD)(JPMSUA); Invoice # 86113427601 dated 2022-11-07; Gwg Dlp Funding IV, Llc US Service Fee-Copyright Portfolio Name Srch-2da | 325.00 |
| 11/07/2022 | CSC/LexisNexis Document Solutions - Requested by Sandy Lee; Corporation Service Company (USD)(JPMSUA); Invoice # 86113426763 dated 2022-11-07; Gwg Dlp Funding IV, Llc Search TX Service Fee - Ucc Search State Level | 42.40 |
| 11/07/2022 | CSC/LexisNexis Document Solutions - Requested by Sandy Lee; Corporation Service Company (USD)(JPMSUA); Invoice # 86113426763 dated 2022-11-07; Gwg Dlp Funding IV, Llc Search TX Service Fee - Ucc Search - County Level | 42.40 |
| 11/07/2022 | CSC/LexisNexis Document Solutions - Requested by Sandy Lee; Corporation Service Company (USD)(JPMSUA); Invoice # 86113426763 dated 2022-11-07; Gwg Dlp Funding IV, Llc Search TX Service Fee - Bankruptcy Search | 42.40 |
| 11/07/2022 | CSC/LexisNexis Document Solutions - Requested by Sandy Lee; Corporation Service Company (USD)(JPMSUA); Invoice # 86113426763 dated 2022-11-07; Gwg Dlp Funding IV, Llc Search DE Service Fee - Bankruptcy Search | 42.40 |
| 11/07/2022 | CSC/LexisNexis Document Solutions - Requested by Sandy Lee; Corporation Service Company (USD)(JPMSUA); Invoice # 86113426763 dated 2022-11-07; Gwg Dlp Funding IV, Llc Search DE Service Fee - Ucc Search - County Level | 42.40 |
| 11/07/2022 | CSC/LexisNexis Document Solutions - Requested by Sandy Lee; Corporation Service Company (USD)(JPMSUA); Invoice # 86113426763 dated 2022-11-07; Gwg Dlp Funding IV, Llc Search TX Service Fee - Tax Search | 42.40 |

| | | |
|---|---|---|
| 11/07/2022 | CSC/LexisNexis Document Solutions - Requested by Sandy Lee; Corporation Service Company (USD)(JPMSUA); Invoice # 86113426763 dated 2022-11-07; Gwg Dlp Funding IV, Llc Search DE Service Fee - Ucc Search State Level | 42.40 |
| 11/07/2022 | CSC/LexisNexis Document Solutions - Requested by Sandy Lee; Corporation Service Company (USD)(JPMSUA); Invoice # 86113427585 dated 2022-11-07; Gwg Dlp Funding IV, Llc US Service Fee-Trademark Ownership Search-2 Day | 440.00 |
| 11/07/2022 | CSC/LexisNexis Document Solutions - Requested by Sandy Lee; Corporation Service Company (USD)(JPMSUA); Invoice # 86113426763 dated 2022-11-07; Gwg Dlp Funding IV, Llc Search DE Special Handling Fee - Expedited Lien/litigat | 50.00 |
| 11/07/2022 | CSC/LexisNexis Document Solutions - Requested by Sandy Lee; Corporation Service Company (USD)(JPMSUA); Invoice # 86113427620 dated 2022-11-07; Gwg Dlp Funding IV, Llc US Service Fee-Patent Ownership Search-2 Day Ser | 535.00 |
| 11/07/2022 | CSC/LexisNexis Document Solutions - Requested by Sandy Lee; Corporation Service Company (USD)(JPMSUA); Invoice # 86113426763 dated 2022-11-07; Gwg Dlp Funding IV, Llc Search TX Special Handling Fee - Expedited Lien/litigat | 75.00 |
| 11/07/2022 | CSC/LexisNexis Document Solutions - Requested by Sandy Lee; Corporation Service Company (USD)(JPMSUA); Invoice # 86113426763 dated 2022-11-07; Gwg Dlp Funding IV, Llc Search TX Disbursement/cost | 76.00 |
| 11/07/2022 | CSC/LexisNexis Document Solutions - Requested by Sandy Lee; Corporation Service Company (USD)(JPMSUA); Invoice # 86113426763 dated 2022-11-07; Gwg Dlp Funding IV, Llc Search DE County/court Disbursement/cost | 84.00 |
| 11/07/2022 | CSC/LexisNexis Document Solutions - Requested by Sandy Lee; Corporation Service Company (USD)(JPMSUA); Invoice # 86113426763 dated 2022-11-07; Gwg Dlp Funding IV, Llc Search TX County/court Disbursement/cost | 84.00 |

---

| | | |
|---|---|---|
| 11/07/2022 | CSC/LexisNexis Document Solutions - Requested by Sandy Lee; Corporation Service Company (USD)(JPMSUA); Invoice # 86113426763 dated 2022-11-07; Gwg Dlp Funding IV, Llc Search DE Service Fee - Tax Search | 84.80 |
| 11/08/2022 | Local - Meals - Grubhub Holdings Inc. f/k/a Seamlessweb (USD) (JPMSUA); Invoice # SL-190-55 dated 11/20/2022; NY Reception; Location: Washington, D.C.; Ordered by C. Pickens on behalf of T. Garcia. NY 6 person snack (Sherwood) for Conflicts Meeting in 26-150 Verrazano. C/M: 51132-00002 meeting date 11/9/22.; Order # 905920646350250 dated 11/08/2022 | 63.76 |
| 11/11/2022 | Local - Meals - Jayme Goldstein; 10/30/2022; Restaurant: Heartland; City: New York; Lunch; Number of people: 1; work meal expense; Jayme Goldstein | 32.30 |
| 11/15/2022 | Local - Taxi - Jayme Goldstein; 11/02/2022; From/To: office/home; Service Type: Uber; taxi expense for car ride home from late-night work | 52.87 |
| 11/15/2022 | Local - Taxi - Jayme Goldstein; 11/01/2022; From/To: office/home; Service Type: Uber; taxi expense for car ride home from late-night work | 89.81 |
| 11/18/2022 | Westlaw | 24.86 |
| **Total Costs incurred and advanced** | | **$3,260.16** |

| | |
|---|---|
| **Current Fees and Costs** | **$400,845.16** |
| **Total Balance Due - Due Upon Receipt** | **$400,845.16** |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| GWG Holdings, Inc., *et al.*,[1] | Case No. 22-90032 (MI) |
| Debtors. | (Jointly Administered) |

**NOTICE OF SECOND MONTHLY FEE STATEMENT OF PAUL HASTINGS LLP, COUNSEL TO SEAN CLEMENTS AND THE CONFLICTS COMMITTEE OF THE BOARD OF DIRECTORS OF GWG DLP FUNDING IV, LLC FOR THE PERIOD FROM DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022**

| | | |
|---|---|---|
| Name of applicant: | Paul Hastings LLP | |
| Applicant's Role in the Case: | Attorneys to Sean Clements and the Conflicts Committee of the board of directors of GWG DLP Funding IV, LLC ("DLP IV") | |
| Date Order of Employment Signed and Docket No.: | January 6, 2023 (effective as of October 31, 2022) [Docket No. 1325] | |
| | Beginning Date | End Date |
| Time period covered by this Statement: | 12/1/2022 | 12/31/2022 |
| Summary of Total Fees and Expenses Requested | | |
| Total fees requested in this Statement: | $65,204.40 (80% of $81,505.50) | |
| Total expenses requested in this Statement: | $198.68 | |
| Total fees and expenses requested in this Statement (excluding 20% holdback): | $81,704.18 | |
| Total fees and expenses requested in this Statement (including 20% holdback): | $65,403.08 | |
| Summary of Attorney Fees Requested | | |
| Total attorney fees requested in this Statement: | $75,892.00 | |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: GWG Holdings, Inc. (2607); GWG Life, LLC (6955); GWG Life USA, LLC (5538), GWG DLP Funding IV, LLC (2589); GWG DLP Funding VI, LLC (6955); and GWG DLP Funding Holdings VI, LLC (6955). The location of Debtor GWG Holdings, Inc.'s principal place of business and the Debtors' service address is 325 N. St. Paul Street, Suite 2650 Dallas, TX 75201. Further information regarding the Debtors and these chapter 11 cases is available at the website of the Debtors' claims and noticing agent: https://donlinrecano.com/gwg.

| | |
|---|---|
| Total actual attorney hours covered by this Statement: | 51.60 |
| Average hourly rate for attorneys: | $1,471 |
| Summary of Paraprofessional Fees Requested | |
| Total paraprofessional fees requested in this Statement: | $5,613.50 |
| Total actual paraprofessional hours covered by this Statement: | 10.90 |
| Average hourly rate for paraprofessionals: | $515 |

In accordance with the *Corrected Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and (II) Granting Related Relief* [Docket No. 378] (the "Interim Compensation Order"),[2] Paul Hastings LLP ("Paul Hastings") respectfully submits this second monthly statement (the "Monthly Statement") and requests payment for services rendered and reimbursement of expenses incurred as counsel to Sean Clements and the Conflicts Committee of the board of directors of DLP IV in the above-captioned chapter 11 cases for the period from December 1, 2022 through and including December 31, 2022 (the "Fee Period") in the amounts set forth above.

**SERVICES RENDERED AND EXPENSES INCURRED**

1. Attached hereto as **Exhibit A** is a timekeeper summary that includes the name, title, department, bar admission, hourly billing rate, aggregate hours, and amount of fees earned for each Paul Hastings individual who provided services during the Fee Period.

2. Attached hereto as **Exhibit B** is a summary of Paul Hastings' services rendered and compensation sought, by project category, for the Fee Period.

3. Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Fee Period.

4. Attached hereto as **Exhibit D** are the fee statements of Paul Hastings for services provided during the Fee Period.

---

2 Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

## NOTICE AND OBJECTION PROCEDURES

5. Notice of this Monthly Statement will be given to the following parties (collectively, the "Application Recipients"): (i) the Debtors c/o GWG Holdings, Inc., 325 N. St. Paul St., Suite 2650, Dallas, TX 75201, Attn: Timothy Evans; (ii) counsel to the Debtors, Mayer Brown LLP, 71 S. Wacker Drive, Chicago, IL 60606, Attn: Thomas S. Kiriakos; (iii) co-counsel to the Debtors, Jackson Walker LLP, 1401 McKinney Street, Suite 1900, Houston, TX 77010, Attn: Kristhy M. Peguero and Matthew D. Cavenaugh; (iv) counsel to the DIP Lender, Sidley Austin LLP, One South Dearborn, Chicago, IL 60603, Attn: Matthew A. Clemente; (v) counsel to Bank of Utah in its capacity as indenture trustee for the Bonds, Akin Gump Strauss Hauer & Feld LLP, 2001 K Street NW, Washington, D.C., 20006-1037, Attn: Scott Alberino; (vi) counsel to any statutory committee appointed in these cases; and (vii) the Office of the U.S. Trustee for the Southern District of Texas, 515 Rusk Street, Suite 3516, Houston, TX 77002, Attn: Hector Duran.

6. Objections to this Monthly Statement, if any, must be served upon the Application Recipients and the undersigned counsel by or before 4:00 p.m. (CT) on the fourteenth day after service of this Monthly Statement (the "Objection Deadline"), setting forth with specificity the objectionable fees or expenses, the amount of the disputed fees or expenses, and the basis for such objection. If no objections are received by the Objection Deadline, the Debtors shall promptly pay Paul Hastings 80 percent of the fees and 100 percent of the expenses identified in this Monthly Statement.

7. To the extent that an objection to this Monthly Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Monthly Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such objection is not resolved,

pursuant to the procedures set forth in the Interim Compensation Order, the objecting party shall file its objection with the Court and serve the objection on the Application Recipients and the undersigned counsel. Thereafter, Paul Hastings may either (a) file with the Court a response to the objection together with a request for payment of the appropriate portion of the disputed amount or (b) preserve and schedule the disputed amount for consideration at the next interim or final fee application hearing.

8. To the extent that time or disbursement charges for services rendered or disbursements incurred relate to the Fee Period, but were not processed before the preparation of this Monthly Statement, or Paul Hastings has for any other reason not sought compensation or reimbursement with respect to such services or expenses, Paul Hastings reserves the right to request additional compensation for such services, and reimbursement of such expenses, in a supplemental or future statement.

[*Remainder of page intentionally left blank*]

Dated: January 13, 2023
Houston, Texas

Respectfully submitted,

*/s/ James T. Grogan III*

**PAUL HASTINGS LLP**
James T. Grogan III (TX Bar No. 24027354)
600 Travis Street, 58th Floor
Houston, Texas 77002
Telephone: (713) 860-7300
Facsimile: (713) 353-3100
Email: jamesgrogan@paulhastings.com

-and-

Jayme T. Goldstein (admitted *pro hac vice*)
Daniel A Fliman (admitted *pro hac vice*)
Allison Miller (admitted *pro hac vice*)
Jeremy D. Evans (admitted *pro hac vice*)
John F. Iaffaldano (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: jaymegoldstein@paulhastings.com

*Counsel to Sean Clements and the Conflicts Committee of the board of directors of DLP IV*

# Exhibit A

## COMPENSATION BY PROFESSIONAL AND PARAPROFESSIONAL FOR FEE PERIOD

| | | | | Total for Fee Period | |
|---|---|---|---|---|---|
| **Name** | **Department or Group** | **Date of First Admission** | **Hourly Rate** | **Hours Billed** | **Amount** |
| Fliman, Dan | Corporate | 2003 | 1,610.00 | 9.40 | $15,134.00 |
| Goldstein, Jayme | Corporate | 2003 | 1,735.00 | 13.80 | $23,943.00 |
| Grogan, James | Corporate | 2000 | 1,585.00 | 10.60 | $16,801.00 |
| Miller, Allison | Corporate | 2004 | 1,610.00 | 1.70 | $2,737.00 |
| **Total Partner:** | | | | **35.50** | **$58,615.00** |
| Evans, Jeremy | Corporate | 2013 | 1,485.00 | 4.20 | $6,237.00 |
| Traxler, Katherine | Corporate | 1990 | 920.00 | 2.70 | $2,484.00 |
| **Total Counsel:** | | | | **6.90** | **$8,721.00** |
| Iaffaldano, Jack | Corporate | 2020 | 930.00 | 9.20 | $8,556.00 |
| **Total Associate:** | | | | 9.20 | $8,556.00 |
| Laskowski, Mat | Paralegal | | 515.00 | 9.90 | $5,098.50 |
| Magzamen, Michel | Paralegal | | 515.00 | 1.00 | $515.00 |
| **Total Paraprofessional:** | | | | **10.90** | **$5,613.50** |
| **Total:** | | | | **62.50** | **$81,505.50** |

Case 22-90032 Document 1345 Filed in TXSB on 08/10/23 Page 84 of 121

## <u>Exhibit B</u>

### COMPENSATION BY PROJECT CATEGORY FOR FEE PERIOD

| | Total for Fee Period | |
|---|---|---|
| **U.S. Trustee Task Code and Project Category** | **Total Hours** | **Total Fees** |
| B113 Pleadings Review | 14.80 | $17,007.00 |
| B155 Court Hearings | 18.60 | $24,711.00 |
| B160 Employment / Fee Applications (Paul Hastings) | 15.90 | $18,679.50 |
| B260 Board of Directors Matters | 6.10 | $8,949.50 |
| B261 Investigations | 7.10 | $12,158.50 |
| **TOTAL** | **62.50** | **$81,505.50** |

# Exhibit C

## EXPENSE SUMMARY FOR FEE PERIOD

| Category | Total for Fee Period |
|---|---:|
| Computer Search | $25.67 |
| Meals | $149.75 |
| Taxi/Ground Transportation | $23.26 |
| **TOTAL** | **$198.68** |

# <u>Exhibit D</u>

## FEE STATEMENTS FOR FEE PERIOD

PAUL HASTINGS

**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Conflicts Committee of GWG DLP Funding IV, LLC
Suite 1200
220 South Sixth Street
Minneapolis, MN 55402

Attn: Sean Clements

January 12, 2023

Please Refer to
Invoice Number: 2344666

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Bankruptcy Case**
PH LLP Client/Matter # 51132-00002
Jayme Goldstein

| | | |
|---|---|---|
| Legal fees for professional services for the period ending December 31, 2022 | | $81,505.50 |
| | Costs incurred and advanced | 198.68 |
| | **Current Fees and Costs Due** | **$81,704.18** |
| | **Total Balance Due - Due Upon Receipt** | **$81,704.18** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA 90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*

**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Conflicts Committee of GWG DLP Funding IV, LLC
Suite 1200
220 South Sixth Street
Minneapolis, MN 55402

Attn: Sean Clements

January 12, 2023

Please Refer to
Invoice Number: 2344666

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Bankruptcy Case**
PH LLP Client/Matter # 51132-00002
Jayme Goldstein

| | |
|---|---|
| Legal fees for professional services for the period ending December 31, 2022 | $81,505.50 |
| Costs incurred and advanced | 198.68 |
| **Current Fees and Costs Due** | **$81,704.18** |
| **Total Balance Due - Due Upon Receipt** | **$81,704.18** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD****, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA 90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*

PAUL HASTINGS

**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Conflicts Committee of GWG DLP Funding IV, LLC
Suite 1200
220 South Sixth Street
Minneapolis, MN 55402

Attn: Sean Clements

January 12, 2023

Please Refer to
Invoice Number: 2344666

PH LLP Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending December 31, 2022

**Bankruptcy Case** **$81,505.50**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B113** | | **Pleadings Review** | | | |
| 12/01/2022 | JG32 | Pleading review | 0.30 | 1,735.00 | 520.50 |
| 12/01/2022 | ML30 | Monitor the docket (.4); review recent filings and update calendars and working group re: same (.9) | 1.30 | 515.00 | 669.50 |
| 12/02/2022 | JTG4 | Review recent pleadings | 0.20 | 1,585.00 | 317.00 |
| 12/02/2022 | ML30 | Monitor the docket (.2); review recent filings and update calendars and working group re: same (.3) | 0.50 | 515.00 | 257.50 |
| 12/04/2022 | JG32 | Chapter 11 pleading review and analysis | 0.40 | 1,735.00 | 694.00 |
| 12/05/2022 | JTG4 | Review recent pleadings | 0.20 | 1,585.00 | 317.00 |
| 12/05/2022 | ML30 | Monitor the docket (.1); review recent filings and update calendars and working group re: same (.1) | 0.20 | 515.00 | 103.00 |
| 12/06/2022 | JG32 | Review recent pleadings | 0.20 | 1,735.00 | 347.00 |
| 12/06/2022 | ML30 | Monitor the docket (.2); review recent filings and update working group re: same (.1) | 0.30 | 515.00 | 154.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/07/2022 | ML30 | Monitor the docket (.1); review recent filings and update working group re: same (.1) | 0.20 | 515.00 | 103.00 |
| 12/08/2022 | ML30 | Monitor the docket (.1); review recent filings and update working group re: same (.1) | 0.20 | 515.00 | 103.00 |
| 12/09/2022 | JTG4 | Review recent pleadings | 0.20 | 1,585.00 | 317.00 |
| 12/09/2022 | ML30 | Monitor the docket (.1); review recent filings and update working group re: same (.1) | 0.20 | 515.00 | 103.00 |
| 12/12/2022 | JTG4 | Review recent pleadings | 0.20 | 1,585.00 | 317.00 |
| 12/12/2022 | ML30 | Monitor the docket (.1); review recent filings and update working group re: same (.1) | 0.20 | 515.00 | 103.00 |
| 12/13/2022 | ML30 | Monitor the docket (.1); review recent filings and update working group re: same (.1) | 0.20 | 515.00 | 103.00 |
| 12/14/2022 | JTG4 | Review recent pleadings | 0.40 | 1,585.00 | 634.00 |
| 12/14/2022 | JG32 | Review chapter 11 filings; (.7) correspond with internal team regarding same and case and matter update (.4) | 1.10 | 1,735.00 | 1,908.50 |
| 12/14/2022 | ML30 | Monitor the docket (.1); review recent filings and update calendars and working group re: same (.2) | 0.30 | 515.00 | 154.50 |
| 12/15/2022 | JTG4 | Review recent pleadings and standing motion | 0.50 | 1,585.00 | 792.50 |
| 12/15/2022 | ML30 | Monitor the docket (.5); review recent filings and update calendars and working group re: same (.3) | 0.80 | 515.00 | 412.00 |
| 12/16/2022 | JG32 | Review and comment on chapter 11 case (GWG) pleadings | 1.30 | 1,735.00 | 2,255.50 |
| 12/16/2022 | ML30 | Monitor the docket (.1); review recent filings and update working group re: same (.2) | 0.30 | 515.00 | 154.50 |
| 12/19/2022 | ML30 | Monitor the docket (.1); review recent filings and update working group re: same (.1) | 0.20 | 515.00 | 103.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/20/2022 | JG32 | Review case matters (.6) | 0.60 | 1,735.00 | 1,041.00 |
| 12/20/2022 | ML30 | Monitor the docket (.2); review recent filings and update working group re: same (.1) | 0.30 | 515.00 | 154.50 |
| 12/21/2022 | JTG4 | Review recent pleadings | 0.30 | 1,585.00 | 475.50 |
| 12/21/2022 | ML30 | Monitor the docket (.1); review recent filings and update working group re: same (.1) | 0.20 | 515.00 | 103.00 |
| 12/22/2022 | JTG4 | Review recently filed pleadings | 0.30 | 1,585.00 | 475.50 |
| 12/22/2022 | JG32 | Review recent pleadings | 0.80 | 1,735.00 | 1,388.00 |
| 12/22/2022 | ML30 | Monitor the docket (.2); review recent filings and update working group re: same (.2) | 0.40 | 515.00 | 206.00 |
| 12/23/2022 | JG32 | Review recent pleadings | 0.80 | 1,735.00 | 1,388.00 |
| 12/23/2022 | ML30 | Monitor the docket (.1); review recent filings and update calendars and working group re: same (.1) | 0.20 | 515.00 | 103.00 |
| 12/27/2022 | ML30 | Monitor the docket (.1); review recent filings and update working group re: same (.1) | 0.20 | 515.00 | 103.00 |
| 12/28/2022 | JTG4 | Review recent pleadings | 0.20 | 1,585.00 | 317.00 |
| 12/28/2022 | ML30 | Monitor the docket (.1); prepare end of day update for working group re: recent filings (.1) | 0.20 | 515.00 | 103.00 |
| 12/29/2022 | ML30 | Monitor the docket (.1); review recent filings and prepare end of day update for working group re: same (.1) | 0.20 | 515.00 | 103.00 |
| 12/30/2022 | ML30 | Monitor the docket (.1); review recent filings and prepare end of day update for working group re: same (.1) | 0.20 | 515.00 | 103.00 |
| | **Subtotal:** | **B113 Pleadings Review** | **14.80** | | **17,007.00** |

**B155 Court Hearings**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/01/2022 | AM50 | Participate in hearing on settlement (.5); review documents related to same (.7) | 1.20 | 1,610.00 | 1,932.00 |

---

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/01/2022 | DF9 | Prepare for (.9) and participate in hearing re governance, resolution with Beal (2.9); discussion with internal team re same (.4); correspond with client re same (.4) | 4.60 | 1,610.00 | 7,406.00 |
| 12/01/2022 | JI2 | Attend hearing (2.8); correspond with client re same (.3); discussion with internal team re same (.2) | 3.30 | 930.00 | 3,069.00 |
| 12/01/2022 | JTG4 | Correspond with J. Evans about hearing on DIP financing and lender settlements (.4); prepare for (.9) and attend hearing on DIP financing and lender settlements (2.9) | 4.20 | 1,585.00 | 6,657.00 |
| 12/01/2022 | JG32 | Prepare Rule 9019 hearing summary and analysis (.3); correspond with client regarding same (.4) | 0.70 | 1,735.00 | 1,214.50 |
| 12/01/2022 | JDE | Review submissions and notes to prepare for Rule 9019/DIP hearing (.9); attend Rule 9019/DIP hearing (.5) | 1.40 | 1,485.00 | 2,079.00 |
| 12/01/2022 | ML30 | Monitor the omnibus hearing (1.5) | 1.50 | 515.00 | 772.50 |
| 12/16/2022 | JI2 | Attend hearing on Debtors' mediation motion (1.5); correspond with PH team re same (.2). | 1.70 | 930.00 | 1,581.00 |
| | **Subtotal:** | **B155 Court Hearings** | **18.60** | | **24,711.00** |

**B160 Fee/Employment Applications**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/07/2022 | JTG4 | Correspond with J. Evans regarding monthly fee applications and retention (.2); review related interim compensation order (.3) | 0.50 | 1,585.00 | 792.50 |
| 12/07/2022 | JDE | Review interim compensation procedures (.5); correspond with PH team regarding same (.2) | 0.70 | 1,485.00 | 1,039.50 |
| 12/14/2022 | KAT2 | Correspond with J. Iaffaldano regarding notice of rate change (.1); review inquiries from J. Iaffaldano regarding fee matters (.1); consider and respond to same (.1) | 0.30 | 920.00 | 276.00 |
| 12/16/2022 | KAT2 | Prepare first monthly fee request | 0.70 | 920.00 | 644.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/17/2022 | KAT2 | Prepare first monthly fee request (.4); correspond with J. Iaffaldano and C. Edge regarding same (.1) | 0.50 | 920.00 | 460.00 |
| 12/20/2022 | JI2 | Draft supplemental declaration regarding retention (1.8); emails with M. Laskowski re notice of rate increase (.2); emails with J. Grogan re U.S. Trustee comments to retention order (.4); prepare revised retention order (.5) | 2.90 | 930.00 | 2,697.00 |
| 12/20/2022 | JTG4 | Emails with H. Duran, K. Traxler and J. Iaffaldano regarding U.S. Trustee comments to retention application and proposed order | 0.80 | 1,585.00 | 1,268.00 |
| 12/20/2022 | KAT2 | Review U.S. Trustee's comments on retention order (.1); correspond with J. Iaffaldano regarding same (.1); correspond with J. Grogan regarding same (.1); review and comment on draft supplemental declaration regarding retention (.4); correspond with J. Iaffaldano regarding same (.2); review revised first monthly fee request (.2); correspond with C. Edge regarding same (.1) | 1.20 | 920.00 | 1,104.00 |
| 12/20/2022 | ML30 | Correspond with J. Iaffaldano regarding notice of rate change | 0.10 | 515.00 | 51.50 |
| 12/20/2022 | MM57 | Correspond with J. Iaffaldano re: notice of change in rates | 0.10 | 515.00 | 51.50 |
| 12/21/2022 | DF9 | Review supplemental declaration (.3); correspond with PH team re filing of same (.3) | 0.60 | 1,610.00 | 966.00 |
| 12/21/2022 | JTG4 | Emails with D. Fliman and J. Iaffaldano regarding supplemental retention declaration | 0.30 | 1,585.00 | 475.50 |
| 12/21/2022 | MM57 | Correspond with D. Fliman and J. Iaffaldano re: supplemental declaration (.1); e-file same (.2) | 0.30 | 515.00 | 154.50 |
| 12/22/2022 | JTG4 | Correspond with J. Iaffaldano and D. Fliman regarding notice of rate increase | 0.30 | 1,585.00 | 475.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/22/2022 | MM57 | Draft notice of rates increase (.3); follow up correspondence with J. Iaffaldano re: same (.1); follow-up email to J. Grogan and D. Fliman re: retention order (.2) | 0.60 | 515.00 | 309.00 |
| 12/23/2022 | JG32 | Review and comment on retention application issues | 0.60 | 1,735.00 | 1,041.00 |
| 12/23/2022 | ML30 | Review and revise invoice entries for compliance with bankruptcy guidelines | 0.10 | 515.00 | 51.50 |
| 12/27/2022 | DF9 | Correspond with PH team re revised retention application order | 1.20 | 1,610.00 | 1,932.00 |
| 12/27/2022 | JTG4 | Emails with D. Fliman and J. Evans regarding retention application (.7); review revised order (.3); review and revise Certification of Counsel (.6) | 1.60 | 1,585.00 | 2,536.00 |
| 12/27/2022 | JDE | Prepare form of Certificate of Counsel (0.6); correspond with PH team regarding same (0.5) | 1.10 | 1,485.00 | 1,633.50 |
| 12/27/2022 | ML30 | Correspond with PH team regarding revised retention order (.3); review and revise retention order (.7); prepare same for e-filing (.2); e-file revised retention order (.1); update PH team regarding same (.1) | 1.40 | 515.00 | 721.00 |
| | **Subtotal:** | **B160 Fee/Employment Applications** | **15.90** | | **18,679.50** |

