DocuSign Envelope ID: 462F6DCA-BC1B-4993-8126-A74FB70C44BC
Case 23-30633-swe7 Doc 1-1 Filed 04/03/24 Entered 04/03/24 14:21:31 Desc Main
Document Page 1 of 6

Case 23-30635-swe7 Doc 261-10 Filed 04/23/24 Entered 04/23/24 17:14:21 Desc Exhibit 10 Page 1 of 7


EXHIBIT
Trustee 10

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Northern__ District of __Texas__
(State)

Case number (*If known*): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☒ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**

   Animo Services, LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

   d/b/a GloriFi

4. **Debtor's federal Employer Identification Number (EIN)**

   ☒ Unknown

   __ __ – __ __ __ __ __ __ __
   EIN

5. **Debtor's address**

   **Principal place of business**

   11700 Preston Road, Suite 660-394
   Number    Street

   _____

   Dallas            TX      75230
   City             State    ZIP Code

   Dallas
   County

   **Mailing address, if different**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City           State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____

   _____
   City           State   ZIP Code

Official Form 205          Involuntary Petition Against a Non-Individual          page 1

*Ex. Pg. 2221*

Debtor ___Animo Services, LLC_____   Case number (if known)_____
      Name

| | | |
|---|---|---|
| **6.** | **Debtor's website** (URL) | ___www.glorifi.com___ |

| | | |
|---|---|---|
| **7.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| **8.** | **Type of debtor's business** | *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☒ None of the types of business listed. |
| | | ☐ Unknown type of business. |

| | | |
|---|---|---|
| **9.** | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☒ No |
| | | ☐ Yes. Debtor _____   Relationship _____ |
| | |      District _____ Date filed _____ Case number, if known_____ |
| | |                                                       MM / DD / YYYY |
| | |      Debtor _____   Relationship _____ |
| | |      District _____ Date filed _____ Case number, if known_____ |
| | |                                                         MM / DD / YYYY |

**Part 3:   Report About the Case**

| | | |
|---|---|---|
| **10.** | **Venue** | *Check one:* |
| | | ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| **11.** | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
| | | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
| | | *At least one box must be checked*: |
| | | ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
| | | ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| **12.** | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☒ No |
| | | ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Official Form 205                                          Involuntary Petition Against a Non-Individual                             page 2

Debtor ____Animo Services, LLC_____   Case number *(if known)*_____
        Name

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | ___See Addendum 1_____ | _____ | $ _____ |
| | _____ | _____ | $ _____ |
| | _____ | _____ | $ _____ |
| | | Total of petitioners' claims | $ _____ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

___MBO Partners, Inc._____
Name

___20405 Exchange Street_____
Number   Street

___Ashburn_____  ___VA___  ___20147___
City                                         State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

___David Cassar_____
Name

___20405 Exchange Street_____
Number   Street

___Ashburn_____  ___VA___  ___20147___
City                                         State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  ___01/04/2023_____
           MM / DD / YYYY

X  *David Cassar* (DocuSigned by: 3CFE23A45E2C4E9...)   Chief Administration Officer
Signature of petitioner or representative, including representative's title

**Attorneys**

___Justin M. Mertz_____
Printed name

___Michael Best & Friedrich LLP_____
Firm name, if any

___790 N. Water Street, Suite 2500_____
Number   Street

___Milwaukee_____  ___WI___  ___53202___
City                                          State        ZIP Code

Contact phone   ___414-225-4972____   Email _jmmertz@michaelbest.com___

Bar number   ___1056938_____

State   ___Wisconsin (N.D. Tex. Bankr. pending)___

X  *Justin M. Mertz* (DocuSigned by: 46B9284D4B144CC...)
Signature of attorney

Date signed   ___01/03/2023_____
           MM / DD / YYYY

Debtor   Animo Services, LLC
         Name

Case number (if known) _____

### Name and mailing address of petitioner

The Great Realization, LLC
Name

10601 Clarence Drive, Suite 250
Number   Street

Frisco              TX        75033-3867
City                State     ZIP Code

### Name and mailing address of petitioner's representative, if any

Miles Everson
Name

10601 Clarence Drive, Suite 250
Number   Street

Frisco              TX        75033-3867
City                State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   01/04/2023
              MM / DD / YYYY

✗ *Miles Everson*                Managing Member
  —517AD0C148D2420—
Signature of petitioner or representative, including representative's title

Justin M. Mertz
Printed name

Michael Best & Friedrich LLP
Firm name, if any

790 N. Water Street, Suite 2500
Number   Street

Milwaukee           WI        53202
City                State     ZIP Code

Contact phone   414-225-4972    Email  jmmertz@michaelbest.com

Bar number   1056938

State        Wisconsin (N.D. Tex. Bankr. pending)

