

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

*Michelle V. Larson*

**Signed July 8, 2024**

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 23-30035-mvl7 |
| | § | |
| ANIMO SERVICES, LLC, | § | (Chapter 7) |
| | § | |
| DEBTOR. | § | Hon. Michelle V. Larson |
| | § | |

### AGREED ORDER GRANTING APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES OF COUNSEL FOR THE PETITIONING CREDITORS

On May 22, 2024, Michael Best & Friedrich LLP ("**Michael Best**") as counsel to MBO Partners, Inc., The Great Realization, LLC, McLaren Strategic Solutions, Inc., EastBanc Technologies, LLC, Kublr, LLC, and Unqork, Inc. (collectively, the "**Petitioning Creditors**") submitted its *Application for Allowance and Payment of Administrative Expenses of Counsel for the Petitioning Creditors* (the "**Application**" Dkt. 67-68) pursuant to 11 U.S.C. §§ 503(b)(1), 503(b)(3)(A) and 503(b)(4). The Application requested $62,757.00 in fees and $0.00 of costs. The chapter 7 trustee, Areya Holder Aurzada, (the "**Trustee**") filed an objection (the "**Objection**") to the Application as Dkt. No. 70.

**EXHIBIT**

**Trustee 11**

Ex. Pg. 2228

Michael Best and the Trustee have engaged in discussions to resolve the Objection. Accordingly, Michael Best has agreed to reduce its total fee request to $41,000 as reflected in this Agreed Order, which resolves the Objection.

The Court has reviewed the record and considered the Application, the Objection, and all other relevant documents and papers filed in this action. Now fully advised, the Court hereby finds as follows:

A. Notice of the Application was appropriate under the circumstances.

B. The requested compensation, as reduced pursuant to the parties' agreement, is reasonable and necessary for the services rendered in light of the nature of this case.

Accordingly, IT IS HEREBY ORDERED:

1. The Trustee's Objection is fully resolved by this Agreed Order.

2. The Application, as modified herein, is GRANTED.

3. Michael Best's fees in a reduced amount of $41,000.00 and costs of $0.00 incurred from December 1, 2022 through May 21, 2024 are ALLOWED.

4. The Trustee shall pay the allowed amounts to Michael Best on a pro rata basis and in a manner consistent with the payment of any other allowed Administrative Expenses of this case.

### END OF ORDER ###

| | |
|---|---|
| *Prepared By:* | *Agreed as to form by:* |
| Justin M. Mertz, Esq. | Kenneth A. Hill |
| Wisconsin Bar No. 1056938 | Quilling, Selander, Lawnds, Winslett & Moser |
| MICHAEL BEST & FRIEDRICH LLP | 2001 Bryan Street, Suite 1800 |
| 790 N. Water Street, Suite 2500 | Dallas, TX 75201 |
| Milwaukee, WI 53202-4108 | Tel (214) 880-1834 |
| Tel (414) 271-6560 | kenhill@qslwm.com |
| jmmertz@michaelbest.com | *Attorneys for the Trustee* |

*Ex. Pg. 2229*