# Northern District of Texas
# Claims Register

### 23-30035-mvl7 Animo Services, LLC

EXHIBIT
Trustee 12

| | |
|---|---|
| **Judge:** Michelle V. Larson | **Chapter:** 7 |
| **Office:** Dallas | **Last Date to file claims:** 08/29/2024 |
| **Trustee:** Areya Holder | **Last Date to file (Govt):** |

| Creditor: (20079699) Davis & Jones, LLC  Attn: Patrick R. Thesing - File No. 114963  Arlington, TX 76006 | **Claim No: 1**  *Original Filed Date*: 03/15/2023  *Original Entered Date*: 03/15/2023 | *Status:*  *Filed by:* CR  *Entered by:* Admin  *Modified:* |
|---|---|---|
| Amount claimed: $41880.59 | | |
| *History:* | | |
| Details   1-1   03/15/2023 Claim #1 filed by Davis & Jones, LLC, Amount claimed: $41880.59 (Admin) | | |
| *Description:* | | |
| *Remarks:* (1-1) Account Number (last 4 digits):0353 | | |

| Creditor: (20088839) Transmit Security, Inc.  500 Boylston Street  Suite 2570  Boston, MA 02116 | **Claim No: 2**  *Original Filed Date*: 03/27/2023  *Original Entered Date*: 03/27/2023 | *Status:*  *Filed by:* CR  *Entered by:* Admin  *Modified:* |
|---|---|---|
| Amount claimed: $595375.00 | | |
| *History:* | | |
| Details   2-1   03/27/2023 Claim #2 filed by Transmit Security, Inc., Amount claimed: $595375.00 (Admin) | | |
| *Description:* | | |
| *Remarks:* | | |

| Creditor: (20167147) Oracle America, Inc.  c/o Shawn M. Christianson, Esq.  Buchalter PC  425 Market St., Suite 2900  San Francisco, CA 94105 | **Claim No: 3**  *Original Filed Date*: 06/06/2023  *Original Entered Date*: 06/06/2023 | *Status:*  *Filed by:* AT  *Entered by:* Shawn M. Christianson  *Modified:* |
|---|---|---|
| Amount claimed: $40407.83 | | |
| *History:* | | |
| Details   3-1   06/06/2023 Claim #3 filed by Oracle America, Inc., Amount claimed: $40407.83 (Christianson, Shawn) | | |
| *Description:* | | |
| *Remarks:* | | |

| Creditor: (20238126) Insurance Services Office, Inc.  Mathew Wapner  McCarter & English, LLP  100 Mulberry Street, Four Gateway Center  Newark, NJ 07102 | **Claim No: 4**  *Original Filed Date*: 09/05/2023  *Original Entered Date*: 09/05/2023 | *Status:*  *Filed by:* CR  *Entered by:* Admin  *Modified:* |
|---|---|---|
| *History:* | | |
| Details   4-1   09/05/2023 Claim #4 filed by Insurance Services Office, Inc., Amount claimed: $120806.98 (Admin) | | |
| *Description:* | | |
| *Remarks:* | | |

Amount claimed: $120806.98

*History:*

| Details | 4-1 | 09/05/2023 Claim #4 filed by Insurance Services Office, Inc., Amount claimed: $120806.98 (Admin) |

*Description:*

*Remarks:*

---

*Creditor:*     (20466442)
Dark Matter Technologies LLC
6651 Gate Parkway
4th Floor
Jacksonville, FL 32256

**Claim No: 5**
*Original Filed Date*: 05/09/2024
*Original Entered Date*: 05/09/2024

*Status:*
*Filed by:* CR
*Entered by:* Admin
*Modified:*

Amount claimed: $5756145.84

*History:*

| Details | 5-1 | 05/09/2024 Claim #5 filed by Dark Matter Technologies LLC, Amount claimed: $5756145.84 (Admin) |

*Description:*

*Remarks:* (5-1) Account Number (last 4 digits):P186

---

*Creditor:*     (20489642)
Verinext Corp. (fka Anexinet Corp.)
510 Township Line Road, Suite 120
Blue Bell, PA 19422

**Claim No: 6**
*Original Filed Date*: 06/03/2024
*Original Entered Date*: 06/03/2024

*Status:*
*Filed by:* CR
*Entered by:* Admin
*Modified:*

Amount claimed: $48512.22

*History:*

| Details | 6-1 | 06/03/2024 Claim #6 filed by Verinext Corp. (fka Anexinet Corp.), Amount claimed: $48512.22 (Admin) |

*Description:*

*Remarks:*

---

*Creditor:*     (20501082)
Unison Systems, Inc.
6130 Greenwood Plaza Blvd
Suite #100
Greenwood Village, CO 80111

**Claim No: 7**
*Original Filed Date*: 06/11/2024
*Original Entered Date*: 06/11/2024

*Status:*
*Filed by:* CR
*Entered by:* Admin
*Modified:*

Amount claimed: $241510.72

*History:*

| Details | 7-1 | 06/11/2024 Claim #7 filed by Unison Systems, Inc., Amount claimed: $241510.72 (Admin) |

*Description:*

*Remarks:*

---

*Creditor:*     (20505694)
Unqork Inc.
85 5th Avenue, 6th Floor
New York, NY 10003

