J. Mark Chevallier
Texas Bar No. 04189170
Rochelle McCullough, LLP
901 Main Street, Suite 3200
Dallas, Texas 75202
T: 214.580.2530
F: 888.467.5979
mchevallier@romclaw.com

**Counsel to Creditors John Foreman, III and Andre C. Leblanc**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CHAPTER 7 |
| DENNIS JAMES ROGERS, II | § | CASE NO. 22-30500-SWE7 |
| | § | |
| *Alleged Debtor.* | § | (Involuntary proceeding) |

### NOTICE OF CHANGE OF ATTORNEY'S FIRM AND ADDRESS

PLEASE TAKE NOTICE that, effective September 3, 2024, J. Mark Chevallier has joined the firm of Rochelle McCullough LLP. Mr. Chevallier remains counsel of record for John S. Foreman, III and Andre C. Leblanc in this matter. Mr. Chevallier's new contact information is:

> **J. Mark Chevallier**
> **Rochelle McCullough, LLP**
> **901 Main Street, Suite 3200**
> **Dallas, Texas 75202**
> **(214) 580-2530**
> **mchevallier@romclaw.com**

Respectfully submitted,

 /s/ J. Mark Chevallier
J. MARK CHEVALLIER

    Texas State Bar No. 04189170  
    Email: mchevallier@romclaw.com  
    Rochelle McCullough, LLP  
    901 Main St., Suite 3200  
    Dallas, Texas 75202

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Change of Attorney's Firm and Address was served electronically by the Court's Electronic Filing System to all parties receiving such notices on this 23rd day of September, 2024.

    /s/ J. Mark Chevallier  
    J. MARK CHEVALLIER