David B. Miller
Texas Bar No. 00788057
david@schneidlaw.com
SCHNEIDER MILLER REYNOLDS, P.C.
300 N. Coit Road, Suite 1125
Richardson, Texas 75080
Telephone:  (972) 479-1112
Facsimile:  (972) 479-1113

T. Micah Dortch
Texas Bar No. 24044981
micah@dll-law.com
Dortch Lindstrom Livingston Law Group
2613 Dallas Parkway, Suite 220
Plano, Texas  75093
Telephone:  214-252-8258
Facsimile:  888-653-3299

*Special Counsel for the Trustee Areya Holder Aurzada*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DENNIS JAMES ROGERS II, | § | CASE NO. 22-30500-swe7 |
| | § | (Involuntary Proceeding) |
| DEBTOR. | § | |

**NOTICE OF HEARING ON MOTION TO APPROVE**
**SUBSTANTIVE CONSOLIDATION OF NONDEBTOR AFFILIATED ENTITIES**
**WITH THE DEBTOR'S ESTATE**

Please take notice that the Trustee's Motion to Approve Substantive Consolidation of Nondebtor Affiliated Entities with the Debtor's Estate has been scheduled for hearing on **Monday, December 9, 2024 at 9:00 a.m.** at the Earle Cabell Federal Building, 1100 Commerce Street, 14th Floor, Courtroom 3, Dallas, Texas 75242 before the Honorable Scott W. Everett, U.S. Bankruptcy Judge for the Northern District of Texas.

**PLEASE TAKE FURTHER NOTICE** that any parties who wish to participate in the hearings may do so in person or virtually. Video communication will be via WebEx. Connect via WebEx by visiting the WebEx hearing link on the Court's Hearing Dates and Calendar webpage or by using the following link: https://us-courts.webex.com/meet/everett. Audio communication will be by use of the Court's dial-in facility. You may access the facility at 1.650.479.3207, using 476.420.189 as the access code. Parties who will be offering evidence or participating in examination need to make in person appearances in the courtroom. All other interested parties may make their appearance via Webex.

**PLEASE TAKE FURTHER NOTICE** that the Court requests that in advance of the hearing all parties familiarize themselves with Judge Everett's Judge-Specific Guidelines:

https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-everetts-hearing-dates.

**PLEASE TAKE FURTHER NOTICE** that parties may make electronic appearances in advance of the hearing by visiting the following link: Electronic Appearances | Northern District of Texas | United States Bankruptcy Court (uscourts.gov).

Dated:  October 28, 2024

                    Respectfully submitted,

                    By: */s/ David B. Miller*
                        David B. Miller
                        Texas Bar No. 00788057
                        david@schneidlaw.com
                        SCHNEIDER MILLER REYNOLDS, P.C.
                        300 N. Coit Road, Suite 1125
                        Richardson, Texas 75080
                        Telephone:(972) 479-1112
                        Facsimile: (972) 479-1113

                    -and-

        T. Micah Dortch
        Texas Bar No. 24044981
        micah@dll-law.com
        Dortch Lindstrom Livingston Law Group
        2613 Dallas Parkway, Suite 220
        Plano, Texas 75093
        Telephone: 214-252-8258
        Facsimile: 888-653-3299

        *Special Counsel for the Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served concurrently with the filing of the same by (a) the Court's CM/ECF noticing system upon all persons who have filed ECF appearances in this case, including counsel of record for the Debtor, the Trustee, the Office of the United States Trustee, and all persons and entities requesting notice under L.B.R. 2002-1(j), and (b) first class mail, postage prepaid, on the persons and entities set forth on the attached service list. The service list is omitted from service copies to avoid unnecessary copying and postage charges, but a copy can be obtained free of charge by making a written request to Kathleen Yant, 300 N. Coit Road, Suite 1125, Richardson, Texas 75080, Fax: 972-479-1113, kathleen@schneidlaw.com.

