```
Label Matrix for local noticing          Dallas County                              Frost Bank
0539-3                                    Linebarger Goggan Blair & Sampson, LLP    c/o Karl Dial
Case 22-30500-swe7                        c/o Sherrel K. Knighton                   Greenberg Traurig, LLP
Northern District of Texas                2777 N Stemmons Frwy, Suite 1000          2200 Ross Avenue, Suite 5200
Dallas                                    Dallas, TX 75207-2328                     Dallas, TX 75201-2794
Tue Dec  3 14:19:25 CST 2024

(p)JEFFERSON CAPITAL SYSTEMS LLC          JPMorgan Chase Bank, N.A.                 Mandarin Capital, LLC
PO BOX 7999                               c/o Suyash Agrawal                        2600 Cecil Drive
SAINT CLOUD MN 56302-7999                 Massey & Gail LLP                         Holladay, UT 84124-2906
                                          50 E. Washington Street, Suite 400
                                          Chicago, IL 60602-2100

(p)WILDCAT LENDING FUND ONE  LP           1100 Commerce Street                      ACMC Finance and Trade Joshua Kluewer
4800 DEXTER DRIVE                         Room 1254                                 1055 W. 7th Street Suite 336
PLANO TX 75093-5505                       Dallas, TX 75242-1305                     4 Los Angles, CA 90017-2577


ACMC Finance and Trade LLC                American Express                          Andre Leblanc
2820 Lucerne Avenue                       P.O Box 650448                            P. O. Box 82009
Miami Beach Florida 33140-4267            Dallas, TX 75265-0448                     Lafayette, LA 70598-2009



Angela Garbiso                            Apple Card                                BAMCG Bridge Partners LP
Schneider Miller Reynolds, P.C. David Mi  P.O Box 7247                              13800 Seniac Dr. Ste 200
300 N. Coit Rd., Suite 1125               Philadelphia, PA 19170-6112               Dallas, TX 75234-8823
Richardson, TX 75080-5535

Bank of America                           Brent Bohn                                Carolyn Guilbeau Perry
P.O Box 15019                             1775 N Martin L King Blvd                 530 Catholique Road
Wilmington, DE 19850-5019                 Las Vegas, NV 89106-2101                  Carencro LA 70520-5603



Carolyn Perry                             Chase Bank                                Dallas County John R. Ames,
3914 75th Place                           P.O Box Carol Strem                       CTA 500 Elm Street
Lubbock, TX 79423-1128                    IL 60197-6294                             Dallas, TX 75202-3304



David Meche                               Debra & Russell Van Cleve Schneider Miller R  Dennis J. Woods
5121 Johnston St.                         300 N Coit Rd., Suite 1125                c/o Meghan McElvy
Lafayette, LA 70503-5157                  Richardson, TX 75080-5535                 Chase Tower
                                                                                    600 Travis Street, Suite 5600
                                                                                    Houston, TX 77002-2909

Dennis Rogers Sr.                         Discover Bank                             Discover Card
County Rd 250                             P.O. Box 3025                             P.O Box 30666
Durango, CO 81301                         New Albany, Oh 43054-3025                 Salt Lake City, UT 84130-0666



Eamonn J. Wiles                           Eamonn J. Wiles                           Ellis Guilbeau
801 Cherry Street                         Decker Jones, P.C.                        2014 Beau Bassin Rd
Suite 2000                                801 Cherry Street, Unit #46               Lafayette, LA 70520-5936
Fort Worth, TX 76102-6882                 Fort Worth, TX 76102-6803
```

