David B. Miller
Texas Bar No. 00788057
david@schneidlaw.com
SCHNEIDER MILLER REYNOLDS, P.C.
300 N. Coit Road, Suite 1125
Richardson, Texas 75080
Telephone: (972) 479-1112
Facsimile: (972) 479-1113

T. Micah Dortch
Texas Bar No. 24044981
micah@dll-law.com
Dortch Lindstrom Livingston Law Group
2613 Dallas Parkway, Suite 220
Plano, Texas 75093
Telephone: 214-252-8258
Facsimile: 888-653-3299

*Special Counsel for the Trustee Areya Holder Aurzada*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **DENNIS JAMES ROGERS II,** | § | **CASE NO. 22-30500-swe7** |
| | § | **(Involuntary Proceeding)** |
| **DEBTOR.** | § | |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Trustee's Witness and Exhibit List for Hearing on Motion to Approve Substantive Consolidation of Nondebtor Affiliated Entities with the Debtor's Estate was served by ECF upon all persons who have filed ECF appearances in this case, including counsel for FunderzNET.com.

Dated: December 5, 2024.

Respectfully submitted,

By: */s/ David B. Miller*
    David B. Miller
    Texas Bar No. 00788057
    david@schneidlaw.com
    SCHNEIDER MILLER REYNOLDS, P.C.
    300 N. Coit Road, Suite 1125
    Richardson, Texas 75080
    Telephone:(972) 479-1112
    Facsimile: (972) 479-1113

    -and-

    T. Micah Dortch
    Texas Bar No. 24044981
    micah@dll-law.com
    Dortch Lindstrom Livingston Law Group
    2613 Dallas Parkway, Suite 220
    Plano, Texas  75093
    Telephone:  214-252-8258
    Facsimile:  888-653-3299

    ***Special Counsel for the Trustee***