Carmen Contreras-Martinez (admitted *pro hac vice*)
**SAUL EWING LLP**
701 Brickell Avenue, Suite 1700
Miami, FL 33131
(305) 428-4500
carmen.contreras-martinez@saul.com

-and-

Turner N. Falk   (admitted *pro hac vice*)
**SAUL EWING LLP**
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
(215) 972-8415
turner.falk@saul.com

*Counsel to Funderz.Net, LLC*

Micheal W. Bishop
Texas Bar No. 02354860
Amber M. Carson
Texas Bar No. 24075610
**GRAY REED**
1601 Elm Street, Suite 4600
Dallas, Texas 75201
(214) 954-4135
mbishop@grayreed.com
acarson@grayreed.com

*Counsel to Funderz.Net, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>DENNIS JAMES ROGERS II,<br><br>Debtor. | (Chapter 7)<br><br>Case No. 22-30500-SWE |

**FUNDERZ' WITNESS AND EXHIBIT LIST
FOR THE HEARING SCHEDULED ON DECEMBER 9, 2024**

Funderz.Net, LLC ("Funderz") files this Witness and Exhibit List for the hearing scheduled on December 9, 2024, at 2:00 p.m. (Central Time) on the trustee's substantive consolidation motion.

**Witnesses**

1. Any witness called or listed by any other party in interest; and

2. Impeachment witnesses, as necessary.

4918-5699-7635

## Exhibits

| Ex. No. | Description |
|---|---|
| 1. | *Stipulation of Facts Regarding Motion to Approve Substantive Consolidation of Nondebtor Affiliated Entities with the Debtor's Estate* [Docket No. 269] |
| 2. | Any Document or pleading filed with the Court in the above-captioned cases. |
| 3. | Any exhibit necessary for impeachment purposes. |
| 4. | Any exhibit identified or offered by any other party. |

## Reservation of Rights

Funderz reserves the right to use and/or present demonstratives for any purpose. Funderz also reserves the right to use exhibits, demonstratives, and testimony not listed here for impeachment purposes at the hearing. Funderz reserves the right to supplement or otherwise amend this Witness and Exhibit List prior to the hearing.

4918-5699-7635

| | |
|---|---|
| Dated:  December 6, 2024 | **SAUL EWING LLP**<br><br>*/s/ Micheal W. Bishop*<br>Carmen Contreras-Martinez (admitted *pro hac vice*)<br>701 Brickell Avenue, Suite 1700<br>Miami, FL 33131<br>(305) 428-4500<br>carmen.contreras-martinez@saul.com<br><br>-and-<br><br>Turner N. Falk (admitted *pro hac vice*)<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102-2186<br>(215) 972-8415<br>turner.falk@saul.com<br><br>-and-<br><br>**GRAY REED**<br><br>Micheal W. Bishop (TX Bar No. 02354860)<br>Amber M. Carson (TX Bar No. 24075610)<br>1601 Elm Street, Suite 4600<br>Dallas, Texas 75201<br>(214) 954-4135<br>mbishop@grayreed.com<br>acarson@grayreed.com<br><br>*Counsel to Funderz.Net, LLC* |

4918-5699-7635

**Certificate of Service**

      I certify that on December 6, 2024, I caused a copy of the foregoing document to be served via electronic mail to the counsel listed below and via the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

David B. Miller
SCHNEIDER MILLER REYNOLDS, P.C.
300 N. Coit Road, Suite 1125
Richardson, Texas 75080
david@schneidlaw.com

-and-

T. Micah Dortch
Dortch Lindstrom Livingston Law Group
2613 Dallas Parkway, Suite 220
Plano, TX 75093
micah@dll-law.com

***Special Counsel for the Trustee Areya Holder Aurzada***

                                                       */s/ Micheal W. Bishop*
                                                       Micheal W. Bishop

4918-5699-7635