David B. Miller
Texas Bar No. 00788057
david@schneidlaw.com
SCHNEIDER MILLER REYNOLDS, P.C.
300 N. Coit Road, Suite 1125
Richardson, Texas 75080
Telephone:  (972) 479-1112
Facsimile:  (972) 479-1113

T. Micah Dortch
Texas Bar No. 24044981
micah@dll-law.com
Dortch Lindstrom Livingston Law Group
2613 Dallas Parkway, Suite 220
Plano, Texas  75093
Telephone:  214-252-8258
Facsimile:  888-653-3299

*Special Counsel for the Trustee Areya Holder Aurzada*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DENNIS JAMES ROGERS II, | § | CASE NO. 22-30500-swe7 |
| | § | (Involuntary Proceeding) |
| DEBTOR. | § | |

**NOTICE OF STATUS CONFERENCE ON MOTION TO APPROVE**
**SUBSTANTIVE CONSOLIDATION OF NONDEBTOR AFFILIATED ENTITIES**
**WITH THE DEBTOR'S ESTATE**

Please take notice that a Status Conference on Trustee's Motion to Approve Substantive Consolidation of Nondebtor Affiliated Entities with the Debtor's Estate has been scheduled for hearing on **Tuesday, January 21, 2025 at 9:30 a.m.** before the Honorable Scott W. Everett, U.S. Bankruptcy Judge for the Northern District of Texas.

**PLEASE TAKE FURTHER NOTICE** that any parties who wish to participate in the hearings may do so virtually. Video communication will be via WebEx. Connect via WebEx by visiting the WebEx hearing link on the Court's Hearing Dates and Calendar webpage or by using the following link: https://us-courts.webex.com/meet/everett. Audio communication will be by use of the Court's dial-in facility. You may access the facility at 1.650.479.3207, using the access code 2304 017 9738. All interested parties may make their appearance via Webex.

**PLEASE TAKE FURTHER NOTICE** that the Court requests that in advance of the hearing all parties familiarize themselves with Judge Everett's Judge-Specific Guidelines:

https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-everetts-hearing-dates.

**PLEASE TAKE FURTHER NOTICE** that parties may make electronic appearances in advance of the hearing by visiting the following link: Electronic Appearances | Northern District of Texas | United States Bankruptcy Court (uscourts.gov).

Dated:  December 31, 2024

        Respectfully submitted,

By: */s/ David B. Miller*
    David B. Miller
    Texas Bar No. 00788057
    david@schneidlaw.com
    SCHNEIDER MILLER REYNOLDS, P.C.
    300 N. Coit Road, Suite 1125
    Richardson, Texas 75080
    Telephone:(972) 479-1112
    Facsimile: (972) 479-1113

    -and-

    T. Micah Dortch
    Texas Bar No. 24044981
    micah@dll-law.com
    Dortch Lindstrom Livingston Law Group
    2613 Dallas Parkway, Suite 220
    Plano, Texas  75093
    Telephone:  214-252-8258

Facsimile: 888-653-3299

*Special Counsel for the Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Status Conference on Motion to Approve Substantive Consolidation of Nondebtor Affiliated Entities with the Debtor's Estate was served by ECF upon all persons who have filed ECF appearances in this case, including counsel for FunderzNET.com.

By: */s/ David B. Miller*
      David B. Miller