BTXN 027 (rev. 06/13)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Dennis James Rogers II § Case No.: 22−30500−swe7
§ Chapter No.: 7
Debtor(s) §

Dear David Miller / Areya Holder:

The above referenced case has been reviewed as part of the Clerk's Office continuing effort to identify cases that are deficient for specific documents. Our review indicates that this case requires:

- ☐ Interim Report
- ☐ Trustee's Final Account
- ☐ Trustee's Final Report
- ☐ 341 Meeting Minute Sheet and Exempt Property Report
- ☐ Report of Trustee in No−Asset Case and Application for Closing
- ☐ Motion to Dismiss debtor's Failure to Attend 341 Meeting
- ☑ Other: Please upload order for pending Motion to consolidate

Please electronically file the requested documents, provide a specific date for which this information will be provided to the Court, or provide information as to why this case should remain open. Failure to respond within 14 days from the date of this letter may result in the Court setting a status conference to determine why the document(s) has not been filed or the matter may be denied for want of prosecution.

DATED: 1/30/25

FOR THE COURT:
Stephen J Manz, Clerk of Court

by: /s/Kara Hyden, Deputy Clerk
kara_hyden@txnb.uscourts.gov

United States Bankruptcy Court

Northern District of Texas

In re:     Case No. 22-30500-swe

Dennis James Rogers, II     Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-3     User: admin     Page 1 of 5
Date Rcvd: Jan 30, 2025     Form ID: BTXN027     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | David Miller, Schneider Miller Reynolds, P.C., 300 N. Coit Road, Suite 1125, Richardson, Tx 75080-5535 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan Notinger | on behalf of Plaintiff ACMC Finance and Trade LLC notingerlaw@gmail.com |
| Areya Holder | trustee@holderlawpc.com aha@trustesolutions.net;caha11@trustesolutions.net |
| Asher Matiah Bublick | on behalf of U.S. Trustee United States Trustee asher.bublick@usdoj.gov |
| Brandon James Gibbons | on behalf of Attorney Brandon J Gibbons bgibbons@padfieldstout.com |
| Brandon James Gibbons | on behalf of Creditor FUNDERZ.NET LLC bgibbons@padfieldstout.com |
| Christopher W. Patton | on behalf of Creditor Mandarin Capital LLC cpatton@lynnllp.com, poakley@lynnllp.com;lmewbourn@lynnllp.com |

| District/off: 0539-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jan 30, 2025 | Form ID: BTXN027 | Total Noticed: 1 |

Christopher W. Patton
    on behalf of Plaintiff Mandarin Capital  LLC cpatton@lynnllp.com, poakley@lynnllp.com;lmewbourn@lynnllp.com

David Brian Miller
    on behalf of U.S. Trustee United States Trustee david@schneidlaw.com  kedrin@schneidlaw.com

David Brian Miller
    on behalf of Creditor Debra A. Van Cleve david@schneidlaw.com  kedrin@schneidlaw.com

David Brian Miller
    on behalf of Trustee Areya Holder david@schneidlaw.com  kedrin@schneidlaw.com

David Brian Miller
    on behalf of Plaintiff AREYA HOLDER AURZADA  CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF
DENNIS JAMES ROGERS II david@schneidlaw.com, kedrin@schneidlaw.com

David Brian Miller
    on behalf of Plaintiff Angela Garbiso david@schneidlaw.com  kedrin@schneidlaw.com

David Brian Miller
    on behalf of Creditor Angela Garbiso david@schneidlaw.com  kedrin@schneidlaw.com

David Brian Miller
    on behalf of Plaintiff Debra A. Van Cleve david@schneidlaw.com  kedrin@schneidlaw.com

David Brian Miller
    on behalf of Plaintiff Russell Van Cleve david@schneidlaw.com  kedrin@schneidlaw.com

David R. Eastlake
    on behalf of Defendant Dennis Woods David.Eastlake@gtlaw.com

David R. Eastlake
    on behalf of Defendant Steven Webster David.Eastlake@gtlaw.com

David R. Eastlake
    on behalf of Defendant Aaron Webster David.Eastlake@gtlaw.com

