Sarah M. Cox
Texas State Bar No. 24119316
Spector & Cox, PLLC
12770 Coit Rd., Suite 850
Dallas, Texas  75251
Telephone: (214) 310-1321
Fax: (214) 237-3380
E-mail: sarah@spectorcox.com
**ATTORNEY FOR ALLISON ROGERS**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CHAPTER 7** |
| **DENNIS JAMES ROGERS II,** | § | |
| | § | **CASE NO. 22-30500-swe7** |
| | § | |
| **DEBTOR.** | § | |

**CERTIFICATE OF NO OBJECTION**
[re: Docket No. 285]

THE UNDERSIGNED certifies that on March 3, 2025, Allison Rogers ("Movant") filed her Motion for Relief from the Automatic Stay [Docket No. 285] (the "Motion"). The Motion was timely served as indicated on the Motion. The undersigned certifies that no party in interest filed and served an objection to the Motion.

Dated: March 19, 2025

Respectfully submitted,

 /s/ Sarah M. Cox
Sarah M. Cox
Texas State Bar No. 24119316
Spector & Cox, PLLC
12770 Coit Road, Suite 850
Dallas, TX 75251
Phone: (214) 310-1321
Email: sarah@spectorcox.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 19, 2025, a true and correct copy of the foregoing document was via ECF on all parties receiving electronic notice in this case and via first class mail on parties listed below:

Dennis James Rogers, II (via first class mail)
6520 Del Norte Lane
Dallas, TX 75225

Eric A. Liepins (via ECF)
Legal Aid of Northwest Texas
1515 Main Street
Dallas, TX 75201

Areya Holder (via ECF)
Areya Holder, Trustee
Law Office of Areya Holder, PC
PO Box 2105
Addison, TX 75001-2105

Kenneth A. Hill (via ECF)
Quilling, Selander, et al
2001 Bryan St., Suite 1800
Dallas, TX 75201-4240
Counsel for the Chapter 7 Trustee

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75202

_/s/ Sarah M. Cox_
Sarah M. Cox