Meghan Dawson McElvy
Texas State Bar No. 24065127
O'MELVENY & MYERS LLP
700 Louisiana Street, Suite 2900
Houston, Texas  77002-2796
mmcelvy@omm.com
Telephone:  (832) 254-1557 - Direct
Fax:  (832) 254-1501
E-mail:  mmcelvy@omm.com

**ATTORNEYS FOR CREDITORS**
**STEVEN A. WEBSTER, AARON WEBSTER, AND DENNIS WOODS**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 22-30500-SWE-7 |
| | § | |
| DENNIS JAMES ROGERS II, | § | Chapter 7 |
| *Debtor*. | § | |

## NOTICE OF CHANGE OF ADDRESS

NOTICE IS HEREBY GIVEN that Meghan Dawson McElvy, counsel for Creditors Steven A. Webster, Aaron Webster and Dennis Woods, has a new address.  Undersigned counsel respectfully notifies the Court and all counsel of record of the change of address and requests that the Court's docket in the above-styled cause be updated accordingly.  All future correspondence and communications for Meghan Dawson McElvy should be sent to:

Meghan Dawson McElvy
O'Melveny & Myers LLP
700 Louisiana Street, Suite 2900
Houston, Texas  77002-2796
Telephone:  (832) 254-1557
E-mail:  mmcelvy@omm.com

May 28, 2025                                Respectfully submitted,

                                            **O'MELVENY & MYERS LLP**

                                            By: */s/ Meghan Dawson McElvy*
                                                 Meghan Dawson McElvy
                                                 State Bar of Texas No. 24065127
                                                 700 Louisiana Street, Suite 2900
                                                 Houston, Texas 77002-2796
                                                 Telephone: (832) 254-1500 (Main)
                                                 Telephone: (832) 254-15557 (McElvy)
                                                 Fax: (832) 254-1501
                                                 E-mail: mmcelvy@omm.com

                                            Attorneys for Creditors Steven A. Webster, Aaron Webster and Dennis Woods

## CERTIFICATE OF SERVICE

      The undersigned certifies that on May 28, 2025, a true and correct copy of the foregoing Notice of Change of Address was served electronically to all parties that receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

                                            By: */s/ Meghan Dawson McElvy*
                                                  Meghan Dawson McElvy