Micheal W. Bishop
Texas Bar No. 02354860
Amber M. Carson
Texas Bar No. 24075610
**GRAY REED**
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone:     (214) 954-4135
Email:          mbishop@grayreed.com
                acarson@grayreed.com

*Counsel to Funderz.Net, LLC*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | (Chapter 7) |
| DENNIS JAMES ROGERS II, | Case No. 22-30500-SWE |
| Debtor. | |

## CERTIFICATE OF NO OBJECTION REGARDING
## MOTION OF GRAY REED & McGRAW LLP
## TO WITHDRAW AS COUNSEL FOR FUNDERZ.NET, LLC

Gray Reed & McGraw LLP ("Gray Reed") hereby certifies as follows:

1.     On May 12, 2025, Gray Reed filed its *Motion of Gray Reed & McGraw LLP to Withdraw as Counsel for Funderz.net, LLC* [Docket No. 291] (the "Motion"). The Motion was served via the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas and via electronic mail on special counsel for the Trustee Areya Holder Aurzada and lead counsel to Funderz.Net, LLC, as indicated in the Certificate of Service to the Motion.

2.     The deadline for parties to file responses to the relief requested in the Motion was **Monday, June 2, 2025** (the "Objection Deadline").

4917-3357-0380

3. As of the date hereof, no objections or responses to the Motion have been filed on the Court's docket, and Gray Reed is unaware of any formal or informal objections to the Motion. Accordingly, Gray Reed requests that the Court enter the proposed order attached hereto as **Exhibit A** at its earliest convenience.

Respectfully submitted this 10th day of June 2025.

          **GRAY REED**

          By: */s/ Micheal W. Bishop*
              Micheal W. Bishop
              Texas Bar No. 02354860
              Amber M. Carson
              Texas Bar No. 24075610
          1601 Elm Street, Suite 4600
          Dallas, Texas 75201
          Telephone: (214) 954-4135
          Email: mbishop@grayreed.com
                        acarson@grayreed.com

          *Counsel to Funderz.Net, LLC*

4917-3357-0380

# **CERTIFICATE OF SERVICE**

      I certify that on June 10, 2025, I caused a copy of the foregoing document to be served via electronic mail to the counsel listed below and via the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

| | |
|---|---|
| David B. Miller<br>SCHNEIDER MILLER REYNOLDS, P.C.<br>300 N. Coit Road, Suite 1125<br>Richardson, Texas 75080<br>david@schneidlaw.com<br><br>-and-<br><br>T. Micah Dortch<br>Dortch Lindstrom Livingston Law Group<br>2613 Dallas Parkway, Suite 220<br>Plano, TX 75093<br>micah@dll-law.com<br><br>***Special Counsel for the Trustee Areya Holder Aurzada*** | Funderz.Net, LLC<br>c/o Carmen Contreras-Martinez<br>SAUL EWING LLP<br>701 Brickell Avenue, Suite 1700<br>Miami, FL 33131<br>carmen.contreras-martinez@saul.com<br><br>-and-<br><br>Turner N. Falk<br>SAUL EWING LLP<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102-2186<br>turner.falk@saul.com<br><br>***Counsel to Funderz.Net, LLC*** |

*/s/ Micheal W. Bishop*
Micheal W. Bishop

4917-3357-0380

## Exhibit A

**Proposed Order**

4917-3357-0380

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | (Chapter 7) |
| DENNIS JAMES ROGERS II, | Case No. 22-30500-SWE |
| Debtor. | **Re: Docket No. 291** |

**ORDER GRANTING
MOTION OF GRAY REED & McGRAW LLP
TO WITHDRAW AS COUNSEL FOR FUNDERZ.NET, LLC**

Came on for consideration the *Motion of Gray Reed & McGraw LLP to Withdraw as Counsel for Funderz.net, LLC* (the "Motion") filed by Gray Reed & McGraw LLP ("Gray Reed"). The Motion was served pursuant to N.D. Tex. L.B.R. 9007-1 and no objections have been filed. Good cause exists for granting the relief herein. It is therefore

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that Gray Reed is hereby authorized to withdraw as counsel to Funderz in the above-captioned bankruptcy case, effective as of April 8, 2025.

###END OF ORDER###

4917-3357-0380

Submitted by:

**GRAY REED**

*/s/ Micheal W. Bishop*
Micheal W. Bishop (TX Bar No. 02354860)
Amber M. Carson (TX Bar No. 24075610)
1601 Elm Street, Suite 4600
Dallas, Texas 75201
(214) 954-4135
mbishop@grayreed.com
acarson@grayreed.com

*Counsel to Funderz.Net, LLC*

2

4917-3357-0380