

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 13, 2025**

_____
**United States Bankruptcy Judge**

___

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | (Chapter 7) |
| DENNIS JAMES ROGERS II, | Case No. 22-30500-SWE |
| Debtor. | **Re: Docket No. 291** |

### ORDER GRANTING
### MOTION OF GRAY REED & McGRAW LLP
### TO WITHDRAW AS COUNSEL FOR FUNDERZ.NET, LLC

Came on for consideration the *Motion of Gray Reed & McGraw LLP to Withdraw as Counsel for Funderz.net, LLC* (the "Motion") filed by Gray Reed & McGraw LLP ("Gray Reed"). The Motion was served pursuant to N.D. Tex. L.B.R. 9007-1 and no objections have been filed. Good cause exists for granting the relief herein. It is therefore

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that Gray Reed is hereby authorized to withdraw as counsel to Funderz in the above-captioned bankruptcy case, effective as of April 8, 2025.

###END OF ORDER###

4917-3357-0380

Submitted by:

**GRAY REED**

*/s/ Micheal W. Bishop*
Micheal W. Bishop (TX Bar No. 02354860)
Amber M. Carson (TX Bar No. 24075610)
1601 Elm Street, Suite 4600
Dallas, Texas 75201
(214) 954-4135
mbishop@grayreed.com
acarson@grayreed.com

*Counsel to Funderz.Net, LLC*

4917-3357-0380