**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | | | |
|---|---|---|---|---|
| Case No.: | 22-30500 | | Trustee Name: | Areya Holder Aurzada |
| Case Name: | ROGERS, II, DENNIS JAMES | | Date Filed (f) or Converted (c): | 03/22/2022 (f) |
| For the Period Ending: | 06/30/2025 | | §341(a) Meeting Date: | 06/15/2022 |
| | | | Claims Bar Date: | 08/14/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  6520 Del Notre Dallas TX 75225-0000 | $1,200,000.00 | $0.00 | | $0.00 | $70,000.00 |
| Asset Notes:  04/13/2023 ECF 194 Order on Motion to Compromise (regarding objection to exemption in asset 3 and including asset 1) | | | | | |
| 2  2015 Ford F-150 Mileage: 100000 | $30,000.00 | $0.00 | | $0.00 | FA |
| 3  2020 Lincoln Navigator Mileage: 40000 | $45,000.00 | $0.00 | | $0.00 | $30,000.00 |
| Asset Notes:  01/30/2023 ECF 177 Trustee's objection to exemption<br>04/13/2023 ECF 194 Order on Motion to Compromise (regarding objection to exemption in asset 3 and including asset 1) | | | | | |
| 4  sofas, tables, bed, dressers, chairs, rugs, etc | $15,000.00 | $0.00 | | $0.00 | FA |
| 5  cell phones,computers, television, Tablets, pinters | $2,000.00 | $0.00 | | $0.00 | FA |
| 6  trading cards | $1,000.00 | $0.00 | | $0.00 | FA |
| 7  clothes | $1,000.00 | $0.00 | | $0.00 | FA |
| 8  wedding ring | $6,000.00 | $5,500.00 | | $0.00 | FA |
| 9  Chase accounts -3 | $500.00 | $500.00 | | $0.00 | FA |
| 10  Debtor can sign on company accounts at 17.2. chase and frost | $0.00 | $0.00 | | $0.00 | FA |
| 11  Goldman Sachs | $178,000.00 | $18,397.86 | | $183,683.44 | FA |
| 12  Robinhood | $300.00 | $300.00 | | $0.00 | FA |
| 13  Acorns | $437.00 | $437.00 | | $0.00 | FA |
| 14  Bootstrap Ventures, LLC 100% | Unknown | $1.00 | | $0.00 | FA |
| Asset Notes:  Value is a placeholder only while Trustee investigates. Nothing in this report shall constitute an admission or waiver of the Bankruptcy Estate's rights and remedies | | | | | |
| 15  OMTC, Inc. 100% | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes:  Value is a placeholder only while Trustee investigates. Nothing in this report shall constitute an admission or waiver of the Bankruptcy Estate's rights and remedies | | | | | |
| 16  Nomad Development, LLC 100% | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes:  Value is a placeholder only while Trustee investigates. Nothing in this report shall constitute an admission or waiver of the Bankruptcy Estate's rights and remedies | | | | | |
| 17  Organ Mountain Energy, LLC 100% | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes:  Value is a placeholder only while Trustee investigates. Nothing in this report shall constitute an admission or waiver of the Bankruptcy Estate's rights and remedies | | | | | |
| 18  Montana Amorosa Revocable Trust (2 lots) | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes:  Value is a placeholder only while Trustee investigates. Nothing in this report shall constitute an admission or waiver of the Bankruptcy Estate's rights and remedies | | | | | |
| 19  Rhodes Energy Services | $80,000.00 | $80,000.00 | | $0.00 | FA |
| Asset Notes:  07/12/2022 Trustee filed adv. pro. 22-30500<br>Trustee received Default Judgment against Rhodes, however, after investigation Judgment is uncollectible. | | | | | |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 22-30500 | Trustee Name: | Areya Holder Aurzada |
|---|---|---|---|
| Case Name: | ROGERS, II, DENNIS JAMES | Date Filed (f) or Converted (c): | 03/22/2022 (f) |
| For the Period Ending: | 06/30/2025 | §341(a) Meeting Date: | 06/15/2022 |
| | | Claims Bar Date: | 08/14/2024 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20 | Term Insurance Policies - no cash ; Beneficiary: value | $0.00 | $0.00 | | $0.00 | FA |
| 21 | Settlement with Dennis Woods (u) | $150,000.00 | $150,000.00 | | $150,000.00 | FA |
| Asset Notes: | Motion to Compromise filed on 5/9/23 ECF #238 | | | | | |
| 22 | Fraudulent transfer claim against Funderz.net LLC (u) | $1.00 | $1.00 | | $0.00 | $1.00 |
| Asset Notes: | Value is a placeholder only while Trustee continues to investigate. Nothing in this report shall be considered an admission and/or waiver of the Estate's rights and remedies. | | | | | |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Asset**

| $1,709,238.00 | $255,136.86 | | $333,683.44 | $100,001.00 |
|---|---|---|---|---|

**Major Activities affecting case closing:**

| 06/20/2025 | The Trustee has filed an adversary that is currently pending and set for trial. |
|---|---|
| 01/08/2025 | The Trustee has one adversary pending, and a Status Conference is set for January 21, 2025. In addition, there is a Motion for Substantive Consolidation pending. |
| 07/17/2024 | The Trustee has filed two adversary proceedings which are currently pending. In addition, a settlement agreement was recently reached on an asserted avoidance action. |
| 07/20/2023 | Trustee awaiting settlement payment on compromise regarding house and Lincoln and reviewing other assets. |

**Initial Projected Date Of Final Report (TFR):** 12/31/2024     **Current Projected Date Of Final Report (TFR):** 12/31/2025

/s/ AREYA HOLDER AURZADA

AREYA HOLDER AURZADA