## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **In re:** | |
| **DENNIS JAMES ROGERS, II,** | **Case No. 22-30500** |
| | **Chapter 7** |
| **Debtor.** | |

### NOTICE OF APPEARANCE AND REQUEST FOR
### SERVICE OF NOTICES AND OTHER PAPERS

Melissa S. Hayward, as counsel for Dennis James Rogers, II, appears in the above-captioned bankruptcy case. Pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, Ms. Hayward requests that all notices, motions, pleadings, orders, and other documents filed, served, or entered in this bankruptcy case be served upon the undersigned at the following address:

> Melissa S. Hayward
> MHayward@HaywardFirm.com
> **HAYWARD PLLC**
> 10501 N. Central Expy, Ste. 106
> Dallas, Texas 75231

This Notice of Appearance and Request for Service of Notices and Other Papers is not a waiver of any rights, including, without limitation, the right: (i) to have final orders in non-core matters entered only after *de novo* review by a judge of the appropriate United States District Court; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; and (iii) to have the United States District Court withdraw the reference in any matters subject to mandatory or discretionary withdrawal.

Dated: September 23, 2025.

Respectfully, submitted,

*/s/ Melissa S. Hayward*

Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
**HAYWARD PLLC**
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel./Fax: (972) 755-7100

*Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that, on September 23, 2025, a true and correct copy of the foregoing *Notice of Appearance* has been served electronically via the Court's CM/ECF system upon all parties receiving electronic notice in this bankruptcy case.

*/s/ Melissa S. Hayward*
Melissa S. Hayward