

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed June 13, 2025**

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | (Chapter 7) |
| DENNIS JAMES ROGERS II, | Case No. 22-30500-SWE |
| Debtor. | **Re: Docket No. 291** |

### ORDER GRANTING
### MOTION OF GRAY REED & McGRAW LLP
### TO WITHDRAW AS COUNSEL FOR FUNDERZ.NET, LLC

Came on for consideration the *Motion of Gray Reed & McGraw LLP to Withdraw as Counsel for Funderz.net, LLC* (the "Motion") filed by Gray Reed & McGraw LLP ("Gray Reed"). The Motion was served pursuant to N.D. Tex. L.B.R. 9007-1 and no objections have been filed. Good cause exists for granting the relief herein. It is therefore

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that Gray Reed is hereby authorized to withdraw as counsel to Funderz in the above-captioned bankruptcy case, effective as of April 8, 2025.

###END OF ORDER###

4917-3357-0380

Submitted by:

**GRAY REED**

<u>/s/ Micheal W. Bishop</u>
Micheal W. Bishop (TX Bar No. 02354860)
Amber M. Carson (TX Bar No. 24075610)
1601 Elm Street, Suite 4600
Dallas, Texas 75201
(214) 954-4135
mbishop@grayreed.com
acarson@grayreed.com

*Counsel to Funderz.Net, LLC*

United States Bankruptcy Court
Northern District of Texas

| | |
|---|---|
| In re: | Case No. 22-30500-swe |
| Dennis James Rogers, II | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 1 of 5 |
| Date Rcvd: Jun 13, 2025 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Dennis James Rogers, II, 6520 Del Norte Lane, Dallas, TX 75225-2619 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2025           Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan Notinger | on behalf of Plaintiff ACMC Finance and Trade LLC notingerlaw@gmail.com |
| Areya Holder | trustee@holderlawpc.com aha@trustesolutions.net;caha11@trustesolutions.net |
| Asher Matiah Bublick | on behalf of U.S. Trustee United States Trustee asher.bublick@usdoj.gov |
| Brandon James Gibbons | on behalf of Attorney Brandon J Gibbons bgibbons@padfieldstout.com |
| Brandon James Gibbons | on behalf of Creditor FUNDERZ.NET LLC bgibbons@padfieldstout.com |

District/off: 0539-3 | User: admin | Page 2 of 5
Date Rcvd: Jun 13, 2025 | Form ID: pdf012 | Total Noticed: 1

