IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| DENNIS JAMES ROGERS II, | § § | CASE NO. 22-30500-swe7 (Involuntary Proceeding) |
| DEBTOR. | § § | |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that the address for the undersigned counsel has changed to the following:

>Kenneth A. Hill
>QUILLING, SELANDER, LOWNDS,
>  WINSLETT & MOSER, P.C.
>**2200 Ross Avenue, Suite 2400**
>Dallas, Texas 75201

>Respectfully submitted,
>
>QUILLING, SELANDER, LOWNDS,
>  WINSLETT & MOSER, P.C.
>2200 Ross Avenue, Suite 2400
>Dallas, Texas 75201
>(214) 871-2100 (Telephone)
>(214) 871-2111 (Facsimile)
>
>By: */s/ Kenneth A. Hill*
>    Kenneth A. Hill
>    Texas Bar No. 09646950
>ATTORNEYS FOR THE TRUSTEE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served concurrently with filing by the Court's CM/ECF noticing system upon all persons who have filed ECF appearances in this case and all persons requesting notice under L.B.R. 2002-1(j).

>*/s/ Kenneth A. Hill*
>Kenneth A. Hill