**B260 Board of Directors Matters**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/02/2022 | JI2 | Prepare invoice for DLP IV director (.6); email Mayer Brown regarding same (.1) | 0.70 | 930.00 | 651.00 |
| 12/07/2022 | DF9 | Review and comment on board issues and tasks | 0.40 | 1,610.00 | 644.00 |
| 12/13/2022 | DF9 | Correspond with client re board matters (.5); correspond with PH team re same (.9) | 1.40 | 1,610.00 | 2,254.00 |
| 12/13/2022 | JDE | Review and summarize board resolution | 0.40 | 1,485.00 | 594.00 |
| 12/14/2022 | AM50 | Review draft board resolutions regarding Vida DIP approval | 0.50 | 1,610.00 | 805.00 |
| 12/14/2022 | DF9 | Correspond with PH team re board matters | 0.40 | 1,610.00 | 644.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/14/2022 | JI2 | Attend board meeting | 0.60 | 930.00 | 558.00 |
| 12/14/2022 | JDE | Attend board calls | 0.60 | 1,485.00 | 891.00 |
| 12/20/2022 | JG32 | Review board documents | 0.50 | 1,735.00 | 867.50 |
| 12/22/2022 | JG32 | Client correspondence regarding situation/case updates (.6) | 0.60 | 1,735.00 | 1,041.00 |
| | **Subtotal:** | **B260 Board of Directors Matters** | **6.10** | | **8,949.50** |

**B261 Investigations**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/01/2022 | JTG4 | Review updates on resignation of CEO and mediation motion | 0.40 | 1,585.00 | 634.00 |
| 12/01/2022 | JG32 | Review and comment on settlement matters | 1.20 | 1,735.00 | 2,082.00 |
| 12/02/2022 | DF9 | Review and comment on follow up tasks following Beal settlement approval (.5); correspond with PH team regarding same (.3) | 0.80 | 1,610.00 | 1,288.00 |
| 12/04/2022 | JG32 | Review and analyze settlement and Beal matters | 1.90 | 1,735.00 | 3,296.50 |
| 12/06/2022 | JG32 | Situation analysis (.6); review related issues (.4) | 1.00 | 1,735.00 | 1,735.00 |
| 12/07/2022 | JG32 | Review settlement documents and related case matters | 1.80 | 1,735.00 | 3,123.00 |
| | **Subtotal:** | **B261 Investigations** | **7.10** | | **12,158.50** |
| | **Total** | | **62.50** | | **81,505.50** |

**Timekeeper Summary**

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|---|---|---|---|---|---|
| JG32 | Jayme Goldstein | Partner | 13.80 | 1,735.00 | 23,943.00 |
| AM50 | Allison Miller | Partner | 1.70 | 1,610.00 | 2,737.00 |
| DF9 | Dan Fliman | Partner | 9.40 | 1,610.00 | 15,134.00 |
| JTG4 | James T. Grogan | Partner | 10.60 | 1,585.00 | 16,801.00 |

| | | | | | |
|---|---|---|---|---|---|
| JDE | Jeremy D. Evans | Of Counsel | 4.20 | 1,485.00 | 6,237.00 |
| KAT2 | Katherine A. Traxler | Of Counsel | 2.70 | 920.00 | 2,484.00 |
| JI2 | Jack Iaffaldano | Associate | 9.20 | 930.00 | 8,556.00 |
| ML30 | Mat Laskowski | Paralegal | 9.90 | 515.00 | 5,098.50 |
| MM57 | Michael Magzamen | Paralegal | 1.00 | 515.00 | 515.00 |

**Costs incurred and advanced**

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 12/02/2022 | Westlaw | | | 24.86 |
| 12/21/2022 | Local - Meals - Jayme Goldstein; 12/01/2022; Restaurant: The Perfect Pint; City: New York; Working Dinner; Number of people: 3; Dinner expense with Sean Clements, Partner at Opportune LLP and D. Fliman | | | 149.75 |
| 12/21/2022 | Computer Search (Other) | | | 0.81 |
| 12/29/2022 | Local - Taxi - Jack Iaffaldano; 11/04/2022; From/To: Office/Home ; Service Type: Uber; Time: 12:13; taxi expense for car ride home from late-night work | | | 23.26 |
| **Total Costs incurred and advanced** | | | | **$198.68** |

| | |
|---|---|
| **Current Fees and Costs** | **$81,704.18** |
| **Total Balance Due - Due Upon Receipt** | **$81,704.18** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| GWG Holdings, Inc., *et al.*,[1] | ) | Case No. 22-90032 (MI) |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF THIRD MONTHLY FEE STATEMENT OF PAUL HASTINGS LLP, COUNSEL TO SEAN CLEMENTS AND THE CONFLICTS COMMITTEE OF THE BOARD OF DIRECTORS OF GWG DLP FUNDING IV, LLC FOR THE PERIOD FROM JANUARY 1, 2023 THROUGH JANUARY 31, 2023**

| | | |
|---|---|---|
| Name of applicant: | Paul Hastings LLP | |
| Applicant's Role in the Case: | Attorneys to Sean Clements and the Conflicts Committee of the board of directors of GWG DLP Funding IV, LLC ("DLP IV") | |
| Date Order of Employment Signed and Docket No.: | January 6, 2023 (effective as of October 31, 2022) [Docket No. 1325] | |
| | Beginning Date | End Date |
| Time period covered by this Statement: | 1/1/2023 | 1/31/2023 |
| Summary of Total Fees and Expenses Requested | | |
| Total fees requested in this Statement: | $69,286.50 | |
| Total expenses requested in this Statement: | $0.00 | |
| Total fees and expenses requested in this Statement (excluding 20% holdback): | $55,429.20 | |
| Total fees and expenses requested in this Statement (including 20% holdback): | $69,286.50 | |
| Summary of Attorney Fees Requested | | |
| Total attorney fees requested in this Statement: | $66,660.00 | |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: GWG Holdings, Inc. (2607); GWG Life, LLC (6955); GWG Life USA, LLC (5538), GWG DLP Funding IV, LLC (2589); GWG DLP Funding VI, LLC (6955); and GWG DLP Funding Holdings VI, LLC (6955). The location of Debtor GWG Holdings, Inc.'s principal place of business and the Debtors' service address is 325 N. St. Paul Street, Suite 2650 Dallas, TX 75201. Further information regarding the Debtors and these chapter 11 cases is available at the website of the Debtors' claims and noticing agent: https://donlinrecano.com/gwg.

| | |
|---|---|
| Total actual attorney hours covered by this Statement: | 43.40 |
| Average hourly rate for attorneys: | $1,536 |
| Summary of Paraprofessional Fees Requested | |
| Total paraprofessional fees requested in this Statement: | $2,626.50 |
| Total actual paraprofessional hours covered by this Statement: | 5.10 |
| Average hourly rate for paraprofessionals: | $515.00 |

In accordance with the *Corrected Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and (II) Granting Related Relief* [Docket No. 378] (the "Interim Compensation Order"),[2] Paul Hastings LLP ("Paul Hastings") respectfully submits this third monthly statement (the "Monthly Statement") and requests payment for services rendered and reimbursement of expenses incurred as counsel to Sean Clements and the Conflicts Committee of the board of directors of DLP IV in the above-captioned chapter 11 cases for the period from January 1, 2023 through and including January 31, 2023 (the "Fee Period") in the amounts set forth above.

**SERVICES RENDERED AND EXPENSES INCURRED**

1. Attached hereto as **Exhibit A** is a timekeeper summary that includes the name, title, department, bar admission, hourly billing rate, aggregate hours, and amount of fees earned for each Paul Hastings individual who provided services during the Fee Period.

2. Attached hereto as **Exhibit B** is a summary of Paul Hastings' services rendered and compensation sought, by project category, for the Fee Period.

3. Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Fee Period.

4. Attached hereto as **Exhibit D** are the fee statements of Paul Hastings for services provided during the Fee Period.

---

2 Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

## NOTICE AND OBJECTION PROCEDURES

5. Notice of this Monthly Statement will be given to the following parties (collectively, the "Application Recipients"): (i) the Debtors c/o GWG Holdings, Inc., 325 N. St. Paul St., Suite 2650, Dallas, TX 75201, Attn: Timothy Evans; (ii) counsel to the Debtors, Mayer Brown LLP, 71 S. Wacker Drive, Chicago, IL 60606, Attn: Thomas S. Kiriakos; (iii) co-counsel to the Debtors, Jackson Walker LLP, 1401 McKinney Street, Suite 1900, Houston, TX 77010, Attn: Kristhy M. Peguero and Matthew D. Cavenaugh; (iv) counsel to the DIP Lender, Sidley Austin LLP, One South Dearborn, Chicago, IL 60603, Attn: Matthew A. Clemente; (v) counsel to Bank of Utah in its capacity as indenture trustee for the Bonds, Akin Gump Strauss Hauer & Feld LLP, 2001 K Street NW, Washington, D.C., 20006-1037, Attn: Scott Alberino; (vi) counsel to any statutory committee appointed in these cases; and (vii) the Office of the U.S. Trustee for the Southern District of Texas, 515 Rusk Street, Suite 3516, Houston, TX 77002, Attn: Hector Duran.

6. Objections to this Monthly Statement, if any, must be served upon the Application Recipients and the undersigned counsel by or before 4:00 p.m. (CT) on the fourteenth day after service of this Monthly Statement (the "Objection Deadline"), setting forth with specificity the objectionable fees or expenses, the amount of the disputed fees or expenses, and the basis for such objection. If no objections are received by the Objection Deadline, the Debtors shall promptly pay Paul Hastings 80 percent of the fees and 100 percent of the expenses identified in this Monthly Statement.

7. To the extent that an objection to this Monthly Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Monthly Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such objection is not resolved,

pursuant to the procedures set forth in the Interim Compensation Order, the objecting party shall file its objection with the Court and serve the objection on the Application Recipients and the undersigned counsel. Thereafter, Paul Hastings may either (a) file with the Court a response to the objection together with a request for payment of the appropriate portion of the disputed amount or (b) preserve and schedule the disputed amount for consideration at the next interim or final fee application hearing.

8. To the extent that time or disbursement charges for services rendered or disbursements incurred relate to the Fee Period, but were not processed before the preparation of this Monthly Statement, or Paul Hastings has for any other reason not sought compensation or reimbursement with respect to such services or expenses, Paul Hastings reserves the right to request additional compensation for such services, and reimbursement of such expenses, in a supplemental or future statement.

[*Remainder of page intentionally left blank*]

Case 23-90086 Document 1451-7 Filed in TXSB on 08/27/24 Page 10 of 11

Dated: February 23, 2023
Houston, Texas

Respectfully submitted,

*/s/ James T. Grogan III*

**PAUL HASTINGS LLP**
James T. Grogan III (TX Bar No. 24027354)
600 Travis Street, 58th Floor
Houston, Texas 77002
Telephone: (713) 860-7300
Facsimile: (713) 353-3100
Email: jamesgrogan@paulhastings.com

-and-

Jayme T. Goldstein (admitted *pro hac vice*)
Daniel A Fliman (admitted *pro hac vice*)
Allison Miller (admitted *pro hac vice*)
Jeremy D. Evans (admitted *pro hac vice*)
John F. Iaffaldano (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: jaymegoldstein@paulhastings.com

*Counsel to Sean Clements and the Conflicts Committee of the board of directors of DLP IV*

## Exhibit A

### COMPENSATION BY PROFESSIONAL AND PARAPROFESSIONAL FOR FEE PERIOD

| | | | | Total for Fee Period | |
|---|---|---|---|---|---|
| **Name** | **Department or Group** | **Date of First Admission** | **Hourly Rate** | **Hours Billed** | **Amount** |
| Fliman, Dan | Corporate | 2003 | 1,610.00 | 14.10 | $22,701.00 |
| Goldstein, Jayme | Corporate | 2003 | 1,735.00 | 10.40 | $18,044.00 |
| Grogan, James | Corporate | 2000 | 1,585.00 | 10.30 | $16,325.50 |
| **Total Partner:** | | | | **34.80** | **$57,070.50** |
| Evans, Jeremy | Corporate | 2013 | 1,485.00 | 2.90 | $4,306.50 |
| Traxler, Katherine | Corporate | 1990 | 920.00 | 1.80 | $1,656.00 |
| **Total Counsel:** | | | | **4.70** | **$5,962.50** |
| Iaffaldano, Jack | Corporate | 2020 | 930.00 | 3.90 | $3,627.00 |
| **Total Associate:** | | | | **3.90** | **$3,627.00** |
| Laskowski, Mat | Paralegal | | 515.00 | 3.60 | $1,854.00 |
| Magzamen, Michel | Paralegal | | 515.00 | 1.50 | $772.50 |
| **Total Paraprofessional:** | | | | **5.10** | **$2,626.50** |
| **Total:** | | | | **48.50** | **$69,286.50** |

**Exhibit B**

## COMPENSATION BY PROJECT CATEGORY FOR FEE PERIOD

| | Total for Fee Period | |
|---|---|---|
| **U.S. Trustee Task Code and Project Category** | **Total Hours** | **Total Fees** |
| B110 Case Administration | 8.20 | $12,841.00 |
| B113 Pleadings Review | 8.50 | $9,381.50 |
| B160 Employment / Fee Applications (Paul Hastings) | 17.40 | $23,705.00 |
| B260 Board of Directors Matters | 2.60 | $3,883.50 |
| B261 Investigations | 1.10 | $1,633.50 |
| B320 Plan and Disclosure Statement (including business plan) | 10.70 | $17,842.00 |
| **TOTAL** | **48.50** | **$69,286.50** |

# Exhibit C

## EXPENSE SUMMARY FOR FEE PERIOD

| Category | Total for Fee Period |
| --- | --- |
| **TOTAL** | **$0.00** |

# Exhibit D

## FEE STATEMENTS FOR FEE PERIOD

**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Conflicts Committee of GWG DLP Funding IV, LLC
Suite 1200
220 South Sixth Street
Minneapolis, MN 55402

Attn: Sean Clements

February 22, 2023

Please Refer to
Invoice Number: 2348411

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Bankruptcy Case**
PH LLP Client/Matter # 51132-00002
Jayme Goldstein

| | |
|---|---|
| Legal fees for professional services for the period ending January 31, 2023 | $69,286.50 |
| **Current Fees and Costs Due** | **$69,286.50** |
| **Total Balance Due - Due Upon Receipt** | **$69,286.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD****, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA 90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*

**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Conflicts Committee of GWG DLP Funding IV, LLC
Suite 1200
220 South Sixth Street
Minneapolis, MN 55402

Attn: Sean Clements

February 22, 2023

Please Refer to
Invoice Number: 2348411

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Bankruptcy Case**
PH LLP Client/Matter # 51132-00002
Jayme Goldstein

| | |
|---|---|
| Legal fees for professional services for the period ending January 31, 2023 | $69,286.50 |
| **Current Fees and Costs Due** | **$69,286.50** |
| **Total Balance Due - Due Upon Receipt** | **$69,286.50** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD****, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA 90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*

**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

| | |
|---|---|
| Conflicts Committee of GWG DLP Funding IV, LLC<br>Suite 1200<br>220 South Sixth Street<br>Minneapolis, MN 55402 | February 22, 2023<br><br>Please Refer to<br>Invoice Number: 2348411 |
| Attn: Sean Clements | PH LLP Tax ID No. 95-2209675 |

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending January 31, 2023

**Bankruptcy Case** **$69,286.50**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B110** | **Case Administration** | | | | |
| 01/03/2023 | JTG4 | Email with M. Laskowski regarding case update | 0.20 | 1,585.00 | 317.00 |
| 01/04/2023 | JTG4 | Email with M. Laskowski regarding case update (.2); review ECF notices (.2) | 0.40 | 1,585.00 | 634.00 |
| 01/05/2023 | JTG4 | Review ECF notices | 0.20 | 1,585.00 | 317.00 |
| 01/06/2023 | JTG4 | Email with M. Laskowski regarding case update (.3); review ECF notices (.3) | 0.60 | 1,585.00 | 951.00 |
| 01/07/2023 | JG32 | Review case updates (.7); correspond with client regarding same (.4) | 1.10 | 1,735.00 | 1,908.50 |
| 01/09/2023 | JTG4 | Email with M. Laskowski regarding case update | 0.20 | 1,585.00 | 317.00 |
| 01/10/2023 | JTG4 | Email with M. Laskowski regarding case update | 0.20 | 1,585.00 | 317.00 |
| 01/11/2023 | JTG4 | Email with M. Laskowski regarding case update | 0.20 | 1,585.00 | 317.00 |
| 01/12/2023 | JTG4 | Review ECF notices (.3); email with M. Laskowski regarding case update (.2) | 0.50 | 1,585.00 | 792.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/13/2023 | JTG4 | Email with M. Laskowski regarding case update | 0.40 | 1,585.00 | 634.00 |
| 01/17/2023 | JTG4 | Email with M. Laskowski regarding case update (.2); review ECF notices (.2) | 0.40 | 1,585.00 | 634.00 |
| 01/18/2023 | JTG4 | Email with M. Laskowski regarding case update (.2); review ECF notices (.2) | 0.40 | 1,585.00 | 634.00 |
| 01/19/2023 | JTG4 | Email with M. Laskowski regarding case update (.2); review ECF notices (.2) | 0.40 | 1,585.00 | 634.00 |
| 01/20/2023 | JTG4 | Email with M. Laskowski regarding case update (.2); review ECF notices (.2) | 0.40 | 1,585.00 | 634.00 |
| 01/23/2023 | JTG4 | Email with M. Magzamen regarding case update (.2); review ECF notices (.2) | 0.40 | 1,585.00 | 634.00 |
| 01/24/2023 | JTG4 | Email with M. Magzamen regarding case update (.3); review ECF notices (.3) | 0.60 | 1,585.00 | 951.00 |
| 01/24/2023 | MM57 | Calendar critical dates (.1); correspond with J. Iaffaldano re: hearing (.1) | 0.20 | 515.00 | 103.00 |
| 01/25/2023 | JTG4 | Email with M. Magzamen regarding case update | 0.30 | 1,585.00 | 475.50 |
| 01/25/2023 | MM57 | Calendar critical dates | 0.10 | 515.00 | 51.50 |
| 01/26/2023 | JTG4 | Email with M. Magzamen regarding case update | 0.20 | 1,585.00 | 317.00 |
| 01/27/2023 | JTG4 | Email with M. Magzamen about case updates | 0.10 | 1,585.00 | 158.50 |
| 01/30/2023 | JTG4 | Email with M. Laskowski regarding case update (.2); review ECF notices (.2) | 0.40 | 1,585.00 | 634.00 |
| 01/31/2023 | JTG4 | Email with M. Laskowski regarding case update (.2); review ECF notices (.1) | 0.30 | 1,585.00 | 475.50 |
| | **Subtotal:** | **B110 Case Administration** | **8.20** | | **12,841.00** |

**B113 Pleadings Review**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/03/2023 | ML30 | Review recent filings and update working group re: same | 0.20 | 515.00 | 103.00 |
| 01/04/2023 | ML30 | Review recent filings and update working group re: same | 0.20 | 515.00 | 103.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/05/2023 | JG32 | Pleading review | 1.30 | 1,735.00 | 2,255.50 |
| 01/05/2023 | ML30 | Review recent filings and update working group re: same | 0.20 | 515.00 | 103.00 |
| 01/06/2023 | ML30 | Review recent filings and update working group re: same | 0.20 | 515.00 | 103.00 |
| 01/07/2023 | JG32 | General pleading review | 0.40 | 1,735.00 | 694.00 |
| 01/09/2023 | JG32 | Pleading review | 0.80 | 1,735.00 | 1,388.00 |
| 01/09/2023 | ML30 | Review recent filings and update working group re: same | 0.20 | 515.00 | 103.00 |
| 01/10/2023 | ML30 | Review recent filings and update working group re: same | 0.20 | 515.00 | 103.00 |
| 01/11/2023 | ML30 | Review recent filings and update working group re: same | 0.20 | 515.00 | 103.00 |
| 01/12/2023 | ML30 | Monitor the docket and review recent pleadings (.1); prepare end of day update for working group re same (.1) | 0.20 | 515.00 | 103.00 |
| 01/13/2023 | JG32 | Pleadings review | 0.90 | 1,735.00 | 1,561.50 |
| 01/13/2023 | ML30 | Monitor the docket and review recent filings (.2); prepare end of day update for working group re same (.1); update case calendars re same (.1) | 0.40 | 515.00 | 206.00 |
| 01/15/2023 | JTG4 | Review ECF notices and related pleadings | 0.80 | 1,585.00 | 1,268.00 |
| 01/17/2023 | ML30 | Monitor the docket and review recent filings (.2); prepare end of day update for working group re same (.1); update case calendars re same (.1) | 0.40 | 515.00 | 206.00 |
| 01/18/2023 | ML30 | Monitor the docket and review recent filings (.2); prepare end of day update for working group re same (.1); update case calendars re same (.1) | 0.40 | 515.00 | 206.00 |
| 01/19/2023 | ML30 | Monitor the docket and prepare end of day update and case calendar update for working group | 0.20 | 515.00 | 103.00 |
| 01/20/2023 | ML30 | Monitor the docket and prepare end of day update and case calendar update for working group | 0.20 | 515.00 | 103.00 |

Conflicts Committee of GWG DLP Funding IV, LLC
51132-00002
Invoice No. 2348411



| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/23/2023 | MM57 | Review recent filings in GWG case dockets and update working group re: same | 0.20 | 515.00 | 103.00 |
| 01/24/2023 | MM57 | Review recent filings and update working group re: same. | 0.10 | 515.00 | 51.50 |
| 01/25/2023 | MM57 | Review recent filings and update working group re: same. | 0.20 | 515.00 | 103.00 |
| 01/26/2023 | MM57 | Review recent case filings and update working group re: same | 0.10 | 515.00 | 51.50 |
| 01/27/2023 | MM57 | Review recent case filings and update working group re: same | 0.10 | 515.00 | 51.50 |
| 01/30/2023 | ML30 | Review recent case filings and update working group and case calendars re same | 0.20 | 515.00 | 103.00 |
| 01/31/2023 | ML30 | Review recent case filings and update working group and case calendars re same | 0.20 | 515.00 | 103.00 |
| | **Subtotal:** | **B113 Pleadings Review** | **8.50** | | **9,381.50** |

**B160 Fee/Employment Applications**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/02/2023 | KAT2 | Correspond with J. Iaffaldano regarding professional fee matters (.1); correspond with C. Edge regarding same (.1) | 0.20 | 920.00 | 184.00 |
| 01/04/2023 | KAT2 | Review inquiries from J. Iaffaldano regarding fee matters (.1); consider and respond to same (.1) | 0.20 | 920.00 | 184.00 |
| 01/05/2023 | JTG4 | Correspond with D. Fliman regarding retention order (.4); emails with J. Evans about same (.2) | 0.60 | 1,585.00 | 951.00 |
| 01/05/2023 | JDE | Correspond with D. Fliman, J. Grogan regarding bar date and retention application | 0.60 | 1,485.00 | 891.00 |
| 01/05/2023 | KAT2 | Correspond with J. Iaffaldano and C. Edge regarding fee matters | 0.20 | 920.00 | 184.00 |
| 01/06/2023 | DF9 | Review and comment on fee applications for November and December 2022 services. | 1.20 | 1,610.00 | 1,932.00 |

---

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/06/2023 | JI2 | Review and revise fee statement and director invoice (.3); email Mayer Brown re same (.1) | 0.40 | 930.00 | 372.00 |
| 01/06/2023 | JTG4 | Email Chambers regarding CNO on retention order and related matters (.3); correspond with D. Fliman about same (.3) | 0.60 | 1,585.00 | 951.00 |
| 01/07/2023 | JG32 | Review and comment on retention issues | 0.60 | 1,735.00 | 1,041.00 |
| 01/09/2023 | DF9 | Review and comment on fee applications for November and December services. | 0.60 | 1,610.00 | 966.00 |
| 01/10/2023 | DF9 | Review and comment on fee applications for November and December services. | 0.60 | 1,610.00 | 966.00 |
| 01/10/2023 | JTG4 | Correspond with D. Fliman regarding fee application process | 0.30 | 1,585.00 | 475.50 |
| 01/11/2023 | DF9 | Review and comment on fee applications for November and December services. | 0.60 | 1,610.00 | 966.00 |
| 01/11/2023 | JI2 | Prepare fee requests for November and December services | 1.80 | 930.00 | 1,674.00 |
| 01/11/2023 | JTG4 | Correspond with J. Iaffaldano regarding rate change notice | 0.40 | 1,585.00 | 634.00 |
| 01/11/2023 | KAT2 | Review fee inquiries from J. Iaffaldano (.1); consider and respond to same (.1); correspond with J. Iaffaldano regarding notice of rate change and fee matters (.3); prepare insert to first monthly fee request (.2); review retention order approving PH's retention (.1) | 0.80 | 920.00 | 736.00 |
| 01/12/2023 | DF9 | Review and comment on fee applications for November and December services. | 0.50 | 1,610.00 | 805.00 |
| 01/12/2023 | JI2 | Prepare fee request for November services (.6); prepare fee request for December services (.6) | 1.20 | 930.00 | 1,116.00 |
| 01/12/2023 | MM57 | Review and e-file notice of rate change | 0.20 | 515.00 | 103.00 |
| 01/13/2023 | DF9 | Review and revise fee statements (1.8); review and comment on fee application filing (.5) | 2.30 | 1,610.00 | 3,703.00 |
| 01/13/2023 | JTG4 | Emails with D. Fliman and J. Iaffaldano regarding fee application | 0.40 | 1,585.00 | 634.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/13/2023 | KAT2 | Review interim compensation order (.1); review first and second monthly fee requests (.2); review notice of rate change (.1) | 0.40 | 920.00 | 368.00 |
| 01/13/2023 | MM57 | Correspond with D. Fliman re: filing of fee statements (.1); e-file fee statements (.2) | 0.30 | 515.00 | 154.50 |
| 01/24/2023 | DF9 | Correspond with J. Iaffaldano re fee statement (.5); analyze related court documents (.4); correspond with PH team re same (.3) | 1.20 | 1,610.00 | 1,932.00 |
| 01/24/2023 | JDE | Correspond with Company advisors regarding monthly fee statement (.3); review DIP order regarding same (.6); correspond with PH team regarding same (.3) | 1.20 | 1,485.00 | 1,782.00 |
| | **Subtotal:** | **B160 Fee/Employment Applications** | **17.40** | | **23,705.00** |

**B260 Board of Directors Matters**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/11/2023 | DF9 | Participate in DLP IV board update call | 0.50 | 1,610.00 | 805.00 |
| 01/11/2023 | JI2 | Attend DLP IV board meeting | 0.50 | 930.00 | 465.00 |
| 01/13/2023 | JG32 | Correspond with client regarding case update | 0.30 | 1,735.00 | 520.50 |
| 01/25/2023 | DF9 | Participate in board meeting re mediation updates (.5); analysis re same and related considerations (.8) | 1.30 | 1,610.00 | 2,093.00 |
| | **Subtotal:** | **B260 Board of Directors Matters** | **2.60** | | **3,883.50** |