✗ _____
Signature of attorney

Date signed   01/03/2023
              MM / DD / YYYY

---

### Name and mailing address of petitioner

McLaren Strategic Solutions, Inc.
Name

One Park Plaza, Suite 600
Number   Street

Irvine              CA        92614
City                State     ZIP Code

### Name and mailing address of petitioner's representative, if any

John Vilina
Name

One Park Plaza, Suite 600
Number   Street

Irvine              CA        92614
City                State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   01/04/2023
              MM / DD / YYYY

✗ *John Vilina*              Chief Financial Officer
  —B004D6CF96104FE—
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number   Street

_____
City                State     ZIP Code

Contact phone   _____    Email  _____

Bar number   _____

State        _____

✗ _____
Signature of attorney

Date signed   _____
              MM / DD / YYYY

---

Official Form 205              Involuntary Petition Against a Non-Individual              page 4

**Ex. Pg. 2224**

Debtor  ___Animo Services, LLC_____     Case number (if known)_____
        Name

**Name and mailing address of petitioner**

__EastBanc Technologies, LLC_____
Name

__1211 31st Street, N.W._____
Number    Street

__Washington_____ __DC_____ __20007_____
City                                  State               ZIP Code

**Name and mailing address of petitioner's representative, if any**

__Philippe Lanier_____
Name

__1211 31st Street, N.W._____
Number    Street

__Washington_____ __DC_____ __20007_____
City                                  State               ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __01/04/2023_____
                   MM / DD / YYYY

✗ *Philippe Lanier* _____ Authorized Person
   DocuSigned by: A408BFB5543B407
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____ _____ _____
City                           State        ZIP Code

Contact phone _____ Email _____

Bar number   _____

State          _____

✗ _____
Signature of attorney

Date signed   __01/03/2023_____
                    MM / DD / YYYY

---

**Name and mailing address of petitioner**

__Kublr, LLC_____
Name

__1211 31st Street, N.W._____
Number    Street

__Washington_____ __DC_____ __20007_____
City                                  State               ZIP Code

**Name and mailing address of petitioner's representative, if any**

__Philippe Lanier_____
Name

__1211 31st Street, N.W._____
Number    Street

__Washington_____ __DC_____ __20007_____
City                                  State               ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __01/04/2023_____
                   MM / DD / YYYY

✗ *Philippe Lanier* _____ Authorized Person
   DocuSigned by: A408BFB5543B407
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____ _____ _____
City                           State        ZIP Code

Contact phone _____ Email _____

Bar number   _____

State          _____

✗ _____
Signature of attorney

Date signed   __01/03/2023_____
                    MM / DD / YYYY

Debtor     __Animo Services, LLC_____     Case number *(if known)*_____
            Name

---

**Name and mailing address of petitioner**

__Unqork, Inc._____
Name

__85 5th Ave., 6th Floor_____
Number    Street

__New York_____ __NY_____ __10003____
City             State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

__Daniel Murphy_____
Name

__85 5th Ave., 6th Floor_____
Number    Street

__New York_____ __NY_____ __10003____
City             State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __01/04/2023_____
              MM / DD / YYYY

**X** *Daniel Murphy*    __Chief Financial Officer__
Signature of petitioner or representative, including representative's title

---

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____ _____ _____
City            State      ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

**X** _____
Signature of attorney

Date signed _____
           MM / DD / YYYY

---

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____ _____ _____
City            State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____ _____ _____
City            State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    _____
              MM / DD / YYYY

**X** _____
Signature of petitioner or representative, including representative's title

---

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____ _____ _____
City            State      ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

**X** _____
Signature of attorney

Date signed _____
           MM / DD / YYYY

---

## Addendum 1
## to Involuntary Petition

| | Name of Petitioner | Nature of Petitioner's Claim | Amount of Claim |
|---|---|---|---:|
| 1 | MBO Partners, Inc. | Services Provided/Contract | $1,326,841.45 |
| 2 | The Great Realization, LLC | Services Provided/Contract | $122,199.54 |
| 3 | McLaren Strategic Solutions, Inc. | Services Provided/Contract | $889,019.50 |
| 4 | EastBanc Technologies, LLC | Services Provided/Contract | $2,179,789.60 |
| 5 | Kublr, LLC | Services Provided/Contract | $268,306.00 |
| 6 | Unqork, Inc. | Services Provided/Contract | $3,955,502.50 |
| | | Total | $8,741,658.59 |

Case 23-00035-swe7 Doc 261-10 Filed 01/04/24 Entered 01/04/24 15:17:31 Desc Addendum 1 to Voluntary Petition Page 1 of 1

Ex. Pg. 2227