**Claim No: 8**
*Original Filed Date*: 06/17/2024
*Original Entered Date*: 06/17/2024

*Status:*
*Filed by:* CR
*Entered by:* Admin
*Modified:*

Amount claimed: $2140502.50

*History:*

| Details | 8-1 | 06/17/2024 Claim #8 filed by Unqork Inc., Amount claimed: $2140502.50 (Admin) |

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (20508870)<br>McLaren Strategic Solutions US Inc<br>One Park Plaza Ste 600 Irvine, CA 92614<br>, | **Claim No: 9**<br>*Original Filed Date*: 06/20/2024<br>*Original Entered Date*: 06/20/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Admin<br>*Modified:* |

Amount claimed: $921407.50

*History:*

| Details | 9-1 | 06/20/2024 Claim #9 filed by McLaren Strategic Solutions US Inc, Amount claimed: $921407.50 (Admin) |

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (20528587)<br>EastBanc Technologies, LLC<br>1211 31st St. NW<br>Washington, DC 20007 | **Claim No: 10**<br>*Original Filed Date*: 07/11/2024<br>*Original Entered Date*: 07/11/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Admin<br>*Modified:* |

Amount claimed: $2179789.60

*History:*

| Details | 10-1 | 07/11/2024 Claim #10 filed by EastBanc Technologies, LLC, Amount claimed: $2179789.60 (Admin) |
| | 74 | 09/12/2024 Objection to claim(s) 10 of Creditor(s) EastBanc Technologies, LLC.. Filed by Trustee Areya Holder. Responses due by 10/15/2024. (Hill, Kenneth) |

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (20528595)<br>Kublr, LLC<br>1211 31st St. NW<br>Washington, DC 20007 | **Claim No: 11**<br>*Original Filed Date*: 07/11/2024<br>*Original Entered Date*: 07/11/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Admin<br>*Modified:* |

Amount claimed: $268306.00

*History:*

| Details | 11-1 | 07/11/2024 Claim #11 filed by Kublr, LLC, Amount claimed: $268306.00 (Admin) |

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (20120618)<br>Savana, Inc.<br>c/o Bell Nunnally & Martin LLP<br>2323 Ross Avenue, Suite 1900<br>Dallas, TX 75201 | **Claim No: 12**<br>*Original Filed Date*: 08/22/2024<br>*Original Entered Date*: 08/22/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Jeffrey Reid Burley<br>*Modified:* |

Amount claimed: $2232050.45

*History:*

| Details | 12-1 | 08/22/2024 Claim #12 filed by Savana, Inc., Amount claimed: $2232050.45 (Burley, Jeffrey) |

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (20590838)<br>Stephen Curry<br>11406 S 69th E Place<br>Bixby, OK 74008 | **Claim No: 13**<br>*Original Filed Date*: 08/27/2024<br>*Original Entered Date*: 08/27/2024 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Stephen Austin Jones<br>*Modified:* |

No amounts claimed

*History:*

| Details | 13-1 | 08/27/2024 Claim #13 filed by Stephen Curry, Amount claimed: (Jones, Stephen) |

*Description:* (13-1) Claim for indemnity and/or contribution.
*Remarks:* (13-1) See attached.

| Creditor: (20593953) With Purpose, Inc. c/o Munsch Hardt Kopf & Harr, P.C. 500 N. Akard Street, Suite 4000 Dallas, TX 75201 | Claim No: 14 Original Filed Date: 08/29/2024 Original Entered Date: 08/29/2024 | Status: Filed by: CR Entered by: Conor White Modified: |
|---|---|---|
| *No amounts claimed* | | |
| *History:* Details    14-1    08/29/2024 Claim #14 filed by With Purpose, Inc., Amount claimed: (White, Conor) | | |
| *Description:* (14-1) Unknown/unliquidated claim | | |
| *Remarks:* | | |

| Creditor: (20594062) WPI Collateral Management, LLC Field Manning Stone Aycock P.C. c/o Josh Frost 2112 Indiana Avenue Lubbock, Texas 79410 | Claim No: 15 Original Filed Date: 08/29/2024 Original Entered Date: 08/29/2024 | Status: Filed by: CR Entered by: Dax Daniel Voss Modified: |
|---|---|---|
| Amount claimed: $32117107.00 | | |
| *History:* Details    15-1    08/29/2024 Claim #15 filed by WPI Collateral Management, LLC, Amount claimed: $32117107.00 (Voss, Dax) | | |
| *Description:* (15-1) Secured Promissory Note | | |
| *Remarks:* | | |

# Claims Register Summary

**Case Name:** Animo Services, LLC
**Case Number:** 23-30035-mvl7
**Chapter:** 7
**Date Filed:** 01/04/2023
**Total Number Of Claims:** 15

| Total Amount Claimed* | $46703802.23 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

|  | Claimed | Allowed |
|---|---|---|
| **Secured** | | |
| **Priority** | | |
| **Administrative** | | |

| **PACER Service Center** |
|---|
| **Transaction Receipt** |
| 09/13/2024 08:50:37 |

| PACER Login: | dcruz2310 | Client Code: | 4451.0145 |
|---|---|---|---|
| Description: | Claims Register | Search Criteria: | 23-30035-mvl7 Filed or Entered From: 8/23/2020 Filed or Entered To: 9/13/2024 |
| Billable Pages: | 2 | Cost: | 0.20 |