        By: */s/ David B. Miller*
            David B. Miller

ACMC Finance and Trade
c/o Joshua Kluewer
1055 W. 7th Street, Suite 336
Los Angeles, CA 90017-2577

American Express
P.O. Box 650448
Dallas, TX 75265-0448

Andre Leblanc
P.O. Box 82009
Lafayette, LA 70598

Jefferson Capital Systems LLC
P.O. Box 7999
Saint Cloud, MN 56302-7999

Apple Card
P.O. Box 7247
Philadelphia, PA 19170

BAMCG Bridge Partners LP
13800 Seniac Dr., Suite 200
Dallas, TX 75234

Bank of America
P.O. Box 15019
Wilmington, DE 19850-5019

Brent Bohn
1775 N. Martin Luther King Blvd.
Las Vegas, NV 89106

Carolyn Perry
3914 75th Place
Lubbock, TX 79423

Chase Bank
P.O. Box 6294
Carol Stream, IL 60197-6294

Dallas County
John R. Ames, CTA
500 Elm Street
Dallas, TX 75202-3304

David Meche
5121 Johnston St.
Lafayette, LA 70503

Discover Bank
P.O. Box 3025
New Albany, OH 43054-3025

Dennis Rogers Sr.
County Rd 250
Durango, CO 81301

Discover Card
P.O. Box 30666
Salt Lake City, UT 84130

Ellis Guilbeau
2014 Beau Bassin Rd.
Lafayette, LA 70520

Frost Bank
P.O. Box 1600
San Antonio, TX 78296

Funderz.net
1022 Ave. M, Floor 2
Brooklyn, NY 11230

Gerard Ballanco Jr.
611 East Prudhomme St.
Opelousas, LA 70570

Goldman Sachs
100 Crescent Court
Dallas, TX 75201

Holland & Hart
222 S. Main St., #2200
Salt Lake City, UT  84101

Infinity Global Fuel, Inc.
5100 Westheimer, Suite 200
Houston, TX  77056-5597

John & Ronda Harris
231 Ramblewood Dr.
Lafayette, LA  70508

John Foreman III & Andre C. Leblanc
Attn: J. Mark Chevallier
McGuire, Craddock & Strother, P.C.
500 N. Akard St., Suite 2200
Dallas, TX  75201-3317

John Hughes
2000 Kaliste Saloom Road, Suite 400
Lafayette, LA  70508-6180

Eamonn J. Wiles
Decker Jones, P.C.
801 Cherry Street, Unit #46
Fort Worth, TX 76102-6803

Kathy Rogers
County Road 250
Durango, CO  81301

Kenneth & Shawna Guilbeau
3185 Highway 178
Sunset, LA  70584-5116

Lincoln Automotive Financial Services
c/o Wilcox Law, PLLC
P.O. Box 201849
Arlington, TX  76006-1849

Linda Brown
5340 Gooseberry Way
Oceanside, CA  92057-4629

Mandarin Capital, LLC
Lynn Pinker Hurst & Schwegmann LLP
2100 Ross Avenue, Suite 2700
Dallas, TX  75201-7919

McCathern Law Firm
3710 Rawlins Street, Suite 1600
Dallas, TX  75219

MCPP Park District Residential
2711 N. Haskell Avenue, Suite 2400
Dallas, TX  75204

Noor Concepts LLC
c/o Nicoud Law
10440 N. Central Expwy., Suite 800
Dallas, TX  75231-2264

Areya Holder
Areya Holder, Trustee
Law Office of Areya Holder, PC
P.O. Box 2105
Addison, TX  75001-2105

Raymond McKaskle
1216 Ridgewood Place
Houston, TX  77055-5048

Scott Faulkner
6830 Lakehurst Avenue
Dallas, TX  75230

Justin Leemay
TFRE Investments LLC
1831 W. Crest Ridge Road
Lehi, UT  84043

Steven Wang
20 Camelot Road
Windham, NH  03087

Synchrony Bank
P.O. Box 965003
Orlando, FL  32896-5003

Steven A. Webster
c/o David R. Eastlake
Baker Botts, L.L.P.
910 Louisiana Street
Houston, TX 77002