Funderz' Exhibit A

| | | |
|---|---|---|
| Frost Bank<br>P.O Box 1600<br>San Antonio, TX 78296-1600 | Funderz.net 1022 Ave M<br>Floor 2<br>Brooklyn, NY 11230 | Gerard Ballanco Jr<br>611 East Prudhomme St.<br>Opelousas, LA 70570-6458 |
| Gerard Ballanco Jr.<br>460 Judice Rd<br>Sunset, Louisiana 70584-5156 | Goldman Sachs<br>100 Crescent Court<br>Dallas TX 75201-7893 | Holland & Hart<br>222 S. Main St. #2200<br>Salt Lake City UT 84101-2194 |
| Infinity Global Fuel, Inc<br>5100 Westheimer Suite 200<br>Houston, TX 77056-5597 | John & Ronda Harris<br>231 Ramblewood Dr.<br>Lafayette, LA 70508-7403 | John Foreman<br>1819 Pinhook Road Suite 215<br>Lafayette, LA 70508-3700 |
| John Hughes<br>2000 Kaliste Saloom Road Suite 400<br>Lafayette, LA 70508-6180 | John S. Foreman III and Andre C. Leblanc<br>Attn: J. Mark Chevallier, Esq.<br>Rochelle McCullough, LLP<br>901 Main Street, Suite 3200<br>Dallas, Texas 75202-3783 | Justin Leemay TFRE Investments LLC<br>1831 W Crest Ridge Rd.<br>Lehi, UT 84043-7757 |
| Kathy Rogers<br>County Rd 250<br>Durango, CO 81301 | Kenneth Guilbeau<br>P.O Box 700<br>Carencro, LA 70520-0700 | Kenneth and Shawna Guilbeau<br>3185 Highway 178<br>Sunset LA 70584-5116 |
| Lincoln Automotive Financial Services<br>P.O Box 650574 Dallas<br>TX 75265-0574 | Lincoln Automotive Financial Services<br>c/o Wilcox Law, PLLC<br>P.O. Box 201849<br>Arlington, TX 76006-1849 | Linda Brown<br>5340 Gooseberry Way<br>Oceanside, CA 92057-4629 |
| Linda Brown<br>6545 Sequence Drive<br>San Diego, CA 92121-4363 | MCPP Park District Residential<br>2711 N. Haskell Ave Suite 2400<br>Dallas, TX 75204-2926 | Mandarin Capital LLC<br>2100 Ross Ave., Suite 2700<br>Dallas, TX 75201-7919 |
| Mandarin Capital, LLC<br>2290 E. 4500 S #260<br>Salt Lake City, UT 84117-4494 | Mandarin Capital, LLC<br>Lynn Pinker Hurst & Schwegmann LLP<br>2100 Ross Avenue, Ste. 2700<br>Dallas, TX 75201-7919 | Mccathern Law Firm<br>3710 Rawlins Street Suite 1600<br>Dallas, TX 75219-4258 |
| Noor Concepts<br>555 E 5th Street Apt 3022<br>Austin, TX 78701-4153 | Noor Concepts LLC<br>c/o Nicoud Law<br>10440 N. Central Expressway<br>Suite 800<br>Dallas, TX 75231-2264 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Perry Judice Russell Devenport<br>McDonald Sanders, P.C.<br>777 Main Street, Suite 1300<br>Fort Worth, TX 76102-5385 | Raymond McKaskel<br>1216 Ridgewood Place<br>Houston, TX 77055-5048 | Raymond McKaskle<br>1216 Ridgewood Place<br>Houston, TX 77055-5048 |

Russell Van Cleve
Schneider Miller Reynolds, P.C.
300 N. Coit Rd., Suite 1125
Richardson, TX 75080-5535

Scott Faulkner
683 O Lakehurst Avenue
Dallas, TX 75230

Steven A Webster David R. Eastlake Baker Bot
910 Louisiana St.
Houston, TX 77002-4916

Steven A. Webster, Aaron Webster, and Dennis
c/o George H. Barber
BRADLEY ARANT BOULT CUMMINGS LLP/ Founta
1445 Ross Avenue, Suite 3600
Dallas, TX 75202-2761

Steven B. Scow
11500 S. Eastern Ave., Ste 210
Henderson, NV 89052-5576

Steven Wang
20 Camelot Rd.
Windham NH 03087-1632

Steven Webster
c/o Meghan McElvy
Chase Tower, 600 Travis Street, Suite 56
Houston, TX 77002-3009