Eric A. Liepins
    on behalf of Attorney Eric Liepins  PC liepinse@lanwt.org, r56883@notify.bestcase.com;eric_154@ecf.courtdrive.com

Eric A. Liepins
    on behalf of Defendant Dennis J Rogers  II liepinse@lanwt.org, r56883@notify.bestcase.com;eric_154@ecf.courtdrive.com

Eric A. Liepins
    on behalf of Debtor Dennis James Rogers  II liepinse@lanwt.org, r56883@notify.bestcase.com;eric_154@ecf.courtdrive.com

Eric A. Liepins
    on behalf of Defendant Dennis James Rogers  II liepinse@lanwt.org, r56883@notify.bestcase.com;eric_154@ecf.courtdrive.com

George H. Barber
    on behalf of Defendant Aaron Webster gbarber@bradley.com
sbyrd@bradley.com;gbarberbradley@ecf.courtdrive.com;george-barber-8068@ecf.pacerpro.com

George H. Barber
    on behalf of Plaintiff Steven Webster gbarber@bradley.com
sbyrd@bradley.com;gbarberbradley@ecf.courtdrive.com;george-barber-8068@ecf.pacerpro.com

George H. Barber
    on behalf of Defendant Dennis Woods gbarber@bradley.com
sbyrd@bradley.com;gbarberbradley@ecf.courtdrive.com;george-barber-8068@ecf.pacerpro.com

George H. Barber
    on behalf of Creditor Steven A. Webster gbarber@bradley.com
sbyrd@bradley.com;gbarberbradley@ecf.courtdrive.com;george-barber-8068@ecf.pacerpro.com

George H. Barber
    on behalf of Defendant Steven A. Webster gbarber@bradley.com
sbyrd@bradley.com;gbarberbradley@ecf.courtdrive.com;george-barber-8068@ecf.pacerpro.com

Jared Weir
    on behalf of Defendant Frost Bank weirj@gtlaw.com
jared--weir-6184@ecf.pacerpro.com;guerrak@gtlaw.com;jamrokg@gtlaw.com

John Mark Chevallier
    on behalf of Plaintiff John S. Foreman  III mchevallier@romclaw.com, emoon@romclaw.com;dsalinas@romclaw.com

John Mark Chevallier
    on behalf of Plaintiff Andre C. Leblanc mchevallier@romclaw.com  emoon@romclaw.com;dsalinas@romclaw.com

John Mark Chevallier
    on behalf of Creditor John S. Foreman  III mchevallier@romclaw.com, emoon@romclaw.com;dsalinas@romclaw.com

John Mark Chevallier

Case 22-30500-swe7 Doc 283 Filed 02/01/25 Entered 02/01/25 23:16:23 Desc
Imaged Certificate of Notice  Page 4 of 6