| | |
|---|---|
| Christopher W. Patton | on behalf of Creditor Mandarin Capital LLC cpatton@lynnllp.com, poakley@lynnllp.com;lmewbourn@lynnllp.com |
| Christopher W. Patton | on behalf of Plaintiff Mandarin Capital LLC cpatton@lynnllp.com, poakley@lynnllp.com;lmewbourn@lynnllp.com |
| David Brian Miller | on behalf of U.S. Trustee United States Trustee david@schneidlaw.com kedrin@schneidlaw.com |
| David Brian Miller | on behalf of Creditor Debra A. Van Cleve david@schneidlaw.com kedrin@schneidlaw.com |
| David Brian Miller | on behalf of Trustee Areya Holder david@schneidlaw.com kedrin@schneidlaw.com |
| David Brian Miller | on behalf of Plaintiff Angela Garbiso david@schneidlaw.com kedrin@schneidlaw.com |
| David Brian Miller | on behalf of Creditor Angela Garbiso david@schneidlaw.com kedrin@schneidlaw.com |
| David Brian Miller | on behalf of Plaintiff Areya Holder Aurzada Chapter 7 Trustee for the Bankruptcy Estate of Dennis James Rogers II david@schneidlaw.com, kedrin@schneidlaw.com |
| David Brian Miller | on behalf of Plaintiff Debra A. Van Cleve david@schneidlaw.com kedrin@schneidlaw.com |
| David Brian Miller | on behalf of Plaintiff Russell Van Cleve david@schneidlaw.com kedrin@schneidlaw.com |
| David R. Eastlake | on behalf of Defendant Dennis Woods David.Eastlake@gtlaw.com |
| David R. Eastlake | on behalf of Defendant Steven Webster David.Eastlake@gtlaw.com |
| David R. Eastlake | on behalf of Defendant Aaron Webster David.Eastlake@gtlaw.com |
| Eric A. Liepins | on behalf of Attorney Eric Liepins PC liepinse@lanwt.org, gatewooda@lanwt.org |
| Eric A. Liepins | on behalf of Defendant Dennis J Rogers II liepinse@lanwt.org, gatewooda@lanwt.org |
| Eric A. Liepins | on behalf of Debtor Dennis James Rogers II liepinse@lanwt.org, gatewooda@lanwt.org |
| Eric A. Liepins | on behalf of Defendant Dennis James Rogers II liepinse@lanwt.org, gatewooda@lanwt.org |
| George H. Barber | on behalf of Defendant Aaron Webster gbarber@bradley.com sbyrd@bradley.com;gbarberbradley@ecf.courtdrive.com;george-barber-8068@ecf.pacerpro.com |
| George H. Barber | on behalf of Plaintiff Steven Webster gbarber@bradley.com sbyrd@bradley.com;gbarberbradley@ecf.courtdrive.com;george-barber-8068@ecf.pacerpro.com |
| George H. Barber | on behalf of Defendant Dennis Woods gbarber@bradley.com sbyrd@bradley.com;gbarberbradley@ecf.courtdrive.com;george-barber-8068@ecf.pacerpro.com |
| George H. Barber | on behalf of Creditor Steven A. Webster gbarber@bradley.com sbyrd@bradley.com;gbarberbradley@ecf.courtdrive.com;george-barber-8068@ecf.pacerpro.com |
| George H. Barber | on behalf of Defendant Steven A. Webster gbarber@bradley.com sbyrd@bradley.com;gbarberbradley@ecf.courtdrive.com;george-barber-8068@ecf.pacerpro.com |
| Jared Weir | on behalf of Defendant Frost Bank weirj@gtlaw.com jared--weir-6184@ecf.pacerpro.com;guerrak@gtlaw.com;jamrokg@gtlaw.com |
| John Mark Chevallier | on behalf of Plaintiff John S. Foreman III mchevallier@romclaw.com, emoon@romclaw.com;dsalinas@romclaw.com |
| John Mark Chevallier | on behalf of Plaintiff Andre C. Leblanc mchevallier@romclaw.com emoon@romclaw.com;dsalinas@romclaw.com |
| John Mark Chevallier | |

Case 22-30500-swe7 Doc 297 Filed 06/15/25 Entered 10/13/25 11:41:35 Desc
Imaged Certificate of Notice   Page 5 of 7