**B261 Investigations**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/23/2023 | JDE | Review pleadings re motion to seal. | 1.10 | 1,485.00 | 1,633.50 |
| | **Subtotal:** | **B261 Investigations** | **1.10** | | **1,633.50** |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B320** | | **Plan and Disclosure Statement (including Business Plan)** | | | |
| 01/05/2023 | DF9 | Correspond with J. Evans re plan mediation (.2); review related issues / tasks (.4) | 0.60 | 1,610.00 | 966.00 |
| 01/05/2023 | JG32 | Review and comment on mediation matters (.8); correspond with client regarding same and case issues (.6) | 1.40 | 1,735.00 | 2,429.00 |
| 01/06/2023 | DF9 | Review documents re plan mediation (1.3); correspond with Debtors' counsel re same (.4); correspond with client re same (.5); correspond with PH team re same (1.3) | 3.50 | 1,610.00 | 5,635.00 |
| 01/07/2023 | JG32 | Mediation documentation and analysis | 0.80 | 1,735.00 | 1,388.00 |
| 01/09/2023 | JG32 | Mediation analysis | 0.40 | 1,735.00 | 694.00 |
| 01/11/2023 | DF9 | Correspond with PH team re mediation (.4); correspond with Mintz re same (.4) | 0.80 | 1,610.00 | 1,288.00 |
| 01/13/2023 | JG32 | Review and comment on mediation matters | 1.20 | 1,735.00 | 2,082.00 |
| 01/14/2023 | DF9 | Correspond with J. Evans re plan mediation issues / tasks. | 0.40 | 1,610.00 | 644.00 |
| 01/14/2023 | JTG4 | Email with A. Alonzo about upcoming mediation | 0.10 | 1,585.00 | 158.50 |
| 01/20/2023 | JTG4 | Email with A. Alonzo about mediation | 0.10 | 1,585.00 | 158.50 |
| 01/23/2023 | JTG4 | Email with J. Tecce about mediation | 0.10 | 1,585.00 | 158.50 |
| 01/28/2023 | JTG4 | Email with T. Kirkendall about mediation | 0.10 | 1,585.00 | 158.50 |
| 01/30/2023 | JG32 | Correspond with D. Fliman and J. Goldstein regarding mediation update, case and investigation matters (.9); update telephone conference with S. Clements (.3) | 1.20 | 1,735.00 | 2,082.00 |
| | **Subtotal:** | **B320 Plan and Disclosure Statement (including Business Plan)** | **10.70** | | **17,842.00** |
| | | | | | |
| **Total** | | | **48.50** | | **69,286.50** |

Conflicts Committee of GWG DLP Funding IV, LLC | Page 8
51132-00002
Invoice No. 2348411

---

**Timekeeper Summary**

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|---|---|---|---|---|---|
| JG32 | Jayme Goldstein | Partner | 10.40 | 1,735.00 | 18,044.00 |
| DF9 | Dan Fliman | Partner | 14.10 | 1,610.00 | 22,701.00 |
| JTG4 | James T. Grogan | Partner | 10.30 | 1,585.00 | 16,325.50 |
| JDE | Jeremy D. Evans | Of Counsel | 2.90 | 1,485.00 | 4,306.50 |
| KAT2 | Katherine A. Traxler | Of Counsel | 1.80 | 920.00 | 1,656.00 |
| JI2 | Jack Iaffaldano | Associate | 3.90 | 930.00 | 3,627.00 |
| ML30 | Mat Laskowski | Paralegal | 3.60 | 515.00 | 1,854.00 |
| MM57 | Michael Magzamen | Paralegal | 1.50 | 515.00 | 772.50 |

| | |
|---|---|
| **Current Fees and Costs** | **$69,286.50** |
| **Total Balance Due - Due Upon Receipt** | **$69,286.50** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| GWG Holdings, Inc., *et al.*,[1] | Case No. 22-90032 (MI) |
| Debtors. | (Jointly Administered) |

**NOTICE OF FOURTH MONTHLY FEE STATEMENT OF PAUL HASTINGS LLP, COUNSEL TO SEAN CLEMENTS AND THE CONFLICTS COMMITTEE OF THE BOARD OF DIRECTORS OF GWG DLP FUNDING IV, LLC FOR THE PERIOD FROM FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023**

| | | |
|---|---|---|
| Name of applicant: | Paul Hastings LLP | |
| Applicant's Role in the Case: | Attorneys to Sean Clements and the Conflicts Committee of the board of directors of GWG DLP Funding IV, LLC ("DLP IV") | |
| Date Order of Employment Signed and Docket No.: | January 6, 2023 (effective as of October 31, 2022) [Docket No. 1325] | |
| | Beginning Date | End Date |
| Time period covered by this Statement: | 02/01/2023 | 02/28/2023 |
| Summary of Total Fees and Expenses Requested | | |
| Total fees requested in this Statement: | $41,358.80 (80% of $51,698.50) | |
| Total expenses requested in this Statement: | $2.70 | |
| Total fees and expenses requested in this Statement (excluding 20% holdback): | $51,701.20 | |
| Total fees and expenses requested in this Statement (including 20% holdback): | $41,361.50 | |
| Summary of Attorney Fees Requested | | |
| Total attorney fees requested in this Statement: | $48,242.50 | |

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: GWG Holdings, Inc. (2607); GWG Life, LLC (6955); GWG Life USA, LLC (5538), GWG DLP Funding IV, LLC (2589); GWG DLP Funding VI, LLC (6955); and GWG DLP Funding Holdings VI, LLC (6955). The location of Debtor GWG Holdings, Inc.'s principal place of business and the Debtors' service address is 325 N. St. Paul Street, Suite 2650 Dallas, TX 75201. Further information regarding the Debtors and these chapter 11 cases is available at the website of the Debtors' claims and noticing agent: https://donlinrecano.com/gwg.

| | |
|---|---|
| Total actual attorney hours covered by this Statement: | 29.50 |
| Average hourly rate for attorneys: | $1,635 |
| **Summary of Paraprofessional Fees Requested** | |
| Total paraprofessional fees requested in this Statement: | $3,456.00 |
| Total actual paraprofessional hours covered by this Statement: | 6.40 |
| Average hourly rate for paraprofessionals: | $540 |

In accordance with the *Corrected Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and (II) Granting Related Relief* [Docket No. 378] (the "Interim Compensation Order"),[2] Paul Hastings LLP ("Paul Hastings") respectfully submits this fourth monthly statement (the "Monthly Statement") and requests payment for services rendered and reimbursement of expenses incurred as counsel to Sean Clements and the Conflicts Committee of the board of directors of DLP IV in the above-captioned chapter 11 cases for the period from February 1, 2023 through and including February 28, 2023 (the "Fee Period") in the amounts set forth above.

**SERVICES RENDERED AND EXPENSES INCURRED**

1. Attached hereto as **Exhibit A** is a timekeeper summary that includes the name, title, department, bar admission, hourly billing rate, aggregate hours, and amount of fees earned for each Paul Hastings individual who provided services during the Fee Period.

2. Attached hereto as **Exhibit B** is a summary of Paul Hastings' services rendered and compensation sought, by project category, for the Fee Period.

3. Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Fee Period.

4. Attached hereto as **Exhibit D** are the fee statements of Paul Hastings for services provided during the Fee Period.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

## NOTICE AND OBJECTION PROCEDURES

1. Notice of this Monthly Statement will be given to the following parties (collectively, the "Application Recipients"): (i) the Debtors c/o GWG Holdings, Inc., 325 N. St. Paul St., Suite 2650, Dallas, TX 75201, Attn: Timothy Evans; (ii) counsel to the Debtors, Mayer Brown LLP, 71 S. Wacker Drive, Chicago, IL 60606, Attn: Thomas S. Kiriakos; (iii) co-counsel to the Debtors, Jackson Walker LLP, 1401 McKinney Street, Suite 1900, Houston, TX 77010, Attn: Kristhy M. Peguero and Matthew D. Cavenaugh; (iv) counsel to the DIP Lender, Sidley Austin LLP, One South Dearborn, Chicago, IL 60603, Attn: Matthew A. Clemente; (v) counsel to Bank of Utah in its capacity as indenture trustee for the Bonds, Akin Gump Strauss Hauer & Feld LLP, 2001 K Street NW, Washington, D.C., 20006-1037, Attn: Scott Alberino; (vi) counsel to any statutory committee appointed in these cases; and (vii) the Office of the U.S. Trustee for the Southern District of Texas, 515 Rusk Street, Suite 3516, Houston, TX 77002, Attn: Hector Duran.

2. Objections to this Monthly Statement, if any, must be served upon the Application Recipients and the undersigned counsel by or before 4:00 p.m. (CT) on the fourteenth day after service of this Monthly Statement (the "Objection Deadline"), setting forth with specificity the objectionable fees or expenses, the amount of the disputed fees or expenses, and the basis for such objection. If no objections are received by the Objection Deadline, the Debtors shall promptly pay Paul Hastings 80 percent of the fees and 100 percent of the expenses identified in this Monthly Statement.

3. To the extent that an objection to this Monthly Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Monthly Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such objection is not resolved,

pursuant to the procedures set forth in the Interim Compensation Order, the objecting party shall file its objection with the Court and serve the objection on the Application Recipients and the undersigned counsel. Thereafter, Paul Hastings may either (a) file with the Court a response to the objection together with a request for payment of the appropriate portion of the disputed amount or (b) preserve and schedule the disputed amount for consideration at the next interim or final fee application hearing.

4. To the extent that time or disbursement charges for services rendered or disbursements incurred relate to the Fee Period, but were not processed before the preparation of this Monthly Statement, or Paul Hastings has for any other reason not sought compensation or reimbursement with respect to such services or expenses, Paul Hastings reserves the right to request additional compensation for such services, and reimbursement of such expenses, in a supplemental or future statement.

[*Remainder of page intentionally left blank*]

Dated: May 16, 2023
Houston, Texas

Respectfully submitted,

*/s/ James T. Grogan III*

**PAUL HASTINGS LLP**
James T. Grogan III (TX Bar No. 24027354)
600 Travis Street, 58th Floor
Houston, Texas 77002
Telephone: (713) 860-7300
Facsimile: (713) 353-3100
Email: jamesgrogan@paulhastings.com

-and-

Jayme T. Goldstein (admitted *pro hac vice*)
Daniel A Fliman (admitted *pro hac vice*)
Allison Miller (admitted *pro hac vice*)
Jeremy D. Evans (admitted *pro hac vice*)
John F. Iaffaldano (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: jaymegoldstein@paulhastings.com

*Counsel to Sean Clements and the Conflicts Committee of the board of directors of DLP IV*

# Exhibit A

## COMPENSATION BY PROFESSIONAL AND PARAPROFESSIONAL FOR FEE PERIOD

| | | | | Total for Fee Period | |
|---|---|---|---|---|---|
| **Name** | **Department or Group** | **Date of First Admission** | **Hourly Rate** | **Hours Billed** | **Amount** |
| Fliman, Dan | Corporate | 2003 | $1,725.00 | 2.20 | $3,795.00 |
| Goldstein, Jayme | Corporate | 2003 | $1,875.00 | 6.80 | $12,750.00 |
| Grogan, James | Corporate | 2000 | $1,700.00 | 12.70 | $21,590.00 |
| | | **Total Partner:** | | **21.70** | **$38,135.00** |
| Evans, Jeremy | Corporate | 2013 | $1,600.00 | 3.10 | $4,960.00 |
| Traxler, Katherine | Corporate | 1990 | $1,025.00 | 1.40 | $1,435.00 |
| | | **Total Counsel:** | | **4.50** | **$6,395.00** |
| Iaffaldano, Jack | Corporate | 2020 | $1,125.00 | 3.30 | $3,712.50 |
| | | **Total Associate:** | | **3.30** | **$3,712.50** |
| Laskowski, Mat | Paralegal | | $540.00 | 5.90 | $3,186.00 |
| Magzamen, Michel | Paralegal | | $540.00 | 0.50 | $270.00 |
| | | **Total Paraprofessional:** | | **6.40** | **$3,456.00** |
| | | **Total:** | | **35.90** | **$51,698.50** |

# Exhibit B

## COMPENSATION BY PROJECT CATEGORY FOR FEE PERIOD

| | Total for Fee Period | |
|---|---|---|
| **U.S. Trustee Task Code and Project Category** | **Total Hours** | **Total Fees** |
| B110 Case Administration | 8.00 | $12,788.00 |
| B113 Pleadings Review | 5.20 | $2,808.00 |
| B160 Employment / Fee Applications (Paul Hastings) | 6.00 | $7,245.00 |
| B190 Other Contested Matters(excl. assumption/rejections motions) | 1.50 | $2,550.00 |
| B260 Board of Directors Matters | 0.50 | $800.00 |
| B261 Investigations | 0.90 | $1,480.00 |
| B320 Plan and Disclosure Statement | 13.80 | $24,027.50 |
| **TOTAL** | **35.90** | **$51,698.50** |

# Exhibit C

## EXPENSE SUMMARY FOR FEE PERIOD

| Category | Total for Fee Period |
|---|---|
| Computer Search | $2.70 |
| **TOTAL** | **$2.70** |

# Exhibit D

## FEE STATEMENTS FOR FEE PERIOD

Case 22-90032 Document 1464-4 Filed in TXSB on 08/31/23 Page 425 of 2184

**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Conflicts Committee of GWG DLP Funding IV, LLC
Suite 1200
220 South Sixth Street
Minneapolis, MN 55402

Attn: Sean Clements

May 3, 2023

Please Refer to
Invoice Number: 2356362

PH LLP Tax ID No. 95-2209675

---

**SUMMARY SHEET**

**Bankruptcy Case**
PH LLP Client/Matter # 51132-00002
Jayme Goldstein

| | |
|---|---|
| Legal fees for professional services for the period ending February 28, 2023 | $51,698.50 |
| Costs incurred and advanced | 2.70 |
| **Current Fees and Costs Due** | **$51,701.20** |
| **Total Balance Due - Due Upon Receipt** | **$51,701.20** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*

Case 22-90032 Document 2174-1 Filed in TXSB on 08/15/23 Page 21 of 284

**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Conflicts Committee of GWG DLP Funding IV, LLC
Suite 1200
220 South Sixth Street
Minneapolis, MN 55402

Attn: Sean Clements

May 3, 2023

Please Refer to
Invoice Number: 2356362

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Bankruptcy Case**
PH LLP Client/Matter # 51132-00002
Jayme Goldstein

| | |
|---|---|
| Legal fees for professional services for the period ending February 28, 2023 | $51,698.50 |
| Costs incurred and advanced | 2.70 |
| **Current Fees and Costs Due** | **$51,701.20** |
| **Total Balance Due - Due Upon Receipt** | **$51,701.20** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD****, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings com This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings com*

PAUL HASTINGS

**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Conflicts Committee of GWG DLP Funding IV, LLC
Suite 1200
220 South Sixth Street
Minneapolis, MN 55402

Attn: Sean Clements

May 3, 2023

Please Refer to
Invoice Number: 2356362

PH LLP Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending February 28, 2023

**Bankruptcy Case** **$51,698.50**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B110** | | **Case Administration** | | | |
| 02/01/2023 | JTG4 | Email with M. Laskowski regarding case update (.2); review ECF notices (.1). | 0.30 | 1,700.00 | 510.00 |
| 02/03/2023 | JTG4 | Email with M. Laskowski regarding case update (.2); review ECF notices (.1). | 0.30 | 1,700.00 | 510.00 |
| 02/06/2023 | JTG4 | Email with M. Laskowski regarding case update (.2); review ECF notices (.1). | 0.30 | 1,700.00 | 510.00 |
| 02/09/2023 | JTG4 | Email with M. Laskowski regarding case update (.2); review ECF notices (.1). | 0.30 | 1,700.00 | 510.00 |
| 02/10/2023 | JTG4 | Email with M. Laskowski regarding case update (.3); review ECF notices (.5). | 0.80 | 1,700.00 | 1,360.00 |
| 02/12/2023 | JTG4 | Emails with M. Laskowski regarding case update and recent filings. | 0.30 | 1,700.00 | 510.00 |
| 02/12/2023 | ML30 | Review notices of filing of pleadings (.1); obtain new documents (.2); organize (.1); circulate (.1); update case calendars (.2). | 0.70 | 540.00 | 378.00 |
| 02/13/2023 | JTG4 | Email with M. Laskowski regarding case update (.2); review ECF notices (.2). | 0.40 | 1,700.00 | 680.00 |
| 02/14/2023 | JTG4 | Email with M. Laskowski regarding case update (.2); review ECF notices (.1). | 0.30 | 1,700.00 | 510.00 |

Conflicts Committee of GWG DLP Funding IV, LLC
51132-00002
Invoice No. 2356362



| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/15/2023 | JTG4 | Email with M. Laskowski regarding case update (.3); review ECF notices (.2). | 0.50 | 1,700.00 | 850.00 |
| 02/16/2023 | JTG4 | Email with M. Laskowski regarding case update (.1); review ECF notices (.2). | 0.30 | 1,700.00 | 510.00 |
| 02/17/2023 | JTG4 | Email with M. Laskowski regarding case update (.1); review ECF notices (.2). | 0.30 | 1,700.00 | 510.00 |
| 02/21/2023 | JTG4 | Email with M. Laskowski regarding case update (.2); review ECF notices and related pleadings (.6). | 0.80 | 1,700.00 | 1,360.00 |
| 02/22/2023 | JTG4 | Email with M. Laskowski regarding case update (.2); review ECF notices and related pleadings (.7). | 0.90 | 1,700.00 | 1,530.00 |
| 02/24/2023 | JTG4 | Email with M. Laskowski regarding case update (.2); review ECF notices and related pleadings (.3). | 0.50 | 1,700.00 | 850.00 |
| 02/27/2023 | JTG4 | Email with M. Laskowski regarding case update (.2); review ECF notices and related pleadings (.3). | 0.50 | 1,700.00 | 850.00 |
| 02/28/2023 | JTG4 | Email with M. Laskowski regarding case update (.2); review ECF notices and related pleadings (.3). | 0.50 | 1,700.00 | 850.00 |
| | **Subtotal:** | **B110 Case Administration** | **8.00** | | **12,788.00** |

**B113 Pleadings Review**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/01/2023 | ML30 | Monitor the docket (.1); prepare end of day update and calendar update for working group re: same (.2); correspond with D. Fliman re certain case documents needed (.1); briefly review and follow up with D. Fliman re same (.2). | 0.60 | 540.00 | 324.00 |
| 02/02/2023 | ML30 | Monitor the docket (.1); prepare end of day update and calendar update for working group re same (.1). | 0.20 | 540.00 | 108.00 |
| 02/03/2023 | ML30 | Monitor the docket (.1); prepare end of day update and calendar update for working group re same (.1). | 0.20 | 540.00 | 108.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/06/2023 | ML30 | Monitor the docket (.1); prepare end of day update and calendar update for working group re same (.1). | 0.20 | 540.00 | 108.00 |
| 02/07/2023 | ML30 | Monitor the docket (.1); prepare end of day update and calendar update for working group re same (.1). | 0.20 | 540.00 | 108.00 |
| 02/08/2023 | ML30 | Monitor the docket (.1); prepare end of day update for working group re same (.1). | 0.20 | 540.00 | 108.00 |
| 02/09/2023 | ML30 | Monitor the docket (.1); prepare end of day update for working group re same (.1). | 0.20 | 540.00 | 108.00 |
| 02/10/2023 | ML30 | Monitor the docket (.1); prepare end of day update for working group re same (.1). | 0.20 | 540.00 | 108.00 |
| 02/13/2023 | ML30 | Review recent case filings and update working group and case calendars re same. | 0.50 | 540.00 | 270.00 |
| 02/14/2023 | ML30 | Review recent case filings and update working group re same. | 0.30 | 540.00 | 162.00 |
| 02/15/2023 | ML30 | Review recent case filings and update working group re same. | 0.20 | 540.00 | 108.00 |
| 02/16/2023 | ML30 | Review recent case filings and update working group re same. | 0.20 | 540.00 | 108.00 |
| 02/17/2023 | ML30 | Review recent case filings and update working group re same. | 0.20 | 540.00 | 108.00 |
| 02/21/2023 | ML30 | Review recent case filings and update working group re same. | 0.10 | 540.00 | 54.00 |
| 02/22/2023 | ML30 | Review recent case filings and update working group re same. | 0.60 | 540.00 | 324.00 |
| 02/23/2023 | ML30 | Review recent case filings and update working group and case calendars re same. | 0.50 | 540.00 | 270.00 |
| 02/24/2023 | ML30 | Review recent case filings and update working group re same. | 0.20 | 540.00 | 108.00 |
| 02/27/2023 | ML30 | Monitor the docket and prepare end of day update for working group. | 0.20 | 540.00 | 108.00 |
| 02/28/2023 | ML30 | Monitor the docket and prepare end of day update for working group. | 0.20 | 540.00 | 108.00 |
| | **Subtotal:** | **B113 Pleadings Review** | **5.20** | | **2,808.00** |

---

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B160** | | **Fee/Employment Applications** | | | |
| 02/07/2023 | JI2 | Prepare invoice for S. Clements (.4); emails with L. Chiappetta re same (.2). | 0.60 | 1,125.00 | 675.00 |
| 02/10/2023 | JTG4 | Emails with K. Traxler and C. Edge about interim fee application. | 0.40 | 1,700.00 | 680.00 |
| 02/10/2023 | KAT2 | Review inquiries from J. Iaffaldano regarding fee matters (.1); review interim compensation order and precedent interim fee applications (.3); review correspondence from C. Edge regarding January services (.1); prepare response to J. Iaffaldano regarding interim fees and interim fee application (.2). | 0.70 | 1,025.00 | 717.50 |
| 02/11/2023 | KAT2 | Review inquiries from J. Iaffaldano regarding interim fee application and related fee matters (.1); consider and respond to same (.1). | 0.20 | 1,025.00 | 205.00 |
| 02/13/2023 | JI2 | Revise January fee statement. | 0.80 | 1,125.00 | 900.00 |
| 02/15/2023 | KAT2 | Prepare UST Appendix B information for fee application (.2); review monthly fee request and correspond with J. Iaffaldano regarding same (.1). | 0.30 | 1,025.00 | 307.50 |
| 02/16/2023 | JDE | Revise monthly fee statement. | 0.50 | 1,600.00 | 800.00 |
| 02/21/2023 | JI2 | Prepare fee statement. | 1.00 | 1,125.00 | 1,125.00 |
| 02/22/2023 | KAT2 | Review monthly fee request and related correspondence from J. Iaffaldano and C. Edge. | 0.20 | 1,025.00 | 205.00 |
| 02/23/2023 | JTG4 | Emails with J. Iaffaldano about January fee applications (.3); review and revise same (.3); emails with M. Magzamen about filing same (.2). | 0.80 | 1,700.00 | 1,360.00 |
| 02/23/2023 | MM57 | Finalize fee statement and circulate to working group (.4); e-file same (.1). | 0.50 | 540.00 | 270.00 |
| | **Subtotal:** | **B160 Fee/Employment Applications** | **6.00** | | **7,245.00** |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B190** | | **Other Contested Matters(excl. assumption/rejections motions)** | | | |
| 02/09/2023 | JTG4 | Review letter from B. Rosen to Judge Jones (.2); emails with Rosen, Reisman, and Barnowski about same (.5). | 0.70 | 1,700.00 | 1,190.00 |
| 02/16/2023 | JTG4 | Review motion to quash filed by Obra. | 0.30 | 1,700.00 | 510.00 |
| 02/28/2023 | JTG4 | Review long email and attachments from J. Tecce regarding Heppner opposition to standing motion (.5). | 0.50 | 1,700.00 | 850.00 |
| | **Subtotal:** | **B190 Other Contested Matters(excl. assumption/rejections motions)** | **1.50** | | **2,550.00** |
| **B260** | | **Board of Directors Matters** | | | |
| 02/22/2023 | JDE | Prepare for and attend board meeting (.3); correspond and conference with D. Fliman and J. Goldstein regarding same (.2). | 0.50 | 1,600.00 | 800.00 |
| | **Subtotal:** | **B260 Board of Directors Matters** | **0.50** | | **800.00** |
| **B261** | | **Investigations** | | | |
| 02/08/2023 | JDE | Prepare for and attend bi-weekly board call. | 0.50 | 1,600.00 | 800.00 |
| 02/23/2023 | JTG4 | Review letters to court from investors. | 0.40 | 1,700.00 | 680.00 |
| | **Subtotal:** | **B261 Investigations** | **0.90** | | **1,480.00** |
| **B320** | | **Plan and Disclosure Statement (including Business Plan)** | | | |
| 02/05/2023 | JG32 | Liquidating trustee analysis (.7); review and comment on plan issues (.2); discussion with S. Clements re same (.2). | 1.10 | 1,875.00 | 2,062.50 |
| 02/07/2023 | DF9 | Review mediation updates. | 0.50 | 1,725.00 | 862.50 |

---

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/07/2023 | JG32 | Mediation update telephone conference with Company counsel (.9); review updates regarding plan and plan documents (.4); review and respond to release questions from S. Clements (.4); review correspondence from mediation parties (.4). | 2.10 | 1,875.00 | 3,937.50 |
| 02/10/2023 | DF9 | Correspond with PH team re plan amendments. | 0.60 | 1,725.00 | 1,035.00 |
| 02/10/2023 | JI2 | Review revised plan (.7); correspond with J. Evans re same (.2). | 0.90 | 1,125.00 | 1,012.50 |
| 02/10/2023 | JG32 | Review and revise plan documents and related correspondence (.8); correspond with S. Clements regarding same (.3). | 1.10 | 1,875.00 | 2,062.50 |
| 02/10/2023 | JDE | Review and summarize amended plan. | 1.10 | 1,600.00 | 1,760.00 |
| 02/13/2023 | JTG4 | Review recently filed plan documents (amended plan, disclosure statement, and solicitation motion). | 1.50 | 1,700.00 | 2,550.00 |
| 02/14/2023 | JTG4 | Review exclusivity motion. | 0.40 | 1,700.00 | 680.00 |
| 02/14/2023 | JG32 | Mediation discussion with Province (.9); telephone conference with S. Clements regarding same (.4); review pleadings regarding same (.5). | 1.80 | 1,875.00 | 3,375.00 |
| 02/15/2023 | DF9 | Review and consider mediation update. | 0.50 | 1,725.00 | 862.50 |
| 02/15/2023 | JTG4 | Emails with A. Alonzo and B Rosen about mediation scheduling. | 0.40 | 1,700.00 | 680.00 |
| 02/17/2023 | JG32 | Review and consider mediation update. | 0.70 | 1,875.00 | 1,312.50 |
| 02/23/2023 | DF9 | Correspond with PH team re plan amendments, analysis. | 0.60 | 1,725.00 | 1,035.00 |
| 02/23/2023 | JDE | Review and analyze comments to plan and disclosure statement (.3); correspond with PH team regarding same (.2). | 0.50 | 1,600.00 | 800.00 |
| | **Subtotal:** | **B320 Plan and Disclosure Statement (including Business Plan)** | **13.80** | | **24,027.50** |

| | | | |
|---|---|---|---|
| **Total** | **35.90** | | **51,698.50** |

**Timekeeper Summary**

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|---|---|---|---|---|---|
| JG32 | Jayme Goldstein | Partner | 6.80 | 1,875.00 | 12,750.00 |
| DF9 | Dan Fliman | Partner | 2.20 | 1,725.00 | 3,795.00 |
| JTG4 | James T. Grogan | Partner | 12.70 | 1,700.00 | 21,590.00 |
| JDE | Jeremy D. Evans | Of Counsel | 3.10 | 1,600.00 | 4,960.00 |
| KAT2 | Katherine A. Traxler | Of Counsel | 1.40 | 1,025.00 | 1,435.00 |
| JI2 | Jack Iaffaldano | Associate | 3.30 | 1,125.00 | 3,712.50 |
| ML30 | Mat Laskowski | Paralegal | 5.90 | 540.00 | 3,186.00 |
| MM57 | Michael Magzamen | Paralegal | 0.50 | 540.00 | 270.00 |

**Costs incurred and advanced**

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 01/25/2023 | Computer Search (Other) | | | 2.70 |
| **Total Costs incurred and advanced** | | | | **$2.70** |

| | |
|---|---|
| **Current Fees and Costs** | **$51,701.20** |
| **Total Balance Due - Due Upon Receipt** | **$51,701.20** |

Case 22-90032 Document 1475

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| GWG Holdings, Inc., *et al.*,[1] | ) | Case No. 22-90032 (MI) |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF FIFTH MONTHLY FEE STATEMENT OF PAUL HASTINGS LLP, COUNSEL TO SEAN CLEMENTS AND THE CONFLICTS COMMITTEE OF THE BOARD OF DIRECTORS OF GWG DLP FUNDING IV, LLC FOR THE PERIOD FROM MARCH 1, 2023 THROUGH MARCH 31, 2023**

| | | |
|---|---|---|
| Name of applicant: | Paul Hastings LLP | |
| Applicant's Role in the Case: | Attorneys to Sean Clements and the Conflicts Committee of the board of directors of GWG DLP Funding IV, LLC ("DLP IV") | |
| Date Order of Employment Signed and Docket No.: | January 6, 2023 (effective as of October 31, 2022) [Docket No. 1325] | |
| | Beginning Date | End Date |
| Time period covered by this Statement: | 03/01/2023 | 03/31/2023 |
| Summary of Total Fees and Expenses Requested | | |
| Total fees requested in this Statement: | $111,001.60 (80% of 138,752.00) | |
| Total expenses requested in this Statement: | $56.07 | |
| Total fees and expenses requested in this Statement (excluding 20% holdback): | $138,808.07 | |
| Total fees and expenses requested in this Statement (including 20% holdback): | $111,057.67 | |
| Summary of Attorney Fees Requested | | |
| Total attorney fees requested in this Statement: | $133,190.00 | |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: GWG Holdings, Inc. (2607); GWG Life, LLC (6955); GWG Life USA, LLC (5538), GWG DLP Funding IV, LLC (2589); GWG DLP Funding VI, LLC (6955); and GWG DLP Funding Holdings VI, LLC (6955). The location of Debtor GWG Holdings, Inc.'s principal place of business and the Debtors' service address is 325 N. St. Paul Street, Suite 2650 Dallas, TX 75201. Further information regarding the Debtors and these chapter 11 cases is available at the website of the Debtors' claims and noticing agent: https://donlinrecano.com/gwg.

| | |
|---|---|
| Total actual attorney hours covered by this Statement: | 85.80 |
| Average hourly rate for attorneys: | $1,552 |
| **Summary of Paraprofessional Fees Requested** | |
| Total paraprofessional fees requested in this Statement: | $5,562.00 |
| Total actual paraprofessional hours covered by this Statement: | 10.30 |
| Average hourly rate for paraprofessionals: | $540 |

in accordance with the *Corrected Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and (II) Granting Related Relief* [Docket No. 378] (the "Interim Compensation Order"),[2] Paul Hastings LLP ("Paul Hastings") respectfully submits this fifth monthly statement (the "Monthly Statement") and requests payment for services rendered and reimbursement of expenses incurred as counsel to Sean Clements and the Conflicts Committee of the board of directors of DLP IV in the above-captioned chapter 11 cases for the period from March 1, 2023 through and including March 31, 2023 (the "Fee Period") in the amounts set forth above.