Perry Judice
c/o Russell Davenport
McDonald Sanders, P.C.
777 Main Street, Suite 1300
Fort Worth, TX 76102

Tony May
1850 E. Sahara Ave., Suite 206
Las Vegas, NV 89104

Troya Montgomery
350 Ambroise
Newport Coast, CA 92657

WeWork
115 W. 18th St.
New York, NY 10011-4113

Wildcat Lending Fund One, LP
4800 Dexter Drive
Plano, TX 75093

Dennis James Rogers II
6520 Del Norte Lane
Dallas, TX 75225-2619

Eric A. Liepins
Legal Aid of Northwest Texas
1515 Main Street
Dallas, TX 75201-4841

Michael H. Moghimi
c/o Nicoud Law
10440 N. Central Expwy., Suite 800
Dallas, TX 75231-2264

Linebarger Goggan Blair & Sampson, LLP
c/o Sherrel K. Knighton
2777 N. Stemmons Frwy., Suite 1000
Dallas, TX 75207-2328

JPMorgan Chase Bank, N.A.
c/o Suyash Agrawal
Massey & Gail LLP
50 E. Washington Street, Suite 400
Chicago, IL 60602-2100

1100 Commerce Street
Room 1254
Dallas, TX 75242-1305

John Foreman
1819 Pinhook Road, Suite 215
Lafayette, LA 70508-3700

PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA 23541-1021

Steven A. Webster, Aaron Webster & Dennis
c/o George H. Barber
Bradley Arant Boult Cummings LLP/Founta
1445 Ross Avenue, Suite 3600
Dallas, TX 75202-2761

Synchrony Bank
PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA 23541-1021

Ellis Guilbeau
c/o Russell Davenport
777 Main Street, Suite 2700
Fort Worth, TX 76102-5366

John O. Harris
c/o Russell Davenport
777 Main Street, Suite 2700
Fort Worth, TX 76102-5366

Raymond McKaskle
c/o Russell Davenport
777 Main Street, Suite 2700
Fort Worth, TX 76102-5366

Shawna Guilbeau
c/o Russell Davenport
777 Main Street, Suite 2700
Fort Worth, TX 76102-5366

Kenneth Guilbeau
c/o Russell Devenport
777 Main Street, Suite 2700
Fort Worth, TX  76102-5366

Ronda A. Harris
c/o Russell Devenport
777 Main Street, Suite 2700
Fort Worth, TX  76102-5366

Shawna Guilbeau Perry
c/o Russell Devenport
777 Main Street, Suite 2700
Fort Worth, TX  76102-5366

Eric Liepins, PC
12770 Coit Road, Suite 850
Dallas, TX  75251-1364

United States Trustee
1100 Commerce Street, Room 976
Dallas, TX  75242-0996

Noor Concepts
555 E. 5th Street, Apt. 3022
Austin, TX  78701-4153

Mandarin Capital, LLC
2290 E. 4500 S #260
Salt Lake City, UT  84117-4494

Mandarin Capital, LLC
2600 Cecil Drive
Holladay, UT  84124-2906

Carolyn Guilbeau Perry
530 Catholique Road
Carencro, LA  70520-5603

Eamonn J. Wiles
801 Cherry Street, Suite 2000
Fort Worth, TX  76102-6882

Frost Bank
c/o Karl Dial
Greenberg Traurig, LLP
2200 Ross Avenue, Suite 5200
Dallas, TX  75201-2794

Gerard Ballanco Jr.
460 Judice Road
Sunset, LA  70584-5156

Lincoln Automotive Financial Services
P.O. Box 650574
Dallas, TX  75265-0574

Linda Brown
6545 Sequence Drive
San Diego, CA  92121-4363