Synchrony Bank
P.O Box 965003
Orlando, Fl 32896-5003

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

Tony May
1850 E. Sahara Ave. Suite 206
Las Vegas, NV 89104-3746

Troya L Montgomery
350 Ambroise
Newport Coast, CA 92657-0127

Troya Montgomery
350 Ambroise
Newport Coast, CA 92657-0127

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

WeWork
115 W 18th St
New York, NY 10011-4113

Wildcat Lending
4800 Dexter Drive
Plano Plano, TX 75093-5505

Angela Garbiso
c/o David Miller
Schneider Miller Reynolds, P.C.
300 N. Coit Road, Suite 1125
Richardson, TX 75080-5535

Areya Holder
Areya Holder, Trustee
Law Office of Areya Holder, PC
PO Box 2105
Addison, TX 75001-2105

Brandon J Gibbons
FUNDERZ.NET, LLC
C/O Padfield & Stout, L.L.P.
420 Throckmorton Street, Suite 1210
Fort Worth, TX 76102-3792

Debra A. Van Cleve
c/o David Miller
Schneider Miller Reynolds, P.C.
300 N. Coit Road, Suite 1125
Richardson, TX 75080-5535

Dennis James Rogers II
6520 Del Norte Lane
Dallas, TX 75225-2619

Ellis Guilbeau
c/o Russell Devenport
777 Main St
Suite 2700
Fort Worth, TX 76102-5366

Eric Liepins, PC
12770 Coit Raod
Suite 850
Dallas, TX 75251-1364

Eric A. Liepins
Legal Aid of Northwest Texas
1515 Main Street
Dallas, TX 75201-4841

John O. Harris
c/o Russell Devenport
777 Main Street
Suite 2700
Fort Worth, TX 76102-5366

Kenneth Guilbeau
c/o Russell Devenport
777 Main St
Suite 2700
Fort Worth, TX 76102-5366

Michael H. Moghimi
c/o Nicoud Law
10440 N. Central Expwy.
Suite 800
Dallas, TX 75231-2264

Raymond McKaskle
c/o Russell Devenport
777 Main Street
Suite 2700
Fort Worth, TX 76102-5366

Ronda A. Harris
c/o Russell Devenport
777 Main Street
Suite 2700
Fort Worth, TX 76102-5366

Russell Van Cleve
c/o David Miller
Schneider Miller Reynolds, P.C.
300 N. Coit Road, Suite 1125
Richardson, TX 75080-5535

Shawna Guilbeau
c/o Russell Devenport
777 Main St, Suite 2700
Fort Worth, TX 76102-5366

| | | |
|---|---|---|
| Shawna Guilbeau Perry<br>c/o Russell Devenport<br>777 Main St, Suite 2700<br>Fort Worth, TX 76102-5366 | Steven A. Webster<br>c/o David R. Eastlake<br>Baker Botts L.L.P.<br>910 Louisiana Street<br>Houston, TX 77002-4995 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>ST CLOUD, MN 56302-9617 | Wildcat Lending Fund One, LP<br>4800 Dexter Drive<br>Plano, TX 75093 | (d)Jefferson Capital Systems, LLC<br>PO Box 7999<br>St. Cloud, MN 56302-9617 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)ACMC Finance and Trade LLC | (u)BAMCG Bridge Partners LP | (u)Dortch Lindstrom Livingston Law Group |
| (u)FUNDERZ.NET, LLC | (u)Goldman Sachs & Company LLC | (u)John S. Foreman, III |
| (u)Lincoln Automotive Financial Services | (u)Quilling, Selander, Lownds, Winslett & Mos | (u)Schneider Miller Reynolds, P.C. |
| (d)John and Ronda Harris<br>231 Ramblewood Dr.<br>Lafayette, LA 70508-7403 | (d)Mandarin Capital<br>2600 Cecil Drive<br>Holladay UT 84124-2906 | (u)Allison Rogers |
| (u)Andre C. Leblanc | End of Label Matrix<br>Mailable recipients    91<br>Bypassed recipients    13<br>Total                 104 | |