| District/off: 0539-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jan 30, 2025 | Form ID: BTXN027 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Andre C. Leblanc mchevallier@romclaw.com emoon@romclaw.com;dsalinas@romclaw.com |
| Jonathan Summerfield Petree | |
| | on behalf of Creditor John S. Foreman III jpetree@munsch.com, CourtMail@munsch.com |
| Jonathan Summerfield Petree | |
| | on behalf of Plaintiff Andre C. Leblanc jpetree@munsch.com CourtMail@munsch.com |
| Jonathan Summerfield Petree | |
| | on behalf of Creditor Andre C. Leblanc jpetree@munsch.com CourtMail@munsch.com |
| Jonathan Summerfield Petree | |
| | on behalf of Plaintiff John S. Foreman III jpetree@munsch.com, CourtMail@munsch.com |
| Joshua Kluewer | |
| | on behalf of Creditor ACMC Finance and Trade LLC jkluewer@kluewerlaw.com |
| Joshua Kluewer | |
| | on behalf of Plaintiff ACMC Finance and Trade LLC jkluewer@kluewerlaw.com |
| Karl Dial | |
| | on behalf of Defendant JPMORGAN CHASE BANK N.A. dialk@gtlaw.com |
| Karl Dial | |
| | on behalf of Interested Party JPMorgan Chase Bank N.A. dialk@gtlaw.com |
| Karl Dial | |
| | on behalf of Defendant Frost Bank dialk@gtlaw.com |
| Karl Dial | |
| | on behalf of Interested Party Frost Bank dialk@gtlaw.com |
| Kenneth A. Hill | |
| | on behalf of Trustee Areya Holder kenhill@qslwm.com dcruz@qslwm.com |
| Kenneth A. Hill | |
| | on behalf of Plaintiff Areya Holder Aurzada Trustee kenhill@qslwm.com, dcruz@qslwm.com |
| Mark Stromberg | |
| | on behalf of Plaintiff Mandarin Capital LLC mark@strombergstock.com, deanna@strombergstock.com;admin@strombergstock.com |
| Mark Stromberg | |
| | on behalf of Creditor Mandarin Capital LLC mark@strombergstock.com, deanna@strombergstock.com;admin@strombergstock.com |
| Mark W. Stout | |
| | on behalf of Creditor FUNDERZ.NET LLC ms@livepad.com |
| Meghan McElvy | |
| | on behalf of Defendant Aaron Webster mmcelvy@bradley.com clopez@Bradley.com |
| Meghan McElvy | |
| | on behalf of Defendant Dennis Woods mmcelvy@bradley.com clopez@Bradley.com |
| Meghan McElvy | |
| | on behalf of Defendant Steven A. Webster mmcelvy@bradley.com clopez@Bradley.com |
| Meghan McElvy | |
| | on behalf of Plaintiff Steven Webster mmcelvy@bradley.com clopez@Bradley.com |
| Meghan McElvy | |
| | on behalf of Creditor Steven A. Webster mmcelvy@bradley.com clopez@Bradley.com |
| Michael Berthiaume | |
| | on behalf of Defendant JPMORGAN CHASE BANK N.A. michael.berthiaume@nortonrosefulbright.com |
| Micheal Wayne Bishop | |
| | on behalf of Creditor FUNDERZ.NET LLC mbishop@grayreed.com |
| Micheal Wayne Bishop | |
| | on behalf of Defendant FUNDERZ.NET LLC mbishop@grayreed.com |
| Patrick Joost | |
| | on behalf of Creditor BAMCG Bridge Partners LP Patrick.Joost@fnf.com |
| Robert M. Nicoud, Jr. | |
| | on behalf of Creditor Michael H. Moghimi rmnicoud@dallas-law.com |
| Russell Alan Devenport | |
| | on behalf of Creditor Shawna Guilbeau rad@mcdonaldlaw.com mr@mcdonaldlaw.com;kkr@mcdonaldlaw.com |
| Russell Alan Devenport | |