| District/off: 0539-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jun 13, 2025 | Form ID: pdf012 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor John S. Foreman III mchevallier@romclaw.com, emoon@romclaw.com;dsalinas@romclaw.com |
| John Mark Chevallier | |
| | on behalf of Creditor Andre C. Leblanc mchevallier@romclaw.com emoon@romclaw.com;dsalinas@romclaw.com |
| Jonathan Summerfield Petree | |
| | on behalf of Creditor John S. Foreman III jpetree@munsch.com, CourtMail@munsch.com |
| Jonathan Summerfield Petree | |
| | on behalf of Plaintiff Andre C. Leblanc jpetree@munsch.com CourtMail@munsch.com |
| Jonathan Summerfield Petree | |
| | on behalf of Creditor Andre C. Leblanc jpetree@munsch.com CourtMail@munsch.com |
| Jonathan Summerfield Petree | |
| | on behalf of Plaintiff John S. Foreman III jpetree@munsch.com, CourtMail@munsch.com |
| Joshua Kluewer | |
| | on behalf of Creditor ACMC Finance and Trade LLC jkluewer@kluewerlaw.com |
| Joshua Kluewer | |
| | on behalf of Plaintiff ACMC Finance and Trade LLC jkluewer@kluewerlaw.com |
| Karl Dial | |
| | on behalf of Defendant JPMORGAN CHASE BANK N.A. dialk@gtlaw.com |
| Karl Dial | |
| | on behalf of Interested Party JPMorgan Chase Bank N.A. dialk@gtlaw.com |
| Karl Dial | |
| | on behalf of Defendant Frost Bank dialk@gtlaw.com |
| Karl Dial | |
| | on behalf of Interested Party Frost Bank dialk@gtlaw.com |
| Kenneth A. Hill | |
| | on behalf of Trustee Areya Holder kenhill@qslwm.com dcruz@qslwm.com |
| Kenneth A. Hill | |
| | on behalf of Plaintiff Areya Holder Aurzada Trustee kenhill@qslwm.com, dcruz@qslwm.com |
| Mark Stromberg | |
| | on behalf of Plaintiff Mandarin Capital LLC mark@strombergstock.com, deanna@strombergstock.com;admin@strombergstock.com |
| Mark Stromberg | |
| | on behalf of Creditor Mandarin Capital LLC mark@strombergstock.com, deanna@strombergstock.com;admin@strombergstock.com |
| Mark W. Stout | |
| | on behalf of Creditor FUNDERZ.NET LLC ms@livepad.com |
| Meghan McElvy | |
| | on behalf of Defendant Aaron Webster mmcelvy@omm.com clopez@Bradley.com |
| Meghan McElvy | |
| | on behalf of Defendant Dennis Woods mmcelvy@omm.com clopez@Bradley.com |
| Meghan McElvy | |
| | on behalf of Defendant Steven A. Webster mmcelvy@omm.com clopez@Bradley.com |
| Meghan McElvy | |
| | on behalf of Plaintiff Steven Webster mmcelvy@omm.com clopez@Bradley.com |
| Meghan McElvy | |
| | on behalf of Creditor Steven A. Webster mmcelvy@omm.com clopez@Bradley.com |
| Michael Berthiaume | |
| | on behalf of Defendant JPMORGAN CHASE BANK N.A. michael.berthiaume@nortonrosefulbright.com |
| Micheal Wayne Bishop | |
| | on behalf of Creditor FUNDERZ.NET LLC mbishop@grayreed.com |
| Micheal Wayne Bishop | |
| | on behalf of Defendant Funderz.Net LLC mbishop@grayreed.com |
| Patrick Joost | |
| | on behalf of Creditor BAMCG Bridge Partners LP Patrick.Joost@fnf.com |
| Robert M. Nicoud, Jr. | |
| | on behalf of Creditor Michael H. Moghimi rmnicoud@dallas-law.com |
| Russell Alan Devenport | |