## SERVICES RENDERED AND EXPENSES INCURRED

1. Attached hereto as **Exhibit A** is a timekeeper summary that includes the name, title, department, bar admission, hourly billing rate, aggregate hours, and amount of fees earned for each Paul Hastings individual who provided services during the Fee Period.

2. Attached hereto as **Exhibit B** is a summary of Paul Hastings' services rendered and compensation sought, by project category, for the Fee Period.

3. Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Fee Period.

4. Attached hereto as **Exhibit D** are the fee statements of Paul Hastings for services provided during the Fee Period.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

## NOTICE AND OBJECTION PROCEDURES

1. Notice of this Monthly Statement will be given to the following parties (collectively, the "Application Recipients"): (i) the Debtors c/o GWG Holdings, Inc., 325 N. St. Paul St., Suite 2650, Dallas, TX 75201, Attn: Timothy Evans; (ii) counsel to the Debtors, Mayer Brown LLP, 71 S. Wacker Drive, Chicago, IL 60606, Attn: Thomas S. Kiriakos; (iii) co-counsel to the Debtors, Jackson Walker LLP, 1401 McKinney Street, Suite 1900, Houston, TX 77010, Attn: Kristhy M. Peguero and Matthew D. Cavenaugh; (iv) counsel to the DIP Lender, Sidley Austin LLP, One South Dearborn, Chicago, IL 60603, Attn: Matthew A. Clemente; (v) counsel to Bank of Utah in its capacity as indenture trustee for the Bonds, Akin Gump Strauss Hauer & Feld LLP, 2001 K Street NW, Washington, D.C., 20006-1037, Attn: Scott Alberino; (vi) counsel to any statutory committee appointed in these cases; and (vii) the Office of the U.S. Trustee for the Southern District of Texas, 515 Rusk Street, Suite 3516, Houston, TX 77002, Attn: Hector Duran.

2. Objections to this Monthly Statement, if any, must be served upon the Application Recipients and the undersigned counsel by or before 4:00 p.m. (CT) on the fourteenth day after service of this Monthly Statement (the "Objection Deadline"), setting forth with specificity the objectionable fees or expenses, the amount of the disputed fees or expenses, and the basis for such objection. If no objections are received by the Objection Deadline, the Debtors shall promptly pay Paul Hastings 80 percent of the fees and 100 percent of the expenses identified in this Monthly Statement.

3. To the extent that an objection to this Monthly Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Monthly Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such objection is not resolved,

pursuant to the procedures set forth in the Interim Compensation Order, the objecting party shall file its objection with the Court and serve the objection on the Application Recipients and the undersigned counsel. Thereafter, Paul Hastings may either (a) file with the Court a response to the objection together with a request for payment of the appropriate portion of the disputed amount or (b) preserve and schedule the disputed amount for consideration at the next interim or final fee application hearing.

4. To the extent that time or disbursement charges for services rendered or disbursements incurred relate to the Fee Period, but were not processed before the preparation of this Monthly Statement, or Paul Hastings has for any other reason not sought compensation or reimbursement with respect to such services or expenses, Paul Hastings reserves the right to request additional compensation for such services, and reimbursement of such expenses, in a supplemental or future statement.

[*Remainder of page intentionally left blank*]

Dated: May 16, 2023
Houston, Texas

Respectfully submitted,

*/s/ James T. Grogan III*

**PAUL HASTINGS LLP**
James T. Grogan III (TX Bar No. 24027354)
600 Travis Street, 58th Floor
Houston, Texas 77002
Telephone: (713) 860-7300
Facsimile: (713) 353-3100
Email: jamesgrogan@paulhastings.com

-and-

Jayme T. Goldstein (admitted *pro hac vice*)
Daniel A Fliman (admitted *pro hac vice*)
Allison Miller (admitted *pro hac vice*)
Jeremy D. Evans (admitted *pro hac vice*)
John F. Iaffaldano (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: jaymegoldstein@paulhastings.com

*Counsel to Sean Clements and the Conflicts Committee of the board of directors of DLP IV*

# Exhibit A

## COMPENSATION BY PROFESSIONAL AND PARAPROFESSIONAL FOR FEE PERIOD

| | | | | Total for Fee Period | |
|---|---|---|---|---|---|
| **Name** | **Department or Group** | **Date of First Admission** | **Hourly Rate** | **Hours Billed** | **Amount** |
| Fliman, Dan | Corporate | 2003 | $1,725.00 | 8.30 | $14,317.50 |
| Goldstein, Jayme | Corporate | 2003 | $1,875.00 | 8.20 | $15,375.00 |
| Grogan, James | Corporate | 2000 | $1,700.00 | 24.40 | $41,480.00 |
| Miller, Allison | Corporate | 2004 | $1,725.00 | 6.40 | $11,040.00 |
| | | **Total Partner:** | | **47.30** | **$82,212.50** |
| Evans, Jeremy | Corporate | 2013 | $1,600.00 | 22.50 | $36,000.00 |
| Evans, Jeremy (Travel) | Corporate | 2013 | $800.00 (Bill at ½ rate) | 9.30 | $7,440.00 |
| | | **Total Counsel:** | | **31.80** | **$43,440.00** |
| Iaffaldano, Jack | Corporate | 2020 | $1,125.00 | 6.70 | $7,537.50 |
| | | **Total Associate:** | | **6.70** | **$7,537.50** |
| Laskowski, Mat | Paralegal | | $540.00 | 7.50 | $4,050.00 |
| Magzamen, Michel | Paralegal | | $540.00 | 2.80 | $1,512.00 |
| | | **Total Paraprofessional:** | | **10.30** | **$5,562.00** |
| | | **Total:** | | **96.10** | **$138,752.00** |

# <u>Exhibit B</u>

## COMPENSATION BY PROJECT CATEGORY FOR FEE PERIOD

| | Total for Fee Period | |
|---|---|---|
| **U.S. Trustee Task Code and Project Category** | **Total Hours** | **Total Fees** |
| B110 Case Administration | 4.40 | $6,639.50 |
| B113 Pleadings Review | 11.40 | $12,284.00 |
| B155 Court Hearings | 21.00 | $32,366.50 |
| B160 Employment / Fee Applications (Paul Hastings) | 6.20 | $6,367.00 |
| B191 General Litigation | 0.40 | $680.00 |
| B195 Non-Working Travel | 9.30 | $7,440.00 |
| B210 Business Operations | 0.20 | $340.00 |
| B260 Board of Directors Matters | 3.70 | $5,397.50 |
| B320 Plan and Disclosure Statement | 39.50 | $67,237.50 |
| **TOTAL** | **96.10** | **$138,752.00** |

# Exhibit C

## EXPENSE SUMMARY FOR FEE PERIOD

| Category | Total for Fee Period |
|---|---|
| Computer Search | $20.97 |
| Courier Service | $35.10 |
| **TOTAL** | **$56.07** |

# Exhibit D

## FEE STATEMENTS FOR FEE PERIOD

**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Conflicts Committee of GWG DLP Funding IV, LLC
Suite 1200
220 South Sixth Street
Minneapolis, MN 55402

Attn: Sean Clements

May 3, 2023

Please Refer to
Invoice Number: 2356717

PH LLP Tax ID No. 95-2209675

## SUMMARY SHEET

**<u>Bankruptcy Case</u>**
PH LLP Client/Matter # 51132-00002
Jayme Goldstein

| | |
|---|---|
| Legal fees for professional services for the period ending March 31, 2023 | $138,752.00 |
| Costs incurred and advanced | 56.07 |
| **Current Fees and Costs Due** | **$138,808.07** |
| **Total Balance Due - Due Upon Receipt** | **$138,808.07** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings com This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings com*

**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Conflicts Committee of GWG DLP Funding IV, LLC
Suite 1200
220 South Sixth Street
Minneapolis, MN 55402

Attn: Sean Clements

May 3, 2023

Please Refer to
Invoice Number: 2356717

PH LLP Tax ID No. 95-2209675

---

**REMITTANCE COPY**

**<u>Bankruptcy Case</u>**
PH LLP Client/Matter # 51132-00002
Jayme Goldstein

| | |
|---|---|
| Legal fees for professional services for the period ending March 31, 2023 | $138,752.00 |
| Costs incurred and advanced | 56.07 |
| **Current Fees and Costs Due** | **$138,808.07** |
| **Total Balance Due - Due Upon Receipt** | **$138,808.07** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD***, *the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings com This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings com*

PAUL HASTINGS

**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Conflicts Committee of GWG DLP Funding IV, LLC
Suite 1200
220 South Sixth Street
Minneapolis, MN 55402

Attn: Sean Clements

May 3, 2023

Please Refer to
Invoice Number: 2356717

PH LLP Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending March 31, 2023

**Bankruptcy Case** **$138,752.00**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B110** | **Case Administration** | | | | |
| 03/08/2023 | JTG4 | Email with M. Laskowski re case update | 0.20 | 1,700.00 | 340.00 |
| 03/09/2023 | JTG4 | Email with M. Laskowski re case update | 0.30 | 1,700.00 | 510.00 |
| 03/10/2023 | JTG4 | Email with M. Laskowski re case update | 0.20 | 1,700.00 | 340.00 |
| 03/11/2023 | JG32 | Review case status and updates | 0.50 | 1,875.00 | 937.50 |
| 03/13/2023 | JTG4 | Email with M. Laskowski re case update | 0.10 | 1,700.00 | 170.00 |
| 03/15/2023 | JTG4 | Email with M. Laskowski about case update | 0.20 | 1,700.00 | 340.00 |
| 03/16/2023 | JTG4 | Email with M. Laskowski about case update | 0.20 | 1,700.00 | 340.00 |
| 03/17/2023 | JTG4 | Review case update from M. Laskowski | 0.20 | 1,700.00 | 340.00 |
| 03/20/2023 | JTG4 | Email with M. Laskowski re case update | 0.20 | 1,700.00 | 340.00 |
| 03/21/2023 | JTG4 | Email with M. Laskowski re case update | 0.20 | 1,700.00 | 340.00 |
| 03/22/2023 | JTG4 | Email with M. Laskowski re case update | 0.30 | 1,700.00 | 510.00 |
| 03/23/2023 | JTG4 | Email with M. Laskowski re case update | 0.10 | 1,700.00 | 170.00 |
| 03/24/2023 | JTG4 | Email with M. Laskowski re case update | 0.20 | 1,700.00 | 340.00 |
| 03/25/2023 | JTG4 | Email with M. Laskowski re case update | 0.20 | 1,700.00 | 340.00 |
| 03/25/2023 | ML30 | Review filing notices (.1); obtain new pleadings (.2); circulate (.1) | 0.40 | 540.00 | 216.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/27/2023 | ML30 | Update case calendars (.2); correspond with J. Iaffaldano re 3.28.23 hearing needs (.2) | 0.40 | 540.00 | 216.00 |
| 03/29/2023 | JTG4 | Email with M. Laskowski re case update | 0.20 | 1,700.00 | 340.00 |
| 03/30/2023 | JTG4 | Email with M. Laskowski re case update | 0.20 | 1,700.00 | 340.00 |
| 03/31/2023 | JTG4 | Email with M. Laskowski re case update | 0.10 | 1,700.00 | 170.00 |
| | **Subtotal:** | **B110 Case Administration** | **4.40** | | **6,639.50** |

**B113 Pleadings Review**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/01/2023 | JTG4 | Email with M. Laskowski re docket update (.1); review recent pleadings (.3) | 0.40 | 1,700.00 | 680.00 |
| 03/01/2023 | ML30 | Review recent docket filings and update working group re same | 0.20 | 540.00 | 108.00 |
| 03/02/2023 | JTG4 | Email with M. Laskowski re docket update (.1); review recent pleadings (.2) | 0.30 | 1,700.00 | 510.00 |
| 03/02/2023 | ML30 | Review recent docket filings and update working group re same | 0.20 | 540.00 | 108.00 |
| 03/03/2023 | JTG4 | Email with M. Laskowski re docket update (.1); review recent pleadings (.3) | 0.40 | 1,700.00 | 680.00 |
| 03/03/2023 | ML30 | Review recent docket filings and update working group re same | 0.20 | 540.00 | 108.00 |
| 03/06/2023 | JTG4 | Email with M. Laskowski re docket update (.1); review ECF notices (.2); review recent pleadings (.2) | 0.50 | 1,700.00 | 850.00 |
| 03/06/2023 | ML30 | Review recent docket filings and update working group re same | 0.20 | 540.00 | 108.00 |
| 03/07/2023 | JTG4 | Email with M. Laskowski re docket update | 0.20 | 1,700.00 | 340.00 |
| 03/07/2023 | ML30 | Review recent docket filings and update working group re same | 0.20 | 540.00 | 108.00 |
| 03/08/2023 | JTG4 | Review ECF notices and recent pleadings | 0.40 | 1,700.00 | 680.00 |
| 03/08/2023 | ML30 | Review recent docket filings and update working group and case calendars re same | 0.30 | 540.00 | 162.00 |
| 03/09/2023 | JTG4 | Review ECF notices | 0.30 | 1,700.00 | 510.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/09/2023 | ML30 | Review recent docket filings and update working group re same | 0.20 | 540.00 | 108.00 |
| 03/10/2023 | JTG4 | Review ECF notices and recent pleadings | 0.20 | 1,700.00 | 340.00 |
| 03/10/2023 | ML30 | Review recent docket filings and update working group re same | 0.20 | 540.00 | 108.00 |
| 03/13/2023 | JTG4 | Review ECF notices and recent pleadings | 0.20 | 1,700.00 | 340.00 |
| 03/13/2023 | ML30 | Monitor the docket and prepare end of day update re recent filings for working group | 0.20 | 540.00 | 108.00 |
| 03/14/2023 | ML30 | Monitor the docket and prepare end of day update re recent filings for working group | 0.20 | 540.00 | 108.00 |
| 03/15/2023 | JTG4 | Review ECF notices | 0.30 | 1,700.00 | 510.00 |
| 03/15/2023 | ML30 | Monitor the docket and prepare end of day update re recent filings for working group | 0.20 | 540.00 | 108.00 |
| 03/16/2023 | ML30 | Monitor the docket and prepare end of day update re recent filings for working group | 0.30 | 540.00 | 162.00 |
| 03/17/2023 | ML30 | Monitor the docket and prepare end of day update re recent filings for working group | 0.30 | 540.00 | 162.00 |
| 03/20/2023 | JTG4 | Review ECF notices | 0.30 | 1,700.00 | 510.00 |
| 03/20/2023 | ML30 | Monitor the docket and prepare end of day update for working group re same | 0.30 | 540.00 | 162.00 |
| 03/21/2023 | JTG4 | Review ECF notices and recent pleadings | 0.40 | 1,700.00 | 680.00 |
| 03/21/2023 | JDE | Review chapter 11 docket | 0.20 | 1,600.00 | 320.00 |
| 03/21/2023 | ML30 | Monitor the docket and prepare end of day update for working group re same | 0.20 | 540.00 | 108.00 |
| 03/22/2023 | ML30 | Review recent filings (.2); monitor the docket and prepare end of day update for working group re same (.2) | 0.40 | 540.00 | 216.00 |
| 03/23/2023 | ML30 | Monitor the docket and prepare end of day update for working group re same | 0.20 | 540.00 | 108.00 |
| 03/24/2023 | JTG4 | Review ECF notices and recent pleadings | 0.30 | 1,700.00 | 510.00 |
| 03/24/2023 | ML30 | Monitor the docket and prepare end of day update for working group re same (.2); review new filings (.3). | 0.50 | 540.00 | 270.00 |
| 03/27/2023 | JTG4 | Review ECF notices | 0.70 | 1,700.00 | 1,190.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/27/2023 | ML30 | Review recent filings and prepare end of day update for working group | 0.40 | 540.00 | 216.00 |
| 03/28/2023 | ML30 | Review recent filings and prepare end of day update for working group | 0.40 | 540.00 | 216.00 |
| 03/29/2023 | ML30 | Review recent filings and update working group and case calendars re same | 0.30 | 540.00 | 162.00 |
| 03/30/2023 | ML30 | Review recent filings and update working group re same | 0.20 | 540.00 | 108.00 |
| 03/31/2023 | JTG4 | Review ECF notices and recent pleadings | 0.20 | 1,700.00 | 340.00 |
| 03/31/2023 | ML30 | Review recent filings and update working group re same | 0.30 | 540.00 | 162.00 |
| | **Subtotal:** | **B113 Pleadings Review** | **11.40** | | **12,284.00** |

**B155 Court Hearings**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/17/2023 | JTG4 | Review hearing agenda | 0.10 | 1,700.00 | 170.00 |
| 03/17/2023 | ML30 | Correspond with J. Iaffaldano re 3.20.23 hearing needs | 0.20 | 540.00 | 108.00 |
| 03/20/2023 | JI2 | Monitor hearing | 0.80 | 1,125.00 | 900.00 |
| 03/20/2023 | JTG4 | Attend status conference on plan settlement and disclosure statement scheduling (.8); prepare follow up notes regarding same (.1) | 0.90 | 1,700.00 | 1,530.00 |
| 03/20/2023 | JDE | Attend status conference on plan settlement and disclosure statement (0.8); correspond with J. Goldstein and S. Clements regarding same (0.4). | 1.20 | 1,600.00 | 1,920.00 |
| 03/20/2023 | ML30 | Correspond with J. Iaffaldano re 3.20.23 hearing needs | 0.20 | 540.00 | 108.00 |
| 03/21/2023 | ML30 | Correspond with J. Iaffaldano re 3.23.23 hearing needs | 0.20 | 540.00 | 108.00 |
| 03/23/2023 | JTG4 | Attend hearing on discovery dispute with Fifth Season | 1.40 | 1,700.00 | 2,380.00 |
| 03/23/2023 | JDE | Attend hearing on discovery dispute with Fifth Season(1.4); follow up review of related issues (.1) | 1.50 | 1,600.00 | 2,400.00 |

Conflicts Committee of GWG DLP Funding IV, LLC
51132-00002
Invoice No. 2356717



| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/28/2023 | JI2 | Monitor part of disclosure statement hearing | 1.50 | 1,125.00 | 1,687.50 |
| 03/28/2023 | JTG4 | Review pleadings in advance of disclosure statement hearing (2.8); attend disclosure statement hearing (2.2) | 5.00 | 1,700.00 | 8,500.00 |
| 03/28/2023 | JTG4 | Post-hearing meeting with S. Clements and J. Evans regarding case updates and strategy | 1.30 | 1,700.00 | 2,210.00 |
| 03/28/2023 | JDE | Attend disclosure statement hearing (2.2); post-hearing meeting with S. Clements, J. Grogan regarding strategy and next steps (1.3); prepare notes regarding same (.2) | 3.70 | 1,600.00 | 5,920.00 |
| 03/31/2023 | JI2 | Monitor disclosure statement hearing. | 1.00 | 1,125.00 | 1,125.00 |
| 03/31/2023 | JTG4 | Attend status conference on disclosure statement schedule and related issues | 1.00 | 1,700.00 | 1,700.00 |
| 03/31/2023 | JDE | Attend continued disclosure statement hearing. | 1.00 | 1,600.00 | 1,600.00 |
| | **Subtotal:** | **B155 Court Hearings** | **21.00** | | **32,366.50** |

**B160 Fee/Employment Applications**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/03/2023 | MM57 | Confer w/ J. Iaffaldano re: first interim fee app (.1); draft interim fee app (.5) | 0.60 | 540.00 | 324.00 |
| 03/06/2023 | MM57 | Draft interim fee application; confer w/ C. Edge re: same | 1.00 | 540.00 | 540.00 |
| 03/07/2023 | MM57 | Follow-up w/ C. Edge (Finance) re: first interim fee app and confirm numbers | 0.40 | 540.00 | 216.00 |
| 03/08/2023 | MM57 | Review and revise first interim fee application (.4); email to J. Iaffaldano re: same (.1) | 0.50 | 540.00 | 270.00 |
| 03/13/2023 | DF9 | Review and comment on PH fee matters | 0.50 | 1,725.00 | 862.50 |
| 03/14/2023 | DF9 | Further review and comment on PH fee matters | 0.50 | 1,725.00 | 862.50 |
| 03/29/2023 | JDE | Begin review of PH fee application. | 0.30 | 1,600.00 | 480.00 |
| 03/31/2023 | JI2 | Draft interim fee application (1.4); emails with D. Fliman and J. Grogan re same (.2) | 1.60 | 1,125.00 | 1,800.00 |

Conflicts Committee of GWG DLP Funding IV, LLC
51132-00002
Invoice No. 2356717



| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/31/2023 | JTG4 | Emails with D. Fliman and J. Iaffaldano re interim fee application (.2); review same (.3) | 0.50 | 1,700.00 | 850.00 |
| 03/31/2023 | MM57 | Confer w/ J. Iaffaldano, J. Grogan and D. Fliman re: first interim fee application (.1); e-file same (.2) | 0.30 | 540.00 | 162.00 |
| | **Subtotal:** | **B160 Fee/Employment Applications** | **6.20** | | **6,367.00** |

**B191 General Litigation**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/22/2023 | JTG4 | Review statement regarding Fifth Season subpoena | 0.40 | 1,700.00 | 680.00 |
| | **Subtotal:** | **B191 General Litigation** | **0.40** | | **680.00** |

**B195 Non-Working Travel**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/27/2023 | JDE | Travel from New York to Houston for disclosure statement hearing (Bill at 1/2 rate) | 4.00 | 800.00 | 3,200.00 |
| 03/29/2023 | JDE | Travel from Houston to New York after disclosure statement hearing (Bill at 1/2 rate) | 5.30 | 800.00 | 4,240.00 |
| | **Subtotal:** | **B195 Non-Working Travel** | **9.30** | | **7,440.00** |

**B210 Business Operations**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/25/2023 | JTG4 | Review hearing notice on insurance defense costs | 0.20 | 1,700.00 | 340.00 |
| | **Subtotal:** | **B210 Business Operations** | **0.20** | | **340.00** |

**B260 Board of Directors Matters**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/01/2023 | JI2 | Prepare director monthly invoice (.3); email Mayer Brown re same (.2). | 0.50 | 1,125.00 | 562.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/08/2023 | JDE | Prepare notes for and attend board meeting | 0.50 | 1,600.00 | 800.00 |
| 03/22/2023 | JI2 | Attend DLP IV board meeting with J. Evans re plan and disclosure statement updates (.3); emails with J. Evans re same (.3). | 0.60 | 1,125.00 | 675.00 |
| 03/22/2023 | JDE | Prepare for and attend weekly board meeting with J. Iaffaldano (1.0); review amended plan and disclosure statement regarding same (1.0); call with client regarding same (0.1). | 2.10 | 1,600.00 | 3,360.00 |
| | **Subtotal:** | **B260 Board of Directors Matters** | **3.70** | | **5,397.50** |