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 4 of 5 |
| Date Rcvd: Jan 30, 2025 | Form ID: BTXN027 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Raymond McKaskle rad@mcdonaldlaw.com mr@mcdonaldlaw.com;kkr@mcdonaldlaw.com |
| Russell Alan Devenport | on behalf of Plaintiff Ellis Guilbeau rad@mcdonaldlaw.com mr@mcdonaldlaw.com;kkr@mcdonaldlaw.com |
| Russell Alan Devenport | on behalf of Plaintiff Gerard Ballanco Jr rad@mcdonaldlaw.com, mr@mcdonaldlaw.com;kkr@mcdonaldlaw.com |
| Russell Alan Devenport | on behalf of Plaintiff David Meche rad@mcdonaldlaw.com mr@mcdonaldlaw.com;kkr@mcdonaldlaw.com |
| Russell Alan Devenport | on behalf of Plaintiff Shawna Guilbeau rad@mcdonaldlaw.com mr@mcdonaldlaw.com;kkr@mcdonaldlaw.com |
| Russell Alan Devenport | on behalf of Plaintiff Raymond McKaskle rad@mcdonaldlaw.com mr@mcdonaldlaw.com;kkr@mcdonaldlaw.com |
| Russell Alan Devenport | on behalf of Plaintiff Kenneth Guilbeau rad@mcdonaldlaw.com mr@mcdonaldlaw.com;kkr@mcdonaldlaw.com |
| Russell Alan Devenport | on behalf of Plaintiff John O. Harris rad@mcdonaldlaw.com mr@mcdonaldlaw.com;kkr@mcdonaldlaw.com |
| Russell Alan Devenport | on behalf of Plaintiff Carolyn Gilbeau Perry rad@mcdonaldlaw.com mr@mcdonaldlaw.com;kkr@mcdonaldlaw.com |
| Russell Alan Devenport | on behalf of Plaintiff Ronda A. Harris rad@mcdonaldlaw.com mr@mcdonaldlaw.com;kkr@mcdonaldlaw.com |
| Russell Alan Devenport | on behalf of Plaintiff Perry Judice rad@mcdonaldlaw.com mr@mcdonaldlaw.com;kkr@mcdonaldlaw.com |
| Russell Alan Devenport | on behalf of Creditor John O. Harris rad@mcdonaldlaw.com mr@mcdonaldlaw.com;kkr@mcdonaldlaw.com |
| Russell Alan Devenport | on behalf of Creditor Kenneth Guilbeau rad@mcdonaldlaw.com mr@mcdonaldlaw.com;kkr@mcdonaldlaw.com |
| Russell Alan Devenport | on behalf of Creditor Ronda A. Harris rad@mcdonaldlaw.com mr@mcdonaldlaw.com;kkr@mcdonaldlaw.com |
| Russell Alan Devenport | on behalf of Creditor Ellis Guilbeau rad@mcdonaldlaw.com mr@mcdonaldlaw.com;kkr@mcdonaldlaw.com |
| Russell Alan Devenport | on behalf of Creditor Shawna Guilbeau Perry rad@mcdonaldlaw.com mr@mcdonaldlaw.com;kkr@mcdonaldlaw.com |
| Sara Hollan Chelette | on behalf of Creditor Mandarin Capital LLC schelette@lynnllp.com, lmatz@lynnllp.com,ssmoot@lynnllp.com |
| Sara Hollan Chelette | on behalf of Plaintiff Mandarin Capital LLC schelette@lynnllp.com, lmatz@lynnllp.com,ssmoot@lynnllp.com |
| Sarah M. Cox | on behalf of Creditor Allison Rogers sarah@spectorcox.com sarah@ecf.courtdrive.com,sshank@spectorcox.com,spectorcox@jubileebk.net |
| Sherrel K. Knighton | on behalf of Creditor Dallas County Sherrel.Knighton@lgbs.com Dora.Casiano-Perez@lgbs.com;Sean.French@lgbs.com;Eva.Parker@lgbs.com;Alexis.Hall@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| Stephen Wilcox | on behalf of Creditor Lincoln Automotive Financial Services kraudry@wilcoxlaw.net swilcoxndtx@wilcoxlaw.net;krw77@sbcglobal.net;kraudry@ecf.inforuptcy.com |
| Suyash Agrawal | on behalf of Defendant JPMORGAN CHASE BANK N.A. sagrawal@masseygail.com, jloper@masseygail.com;1504646420@filings.docketbird.com |
| Timothy Micah Dortch | on behalf of Creditor BAMCG Bridge Partners LP micah@dll-law.com luisa@dll-law.com |
| Timothy Micah Dortch | on behalf of Creditor Wildcat Lending Fund One LP micah@dll-law.com, luisa@dll-law.com |
| Timothy Micah Dortch | on behalf of Plaintiff AREYA HOLDER AURZADA CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF DENNIS JAMES ROGERS II micah@dll-law.com, luisa@dll-law.com |
| Timothy Micah Dortch | on behalf of Plaintiff BAMCG Bridge Partners LP micah@dll-law.com luisa@dll-law.com |

District/off: 0539-3 | User: admin | Page 5 of 5
Date Rcvd: Jan 30, 2025 | Form ID: BTXN027 | Total Noticed: 1

Turner Falk
    on behalf of Defendant FUNDERZ.NET LLC turner.falk@saul.com, tnfalk@recap.email

United States Trustee
    ustpregion06.da.ecf@usdoj.gov

William Louis Wallander
    on behalf of Creditor Goldman Sachs & Company LLC bwallander@velaw.com

TOTAL: 87