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 4 of 5 |
| Date Rcvd: Jun 13, 2025 | Form ID: pdf012 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Shawna Guilbeau rad@mcdonaldlaw.com  mr@mcdonaldlaw.com;kkr@mcdonaldlaw.com |
| Russell Alan Devenport | |
| | on behalf of Creditor Raymond McKaskle rad@mcdonaldlaw.com  mr@mcdonaldlaw.com;kkr@mcdonaldlaw.com |
| Russell Alan Devenport | |
| | on behalf of Plaintiff Ellis Guilbeau rad@mcdonaldlaw.com  mr@mcdonaldlaw.com;kkr@mcdonaldlaw.com |
| Russell Alan Devenport | |
| | on behalf of Plaintiff Gerard Ballanco  Jr rad@mcdonaldlaw.com, mr@mcdonaldlaw.com;kkr@mcdonaldlaw.com |
| Russell Alan Devenport | |
| | on behalf of Plaintiff David Meche rad@mcdonaldlaw.com  mr@mcdonaldlaw.com;kkr@mcdonaldlaw.com |
| Russell Alan Devenport | |
| | on behalf of Plaintiff Shawna Guilbeau rad@mcdonaldlaw.com  mr@mcdonaldlaw.com;kkr@mcdonaldlaw.com |
| Russell Alan Devenport | |
| | on behalf of Plaintiff Raymond McKaskle rad@mcdonaldlaw.com  mr@mcdonaldlaw.com;kkr@mcdonaldlaw.com |
| Russell Alan Devenport | |
| | on behalf of Plaintiff Kenneth Guilbeau rad@mcdonaldlaw.com  mr@mcdonaldlaw.com;kkr@mcdonaldlaw.com |
| Russell Alan Devenport | |
| | on behalf of Plaintiff John O. Harris rad@mcdonaldlaw.com  mr@mcdonaldlaw.com;kkr@mcdonaldlaw.com |
| Russell Alan Devenport | |
| | on behalf of Plaintiff Carolyn Gilbeau Perry rad@mcdonaldlaw.com  mr@mcdonaldlaw.com;kkr@mcdonaldlaw.com |
| Russell Alan Devenport | |
| | on behalf of Plaintiff Ronda A. Harris rad@mcdonaldlaw.com  mr@mcdonaldlaw.com;kkr@mcdonaldlaw.com |
| Russell Alan Devenport | |
| | on behalf of Plaintiff Perry Judice rad@mcdonaldlaw.com  mr@mcdonaldlaw.com;kkr@mcdonaldlaw.com |
| Russell Alan Devenport | |
| | on behalf of Creditor John O. Harris rad@mcdonaldlaw.com  mr@mcdonaldlaw.com;kkr@mcdonaldlaw.com |
| Russell Alan Devenport | |
| | on behalf of Creditor Kenneth Guilbeau rad@mcdonaldlaw.com  mr@mcdonaldlaw.com;kkr@mcdonaldlaw.com |
| Russell Alan Devenport | |
| | on behalf of Creditor Ronda A. Harris rad@mcdonaldlaw.com  mr@mcdonaldlaw.com;kkr@mcdonaldlaw.com |
| Russell Alan Devenport | |
| | on behalf of Creditor Ellis Guilbeau rad@mcdonaldlaw.com  mr@mcdonaldlaw.com;kkr@mcdonaldlaw.com |
| Russell Alan Devenport | |
| | on behalf of Creditor Shawna Guilbeau Perry rad@mcdonaldlaw.com  mr@mcdonaldlaw.com;kkr@mcdonaldlaw.com |
| Sara Hollan Chelette | |
| | on behalf of Creditor Mandarin Capital  LLC schelette@lynnllp.com, sjohnston@lynnllp.com,ssmoot@lynnllp.com |
| Sara Hollan Chelette | |
| | on behalf of Plaintiff Mandarin Capital  LLC schelette@lynnllp.com, sjohnston@lynnllp.com,ssmoot@lynnllp.com |
| Sarah M. Cox | |
| | on behalf of Creditor Allison Rogers sarah@spectorcox.com sarah@ecf.courtdrive.com,sshank@spectorcox.com,spectorcox@jubileebk.net |
| Sherrel K. Knighton | |
| | on behalf of Creditor Dallas County Sherrel.Knighton@lgbs.com Dora.Casiano-Perez@lgbs.com;Sean.French@lgbs.com;Eva.Parker@lgbs.com;Alexis.Hall@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| Stephen Wilcox | |
| | on behalf of Creditor Lincoln Automotive Financial Services kraudry@wilcoxlaw.net swilcoxndtx@wilcoxlaw.net;krw77@sbcglobal.net;kraudry@ecf.inforuptcy.com |
| Suyash Agrawal | |
| | on behalf of Defendant JPMORGAN CHASE BANK  N.A. sagrawal@masseygail.com, jloper@masseygail.com;1504646420@filings.docketbird.com |
| Timothy Micah Dortch | |
| | on behalf of Creditor BAMCG Bridge Partners LP Micah@dll-law.com  luisa@dll-law.com |
| Timothy Micah Dortch | |
| | on behalf of Creditor Wildcat Lending Fund One  LP Micah@dll-law.com, luisa@dll-law.com |
| Timothy Micah Dortch | |
| | on behalf of Plaintiff BAMCG Bridge Partners LP Micah@dll-law.com  luisa@dll-law.com |
| Timothy Micah Dortch | |

District/off: 0539-3 User: admin Page 5 of 5
Date Rcvd: Jun 13, 2025 Form ID: pdf012 Total Noticed: 1

on behalf of Plaintiff Areya Holder Aurzada Chapter 7 Trustee for the Bankruptcy Estate of Dennis James Rogers II Micah@dll-law.com, luisa@dll-law.com

Turner Falk

on behalf of Defendant Funderz.Net LLC turner.falk@saul.com, tnfalk@recap.email

United States Trustee

ustpregion06.da.ecf@usdoj.gov

William Louis Wallander

on behalf of Creditor Goldman Sachs & Company LLC bwallander@velaw.com

TOTAL: 87