**B320 Plan and Disclosure Statement (including Business Plan)**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/08/2023 | AM50 | Attention to various updates re plan (.9); liaise with D. Fliman on same (.3); respond to emails with internal team re same (.3). | 1.30 | 1,725.00 | 2,242.50 |
| 03/08/2023 | DF9 | Correspond with J. Evans re mediation terms (1.2); calls with case parties re same (.5); correspond with Mayer Brown re plan terms (.8). | 2.50 | 1,725.00 | 4,312.50 |
| 03/08/2023 | JTG4 | Correspond with J. Evans regarding disclosure statement hearing rescheduling | 0.20 | 1,700.00 | 340.00 |
| 03/08/2023 | JG32 | Review and comment on settlement documents and release issues | 1.30 | 1,875.00 | 2,437.50 |
| 03/08/2023 | JDE | Review and analyze draft mediation agreement (1.7); correspond with D. Fliman regarding same (.6). | 2.30 | 1,600.00 | 3,680.00 |
| 03/11/2023 | JTG4 | Review mediation statement | 0.20 | 1,700.00 | 340.00 |
| 03/11/2023 | JG32 | Review and comment on documents regarding releases and related issues | 0.60 | 1,875.00 | 1,125.00 |
| 03/13/2023 | JDE | Review and summarize mediation statement | 0.60 | 1,600.00 | 960.00 |
| 03/14/2023 | AM50 | Review summary of plan changes by J. Evans (.6); discussions internally on same (.2); review amended Plan re: releases (.4). | 1.20 | 1,725.00 | 2,070.00 |
| 03/14/2023 | JTG4 | Review bondholder letters to Court | 0.50 | 1,700.00 | 850.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/14/2023 | JDE | Review and analyze draft amended plan (1.1); correspond with J. Goldstein, company counsel regarding same (1.4) | 2.50 | 1,600.00 | 4,000.00 |
| 03/15/2023 | AM50 | Participate on update call with D. Fliman and J. Evans regarding plan releases. | 1.00 | 1,725.00 | 1,725.00 |
| 03/15/2023 | DF9 | Correspond with J. Evans, J. Grogan re disclosure statement hearing (.8); assess disclosure statement and plan issues/tasks (.5). | 1.30 | 1,725.00 | 2,242.50 |
| 03/15/2023 | JI2 | Call with J. Evans re plan and disclosure statement issues (.5); emails with J. Evans re same (.2) | 0.70 | 1,125.00 | 787.50 |
| 03/15/2023 | JTG4 | Emails with J. Evans regarding disclosure statement hearing | 0.40 | 1,700.00 | 680.00 |
| 03/15/2023 | JDE | Review and analyze amended plan (1.2); prepare for and attend call with company advisors regarding same (1.2); summarize company advisor call for J. Goldstein, J. Iaffaldano (0.7); call with J. Iaffaldano regarding same (0.5). | 3.60 | 1,600.00 | 5,760.00 |
| 03/16/2023 | AM50 | Follow up with J. Evans regarding Plan and associated releases for DLP IV directors (.5); review proposed provisions (.7). | 1.20 | 1,725.00 | 2,070.00 |
| 03/16/2023 | DF9 | Assess plan provisions (1.1); correspond with PH team re same (0.5); correspond with Akin re plan provisions (.6). | 2.20 | 1,725.00 | 3,795.00 |
| 03/16/2023 | JTG4 | Review scheduling update for disclosure statement hearing | 0.30 | 1,700.00 | 510.00 |
| 03/16/2023 | JDE | Review and analyze draft amended plan (1.1); correspond with D. Fliman, J. Goldstein regarding same (1.4). | 2.50 | 1,600.00 | 4,000.00 |
| 03/17/2023 | AM50 | Follow up regarding Plan releases and update. | 0.50 | 1,725.00 | 862.50 |
| 03/17/2023 | DF9 | Assess plan provisions (.5); correspond with J. Evans, J. Goldstein re same (.3). | 0.80 | 1,725.00 | 1,380.00 |
| 03/17/2023 | JTG4 | Correspond with J. Evans regarding disclosure statement hearing rescheduling | 0.20 | 1,700.00 | 340.00 |

Case 22-90032 Document 2174-5 Filed in TXSB on 08/31/23 Page 163 of 214



| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/17/2023 | JG32 | Analyze release matters (.4); correspond with D. Fliman and J. Evans related to same (.3); review related documents (.6) | 1.30 | 1,875.00 | 2,437.50 |
| 03/17/2023 | JDE | Review and comment on amended plan. | 0.50 | 1,600.00 | 800.00 |
| 03/20/2023 | JG32 | Correspond with J. Evans and S. Clements regarding disclosure statement hearing (.8); review and comment on disclosure statement and release issues (.4); client discussions regarding same (.4) | 1.60 | 1,875.00 | 3,000.00 |
| 03/22/2023 | JTG4 | Review amended plan and disclosure statement | 1.80 | 1,700.00 | 3,060.00 |
| 03/23/2023 | JG32 | Review and comment on plan, release matters, and related plan documents (.7); review disclosure statement hearing updates (.5); telephone conference with client to discuss same (.4) | 1.60 | 1,875.00 | 3,000.00 |
| 03/25/2023 | JTG4 | Review and calendar disclosure statement hearing notice | 0.20 | 1,700.00 | 340.00 |
| 03/27/2023 | JTG4 | Review Hepner objection to disclosure statement (.3); review modified plan (.7); review summary of bondholder treatment (.3) | 1.30 | 1,700.00 | 2,210.00 |
| 03/28/2023 | AM50 | Attention to disclosure statement hearing (.8); attention to J. Evans emails on same (.6). | 1.20 | 1,725.00 | 2,070.00 |
| 03/28/2023 | DF9 | Review updates re disclosure statement hearing. | 0.50 | 1,725.00 | 862.50 |
| 03/28/2023 | JG32 | Review and analyze disclosure statement and related plan issues (.9); discussion with client regarding same (.4) | 1.30 | 1,875.00 | 2,437.50 |
| 03/31/2023 | JTG4 | Review disclosure statement scheduling order and calendar same | 0.30 | 1,700.00 | 510.00 |
| | **Subtotal:** | **B320 Plan and Disclosure Statement (including Business Plan)** | **39.50** | | **67,237.50** |

| | | | |
|---|---|---|---|
| **Total** | **96.10** | | **138,752.00** |

**Timekeeper Summary**

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|---|---|---|---|---|---|
| JG32 | Jayme Goldstein | Partner | 8.20 | 1,875.00 | 15,375.00 |
| AM50 | Allison Miller | Partner | 6.40 | 1,725.00 | 11,040.00 |
| DF9 | Dan Fliman | Partner | 8.30 | 1,725.00 | 14,317.50 |
| JTG4 | James T. Grogan | Partner | 24.40 | 1,700.00 | 41,480.00 |
| JDE | Jeremy D. Evans | Of Counsel | 22.50 | 1,600.00 | 36,000.00 |
| JDE | Jeremy D. Evans | Of Counsel | 9.30 | 800.00 | 7,440.00 |
| JI2 | Jack Iaffaldano | Associate | 6.70 | 1,125.00 | 7,537.50 |
| ML30 | Mat Laskowski | Paralegal | 7.50 | 540.00 | 4,050.00 |
| MM57 | Michael Magzamen | Paralegal | 2.80 | 540.00 | 1,512.00 |

**Costs incurred and advanced**

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 03/06/2023 | UPS/Courier Service - UPS (USD)(JPMPCARD); Invoice # 00000930543103; 03/06/2023; K. Traxler; 1Z9305430193126507 (MAN) | | | 35.10 |
| 03/06/2023 | Computer Search (Other) | | | 20.97 |
| **Total Costs incurred and advanced** | | | | **$56.07** |

| | |
|---|---|
| **Current Fees and Costs** | **$138,808.07** |
| **Total Balance Due - Due Upon Receipt** | **$138,808.07** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| GWG Holdings, Inc., *et al.*,[1] | ) | Case No. 22-90032 (MI) |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF SIXTH MONTHLY FEE STATEMENT OF PAUL HASTINGS LLP, COUNSEL TO SEAN CLEMENTS AND THE CONFLICTS COMMITTEE OF THE BOARD OF DIRECTORS OF GWG DLP FUNDING IV, LLC FOR THE PERIOD FROM APRIL 1, 2023 THROUGH APRIL 30, 2023**

| | | |
|---|---|---|
| Name of applicant: | Paul Hastings LLP | |
| Applicant's Role in the Case: | Attorneys to Sean Clements and the Conflicts Committee of the board of directors of GWG DLP Funding IV, LLC ("DLP IV") | |
| Date Order of Employment Signed and Docket No.: | January 6, 2023 (effective as of October 31, 2022) [Docket No. 1325] | |
| | Beginning Date | End Date |
| Time period covered by this Statement: | 04/01/2023 | 04/30/2023 |
| Summary of Total Fees and Expenses Requested | | |
| Total fees requested in this Statement: | $60,913.60 (80% of 76,142.00) | |
| Total expenses requested in this Statement: | $2,107.59 | |
| Total fees and expenses requested in this Statement (excluding 20% holdback): | $78,249.59 | |
| Total fees and expenses requested in this Statement (including 20% holdback): | $63,021.19 | |
| Summary of Attorney Fees Requested | | |
| Total attorney fees requested in this Statement: | $72,200.00 | |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: GWG Holdings, Inc. (2607); GWG Life, LLC (6955); GWG Life USA, LLC (5538), GWG DLP Funding IV, LLC (2589); GWG DLP Funding VI, LLC (6955); and GWG DLP Funding Holdings VI, LLC (6955). The location of Debtor GWG Holdings, Inc.'s principal place of business and the Debtors' service address is 325 N. St. Paul Street, Suite 2650 Dallas, TX 75201. Further information regarding the Debtors and these chapter 11 cases is available at the website of the Debtors' claims and noticing agent: https://donlinrecano.com/gwg.

| | |
|---|---|
| Total actual attorney hours covered by this Statement: | 48.90 |
| Average hourly rate for attorneys: | $1,476 |
| Summary of Paraprofessional Fees Requested | |
| Total paraprofessional fees requested in this Statement: | $3,942.00 |
| Total actual paraprofessional hours covered by this Statement: | 7.30 |
| Average hourly rate for paraprofessionals: | $540 |
| | |

In accordance with the *Corrected Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and (II) Granting Related Relief* [Docket No. 378] (the "Interim Compensation Order"),[2] Paul Hastings LLP ("Paul Hastings") respectfully submits this fifth monthly statement (the "Monthly Statement") and requests payment for services rendered and reimbursement of expenses incurred as counsel to Sean Clements and the Conflicts Committee of the board of directors of DLP IV in the above-captioned chapter 11 cases for the period from April 1, 2023 through and including April 30, 2023 (the "Fee Period") in the amounts set forth above.

**SERVICES RENDERED AND EXPENSES INCURRED**

1. Attached hereto as **Exhibit A** is a timekeeper summary that includes the name, title, department, bar admission, hourly billing rate, aggregate hours, and amount of fees earned for each Paul Hastings individual who provided services during the Fee Period.

2. Attached hereto as **Exhibit B** is a summary of Paul Hastings' services rendered and compensation sought, by project category, for the Fee Period.

3. Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Fee Period.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

4. Attached hereto as **Exhibit D** are the fee statements of Paul Hastings for services provided during the Fee Period.

**NOTICE AND OBJECTION PROCEDURES**

1. Notice of this Monthly Statement will be given to the following parties (collectively, the "Application Recipients"): (i) the Debtors c/o GWG Holdings, Inc., 325 N. St. Paul St., Suite 2650, Dallas, TX 75201, Attn: Timothy Evans; (ii) counsel to the Debtors, Mayer Brown LLP, 71 S. Wacker Drive, Chicago, IL 60606, Attn: Thomas S. Kiriakos; (iii) co-counsel to the Debtors, Jackson Walker LLP, 1401 McKinney Street, Suite 1900, Houston, TX 77010, Attn: Kristhy M. Peguero and Matthew D. Cavenaugh; (iv) counsel to the DIP Lender, Sidley Austin LLP, One South Dearborn, Chicago, IL 60603, Attn: Matthew A. Clemente; (v) counsel to Bank of Utah in its capacity as indenture trustee for the Bonds, Akin Gump Strauss Hauer & Feld LLP, 2001 K Street NW, Washington, D.C., 20006-1037, Attn: Scott Alberino; (vi) counsel to any statutory committee appointed in these cases; and (vii) the Office of the U.S. Trustee for the Southern District of Texas, 515 Rusk Street, Suite 3516, Houston, TX 77002, Attn: Hector Duran.

2. Objections to this Monthly Statement, if any, must be served upon the Application Recipients and the undersigned counsel by or before 4:00 p.m. (CT) on the fourteenth day after service of this Monthly Statement (the "Objection Deadline"), setting forth with specificity the objectionable fees or expenses, the amount of the disputed fees or expenses, and the basis for such objection. If no objections are received by the Objection Deadline, the Debtors shall promptly pay Paul Hastings 80 percent of the fees and 100 percent of the expenses identified in this Monthly Statement.

3. To the extent that an objection to this Monthly Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Monthly

Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such objection is not resolved, pursuant to the procedures set forth in the Interim Compensation Order, the objecting party shall file its objection with the Court and serve the objection on the Application Recipients and the undersigned counsel. Thereafter, Paul Hastings may either (a) file with the Court a response to the objection together with a request for payment of the appropriate portion of the disputed amount or (b) preserve and schedule the disputed amount for consideration at the next interim or final fee application hearing.

4. To the extent that time or disbursement charges for services rendered or disbursements incurred relate to the Fee Period, but were not processed before the preparation of this Monthly Statement, or Paul Hastings has for any other reason not sought compensation or reimbursement with respect to such services or expenses, Paul Hastings reserves the right to request additional compensation for such services, and reimbursement of such expenses, in a supplemental or future statement.

[*Remainder of page intentionally left blank*]

Dated: July 7, 2023
Houston, Texas

Respectfully submitted,

/s/ James T. Grogan III

**PAUL HASTINGS LLP**
James T. Grogan III (TX Bar No. 24027354)
600 Travis Street, 58th Floor
Houston, Texas 77002
Telephone: (713) 860-7300
Facsimile: (713) 353-3100
Email: jamesgrogan@paulhastings.com

-and-

Jayme T. Goldstein (admitted *pro hac vice*)
Daniel A Fliman (admitted *pro hac vice*)
Allison Miller (admitted *pro hac vice*)
Jeremy D. Evans (admitted *pro hac vice*)
John F. Iaffaldano (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: jaymegoldstein@paulhastings.com

*Counsel to Sean Clements and the Conflicts Committee of the board of directors of DLP IV*

# Exhibit A

## COMPENSATION BY PROFESSIONAL AND PARAPROFESSIONAL FOR FEE PERIOD

| | | | | Total for Fee Period | |
|---|---|---|---|---|---|
| **Name** | **Department or Group** | **Date of First Admission** | **Hourly Rate** | **Hours Billed** | **Amount** |
| Goldstein, Jayme | Corporate | 2003 | $1,875.00 | 8.70 | $16,312.50 |
| Grogan, James | Corporate | 2000 | $1,700.00 | 21.40 | $36,380.00 |
| Miller, Allison | Corporate | 2004 | $1,725.00 | 1.10 | $1,897.50 |
| **Total Partner:** | | | | **31.20** | **$54,590.00** |
| Evans, Jeremy | Corporate | 2013 | $1,600.00 | 2.90 | $4,640.00 |
| Evans, Jeremy (Travel) | Corporate | 2013 | $800.00 (Bill at ½ rate) | 8.00 | $6,400.00 |
| **Total Counsel:** | | | | **10.90** | **$11,040.00** |
| Iaffaldano, Jack | Corporate | 2020 | $1,125.00 | 2.80 | $3,150.00 |
| Thomas, Schlea | Corporate | 2022 | $855.00 | 4.00 | $3,420.00 |
| **Total Associate:** | | | | **6.80** | **$6,570.00** |
| Laskowski, Mat | Paralegal | | $540.00 | 6.30 | $3,402.00 |
| Magzamen, Michel | Paralegal | | $540.00 | 1.00 | $540.00 |
| **Total Paraprofessional:** | | | | 7.30 | $3,942.00 |
| **Total:** | | | | **56.20** | **$76,142.00** |

# Exhibit B

## COMPENSATION BY PROJECT CATEGORY FOR FEE PERIOD

| | Total for Fee Period | |
|---|---|---|
| **U.S. Trustee Task Code and Project Category** | **Total Hours** | **Total Fees** |
| B110 Case Administration | 4.30 | $7,078.00 |
| B113 Pleadings Review | 13.80 | $16,667.50 |
| B155 Court Hearings | 12.10 | $17,127.00 |
| B160 Employment / Fee Applications (Paul Hastings) | 5.90 | $7,729.50 |
| B195 Non-Working Travel | 8.00 | $6,400.00 |
| B211 Financial Reports (Monthly Operating Reports) | 0.50 | $850.00 |
| B260 Board of Directors Matters | 0.50 | $562.50 |
| B320 Plan and Disclosure Statement | 11.10 | $19,727.50 |
| **TOTAL** | **56.20** | **$76,142.00** |

# Exhibit C

## EXPENSE SUMMARY FOR FEE PERIOD

| Category | Total for Fee Period |
|---|---|
| Computer Search | $2.25 |
| Airfare | $467.80 |
| Lodging | $1,162.30 |
| Taxi/Ground Transportation | $366.01 |
| Meals | $109.23 |
| **TOTAL** | **$2,107.59** |

**<u>Exhibit D</u>**

**FEE STATEMENTS FOR FEE PERIOD**

Case 22-90032 Document 2045-2 Filed in TXSB on 08/20/24 Page 164 of 204
Ex. 8

PAUL HASTINGS

**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

| | |
|---|---|
| Conflicts Committee of GWG DLP Funding IV, LLC<br>Suite 1200<br>220 South Sixth Street<br>Minneapolis, MN 55402 | June 12, 2023<br><br>Please Refer to<br>Invoice Number: 2361261 |
| Attn: Sean Clements | PH LLP Tax ID No. 95-2209675 |

---

## SUMMARY SHEET

**Bankruptcy Case**
PH LLP Client/Matter # 51132-00002
Jayme Goldstein

| | | |
|---|---|---|
| Legal fees for professional services for the period ending April 30, 2023 | | $76,142.00 |
| | Costs incurred and advanced | 2,107.59 |
| | **Current Fees and Costs Due** | **$78,249.59** |
| | **Total Balance Due - Due Upon Receipt** | **$78,249.59** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA 90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*

**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Conflicts Committee of GWG DLP Funding IV, LLC
Suite 1200
220 South Sixth Street
Minneapolis, MN 55402

Attn: Sean Clements

June 12, 2023

Please Refer to
Invoice Number: 2361261

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Bankruptcy Case**
PH LLP Client/Matter # 51132-00002
Jayme Goldstein

| | |
|---|---|
| Legal fees for professional services for the period ending April 30, 2023 | $76,142.00 |
| Costs incurred and advanced | 2,107.59 |
| **Current Fees and Costs Due** | **$78,249.59** |
| **Total Balance Due - Due Upon Receipt** | **$78,249.59** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA 90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*

PAUL HASTINGS

**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

| | |
|---|---|
| Conflicts Committee of GWG DLP Funding IV, LLC | June 12, 2023 |
| Suite 1200 | |
| 220 South Sixth Street | Please Refer to |
| Minneapolis, MN 55402 | Invoice Number: 2361261 |
| Attn: Sean Clements | PH LLP Tax ID No. 95-2209675 |

FOR PROFESSIONAL SERVICES RENDERED
for the period ending April 30, 2023

**Bankruptcy Case** **$76,142.00**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B110** | | **Case Administration** | | | |
| 04/03/2023 | JTG4 | Email with M. Laskowski re case update | 0.20 | 1,700.00 | 340.00 |
| 04/04/2023 | JTG4 | Email with M. Laskowski re case update | 0.20 | 1,700.00 | 340.00 |
| 04/05/2023 | JTG4 | Email with M. Laskowski re case update | 0.20 | 1,700.00 | 340.00 |
| 04/06/2023 | JTG4 | Email with M. Laskowski re case update | 0.20 | 1,700.00 | 340.00 |
| 04/07/2023 | JTG4 | Email with M. Laskowski re case update (.2); review case calendar (.2) | 0.40 | 1,700.00 | 680.00 |
| 04/10/2023 | JTG4 | Email with M. Laskowski re case update | 0.20 | 1,700.00 | 340.00 |
| 04/11/2023 | JTG4 | Email with M. Laskowski re case update | 0.20 | 1,700.00 | 340.00 |
| 04/12/2023 | JTG4 | Email with M. Laskowski re case update | 0.20 | 1,700.00 | 340.00 |
| 04/13/2023 | JTG4 | Email with M. Laskowski re case update | 0.20 | 1,700.00 | 340.00 |
| 04/14/2023 | JTG4 | Email with M. Laskowski re case update | 0.20 | 1,700.00 | 340.00 |
| 04/17/2023 | JTG4 | Email with M. Laskowski re case update (.2); emails with J. Evans re case update (.3) | 0.50 | 1,700.00 | 850.00 |
| 04/18/2023 | JTG4 | Email with M. Laskowski re case update | 0.20 | 1,700.00 | 340.00 |
| 04/20/2023 | JTG4 | Email with M. Laskowski re case update | 0.40 | 1,700.00 | 680.00 |
| 04/21/2023 | JTG4 | Emails with M. Laskowski re case update | 0.20 | 1,700.00 | 340.00 |

Conflicts Committee of GWG DLP Funding IV, LLC
51132-00002
Invoice No. 2361261



---

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/24/2023 | JTG4 | Email with M. Laskowski re case update | 0.40 | 1,700.00 | 680.00 |
| 04/25/2023 | ML30 | Update case calendars | 0.20 | 540.00 | 108.00 |
| 04/27/2023 | JTG4 | Email with M. Magzamen re case update | 0.20 | 1,700.00 | 340.00 |
| | **Subtotal:** | **B110 Case Administration** | **4.30** | | **7,078.00** |

**B113 Pleadings Review**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/03/2023 | JTG4 | Review ECF notices and related pleadings | 0.40 | 1,700.00 | 680.00 |
| 04/03/2023 | ML30 | Review recent filings and update working group re same (.3); update case calendars (.1). | 0.40 | 540.00 | 216.00 |
| 04/04/2023 | JTG4 | Review ECF notices and related pleadings | 0.20 | 1,700.00 | 340.00 |
| 04/04/2023 | ML30 | Review recent filings and update working group re same | 0.20 | 540.00 | 108.00 |
| 04/05/2023 | AM50 | Review recent court filings. | 0.60 | 1,725.00 | 1,035.00 |
| 04/05/2023 | ML30 | Review recent filings and update working group re same | 0.20 | 540.00 | 108.00 |
| 04/06/2023 | JTG4 | Review ECF notices and related pleadings | 0.40 | 1,700.00 | 680.00 |
| 04/06/2023 | ML30 | Review recent filings and update working group re same | 0.20 | 540.00 | 108.00 |
| 04/07/2023 | JTG4 | Review ECF notices and related pleadings | 0.20 | 1,700.00 | 340.00 |
| 04/07/2023 | ML30 | Review recent filings and update working group re same | 0.20 | 540.00 | 108.00 |
| 04/10/2023 | ML30 | Review recent filings and update working group re same | 0.20 | 540.00 | 108.00 |
| 04/11/2023 | JTG4 | Review ECF notices and related pleadings | 0.30 | 1,700.00 | 510.00 |
| 04/11/2023 | ML30 | Review recent filings and update working group re same | 0.20 | 540.00 | 108.00 |
| 04/12/2023 | AM50 | Review recent court filings. | 0.50 | 1,725.00 | 862.50 |
| 04/12/2023 | ML30 | Review recent filings and update working group re same | 0.40 | 540.00 | 216.00 |
| 04/13/2023 | JTG4 | Review ECF notices and related pleadings | 0.30 | 1,700.00 | 510.00 |
| 04/13/2023 | ML30 | Review recent filings and update working group re same | 0.20 | 540.00 | 108.00 |

Conflicts Committee of GWG DLP Funding IV, LLC 
51132-00002
Invoice No. 2361261

---

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/14/2023 | ML30 | Review recent filings and update working group re same | 0.20 | 540.00 | 108.00 |
| 04/17/2023 | JTG4 | Review ECF notices, related pleadings, and disclosure statement | 1.50 | 1,700.00 | 2,550.00 |
| 04/17/2023 | ML30 | Review recent filings and update working group re same | 0.50 | 540.00 | 270.00 |
| 04/18/2023 | JTG4 | Review ECF notices, related pleadings, and objections from parties in interest | 0.80 | 1,700.00 | 1,360.00 |
| 04/18/2023 | ML30 | Review recent filings and update working group re same | 0.20 | 540.00 | 108.00 |
| 04/19/2023 | ML30 | Review recent filings and update working group re same (.2); update case calendars (.3) | 0.50 | 540.00 | 270.00 |
| 04/20/2023 | JTG4 | Review ECF notices and related pleadings | 0.30 | 1,700.00 | 510.00 |
| 04/20/2023 | ML30 | Review recent filings and update working group re same | 0.50 | 540.00 | 270.00 |
| 04/21/2023 | ML30 | Review recent filings and update working group re same | 0.50 | 540.00 | 270.00 |
| 04/23/2023 | JG32 | Pleading review | 0.80 | 1,875.00 | 1,500.00 |
| 04/24/2023 | JTG4 | Review ECF notices and related pleadings | 0.30 | 1,700.00 | 510.00 |
| 04/24/2023 | ML30 | Monitor the docket and update working group re recent filings | 0.60 | 540.00 | 324.00 |
| 04/25/2023 | ML30 | Review recent filings and prepare end of day update for working group | 0.40 | 540.00 | 216.00 |
| 04/26/2023 | JTG4 | Review ECF notices and related pleadings | 0.40 | 1,700.00 | 680.00 |
| 04/26/2023 | ML30 | Review recent filings and prepare end of day update for working group | 0.20 | 540.00 | 108.00 |
| 04/27/2023 | JTG4 | Review ECF notices and related pleadings | 0.30 | 1,700.00 | 510.00 |
| 04/27/2023 | MM57 | Review recent filings and update calendars and working group re same | 0.20 | 540.00 | 108.00 |
| 04/28/2023 | JTG4 | Review ECF notices and related pleadings | 0.30 | 1,700.00 | 510.00 |
| 04/30/2023 | JTG4 | Review notice of reset hearing | 0.20 | 1,700.00 | 340.00 |
| | **Subtotal:** | **B113 Pleadings Review** | **13.80** | | **16,667.50** |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B155** | | **Court Hearings** | | | |
| 04/07/2023 | JG32 | Correspond with client regarding continued disclosure statement hearing | 0.30 | 1,875.00 | 562.50 |
| 04/17/2023 | JG32 | Review submissions and notes to prepare for disclosure statement hearing (.4); correspond with S. Clements regarding same (.4) | 0.80 | 1,875.00 | 1,500.00 |
| 04/18/2023 | JTG4 | Conferences with S. Thomas about preparation for disclosure statement hearing | 0.40 | 1,700.00 | 680.00 |
| 04/18/2023 | ML30 | Correspond with S. Thomas re disclosure statement hearing needs | 0.10 | 540.00 | 54.00 |
| 04/18/2023 | SMT1 | Review certain submissions and issues to prepare for court hearing regarding disclosure statement (.5); calls with J. Grogan regarding same (.4) | 0.90 | 855.00 | 769.50 |
| 04/19/2023 | JTG4 | Attend disclosure statement hearing | 1.40 | 1,700.00 | 2,380.00 |
| 04/19/2023 | JTG4 | Emails with S. Thomas and J. Evans regarding disclosure statement hearing prep | 0.60 | 1,700.00 | 1,020.00 |
| 04/19/2023 | JG32 | Attend disclosure statement hearing (1.4); discussions with client regarding same (.5) | 1.90 | 1,875.00 | 3,562.50 |
| 04/19/2023 | JDE | Prepare notes for disclosure statement hearing (1.0); attend disclosure statement hearing (1.4) | 2.40 | 1,600.00 | 3,840.00 |
| 04/19/2023 | ML30 | Review attorney needs for disclosure statement hearing | 0.10 | 540.00 | 54.00 |
| 04/19/2023 | SMT1 | Review submissions and issues to prepare for hearing on disclosure statement order (1.7); attend hearing (1.4) | 3.10 | 855.00 | 2,650.50 |
| 04/21/2023 | ML30 | Correspond with S. Thomas re adjourned disclosure statement hearing | 0.10 | 540.00 | 54.00 |
| | **Subtotal:** | **B155 Court Hearings** | **12.10** | | **17,127.00** |

Case 22-90032 Document 2452 Filed in TXSB on 09/27/23 Page 130 of 214
Ex. 8 Page 130 of 215



| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B160** | | **Fee/Employment Applications** | | | |
| 04/24/2023 | JI2 | Prepare CNO re interim fee application (.5); review and revise February and March fee statements (1.7); emails with J. Evans re same (.1). | 2.30 | 1,125.00 | 2,587.50 |
| 04/24/2023 | MM57 | Draft CNO for PH first interim fee application (.3); correspond with J. Iaffaldano re: same (.1); correspond with J. Grogan re: same (.1) | 0.50 | 540.00 | 270.00 |
| 04/25/2023 | JTG4 | Review docket in connection with fee application (.3); emails with K. Peguero regarding Benz objection (.4); correspond with J. Evans, J. Iaffaldano and M. Magzamen about same (.4) | 1.10 | 1,700.00 | 1,870.00 |
| 04/25/2023 | JDE | Review and comment on fee application objection. | 0.50 | 1,600.00 | 800.00 |
| 04/26/2023 | JTG4 | Email with M. Magzamen re compensation procedures (.2); review same (.3); emails with S. Thomas, J. Evans regarding fee hearing (.4) | 0.90 | 1,700.00 | 1,530.00 |
| 04/27/2023 | MM57 | Review compensation procedures (.2); correspond with J. Grogan and J. Iaffaldano re same (.1) | 0.30 | 540.00 | 162.00 |
| 04/28/2023 | JTG4 | Emails with K. Peguero about fee hearing and related issues | 0.30 | 1,700.00 | 510.00 |
| | **Subtotal:** | **B160 Fee/Employment Applications** | **5.90** | | **7,729.50** |
| **B195** | | **Non-Working Travel** | | | |
| 04/18/2023 | JDE | Travel from New York, New York to Houston, Texas for disclosure statement hearing. (Bill at 1/2 rate) | 4.00 | 800.00 | 3,200.00 |
| 04/19/2023 | JDE | Travel from Houston, Texas to New York, New York after disclosure statement hearing (Bill at 1/2 rate) | 4.00 | 800.00 | 3,200.00 |
| | **Subtotal:** | **B195 Non-Working Travel** | **8.00** | | **6,400.00** |

---

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B211** | | **Financial Reports (Monthly Operating Reports)** | | | |
| 04/21/2023 | JTG4 | Review MORs | 0.50 | 1,700.00 | 850.00 |
| | **Subtotal:** | **B211 Financial Reports (Monthly Operating Reports)** | **0.50** | | **850.00** |
| **B260** | | **Board of Directors Matters** | | | |
| 04/03/2023 | JI2 | Prepare director invoice. | 0.50 | 1,125.00 | 562.50 |
| | **Subtotal:** | **B260 Board of Directors Matters** | **0.50** | | **562.50** |
| **B320** | | **Plan and Disclosure Statement (including Business Plan)** | | | |
| 04/07/2023 | JG32 | Review disclosure statement updates | 1.10 | 1,875.00 | 2,062.50 |
| 04/12/2023 | JG32 | Review disclosure statement updates (1.1); correspond with client regarding same (.6) | 1.70 | 1,875.00 | 3,187.50 |
| 04/17/2023 | JG32 | Review and comment on disclosure statement approval issues | 0.80 | 1,875.00 | 1,500.00 |
| 04/18/2023 | JTG4 | Analyze updated plan documents | 0.70 | 1,700.00 | 1,190.00 |
| 04/19/2023 | JTG4 | Review updated disclosure statement and plan | 1.70 | 1,700.00 | 2,890.00 |
| 04/20/2023 | JTG4 | Review updated plan and disclosure statement documents | 1.10 | 1,700.00 | 1,870.00 |
| 04/20/2023 | JTG4 | Review proposed disclosure statement order | 0.50 | 1,700.00 | 850.00 |
| 04/21/2023 | JTG4 | Review order approving disclosure statement, conditionally approved disclosure statement, and bondholder summary | 1.00 | 1,700.00 | 1,700.00 |
| 04/23/2023 | JG32 | Review and comment on litigation trust issues (.6); telephone conference with client on disclosure statement (.7) | 1.30 | 1,875.00 | 2,437.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/24/2023 | JTG4 | Review updated plan, disclosure statement, and bondholder treatment summary | 1.20 | 1,700.00 | 2,040.00 |
| | **Subtotal:** | **B320 Plan and Disclosure Statement (including Business Plan)** | **11.10** | | **19,727.50** |

| | Hours | Amount |
|---|---|---|
| **Total** | **56.20** | **76,142.00** |

**Timekeeper Summary**

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|---|---|---|---|---|---|
| JG32 | Jayme Goldstein | Partner | 8.70 | 1,875.00 | 16,312.50 |
| AM50 | Allison Miller | Partner | 1.10 | 1,725.00 | 1,897.50 |
| JTG4 | James T. Grogan | Partner | 21.40 | 1,700.00 | 36,380.00 |
| JDE | Jeremy D. Evans | Of Counsel | 2.90 | 1,600.00 | 4,640.00 |
| JDE | Jeremy D. Evans | Of Counsel | 8.00 | 800.00 | 6,400.00 |
| JI2 | Jack Iaffaldano | Associate | 2.80 | 1,125.00 | 3,150.00 |
| SMT1 | Schlea M. Thomas | Associate | 4.00 | 855.00 | 3,420.00 |
| ML30 | Mat Laskowski | Paralegal | 6.30 | 540.00 | 3,402.00 |
| MM57 | Michael Magzamen | Paralegal | 1.00 | 540.00 | 540.00 |

**Costs incurred and advanced**

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 04/03/2023 | Computer Search (Other) | | | 2.16 |
| 04/07/2023 | Airfare - Jeremy Evans; 03/23/2023; From/To: LGA/IAH/IAH/LGA; Airfare Class: Economy; Travel to Houston, Texas for the purpose of preparing for and attending Disclosure Statement hearing | | | 467.80 |
| 04/07/2023 | Travel Expense - Meals - Jeremy Evans; 03/27/2023; Restaurant: Marriott; City: Houston ; Dinner; Number of people: 1; Travel to Houston, Texas for the purpose of preparing for and attending Disclosure Statement hearing | | | 29.23 |

| | | |
|---|---|---|
| 04/07/2023 | Travel Expense - Meals - Jeremy Evans; 03/29/2023; Restaurant: JW Marriott; City: Houston; Dinner; Number of people: 1; Travel to Houston, Texas for the purpose of preparing for and attending Disclosure Statement hearing | 40.00 |
| 04/07/2023 | Travel Expense - Meals - Jeremy Evans; 03/28/2023; Restaurant: JW Marriott; City: Houston; Dinner; Number of people: 1; Travel to Houston, Texas for the purpose of preparing for and attending Disclosure Statement hearing | 40.00 |
| 04/07/2023 | Lodging - Jeremy Evans; 03/29/2023; Hotel: Marriott; Check-in date: 03/27/2023; Check-out date: 03/29/2023; Travel to Houston, Texas for the purpose of preparing for and attending Disclosure Statement hearing | 1,162.30 |
| 04/07/2023 | Taxi/Ground Transportation - Jeremy Evans; 03/27/2023; From/To: hotel/airport; Service Type: Uber; Time: 12:32; Travel to Houston, Texas for the purpose of preparing for and attending Disclosure Statement hearing | 113.09 |
| 04/07/2023 | Taxi/Ground Transportation - Jeremy Evans; 03/29/2023; From/To: airport/home; Service Type: Taxi; Time: 12:12; Travel to Houston, Texas for the purpose of preparing for and attending Disclosure Statement hearing | 60.24 |
| 04/07/2023 | Taxi/Ground Transportation - Jeremy Evans; 03/27/2023; From/To: airport/home; Service Type: Uber; Time: 12:32; Travel to Houston, Texas for the purpose of preparing for and attending Disclosure Statement hearing | 93.95 |
| 04/07/2023 | Taxi/Ground Transportation - Jeremy Evans; 03/27/2023; From/To: home/airport; Service Type: Taxi; Time: 12:32; Travel to Houston, Texas for the purpose of preparing for and attending Disclosure Statement hearing | 98.73 |
| 04/25/2023 | Computer Search (Other) | 0.09 |
| **Total Costs incurred and advanced** | | **$2,107.59** |

Case 22-90032 Document 2451-1 Filed in TXSB on 08/07/24 Page 174 of 204
Ex. 8



| | |
|---|---|
| **Current Fees and Costs** | **$78,249.59** |
| **Total Balance Due - Due Upon Receipt** | **$78,249.59** |

Case 22-90032 Document [illegible] Filed in TXSB on [illegible] Page 1 of 14
Ex. 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| GWG Holdings, Inc., *et al.*,[1] | ) | Case No. 22-90032 (MI) |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF SEVENTH MONTHLY FEE STATEMENT OF PAUL HASTINGS LLP, COUNSEL TO SEAN CLEMENTS AND THE CONFLICTS COMMITTEE OF THE BOARD OF DIRECTORS OF GWG DLP FUNDING IV, LLC FOR THE PERIOD FROM MAY 1, 2023 THROUGH MAY 31, 2023**

| | | |
|---|---|---|
| Name of applicant: | Paul Hastings LLP | |
| Applicant's Role in the Case: | Attorneys to Sean Clements and the Conflicts Committee of the board of directors of GWG DLP Funding IV, LLC ("DLP IV") | |
| Date Order of Employment Signed and Docket No.: | January 6, 2023 (effective as of October 31, 2022) [Docket No. 1325] | |
| | Beginning Date | End Date |
| Time period covered by this Statement: | 05/01/2023 | 05/31/2023 |
| Summary of Total Fees and Expenses Requested | | |
| Total fees requested in this Statement: | $57,089.60 (80% of $71,362.00) | |
| Total expenses requested in this Statement: | $1,614.84 | |
| Total fees and expenses requested in this Statement (excluding 20% holdback): | $72,976.84 | |
| Total fees and expenses requested in this Statement (including 20% holdback): | $58,704.44 | |
| Summary of Attorney Fees Requested | | |
| Total attorney fees requested in this Statement: | $65,746.00 | |

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: GWG Holdings, Inc. (2607); GWG Life, LLC (6955); GWG Life USA, LLC (5538), GWG DLP Funding IV, LLC (2589); GWG DLP Funding VI, LLC (6955); and GWG DLP Funding Holdings VI, LLC (6955). The location of Debtor GWG Holdings, Inc.'s principal place of business and the Debtors' service address is 325 N. St. Paul Street, Suite 2650 Dallas, TX 75201. Further information regarding the Debtors and these chapter 11 cases is available at the website of the Debtors' claims and noticing agent: https://donlinrecano.com/gwg.

| | |
|---|---|
| Total actual attorney hours covered by this Statement: | 44.00 |
| Average hourly rate for attorneys: | $1,494 |
| Summary of Paraprofessional Fees Requested | |
| Total paraprofessional fees requested in this Statement: | $5,616.00 |
| Total actual paraprofessional hours covered by this Statement: | 10.40 |
| Average hourly rate for paraprofessionals: | $540 |

In accordance with the *Corrected Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and (II) Granting Related Relief* [Docket No. 378] (the "Interim Compensation Order"),[2] Paul Hastings LLP ("Paul Hastings") respectfully submits this seventh monthly statement (the "Monthly Statement") and requests payment for services rendered and reimbursement of expenses incurred as counsel to Sean Clements and the Conflicts Committee of the board of directors of DLP IV in the above-captioned chapter 11 cases for the period from May 1, 2023 through and including May 31, 2023 (the "Fee Period") in the amounts set forth above.

**SERVICES RENDERED AND EXPENSES INCURRED**

1. Attached hereto as **Exhibit A** is a timekeeper summary that includes the name, title, department, bar admission, hourly billing rate, aggregate hours, and amount of fees earned for each Paul Hastings individual who provided services during the Fee Period.

2. Attached hereto as **Exhibit B** is a summary of Paul Hastings' services rendered and compensation sought, by project category, for the Fee Period.

3. Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Fee Period.

4. Attached hereto as **Exhibit D** are the fee statements of Paul Hastings for services provided during the Fee Period.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

<u>**NOTICE AND OBJECTION PROCEDURES**</u>

1. Notice of this Monthly Statement will be given to the following parties (collectively, the "<u>Application Recipients</u>"): (i) the Debtors c/o GWG Holdings, Inc., 325 N. St. Paul St., Suite 2650, Dallas, TX 75201, Attn: Timothy Evans; (ii) counsel to the Debtors, Mayer Brown LLP, 71 S. Wacker Drive, Chicago, IL 60606, Attn: Thomas S. Kiriakos; (iii) co-counsel to the Debtors, Jackson Walker LLP, 1401 McKinney Street, Suite 1900, Houston, TX 77010, Attn: Kristhy M. Peguero and Matthew D. Cavenaugh; (iv) counsel to the DIP Lender, Sidley Austin LLP, One South Dearborn, Chicago, IL 60603, Attn: Matthew A. Clemente; (v) counsel to Bank of Utah in its capacity as indenture trustee for the Bonds, Akin Gump Strauss Hauer & Feld LLP, 2001 K Street NW, Washington, D.C., 20006-1037, Attn: Scott Alberino; (vi) counsel to any statutory committee appointed in these cases; and (vii) the Office of the U.S. Trustee for the Southern District of Texas, 515 Rusk Street, Suite 3516, Houston, TX 77002, Attn: Hector Duran.

2. Objections to this Monthly Statement, if any, must be served upon the Application Recipients and the undersigned counsel by or before 4:00 p.m. (CT) on the fourteenth day after service of this Monthly Statement (the "<u>Objection Deadline</u>"), setting forth with specificity the objectionable fees or expenses, the amount of the disputed fees or expenses, and the basis for such objection. If no objections are received by the Objection Deadline, the Debtors shall promptly pay Paul Hastings 80 percent of the fees and 100 percent of the expenses identified in this Monthly Statement.

3. To the extent that an objection to this Monthly Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Monthly Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such objection is not resolved,

pursuant to the procedures set forth in the Interim Compensation Order, the objecting party shall file its objection with the Court and serve the objection on the Application Recipients and the undersigned counsel. Thereafter, Paul Hastings may either (a) file with the Court a response to the objection together with a request for payment of the appropriate portion of the disputed amount or (b) preserve and schedule the disputed amount for consideration at the next interim or final fee application hearing.

4. To the extent that time or disbursement charges for services rendered or disbursements incurred relate to the Fee Period, but were not processed before the preparation of this Monthly Statement, or Paul Hastings has for any other reason not sought compensation or reimbursement with respect to such services or expenses, Paul Hastings reserves the right to request additional compensation for such services, and reimbursement of such expenses, in a supplemental or future statement.

[*Remainder of page intentionally left blank*]

Case 23-90020 Document 2415 Filed in TXSB on 08/16/23 Page 5 of 21
Exhibit I Page 179 of 255

Dated: August 16, 2023
Houston, Texas

Respectfully submitted,

/s/ James T. Grogan III

**PAUL HASTINGS LLP**
James T. Grogan III (TX Bar No. 24027354)
600 Travis Street, 58th Floor
Houston, Texas 77002
Telephone: (713) 860-7300
Facsimile: (713) 353-3100
Email: jamesgrogan@paulhastings.com

-and-

Jayme T. Goldstein (admitted *pro hac vice*)
Daniel A Fliman (admitted *pro hac vice*)
Allison Miller (admitted *pro hac vice*)
Jeremy D. Evans (admitted *pro hac vice*)
John F. Iaffaldano (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: jaymegoldstein@paulhastings.com

*Counsel to Sean Clements and the Conflicts Committee of the board of directors of DLP IV*

## Exhibit A

### COMPENSATION BY PROFESSIONAL AND PARAPROFESSIONAL FOR FEE PERIOD

| | | | | Total for Fee Period | |
|---|---|---|---|---|---|
| **Name** | **Department or Group** | **Date of First Admission** | **Hourly Rate** | **Hours Billed** | **Amount** |
| Fliman, Dan | Corporate | 2003 | $1,725.00 | 2.70 | $4,657.50 |
| Goldstein, Jayme | Corporate | 2003 | $1,875.00 | 4.60 | $8,625.00 |
| Grogan, James | Corporate | 2000 | $1,700.00 | 16.30 | $27,710.00 |
| Miller, Allison | Corporate | 2004 | $1,725.00 | 1.70 | $2,932.50 |
| | | **Total Partner:** | | **25.30** | **$43,925.00** |
| Evans, Jeremy | Corporate | 2013 | $1,600.00 | 2.90 | $4,640.00 |
| | | **Total Counsel:** | | **2.90** | **$4,640.00** |
| Iaffaldano, Jack | Corporate | 2020 | $1,125.00 | 13.60 | $15,300.00 |
| Thomas, Schlea | Corporate | 2022 | $855.00 | 2.20 | $1,881.00 |
| | | **Total Associate:** | | **15.80** | **$17,181.00** |
| Laskowski, Mat | Paralegal | | $540.00 | 9.30 | $5,022.00 |
| Magzamen, Michel | Paralegal | | $540.00 | 1.10 | $594.00 |
| | | **Total Paraprofessional:** | | **10.40** | **$5,616.00** |
| | | **Total:** | | **54.40** | **$71,362.00** |

## Exhibit B

### COMPENSATION BY PROJECT CATEGORY FOR FEE PERIOD

| | Total for Fee Period | |
|---|---|---|
| U.S. Trustee Task Code and Project Category | Total Hours | Total Fees |
| B110 Case Administration | 5.80 | $9,026.00 |
| B113 Pleadings Review | 18.70 | $22,159.00 |
| B155 Court Hearings | 4.10 | $5,618.50 |
| B160 Employment / Fee Applications (Paul Hastings) | 8.90 | $10,941.00 |
| B260 Board of Directors Matters | 3.20 | $4,755.00 |
| B320 Plan and Disclosure Statement | 13.70 | $18,862.50 |
| **TOTAL** | **54.40** | **$71,362.00** |

**Exhibit C**

**EXPENSE SUMMARY FOR FEE PERIOD**

| Category | Total for Fee Period |
|---|---|
| Airfare | $577.80 |
| Lodging | $589.94 |
| Taxi/Ground Transportation | $407.10 |
| Meals | $40.00 |
| **TOTAL** | **$1,614.84** |

**<u>Exhibit D</u>**

**FEE STATEMENTS FOR FEE PERIOD**

**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Conflicts Committee of GWG DLP Funding IV, LLC
Suite 1200
220 South Sixth Street
Minneapolis, MN 55402

Attn: Sean Clements

July 28, 2023

Please Refer to
Invoice Number: 2366570

PH LLP Tax ID No. 95-2209675

---

**SUMMARY SHEET**

**Bankruptcy Case**
PH LLP Client/Matter # 51132-00002
Jayme Goldstein

| | |
|---|---|
| Legal fees for professional services for the period ending May 31, 2023 | $71,362.00 |
| Costs incurred and advanced | 1,614.84 |
| **Current Fees and Costs Due** | **$72,976.84** |
| **Total Balance Due - Due Upon Receipt** | **$72,976.84** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA 90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*

**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Conflicts Committee of GWG DLP Funding IV, LLC
Suite 1200
220 South Sixth Street
Minneapolis, MN 55402

Attn: Sean Clements

July 28, 2023

Please Refer to
Invoice Number: 2366570

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Bankruptcy Case**
PH LLP Client/Matter # 51132-00002
Jayme Goldstein

| | |
|---|---|
| Legal fees for professional services for the period ending May 31, 2023 | $71,362.00 |
| Costs incurred and advanced | 1,614.84 |
| **Current Fees and Costs Due** | **$72,976.84** |
| **Total Balance Due - Due Upon Receipt** | **$72,976.84** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA 90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*

**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Conflicts Committee of GWG DLP Funding IV, LLC
Suite 1200
220 South Sixth Street
Minneapolis, MN 55402

Attn: Sean Clements

July 28, 2023

Please Refer to
Invoice Number: 2366570

PH LLP Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending May 31, 2023

**Bankruptcy Case** **$71,362.00**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B110** | | **Case Administration** | | | |
| 05/01/2023 | ML30 | Update case calendars (.2); update distribution lists for case notice and pleadings (.2); correspond with J. Iaffaldano re hearing needs (.1). | 0.50 | 540.00 | 270.00 |
| 05/01/2023 | MM57 | Correspond with J. Iaffaldano re: case calendar | 0.20 | 540.00 | 108.00 |
| 05/03/2023 | JTG4 | Emails with M. Laskowski re case updates | 0.20 | 1,700.00 | 340.00 |
| 05/04/2023 | JTG4 | Emails with M. Laskowski re case updates | 0.20 | 1,700.00 | 340.00 |
| 05/04/2023 | ML30 | Update case calendars | 0.10 | 540.00 | 54.00 |
| 05/05/2023 | JTG4 | Emails with M. Laskowski re case updates | 0.20 | 1,700.00 | 340.00 |
| 05/08/2023 | JTG4 | Emails with M. Laskowski re case updates | 0.10 | 1,700.00 | 170.00 |
| 05/09/2023 | JTG4 | Emails with M. Laskowski re case updates | 0.20 | 1,700.00 | 340.00 |
| 05/11/2023 | JTG4 | Emails with M. Laskowski re case updates | 0.20 | 1,700.00 | 340.00 |
| 05/12/2023 | JTG4 | Emails with M. Laskowski re case updates | 0.20 | 1,700.00 | 340.00 |
| 05/15/2023 | JTG4 | Emails with M. Laskowski re case updates | 0.20 | 1,700.00 | 340.00 |
| 05/16/2023 | JTG4 | Emails with M. Laskowski re case updates | 0.20 | 1,700.00 | 340.00 |
| 05/17/2023 | JTG4 | Emails with M. Laskowski re case updates | 0.20 | 1,700.00 | 340.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/17/2023 | ML30 | Correspond with J. Iaffaldano re 5.18.23 hearing needs | 0.10 | 540.00 | 54.00 |
| 05/18/2023 | JTG4 | Emails with M. Laskowski re case updates | 0.20 | 1,700.00 | 340.00 |
| 05/18/2023 | JG32 | Review and prepare notes re case updates and going forward plan (.6); telephone conference with client to discuss same (.6) | 1.20 | 1,875.00 | 2,250.00 |
| 05/19/2023 | JTG4 | Emails with M. Laskowski re case updates | 0.20 | 1,700.00 | 340.00 |
| 05/22/2023 | JTG4 | Emails with M. Laskowski re case updates | 0.20 | 1,700.00 | 340.00 |
| 05/23/2023 | JTG4 | Emails with M. Laskowski re case updates | 0.20 | 1,700.00 | 340.00 |
| 05/24/2023 | JTG4 | Emails with M. Laskowski re case updates | 0.20 | 1,700.00 | 340.00 |
| 05/25/2023 | JTG4 | Emails with M. Laskowski re case updates | 0.20 | 1,700.00 | 340.00 |
| 05/26/2023 | JTG4 | Emails with M. Laskowski re case updates | 0.20 | 1,700.00 | 340.00 |
| 05/30/2023 | JTG4 | Emails with M. Laskowski re case updates | 0.20 | 1,700.00 | 340.00 |
| 05/31/2023 | JTG4 | Emails with M. Laskowski re case updates | 0.20 | 1,700.00 | 340.00 |
| | **Subtotal:** | **B110 Case Administration** | **5.80** | | **9,026.00** |

**B113 Pleadings Review**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/01/2023 | AM50 | Review recent court filings regarding exclusivity (.3); review updates from J. Evans regarding same (.2) | 0.50 | 1,725.00 | 862.50 |
| 05/01/2023 | JTG4 | Review ECF notices | 0.30 | 1,700.00 | 510.00 |
| 05/01/2023 | ML30 | Review recent filings and update working group re same | 0.40 | 540.00 | 216.00 |
| 05/02/2023 | JTG4 | Review ECF notices | 0.30 | 1,700.00 | 510.00 |
| 05/02/2023 | ML30 | Review recent filings and update working group re same | 0.40 | 540.00 | 216.00 |
| 05/03/2023 | JTG4 | Review ECF notices | 0.20 | 1,700.00 | 340.00 |
| 05/03/2023 | ML30 | Review recent filings and update working group re same | 0.20 | 540.00 | 108.00 |
| 05/04/2023 | JTG4 | Review ECF notices | 0.20 | 1,700.00 | 340.00 |
| 05/04/2023 | ML30 | Review recent filings and update working group re same | 0.40 | 540.00 | 216.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/05/2023 | JTG4 | Review ECF notices | 0.20 | 1,700.00 | 340.00 |
| 05/05/2023 | ML30 | Review recent filings and update working group re same | 0.20 | 540.00 | 108.00 |
| 05/08/2023 | JTG4 | Review recent filings | 0.20 | 1,700.00 | 340.00 |
| 05/08/2023 | ML30 | Review recent filings and update working group re same | 0.20 | 540.00 | 108.00 |
| 05/09/2023 | JTG4 | Review ECF notices | 0.20 | 1,700.00 | 340.00 |
| 05/09/2023 | ML30 | Review recent filings and update working group re same | 0.20 | 540.00 | 108.00 |
| 05/10/2023 | ML30 | Review recent filings and update working group re same | 0.20 | 540.00 | 108.00 |
| 05/11/2023 | JTG4 | Review ECF notices | 0.20 | 1,700.00 | 340.00 |
| 05/11/2023 | ML30 | Review recent filings and update working group re same | 0.20 | 540.00 | 108.00 |
| 05/12/2023 | JTG4 | Review ECF notices | 0.20 | 1,700.00 | 340.00 |
| 05/12/2023 | ML30 | Review recent filings and update working group re same | 0.20 | 540.00 | 108.00 |
| 05/15/2023 | JTG4 | Review ECF notices | 0.40 | 1,700.00 | 680.00 |
| 05/15/2023 | ML30 | Review recent filings and update working group re same | 0.20 | 540.00 | 108.00 |
| 05/16/2023 | JTG4 | Review ECF notices (.2); review Beneficient motion (.3) | 0.50 | 1,700.00 | 850.00 |
| 05/16/2023 | ML30 | Review recent filings and update case calendars and working group re same | 0.60 | 540.00 | 324.00 |
| 05/17/2023 | JTG4 | Review ECF notices and related pleadings | 0.40 | 1,700.00 | 680.00 |
| 05/17/2023 | ML30 | Review recent filings and update working group re same | 0.50 | 540.00 | 270.00 |
| 05/18/2023 | JTG4 | Review ECF notices (.2); review complaint against Fifth Season (.4) | 0.60 | 1,700.00 | 1,020.00 |
| 05/18/2023 | JG32 | Review recently filed pleadings | 0.70 | 1,875.00 | 1,312.50 |
| 05/18/2023 | ML30 | Review recent filings and update case calendars and working group re same | 0.40 | 540.00 | 216.00 |
| 05/19/2023 | JTG4 | Review ECF notices | 0.20 | 1,700.00 | 340.00 |
| 05/19/2023 | ML30 | Review recent filings and update working group re same | 0.30 | 540.00 | 162.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/22/2023 | JTG4 | Review ECF notices (.2); review Heppner / Ben Rule 2004 motion (.4) | 0.60 | 1,700.00 | 1,020.00 |
| 05/22/2023 | ML30 | Review recent filings and update working group re same | 0.50 | 540.00 | 270.00 |
| 05/23/2023 | JTG4 | Review ECF notices (.2); review new docket entries and related documents (.3) | 0.50 | 1,700.00 | 850.00 |
| 05/23/2023 | ML30 | Review recent filings and update working group re same | 0.60 | 540.00 | 324.00 |
| 05/24/2023 | JTG4 | Review ECF notices (.2); review exit credit agreement pleadings (.6) | 0.80 | 1,700.00 | 1,360.00 |
| 05/24/2023 | ML30 | Review recent filings and update case calendars and working group re same | 0.60 | 540.00 | 324.00 |
| 05/25/2023 | JTG4 | Review ECF notices and related pleadings | 0.50 | 1,700.00 | 850.00 |
| 05/25/2023 | ML30 | Review recent filings and update case calendars and working group re same | 1.00 | 540.00 | 540.00 |
| 05/26/2023 | JTG4 | Review ECF notices (.2); review L Bond Management emergency motion (.3) | 0.50 | 1,700.00 | 850.00 |
| 05/26/2023 | ML30 | Review recent filings and update working group re same | 0.40 | 540.00 | 216.00 |
| 05/30/2023 | JTG4 | Review ECF notices (.2); review Fifth Season motion (.3) | 0.50 | 1,700.00 | 850.00 |
| 05/30/2023 | ML30 | Review recent filings and update working group re same | 0.40 | 540.00 | 216.00 |
| 05/31/2023 | JTG4 | Review ECF notices | 0.20 | 1,700.00 | 340.00 |
| 05/31/2023 | JG32 | Review recently filed pleadings regarding open case issues and next steps | 1.20 | 1,875.00 | 2,250.00 |
| 05/31/2023 | ML30 | Review recent filings and update working group and case calendars re same | 0.50 | 540.00 | 270.00 |
| | **Subtotal:** | **B113 Pleadings Review** | **18.70** | | **22,159.00** |

**B155 Court Hearings**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/01/2023 | JI2 | Monitor hearing on Benz objections to fee applications | 0.50 | 1,125.00 | 562.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/01/2023 | JTG4 | Attend hearing on Benz objections to fee applications (.5); emails with J. Evans and J. Iaffaldano re outcome of hearing (.3) | 0.80 | 1,700.00 | 1,360.00 |
| 05/01/2023 | JDE | Attend fee application hearing. | 0.50 | 1,600.00 | 800.00 |
| 05/01/2023 | SMT1 | Prepare outline for hearing regarding compensation application (.4); attend hearing regarding same (.5) | 0.90 | 855.00 | 769.50 |
| 05/23/2023 | JTG4 | Prepare outline for upcoming hearing | 0.40 | 1,700.00 | 680.00 |
| 05/24/2023 | JTG4 | Attend hearing on Beneficient lift stay motion and protective order issues | 0.70 | 1,700.00 | 1,190.00 |
| 05/24/2023 | SMT1 | Attend portion of hearing regarding Beneficient lift stay motion | 0.30 | 855.00 | 256.50 |
| | **Subtotal:** | **B155 Court Hearings** | **4.10** | | **5,618.50** |

**B160 Fee/Employment Applications**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/01/2023 | JI2 | Emails with M. Magzamen re fee statements and CNO re same (.3); review interim compensation order (.2); revise fee statement (.4) | 0.90 | 1,125.00 | 1,012.50 |
| 05/01/2023 | JTG4 | Emails with M. Magzamen re CNO on PH fee statement (.3); review CNO (.2) | 0.50 | 1,700.00 | 850.00 |
| 05/01/2023 | MM57 | Correspond with J. Grogan re: order on fee application (.2); revise and e-file related CNO (.2) | 0.40 | 540.00 | 216.00 |
| 05/01/2023 | SMT1 | Draft certificate of no objection regarding first interim fee application | 1.00 | 855.00 | 855.00 |
| 05/02/2023 | JTG4 | Email with M. Laskowski re fee order (.1); review same (.1) | 0.20 | 1,700.00 | 340.00 |
| 05/04/2023 | JTG4 | Emails with J. Iaffaldano about monthly fee application (.5); review same (.3) | 0.80 | 1,700.00 | 1,360.00 |
| 05/04/2023 | MM57 | Correspond with J. Iaffaldano re: fee statements | 0.10 | 540.00 | 54.00 |
| 05/09/2023 | JI2 | Revise fee statements (.8); correspond with J. Grogan re same (.1) | 0.90 | 1,125.00 | 1,012.50 |
| 05/09/2023 | JTG4 | Review and revise monthly fee statements | 0.70 | 1,700.00 | 1,190.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/11/2023 | JI2 | Revise February fee statement (.5); revise March fee statement (.4); emails with J. Grogan re same (.2) | 1.10 | 1,125.00 | 1,237.50 |
| 05/11/2023 | JTG4 | Correspond with J. Iaffaldano regarding updated fee statements (.2); review and comment on same (.3) | 0.50 | 1,700.00 | 850.00 |
| 05/16/2023 | JTG4 | Emails with M. Magzamen about monthly fee statements | 0.30 | 1,700.00 | 510.00 |
| 05/16/2023 | MM57 | Review fee statements and e-file same | 0.40 | 540.00 | 216.00 |
| 05/31/2023 | JI2 | Revise April fee statement (.4); draft interim fee application (.7). | 1.10 | 1,125.00 | 1,237.50 |
| | **Subtotal:** | **B160 Fee/Employment Applications** | **8.90** | | **10,941.00** |

**B260 Board of Directors Matters**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/01/2023 | JI2 | Prepare invoice for S. Clements | 0.40 | 1,125.00 | 450.00 |
| 05/03/2023 | JI2 | Attend board call re plan issues | 0.50 | 1,125.00 | 562.50 |
| 05/16/2023 | JDE | Correspond and conference with S. Clements regarding tail coverage | 0.50 | 1,600.00 | 800.00 |
| 05/17/2023 | JDE | Prepare for and attend bi-weekly board meeting. | 0.50 | 1,600.00 | 800.00 |
| 05/24/2023 | JDE | Prepare for and attend board call. | 0.30 | 1,600.00 | 480.00 |
| 05/31/2023 | AM50 | Review updates from DLP IV board meeting. | 0.50 | 1,725.00 | 862.50 |
| 05/31/2023 | JDE | Prepare for and attend board call. | 0.50 | 1,600.00 | 800.00 |
| | **Subtotal:** | **B260 Board of Directors Matters** | **3.20** | | **4,755.00** |

**B320 Plan and Disclosure Statement (including Business Plan)**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/03/2023 | DF9 | Correspond with J. Iaffaldano re plan exculpation provisions (.4); analysis re same (.7) | 1.10 | 1,725.00 | 1,897.50 |

Case 22-90032 Document 2415-8 Filed in TXSB on 08/16/23 Page 192 of 215



| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/03/2023 | JI2 | Correspond with S. Clements re plan issues (.2); analyze plan issues and related case law and statutory authority (2.8); correspond with D. Fliman regarding exculpation provisions (.4) | 3.40 | 1,125.00 | 3,825.00 |
| 05/04/2023 | AM50 | Correspond with D. Fliman and J. Evans on recent developments | 0.70 | 1,725.00 | 1,207.50 |
| 05/04/2023 | DF9 | Call with J. Evans and client re plan exculpation provisions (.3); review caselaw re same (.8) | 1.10 | 1,725.00 | 1,897.50 |
| 05/04/2023 | JI2 | Analyze exculpation issues and related authority (.8); call with S. Clements re same (.4). | 1.20 | 1,125.00 | 1,350.00 |
| 05/04/2023 | JDE | Call with client and D. Fliman regarding plan exculpation provisions | 0.30 | 1,600.00 | 480.00 |
| 05/16/2023 | JI2 | Emails with J. Evans re plan exculpation issues. | 0.70 | 1,125.00 | 787.50 |
| 05/27/2023 | DF9 | Correspond with J. Evans re plan revisions (.2); review same (.3) | 0.50 | 1,725.00 | 862.50 |
| 05/29/2023 | JI2 | Emails with J. Evans and D. Fliman re exculpation issues (.2); analyze same and related precedent (.6). | 0.80 | 1,125.00 | 900.00 |
| 05/30/2023 | JI2 | Review case law re exculpation issues (1.6); call with J. Evans and Mintz & Gold re same (.3); emails with J. Evans re same (.2). | 2.10 | 1,125.00 | 2,362.50 |
| 05/30/2023 | JDE | Call with Mintz & Gold and J. Iaffaldano to discuss exculpations. | 0.30 | 1,600.00 | 480.00 |
| 05/31/2023 | JG32 | Review case updates from J. Evans regarding exculpation (1.1); correspond with client regarding same (.4) | 1.50 | 1,875.00 | 2,812.50 |
| | **Subtotal:** | **B320 Plan and Disclosure Statement (including Business Plan)** | **13.70** | | **18,862.50** |
| | **Total** | | **54.40** | | **71,362.00** |

**Timekeeper Summary**

---

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|---|---|---|---|---|---|
| JG32 | Jayme Goldstein | Partner | 4.60 | 1,875.00 | 8,625.00 |
| AM50 | Allison Miller | Partner | 1.70 | 1,725.00 | 2,932.50 |
| DF9 | Dan Fliman | Partner | 2.70 | 1,725.00 | 4,657.50 |
| JTG4 | James T. Grogan | Partner | 16.30 | 1,700.00 | 27,710.00 |
| JDE | Jeremy D. Evans | Of Counsel | 2.90 | 1,600.00 | 4,640.00 |
| JI2 | Jack Iaffaldano | Associate | 13.60 | 1,125.00 | 15,300.00 |
| SMT1 | Schlea M. Thomas | Associate | 2.20 | 855.00 | 1,881.00 |
| ML30 | Mat Laskowski | Paralegal | 9.30 | 540.00 | 5,022.00 |
| MM57 | Michael Magzamen | Paralegal | 1.10 | 540.00 | 594.00 |

**Costs incurred and advanced**

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 05/03/2023 | Airfare - Jeremy Evans; 04/18/2023; From/To: LGA/IAH; Airfare Class: Economy; Trip to Houston for client matter | | | 577.80 |
| 05/03/2023 | Travel Expense - Meals - Jeremy Evans; 04/18/2023; Restaurant: Pizza Hut; City: Houston; Dinner; Number of people: 1; Trip to Houston for client matter | | | 40.00 |
| 05/03/2023 | Lodging - Jeremy Evans; 04/19/2023; Hotel: Marriott; Check-in date: 04/18/2023; Check-out date: 04/19/2023; Trip to Houston for client matter | | | 589.94 |
| 05/03/2023 | Taxi/Ground Transportation - Jeremy Evans; 04/18/2023; From/To: Airport/Hotel; Service Type: Uber; Time: 22:03; Trip to Houston for client matter | | | 106.93 |
| 05/03/2023 | Taxi/Ground Transportation - Jeremy Evans; 04/19/2023; From/To: Hotel/Airport ; Service Type: Uber; Time: 15:56; Trip to Houston for client matter | | | 110.88 |
| 05/03/2023 | Taxi/Ground Transportation - Jeremy Evans; 04/18/2023; From/To: Home/Airport ; Service Type: Uber; Time: 17:03; Trip to Houston for client matter | | | 114.90 |

Case 23-90032 Document 2415 Filed in TXSB on 08/16/23 Page 194 of 204
Ex. 8



| | | |
|---|---|---|
| 05/03/2023 | Taxi/Ground Transportation - Jeremy Evans; 04/19/2023; From/To: Airport/Home; Service Type: Uber; Time: 12:02; Trip to Houston for client matter | 74.39 |

| | |
|---|---|
| **Total Costs incurred and advanced** | **$1,614.84** |

| | |
|---|---|
| **Current Fees and Costs** | **$72,976.84** |
| **Total Balance Due - Due Upon Receipt** | **$72,976.84** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| GWG Holdings, Inc., *et al.*,[1] | ) | Case No. 22-90032 (MI) |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF EIGHTH MONTHLY FEE STATEMENT OF PAUL HASTINGS LLP, COUNSEL TO SEAN CLEMENTS AND THE CONFLICTS COMMITTEE OF THE BOARD OF DIRECTORS OF GWG DLP FUNDING IV, LLC FOR THE PERIOD FROM JUNE 1, 2023 THROUGH JUNE 19, 2023**

| | | |
|---|---|---|
| Name of applicant: | Paul Hastings LLP | |
| Applicant's Role in the Case: | Attorneys to Sean Clements and the Conflicts Committee of the board of directors of GWG DLP Funding IV, LLC ("DLP IV") | |
| Date Order of Employment Signed and Docket No.: | January 6, 2023 (effective as of October 31, 2022) [Docket No. 1325] | |
| | Beginning Date | End Date |
| Time period covered by this Statement: | 06/01/2023 | 06/19/2023 |
| Summary of Total Fees and Expenses Requested | | |
| Total fees requested in this Statement: | $60,883.20 (80% of $76,104.00) | |
| Total expenses requested in this Statement: | $1,962.36 | |
| Total fees and expenses requested in this Statement (excluding 20% holdback): | $78,066.36 | |
| Total fees and expenses requested in this Statement (including 20% holdback): | $62,845.56 | |
| Summary of Attorney Fees Requested | | |
| Total attorney fees requested in this Statement: | $73,620.00 | |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: GWG Holdings, Inc. (2607); GWG Life, LLC (6955); GWG Life USA, LLC (5538), GWG DLP Funding IV, LLC (2589); GWG DLP Funding VI, LLC (6955); and GWG DLP Funding Holdings VI, LLC (6955). The location of Debtor GWG Holdings, Inc.'s principal place of business and the Debtors' service address is 325 N. St. Paul Street, Suite 2650 Dallas, TX 75201. Further information regarding the Debtors and these chapter 11 cases is available at the website of the Debtors' claims and noticing agent: https://donlinrecano.com/gwg.

| | |
|---|---|
| Total actual attorney hours covered by this Statement: | 56.30 |
| Average hourly rate for attorneys: | $1,308 |
| Summary of Paraprofessional Fees Requested | |
| Total paraprofessional fees requested in this Statement: | $2,484.00 |
| Total actual paraprofessional hours covered by this Statement: | 4.60 |
| Average hourly rate for paraprofessionals: | $540 |
| | |

In accordance with the *Corrected Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and (II) Granting Related Relief* [Docket No. 378] (the "Interim Compensation Order"),[2] Paul Hastings LLP ("Paul Hastings") respectfully submits this eighth monthly statement (the "Monthly Statement") and requests payment for services rendered and reimbursement of expenses incurred as counsel to Sean Clements and the Conflicts Committee of the board of directors of DLP IV in the above-captioned chapter 11 cases for the period from June 1, 2023 through and including June 19, 2023 (the "Fee Period") in the amounts set forth above.

**SERVICES RENDERED AND EXPENSES INCURRED**

1. Attached hereto as **Exhibit A** is a timekeeper summary that includes the name, title, department, bar admission, hourly billing rate, aggregate hours, and amount of fees earned for each Paul Hastings individual who provided services during the Fee Period.

2. Attached hereto as **Exhibit B** is a summary of Paul Hastings' services rendered and compensation sought, by project category, for the Fee Period.

3. Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Fee Period.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

4. Attached hereto as **Exhibit D** are the fee statements of Paul Hastings for services provided during the Fee Period.

**NOTICE AND OBJECTION PROCEDURES**

1. Notice of this Monthly Statement will be given to the following parties (collectively, the "Application Recipients"): (i) the Debtors c/o GWG Holdings, Inc., 325 N. St. Paul St., Suite 2650, Dallas, TX 75201, Attn: Timothy Evans; (ii) counsel to the Debtors, Mayer Brown LLP, 71 S. Wacker Drive, Chicago, IL 60606, Attn: Thomas S. Kiriakos; (iii) co-counsel to the Debtors, Jackson Walker LLP, 1401 McKinney Street, Suite 1900, Houston, TX 77010, Attn: Kristhy M. Peguero and Matthew D. Cavenaugh; (iv) counsel to the DIP Lender, Sidley Austin LLP, One South Dearborn, Chicago, IL 60603, Attn: Matthew A. Clemente; (v) counsel to Bank of Utah in its capacity as indenture trustee for the Bonds, Akin Gump Strauss Hauer & Feld LLP, 2001 K Street NW, Washington, D.C., 20006-1037, Attn: Scott Alberino; (vi) counsel to any statutory committee appointed in these cases; and (vii) the Office of the U.S. Trustee for the Southern District of Texas, 515 Rusk Street, Suite 3516, Houston, TX 77002, Attn: Hector Duran.

2. Objections to this Monthly Statement, if any, must be served upon the Application Recipients and the undersigned counsel by or before 4:00 p.m. (CT) on the fourteenth day after service of this Monthly Statement (the "Objection Deadline"), setting forth with specificity the objectionable fees or expenses, the amount of the disputed fees or expenses, and the basis for such objection. If no objections are received by the Objection Deadline, the Debtors shall promptly pay Paul Hastings 80 percent of the fees and 100 percent of the expenses identified in this Monthly Statement.

3. To the extent that an objection to this Monthly Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Monthly

Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such objection is not resolved, pursuant to the procedures set forth in the Interim Compensation Order, the objecting party shall file its objection with the Court and serve the objection on the Application Recipients and the undersigned counsel. Thereafter, Paul Hastings may either (a) file with the Court a response to the objection together with a request for payment of the appropriate portion of the disputed amount or (b) preserve and schedule the disputed amount for consideration at the next interim or final fee application hearing.

4. To the extent that time or disbursement charges for services rendered or disbursements incurred relate to the Fee Period, but were not processed before the preparation of this Monthly Statement, or Paul Hastings has for any other reason not sought compensation or reimbursement with respect to such services or expenses, Paul Hastings reserves the right to request additional compensation for such services, and reimbursement of such expenses, in a supplemental or future statement.

[*Remainder of page intentionally left blank*]

Dated: August 16, 2023
Houston, Texas

Respectfully submitted,

/s/ James T. Grogan III

**PAUL HASTINGS LLP**
James T. Grogan III (TX Bar No. 24027354)
600 Travis Street, 58th Floor
Houston, Texas 77002
Telephone: (713) 860-7300
Facsimile: (713) 353-3100
Email: jamesgrogan@paulhastings.com

-and-

Jayme T. Goldstein (admitted *pro hac vice*)
Daniel A Fliman (admitted *pro hac vice*)
Allison Miller (admitted *pro hac vice*)
Jeremy D. Evans (admitted *pro hac vice*)
John F. Iaffaldano (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: jaymegoldstein@paulhastings.com

*Counsel to Sean Clements and the Conflicts Committee of the board of directors of DLP IV*

## Exhibit A

### COMPENSATION BY PROFESSIONAL AND PARAPROFESSIONAL FOR FEE PERIOD

| | | | | Total for Fee Period | |
|---|---|---|---|---|---|
| **Name** | **Department or Group** | **Date of First Admission** | **Hourly Rate** | **Hours Billed** | **Amount** |
| Fliman, Dan | Corporate | 2003 | $1,725.00 | 0.50 | $862.50 |
| Goldstein, Jayme | Corporate | 2003 | $1,875.00 | 5.50 | $10,312.50 |
| Grogan, James | Corporate | 2000 | $1,700.00 | 16.00 | $27,200.00 |
| Miller, Allison | Corporate | 2004 | $1,725.00 | 0.80 | $1,380.00 |
| | | **Total Partner:** | | **22.80** | **$39,755.00** |
| Evans, Jeremy | Corporate | 2013 | $1,600.00 | 6.80 | $10,880.00 |
| Evans, Jeremy (Travel) | Corporate | 2013 | $800.00 (Bill at ½ rate) | 16.30 | $13,040.00 |
| | | **Total Counsel:** | | **23.10** | **$23,920.00** |
| Iaffaldano, Jack | Corporate | 2020 | $1,125.00 | 3.90 | $4,387.50 |
| Thomas, Schlea | Corporate | 2022 | $855.00 | 6.50 | $5,557.50 |
| | | **Total Associate:** | | **10.40** | **$9,945.00** |
| Laskowski, Mat | Paralegal | | $540.00 | 4.00 | $2,160.00 |
| Magzamen, Michel | Paralegal | | $540.00 | 0.60 | $324.00 |
| | | **Total Paraprofessional:** | | **4.60** | **$2,484.00** |
| | | **Total:** | | **60.90** | **$76,104.00** |

# Exhibit B

## COMPENSATION BY PROJECT CATEGORY FOR FEE PERIOD

| | Total for Fee Period | |
|---|---|---|
| **U.S. Trustee Task Code and Project Category** | **Total Hours** | **Total Fees** |
| B110 Case Administration | 0.90 | $1,547.50 |
| B113 Pleadings Review | 7.40 | $8,520.00 |
| B155 Court Hearings | 17.90 | $24,235.00 |
| B160 Employment / Fee Applications (Paul Hastings) | 0.90 | $1,012.50 |
| B195 Non-Working Travel | 16.30 | $13,040.00 |
| B260 Board of Directors Matters | 2.10 | $2,995.00 |
| B320 Plan and Disclosure Statement | 15.40 | $24,754.00 |
| **TOTAL** | **60.90** | **$76,104.00** |

# Exhibit C

## EXPENSE SUMMARY FOR FEE PERIOD

| Category | Total for Fee Period |
|---|---:|
| Airfare | $567.80 |
| Lodging | $903.22 |
| Taxi/Ground Transportation | $451.34 |
| Meals | $40.00 |
| **TOTAL** | **$1,962.36** |

**<u>Exhibit D</u>**

**FEE STATEMENTS FOR FEE PERIOD**

**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Conflicts Committee of GWG DLP Funding IV, LLC
Suite 1200
220 South Sixth Street
Minneapolis, MN 55402

Attn: Sean Clements

August 8, 2023

Please Refer to
Invoice Number: 2367578

PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Bankruptcy Case**
PH LLP Client/Matter # 51132-00002
Jayme Goldstein

| | |
|---|---|
| Legal fees for professional services for the period ending June 19, 2023 | $76,104.00 |
| Costs incurred and advanced | 1,962.36 |
| **Current Fees and Costs Due** | **$78,066.36** |
| **Total Balance Due - Due Upon Receipt** | **$78,066.36** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA 90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*

PAUL HASTINGS

**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Conflicts Committee of GWG DLP Funding IV, LLC
Suite 1200
220 South Sixth Street
Minneapolis, MN 55402

Attn: Sean Clements

August 8, 2023

Please Refer to
Invoice Number: 2367578

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Bankruptcy Case**
PH LLP Client/Matter # 51132-00002
Jayme Goldstein

| | |
|---|---|
| Legal fees for professional services for the period ending June 19, 2023 | $76,104.00 |
| Costs incurred and advanced | 1,962.36 |
| **Current Fees and Costs Due** | **$78,066.36** |
| **Total Balance Due - Due Upon Receipt** | **$78,066.36** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email. We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA 90189-4803

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*

**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Conflicts Committee of GWG DLP Funding IV, LLC
Suite 1200
220 South Sixth Street
Minneapolis, MN 55402

Attn: Sean Clements

August 8, 2023

Please Refer to
Invoice Number: 2367578

PH LLP Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending June 19, 2023

**Bankruptcy Case** **$76,104.00**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B110** | **Case Administration** | | | | |
| 06/05/2023 | JTG4 | Email with M. Laskowski re case update | 0.20 | 1,700.00 | 340.00 |
| 06/07/2023 | JTG4 | Email with M. Laskowski re case update | 0.20 | 1,700.00 | 340.00 |
| 06/08/2023 | JTG4 | Review and update case calendar (.2); emails with M. Laskowski about same and new pleadings (.2) | 0.40 | 1,700.00 | 680.00 |
| 06/14/2023 | JG32 | Review case updates | 0.10 | 1,875.00 | 187.50 |
| | **Subtotal:** | **B110 Case Administration** | **0.90** | | **1,547.50** |
| **B113** | **Pleadings Review** | | | | |
| 06/01/2023 | JTG4 | Review recent pleadings and docket update | 0.40 | 1,700.00 | 680.00 |
| 06/01/2023 | ML30 | Review recent filings and update case calendars and working group re same | 0.60 | 540.00 | 324.00 |
| 06/02/2023 | JTG4 | Review recent pleadings and docket update | 0.40 | 1,700.00 | 680.00 |
| 06/02/2023 | ML30 | Review recent filings and update working group re same | 0.30 | 540.00 | 162.00 |
| 06/03/2023 | JTG4 | Review ECF notices | 0.20 | 1,700.00 | 340.00 |

---

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/05/2023 | JTG4 | Review ECF notices | 0.40 | 1,700.00 | 680.00 |
| 06/05/2023 | ML30 | Review recent filings and update case calendars and working group re same | 0.40 | 540.00 | 216.00 |
| 06/06/2023 | JTG4 | Review recent pleadings, ECF notices, mediation stipulation, and related docket update | 0.60 | 1,700.00 | 1,020.00 |
| 06/06/2023 | ML30 | Review recent filings and update working group re same | 0.40 | 540.00 | 216.00 |
| 06/07/2023 | JTG4 | Review Beneficient objection | 0.30 | 1,700.00 | 510.00 |
| 06/07/2023 | ML30 | Review recent filings and update working group re same | 0.40 | 540.00 | 216.00 |
| 06/08/2023 | JTG4 | Review ECF notices and motion to sell Beneficient shares | 0.50 | 1,700.00 | 850.00 |
| 06/08/2023 | ML30 | Review recent filings and update case calendars and working group re same | 0.60 | 540.00 | 324.00 |
| 06/09/2023 | JTG4 | Review docket update from M. Laskowski | 0.20 | 1,700.00 | 340.00 |
| 06/09/2023 | ML30 | Review recent filings and update working group re same | 0.40 | 540.00 | 216.00 |
| 06/12/2023 | JTG4 | Review docket update from M. Magzamen | 0.20 | 1,700.00 | 340.00 |
| 06/12/2023 | MM57 | Review recent docket/ECF filings and update calendars and working group re: same | 0.10 | 540.00 | 54.00 |
| 06/13/2023 | JTG4 | Review docket update from M. Magzamen (.2); review ECF notices (.5) | 0.70 | 1,700.00 | 1,190.00 |
| 06/13/2023 | MM57 | Review recent docket/ECF filings and update calendars and working group re: same | 0.10 | 540.00 | 54.00 |
| 06/14/2023 | MM57 | Review recent docket/ECF filings and update calendars and working group re: same | 0.10 | 540.00 | 54.00 |
| 06/15/2023 | MM57 | Review recent filings and update calendars and working group re: same | 0.10 | 540.00 | 54.00 |
| | **Subtotal:** | **B113 Pleadings Review** | **7.40** | | **8,520.00** |

---

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B155 Court Hearings** | | | | | |
| 06/02/2023 | JTG4 | Call with S. Thomas regarding upcoming hearing | 0.20 | 1,700.00 | 340.00 |
| 06/02/2023 | SMT1 | Telephone conference with J. Grogan regarding hearing on 6/5/23 | 0.20 | 855.00 | 171.00 |
| 06/12/2023 | JTG4 | Review agenda for June 13 hearing and prepare notes for same | 0.60 | 1,700.00 | 1,020.00 |
| 06/13/2023 | JI2 | Attend hearing on motion to allow claims for voting purposes and motion to sell Beneficient shares | 0.40 | 1,125.00 | 450.00 |
| 06/13/2023 | JTG4 | Correspond with S. Thomas and J. Evans regarding June 15, 2023 hearing (.3); review submissions in preparation for same (.9); attend hearing on motion to allow claims for voting purposes and motion to sell Beneficient shares (.4) | 1.60 | 1,700.00 | 2,720.00 |
| 06/13/2023 | SMT1 | Correspond with J. Grogan and J. Evans regarding confirmation hearing (.2); attend hearing regarding motion to allow claims for voting purposes and motion to sell Beneficient shares following de-SPAC transactions (.4) | 0.60 | 855.00 | 513.00 |
| 06/15/2023 | JI2 | Attend plan confirmation hearing | 1.60 | 1,125.00 | 1,800.00 |
| 06/15/2023 | JTG4 | Review additional confirmation pleadings and proposed order to prepare for confirmation hearing (3.1); attend confirmation hearing (1.6); correspond with J. Evans and S. Thomas regarding hearing prep and case updates (.6) | 5.30 | 1,700.00 | 9,010.00 |
| 06/15/2023 | JDE | Review submissions and supplement hearing notes for plan confirmation hearing (.9); attend plan confirmation hearing (1.6) | 2.50 | 1,600.00 | 4,000.00 |
| 06/15/2023 | MM57 | Submit electronic appearances for hearing | 0.20 | 540.00 | 108.00 |
| 06/15/2023 | SMT1 | Review submissions and cases in preparation for confirmation hearing (1.7); prepare reference documents for confirmation hearing (1.3); attend plan confirmation hearing (1.6) | 4.60 | 855.00 | 3,933.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/19/2023 | JTG4 | Review W&E list from Beneficent | 0.10 | 1,700.00 | 170.00 |
| | **Subtotal:** | **B155 Court Hearings** | **17.90** | | **24,235.00** |

**B160 Fee/Employment Applications**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/09/2023 | JI2 | Draft April fee statement (.2); draft interim fee application (.7) | 0.90 | 1,125.00 | 1,012.50 |
| | **Subtotal:** | **B160 Fee/Employment Applications** | **0.90** | | **1,012.50** |

**B195 Non-Working Travel**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/14/2023 | JDE | Travel from New York, NY to Houston, TX for confirmation hearing. (Bill at 1/2 rate) | 10.50 | 800.00 | 8,400.00 |
| 06/16/2023 | JDE | Travel from Houston, TX to New York, NY from confirmation hearing. (Bill at 1/2 rate) | 5.80 | 800.00 | 4,640.00 |
| | **Subtotal:** | **B195 Non-Working Travel** | **16.30** | | **13,040.00** |

**B260 Board of Directors Matters**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/03/2023 | JI2 | Prepare director invoice (.3); emails with S. Clements re same (.1); emails with L. Chiappetta (Mayer Brown) re same (.1) | 0.50 | 1,125.00 | 562.50 |
| 06/14/2023 | JI2 | Attend board meeting with J. Evans (.4); emails with D. Fliman and J. Evans re same (.1) | 0.50 | 1,125.00 | 562.50 |
| 06/14/2023 | JG32 | Correspond with J. Evans and client regarding case plan and next steps | 0.40 | 1,875.00 | 750.00 |
| 06/14/2023 | JDE | Review plan issues and prepare outline for board meeting (.3); attend board meeting with J. Iaffaldano (.4) | 0.70 | 1,600.00 | 1,120.00 |
| | **Subtotal:** | **B260 Board of Directors Matters** | **2.10** | | **2,995.00** |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B320** | | **Plan and Disclosure Statement (including Business Plan)** | | | |
| 06/05/2023 | JTG4 | Review and analyze plan objections | 0.70 | 1,700.00 | 1,190.00 |
| 06/05/2023 | JDE | Review and analyze plan, disclosure statement, and supporting documents | 1.50 | 1,600.00 | 2,400.00 |
| 06/05/2023 | ML30 | Correspond with J. Iaffaldano re plan objections and responses (.2); research regarding same (.6); follow up correspondence with J. Iaffaldano regarding same (.1) | 0.90 | 540.00 | 486.00 |
| 06/08/2023 | DF9 | Correspond with J. Evans re plan provisions and exculpations. | 0.50 | 1,725.00 | 862.50 |
| 06/09/2023 | JTG4 | Review updated plan documents and new plan objections | 0.80 | 1,700.00 | 1,360.00 |
| 06/09/2023 | JDE | Review and analyze plan modifications. | 0.80 | 1,600.00 | 1,280.00 |
| 06/12/2023 | AM50 | Review recent case updates regarding Plan releases for independent directors | 0.30 | 1,725.00 | 517.50 |
| 06/13/2023 | JDE | Review recent docket filings in anticipation of confirmation hearing. | 0.50 | 1,600.00 | 800.00 |
| 06/14/2023 | AM50 | Follow up correspondence with J. Evans regarding certain plan provisions | 0.50 | 1,725.00 | 862.50 |
| 06/14/2023 | JTG4 | Emails with S. Thomas and J. Evans re June 15 confirmation hearing (.6); prepare for same by reviewing amended plan and related confirmation documents (1.4) | 2.00 | 1,700.00 | 3,400.00 |
| 06/14/2023 | JG32 | Analyze submissions and issues regarding plan confirmation and hearing | 1.70 | 1,875.00 | 3,187.50 |
| 06/14/2023 | JG32 | Review certain recently filed pleadings regarding confirmation | 0.70 | 1,875.00 | 1,312.50 |
| 06/14/2023 | JDE | Analyze plan comments | 0.80 | 1,600.00 | 1,280.00 |
| 06/14/2023 | SMT1 | Review submissions in preparation for confirmation hearing on 6/15/23 | 1.10 | 855.00 | 940.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/15/2023 | JG32 | Analyze and comment on plan confirmation matters (1.4); telephone conference with client regarding same (.4); review submissions related to plan confirmation and hearing (.8) | 2.60 | 1,875.00 | 4,875.00 |
| | **Subtotal:** | **B320 Plan and Disclosure Statement (including Business Plan)** | **15.40** | | **24,754.00** |
| | **Total** | | **60.90** | | **76,104.00** |

**Timekeeper Summary**

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|---|---|---|---|---|---|
| JG32 | Jayme Goldstein | Partner | 5.50 | 1,875.00 | 10,312.50 |
| AM50 | Allison Miller | Partner | 0.80 | 1,725.00 | 1,380.00 |
| DF9 | Dan Fliman | Partner | 0.50 | 1,725.00 | 862.50 |
| JTG4 | James T. Grogan | Partner | 16.00 | 1,700.00 | 27,200.00 |
| JDE | Jeremy D. Evans | Of Counsel | 6.80 | 1,600.00 | 10,880.00 |
| JDE | Jeremy D. Evans | Of Counsel | 16.30 | 800.00 | 13,040.00 |
| JI2 | Jack Iaffaldano | Associate | 3.90 | 1,125.00 | 4,387.50 |
| SMT1 | Schlea M. Thomas | Associate | 6.50 | 855.00 | 5,557.50 |
| ML30 | Mat Laskowski | Paralegal | 4.00 | 540.00 | 2,160.00 |
| MM57 | Michael Magzamen | Paralegal | 0.60 | 540.00 | 324.00 |

**Costs incurred and advanced**

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 06/28/2023 | Airfare - Jeremy Evans; 06/14/2023; From/To: LGA/IAH; Airfare Class: Economy; trip to Houston, Texas regarding attending Confirmation hearing | | | 567.80 |

Conflicts Committee of GWG DLP Funding IV, LLC
51132-00002
Invoice No. 2367578



---

| | | |
|---|---|---|
| 06/28/2023 | Travel Expense - Meals - Jeremy Evans; 06/15/2023; Restaurant: Morton's ; City: Houston ; Dinner; Number of people: 1; trip to Houston, Texas regarding attending Confirmation hearing | 40.00 |
| 06/28/2023 | Lodging - Jeremy Evans; 06/16/2023; Hotel: Marriott; Check-in date: City: Houston; 06/14/2023; Check-out date: 06/16/2023; trip to Houston, Texas regarding attending Confirmation hearing | 903.22 |
| 06/28/2023 | Taxi/Ground Transportation - Jeremy Evans; 06/16/2023; From/To: Airport/Home ; Service Type: Uber; Time: 11:30; trip to Houston, Texas regarding attending Confirmation hearing | 102.74 |
| 06/28/2023 | Taxi/Ground Transportation - Jeremy Evans; 06/16/2023; From/To: Hotel/Airport ; Service Type: Uber; Time: 05:28; trip to Houston, Texas regarding attending Confirmation hearing | 117.57 |
| 06/28/2023 | Taxi/Ground Transportation - Jeremy Evans; 06/15/2023; From/To: Airport/Hotel ; Service Type: Uber; Time: 01:24; trip to Houston, Texas regarding attending Confirmation hearing | 145.73 |
| 06/28/2023 | Taxi/Ground Transportation - Jeremy Evans; 06/14/2023; From/To: Home/Airport ; Service Type: Uber; Time: 17:15; trip to Houston, Texas regarding attending Confirmation hearing | 85.30 |
| **Total Costs incurred and advanced** | | **$1,962.36** |

| | |
|---|---|
| **Current Fees and Costs** | **$78,066.36** |
| **Total Balance Due - Due Upon Receipt** | **$78,066.36** |

# <u>EXHIBIT C</u>

## PROPOSED ORDER

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| GWG Holdings, Inc., *et al.*,[1] | ) | Case No. 22-90032 (MI) |
| Debtors. | ) | (Jointly Administered) |

**FINAL ORDER ALLOWING COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES**
**(Docket No. _____)**

The Court has considered the *Third Interim and Final Fee Application of Paul Hastings LLP, Counsel to Sean Clements and the Conflicts Committee of the Board of Directors of GWG DLP Funding IV, LLC, for Allowance and Payment of Fees and Expenses for the Period from May 1, 2023 Through June 19, 2023* (the "Application") filed by Paul Hastings LLP (the "Applicant"). The Court orders:

1. Applicant is allowed compensation and reimbursement of expenses in the amount of $151,043.20 for the interim period set forth in the Application.

2. The compensation and reimbursement of expenses allowed in this Order and all previous interim allowances of compensation and reimbursement of expenses are approved on a final basis.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: GWG Holdings, Inc. (2607); GWG Life, LLC (6955); GWG Life USA, LLC (5538), GWG DLP Funding IV, LLC (2589); GWG DLP Funding VI, LLC (6955); and GWG DLP Funding Holdings VI, LLC (6955). The location of Debtor GWG Holdings, Inc.'s principal place of business and the Debtors' service address is 325 N. St. Paul Street, Suite 2650 Dallas, TX 75201. Further information regarding the Debtors and these chapter 11 cases is available at the website of the Debtors' claims and noticing agent: https://donlinrecano.com/gwg.

Case 22-90032 Document 1245 Filed in TXSB on 08/21/23 Page 2 of 214

3. The Debtors are authorized to disburse any unpaid amounts allowed by paragraphs 1 or 2 of this Order.

Dated: _____________, 2023
Houston, Texas

________________________________________
THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

# Exhibit J

Meghan Dawson McElvy
Texas State Bar No. 24065127
BRADLEY ARANT BOULT CUMMINGS LLP
600 Travis Street, Suite 5600
Houston, Texas 77002
Tel. 713.576.0314
mmcelvy@bradley.com

George H. Barber
Texas State Bar No. 01705650
BRADLEY ARANT BOULT CUMMINGS LLP
1445 Ross Avenue, Suite 3600
Dallas, TX 75202
Phone: (214) 939-8700
Fax: (214) 939-8787
Email: gbarber@bradley.com
***ATTORNEYS FOR STEVEN WEBSTER***

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Case Number 22-30500-swe7** |
| | ) | **(Involuntary Proceeding)** |
| **DENNIS JAMES ROGERS, II,** | ) | |
| | ) | |
| | ) | |
| **Debtor.** | | |

# <u>DECLARATION OF MEGHAN DAWSON MCELVY IN SUPPORT OF STEVEN WEBSTER'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. §§ 503(b)(3)(a) AND 503(b)(4)</u>

I, Meghan Dawson McElvy, declare under penalty of perjury as follows:

## Introduction

1. My name is Meghan Dawson McElvy. I am over the age of 21, of sound mind, and fully competent to make this declaration (the "Declaration"). The facts and matters set forth in this Declaration are based upon my personal knowledge and are true and correct. The opinions contained herein are based on my education, training, and experience.

2. I submit this Declaration in support of *Creditor Steven Webster's Application for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. §§ 503(b)(3) and 503(b)(4)*[1] (the "Application") filed concurrently herewith. Except as otherwise indicated herein, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

3. I am an attorney duly licensed by the State of Texas. I have been licensed to practice law in Texas since November 2009, and I am also admitted to practice in the Southern, Northern, Eastern, and Western Districts of Texas, and the United States Court of Appeals for the Fifth Circuit. I am a partner in the law firm of Bradley Arant Boult Cummings LLP, located at 600 Travis Street, Suite 5600, Houston, Texas 77002 ("Bradley"). I worked at the law firm of Baker Botts L.L.P. ("Baker Botts"), located at 910 Louisiana Street, Houston, Texas 77002, from November 2009 through December 2022. I transferred to Bradley from Baker Botts in December 2022. I am currently practicing law in Houston, Harris County, Texas and have practiced law in Houston, Harris County, Texas since 2009. I am in good standing with the State Bar of Texas.

4. Based on my nearly 15 years of experience practicing law in Texas, I am familiar with the usual and customary rates charged by other attorneys in and around Harris County and Dallas County, Texas (among other areas) for services of a similar nature to those described in this Declaration.

5. In June 2020, Steven Webster ("Webster") retained Baker Botts, with me serving as lead counsel, to pursue Texas state court claims against Dennis James Rogers, II ("Debtor") in Dallas County District Court arising from a fraudulent fuel auction scheme through which Debtor

1 Capitalized terms used but not otherwise defined herein shall have the same meanings as ascribed to them in the Application.

stole $4.41 million from Webster and $2.142 million from Webster's associate Dennis Woods, for a total of $6.552 million (the "State Court Action"). Shortly after the State Court Action was filed, Debtor voluntarily and unilaterally returned Woods' $2.142 million, but Webster has never been repaid. The State Court Action was eventually resolved in 2021 through an Agreed Final Judgment that awarded Webster $6.25 million in compensatory damages plus pre- and post-judgment interest. Because Debtor refused to pay the Agreed Final Judgment, I began to pursue post-judgment discovery against him, which the Debtor also refused to answer, invoking the Fifth Amendment. Eventually the judge in the State Court Action overruled the Debtor's objections and compelled him to provide answers. When Debtor still refused to comply with the Court's orders, he was jailed for two weeks for contempt. It was only after his release from jail that we finally received Debtor's post-judgment discovery responses in late 2021 and learned that Debtor owed over $21 million to 28 creditors, all of which he described as "past due." Troublingly, further research confirmed that numerous of those creditors had sued Debtor and obtained judgments or default judgments, including for fraud.

6. Shortly thereafter and as a result of learning the foregoing information, in January 2020, with Webster's consent, my colleagues at Baker Botts and I began working on the Involuntary Chapter 7 Petition against the Debtor (the "Involuntary Petition"). Given the serial fraudulent conduct by Debtor, it became clear that it would be necessary and prudent to simultaneously file an Emergency Motion for Appointment of an Interim Chapter 7 Trustee (the "Emergency Interim Trustee Motion") and to set same for an emergency hearing. I then located three other creditors willing to join Webster as petitioning creditors through one of the lawsuits that had been filed against Debtor (collectively, the "Petitioning Creditors"). Those other petitioning creditors besides

Webster were Angela Garbiso and Russell and Debra Van Cleve, and their counsel was (and remains) David Miller of Schneider Miller Reynolds, P.C. ("SMR").

7. I consulted with Mr. Miller to understand the background of his clients' claims and judgments against the Debtor. However, as counsel for Webster, Baker Botts did all of the legal work (research, investigation, drafting, etc.) necessary to prepare the Involuntary Petition and the Emergency Interim Trustee Motion. Mr. Miller with SMR merely reviewed the fully researched and prepared filings and provided assent to them on behalf of his clients. This is further borne out by the fact that none of the other petitioning creditors has, at the time of filing this Declaration, submitted an application for an administrative expense claim under 11 U.S.C. §§ 503(b)(3) and 503(b)(4).

8. On March 22, 2022, we filed the Involuntary Petition and the Emergency Interim Trustee Motion against the Debtor pursuant to 11 U.S.C. § 303 in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division (the "Bankruptcy Case"). Like the State Court Action, I have personal knowledge of this Bankruptcy Case, having participated in and overseen the work performed in connection with the matter for over two years now, and discussed the matter several times along the way with Webster. I remain lead counsel for Webster in the Bankruptcy Case to this day.

9. On April 20, 2022, after the Debtor failed to answer the Involuntary Petition, Webster filed an Emergency Motion of the Petitioning Creditors for Entry of an Order for Relief in an Involuntary Case (the "Emergency Motion to Compel Order for Relief"), along with a motion for expedited hearing on the same.

10. The Court held a hearing on the Emergency Motion to Compel Order for Relief on April 25, 2022, and entered the Order for Relief on April 26, 2022.

11. In the Application, Webster seeks allowance an administrative expense for $330,586.85 for reimbursement of actual and necessary expenses and for legal services rendered during the period from January 1, 2022 through and including April 26, 2023 (the "Involuntary Petition Period"), a summary of which is provided below.

12. I have reviewed the Application filed on Webster's behalf. To the best of my knowledge, the statements contained in the Application are true and correct.

**Billing Process**

13. I was (and remain) the billing attorney for the Bankruptcy Case and have reviewed each invoice for work performed on this matter before Baker Botts or Bradley sent the invoice to Webster. I ensured that each time entry was reasonable for each particular task. Where time appeared excessive given the nature of the work, I reduced it or wrote it off completely before the invoice went out. Additionally, Baker Botts applied a substantial 25% discount to the fees charged to Webster in relation to the Involuntary Petition, the Emergency Interim Trustee Motion, and the Emergency Motion to Compel Order for Relief.

14. Webster reviewed each invoice prior to paying Baker Botts, and paid all of the fees and expenses presented in the Application.

**Work Performed**

15. While I was a partner at Baker Botts, the Bankruptcy Case was primarily handled by a three-person team including associate Kristen M. Jacobsen, bankruptcy partner David Eastlake, and myself. Associates Christopher Tutunjian and Emily Rohles provided research support. We also had paralegal staff support in Dallas (Rory Fontenla and Jessica Aquino) and in Houston (Kendall Black Sherman). Due to the nature of the research and documentation required to adequately support the Involuntary Petition and the Emergency Interim Trustee Motion, we also

employed the services of Baker Botts' research librarians, including Cynthia Montalvo, Christine Davis and Richard Pravata (who alternated responding to different requests according to their schedules and availability). In order to prepare for the emergency evidentiary hearing on the Involuntary Petition and the Emergency Interim Trustee Motion, which involved several witnesses and over 100 exhibits and was expected to last approximately two days (i.e., a mini-trial), and was not resolved until the last minute on Saturday March 26, 2022 by agreement with Debtor, we also had limited assistance from an evidence graphics specialist, Christi Acciarri. Senior partner Travis Sales was involved to a very limited degree to help examine witnesses as needed at the anticipated two-day emergency evidentiary hearing.

16. The Involuntary Petition and the Emergency Interim Trustee Motion required a significant amount of time, skill, and labor to adequately research and prepare. Not only was it necessary to establish that Debtor was not paying numerous debts as and when they were due, but it was critical to prove up a pattern of fraud to support that an interim trustee was necessary in the gap period to prevent loss to the estate.

17. During the Involuntary Petition Period, Webster's counsel diligently and efficiently provided legal services to Webster as a petitioning creditor that were reasonable, necessary and appropriate. As set out in the Application, after months of legal wrangling to untangle the Debtor's fraudulent schemes, and only after the Debtor had been jailed for two weeks, did the Petitioning Creditors learn that the Debtor had over $21 million in "past due" debts to 28 creditors, little non-exempt personal property and negative annual net income of approximately –$96,000 to –$126,000. Faced with this information and having serious concerns that the Debtor may have absconded with his assets to intentionally put them out of the reach of his creditors, Webster was left with no alternative but to commence this Bankruptcy Case.

18. Once the Involuntary Petition was on file, the Debtor's long pattern of misleading and deceptive conduct and the serious threat of dissipation of assets forced the Petitioning Creditors to file the Interim Trustee Motion and to request an emergency hearing. The tangled nature of the Debtor's affairs and illegitimate business dealings increased the complexity of preparing and filing both the Involuntary Petition and the Interim Trustee Motion. As Webster's counsel, we repeatedly attempted to negotiate a resolution with the Debtor regarding appointment of an Interim Trustee but were unable to reach an agreement until Saturday, March 26, 2022. As a result, we had to prepare for an anticipated two-day hearing featuring testimony from multiple witnesses and over one hundred potential exhibits.

19. In sum, Webster incurred attorneys' fees and costs during the Involuntary Petition Period for (i) investigating the legal and factual basis for filing the Involuntary Petition; (ii) preparing and filing the Involuntary Petition; (iii) investigating the legal and factual basis for appointment of an interim trustee and preparing and filing the Emergency Interim Trustee Motion; (iv) coordinating with other petitioning creditors on the Involuntary Petition and the Emergency Interim Trustee Motion; (v) conferring with the Debtor pre- and post-petition on the Emergency Interim Trustee Motion; (vi) preparing for the emergency hearing on the Involuntary Petition and Emergency Interim Trustee Motion; (vii) researching, preparing and filing the Emergency Motion to Compel Entry of Order for Relief; and (viii) preparing for and conducting the hearing on the Emergency Motion for Entry of Order for Relief and submitting the necessary form of order to the Court following the hearing.

20. These services were necessary to address a multitude of critical issues in support of the Involuntary Petition. It is my belief that Webster's counsel's services have greatly benefitted and helped to maximize the value of the Debtor's estate. Indeed, but for the expenses Webster alone

shouldered (on top of Debtor refusing to return his $4.41 million), there likely would not be a bankruptcy case, a trustee, special counsel for the trustee to pursue claims on a contingent fee basis, or recovery for anyone except a few lucky creditors.

**Fees and Expenses**

21. Webster incurred a total of $323,898.24 in attorneys' fees and $6,688.61 in expenses on Webster's behalf related to the Involuntary Petition and the related Emergency Interim Trustee Motion and Emergency Motion to Compel Order for Relief.

22. The hours worked by the Baker Botts attorneys and the total fees and expenses incurred by Webster are detailed below. It is my opinion that the time and expenses incurred by counsel in its representation of Webster was reasonable and necessary.

| Name and Position of Professional Person | Department and Date/State of First Admission (if applicable) | Hourly Billing Rate | Total Billed Hours | Total Amount Billed[2] |
|---|---|---|---|---|
| David R. Eastlake, Partner | Financial Restructuring, 2007 New York | $1,305 | 112.48 | $113,399.61 |
| Travis Sales, Partner | Litigation, 1987 Texas | 1,350 | 9.50 | $ 9,618.75 |
| Meghan McElvy, Partner | Litigation, 2008 Texas | $1,130 | 74.05 | $ 64,729.23 |
| Kristen M. Jacobsen, Associate | Financial Restructuring, 2017 Texas | $860 | 82.80 | $ 53,406.00 |
| Christopher Tutunjian, Associate | Litigation, 2018 Texas | $860 | 62.70 | $ 41,512.20 |
| Emily Rohles | Litigation, 2021 Texas | $580 | 31.40 | $ 14,021.50 |
| Rory Fontenla | Senior Paralegal | $410 | 67.4 | $ 21,740.25 |
| Jessica Aquino | Paralegal | $370 | 1.20 | $ 351.50 |
| Kendall Sherman | Paralegal | $370 | 2.20 | $ 610.50 |

[2] Total Billed amount includes a 15% discount for January 2022 fees of **$1,489.80**, a 25% discount for March 2022 fees of **$83,114.03** and a 25% discount for April fees of **$12,814.31**.

| | | | | |
|---|---|---|---|---|
| Christine Davis | Research Librarian | $270 | 0.20 | $ 40.50 |
| Cynthia Montalvo | Research Librarian | $270 | 8.10 | $ 1,798.20 |
| Richard Pravata | Research Librarian | $270 | 2.10 | $ 425.25 |
| Christi Acciarri | Litigation Graphics | $365 | 8.20 | $ 2,244.75 |
| | | **Total** | **462.3** | **$323,898.24** |

| **Fees Category** | **Total Billed Hours** | **Total Billed Amount**[1] |
|---|---|---|
| Fact gathering, investigations, and research | 95.1 | $ 62,401.20 |
| Drafting and attention to court filings for pleadings, briefs and exhibits/witness lists | 191.8 | $138,955.66 |
| Preparation for and appearance at hearing on involuntary petition and emergency motion for appointment of interim Chapter 7 trustee; follow up on same | 147.5 | $ 98,923.13 |
| Preparation for and appearance at hearing on emergency motion for entry of order for relief; follow up on same | 27.9 | $ 23,618.25 |
| | **Total** | **$323,898.24** |

| **Expense Category** | **Amount** |
|---|---|
| Filing Fees | $338.00 |
| Records, certified copies | $2,354.12 |
| Hearing related travel and costs | $3,950.36 |
| Mailings | $46.13 |
| **Total** | **$6,688.61** |

23. It is my opinion that these effective hourly rates are customary and reasonable rates for services of the type performed in this matter and are consistent with or lower than those charged by Baker Botts and comparable firms in other similar matters. Furthermore, the primary expenses were for copies and online research, mailing, hearing expenses and filing fees. Computer research is charged at the provider's cost, and other charges such as postage, overnight mailings and hearing

expenses are charged at actual cost. In providing reimbursable expenses, Baker Botts did not make a profit on that expense, whether the service was performed in-house or through a third party.

24. Attached as Exhibit E to the Application is the Declaration of David Eastlake that was filed in June 2022 in support of Webster's prior Motion for Sanctions in relation to Debtor's failed Motion to Convert. *See* Dkt. No. 64. Exhibit 1 to Mr. Eastlake's Declaration is a report detailing attorney rates in 2021 from other large law firms in the Dallas, Houston and Austin areas. Additionally, several other fee applications from 2022 reflect similar or higher rates than those charged Webster in relation to the Involuntary Petition, the Emergency Interim Trustee Motion, and the Emergency Motion to Compel Order for Relief. *See* Application at Exhibits F–I. Collectively, these materials demonstrate that the attorneys' fees Webster seeks to recover through the application are reasonable and customary.

**A. Overview of *First Colonial* Factors**

25. Based on my 15 years of experience as a Texas complex commercial litigator, and having worked closely with David Eastlake, an experienced Texas restructuring attorney, on the related Emergency Interim Trustee Motion and Emergency Motion to Compel Order for Relief, it is my opinion and testimony that the legal services rendered by Baker Botts in this matter have been reasonable and necessary. It is also my opinion and testimony that the fees charged by Baker Botts for those services have all been reasonable and necessary.

26. In reaching these opinions, I considered the factors set forth in *Matter of First Colonial Corporation of America,* 544 F.2d 1291 (5th Cir. 1977) (quoting *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717–19 (5th Cir. 1974)), which include:

- time and labor required;
- novelty and difficulty of the issues;

- skill required to perform the legal services properly;
- preclusion of other employment;
- customary fee;
- whether the fee is fixed or contingent;
- time limitations imposed by client or circumstances;
- amount involved and results obtained;
- experience, reputation and ability of the attorneys;
- undesirability of the case
- nature and length of the professional relationship with the client; and
- award in similar cases

27. I am also aware that in determining the amount of reasonable compensation to be awarded, the Court will consider the similar factors set forth in 11 U.S.C. § 330(a)(3). I have likewise taken those factors into account in respect of Webster's Application.

28. Webster's counsel are experienced lawyers with a respected reputation, who worked as efficiently as possible to secure the best result for their clients. In the course of our representation through the date of entry of the Order for Relief, we not only succeeded on the petition for involuntary bankruptcy, but also successfully obtained an interim chapter 7 trustee, who became the Trustee once the petition was granted. The Trustee has since successfully brought funds back into the estate and is continuing to pursue potential recoveries for the benefit of all creditors.

29. It is my opinion that this Court should award Webster $330,586.85, which is the total sum of the reasonable attorneys' fees, costs, and expenses Webster actually incurred in connection with the Involuntary Petition and the related Emergency Interim Trustee Motion and Emergency Motion to Compel Order for Relief.

**B. Segregation of Fees**

30. The fees that Webster seeks to recover in the Application were incurred in preparing and pursuing to successful completion the Involuntary Petition, the Emergency Interim Trustee Motion, and the Order for Relief.

31. I have made a good faith effort to segregate out any fees and expenses that were not related to those efforts in the Application. Consistent with past practice for invoices in the State Court Action, Webster did not require the time spent for each task to be specified in his invoices for the Bankruptcy Case. However, the time and cost entries that form the basis of the recovery sought in this Application clearly relate to the Involuntary Petition, the Emergency Interim Trustee Motion, and the Emergency Motion to Compel Order for Relief and, where applicable, have been reduced to account for unrelated time.

**Conclusion**

32. Webster incurred a total of $323,898.24 in attorneys' fees and $6,688.61 in expenses related to the Involuntary Petition, the Emergency Interim Trustee Motion, and the Emergency Motion to Compel Order for Relief, for a grand total of $330,586.85. It is my opinion that those are reasonable and necessary amounts that should be approved as an administrative expense for Webster.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed: August 14, 2024
Houston, Texas

/s/
Meghan Dawson McElvy